U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT (CIP)

Pursuant to F.R.A.P. 26.1 and 11th Cir. R. 26.1-1, Appellant Blake Warner, by and through its undersigned counsel, hereby discloses the following trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the appeal, including subsidiaries, conglomerates, affiliates, and parent corporations, including any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

Akerman LLP (Attorneys for Appellee)

Baker Botts LLP (Attorneys for Appellant)

Brathwaite Law, PLLC (Attorneys for Appellee)

Brathwaite, Patrick Sherman (Attorney for Appellee)

Bowen, Brad (Attorney for Appellant)

Erickson, Matthew P. (Attorney for Appellant)

Fiore, Kristen M. (Attorney for Appellee)

Hilderbrand, Matthew M. (Attorney for Appellant)

Hillsborough County Clerk of Courts (Appellee)

Moran, Gregg (Attorney for Appellee)

Scriven, Mary S., U.S. Dist. Judge (M.D. Fla.)

Streett, Aaron M. (Attorney for Appellant)

Tankel, Megan (Attorney for Appellant)

Walk, Rochelle (Mediator)

Warner, Blake (Appellant)

Submitted by:

Signature: /s/*Megan Tankel*
Name: Megan Tankel
Address: Baker Botts LLP, 700 K Street NW Washington, DC 20001
Telephone #: 202-341-9837