Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.   Attach additional pages if necessary.*

11th Circuit Docket Number: 24-10748-B

| Caption: | |
|---|---|
| Blake Warner | District and Division: M.D. Florida, Tampa Division |
| | Name of Judge: Mary S. Scriven, U.S. District Judge |
| | Nature of Suit: Civil Rights |
| v. | Date Complaint Filed: 8/29/2022 |
| | District Court Docket Number: 8:22-CV-01977 |
| Hillsborough County Clerk of Courts | Date Notice of Appeal Filed: 3/12/2024 |
| | ☐ Cross Appeal   ☐ Class Action |
| | Has this matter previously been before this court? |
| | ☐ Yes   ☑ No |
| | If Yes, provide |
| | (a) Caption: _____ |
| | (b) Citation: _____ |
| | (c) Docket Number: _____ |

For Appellant:
☑ Plaintiff
☐ Defendant
☐ Other (Specify)

**Attorney Name**
Aaron Streett
Matthew Erickson
Matthew Hilderbrand
Megan Tankel
Brad Bowen

**Mailing Address**
Baker Botts LLP
401 S 1st St Ste 1300
Austin, TX 78704

**Telephone, Fax, Email**
(512) 322-2500

For Appellee:
☐ Plaintiff
☐ Defendant
☐ Other (Specify)

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☑ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $ any and all damages available |
| ☐ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $ 0 |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☑ Summary Judgment | Awarded: $ 0 |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | to _____ |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Jury Verdict | Injunctions: |
| | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | ☐ TRO  ☐ Preliminary  ☐ Granted |
| | | ☐ Injunction | ☐ Permanent  ☐ Denied |
| | | ☐ Other _____ | |

Page 2                                                                                           11th Circuit Docket Number: 24-10748-B

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?    ☑ Yes    ☐ No
    What is the issue you claim is one of First Impression? Whether Fla. Stat. § 116.21 is unconstitutional facially or as applied

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?    ☑ Yes    ☐ No

    If Yes, provide
    (a) Case Name/Statute  Unclaimed Property; Newspapers in which Legal Notices and Process May be Published
    (b) Citation  Fla. Stat. § 116.21; Fla. Stat. § 50.031
    (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal?    ☐ Yes    ☑ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?    ☐ Yes    ☑ No

    If Yes, provide
    (a) Case Name _____
    (b) Citation _____
    (c) Docket Number if unreported _____
    (d) Court or Agency _____

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit?    ☐ Yes    ☑ No
    (b) Among circuits?    ☐ Yes    ☑ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

    Whether Appellee violated the Due Process Clause by taking Appellant's property without adequate notice and hearing.
    Whether Appellee violated the Takings Clause.
    Whether Appellee retaliated against Appellant for exercise of his First Amendment rights.
    Whether Appellee breached a fiduciary duty.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS  25  DAY OF  March , 2024 .

Megan Tankel                                                    /s/ Megan Tankel
NAME OF COUNSEL (Print)                                         SIGNATURE OF COUNSEL