IN THE UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT

USCA Case No. 24-10748
United States District Court, Middle District of Florida
Case No.: 8:22-cv-01977

BLAKE WARNER,

Plaintiff/Appellant

v.

HILLSBOROUGH COUNTY CLERK OF COURTS,

Defendant/Appellee.

**SUPPLEMENTAL APPENDIX TO ANSWER BRIEF OF APPELLEE
VOLUME I of II**

KRISTEN M. FIORE, BCS (25766)      JASON L. MARGOLIN (69881)
**AKERMAN LLP**                    **AKERMAN LLP**
201 East Park Avenue, Suite 300    401 East Jackson Street, Suite 1700
Tallahassee, Florida 32301         Tampa, FL 33602
Telephone: (850) 224-9634          Telephone:  (813) 209-5009
Facsimile: (850) 222-0103          Facsimile:   (813) 223-2837
kristen.fiore@akerman.com          jason.margolin@akerman.com

**ATTORNEYS FOR APPELLEE**

# INDEX TO SUPPLEMENTAL APPENDIX TO
# ANSWER BRIEF OF APPELLEE

## VOLUME I

Docket/Tab

District Court Docket Sheet (8:22-cv-01977)...........................................................A

Defendant's Amended Motion for Judgment on the Pleadings...............................21

Plaintiff's Response to Defendant's Motion for Judgment on the Pleadings..........23

Exhibit 1 to Plaintiff's Verified Motion for Partial Summary Judgment, Boutique Apartments Case Docket.............................................................. 33-1

Exhibit 18 to Plaintiff's Verified Motion for Partial Summary Judgment, Patrick Manteiga Deposition Transcript...................................................... 33-18

Exhibit A to Parties' Joint Statement of Undisputed Facts for Summary Judgment, Deposit Receipts............................................................... 36-1

Exhibit B to Parties' Joint Statement of Undisputed Facts for Summary Judgment, Notice of Address Change ........................................................... 36-2

Exhibit C to Parties' Joint Statement of Undisputed Facts for Summary Judgment, October 9, 2018, Hearing Notes..................................................... 36-3

Exhibit D to Parties' Joint Statement of Undisputed Facts for Summary Judgment, February 16, 2021, Registry Notice .............................................. 36-4

Exhibit E to Parties' Joint Statement of Undisputed Facts for Summary Judgment, June 9, 2021, La Gaceta ............................................................... 36-5

Exhibit F to Parties' Joint Statement of Undisputed Facts for Summary Judgment, Patrick Manteiga Deposition Transcript ....................................... 36-6

Exhibit G to Parties' Joint Statement of Undisputed Facts for Summary Judgment, Periodical License Form for La Gaceta ....................................... 36-7

Exhibit H to Parties' Joint Statement of Undisputed Facts for Summary Judgment, Blake Warner Florida E-Filing Portal Registration ...................... 36-8

Exhibit I to Parties' Joint Statement of Undisputed Facts for Summary Judgment, Blake Warner Demand Letter ....................................................... 36-9

Exhibit J to Parties' Joint Statement of Undisputed Facts for Summary Judgment, Clerk's Response to Demand Letter ........................................... 36-10

## <u>VOLUME II</u>

Exhibit J to Parties' Joint Statement of Undisputed Facts for Summary Judgment, Clerk's Response to Demand Letter (Continued)...................... 36-10

Exhibit 1 to Motion for Summary Judgment, BAC Home Loans Servicing Case Order ...................................................................................... 37-1

Exhibit 2 to Motion for Summary Judgment, Declaration of Diane Sultenfuss-Thomas...................................................................................... 37-2

Exhibit 3 to Motion for Summary Judgment, Response to Interrogatories........ 37-3

Certificate of Service ................................................................... Last Page

# TAB A

**Query    Reports    Utilities    Help    Log Out**

APPEAL,TRLSET

# U.S. District Court
## Middle District of Florida (Tampa)
## CIVIL DOCKET FOR CASE #: 8:22-cv-01977-MSS-SPF

| | |
|---|---|
| Warner v. Hillsborough County Clerk of Courts | Date Filed: 08/29/2022 |
| Assigned to: Judge Mary S. Scriven | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Sean P. Flynn | Nature of Suit: 440 Civil Rights: Other |
| Case in other court: Eleventh Circuit, 24-10748-B | Jurisdiction: Federal Question |
| Cause: 42:1983 Civil Rights Act | |

**Plaintiff**

**Blake Andrew Warner**                          represented by    **Blake Andrew Warner**
2211 S Village Ave
33612
Tampa, FL 33612
212-542-0055
Email: blake@null3d.com
PRO SE

V.

**Defendant**

**Hillsborough County Clerk of Courts**          represented by    **Jason L. Margolin**
Akerman LLP - Tampa
401 E Jackson St Ste 1700
Tampa, FL 33602-5250
813.209.5009
Fax: 813.223.2837
Email: jason.margolin@akerman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Sherman Brathwaite**
Brathwaite Law, PLLC
401 E Jackson St.
Suite 2340
Tampa, FL 33602
813-710-2722
Email: patrick@brathlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregg Moran**
401 E. Jackson St.
Suite 1700
Tampa, FL 33602
813-223-7333

Email: gregg.moran@akerman.com
*ATTORNEY TO BE NOTICED*

**Mediator**

**Rochelle Friedman Walk**            represented by   **Rochelle Friedman Walk**
*TERMINATED: 09/12/2023*                          100 S. Ashley Dr. Ste. 620
                                            Tampa, FL 33602
                                            813-999-0199
                                            Fax: 813-839-4896
                                            Email: rochelle@walklawfirm.com
                                            *TERMINATED: 09/12/2023*
                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/29/2022 | 1 | COMPLAINT against Hillsborough County Clerk of Courts with Jury Demand Filing fee $402.00, receipt number TPA-67151 filed by Blake A. Warner. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit Letter, # 3 Exhibit La Gazeta)(LSS) (Entered: 08/29/2022) |
| 08/29/2022 | 2 | SUMMONS issued as to Hillsborough County Clerk of Courts. (LSS) (Entered: 08/29/2022) |
| 08/29/2022 | 3 | MOTION for Miscellaneous Relief, specifically for permission to file electronically via cm/ecf by Blake A. Warner. (LSS) (Entered: 08/30/2022) |
| 08/30/2022 | 4 | RETURN of service executed on 08/29/2022 by Blake A. Warner as to Hillsborough County Clerk of Courts. (AG) (Entered: 08/30/2022) |
| 08/31/2022 | 5 | NOTICE of a related action per Local Rule 1.07(c) by Blake A. Warner. Related case(s): Yes. (AG) (Entered: 08/31/2022) |
| 08/31/2022 | 6 | CERTIFICATE of interested persons and corporate disclosure statement by Blake A. Warner. (AG) (Entered: 08/31/2022) |
| 09/03/2022 | 7 | NOTICE of Constitutional Challenge by Blake A. Warner. (Attachments: # 1 Exhibit)(AG) (Entered: 09/06/2022) |
| 09/19/2022 | 8 | **ORDER GRANTING 3 Plaintiff's Motion for Permission for Electronic Case Filing. Signed by Judge Mary S. Scriven on 9/19/2022. (APF)** (Entered: 09/19/2022) |
| 09/19/2022 | 9 | NOTICE of Appearance by Jason L. Margolin on behalf of Hillsborough County Clerk of Courts (Margolin, Jason) (Entered: 09/19/2022) |
| 09/19/2022 | 10 | CERTIFICATE of interested persons and corporate disclosure statement by Hillsborough County Clerk of Courts. (Margolin, Jason) (Entered: 09/19/2022) |
| 09/19/2022 | 11 | *Defendant's* ANSWER and affirmative defenses to 1 Complaint, by Hillsborough County Clerk of Courts. (Attachments: # 1 Exhibit 1-Demand Letter, # 2 Exhibit 2-Notice of Change of Address, # 3 Exhibit 3-Administrative Order S-2019-005)(Margolin, Jason) (Entered: 09/19/2022) |
| 09/30/2022 | 12 | Unopposed MOTION for Extension of Time to File Motion to Strike by Blake A. Warner. (Warner, Blake) (Entered: 09/30/2022) |
| 09/30/2022 | 13 | **ENDORSED ORDER GRANTING 12 Plaintiff's Unopposed Motion for Extension of Time. Plaintiff shall have up to and including October 24, 2022 to file a motion to** |

| | | |
|---|---|---|
| | | **strike affirmative defenses. Signed by Judge Mary S. Scriven on 9/30/2022. (APF)** (Entered: 09/30/2022) |
| 10/15/2022 | 14 | MOTION to Strike 11 Answer to Complaint, by Blake A. Warner. (Warner, Blake) (Entered: 10/15/2022) |
| 10/31/2022 | 15 | ***TERMINATED-COUNSEL CANNOT FILE ON BEHALF OF ANOTHER COUNSEL. COUNSEL TO REFILE WITH MATHCHNG SIGNATURE BLOCK AND CM/ECF LOGIN CREDENTIALS***RESPONSE to Motion re 14 MOTION to Strike 11 Answer to Complaint, filed by Hillsborough County Clerk of Courts. (Margolin, Jason) Modified on 11/1/2022 (LSS). (Entered: 10/31/2022) |
| 11/01/2022 | 16 | RESPONSE to Motion re 14 MOTION to Strike 11 Answer to Complaint, filed by Hillsborough County Clerk of Courts. (Brathwaite, Patrick) (Entered: 11/01/2022) |
| 11/14/2022 | 17 | **ENDORSED ORDER DENYING 14 Motion to Strike Affirmative Defenses. The Affirmative Defenses are sufficiently pled to permit Plaintiff to defend against the defenses. They are not shotgun or vague in nature, and they are adequately addressed to the relevant claims. Accordingly, the Motion to Strike is DENIED.Signed by Judge Mary S. Scriven on 11/14/2022. (Scriven, Mary)** (Entered: 11/14/2022) |
| 11/29/2022 | 18 | CASE MANAGEMENT REPORT. (Brathwaite, Patrick) (Entered: 11/29/2022) |
| 12/14/2022 | 19 | ***COUNSEL NOTIFIED TO REFILE USING CORRECT EVENT; MOTION*** of *Notice of Appearance of Counsel for Defendant and Substitution of Counsel Within Firm* Appearance by Gregg Moran on behalf of Hillsborough County Clerk of Courts (Moran, Gregg) Modified on 12/15/2022 (LD). (Entered: 12/14/2022) |
| 12/14/2022 | 20 | MOTION for Judgment on the Pleadings by Hillsborough County Clerk of Courts. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Margolin, Jason) (Entered: 12/14/2022) |
| 12/15/2022 | 21 | Amended MOTION for Judgment on the Pleadings by Hillsborough County Clerk of Courts. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Margolin, Jason) (Entered: 12/15/2022) |
| 12/16/2022 | 22 | **ENDORSED ORDER DENYING AS MOOT 20 Defendant's Motion for Judgment on the Pleadings. In light of the amended Motion, (Dkt. 21), the original filing is denied as moot. Signed by Judge Mary S. Scriven on 12/16/2022. (APF)** (Entered: 12/16/2022) |
| 12/16/2022 | 23 | RESPONSE in Opposition re 21 Amended MOTION for Judgment on the Pleadings filed by Blake A. Warner. (Attachments: # 1 Exhibit BOUTIQUE APARTMENTS LLC Registration, # 2 Exhibit Traffic Ticket, # 3 Exhibit Writ of Certiori)(Warner, Blake) (Entered: 12/16/2022) |
| 12/17/2022 | 24 | Supplement to 23 Response in Opposition to Motion, by Blake A. Warner. (Attachments: # 1 Exhibit Eviction Docket, # 2 Exhibit DE_46_REQUEST FOR HEARING, # 3 Exhibit DE_47_REQUEST FOR HEARING, # 4 Exhibit DE_48_REQUEST FOR HEARING, # 5 Exhibit DE_49_REQUEST FOR HEARING, # 6 Exhibit DE_57_ORDER, # 7 Exhibit DE_58_MOTION TO COMPEL)(Warner, Blake) Modified on 12/19/2022 to edit event code and text. (LD). (Entered: 12/17/2022) |
| 12/19/2022 | 25 | NOTICE of Appearance by Gregg Moran on behalf of Hillsborough County Clerk of Courts (Moran, Gregg) (Entered: 12/19/2022) |
| 01/10/2023 | 26 | **CASE MANAGEMENT AND SCHEDULING ORDER: Pretrial statement due by 3/22/2024. Jury Trial set for the May 2024 Trial Term, which commences April 29,** |

| | | |
|---|---|---|
| | | **2024, with a more precise trial date to follow. Conduct mediation hearing by 11/30/2023. Lead counsel to coordinate dates. Signed by Judge Mary S. Scriven on 1/10/2023. (CRB)** (Entered: 01/10/2023) |
| 01/16/2023 | 27 | MOTION for Issuance of Subpoena *for La Gaceta Deposition* by Blake A. Warner. (Warner, Blake) Motions referred to Magistrate Judge Sean P. Flynn. (Entered: 01/16/2023) |
| 01/30/2023 | 28 | NOTICE of mediation conference/hearing to be held on September 11, 2023 at 9:00 a.m. before Rochelle Friedman Walk. (Margolin, Jason) (Entered: 01/30/2023) |
| 03/28/2023 | 29 | Joint MOTION for Extension of Time to File trial brief and deposition designations *or in the alternative,* Joint MOTION for Clarification re 26 Case Management Scheduling Order, *re March 29, 2023 deadline for trial briefing and deposition designations* by Hillsborough County Clerk of Courts. (Margolin, Jason) (Entered: 03/28/2023) |
| 03/29/2023 | 30 | **ENDORSED ORDER GRANTING 29 the Parties' Joint Motion for Clarification or, in the Alternative, an Extension. The deadline for the Parties to file trial briefs and deposition transcripts with designations highlighted is MARCH 29, 2024. The prior date listed in the Case Management and Scheduling Order contained a scrivener's error. All other deadlines in the Case Management and Scheduling Order shall remain the same unless otherwise Ordered. Signed by Judge Mary S. Scriven on 3/29/2023. (APF)** (Entered: 03/29/2023) |
| 06/07/2023 | 31 | Unopposed MOTION to File Excess Pages *for Motion for Summary Judgment* by Blake Andrew Warner. (Warner, Blake) (Entered: 06/07/2023) |
| 06/08/2023 | 32 | **ENDORSED ORDER GRANTING 31 Plaintiff's Unopposed Motion for Leave to File a Motion in Excess of 25 Pages. Plaintiff shall be permitted to file a motion for summary judgment that does not exceed forty (40) pages in length, inclusive of all parts. Signed by Judge Mary S. Scriven on 6/8/2023. (APF)** (Entered: 06/08/2023) |
| 06/10/2023 | 33 | Verified MOTION for Partial Summary Judgment by Blake Andrew Warner. (Attachments: # 1 Exhibit 18-CC-022377 - Docket, # 2 Exhibit 18-CC-022377 DE 24 - Order Deposit Rent, # 3 Exhibit 18-CC-022377 DE 56 - Court Ticket, # 4 Exhibit 18-CC-022377 DE 77 - Warner Funds Letter, # 5 Exhibit 18-TR-129797 - Docket, # 6 Exhibit 18-TR-129797 - Notice Hearing, # 7 Exhibit 2020 United States Census Hillsborough, # 8 Affidavit Blake Warner, # 9 Exhibit Boutique Apartments LLC Registration, # 10 Exhibit Defendant Response First RFA, # 11 Exhibit Defendant Response First RFI, # 12 Exhibit E-file eviction service email, # 13 Exhibit E-file registration email, # 14 Exhibit Kelly Road Property Tax 2019, # 15 Exhibit Kelly Road Property Tax 2020, # 16 Exhibit La Gaceta July 9, 2021 Edition, # 17 Exhibit La Gaceta Dep. 1-30-23 Exhibits, # 18 Exhibit La Gaceta Dep. 1-30-23, # 19 Exhibit La Gaceta Dep. 9-8-18, # 20 Exhibit Warner 2013 Drivers License, # 21 Exhibit Warner 2021 Drivers License, # 22 Exhibit warner lease 06-21-18 to 05-20-19, # 23 Exhibit warner lease 05-17-19 to 04-30-20, # 24 Exhibit warner lease 05-01-20 to 04-30-21, # 25 Exhibit warner lease 05-01-21 to 04-30-22)(Warner, Blake) (Entered: 06/10/2023) |
| 06/10/2023 | 34 | SUPPLEMENT to 33 Verified MOTION for Partial Summary Judgment by Blake Andrew Warner. (Attachments: # 1 Exhibit Demand Letter, # 2 Exhibit Demand Letter Response) (Warner, Blake) Modified on 6/13/2023 (LD). (Entered: 06/10/2023) |
| 06/11/2023 | 35 | NOTICE by Blake Andrew Warner re 33 Verified MOTION for Partial Summary Judgment *of Constitutional Challenge* (Attachments: # 1 Exhibit Email Service Receipt)(Warner, Blake) (Entered: 06/11/2023) |
| 06/29/2023 | 36 | Joint STATEMENT of undisputed facts *for Cross Summary Judgment Motions* by Hillsborough County Clerk of Courts.. (Attachments: # 1 Exhibit A-Receipts for the two court registry deposits by Mr. Warner, # 2 Exhibit B-Mr. Warner's June 22, 2018 Notice of |

| | | Change of Address, # 2 Exhibit C-Minutes from the October 24, 2018 hearing, # 4 Exhibit D-Letters from the Clerk's office regarding the court registry funds, # 5 Exhibit E-July 9.2021 La Gaceta Newspaper, # 6 Exhibit F-Transcript of the January 30, 2023 Depo of Patrick Manteiga, # 7 Exhibit G-La Gaceta mailing forms, # 8 Exhibit H-Mr. Warner's efile registration, # 9 Exhibit I-Mr. Warner's Demand Letter, # 10 Exhibit J-The Clerk's response to Mr. Warner's demand letter)(Margolin, Jason) Modified to edit docket text on 6/30/2023 (RLK). (Entered: 06/29/2023) |
| 06/30/2023 | 37 | MOTION for Summary Judgment by All Defendants. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Margolin, Jason) (Entered: 06/30/2023) |
| 07/01/2023 | 38 | RESPONSE in Opposition re 37 MOTION for Summary Judgment filed by Blake Andrew Warner. (Attachments: # 1 Exhibit A - Tiger King Amicus, # 2 Exhibit B - Clerk Pro Se Guide, # 3 Exhibit C - Declaration of Blake Warner)(Warner, Blake) (Entered: 07/01/2023) |
| 07/03/2023 | 39 | Unopposed Notice of Corrected Filing by Blake Andrew Warner re 33 Verified MOTION for Partial Summary Judgment (Attachments: # 1 Exhibit Corrected Verified Motion for Partial Summary Judgment)(Warner, Blake) Modified text on 7/5/2023 (JK). (Entered: 07/03/2023) |
| 07/10/2023 | 40 | NOTICE of supplemental authority re 33 Verified MOTION for Partial Summary Judgment by Blake Andrew Warner. (Attachments: # 1 Exhibit Cambell v Universal City Development Partners(11th Cir. 2023))(Warner, Blake) (Entered: 07/10/2023) |
| 07/10/2023 | 41 | RESPONSE to Motion re 33 Verified MOTION for Partial Summary Judgment filed by Hillsborough County Clerk of Courts. (Margolin, Jason) (Entered: 07/10/2023) |
| 07/17/2023 | 42 | REPLY to Response to Motion re 37 MOTION for Summary Judgment filed by Hillsborough County Clerk of Courts. (Margolin, Jason) (Entered: 07/17/2023) |
| 07/20/2023 | 43 | REPLY to Response to Motion re 33 Verified MOTION for Partial Summary Judgment filed by Blake Andrew Warner. (Attachments: # 1 Exhibit B - Clerk Pro Se Guide)(Warner, Blake) (Entered: 07/20/2023) |
| 08/03/2023 | 44 | **ORDER TAKING UNDER ADVISEMENT 21 Defendant's Amended Motion for Judgment on the Pleadings. The Motion will be addressed in conjunction with the fully-briefed summary judgment motions, and no action will be taken pending the Court's review of the additional case-dispositive briefing. Signed by Judge Mary S. Scriven on 8/3/2023. (APF)** (Entered: 08/03/2023) |
| 08/07/2023 | 45 | NOTICE of supplemental authority re 33 Verified MOTION for Partial Summary Judgment by Blake Andrew Warner. (Warner, Blake) Modified text on 8/7/2023 (JK). (Entered: 08/07/2023) |
| 09/12/2023 | 46 | MEDIATION report Hearing held on September 11 2023. Hearing outcome: Impasse. (Walk, Rochelle) (Entered: 09/12/2023) |
| 09/12/2023 | 47 | Entry Error (Entered: 09/12/2023) |
| 09/12/2023 | 48 | NOTICE of Lead Counsel Designation by Jason L. Margolin on behalf of Hillsborough County Clerk of Courts. Lead Counsel: Jason L. Margolin. (Margolin, Jason) (Entered: 09/12/2023) |
| 01/24/2024 | 49 | NOTICE of supplemental authority re 33 Verified MOTION for Partial Summary Judgment *Huls v. Llabona (11th Cir. 2011)* by Blake Andrew Warner. (Warner, Blake) (Entered: 01/24/2024) |
| 02/12/2024 | 50 | **ORDER on the Parties' Motions for Summary Judgment. Signed by Judge Mary S. Scriven on 2/12/2024. (AC)** (Entered: 02/12/2024) |

| | | |
|---|---|---|
| 03/12/2024 | [51](#) | NOTICE OF APPEAL as to [50](#) Order on Motion for Summary Judgment, Order on Motion for Partial Summary Judgment by Blake Andrew Warner. Filing fee $ 605, receipt number AFLMDC-21859051. (Warner, Blake) (Entered: 03/12/2024) |
| 03/12/2024 | [52](#) | TRANSMITTAL of initial appeal package to USCA consisting of copies of notice of appeal, docket sheet, order/judgment being appealed, and motion, if applicable to USCA re [51](#) Notice of Appeal. (HAI) (Entered: 03/12/2024) |
| 03/20/2024 | [53](#) | TRANSCRIPT information form filed by Blake Andrew Warner re [51](#) Notice of Appeal. USCA number: 24-10748-B. No transcript(s) requested. (Warner, Blake) (Entered: 03/20/2024) |
| 05/31/2024 | | Pursuant to F.R.A.P. 11(c), the Clerk of the District Court for the Middle District of Florida certifies that the record is complete for the purposes of this appeal re: [51](#) Notice of Appeal. All documents are imaged and available for the USCA to retrieve electronically. USCA number: 24-10748-DD (LSS) (Entered: 05/31/2024) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/25/2024 08:55:38 | | | |
| **PACER Login:** | AkermanTLH | **Client Code:** | 099998-00287694 |
| **Description:** | Docket Report | **Search Criteria:** | 8:22-cv-01977-MSS-SPF |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |

# TAB 21

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

BLAKE WARNER,

     Plaintiff,

v.                        Case No. 8:22-cv-01977-MSS-SPF

HILLSBOROUGH COUNTY     **Dispositive Motion**
CLERK OF COURTS,

     Defendant.

_____/

### DEFENDANT'S AMENDED[1] MOTION FOR
### JUDGMENT ON THE PLEADINGS

     Defendant Hillsborough County Clerk of Court (the "Clerk") moves for

judgment on the pleadings. Plaintiff Blake Warner ("Mr. Warner") claims the

Clerk breached alleged duties associated with rent money he deposited into

its registry in underlying litigation and brings claims related to a demand

letter he served for that same money. There is no factual dispute the Clerk

deposited the unclaimed funds per Florida Statute § 116.21.

     Mr. Warner's specific claims are:

1. A purported violation of Mr. Warner's due process rights
   through inadequate notice before treating his deposit as
   unclaimed, Doc. 1 ¶¶ 43–45;

---

[1] This amended motion is being filed in light of additional information learned following a conversation with Plaintiff on December 15, 2022, after the filing of the original motion, in the hopes of reducing the issues in dispute.

67821441;1

2. A purported violation of the takings clause because of the forfeited deposit, *id.* at ¶¶ 46–49;

3. An alleged breach of a fiduciary duty, *id.* at ¶¶ 50–52;

4. Defamation, *id.* at ¶¶ 53–61; and

5. Retaliation, *id.* at ¶¶ 52–66.

Mr. Warner's claims all fail as a matter of law because Mr. Warner cannot establish the necessary elements. The Clerk's affirmative defenses, which are established by the undisputed parts of the parties' pleadings, also demonstrate the Clerk is entitled to judgment as a matter of law.

## I.   BACKGROUND FACTS

This litigation stems from an eviction action filed against Mr. Warner by his then-landlord in 2018 in the county court of Hillsborough County, *Boutique Apartments LLC v. Warner*, Case No. 18-CC-022377. Doc. 1 ¶ 6; Doc. 11 ¶ 6. Mr. Warner deposited his outstanding rent payments into the court registry pending resolution of the case, per Florida Statute § 83.60(2). Doc. 1 ¶ 7; Doc. 11 ¶ 7. On April 27, 2018, near the start the case, Mr. Warner filed his answer, defenses, counterclaims, and third-party complaint. *See generally* Exhibit A.[2] The responsive filing by Mr. Warner verified his address as 3012 W. De Leon St. #23, Tampa, Florida 33609. *Id.*

---

[2] To minimize volume, only the relevant excerpts (cover page, table of contents, and pages at the end of the document showing Mr. Warner's address at the time) are attached as Exhibit A. *See also U.S. v. Jones*, 29 F.3d 1549, 1553 (11th Cir. 1994) (holding courts may judicially notice filings in other dockets to establish the fact of the litigation and

67821441;1

Because litigants are in the best position to know their own contact information, and in the interests of ensuring proper service on all parties, the Florida Rules of Judicial Administration (both currently and as they existed in 2018) require *pro se* litigants to include their service address on filings. FLA. R. JUD. ADMIN. 2.515(b); Exhibit B. Similarly, the Thirteenth Judicial Circuit, encompassing Hillsborough County, has had administrative orders in place for more than a decade requiring parties to update their address information when they move during the course of a lawsuit. Exhibit C; Exhibit D.[3] On June 22, 2018, Mr. Warner demonstrated his understanding of the change-of-address rules by formally updating his address via a "Notice of Address Change." Exhibit E. His updated address was 502 S. Fremont Ave. #1322, Tampa, Florida 33606 (the "Fremont Address"). *Id.* Mr. Warner did not file any further notice of address change forms.

After ten months of no record activity, the court issued a notice of intent to dismiss for lack of prosecution pursuant to Florida Rule of Civil Procedure 1.420(e) on March 30, 2020. Exhibit F (showing service to Mr. Warner at the Fremont Address). No record activity occurred in the sixty days following the notice, so on June 12, 2020, the court dismissed the case.

related filings); *Hernandez v. Aurobindo Pharma USA, Inc.*, 582 F. Supp. 3d 1192, 1200 (M.D. Fla. 2022) (explaining courts may take judicial notice when determining motions for judgment on the pleadings). The public docket is available online at https://hover.hillsclerk.com/.

[3]   The 2019 version of the order replaced the 2007 version, but the 2007 version is still publicly available at https://www.fljud13.org/Portals/0/AO/DOCS/2007-036.pdf.

67821441;1

Exhibit G. Eight months passed, and on February 16, 2021, the Clerk mailed notices to each of the litigants informing them that the money Mr. Warner had deposited in the registry had not yet been claimed. Exhibit H (showing service to Mr. Warner at the Fremont Address). The notices provided a form the litigants could use to claim the funds and warned them the money would be forfeited if they did not make a claim by April 19, 2021. *Id.*

The Clerk also published a notice of the unclaimed funds on July 9, 2021, in La Gaceta, a local newspaper that is available to readers in English, Spanish, and Italian to reach a broad potential audience. Exhibit I, at 1 (highlights added); LA GACETA, https://lagacetanewspaper.com/ (last visited December 5, 2022).[4] Currently, a one-year subscription for Hillsborough County residents is only $35. *Subscribe to La Gaceta Today!*, LA GACETA, https://lagacetanewspaper.com/subscribe/ (last visited December 5, 2022). Non-subscribers can also purchase La Gaceta at multiple locations across the Tampa Bay region. *Compare* Doc. 1 ¶ 23 (admitting La Gaceta is available in at least two locations), *with How To Get La Gaceta*, LA GACETA (Feb. 23, 2018), https://web.archive.org/web/20180223054522/https://lagacetanewspa per.com/subscribe/ (noting in 2018 La Gaceta was available to non-subscribers at over fifty locations in Hillsborough County). Additionally, La

---

[4]     Mr. Warner admits La Gaceta published the notice on July 9, Doc. 1 ¶ 12, but the exhibit to his complaint is the August 26 edition, thus explaining why the funds at issue in this litigation do not appear in that exhibit. *See* Doc. 1-3.

Gaceta makes its legal notices freely and publicly available on its website—
including the one attached to this motion as Exhibit I—under a sizeable
button labeled "Search Our Legal Notices!" that leads to
http://lagacetanewspaper.com/legal-ads/search-legal-ads/.     (An     archived
version      from      August 2,     2021,     is     available     at
https://web.archive.org/web/20210802121344/https://lagacetanewspaper.
com/legals-ads-july-2021/.) The notice of the unclaimed funds was under the
case caption, *Boutique Apartments LLC v. Blake Warner*, which included Mr.
Warner's name. Exhibit I, at 1.

Neither Mr. Warner nor the other two litigants placed a claim to the
funds following the notices. *See generally* Doc. 1 ¶¶ 37–39. Accordingly, the
unclaimed funds were escheated on September 1, 2021. Doc. 1 ¶ 13.

Almost one-year later, on July 29, 2022, Mr. Warner sent an e-mail to
the Clerk accusing it of "embezzling" the funds and "theft," and threatening
to file a lawsuit if payment was not made. Doc. 1 ¶ 53; Doc. 11 ex. 1. The
Clerk's responded through legal counsel, denying Mr. Warner's allegations
and outlining legal deficiencies in his claims. Doc. 1 ¶ 54 n.3; Doc. 1-2. The
response did not outright accuse Mr. Warner of extortion; it was a relatively
tame reminder that phrasing is important, and Mr. Warner outright accused
the Clerk of being a criminal over a civil dispute. Doc. 1 ¶ 53; Doc. 11 ex. 1;
Doc. 1-2 (providing Mr. Warner with the benefit of the doubt by stating: "We

67821441;1

trust it was not your intent to commit extortion."). The response did not suggest the Clerk itself would pursue a claim against Mr. Warner based on potential extortion or otherwise refer him for prosecution. Doc. 1-2.

## II.   STANDARD FOR DETERMINATION

"Federal Rule of Civil Procedure 12(c) . . . provides 'a means of disposing of cases when . . . a judgment on the merits can be achieved by focusing on the content of the competing pleadings'" *Perez v. Wells Fargo N.A.*, 774 F.3d 1329, 1336 (11th Cir. 2014) (quoting Charles Alan Wright & Arthur R. Miller, FEDERAL PRACTICE & PROCEDURE § 1367 (3d ed. 2004)). "Judgment on the pleadings is appropriate where there are no material facts in dispute and the moving party is entitled to judgment as a matter of law," accepting as true all material facts alleged in the non-moving party's pleading. *Id.* at 1335 (quoting *Cannon v. City of W. Palm Beach*, 250 F.3d 1299, 1301 (11th Cir. 2001)). Threadbare legal conclusions in a complaint "are not entitled to the assumption of truth," but instead the complaint must include factual allegations that are plausible on their face. *Samara v. Taylor*, 38 F.4th 141, 152 (11th Cir. 2022) (quoting *Ashcroft v. Iqbal*, 556 U.S. 662, 679 (2009)).

In deciding a motion for judgment on the pleadings, a court can take judicial notice of public records. Fed. R. Evid. 201(d); *Jones*, 29 F.3d at 1553; *Hernandez*, 582 F. Supp. 3d at 1200.

6

## III.   MEMORANDUM OF LAW

Mr. Warner brings two sets of claims. Counts I through III relate to the underlying forfeiture of the funds by Mr. Warner. Counts IV and V relate to the response the Clerk served to Mr. Warner's demand for the funds and accusations of supposed embezzlement and theft. As explained below, both sets of claims fail as a matter of law.

### A.   The Clerk is Entitled to Judgment as a Matter of Law Dismissing Mr. Warner's Counts I, II, and III Regarding the Disbursement of Funds.

Counts I, II, and III fail as a matter of law because: (1) the Clerk complied with Florida Statute § 116.21; (2) no taking occurred; (3) no duty was breached; and (4) Mr. Warner failed to timely bring his claim.

### 1.   The notices provided by the Clerk complied with due process requirements and otherwise followed the procedures in Florida Statute § 116.21 (Count I).

First and foremost, Mr. Warner's claims fail because the Clerk fully complied with Florida Statute § 116.21. Florida Statute § 116.21 is comprised of four parts, the first of which requires the Clerk to deposit unclaimed funds into the fine and forfeiture fund every year:

> (1) The sheriffs and clerks of the courts of the various counties of the state are authorized at their discretion on or before September 25 of each and every year hereafter to pay into the fine and forfeiture fund of their respective counties, or the fine and forfeiture fund created under s. 142.01, any or all unclaimed moneys deposited or collected by them in their official capacity, which unclaimed moneys came

7

> into their hands prior to January 1 of the preceding year and for which moneys claim has not been made. … **Any unclaimed court-related funds** collected or deposited by the clerk which remain unclaimed **must be deposited into the fine and forfeiture fund** established under s. 142.01.

Fla. Stat. § 116.21(1) (emphasis added).

Subsection 2 of Section 116.21 requires the Clerk to publish notice in July, specifying that monies must be claimed on or before September 1 and that unclaimed monies will be forfeited:

> (2) The sheriffs and clerks of the various courts of the respective counties may, during the month of July of each year, hereafter make and compile a list of any or all unclaimed moneys which came into their hands as provided in subsection (1) above. Such compilation shall list, in addition to the name of the defendant, the respective amounts of such unclaimed moneys. **Such list or compilation shall be published one time during the month of July in a newspaper of general circulation** in the county served by such sheriff or clerk, and the **notice shall specify that unless such moneys are claimed on or before September 1 after such publication that same shall be declared forfeited to such county.** Proof of such publication shall be made by the publisher of such newspaper and shall be filed and recorded in the minutes of the county commissioners of such county.

Fla. Stat. § 116.21(2) (emphasis added).

Subsection 3 of Section 116.21 bars any claim unless it is filed within the time required:

> (3) Persons having or claiming any interest in such funds or any portion of them shall file their written claims with the sheriff or clerk of the court of the

> county having custody of such funds within the time
> specified by the notice and shall make sufficient proof
> to the sheriff or clerk of their ownership and upon so
> doing shall be entitled to receive any part of the
> moneys so claimed. … **Unless claim is filed within
> such time as aforesaid, all claims in reference
> thereto are forever barred**.

Fla. Stat. § 116.21(3) (emphasis added).

Subsection 4 of Section 116.21 provides the Clerk with a complete

release and discharge from any liability in connection with the funds once

they are deposited in the fine and forfeiture fund:

> (4) … **Upon such payment to the fine and
> forfeiture fund, the sheriff or clerk shall be
> released and discharged from any and all
> further responsibility or liability in connection
> therewith**.

Fla. Stat. § 116.21(4) (emphasis added).

The undisputed facts establish the Clerk complied with Florida Statute

§ 116.21 and provided more notice than required. In Count I, Mr. Warner

alleges the Clerk did not comply with the due process requirements of the

constitution or Florida Statute § 116.21. Doc. 1 ¶¶ 43–45. Thus, Mr. Warner's

claim fails as a matter of law.

As quoted above, the notice aspect of the newspaper publication has

three components: (1) it must run in July, (2) it must include the defendant's

name, (3) it must include a statement that the funds will be forfeited if no

claim is filed by September 1 of that same year. Florida Statute § 116.21(2).

9

The Clerk's publication in La Gaceta complied with each of these requirements and included the necessary warning about disbursement of the funds. Exhibit I, at 1 (reflecting notice was published Friday, July 9, 2021, containing Mr. Warner's name), 7 (reflecting funds would be declared forfeited if written claim not filed on or before Sept. 1, 2021 by email or mail).

Notably, in deciding motions based on the pleadings, "courts may take judicial notice of documents such as . . . newspaper articles . . . for the limited purpose of determining which statements the documents contain (but not for determining the truth of those statements)." *U.S. ex rel. Osheroff v. Humana, Inc.*, 776 F.3d 805, 811 n.4 (11th Cir. 2015) (citing *Bryant v. Avado Brands, Inc.*, 187 F.3d 1271, 1278 n.10 (11th Cir. 1999)). Therefore, a review of the pleadings, Florida Statute § 116.21, and the published notice establishes the Clerk complied with the statute as a matter of law.

Mr. Warner attempts to circumvent these facts in two ways. First, Mr. Warner alleges notice was not adequate because he alleges "La Gaceta does not meet the 'newspaper of general circulation' requirement of Fla. Stat. § 116.21." Doc. 1 ¶¶ 27, 44.

The term "Newspaper of general circulation" is not defined in Chapter 116, but is found elsewhere in other Florida Statutes. For example, Florida Statute § 165.031(4) provides:

(4) "**Newspaper of general circulation**" means a newspaper **printed in the language most commonly spoken in the area within which it circulates**, which is **readily available for purchase** by all inhabitants in its area of circulation, but does not include a newspaper intended primarily for members of a particular professional or occupational group, a newspaper the primary function of which is to carry legal notices, or a newspaper that is given away primarily to distribute advertising.

Fla. Stat. § 165.031(4) (emphasis added);[5] *see also City of St. Mary's v. St. Mary's Native Corp.*, 9 P.3d 1002, 1011 (Alaska 2000) (holding a newspaper of general circulation is one distributed "in a community when it 'contains news of general interest to the community and reaches a diverse readership.'") (quoting *Moore v. State*, 553 P.2d 8, 21 (Alaska 1976)).

La Gaceta is a well-recognized, tri-lingual weekly newspaper in Tampa. *See* Sue Carlton, *For 100 years now, you simply had to read Tampa's La Gaceta newspaper*, TAMPA BAY TIMES (Mar. 9, 2022), https://www.tampabay.com/news/business/2022/03/09/for-100-years-now-you-simply-had-to-read-tampas-la-gaceta-newspaper/ [https://web.archive.org/web/20221209044701/https://www.tampabay.com/news/business/2022/03/09/for-100-years-now-you-simply-had-to-read-tampas-la-gaceta-newspaper/] (noting La Gaceta's storied history and continued services of the

---

[5] Chapter 165 is known as the Formation of Municipalities Act, and its "purpose … is to provide standards, direction, and procedures for the formation of municipalities in this state and the provision of municipal services." Fla. Stat. §§ 165.011, 165.021.

67821441;1

Tampa   community);   La   Gaceta,   "Our   History"   page, https://lagacetanewspaper.com/our-history/. Although Mr. Warner attached a different edition of La Gaceta to his complaint, even that copy demonstrates La Gaceta covers a variety of stories designed to attract a broader readership (including English-speaking readers). *See generally* Doc. 1-3, at 9–18.

The undisputed history, *see* Doc. 1 ¶ 17 (admitting La Gaceta has been published with English since the 1950s "to get legal advertising"), refutes Mr. Warner's allegation that La Gaceta "does not meet the requirements of Fla. Stat. § 50.031." Doc. 1 ¶ 26. At the time of the notice, Florida Statute § 50.031 merely required the newspaper "have been in existence for 1 year" prior to the publication. *See* Fla. Stat. § 50.031 (1999), *amended eff. Jan. 1, 2022.* Relatedly, at the time of the notice, Florida Statute § 50.011 required "publication in a newspaper printed and published periodically once a week or oftener, containing at least 25 percent of its words in the English language," which La Gaceta also satisfied. *Compare* Fla. Stat. § 50.011 (1999), *amended eff. Jan. 1, 2022;* http://laws.flrules.org/2021/17.

Based on the foregoing, La Gaceta meets the requirements for a newspaper of general circulation and Mr. Warner's assertion that notice was inadequate fails as a matter of law.

Second, Mr. Warner argues Florida Statute § 116.21 is unconstitutional on its face as a due process violation. But due process is satisfied as long as

67821441;1

notice is given in a way reasonably designed to actually serve a party. *See, e.g.*, *Dominguez v. U.S. Atty. Gen.*, 284 F.3d 1258, 1259 (11th Cir. 2002) ("Due process is satisfied so long as the method of notice is conducted 'in a manner 'reasonably calculated' to ensure that notice reaches the alien.'"). Courts recognize it would be effectively impossible for parties and the courts to perform extensive background or other checks to find addresses where parties do not provide those addresses themselves, and newspaper publication can be an appropriate form of notice that complies with the Due Process Clause. *E.g.*, *Acevedo v. First Union Nat'l Bank*, 476 F.3d 861, 866 (11th Cir. 2007) (approving notice by publication).

Although not required by statute, the Clerk also mailed a notice to Mr. Warner at the address he explicitly provided. Exhibit E; Exhibit H; *see, e.g.*, *Lee v. U.S. Postmaster Gen.*, 174 F. Supp. 3d 1325, 1327 (M.D. Fla. 2016) (mailing a notice to the last known address of a party meets the Constitution's due process requirements). This mailing occurred after eight months of docket inactivity, during which time Mr. Warner took no action to claim the funds. *See generally* Exhibits F–H. Following the mailed notice, Mr. Warner continued taking no actions to seek the funds despite the follow-up publication pursuant to Florida Statute § 116.21.

In short, the Clerk is entitled to judgment as a matter of law by virtue of the discharge afforded under Florida Statute § 116.21(4) because the Clerk

13

provided adequate notice to Mr. Warner by publishing notice in compliance with Florida Statute § 116.21, and independently, by mailing notice to the address Mr. Warner had provided to the Clerk.

### 2.    Mr. Warner did not experience a "taking" (Count II).

The Court should also enter judgment as a matter of law against Mr. Warner's taking claim in Count II, because the funds were lawfully acquired. *U.S. v. Morales*, 36 F. Supp. 3d 1276, 1293–94 (M.D. Fla. 2014) (concluding a claim alleging a violation of the Takings Clause failed because property was forfeited pursuant to statute).

In Count II, Mr. Warner attempts to fit his lawsuit into the framework of the Takings Clause. Doc. 1 ¶¶ 46–49. But this argument mistakes the underlying principles of the Takings Clause. The Fifth Amendment does not automatically apply every time a person forfeits his or her funds, but rather to cases involving eminent domain. In the analogous situation of civil forfeitures, the Supreme Court explained:

> Petitioner also claims that the forfeiture in this case was a taking of private property for public use in violation of the Takings Clause of the Fifth Amendment, made applicable to the States by the Fourteenth Amendment. But if the forfeiture proceeding here in question did not violate the Fourteenth Amendment, the property in the automobile was transferred by virtue of that proceeding from petitioner to the State. The government may **not** be required to compensate an owner for property **which it has already lawfully    acquired    under    the    exercise    of**

14

> **governmental authority other than the power of eminent domain**.

*Bennis v. Mich.*, 516 U.S. 442, 452 (1996) (emphasis added); *accord Morales*, 36 F. Supp. 3d at 1293–94.

This case does <u>not</u> involve eminent domain. Here, Mr. Warner deposited funds into a court registry pursuant to Florida Statute § 83.60(2), and then forfeited those funds by failing to claim them as required by Florida Statute § 116.21. In other words, Hillsborough County obtained the funds through "the exercise of governmental authority other than the power of eminent domain." *Bennis*, 516 U.S. at 452.[6]

Mr. Warner's complaint does not specify whether he is referring to the Florida Constitution, the Federal Constitution, or both. Because Mr. Warner is asserting federal jurisdiction and because the relevant provisions from the two constitutions are given the same interpretations, this motion assumes Mr. Warner asserts his rights under both. The outcome is the same regardless. *See, e.g.*, *St. Johns River Water Mgmt. Dist. v. Koontz*, 77 So. 3d 1220, 1222 (Fla. 2011) (noting Florida and federal takings clauses are given the same interpretation), *rev'd on other grounds Koontz v. St. Johns River Mgmt. Dist.*, 570 U.S. 595 (2013); *Silvio Membreno & Fla. Ass'n of Vendors,*

---

[6]   Although this motion does not rely on this point, Mr. Warner does not even properly allege he is the correct party that could have claimed the underlying funds—the other two parties in the eviction action arguably had better claims to the funds than him. Regardless, it is undisputed that none of the parties attempted to claim the funds.

*Inc. v. City of Hialeah*, 188 So. 3d 13, 20 (Fla. 3d DCA 2016) (noting Florida and federal due-process clauses are given the same interpretation).

The Takings Clause does not apply here. Accordingly, this Court should enter judgment dismissing Count II as a matter of law.

### 3. The Clerk did not Breach any Fiduciary Duty by Complying with Florida Law (Count III).

The Court should also enter judgment as a matter of law against Mr. Warner's breach of fiduciary duty claim in Count III because Florida Statute § 116.21(4) bars this claim.

In Count III, Mr. Warner attempts to plead a claim for "Breach of Fiduciary Duty: Embezzlement" alleging the funds were unilaterally seized without court order. Doc. 1, p.8 and ¶ 51. Generally, to state a claim for a breach of a fiduciary duty, Mr. Warner would need to show: (i) the Clerk owed him a fiduciary duty, (ii) the Clerk breached that duty, and (iii) Mr. Warner suffered damage resulted from the breach. *E.g.*, *Brouwer v. Wyndham Vacation Resorts, Inc.*, 336 So. 3d 372, 373 (Fla. 5th DCA 2022). For purposes of this motion, the Clerk does not dispute the duty element.[7] The Clerk is entitled to judgment, as a matter of law, because the Clerk did not breach any duty and did not cause Mr. Warner any damage.

---

[7] *But see Barnett Bank of West Florida v. Hooper*, 498 So. 2d 923, 925 (Fla. 1986) (recognizing general rule that relationship between bank and depositor is merely one of debtor to creditor).

16

The Clerk did <u>not</u> breach any duty, because the Clerk complied with the requirements of Florida law. Specifically, the Clerk is required to deposit unclaimed funds into the fine and forfeiture fund every year. Fla. Stat. § 116.21(1) ("**Any unclaimed court-related funds** collected or deposited by the clerk which remain unclaimed **must be deposited into the fine and forfeiture fund"**) (emphasis added). And having done so, the Clerk receives a full release and discharge of any and all duties related to the deposited funds. Fla. Stat. § 116.21(4) ("**Upon such payment** to the fine and forfeiture fund, the **… clerk shall be released and discharged from any and all** further **responsibility or liability** … .") (emphasis added). The Clerk's compliance with Florida law cannot constitute a breach of fiduciary duty. *Cf. Fifth Third Bancorp v. Dudenhoeffer*, 573 U.S. 409, 428 (2014) ("[C]ourts must bear in mind that the duty of prudence, under ERISA **as under the common law of trusts**, does not require a fiduciary to break the law.") (emphasis added) (citing Restatement (Second) of Trusts § 166, Comment *a* ("The trustee is not under a duty to the beneficiary to do an act which is criminal or tortious")).

Separately, the Clerk did <u>not</u> cause Mr. Warner damage by complying with Florida law. The Clerk mailed notice to Mr. Warner (and the other litigants) and the Clerk published the statutorily required notice. Mr. Warner's alleged damages were self-inflicted, by his failure to claim the funds

17

within the time required, which bars his claim as a matter of law. *See* Fla. Stat. § 116.21(3) ("**Unless claim is filed within such time** as aforesaid, **all claims in reference thereto are forever barred**.") (emphasis added).

Therefore, the Clerk requests judgment in its favor on this claim.

4. **Mr. Warner's claims are barred by their untimeliness, as his failure to satisfy the claims procedure was both a failure of a condition precedent and constituted abandonment (Counts I, II, and III).**

Independently, Counts I, II, and III are also barred because of Mr. Warner's own untimeliness in pursuing the funds and his own failure to file a notice of change of address prevent his attempted recovery here. Even *pro se* litigants like Mr. Warner must follow Florida's court rules and Florida Statutes. *Gladstone v. Smith*, 729 So. 2d 1002, 1004 (Fla. 4th DCA 1999) (citing *Kohn v. City of Miami Beach*, 611 So. 2d 538, 539–40 (Fla. 3d DCA 1992)); *see also U.S. v. Hung Thien Ly*, 646 F.3d 1307, 1315 (11th Cir. 2011) (citing *Faretta v. California*, 422 U.S. 806, 834 n.46 (1975)) ("[I]gnorance is no hidden virtue; a *pro se* [litigant] must follow the rules of procedure . . . .").

As detailed above, the only party that failed any obligation here was Mr. Warner. On June 22, 2018, he demonstrated that he understood the need to keep the court informed of his current address by filing the notice that it had changed to 502 S. Fremont Avenue. Exhibit E. He then chose *not* to file any further notices of address changes, and the Clerk understandably relied

67821441;1

on the most recent notice it had from Mr. Warner. Exhibit H. Further, the Clerk complied with Florida Statute § 116.21 and published the required notice of unclaimed funds in July 2021. Exhibit I. As a result, Mr. Warner can only blame his own lack of diligence for the forfeiture of the funds, and pursuant to Florida Statute § 116.21(4), the Clerk is "released and discharged from any and all further responsibility or liability" for the deposit. Accordingly, the Clerk requests judgment on Counts I, II, and III.

## B.   Mr. Warner's Counts IV and V Regarding the Clerk's Response to his Demand Letter Fail as a Matter of Law.

Counts IV and V fail as a matter of law because: (1) Mr. Warner cannot establish the required elements for defamation or retaliation; and (2) Florida's litigation privilege bars both claims.

### 1.   Mr. Warner cannot show the elements of defamation (Count IV).

The Court should enter judgment as a matter of law against Count IV because Mr. Warner cannot demonstrate any of the five required elements for a claim for defamation: (1) publication of a statement, (2) falsity of the statement, (3) knowledge or reckless disregard by the defendant, (4) actual damages, and (5) the statement must be defamatory. *Jews for Jesus, Inc. v. Rapp*, 997 So. 2d 1098, 1106 (Fla. 2008).

"Publication" requires the defendant "publish[] or communicate[] [the statement] to a third person; statements made to the person alleging the

67821441;1

defamation do not qualify." *Am. Airlines, Inc. v. Geddes*, 960 So. 2d 830, 833 (Fla. 3d DCA 2007).

Here, Mr. Warner sent correspondence to the Clerk and the Clerk's attorneys sent a response letter **only** to Mr. Warner. Doc. 1-2. The only person who published the response was Mr. Warner himself when he chose to file it in this Court's public docket, but that act by him cannot and is not attributable to the Clerk. *E.g.*, *Valencia v. Citibank Int'l*, 728 So. 2d 330, 330–31 (Fla. 3d DCA 1999) (holding plaintiff's decision to publish a statement cannot be attributable to the defendant). Accordingly, this Court should enter judgment dismissing Count IV as a matter of law.[8]

### 2. Florida's litigation privilege bars Mr. Warner's defamation claim (count IV).

Florida's broad litigation privilege bars Mr. Warner's defamation claim, even if all required elements were established (they are not). *See* Doc. 11, at 15 (raising the defense). Under the litigation privilege, "absolute immunity must be afforded to any act occurring during the course of a judicial proceeding, regardless of whether the act involves a defamatory statement or other tortious behavior . . . so long as the act has some relation to the proceeding." *Levin, Middlebrooks, Mabie, Thomas, Mayes & Mitchell, P.A. v.*

---

[8]   Because the publication element is dispositive, the Clerk does not address the other elements in this motion. The Clerk preserves its defenses that Mr. Warner cannot establish any statement was false, was defamatory, or caused action damage to Mr. Warner.

67821441;1

*U.S. Fire Ins. Co.*, 639 So. 2d 606, 608 (Fla. 1994). Florida courts have expressly held that litigation privilege applies to "communicative acts" such as correspondences sent during litigation. *E.g.*, *Arko Plumbing Corp. v. Rudd*, 230 So. 3d 520, 525–26 (Fla. 3d DCA 2017); *see also Echevarria, McCalla, Raymer, Barrett & Frappier v. Cole*, 950 So. 2d 380, 381, 384 (Fla. 2007) (applying the privilege to letters sent by a defendant that allegedly misrepresented the amount of money that the plaintiffs owed as debts).

The Clerk's correspondence fits within that scope—it was a direct response to Mr. Warner's own pre-suit communication accusing the Clerk of engaging in purportedly criminal behavior. For the same reason that the litigation privilege would protect Mr. Warner's letter, however inflammatory, it likewise enables the Clerk to respond by pointing out the flaws in Mr. Warner's position. Recognizing this point fits with the purpose of the rule by enabling parties to engage in normal litigation procedures without fearing that their ordinary communications will result in lawsuits. *See Levin*, 639 So. 2d at 608. Accordingly, this Court should enter judgment as a matter of law against Mr. Warner's defamation claim premised upon the Clerk's response to Mr. Warner's demand letter.

### 3.    Mr. Warner Cannot Establish a Retaliatory Act (Count V).

The Court should enter judgment as a matter of law against Count V because Mr. Warner cannot demonstrate that the Clerk engaged in any behavior sufficient to support a First Amendment retaliation claim.

To prevail on a First Amendment retaliation claim, Mr. Warner must show three elements: (1) he engaged in constitutionally protected speech, (2) he suffered an adverse action, and (3) a causal relationship exists between the protected speech and the adverse action. *Smith v. Mosley*, 532 F.3d 1270, 1276 (11th Cir. 2008) (citing *Bennett v. Hendrix*, 423 F.3d 1247, 1250, 1254 (11th Cir. 2005)). Mr. Warner predicates his retaliation claim on allegations the Clerk told him his "demand letter was criminal extortion and cited the statute." Doc. 1 ¶ 64. From the pleadings, as a matter of law, Mr. Warner cannot meet the second and third elements.

First, merely threatening counterclaims (which the Clerk did not even do here) is not sufficient to constitute adverse action for purposes of retaliation. *See Smith v. Haynes*, 940 F.3d 635, 648 (11th Cir. 2019) (holding the defendant's discussion of possible counterclaims did not meet "the governing test for what constitutes adverse action"). Similarly, the Supreme Court "has condoned limiting retaliation liability when the challenged government action, whether conduct or speech, is so pervasive, mundane, and universal in government operations that allowing a plaintiff to proceed on his

67821441;1

retaliation claim would 'plant the seed of a constitutional case' in 'virtually every' interchange." *The Baltimore Sun Co. v. Ehrlich*, 437 F.3d 410, 416 (4th Cir. 2006) (quoting *Connick v. Myers*, 461 U.S. 138, 148–49 (1983)). Likewise, the Seventh Circuit has explained that "it will be the rare case in which conduct occurring within the scope of litigation constitutes retaliation . . . ." *Steffes v. Stepan Co.*, 144 F.3d 1070, 1075 (7th Cir. 1998).

Here, this litigation began when Mr. Warner sent an e-mail to the Clerk (through its counsel) accusing it of the criminal acts of "embezzling" funds from him and committing "theft." Doc. 1 ¶ 53; Doc. 11 ex. 1. Mr. Warner's initial e-mail demanded triple damages under the civil theft statute, Florida Statute § 772.11. Doc. 11 ex. 1. But the civil theft statute has a strong fee-shifting provision in favor of a successful defendant. Under it, a successful defendant "is entitled" to recover attorney fees (not simply "may") if the court finds the "claim was without substantial fact or legal support." Fla. Stat. § 772.11(1).

Again, Mr. Warner began this litigation by serving a demand letter accusing the Clerk of criminal conduct. Doc. 1 ¶ 53; Doc. 11 ex. 1. The Clerk's response letter was measured, outlining the legal deficiencies with Mr. Warner's claims. *See generally* Doc. 11 ex. 1; Doc. 1-2. The language with which Mr. Warner disagrees did <u>not</u> say he was going to face any extortion claims or charges. Rather, it was a gentle reminder that threatening to

23

accuse a person of criminal acts to obtain money is generally unacceptable behavior. *Id.* at 1. The response letter did <u>not</u> state the Clerk was considering any action because of the demand itself, but rather that if Mr. Warner proceeded with his "proposed lawsuit," it could "subject [him] to potential liabilities" in the form of a fee-shifting order, as contemplated by § 772.11(1).

Thus, Mr. Warner's retaliation claim fails as a matter of law because no adverse action occurred. Doc. 1-2. The Clerk's attorneys merely provided a mundane reminder that phrasing matters and notice of the potential for the Clerk to receive an award of its attorney's fees and costs. *Id.* The response did not even rise to the level of a threatened counterclaim, which, even then, would not be actionable. *See, e.g.*, *Tzoc v. M.A.X. Trailer Sales & Rental, Inc.*, No. 13-cv-23859, 2015 WL 2374594, at \*14 (S.D. Fla. May 18, 2015) (finding a purported threat to countersue a "plaintiff for $300,000 was not [an] adverse action"). Moreover, Mr. Warner cannot demonstrate the response was tied to his exercise of speech. Rather, the language was clear that the Clerk might only seek a fee-shifting award under § 772.11(1) *if* he proceeded with his "proposed lawsuit" under the civil theft statute. *Id.*

Accordingly, the Court should enter judgment as a matter of law against Count V because the letter response to Mr. Warner's demand letter cannot constitute an adverse action.

## IV.   CONCLUSION

Mr. Warner's claims are unsupported and contrary to existing case law. This motion presents an opportunity to eliminate these unsupported claims before they can cause needless additional expenses for Hillsborough County, and the Clerk requests an order granting it judgment in this matter.

Respectfully submitted,

*/s/ Jason L. Margolin*

**Jason L. Margolin, Esq.**
Florida Bar No. 69881
jason.margolin@akerman.com
judy.mcarthur@akerman.com
**Gregg M. Moran, Esq.**
Florida Bar No. 1011060
gregg.moran@akerman.com
ava.hill@akerman.com
AKERMAN LLP
401 E. Jackson Street, Suite 1700
Tampa, Florida 33602
(813) 223-7333 / Fax: (813) 223-2837
*Counsel for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December 2022, I filed the foregoing using the Court's e-portal and served an additional copy on Blake Warner at blake@null3d.com.

*/s/ Jason L. Margolin*

Counsel for Defendant

25

67821441;1

# IN THE CIRCUIT/COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY

## Civil Division

BOUTIQUE APARTMENTS LLC
PLAINTIFF,

v.

BLAKE WARNER
DEFENDANT,

CASE NO     2018-CC-22377

DIVISION M

BLAKE WARNER
THIRD PARTY PLAINTIFF,

JURY TRIAL DEMANDED

v.

JESSIE DARKES
THIRD PARTY DEFENDANT,

## DEFENDANT ANSWER TO COMPLAINT, AFFIRMATIVE DEFENSES, COUNTERCLAIMS, AND THIRD PARTY COMPLAINT

(i)

EXHIBIT A

## TABLE OF CONTENTS

Answer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1

Affirmative Defenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  2

I  Failure to State a Cause of Action Upon Which Relief Can Be Granted . . . . . . . . .  2

II  Failure to State a Cause of Action Upon Which Relief Can Be Granted . . . . . . . . .  2

III  Failure to Serve a Proper, Non-Defective Termination Notice  . . . . . . . . . . . . .  2

IV  First Amendment  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  3

V  Castle Defense . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  3

VI  Self Defense  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  3

VII  Defense of Another Person  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  3

VIII  Lack of Intent  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  3

IX  Unclean Hands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  3

X  Selective Enforcement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  3

XI  Retaliatory Eviction  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  4

XII  Discriminatory Conduct . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  4

XIII  Reservation of Right To Supplement Defenses  . . . . . . . . . . . . . . . . . . . .  4

Counter-Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  4

I  Intrusion - Invasion of Privacy . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  4

II  Intrusion - Invasion of Privacy . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  5

III   Breach of Implied Covenant of Good Faith and Fair Dealing . . . . . . . . . . . . . . .   6

IV   Breach of Covenant of Quiet Enjoyment . . . . . . . . . . . . . . . . . . . . . . . . . . .   7

V   Breach of Implied Covenant of Good Faith and Fair Dealing . . . . . . . . . . . . . .   8

VI   Conversion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   9

VII   Conversion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   9

VIII Wrongful Eviction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   10

IX   Wrongful Eviction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   10

X   Fair Housing Violation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   11

XI   Breach of Implied Covenant of Good Faith and Fair Dealing . . . . . . . . . . . . . .   11

XII   Intentional Infliction of Emotional Distress . . . . . . . . . . . . . . . . . . . . . . . .   12

XIII Malicious Prosecution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   12

Jury Trial Demand . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   13

Nature of Relief Requested . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   13

I   Monetary Relief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   13

II   Declarative Relief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   14

III   Injunctive Relief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   14

IV   Other Relief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   14

Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   14

Third Party Complaint . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   14

Jurisdiction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Facts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Counts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

I   Malicious Prosecution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

II   Defamation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

Jury Trial Demand . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

Nature of Relief Requested . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

I   Monetary Relief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

II   Other Relief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

## II  OTHER RELIEF

46. And such other relief as the Court may deem appropriate.

### CONCLUSION

Wherefore Third Party Plaintiff demands judgment against Third Party Defendant

$4-27-18$

Date

Signature

Blake Warner, Pro Se

3012 W De Leon St, Apt 23

Tampa, FL 33609

21

## CERTIFICATE OF SERVICE

I certify a copy of the attached document has been furnished to:

_Charles Barrett_

Name of ___Plaintiff, ✓Plaintiff's Attorney or ___Defendant  (check one)

_307 S. Fielding Ave, Ma_

Address

_Tampa, FL. 33606_

City, State and zip code

By (check one)_____hand delivery__✓__ Mail_____Fax __✓__ email)

this __77__ day of __April__ 20 __18__.
      (Day)            (Month)         (Year)

_____

Signature of person filing documents

_3012 W De Leon St #23_

Address

_Tampa FL 33609_

City, State and zip code

_212-542-0055_

Phone

_blake@NULL3D.COM_

Fax and or Email Address

# Florida Rules of Judicial Administration

## Table of Contents

CITATIONS TO OPINIONS ADOPTING OR AMENDING RULES ORIGINAL
ADOPTION, effective 7-1-78: 360 So.2d 1076. .......................................................4
PART I. GENERAL PROVISIONS ..............................................................................7
   RULE 2.110.  SCOPE AND PURPOSE ...............................................................7
   RULE 2.120.  DEFINITIONS ................................................................................7
   RULE 2.130.  PRIORITY OF FLORIDA RULES OF APPELLATE
               PROCEDURE ................................................................7
   RULE 2.140.  AMENDING RULES OF COURT .............................................8
PART II. STATE COURT ADMINISTRATION .........................................................16
   RULE 2.205.  THE SUPREME COURT .............................................................16
   RULE 2.210.  DISTRICT COURTS OF APPEAL ...........................................23
   RULE 2.215.  TRIAL COURT ADMINISTRATION ......................................27
   RULE 2.220.  CONFERENCES OF JUDGES .................................................35
   RULE 2.225.  JUDICIAL MANAGEMENT COUNCIL ..................................39
   RULE 2.230.  TRIAL COURT BUDGET COMMISSION................................41
   RULE 2.235.  DISTRICT COURT OF APPEAL BUDGET COMMISSION ..44
   RULE 2.236.  FLORIDA COURTS TECHNOLOGY COMMISSION............47
   RULE 2.240.  DETERMINATION OF NEED FOR ADDITIONAL
               JUDGES .....................................................................54
   RULE 2.241.  DETERMINATION OF THE NECESSITY TO
               INCREASE, DECREASE, OR REDEFINE JUDICIAL
               CIRCUITS AND APPELLATE DISTRICTS ............................60
   RULE 2.244.  JUDICIAL COMPENSATION ..................................................67
   RULE 2.245.  CASE REPORTING SYSTEM FOR TRIAL COURTS............68
   RULE 2.250.  TIME STANDARDS FOR TRIAL AND APPELLATE
               COURTS AND REPORTING REQUIREMENTS ....................68
   RULE 2.255.  STATEWIDE GRAND JURY ...................................................70
   RULE 2.256.  JUROR TIME MANAGEMENT ...............................................71
   RULE 2.260.  CHANGE OF VENUE...............................................................72
   RULE 2.265.  MUNICIPAL ORDINANCE VIOLATIONS............................74
PART III. JUDICIAL OFFICERS................................................................................75

EXHIBIT B

RULE 2.310.   JUDICIAL DISCIPLINE, REMOVAL, RETIREMENT,
                     AND SUSPENSION ....................................................................75
RULE 2.320.   CONTINUING JUDICIAL EDUCATION ................................76
RULE 2.330.   DISQUALIFICATION OF TRIAL JUDGES ...........................77
RULE 2.340.   JUDICIAL ATTIRE.....................................................................79
PART IV. JUDICIAL PROCEEDINGS AND RECORDS ...................................79
RULE 2.410.   POSSESSION OF COURT RECORDS ......................................79
RULE 2.420.   PUBLIC ACCESS TO AND PROTECTION OF
                     JUDICIAL BRANCH RECORDS..............................................80
APPENDIX TO RULE 2.420 ...................................................................101
RULE 2.425.   MINIMIZATION OF THE FILING OF SENSITIVE
                     INFORMATION .......................................................................103
RULE 2.430.   RETENTION OF COURT RECORDS ....................................106
RULE 2.440.   RETENTION OF JUDICIAL BRANCH
                     ADMINISTRATIVE RECORDS .............................................110
RULE 2.450.   TECHNOLOGICAL COVERAGE OF JUDICIAL
                     PROCEEDINGS .......................................................................111
RULE 2.451.   USE OF ELECTRONIC DEVICES .........................................114
PART V. PRACTICE OF LAW ...........................................................................116
A. ATTORNEYS ....................................................................................116
RULE 2.505.   ATTORNEYS ............................................................................116
RULE 2.510.   FOREIGN ATTORNEYS..........................................................118
B. PRACTICE AND LITIGATION PROCEDURES............................................125
RULE 2.514.   COMPUTING AND EXTENDING TIME ...............................125
RULE 2.515.   SIGNATURE AND CERTIFICATES OF ATTORNEYS
                     AND PARTIES .........................................................................127
RULE 2.516.   SERVICE OF PLEADINGS AND DOCUMENTS .................128
RULE 2.520.   DOCUMENTS ...........................................................................133
RULE 2.525.   ELECTRONIC FILING.............................................................135
RULE 2.526.   ACCESSIBILITY OF INFORMATION AND
                     TECHNOLOGY.......................................................................140
RULE 2.530.   COMMUNICATION EQUIPMENT........................................140
RULE 2.535.   COURT REPORTING................................................................141
RULE 2.540.   REQUESTS FOR ACCOMMODATIONS BY
                     PERSONS WITH DISABILITIES ..........................................147

RULE 2.545.   CASE MANAGEMENT............................................................149

RULE 2.550.   CALENDAR CONFLICTS ......................................................152

RULE 2.555.   INITIATION OF CRIMINAL PROCEEDINGS .....................154

RULE 2.560.   APPOINTMENT OF SPOKEN LANGUAGE COURT
              INTERPRETERS FOR NON-ENGLISH-SPEAKING
              AND LIMITED-ENGLISH-PROFICIENT PERSONS ...........154

RULE 2.565.   RETENTION OF SPOKEN LANGUAGE COURT
              INTERPRETERS FOR NON-ENGLISH-SPEAKING
              AND LIMITED-ENGLISH-PROFICIENT PERSONS
              BY ATTORNEYS OR SELF-REPRESENTED LITIGANTS 157

JUDICIAL BRANCH RECORDS RETENTION SCHEDULE FOR
ADMINISTRATIVE RECORDS.........................................................................160

**RULE 2.515.      SIGNATURE AND CERTIFICATES OF ATTORNEYS AND PARTIES**

(a)      **Attorney's Signature and Certificates.** Every document of a party represented by an attorney shall be signed by at least 1 attorney of record in that attorney's individual name whose current record Florida Bar address, telephone number, including area code, primary e-mail address and secondary e-mail addresses, if any, and Florida Bar number shall be stated, and who shall be duly licensed to practice law in Florida or who shall have received permission to appear in the particular case as provided in rule 2.510. The attorney may be required by the court to give the address of, and to vouch for the attorney's authority to represent, the party. Except when otherwise specifically provided by an applicable rule or statute, documents need not be verified or accompanied by affidavit. The signature of an attorney shall constitute a certificate by the attorney that:

(1)      the attorney has read the document;

(2)      to the best of the attorney's knowledge, information, and belief there is good ground to support the document;

(3)      the document is not interposed for delay; and

(4)      the document contains no confidential or sensitive information, or that any such confidential or sensitive information has been properly protected by complying with the provisions of rules 2.420 and 2.425. If a document is not signed or is signed with intent to defeat the purpose of this rule, it may be stricken and the action may proceed as though the document had not been served.

(b)      **Pro Se Litigant Signature.** A party who is not represented by an attorney shall sign any document and state the party's address and telephone number, including area code.

(c)      **Form of Signature.**

(1)      The signatures required on documents by subdivisions (a) and (b) of this rule may be:

(A)      original signatures;

(B)   original signatures that have been reproduced by electronic means, such as on electronically transmitted documents or photocopied documents;

(C)   an electronic signature indicator using the "/s/," "s/," or "/s" [name] formats authorized by the person signing a document electronically served or filed; or

(D)   any other signature format authorized by general law, so long as the clerk where the proceeding is pending has the capability of receiving and has obtained approval from the Supreme Court of Florida to accept pleadings and documents with that signature format.

(2)   By serving a document, or by filing a document by electronic transmission using an attorney's assigned electronic filing credentials:

(A)   that attorney certifies compliance with subdivision (a)(1) through (a)(4) and accepts responsibility for the document for all purposes under this rule;

(B)   that attorney certifies compliance with all rules of procedure regarding service of the document on attorneys and parties;

(C)   that attorney certifies that every person identified as a signer in the document as described in subdivision (c)(1)(C) has authorized such signature; and

(D)   every signing attorney is as responsible for the document as if that document had been served by such signing attorney or filed using the assigned electronic filing credentials of such signing attorney.

## RULE 2.516.   SERVICE OF PLEADINGS AND DOCUMENTS

(a)   **Service; When Required.** Unless the court otherwise orders, or a statute or supreme court administrative order specifies a different means of service, every pleading subsequent to the initial pleading and every other document filed in any court proceeding, except applications for witness subpoenas and documents served by formal notice or required to be served in the manner provided for service of formal notice, must be served in accordance with this rule on each party. No service need be made on parties against whom a default has been entered, except

**IN THE THIRTEENTH JUDICIAL CIRCUIT
HILLSBOROUGH COUNTY, FLORIDA**

**ADMINISTRATIVE ORDER S-2019-005
(Supersedes Administrative Order S-2007-036)**

**CHANGE OF CONTACT INFORMATION**

Florida Rule of Judicial Administration 2.515 requires attorneys to provide an address, telephone number, and e-mail address on each document filed with the court. Self-represented litigants must provide an address and telephone number and may provide an e-mail address on all documents filed with the court.

Both attorneys and self-represented litigants experience changes of address, telephone numbers, or e-mail address during the pendency of litigation. The court, the Clerk of the Court ("clerk") and other parties need to be notified of such changes to addresses, telephone numbers, and e-mail addresses in order to provide proper notice or service of court documents.

The courts and the clerk do not uniformly receive timely notices of change of contact information from all attorneys and self-represented litigants. When the courts and the clerk do receive notices of change of contact information, the notices do not always identify the case number(s) associated with the attorney or self-represented litigant.

By the power vested in the chief judge under article V, section 2(d), Florida Constitution; section 43.2, Florida Statutes; and Florida Rule of Judicial Administration 2.215(b)(2), it is ORDERED:

    **1.    Designation of Current Mailing and E-Mail Address Form**
The clerk will provide access to a Designation of Current Mailing and E-Mail Address form for use by attorneys and self-represented litigants that complies with the requirements of this administrative order.

    **2.    Duty of Attorneys and Self-Represented Litigants**
If an attorney or self-represented litigant experiences a change in mailing address, telephone number, or e-mail address, or any combination of these, the attorney or self-represented litigant must promptly file with the clerk and serve all parties a separate Designation of Current Mailing and E-Mail Address form for each case associated with the attorney or self-represented litigant. Self-represented

EXHIBIT C

are allowed but not required to provide the clerk and all parties with an e-mail address. If a self-represented litigant decides to serve and receive documents by e-mail, the litigant must continue using e-mail service unless otherwise ordered by the presiding judge.

### 3.     **Reliance on Obsolete Contact Information**

If attorneys and self-represented litigants who experience a change of mailing address, telephone number, or e-mail address, or any combination of these, do not comply with section 2 of this administrative order, the courts, clerk and other parties have a right to rely on the contact information appearing in the most recent document filed in a court file.

### 4.     **Previous Administrative Order Superseded**

This administrative order supersedes Administrative Order S-2007-036 (*Notice of Change of Contact Information*).

### 5.     **Effective Date**

This administrative order is effective March 1, 2019.

ENTERED in Tampa, Hillsborough County, Florida on February ____,
2019.

Ronald N. Ficarrotta, Chief Judge

Original to: Pat Frank, Clerk of the Circuit Court
Copy to:     All Judges
             Hillsborough County Bar Association

## IN THE THIRTEENTH JUDICIAL CIRCUIT
## FOR HILLSBOROUGH COUNTY, FLORIDA

### ADMINISTRATIVE ORDER S-2007-036

### <u>NOTICE OF CHANGE OF CONTACT INFORMATION</u>

**WHEREAS** Florida Rule of Judicial Administration 2.515 requires attorneys and *pro se* litigants to provide an address and telephone number on each paper or pleading filed with the court; and

**WHEREAS** attorneys and *pro se* litigants experience changes of address or telephone numbers or both during the pendency of litigation; and

**WHEREAS** the court, the Clerk of the Court ("clerk") and other parties need to be advised of such address and telephone number changes to provide proper notice or service of papers and pleadings; and

**WHEREAS** the courts and the clerk are not uniformly receiving timely notice of change of address or telephone number or both from all attorneys and *pro se* litigants; and

**WHEREAS** the courts and the clerk receive notices of change of address or telephone number or both where the notice does not identify the case number(s) associated with the attorney or *pro se* litigant; it is therefore

**ORDERED:**

1.    **<u>Change of Address & Telephone Number Form</u>**

The clerk shall provide a change of address and telephone number form for use by attorneys and *pro se* litigants which complies with the requirements of this administrative order.

2.    **<u>Duty of Attorneys and *Pro Se* Litigants</u>**

Every attorney and *pro se* litigant who is governed by Florida Rule of Judicial Administration 2.515 shall promptly provide the clerk and all parties with written change of address information or telephone number information or both, including the case number for each case associated with the attorney or *pro se* litigant on the form provided


EXHIBIT D

by the clerk.

### 3.    **Reliance on Obsolete Contact Information**

Unless attorneys and *pro se* litigants who experience a change of address or telephone number or both comply with this administrative order, the courts, clerk and other parties have a right to rely on the address and telephone number appearing in the most recent paper or pleading filed in a court file.

### 4.    **Effective Date**

This administrative order is effective April 2, 2007.

**DONE AND ORDERED** in chambers in Tampa, Hillsborough County, Florida this 21st day of March, 2007.

Manuel Menendez, Jr., Chief Judge

Original to:    Pat Frank, Clerk of the Circuit Court
Copy to:        All Judges
                Hillsborough County Bar Association

2

# REQUEST FOR CHANGE OF ADDRESS

Printed Name of Requestor _____    Telephone Number (required) _____

FAX Number: _____    E-Mail: _____

☐ Check if this is a change from current Telephone Number, FAX Number, or E-Mail Address on file with the Clerk.

## Relationship to Requestor

_____ Self      _____ Attorney      _____ Legal Guardian      _____ Personal Representative

**Old Address**:

Street No.                    Street Name

City                    State                    Zip Code

**New Address**:

Street No.                    Street Name

City                    State                    Zip Code

## The Clerk will only change the contact information in cases specified below.

| Case # | Case Style (Parties involved in the case) | Court Area (Family Law, Circuit Civil, Circuit Criminal, etc) | Effective Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## PLEASE USE ADDITIONAL FORMS AS NECESSARY TO INCLUDE ANY AND ALL CASES.

Signature of Requestor _____    Date of Request _____

**For Office Use Only:**
Request Completed: _____    Clerk Completing Request: _____

Print

Filing # 73998128 E-Filed 06/22/2018 04:20:18 PM

Case 8:22-cv-01977-MSS-SPF   Document 21-5   Filed 12/15/22   Page 1 of 2 PageID 263
USCA11 Case: 24-10748   Document: 31-1   Date Filed: 07/30/2024   Page: 53 of 248

# In The Circuit/County Court Of The Thirteenth Judicial Circuit Of The State Of Florida, In And For Hillsborough County

## Civil Division

BOUTIQUE APARTMENTS LLC
PLAINTIFF,

v.

BLAKE WARNER
DEFENDANT,

_____

BLAKE WARNER
THIRD PARTY PLAINTIFF,

v.

JESSIE DARKES
THIRD PARTY DEFENDANT,

CASE NO     2018-CC-22377

DIVISION M

JURY TRIAL DEMANDED

## NOTICE OF ADDRESS CHANGE

Defendant, Blake Warner, is hereby giving notice that his address has changed to:

Blake Warner

502 S. Fremont Ave. #1322

Tampa, FL 33606

1



## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished to Plaintiff's Attorney Charles Barrett by email to e-filings@barrettpa.com on 05-19-2018, and to Third Party Defendant Jessie Darkes by email to jessie.darkes@mckinley.com on 05-19-2018.

6-22-2018
_____

Date

*Blake Warner*
_____

Signature

Blake Warner, Pro Se

502 S. Fremont Ave. #1322

Tampa, FL 33606

E-Service: blake@null3d.com

# IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
## CIVIL DIVISION

BOUTIQUE APARTMENTS LLC,BROOKLYN FLATS vs WARNER, BLAKE
Plaintiff/Petitioner vs Defendant/Respondent

CASE NUMBER: **18-CC-022377**
DIVISION: **M**

### NOTICE OF INTENT TO DISMISS FOR LACK OF PROSECUTION ON COURT'S OWN MOTION

    PLEASE TAKE NOTICE that it appears on the face of the record that no activity by filing of pleadings, order of court, or otherwise has occurred for a period of 10 months immediately preceding service of this notice, and no stay has been issued or approved by the court.

    Pursuant to Fla.R.Civ.P. 1.420(e), if no such record activity occurs within 60 days following the service

of this notice, or if no stay is issued or approved prior to the expiration of such 60 day period, this action shall be dismissed by the court on its own motion or on the motion of any interested person, whether a party to the action or not, after reasonable notice to the parties, unless a party shows good cause in

### NOTICE OF HEARING ON COURT'S OWN MOTION

    If record activity occurs within 60 days following the service of this notice or if a stay is issued or approved during such 60 days period, a hearing on the Court's own motion to dismiss for lack of prosecution will not be held. Otherwise, a hearing on the Court's own motion to dismiss for lack of prosecution will be held before the Honorable Miriam Valkenburg at COURTROOM 305 800 E TWIGGS ST  TAMPA FL 33602 on 6/12/2020 at 9:30 AM.If good cause why this action should remain pending is not filed in writing at least five days before the hearing or if the Court determines that good cause is not shown, this action shall be DISMISSED. Failure to appear after filing good cause shall also result in DISMISSAL. PLEASE BE GOVERNED ACCORDINGLY.



EXHIBIT F

I certify that a copy hereof has been furnished to:

Defendant: WARNER, BLAKE 502 S FREMONT AVE #1322   TAMPA FL 33606, by mail

Attorney: BARRETT, CHARLES VINCENT, III eservice@barrettpa.com by email

on 3/30/2020

PAT FRANK
CLERK OF THE CIRCUIT COURT

18-CC-022377, 3/30/2020 12:31:45 AM

*Pat Frank*



PAT FRANK, CLERK
18-CC-022377,  3/30/2020 12:31:45 AM

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813)272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

IN THE COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
CIVIL DIVISION

**BOUTIQUE APARTMENTS LLC;**
**BROOKLYN FLATS; BLAKE WARNER,**
Plaintiff/Petitioner

CASE NO. **18-CC-022377**
Division M

VS

**BOUTIQUE APARTMENTS LLC; BLAKE WARNER; JESSIE DARKES**
Defendant/Respondent

### ORDER OF DISMISSAL

This action was heard on the court's motion to dismiss for lack of prosecution served on March 30, 2020.

The court finds that (1) notice prescribed by rule 1.420(e) was served on March 30, 2020; (2) there was no record activity during the 10 months immediately preceding service of the foregoing notice; (3) there was no record activity during the 60 days immediately following service of the foregoing notice; (4) no stay has been issued or approved by the court; and (5) no party has shown good cause why this actions should remain pending. Accordingly,

IT IS ORDERED that this action is dismissed for lack of prosecution.

ORDERED at Tampa, Hillsborough County, Florida on .

County Judge Miriam V. Valkenburg

EXHIBIT G

CINDY STUART

Clerk of Court & Comptroller
13th Judicial Circuit

02/16/2021

BLAKE WARNER
502 S FREMONT AVE 1322
TAMPA FL 33606

| | |
|---|---|
| Property Type: DEPOSIT MADE WITH COURT | Cash: **$3,600.00** |
| **Case #:**  **18-CC-022377** | Last Activity: 05/24/2018 |
| Comments:  **COUNTY CIVIL REGISTRY** | Acct #:  C6207 / 218604 |

Dear Recipient,

Our records indicate that the remaining funds above deposited in the Court Registry have not been paid. State law requires us to report and remit funds to the State's Unclaimed Property Division if funds have not been paid within a certain time period. Check the appropriate selection(s) below, sign in the space provided, and return this form no **later than April 19, 2021**, to the address below. **If your responses AND required court order are not received by April 19, 2021, the funds will be sent to the State of Florida.**

> Clerk of the Circuit Court, Hillsborough County
> c/o CCC Accounting
> P.O. Box 1110
> Tampa, FL  33601

_____ I am not eligible to receive payment of the funds based on the following reason(s):

_____

**\*\*\*\*\*\*You must file with the court to claim the funds in the Court Registry before the Deadline\*\*\*\*\*\***

_____ I am eligible to receive payments of the funds based on the enclosed court order, and (check one):

\_\_\_\_The address listed above is my correct address.

\_\_\_\_The address listed above is incorrect. The corrected payee address is:

_____

| | |
|---|---|
| _____ | _____ |
| Signature | Date |

If you have any questions regarding this matter, please contact **Diane Sultenfuss-Thomas (813) 276-2029 ext. 4026** or Betty LaVoy (813) 276-2029 ext. 4740.

Sincerely,

*Betty J LaVoy*

Betty J LaVoy
Deputy Clerk

601 East Kennedy Boulevard • P.O. Box 1110 Tampa, Florida 33601 • Telephone 813.276.2029
An Affirmative Action - Equal Opportunity Employer

EXHIBIT H

CINDY STUART

02/16/2021

BOUTIQUE APARTMENTS LLC
307 S FIELDING AVE
TAMPA FL 0

Property Type: DEPOSIT MADE WITH COURT
**Case #:** **18-CC-022377**
Comments: **COUNTY CIVIL REGISTRY**

Cash: **$3,600.00**
Last Activity: 05/24/2018
Acct #: C6207 / 218604

Dear Recipient,

Our records indicate that the remaining funds above deposited in the Court Registry have not been paid. State law requires us to report and remit funds to the State's Unclaimed Property Division if funds have not been paid within a certain time period. Check the appropriate selection(s) below, sign in the space provided, and return this form no **later than April 19, 2021**, to the address below. **If your responses AND required court order are not received by April 19, 2021, the funds will be sent to the State of Florida.**

Clerk of the Circuit Court, Hillsborough County
c/o CCC Accounting
P.O. Box 1110
Tampa, FL 33601

\_\_\_\_\_ I am not eligible to receive payment of the funds based on the following reason(s):

_____

**\*\*\*\*\*\*You must file with the court to claim the funds in the Court Registry before the Deadline\*\*\*\*\*\***

\_\_\_\_\_ I am eligible to receive payments of the funds based on the enclosed court order, and (check one):

\_\_\_\_The address listed above is my correct address.

\_\_\_\_The address listed above is incorrect. The corrected payee address is:

_____

_____     _____
Signature                                           Date

If you have any questions regarding this matter, please contact **Diane Sultenfuss-Thomas (813) 276-2029 ext. 4026** or Betty LaVoy (813) 276-2029 ext. 4740.

Sincerely,

*Betty J LaVoy*

Betty J LaVoy
Deputy Clerk

2/17/2021 4:40 PM Filed: Hillsborough County/13th Judicial Circuit

CINDY STUART

Clerk of Court & Comptroller
13th Judicial Circuit

02/16/2021

BROOKLYN FLATS
307 S FIELDING AVE
TAMPA FL 0

Property Type: DEPOSIT MADE WITH COURT          Cash:          **$3,600.00**
**Case #:      18-CC-022377**                              Last Activity:  05/24/2018
Comments:     **COUNTY CIVIL REGISTRY**                     Acct #:       C6207 / 218604

Dear Recipient,

Our records indicate that the remaining funds above deposited in the Court Registry have not been paid. State law
requires us to report and remit funds to the State's Unclaimed Property Division if funds have not been paid within a
certain time period. Check the appropriate selection(s) below, sign in the space provided, and return this form no **later
than April 19, 2021**, to the address below. **If your responses AND required court order are not received by April 19,
2021, the funds will be sent to the State of Florida.**

> Clerk of the Circuit Court, Hillsborough County
> c/o CCC Accounting
> P.O. Box 1110
> Tampa, FL 33601

_____ I am not eligible to receive payment of the funds based on the following reason(s):
_____

**\*\*\*\*\*\*You must file with the court to claim the funds in the Court Registry before the Deadline\*\*\*\*\*\***

_____ I am eligible to receive payments of the funds based on the enclosed court order, and (check one):

_____The address listed above is my correct address.

_____The address listed above is incorrect.  The corrected payee address is:

_____

_____          _____
Signature                                Date

If you have any questions regarding this matter, please contact **Diane Sultenfuss-Thomas (813) 276-2029 ext. 4026** or
Betty LaVoy (813) 276-2029 ext. 4740.

Sincerely,

*Betty J LaVoy*

Betty J LaVoy
Deputy Clerk

601 East Kennedy Boulevard • P.O. Box 1110 Tampa, Florida 33601 • Telephone 813.276.2029
An Affirmative Action - Equal Opportunity Employer

## NOTICE OF UNCLAIMED FUNDS

NOTICE IS HEREBY GIVEN THAT THE CLERK OF THE CIRCUIT COURT OF HILLSBOROUGH COUNTY, FLORIDA, HAS ON HAND THE FOLLOWING UNCLAIMED FUNDS.

TRANSACTION DESCRIPTION          AMOUNT

*[Legal advertisement: multi-column list of unclaimed funds entries with names, case/transaction descriptions, and amounts. Full detailed listing not individually transcribed.]*

EXHIBIT I

LEGAL ADVERTISEMENT LEGAL ADVERTISEMENT LEGAL ADVERTISEMENT LEGAL ADVERTISEMENT
HILLSBOROUGH COUNTY HILLSBOROUGH COUNTY HILLSBOROUGH COUNTY HILLSBOROUGH COUNTY

$15.00
CASTILLO, ELIZABETH CK# 575983 03/29/2019 $15.00
CASTOR, LEROY CK# 430639 05/31/2019 15001248 $23.00
CASTRO, CHRISTIAN CK# 437601 12/26/2019 15001607 $72.00
CATALANI, KRISTIN LYNN CK# 427203 02/28/2019 15000634 $41.00
CATLEDGE, ARDEN J CK# 583489 11/01/2019$15.00
CAVANAUGH, MADISON E CK# 585486 12/20/2019 $15.00
CAVANAUGH, STEPHANIE Y CK# 581790 09/20/2019 $15.00
CEARLEY, ALVIN P CK# 578813 06/21/2019 $15.00
CECIL, PATRICIA F CK# 581988 09/20/2019 $15.00
CENAL, ALLEN T CK# 583992 11/08/2019 $15.00
CEPEDA, JOSHUA E CK# 579569 07/12/2019 $15.00
CERRA, JOHN A VS UNDERWOOD, DASIA 14-CC-003730 02/27/2014 *717.113 $582.79
CESARIO, GUADALUPE CK# 584857 12/06/2019 $15.00
CH YBOR LLC VS PHILLIPS, MIKE 14-CC-022634 08/18/2014 *717.113 $100.00
CHALLENGER, ERIK S CK# 582134 09/27/2019 $15.00
CHAMBERLAIN, BROOKLYN CK# 584716 11/22/2019 $10.70
CHAMBERLAIN, RYAN A CK# 584713 11/22/2019 $10.70
CHAMBERS, TRAVIS L CK# 584337 11/22/2019 $30.00
CHAMPION, ANTHANESIA B CK# 579506 07/12/2019 $15.00
CHAN, GARY VS RELIFORD, BRIDGETT 15-CC-017803 07/07/2015 *717.113 $486.00
CHANNELSIDE TITLE LLC CK# 430781 06/06/2019 15001320 $43.53
CHAPMAN, JOHN R CK# 574381 02/15/2019 $15.00
CHATFIELD, CHLOE F CK# 583907 11/08/2019 $15.00
CHAVARRIA, JOAQUIN CK# 437485 12/19/2019 15001614 $67.00
CHAVEZ APARICIO, GABRIELA E CK# 573583 01/25/2019 $15.00
CHELIKANI, SAI ADITYA CK# 579702 07/12/2019 $15.00
CHELSEA TITLE COMPANY CK# 430909 06/11/2019 15001326 $205.42
CHEN, LIXIN CK# 433261 08/12/2019 15001452 $105.00
CHESTER, DANIELLE L CK# 574456 02/15/2019 $15.00
CHEVALLIER, KENYA C CK# 576186 04/05/2019 $15.00
CHICAGO TITLE INSURANCE CO CK# 429677 05/08/2019 15000749 $504.05
CHIN, HOWIE CK# 583547 11/01/2019 $15.00
CHINWUBAH, STELLA CK# 577952 05/17/2019 $15.00
CHIRINOS, EDGARS MAURICIO BARRIOS CK# 429488 05/02/2019 15000694 $13.50
CHRISTENSEN, LIAM M CK# 579122 06/28/2019 $60.00
CHRISTOPHER, VALERIA V CK# 574761 02/22/2019 $15.00
CHURCHILL, TARA CK# 430650 05/31/2019 15001258 $500.00
CIMA, VIRGINIE C CK# 579961 07/19/2019 $15.00
CIMINO, ANTHONY S CK# 584405 11/22/2019 $15.00
CINTRON, FRANCISCO B CK# 585363 12/20/2019 $15.00
CIOFFI, VINCENT O CK# 573429 01/25/2019 $15.00
CIPALDO, GAVIN P CK# 433915 08/28/2019 15001460 $13.00
CITIMORTGAGE INC VS ROUSE, DIANE W 17-CA-004790 03/08/2018 *717.113 $388.40
CITRUS PARK MALL OWNER LLC VS SWARTZ, MARLENE 17-CA-010276 11/27/2017 *717.113 $5,101.00
CLAIRMONT, ADAM M CK# 581765 09/20/2019 $15.00
CLARK, DANIEL LEE CK# 434864 09/24/2019 15001143 $14.00
CLARK, DANIEL SCOTT CK# 427266 03/01/2019 15001101 $46.40
CLARK, STEFAN E CK# 584048 11/08/2019 $15.00
CLARKE, FABIAN O CK# 580619 08/09/2019 $15.00
CLASS ORTIZ, JENNIFER CK# 576110 03/29/2019 $15.00
CLAUDY SAINT LOUIS CK# 426885 02/20/2019 15001026 $250.00
CLAYTON, CRYSTAL CK# 425878 01/24/2019 15000927 $383.50
CLEARVIEW TITLE CK# 429682 05/08/2019 15000690 $527.05
CLEMENT, DONNA M CK# 583051 10/18/2019$15.00
CLIPPER COVE ASSOCIATES LTD VS LAGRANT, ROBERT 15-CC-016735 06/09/2015 *717.113 $814.60
CLOSING ADVANTAGE LLC CK# 429588 05/06/2019 15000774 $1,033.61
COASTAL BAY PROPERTIES INC VS DANIEL, ANTHONY 13-CC-030447 02/28/2014 *717.113 $800.00
COASTAL BAY PROPERTIES INC vs DANIEL, ANTHONY 14-CA-001228 04/04/2014 *717.113 $799.64
COATES, JODY D CK# 575748 03/22/2019 $15.00
COELLOFUENTES, DOLORES A CK# 432246 07/12/2019 15001397 $250.00
COHEN, JOANNE D CK# 575162 03/08/2019 $15.00
COHEN, NICOLE K CK# 585468 12/20/2019 $15.00
COLE, NICHOLAS J CK# 573385 01/25/2019 $15.00
COLEMAN, EDWARD J CK# 583461 11/01/2019 $15.00
COLEMAN, JEANNE L LAW OFFICE OF CK# 430925 06/11/2019 15001340 $49.30
COLINA, RAFAEL F CK# 577444 05/03/2019 $15.00
COLLINS, DAVID G CK# 579349 07/05/2019 $15.00
COLLINS, JOSHUA F CK# 427908 03/18/2019 15001119 $94.96
COLLINS, MADISON D CK# 582760 10/18/2019 $15.00
COLON, JULIO D CK# 573035 01/18/2019 $15.00
COMINGORE, PAUL CHAD VS COLON, CYNTHIA 14-CC-007586 04/08/2014 *717.113 $760.00
COMINGORE, PAUL CHAD VS HOJEWSKI, NATHAN 14-CC-010780 05/02/2014 *717.113 $322.78
COMMERCIAL DEVELOPMENT CK# 434050 09/04/2019 15001509 $200.00
COMMERCIAL DEVELOPMENT CK# 435385 10/14/2019 15001519 $61.50
COMMERCIAL DEVELOPMENT CK# 436076 11/01/2019 15001591 $335.90
COMMONWEALTH LAND TITLE INS AGENCY CK# 429541 05/03/2019 15000727 $2,315.87
COMPASS LAND AND TITLE LLC CK# 429450 05/01/2019 15001253 $65.20
CONDE, VICTOR CK# 432473 07/18/2019 15001369 $250.00
CONNELL, NETTIE N CK# 574261 02/15/2019 $15.00
CONNELLA, AMANDA L CK# 578417 06/07/2019 $15.00
CONNER, DANILO N CK# 576235 04/05/2019 $15.00
CONNER, TORI L CK# 574334 02/15/2019 $15.00
CONNOLLY-FERNANDES, ERIC J CK# 575979 03/29/2019 $15.00
CONNOR, CARMEN B CK# 574567 02/22/2019 $30.00
CONSTRUCTION SURVEYING ETC CK# 429768 05/09/2019 15001281 $122.10
CONSUMER TITLE AND ESCROW SERVICES CO CK# 429542 05/03/2019 15000725 $1,219.78
CONTI, JAKOB T CK# 583290 10/25/2019 $15.00
COOK, BRENDA D CK# 575938 03/29/2019 $15.00
COOK, LARRY C CK# 574661 02/22/2019 $15.00
COOM, JERRY FRANK CK# 432119 07/09/2019 15001384 $173.00
COOPER, NAYLA E CK# 578714 06/14/2019 $15.00
CORA GONZALEZ, JULISSA CK# 585138 12/13/2019 $15.00
CORDON, MELISSA ANN CK# 432908 07/30/2019 15001423 $42.00
CORLEY, SIRIA CK# 579690 07/12/2019 $15.00
CORNETT, SCOTT A CK# 582839 10/18/2019 $15.00
CORRALES, ESTEBAN D CK# 577739 05/17/2019 $15.00
COSKEY, ALLAN T CK# 575211 03/08/2019 $15.00
COTE, JEFFREY R CK# 585444 12/20/2019 $15.00
COUNTRYWOOD APARTMENTS LIMITED PARTNERSHIP VS DEIGHAN, ALICE M. 15-CC-013501 04/30/2015 *717.113 $18.60
COURTESY TITLE INC CK# 430466 05/28/2019 15000810 $71.40
COURTNEY LYNNE, KIRKPATRICK CK# 432713 07/25/2019 15000989 $230.00
COURTYARDS ON THE RIVER LLC VS BAILEY, LEROY W. 19-CC-039641 07/31/2019 *717.113 $52.00
COVELL, SCOTT A CK# 582672 10/11/2019 $15.00
COVERT, MICHAEL LINN CK# 427443 03/07/2019 15000647 $268.00
COWAN, TAYLOR CK# 436873 11/25/2019 15001226 $20.50
COWLES HILLSBOROUGH PROPERTIES LLC VS OSORIO, NAOMI 15-CC-028345 09/16/2015 *717.113 $350.00
CRAMER HABER AND MCDONALD PA CK# 430669 06/03/2019 15000808 $72.83
CREATIVE CHOICE HOMES XXXI LTD VS WOODEN, RASHEEDAH 18-CC-031483 08/07/2018 *717.113 $50.00
CREUZIGER, GINA L CK# 574104 02/08/2019 $15.00
CRISPIN, PEDRO CK# 572722 01/11/2019 $15.00
CROCKETT, BRENTON W CK# 583736 11/08/2019 $15.00
CROESE, PETER CK# 430536 05/29/2019 15000796 $165.00
CROSON, CURTIS M CK# 584814 12/06/2019 $15.00
CROSS, ASHTON RENEE CK# 431042 06/13/2019 15001324 $250.00
CROSS, DAVID L CK# 580075 07/26/2019 $15.00
CROSS, MICHAEL T CK# 578529 06/07/2019 $15.00
CROTEAU, CHRISTOPHER A CK# 576661 04/18/2019 $15.00
CROWELL, CAMERON MICHAEL CK# 436270 11/07/2019 15001221 $15.75
CRUZ CRUZ, MICHAEL A CK# 584005 11/08/2019 $15.00
CRUZ, ANABELLE N CK# 585247 12/20/2019 $15.00
CRUZ, ISMAEL CK# 578503 06/07/2019 $15.00
CRUZ, JOSE EDGAR BERNABE CK# 435624 10/21/2019 15001202 $250.00
CRUZ, JOSE EDGAR BERNABE CK# 435625 10/21/2019 15001201 $250.00
CRUZ, TORI S CK# 576964 04/26/2019 $15.00
CS SUNBIZ LLC VS DOMENECH, FRAMARIE 16-CC-020169 07/01/2016 *717.113 $909.23
CUE, JUAN CK# 583888 11/08/2019 $15.00
CUEVAS, MANUEL CK# 429356 04/29/2019 15000710 $273.00
CUI, XILI CK# 435089 09/25/2019 15001480$1,000.00
CURENTON, VICTOR L CK# 575768 03/22/2019 $15.00
CURRIER-CULLINAN, HEATHER L CK# 584854 12/06/2019 $15.00
CUYA, CHRISTINE A CK# 583234 10/25/2019 $15.00
CWANEK, GABRIELLE A CK# 579817 07/19/2019 $15.00
CYPRESS TITLE COMPANY CK# 430783 06/06/2019 15001323 $48.54
D AND E SURVEYING INC CK# 430784 06/06/2019 15001338 $31.00
D'AGOSTINO, PATRICIA S CK# 575910 03/29/2019 $15.00
DAHLEM, BETTY A CK# 577488 05/10/2019 $15.00
DAIGLE, ELAINE M CK# 584205 11/15/2019 $15.00
DALEY, MAEGAN N CK# 577843 05/17/2019 $15.00
DALFERRO, VALERIE A CK# 574148 02/08/2019 $15.00
DALIA CORPORATION VS MATHENY, CHRISTIA 15-CC-003545 02/06/2015 *717.113 $175.00
DALRYMPLE, STEPHANIE A CK# 578761 06/14/2019 $15.00
DALY, JAMES B CK# 577818 05/17/2019 $15.00
DAMIANI, MICHAEL A CK# 583828 11/08/2019$30.00
DANH, SHEENA T CK# 574027 02/08/2019 $15.00
DANIELLO WILLIAMS, JENNIFER L CK# 578859 06/21/2019 $15.00
DAUGHERTY, ROBERT S CK# 573461 01/25/2019 $15.00
DAVID STERN LAW OFFICE CK# 429923 05/14/2019 15000768 $431.44
DAVIE, JACOB H CK# 576016 03/29/2019 $15.00
DAVIES, JORDAN C CK# 577561 05/10/2019 $15.00
DAVIS, ALISA G CK# 583912 11/08/2019 $15.00
DAVIS, CARL E CK# 583820 11/08/2019 $15.00
DAVIS, DEAN O CK# 579620 07/12/2019 $30.00
DAVIS, JANAE S CK# 585045 12/13/2019 $15.00
DAVIS, LUKE T CK# 585126 12/13/2019 $15.00
DAVIS, RYAN J CK# 580227 07/26/2019 $15.00
DAVIS, SHANTEL Q CK# 574350 02/15/2019 $15.00
DAVIS, THOMAS R CK# 575371 03/15/2019 $15.00
DAY, ANTHONY S CK# 574440 02/15/2019 $15.00
DAY, LOIS CK# 435883 10/28/2019 15001219$500.00
DDS DISCOUNT CK# 433397 08/15/2019 15001435 $111.50
DD'S DISCOUNT CK# 435947 10/29/2019 15001536 $31.34
DE CASTRO, JOSE CK# 425613 01/16/2019 15000941 $13.50
DE JESUS, ANTONIO E CK# 584234 11/15/2019 $15.00
DEAN, DALTON L CK# 577762 05/17/2019 $15.00
DEBERRY, CHRISTOPHER CK# 432242 07/12/2019 15001394 $250.00
DEBRA LEE MARTIN CK# 425357 01/09/2019 15000652 $30.00
DEESE, TYLER F CK# 582465 10/04/2019 $15.00
DEJESUS, ADRIAN E CK# 577802 05/17/2019 $15.00
DEJESUS, JUAN M CK# 582216 09/27/2019 $15.00
DELA CRUZ, LEONARDO E CK# 574064 02/08/2019 $15.00
DELANGE, KIRA L CK# 577866 05/17/2019 $15.00
DELAROSA, ALEXIS CK# 579761 07/19/2019 $15.00
DELAROSA, KRISTIAN C CK# 578582 06/14/2019 $15.00
DELFASCO LLC VS POWELL, STEPHEN 14-CA-011264 04/20/2015 $100.00
DELMAS, MARIE Y CK# 581042 08/23/2019 $15.00
DELUNA, STEPHANIE L CK# 581715 09/20/2019 $15.00
DEMETER PROPERTIES INC VS LOFTON, WHITNEY 17-CC-012469 04/24/2017 *717.113 $165.00
DEMETER PROPERTIES INC VS MURPHY, EDWIN O 19-CC-059260 12/17/2019 *717.113 $2,525.00
DEMPS, MARQUIES J CK# 585203 12/13/2019$15.00
DEMUTH, COREY D CK# 584216 11/15/2019 $15.00
DENNEY, WALTER J CK# 576829 04/18/2019 $15.00
DENOVA, ANDY CK# 432238 07/12/2019 15000906 $250.00
DENSON, TIFFANY M CK# 581140 08/23/2019$15.00
DEPRANO, MICHAEL J CK# 575806 03/22/2019 $15.00
DESBOUQUETS, JEAN WILNER CK# 579891 07/19/2019 $15.00
DESCHLER, KALI M CK# 584292 11/15/2019 $20.13
DESKINS, DON G CK# 578552 06/07/2019 $15.00
DEUTSCHE BANK NATIONAL TRUST COMPANY VS JOHNSON, JOHN R 13-CA-015276 01/14/2015$100.00
DEVANE, DEVON T CK# 575443 03/15/2019 $15.00
DHAR, RUPA CK# 575627 03/15/2019 $15.00
DHI TITLE CK# 429590 05/06/2019 15000800 $1,009.03
DIAMOND TITLE AND ASSOCIATES CK# 430141 05/21/2019 15000760 $252.15
DIAZ GARCIA, JOHANSEL M CK# 575266 03/08/2019 $15.00
DIAZ, LUIS CK# 431800 06/28/2019 15001303 $29.00
DIAZ, VANESSA ARLETT CK# 428719 04/10/2019 15000859 $106.80
DIBENIGNO, ALEXANDRA F CK# 579313 07/05/2019 $15.00
DICKENSON, JARELL M CK# 575580 03/15/2019 $15.00
DIGIROLAMO, LEONARD R CK# 583812 11/08/2019 $15.00
DILBERT CASTRO, ASHLEY G CK# 583263 10/25/2019 $15.00
DIOGO, NICOLAS VS WILSON, SHERESE 18-CC-025950 01/04/2019 *717.113 $1,560.00
DIRECT CORPORATE SERVICES CK# 430821 06/07/2019 15000873 $41.69
DIX, SAMUEL B CK# 585166 12/13/2019 $15.00
DIXON, MARQUISH TRINETTE CK# 436291 11/07/2019 15001568 $80.00
DOBLER, CHRISTOPHER KENNETH CK# 426275 02/04/2019 15000605 $13.50
DOBO, SARAH E CK# 574714 02/22/2019 $15.00
DOBSON, CALMENT D CK# 576403 04/12/2019$15.00
DOLAN, KELSEY CK# 436007 10/30/2019 15001195 $72.00
DOMINGUEZ, MARILYN R CK# 578312 05/31/2019 $30.00
DOMINGUEZ, RAFAEL CK# 436013 10/30/2019 15001196 $60.00
DOMINGUEZNIETO, VALENTIN CK# 434233 09/09/2019 15001504 $202.00
DONAGHY, ROBERT T CK# 576315 04/05/2019$15.00
DONG, JI ZHONG CK# 436706 11/21/2019 15001585 $15.75
DONNELL, KENNETH G CK# 574321 02/15/2019 $15.00
DONNELL, KENNETH VS WILLIAMS, KAMILIHIA 13-CC-034164 01/03/2014 *717.113 $121.00
DORSEY, CRYSTAL L CK# 576926 04/26/2019$15.00
DORWARD, THOMAS A CK# 575774 03/22/2019 $15.00
DOUGHERTY, PATRICK B CK# 575529 03/15/2019 $45.00
DOWNTOWN TAMPA APARTMENTS, LLC VS SOSSO, JAMES 18-CC-037746 07/31/2018 *717.113 $1,000.00
DOZIER, DREW CK# 431692 06/26/2019 15000861 $170.00
DRAKE AND ASSOCIATES PA CK# 429770 05/09/2019 15000721 $116.80
DRAKE, MICAH DAVID CK# 428709 04/10/2019 15001163 $110.80
DRAWDY, KAYLA L CK# 576721 04/18/2019 $15.00
DRAYTON, JAMES V CK# 582173 09/27/2019 $15.00
DRIGGERS, AUTUMN LEANNE CK# 437770 12/30/2019 15001365 $47.00
DRIGGERS, JAMES C CK# 583094 10/18/2019$15.00
DROTLEFF, ANDREW F CK# 580688 08/16/2019 $30.00
DUCKWORTH, ALVAN L CK# 573236 01/18/2019 $15.00
DUNN, EDWARD CK# 575419 03/15/2019 $30.00
DUNNE ATTORNY AT LAW, JOHN P CK# 430151 05/21/2019 15000761 $257.08
DUPERTUIS, MELISSA C CK# 575324 03/08/2019 $30.00
DURAN JR, AUGUSTO CK# 431043 06/13/2019 15001319 $250.00
DUTTON, CLAYTON S CK# 575452 03/15/2019$15.00
DYAR, LOLLIS H CK# 584654 11/22/2019 $15.00
DYE, MICHAEL L CK# 582847 10/18/2019 $15.00
DYKES, ROBERT L CK# 582778 10/18/2019 $15.00
EAGLE TITLE AND ABSTRACT INC CK# 430516 05/29/2019 15000779 $202.43
EAGLES MASTER ASSOCIATION INC VS CAPOLUPO, EDDIE 18-CC-024464 10/01/2018 *717.113$80.00
EAMES, JAMES C CK# 579217 06/28/2019 $15.00
EASTWOOD MHC LLC VS LA FUENTE, ENEIDA NUNEZ DE 16-CC-033242 10/24/2016 *717.113 $453.12
EASTWOOD MHC, LLC VS MARTINEZ, HEATHER 16-CC-025977 08/17/2016 *717.113 $83.00
ECHAVARRIA, LILIA CK# 583740 11/08/2019 $15.00
ECHAVARRIA, RAFAEL GOMEZ CK# 429892 05/13/2019 15001287 $21.60
EDWARDS, ERIC N CK# 573587 01/25/2019 $15.00
EDWARDS, GILLIAN L CK# 577554 05/10/2019 $15.00
EGGERT, CHESTER L CK# 577511 05/10/2019 $15.00
EGZI, SOLOMON G CK# 575620 03/15/2019 $15.00
EHLERS, CHRISTINA CK# 436168 11/05/2019 15001578 $10.91
EHMKE III, RONALD LEE CK# 431436 06/21/2019 15000862 $2,000.00
EHMKE III, RONALD LEE CK# 431437 06/21/2019 15000863 $500.00
EIFRID, MEGAN CK# 430529 05/29/2019 15001260 $72.00
EKANGER, JONATHAN P CK# 575738 03/22/2019 $15.00
ELGIN, KELVIN CK# 434123 09/05/2019 15001508 $25.00
ELITE MORTGAGE OF TAMPA INC CK# 429924 05/14/2019 15000799 $408.50
ELIZARRARAS, AURELIO E CK# 583261 10/25/2019 $15.00
ELKASRI, MOHAMED VS BLACK, CORETHA 15-CC-032679 10/20/2015 *717.113 $100.00
ELLIOTT, ANDREA K CK# 574797 02/22/2019 $15.00
ELLIOTT, CHRISTINE M CK# 582957 10/18/2019 $15.00
ELLIS, MATTHEW VS HALL, BRIONNA 15-CC-009001 04/17/2015 *717.113 $500.18
ELLIS, NICHOLE H CK# 585469 12/20/2019 $15.00
ELLISON, MARIE A CK# 575820 03/22/2019 $15.00
EMBERY, KHARI O CK# 583786 11/08/2019 $30.00
EMERT, OLIVER P CK# 575531 03/15/2019 $15.00
EMILIANO, MARIA N CK# 573005 01/18/2019 $15.00
ENDRUSCHAT, ROBERT J CK# 579930 07/19/2019 $15.00
ENTERPRISE TITLE PARTNERS OF NTLTD CK# 430915 06/11/2019 15001329 $12.00
EPIC TITLE SERVICES INC CK# 429925 05/14/2019 15001274 $117.49
EPPS, ANTHONY D CK# 584236 11/15/2019 $15.00
EQUITITLE LLC CK# 429926 05/14/2019 15000858 $411.10
ERIC ARTURO CK# 426785 02/18/2019 15000640 $202.00
ERICKSON, JAQUELINE M CK# 426186 01/31/2019 15000955 $10.20
ESAW, ERIC B CK# 576481 04/12/2019 $15.00
ESCOBAR, YAN N CK# 574749 02/22/2019 $15.00
ESGAR, ASHLYN N CK# 581467 09/13/2019 $15.00
ESPARZA, GUADALUPE CK# 574481 02/15/2019 $15.00
ESPINAL TEJADA, YANET CK# 583619 11/01/2019 $15.00
ESPINOZA, AURELIO CK# 573536 01/25/2019 $15.00
ESPINOZA, RAMIRO CK# 578443 06/07/2019 $15.00
ESPINOZA, RUTH K CK# 573456 01/25/2019 $15.00
ESTEVES, ARMINDO VS FARESE, ALFRED JOSEPH 19-CC-000399 01/09/2019 *717.113 $187.50
EVERETT, MONIQUE CK# 432209 07/11/2019 15001408 $100.00
EVERETT, WILLOW J CK# 582884 10/18/2019$15.00
EXANTUS, CHOSTER CK# 428693 04/10/2019 15001167 $71.60
FADILAALSABBAGH, FAHD MHD CK# 432722 07/25/2019 15000985 $60.00
FAIR, EMERSON CK# 432720 07/25/2019 15001430 $14.00
FAIRFIELD ARBOR WALK LLC VS PURNELL, SHERMAN 16-CC-032432 10/18/2016 *717.113 $1,010.78
FAMILY DOLLAR CK# 428321 03/29/2019 15001113 $60.00
FAMILY DOLLAR CK# 429632 05/07/2019 15000695 $62.80
FAMILY DOLLAR CK# 435046 09/25/2019 15001512 $100.00
FAMILY DOLLAR CK# 437690 12/27/2019 15001613 $130.00
FANDALA, IVLOUSE CK# 433676 08/21/2019 15001073 $500.00
FARKAS, CHRISTOPHER P CK# 581446 09/13/2019 $30.00
FARMER AND FITZGERALD PA CK# 430473 05/28/2019 15000792 $100.00
FARMER, LISA H CK# 574654 02/22/2019 $30.00
FARRELL, SUSAN E CK# 579246 06/28/2019 $15.00
FEDERAL NATIONAL MORTGAGE ASSOCIATION VS FERNANDEZ, HECTOR 15-CA-005137 07/24/2015 $100.00
FELICIANO, DENISSE J CK# 579617 07/12/2019 $15.00
FELTON, DONTIAVIUS CK# 432948 07/31/2019 15001421 $161.00
FENN, ASHLEE R CK# 433154 08/07/2019 15001444 $20.00
FENSHAW, JOHN W CK# 584605 11/22/2019 $15.00
FERBER, JONAH S CK# 583375 10/25/2019 $30.00
FERDINAND, ROBERT A CK# 573465 01/25/2019 $15.00
FERGUSON, DOROTHY A CK# 585118 12/13/2019 $15.00
FERNANDES, ANA VS UNKNOWN TENANT #1 N/KA Z SUTHY 18-CC-000292 10/29/2018 *717.113 $1,000.00
FERNANDEZ, DAVID CK# 430819 06/07/2019 15000843 $50.00
FERNANDEZ, LOGAN A CK# 579863 07/19/2019 $15.00
FERNANDEZ, MARCUS T CK# 577642 05/10/2019 $15.00
FERNANDEZ, MARLENE R CK# 577834 05/17/2019 $15.00
FERRITTO, DAVID R CK# 582153 09/27/2019 $30.00
FERRY, DRAKE M CK# 582568 10/11/2019 $15.00
FIDELITY BANK CK# 428124 03/25/2019 15001115 $15.00
FIDELITY NATIONAL TITLE INS-MAITLAND CK# 429548 05/03/2019 15000706 $4,017.12
FIDELITY TITLE FIRST AMERICAN TITLE CK# 430143 05/21/2019 15000759 $257.00
FIELDS, ALEXIS N CK# 576416 04/12/2019 $15.00
FIFE, NANCY C CK# 580173 07/26/2019 $15.00
FIGUEREDO, VICTORIA ISABEL CK# 429519 05/02/2019 15001231 $20.50
FIGUEROA GARCIA, CHELYSAMIRA CK# 580093 07/26/2019 $15.00
FIGUEROA RIVERA, EDUARDO CK# 575687 03/22/2019 $15.00
FIGUEROA, ALEXIS MARIE GOMEZ CK# 425645

(Continued on next page)

Case 8:22-cv-01977-MSS-SPF Document 21-9 Filed 12/15/22 Page 3 of 7 PageID 273
USCA11 Case: 24-10748 Document: 31-1 Date Filed: 07/30/2024 Page: 63 of 248

01/17/2019 15000939 $13.50
FINKLEA, DIJANA CK# 582147 09/27/2019 $15.00
FINLAYSON, NIYA A CK# 574996 03/01/2019 $30.00
FINNELL, DALTON ANTHONY CK# 430200 05/22/2019 15001278 $72.00
FIRST AMERICAN TITLE CK# 429396 04/30/2019 15001193 $20,365.97
FIRST CITRUS BANK VS MJ MANLEY INC 11-CA-001991 07/29/2013 *717.113 $4,113.67
FIRST FLORIDA TITLE OF TAMPA BAY CK# 430754 06/05/2019 15000817 $92.00
FIRST PRIORITY TITLE SERVICES CK# 429927 05/14/2019 15000737 $495.35
FIRST ROTTLUND TITLE OF FLORIDA LLC CK# 429691 05/08/2019 15000745 $160.45
FIRST, ASHLEY LYNN CK# 425079 01/02/2019 15000951 $83.00
FISHER, MATTHEW J CK# 582747 10/18/2019$15.00
FISHERMANS TITLE INC CK# 430874 06/10/2019 15001341 $50.00
FISHMAN, BARRY CK# 435553 10/18/2019 15001213 $70.00
FIT TO RUN CK# 436000 10/30/2019 15001526 $106.50
FITZGERALD, CYNTHIA B CK# 581440 09/13/2019 $15.00
FITZGERALD, DENISE M CK# 579310 07/05/2019 $15.00
FL CERTIFIED DEED SERVICES CK# 430822 06/07/2019 15000826 $17.00
FL HARBOUR WALK LLC VS HOFFMAN, CATHY 16-CC-021065 08/11/2016 *717.113 $2,709.27
FLEMING, KIERRA M CK# 574297 02/15/2019 $15.00
FLORES, CELESTINA CK# 432599 07/23/2019 15001432 $500.00
FLORES, DAVID CK# 428857 04/16/2019 15001159 $25.00
FLORES, JACQUELINE CK# 574096 02/08/2019 $15.00
FLORES, JOSE L CK# 573801 02/01/2019 $15.00
FLORIDA ABSTRACT AND TITLE, LLC VS CHAVEZ, JOHN A 15-CC-026269 11/19/2015 *717.113 $76.65
FLORIDA CERTIFIED RECORD RETRIEVAL SVS CK# 429692 05/08/2019 15001265 $632.50
FLORIDA DEPARTMENT OF FINANCIAL SERVICES CK# 428425 04/02/2019 15001181 $226.56
FLORIDA PETTY CASH CK# 431061 06/13/2019 15000860 $70.00
FLORIDA PROPERTY TITLE SERVICES LLC CK# 430824 06/07/2019 15001357 $16.53
FLORIDA TREASURE REALTY, LLC VS JENKINS, TAISHA 18-CC-027895 08/07/2018 *717.113 $1,400.00
FLUKE, KEVIN CK# 436008 10/30/2019 15001228 $26.20
FOGARTY, CHARLOTTE S CK# 579798 07/19/2019 $15.00
FOMBO, ISIDORE A CK# 581878 09/20/2019 $15.00
FONTAINE, GERALD CK# 583933 11/08/2019$15.00
FORD, DWAYNE R CK# 575422 03/15/2019 $15.00
FOREMAN, CHARLES M CK# 584219 11/15/2019 $15.00
FOREMOST PROPERTY SOLUTIONS LLC VS HARDWICK, CHARITY 15-CC-025679 09/25/2015 *717.113 $300.00
FOSTER AND FOSTER CK# 431271 06/19/2019 15000866 $97.50
FOSTER, JEFFREY L CK# 583086 10/18/2019 $30.00
FOUNTAINVIEW ESTATES LLC VS PORTER, PAM 15-CC-036802 03/15/2016 *717.113 $1,583.24
FRANCIS, BART CK# 433244 08/12/2019 15001451 $12.08
FRBH SABAL PARK, LLC VS LOWE, LUCINDA H. 18-CC-061606 12/14/2018 *717.113 $200.00
FREEDMAN AND MICHAELS PA CK# 430625 06/07/2019 15000894 $29.71
FREEDOM LAND TITLE CK# 430475 05/28/2019 15000820 $192.77
FREITAG, TRACEY A CK# 575281 03/08/2019 $15.00
FRIAR, WILLIAM H CK# 584991 12/06/2019 $15.00
FULLER HOLSONBACK AND MALLOY PA CK# 430790 06/06/2019 15000829 $13.67
FUNIKU PROPERTIES CORP VS JONES, TAMIKA 19-CC-059580 12/09/2019 *717.113 $421.95
GABRIEL, STEVENS CK# 427800 03/14/2019 15000646 $450.00
GAGNON, JOHN CARL CK# 431170 06/17/2019 15001317 $45.75
GAHAGAN, KATHLEEN M CK# 573795 02/01/2019 $15.00
GAINER, JESSICA J CK# 583280 10/25/2019 $15.00
GAINEY, JAUKENA CK# 435682 10/22/2019 15001200 $500.00
GALLAGHER, JOSEPH P CK# 578108 05/24/2019 $15.00
GALLEGOS, NORL A CK# 583897 11/08/2019 $15.00
GAMMON, WILLIAM C CK# 577930 05/17/2019 $15.00
GAO, AIHUA CK# 434847 09/24/2019 15001487 $250.00
GARAFFA, GABRIELLA P CK# 582384 10/04/2019 $15.00
GARCIA DE QUEVEDO LI, BRENDA CK# 574819 02/22/2019 $15.00
GARCIA, ALEXANDER CK# 580668 08/16/2019 $30.00
GARCIA, ANA LEISY CK# 432190 07/11/2019 15000884 $500.00
GARCIA, BRITTANY D CK# 577178 04/29/2019 $15.00
GARCIA, CARRIE A CK# 583784 11/08/2019 $15.00
GARCIA, DAVID D CK# 583227 10/25/2019 $15.00
GARCIA, DIAMARI L CK# 583002 10/18/2019 $15.00
GARCIA, GELCY A CK# 580995 08/23/2019 $30.00
GARCIA, MATTHEW P CK# 584634 11/22/2019 $15.00
GARDNER WILKES SHAHEEN AND CANDELORA CK# 429697 05/08/2019 15001282 $158.75
GARDNER, LORI A CK# 577195 04/29/2019 $15.00
GARLING, GINNY L CK# 578587 06/14/2019 $15.00
GARRETT, ANTHONY W CK# 577390 05/03/2019 $15.00
GARRETT, KELLY M CK# 574951 03/01/2019 $15.00
GASVODA, PATRICK A CK# 576802 04/18/2019 $30.00
GATENBEE, AMYMARIE S CK# 580054 07/26/2019 $15.00
GATZA, LUKE G CK# 576637 04/18/2019 $15.00
GAUVREAU, HENRY R CK# 581511 09/13/2019 $30.00
GAVRIAN, EMILY R CK# 580718 08/16/2019 $15.00
GAY, GRACIELA R CK# 581095 08/23/2019 $15.00
GAYLE, VESPASIAN A CK# 429575 05/03/2019 15001240 $60.00
GENERAL TITLE COMPANY OF FLORIDA CK# 429550 05/03/2019 15000726 $1,827.49
GENESIS GROUP INC CK# 430919 06/11/2019 15000824 $185.10
GENNINGER, JASEN DOUGLAS CK# 427777 03/14/2019 15001124 $164.00
GEOMAP TECHNOLOGIES INC CK# 430828 06/07/2019 15000838 $24.50
GEORGE, CLIVE M CK# 573746 02/01/2019 $15.00
GERMAN, AMAURY EMMANUEL CK# 425249 01/07/2019 15000924 $103.00
GERMOND, JUSTIN J CK# 585430 12/20/2019$15.00
GIBBS, WILLIAM W CK# 579435 07/05/2019 $15.00
GIL IRIZARRY, ESTHER M CK# 575684 03/22/2019 $15.00
GILBERT, JAYNE P CK# 577475 05/10/2019 $15.00
GILBERT, LYLE W CK# 584648 11/22/2019 $15.00
GILBERT, SHEILA J CK# 583185 10/25/2019 $15.00
GILBERTSON, MATTHEW G CK# 576760 04/18/2019 $15.00
GILLEY, AVIANCE O CK# 437336 12/13/2019 15001619 $20.00
GINSBERG, CINDY K CK# 584585 11/22/2019 $15.00
GISPERT, DEBORAH J CK# 580972 08/23/2019 $105.00
GIZAW, GABRIELLA G CK# 580031 07/26/2019 $60.00
GIZAW, GABRIELLA G CK# 580331 08/02/2019 $150.00
GIZAW, GABRIELLA G CK# 580543 08/09/2019 $30.00
GLEN RASMUSSEN AND FOGARTY CK# 430755 06/05/2019 15001346 $83.28
GLOBAL TITLE NETWORK INC CK# 429594 05/06/2019 15000772 $882.54
GLYNOS, ANNABEL CK# 582122 09/27/2019 $15.00
GOAL PROPERTIES LLC VS GARZA, JOANNA 18-CC-053253 10/26/2018 *717.113 $2,206.00
GOLBACH, SAMUEL JOHN CK# 429894 05/13/2019 15001286 $1,702.00
GOLDSTEIN, JARED TYLER CK# 430393 05/24/2019 15001261 $55.00
GOLIBART, DANIEL A CK# 576236 04/05/2019$15.00
GOMEZ, DIEGO M CK# 574646 02/22/2019 $15.00
GOMEZVAZQUEZ, JUAN CK# 430568 05/30/2019 15000857 $2,000.00
GOMEZVAZQUEZ, NICOLAS CK# 430408 05/24/2019 15000758 $2,000.00
GONSALEZ, JOSE LUIS HERNANDEZ CK# 435067 09/25/2019 15001483 $250.00
GONYEA, BRIANNE K CK# 581457 09/13/2019$15.00
GONZALES, ELIADORO J CK# 428696 04/10/2019 15000664 $67.60
GONZALEZ, CARMEN CK# 577490 05/10/2019 $15.00
GONZALEZ, JOSE CK# 428871 04/16/2019 15000684 $500.00
GONZALEZ, KARLA A CK# 576857 04/26/2019$15.00
GONZALEZ, WILLIAM R CK# 580280 07/26/2019 $15.00
GONZALEZVEGA, MIRIAM CK# 428454 04/02/2019 15001180 $100.00
GOODWIN, LAURIE CK# 435227 10/07/2019 15001147 $72.00
GOOLSBY, TIFFANY L CK# 582299 09/27/2019 $15.00
GORDON, CAELA CK# 427507 03/08/2019 15001099 $16.50
GORDON, IAN C CK# 581717 09/20/2019 $15.00
GORDON, JERLEESHA CK# 427708 03/13/2019 15000657 $50.00
GORDON, KINSLEY CK# 425213 01/04/2019 15000582 $250.00
GOSSAMER WING, LLC VS MATHIS, KOLANDA 16-CC-009938 04/08/2016 *717.113 $2,160.00
GOYNES, AMINTA O CK# 574512 02/15/2019 $15.00
GRACIA, JHOAN SEBASTIAN CK# 425264 01/07/2019 15000950 $11.34
GRAF, DAVID O CK# 581417 09/13/2019 $15.00
GRAHAM, MICHAEL D CK# 575521 03/15/2019 $15.00
GRAHAM, RACHEL N CK# 572814 01/11/2019$15.00
GRANGER, CLIFFORD E CK# 580741 08/16/2019 $15.00
GRANTLAND, JOHN W CK# 575264 03/08/2019 $15.00
GRAY, CHRISTINA S CK# 573621 01/25/2019 $15.00
GRAY, VANESSA D CK# 579668 07/12/2019 $15.00
GREANY, PETER N CK# 574990 03/01/2019 $15.00
GREATER BAY TITLE LLC CK# 429928 05/14/2019 15001276 $378.80
GRECO PA, FRANK J CK# 430918 06/11/2019 15001328 $10.80
GRECO, BRIAN M CK# 578837 06/21/2019 $15.00
GREEN, SANDRA A CK# 583407 10/25/2019 $15.00
GREEN, WAYLON D CK# 576290 04/05/2019 $15.00
GREENBERG TRAURIG CK# 437364 12/16/2019 15001611 $12.00
GREENE AND SCHERMER CK# 430829 06/07/2019 15000828 $32.74
GREENE, MATTHEW R CK# 576525 04/12/2019 $15.00
GREENE, SHANNON SABRINA CK# 427280 03/01/2019 15000637 $110.80
GREKOS, DIONYSIA K CK# 575439 03/15/2019 $15.00
GRIFFIN, MATTHEW F CK# 573733 02/01/2019 $15.00
GRIFFIN, TERRY W CK# 583863 11/08/2019 $15.00
GRIMES, GWYNNE P CK# 584195 11/15/2019$15.00
GROGAN, JOSHUA A CK# 582218 09/27/2019$15.00
GROOM, JOHN VS JONES, PAMELA 17-CC-024049 08/04/2017 *717.113 $270.00
GSTALDER, CHRISTOPHER S CK# 579498 07/12/2019 $15.00
GUAGLIARDO, DARRELL D CK# 572873 01/11/2019 $15.00
GUE, KAYLEE M CK# 580149 07/26/2019 $15.00
GUGLIELMETTI, DIANA CK# 426777 02/18/2019 15001036 $15.75
GUILFU, RICARDO CK# 429731 05/08/2019 15000741 $146.00
GUILFUCCI, CARLOS R CK# 573504 01/25/2019 $15.00
GULF COAST REVIEW INC CK# 426134 01/30/2019 15000929 $61.50
GULF COAST REVIEW INC CK# 426324 02/04/2019 15001009 $35.00
GULF COAST REVIEW INC CK# 433179 08/07/2019 15001468 $61.50
GUTHRIE, ERICA J CK# 578547 06/07/2019 $15.00
GUYER, KANE A CK# 584596 11/22/2019 $15.00
GUZMAN, MARCOS CK# 579195 06/28/2019 $15.00
GUZMAN, MICHAEL CK# 581181 08/30/2019 $15.00
GUZMANMOLINA, WILMER CK# 434748 09/19/2019 15001490 $202.00
GWIN, CHRISTOPHER CK# 433095 08/06/2019 15001454 $250.00
HADDEN, THOMAS L CK# 582663 10/11/2019 $15.00
HAFER, DANIEL B CK# 578942 06/21/2019 $15.00
HAIGHT, THEODORE G CK# 582664 10/11/2019 $15.00
HAILEY, EDWARD J CK# 582140 09/27/2019 $15.00
HALL, CARLA CK# 430868 06/10/2019 15000833 $17.00
HALL, KRISTIE VS STARKE, TANYA 15-CC-019541 06/17/2015 *717.113 $39.32
HALLBACK, TANQUILLA T CK# 573130 01/18/2019 $15.00
HAMAN, JASON F CK# 573379 01/25/2019 $15.00
HAMERS, GREGORY A CK# 582226 09/27/2019 $15.00
HAMILTON, ALICE M CK# 575045 03/01/2019 $15.00
HAMILTON, CALVIN J CK# 583701 11/08/2019$15.00
HAMILTON, DAVID J CK# 580730 08/16/2019 $15.00
HAMMER TITLE INSURANCE COMPANY CK# 431274 06/19/2019 15000868 $38.11
HANSEL, OCYNTH S CK# 579176 06/28/2019 $15.00
HANSEN, WONDA VS BINNION, ROBERT C 19-CC-040201 07/26/2019 *717.113 $500.00
HARDEE, JAYCE F CK# 581274 08/30/2019 $15.00
HARDEN, KEITH A CK# 582206 09/27/2019 $15.00
HARDEN, SHAWN D CK# 585539 12/20/2019 $15.00
HAROLD, HAROLD K CK# 575972 03/29/2019 $15.00
HARPER KYNES AND GELLER PA CK# 430478 05/28/2019 15000783 $247.50
HARRELL, ZACHERY D CK# 583384 10/25/2019 $15.00
HARRIS, ANGELA MARIE CK# 434374 09/12/2019 15001091 $111.00
HARRIS, FONDA L CK# 574490 02/15/2019 $15.00
HARRISON, JAQUAN J CK# 582170 09/27/2019$15.00
HARRISON, TERRY A CK# 581588 09/13/2019$15.00
HART, JULIANNE CK# 432506 07/19/2019 15001376 $250.00
HART, JULIANNE CK# 432507 07/19/2019 15001375 $250.00
HART, NATHAN CLIFFORD CK# 427534 03/08/2019 15001127 $67.00
HARTMAN, TINA M CK# 580544 08/09/2019 $15.00
HARVEY, GLENDIA CK# 428428 04/02/2019 15001179 $26.34
HARVEY, JEFFREY C CK# 580697 08/16/2019$30.00
HARVIE, ALEXANDER S CK# 580667 08/16/2019 $30.00
HASSOUN, NICHOLAS S CK# 584482 11/22/2019 $15.00
HAUGHTON, VERONA E CK# 429752 05/08/2019 15001238 $12.50
HAWK, MADISON E CK# 582433 10/04/2019 $15.00
HAWLEY, JESSICA L CK# 573053 01/18/2019 $15.00
HAYDEN, ROBERT CHANCE CK# 432775 07/25/2019 15000909 $170.00
HAYES, TREVOR A CK# 573433 01/25/2019 $15.00
HAYSE, MERRIEL T CK# 579734 07/12/2019 $15.00
HEART OF ADOPTIONS INC CK# 432606 07/23/2019 15001420 $42.00
HEATH, CHRISTOPHER M CK# 580379 08/02/2019 $15.00
HECKSHER, MICHAEL P CK# 576522 04/12/2019 $15.00
HEMION, ROY DALLAS CK# 436015 10/30/2019 15001198 $250.00
HENDERSON, ADAM H CK# 577712 05/17/2019 $15.00
HENDERSON, CHRISTOPHER W CK# 574555 02/22/2019 $15.00
HENGST, AMANDA E CK# 575210 03/08/2019 $15.00
HENRIQUEZ, MIGUEL ANGEL CK# 426560 02/11/2019 15001013 $2,000.00
HENRY, DANIEL M CK# 583710 11/08/2019 $15.00
HENRY, DEMARIO JERMAINE CK# 428695 04/10/2019 15001166 $53.60
HENRY, TANYA N CK# 430649 05/31/2019 15001256 $60.00
HEPBURN, KRYSTAL L CK# 578678 06/14/2019 $15.00
HEREDIA PEREZ, CARLOS A CK# 582587 10/11/2019 $15.00
HERITAGE TITLE COMPANY CK# 430479 05/28/2019 15000781 $224.66
HERLONG, MARK B CK# 582753 10/18/2019 $15.00
HERNANDEZ GONZALEZ, ALEXANDRA CK# 573241 01/18/2019 $15.00
HERNANDEZ GONZALEZ, GRISEL CK# 583128 10/18/2019 $15.00
HERNANDEZ, ABIMAEL CK# 431849 07/02/2019 15001404 $500.00
HERNANDEZ, AGUSTIN HERNANDEZ CK# 434953 09/25/2019 15001482 $202.00
HERNANDEZ, ANTONIO VS PADILLA, ALEX 15-CC-004343 02/24/2015 *717.113 $600.00
HERNANDEZ, EPIFANIO CK# 583314 10/25/2019 $15.00
HERNANDEZ, FERMIN CK# 434971 09/25/2019 15001146 $500.00
HERNANDEZ, FERMIN CK# 435047 09/25/2019 15001145 $250.00
HERNANDEZ, JULIO CK# 432362 07/16/2019 15001378 $500.00
HERNANDEZ, LUCIO CK# 435579 10/18/2019 15001209 $500.00
HERNANDEZ, MELANIE CK# 572742 01/11/2019 $15.00
HERNANDEZ, NOEL CK# 578976 06/21/2019 $15.00
HERNANDEZ, RAMIREZ ALICIA CK# 426923 02/20/2019 15000618 $250.00
HERNANDEZ, SANTOS ANDRES ANTONETTI CK# 425903 01/24/2019 15000972 $32.94
HERNANDEZ, YUNIELBIS ZAYAS CK# 432527 07/19/2019 15001374 $55.00
HERRADA, RICARDO ANTONIO CK# 436088 11/01/2019 15001581 $11.75
HESS, DYLAN JACOB CK# 427268 03/01/2019 15001103 $15.75
HICKOX, TERRY D CK# 583393 10/25/2019 $15.00
HICKS, CHRISTOPHER DARRELL CK# 428694 04/10/2019 15000714 $106.80
HICKS, SELTHEAIL L CK# 579697 07/12/2019 $15.00
HILEN, TRAN VS MILLER, ANTON 18-CC-050528 10/01/2018 *717.113 $677.07
HILL, CALVIN D CK# 577523 05/10/2019 $15.00
HILLMAN, BRITTANY CHARISSE CK# 437600 12/26/2019 15001609 $11.00
HILLS, HANSJOERG CK# 434765 09/20/2019 15001489 $49.00
HILLSBOROUGH ABSTRACTING AND RESEARCH CK# 429700 05/08/2019 15000687 $150.70
HILLSBOROUGH TITLE CK# 429701 05/08/2019 15000744 $165.30
HILTON, NICOLE E CK# 584121 11/15/2019 $15.00
HIPSON, ANN R CK# 578807 06/21/2019 $15.00
HOBBS, JEREMY S CK# 583282 10/25/2019 $60.00
HODDINOTT, LILY R CK# 573782 02/01/2019 $15.00
HOKANSON, EMILY M CK# 576905 04/26/2019 $15.00
HOLDER, DILLARD KEITH CK# 426349 02/05/2019 15001062 $13.50
HOLLAND, WILLIAM CK# 430863 06/07/2019 15000851 $16.85
HOLMES, DENISE CAROL CK# 436947 11/27/2019 15001573 $138.00
HOLMES, JESIKA LYNE CK# 431870 07/02/2019 15000878 $202.00
HOME CHOICE 205 CK# 430635 05/31/2019 15000793 $174.00
HOMETOWN TITLE AGENCY INC CK# 429636 05/07/2019 15000755 $629.71
HOMSEY, KYLE ALEXANDER S CK# 583359 10/25/2019 $15.00
HOOKER, JOHN D CK# 429967 05/15/2019 15000733 $261.81
HORBELT, BRANDON J CK# 579849 07/19/2019 $15.00
HORNSBY, HELEN M CK# 577217 04/29/2019 $15.00
HOUGH, ALYSSA M CK# 573974 02/08/2019 $15.00
HOUSING AUTHORITY OF THE CITY OF TAMPA FLORIDA VS CROMPTON, CORRETTA 14-CC-022318 09/03/2014 *717.113 $121.00
HOUSING AUTHORITY OF THE CITY OF TAMPA FLORIDA VS CRUZ, LAKINDA 14-CC-014623 07/18/2014 *717.113 $26.00
HOUSING AUTHORITY OF THE CITY OF TAMPA FLORIDA VS WILLIAMS, BERONICA 15-CC-008106 04/09/2015 *717.113 $61.00
HOUSING AUTHORITY OF THE CITY OF TAMPA VS BELLAMY, NICKEYLA 18-CC-041879 08/20/2018 *717.113 $1,279.57
HOUSING AUTHORITY OF THE CITY OF TAMPA, FLORIDA VS BRANTLEY, MALENKA 13-CC-016164 01/03/2014 *717.113 $504.85
HOWARD, FREDRICK VS CAPOMACCIO, ANTHONY 18-CC-012768 03/19/2018 *717.113 $82.00
HPA US1 LLC VS LEE, ETHEL 19-CC-043469 08/22/2019 *717.113 $1,381.01
HRA EGYPT LAKE INC VS VASQUEZ, CHRISTOPHER 14-CC-028643 10/16/2014 *717.113 $757.00
HUANG ANNA 16TD000635 11/27/2019 $1,197.84
HUGGINS, CHRISTOPHER L CK# 581797 09/20/2019 $30.00
HUGHES, JOSIAH R CK# 583064 10/18/2019 $15.00
HUGHES, MAUREEN CK# 580183 07/26/2019$15.00
HUNT, SHA N CK# 573671 02/01/2019 $15.00
HUNTER, WILLIAM J CK# 582010 09/20/2019 $15.00
HURLBURT, ANDREW C CK# 585339 12/20/2019 $15.00
HURLEY, NATHAN P CK# 583602 11/01/2019 $15.00
HUTCHINS, FRANK W CK# 574584 02/22/2019 $30.00
HUTCHINSON, KATHRYN Y CK# 579374 07/05/2019 $15.00
HUTCHINSON, MARCHITA C CK# 582710 10/11/2019 $15.00
HYRY, EDMUND K CK# 573593 01/25/2019 $15.00
IBANEZ, TIMOTHY CK# 431486 06/24/2019 15001348 $174.00
IMER, CHARLES CK# 434048 09/04/2019 15001511 $72.00
IMRISEK, MICHAEL K CK# 579504 07/12/2019$15.00
INDELICATO, LISA J CK# 578542 06/07/2019 $15.00
INGRAHAM, JOHN H VS REED, TOMMIE 15-CC-019427 07/14/2015 *717.113 $702.30
INGRAM, ALTON R CK# 576620 04/18/2019 $15.00
INMAN, MICHAEL C CK# 578801 06/21/2019 $15.00
INTEGRITY SURVEYING AND CONSULTING INC CK# 430719 06/04/2019 15000819 $87.00
INTEGRITY TITLE GROUP CK# 429929 05/14/2019 15001275 $347.71
INTHATHIRATH, JOHN CK# 580168 07/26/2019 $15.00
IRIZARRIS, EDUARDO CK# 582394 10/04/2019 $15.00
ISAACSON, PHILLIP L CK# 575795 03/22/2019 $15.00
IVERY, JEFFREY CK# 574619 02/22/2019 $15.00
JACKSON, ASHLEIGH CK# 429045 04/22/2019 15000809 $37.50
JACKSON, ASHLEIGH CK# 431515 06/25/2019 15000896 $37.50
JACKSON, ASHLEIGH CK# 433460 08/16/2019 15001077 $66.50
JACKSON, BRIANNA CK# 436602 11/19/2019 15001588 $67.00
JACKSON, JARVARIS ERVIN CK# 428701 04/10/2019 15001170 $46.40
JACKSON, LEQWANDA D CK# 437540 12/20/2019 15001298 $43.47
JACKSON, RICHARD R VS IRWIN, MIKE 19-CC-001835 02/15/2019 *717.113 $400.00
JACKSON, ROSELYN MARIA CK# 426927 02/20/2019 15001029 $13.50
JACKSON, WINIFRED C CK# 581133 08/23/2019 $15.00
JACO, KATLYN M CK# 584164 11/15/2019 $45.00
JACOB, JOHN C CK# 579884 07/19/2019 $15.00
JACOBS, LATONIA K CK# 576052 03/29/2019 $15.00
JAMES, ADRIENE C CK# 573245 01/18/2019 $15.00
JAMES, DARRIUS RASHOD CK# 434514 09/16/2019 15001496 $101.50
JAMES, DAVID P CK# 572868 01/11/2019 $15.00
JAMES, SPENCER W CK# 584447 11/22/2019 $15.00
JAMESONLEE, ALEXANDER CK# 436491 11/15/2019 15001557 $31.00
JASMINE TERRACE LLC VS MORALES, CARLOS EDUARDO FLORES 17-CC-042501 11/06/2017 *717.113 $50.44
JC PENNEY CK# 430002 05/16/2019 15001277 $576.00
JEAN-LOUIS, DAVID A CK# 573614 01/25/2019 $15.00
JENKINS, GAIL M CK# 579600 07/12/2019 $15.00
JERRY, ERIC LAMONT CK# 427363 03/05/2019 15000649 $448.00
JIA, ZEKUN CK# 425669 01/17/2019 15000747$13.50
JIMENEZ, KALI J CK# 585137 12/13/2019 $15.00
JOHNSON, ANGEL D CK# 428280 03/28/2019 15001109 $20.00
JOHNSON, ANTHONY JOSEPH CK# 428689

(Continued on next page)

04/10/2019 15000676 $110.80
JOHNSON, DENTON CK# 574871 03/01/2019 $15.00
JOHNSON, EDWARD CK# 573871 01/18/2019 $15.00
JOHNSON, GARETH S CK# 369436 08/09/2019 $30.00
JOHNSON, GILBERT CK# 574484 02/15/2019 $30.00
JOHNSON, JAMES ERNEST CK# 434982 09/25/2019 15001486 $20.00
JOHNSON, JEANETTE M CK# 578897 06/21/2019 $15.00
JOHNSON, JOSHUA CK# 582055 09/27/2019 $15.00
JOHNSON, KELLY D CK# 577651 05/10/2019 $15.00
JOHNSON, LOREN CK# 429820 05/10/2019 15001230 $450.00
JOHNSON, MALCOLM C CK# 581560 09/13/2019 $15.00
JOHNSON, SHANNON F CK# 579028 06/21/2019 $15.00
JOHNSON, VANESHA S CK# 576961 04/26/2019 $15.00
JOHNSON-HARRISON, JOCELYN J CK# 578488 06/07/2019 $15.00
JONES, ALEXANDER K CK# 581383 09/13/2019 $15.00
JONES, BRANDON F CK# 432438 07/18/2019 15000911 $250.00
JONES, CASEY M CK# 585075 12/13/2019 $15.00
JONES, DEBORAH CK# 437532 12/20/2019 15001477 $55.00
JONES, RANDALL A CK# 583210 10/25/2019 $15.00
JONES, SHUNETTE Y CK# 585209 12/13/2019 01062400
JONES, TOSHA L CK# 580255 07/26/2019 $15.00
JONES-CRUDER, LATUANA D CK# 582658 11/01/2019 $15.00
JORGENSEN, THERESA A CK# 572786 01/11/2019 $15.00
JOSE DE JESUS MORENO CK# 432656 07/12/2019 15001392 $250.00
JOSEANTONIO, FAUSTO CK# 432248 07/12/2019 15001089 $1,392.40
JOSEPH, ROSELINE K CK# 582676 10/11/2019 $15.00
JOSEPH, THEODORE P CK# 579441 07/05/2019 $15.00
JOSHI, VINEET K CK# 575656 03/15/2019 $15.00
JOSIAH, JETHMIAH D CK# 583084 10/18/2019 $15.00
JUAREZ, DE PENAHERRERA CK# 430201 05/22/2019 15001079 $500.00
JUBENVILLE, RICKY S CK# 576318 04/05/2019 $15.00
JUDGE, CURTIS E CK# 574460 02/15/2019 $15.00
JURIS TITLE INC CK# 429602 05/06/2019 15000771 $760.58
KAIN LIMITED PARTNERSHIP VS ECHOLES, LATA-SHA M 16-CC-034632 01/03/2017 *717.113 $240.00
KAPP, KAITLIN CK# 435156 10/03/2019 15001520 $193.46
KARYBATOS, KATHLEEN M CK# 573352 01/25/2019 $15.00
KASPER, KEITH L CK# 579207 06/28/2019 $15.00
KATZEFF, JONATHAN H CK# 574907 03/01/2019 $15.00
KAUFMAN ENGLETT AND LYND PA CK# 429555 05/03/2019 15000699 $1,225.90
KELHA, ANNA DIMITIEVNA CK# 426332 02/05/2019 15001064 $13.50
KELLY, JOHN FITZGERALD CK# 427434 03/07/2019 15001131 $136.00
KELLYR/HSTMANN, AMANDA CHRISTINE CK# 436325 11/08/2019 15001220 $500.00
KEMP, JAMES R CK# 581019 09/23/2019 $15.00
KENNER, DANIELLE Z CK# 580078 07/26/2019 $15.00
KENT, RICHARD L CK# 572714 01/11/2019 $15.00
KERNICK, CHARLES L CK# 574415 02/15/2019 $15.00
KERTH, BRANDY S CK# 573996 02/08/2019 $15.00
KESITI, HALEY N CK# 583510 11/01/2019 $15.00
KESSLER, ERYRINE P CK# 573904 02/08/2019 $15.00
KEY AMERICA TITLE CK# 430525 05/29/2019 15000921 $213.02
KEY VISTA LLC VS JEWETT, CRYSTAL 15-CC-000576 01/16/2015 *717.113 $485.00
KEYBANK NA CK# 429812 04/15/2019 15001160 $15,556.10
KEYSTONE MANHATTAN APTS LLC VS WILLIAMS, ELIJAH 15-CC-009800 12/17/2015 *717.113 $291.00
KEYSTONE REAL ESTATE INCOME LLC VS TUL-LOS, BETTIE 17-CC-008261 03/08/2017 *717.113 $260.00
KEYSTONE REAL ESTATE INCOME VS WILLIAMS, LANTUNEWIA 15-CC-002694 02/02/2015 *717.113 $1,698.00
KHALAF, SHAWKAT CK# 575782 03/22/2019 $15.00
KHAN, EMRI CK# 428697 04/10/2019 15001168 $26.40
KHAN, EMITH CK# 428698 04/10/2019 15001169 $26.40
KHAN, VIVIAN A CK# 576077 03/29/2019 $15.00
KING, JEFFERY H CK# 574233 02/15/2019 $15.00
KINNEY, STEVEN J CK# 581152 09/23/2019 $15.00
KINNEY, WILLIAM A CK# 432887 07/12/2019 15000951 $250.00
KIRBY, DALLAS S CK# 584565 11/22/2019 $15.00
KIRBY, MILLA H CK# 572803 03/22/2019 $15.00
KIVELA, ANDREW W CK# 577158 04/29/2019 $15.00
KLEIN, JONATHAN W CK# 581854 09/20/2019 $15.00
KLISMET, JENNIFER L CK# 573054 01/18/2019 $15.00
KNACK, KYLA A CK# 577200 04/29/2019 $15.00
KNEER, JODI L CK# 585435 12/20/2019 $15.00
KNIBLOE, KYLIE A CK# 573022 01/18/2019 $15.00
KNOWLES, SHERRY A CK# 573448 01/25/2019 $15.00
KNOWLTON, DANIEL J CK# 583013 10/18/2019 $15.00
KNOX, JODY CK# 436204 07/12/2019 15001 250.00
KOFLER, DEBORAH CK# 433290 08/13/2019 15001076 $60.00
KOHLS CK# 433059 08/05/2019 15001200 $15.00
KOL ENOVIC, ORHAN CK# 580442 08/02/2019 $15.00
KONG, YANG CK# 434657 09/17/2019 15001497 $500.00
KONRAD, JOHNATHON M CK# 575742 03/22/2019 $15.00
KRAMER, DAVID A CK# 584556 11/22/2019 $15.00
KRAMER, KAREN M CK# 576552 04/12/2019 $15.00
KREIDER, THOMAS A CK# 582866 10/18/2019 $15.00
KRITZMAN, SOPHIA G CK# 577606 05/10/2019 $15.00

KROGER, TIMOTHY CK# 432789 07/25/2019 15001076 $273.00
KRUEGER, LISA CK# 432432 07/17/2019 15000890 $50.00
KUHN, GRETCHEN E CK# 581003 08/23/2019 $15.00
KUNSTMANN, MARINO VS DONER, JESSICA 16-CC-002577 02/16/2016 *717.113 $420.00
KUNSTMANN, MARINO VS CARRERO, RUBEN, JR 16-CC-031006 01/03/2016 *717.113 $700.00
L AND M CLOSING SERVICES INC CK# 429604 05/06/2019 15000983 $682.80
LABARBERA, MICHAEL B CK# 577824 05/17/2019 $15.00
LACANNE, CHRISTOPHER JAMES CK# 430617 05/31/2019 15001258 $72.00
LACKETT, SIMON CK# 437317 11/18/2019 15001297 $72.00
LAFAYETTE, RASHARD CK# 432136 07/09/2019 15000865 $14.75
LAFLAMBOY, LINDA D CK# 575830 03/22/2019 $15.00
LAGRADE, STEVEN M CK# 436824 11/26/2019 15001225 $103.00
LAGXTON, MARC D CK# 578728 06/14/2019 $15.00
LAKE AZURE FLORIDA L LLC VS RIVERA-TOR-RES, PEDRO J. 16-CC-002908 02/08/2016 *717.113 $630.00
LAKE AZURE FLORIDA L LLC VS WOODWARD, CHRISTOPHER 16-CC-009159 12/12/2016 *717.113 $1,198.76
LAKESHORE COLONIAL LLC VS BLANCO, JOSE 15-CC-064491 12/17/2019 *717.113 $1,331.00
LAKESHORE COLONIAL LLC VS HUTCHENSON, BRENDA 17-CC-038327 12/07/2017 *717.113 $2264.68
LALUZERNE, TANYA M CK# 580268 07/26/2019 $30.00
LAMAR LACARLOS J GIBSON CK# 431269 06/20/2019 15000845 $15.00
LAMBERT JR, DAVID TREMAINE CK# 426112 01/30/2019 15000595 $250.00
LAMBERT, SEAN CK# 433234 08/09/2019 15000999 $102.00
LAMBERT, STEVEN WILLIAM M0#17982$276128 WESTERN UNION RCPT # 24-005788667 02/20/2019 $100.00
LAMON, LAURA ELAINE CK# 426294 02/04/2019 15001067 $13.50
LANDA, IUSAELLA M CK# 578905 07/19/2019 $15.00
LANDAMERICA LAWYERS TITLE CK# 429455 04/30/2019 15000708 $11,759.73
LANDMARK AT GRAYSON PARK LP VS STABEN-OW, MELISSA 16-CA-005840 07/15/2016 *717.113 $97.83
LANDTHRNT TITLE COMPANY INC TAMPA CK# 430526 05/29/2019 15000794 $104.00
LANGFORD, ADRIAN E CK# 580955 08/23/2019 $60.00
LANZ, MANUEL VS MCGRAY, YVONNE L 14-CC-014229 06/26/2014 *717.113 $500.00
LARKOS, TAYLOFA CK# 582476 10/04/2019 $15.00
LARLO, LOGAN T CK# 585489 12/20/2019 $15.00
LASMAN LAW FIRM PA CK# 430680 05/03/2019 15000807 $61.33
LASTRA, ARTHUR JOSEPH CK# 428487 04/03/2019 15001178 $98.00
LATCH, JIMMIE F CK# 581487 09/13/2019 $15.00
LATTIMORE, LAUREL A CK# 574928 03/01/2019 $15.00
LAVRAR, RAS CK# 437816 12/30/2019 15001615 $19.08
LAW OFFICES OF GREGORY G JONES PA CK# 430838 06/07/2019 15000834 $15.00
LAWLESS, CASSIDY B CK# 576933 04/26/2019 $15.00
LAWRENCE, JOSEPH B CK# 574327 02/15/2019 $15.00
LAWS, ALAN D CK# 580397 08/02/2019 $15.00
LAWSON, DEBRA A CK# 582575 10/11/2019 $15.00
LAYER, JEANETTE VS GROSS, RICHARD 15-CC-004959 05/08/2015 *717.113 $2,026.94
LEA TH, JEREMY C CK# 581665 09/20/2019 $15.00
LEB SOLUTIONS LLC VS MUGAIRA, GLORIA 14-CC-036765 01/05/2015 *717.113 $1,000.00
LEBEAU-ELHOD, MICHELLE J CK# 584438 11/22/2019 $15.00
LECHUGA, DAVID M CK# 580641 08/16/2019 $15.00
LECHUGA, NITZA A CK# 577006 04/26/2019 $15.00
LEDESMA, DORAELIA CK# 435678 10/22/2019 15001206 $200.00
LEDLEY, MARK G CK# 577035 04/26/2019 $15.00
LEE, RAMON L CK# 584324 11/22/2019 $15.00
LEE, SILINA Y CK# 575621 03/15/2019 $15.00
LEGENDRE, ERENE K CK# 575978 03/29/2019 $15.00
LEINHAUSER, ALEXANDER S CK# 576167 04/05/2019 $15.00
LEMANSKI, KELLY A CK# 574322 02/15/2019 $15.00
LEMPRE, JAMES H CK# 574929 02/27/2019 $15.00
LENDERS FIRST CHOICE CK# 429712 05/08/2019 15000697 $500.00
LENDERS SERVICE INC CK# 436726 06/04/2019 15000818 $89.20
LENNARD, MATTHEW B CK# 581030 08/23/2019 $15.00
LEOBOLD, TREVOR R CK# 580803 08/16/2019 $15.00
LEOMI FROPERTIES LLC VS HUDSON, ALICE,CARNEGEL, BRANGETT 15-CC-002931 01/30/2015 *717.113 $48.50
LEON, ANA M CK# 581378 09/13/2019 $15.00
LEON, GUSTAVO A CK# 579109 06/28/2019 $15.00
LEON-ESPINOSA, MARIO CK# 582044 10/18/2019 $15.00
LERCI, DAWN S CK# 573710 02/01/2019 $30.00
LETO, THOMAS CK# 582957 09/27/2019 $15.00
LETT, LACHELE S CK# 584869 12/06/2019 $15.00
LEVINE, HIRSCH SEGALL AND BRENNAN PA CK# 429969 05/15/2019 15000734 $263.00
LEWIS AND ASSOCIATES LEGAL GROUP CK# 431371 06/20/2019 15000822 $300.00
LEWIS COX, KAYLA CK# 577878 05/17/2019 $15.00
LEWIS, AUSTIN D CK# 579960 04/26/2019 $15.00
LEWIS, HAAS CK# 431066 06/13/2019 15000854 $15.00
LEWIS, KEVIN L CK# 575505 03/15/2019 $15.00

LEWIS, MARISSA B CK# 581921 09/20/2019 $15.00
LEX, CHEYENNE CK# 435999 10/30/2019 15001530 $30.00
LI, MEIHUA CK# 435232 10/07/2019 15001148 $250.00
LIANG, BECKY CK# 582981 10/18/2019 $15.00
LIBDEH, OLLIE CK# 429152 04/23/2019 15001152 $16.50
LIBERTH, KIMBERLY A CK# 573789 02/01/2019 $15.00
LIBERTY TITLE AGENCY CK# 429607 05/06/2019 15000693 $788.29
LIMBEROPOULOS, LAUREN A CK# 585497 12/20/2019 $15.00
LINDE, EKATERINA N CK# 575989 03/29/2019 $15.00
LINSKY AND REBER CK# 430757 06/05/2019 15001345 $60.10
LIPPHARDT, SAVANNAH J CK# 581611 09/13/2019 $15.00
LIPSKY, RYAN CK# 434649 09/17/2019 15001493 $72.00
LISFA, JESSICA P CK# 581862 09/20/2019 $15.00
LITTLEJOHN, AMBER L CK# 584762 12/06/2019 $15.00
LIVINGSTON, JARREL L CK# 577342 05/03/2019 $15.00
LLANES, ALEJANDRO A CK# 574419 02/15/2019 $15.00
LMU CK# 431427 06/21/2019 15001304 $3,000.00
LOCKRIDGE B, EDWARD HEATH CK# 429407 09/09/2019 15001565 $500.00
LOCKWOOD, MELODY CK# 426708 04/10/2019 15001164 $15.00
LOFTON, KURT A CK# 425149 01/03/2019 15000594 $27.00
LOGAN, NATHAN D CK# 574262 02/15/2019 $15.00
LOGAR, SARAH E CK# 576502 04/12/2019 $15.00
LOJI, CELESTIN CK# 436167 11/05/2019 15001215 $250.00
LOMELI, MANUELA CK# 427077 02/25/2019 15001023 $14.00
LONG-GREEN, COTISHA R CK# 580733 08/16/2019 $15.00
LONGMIRE, BLAKE V CK# 578618 06/14/2019 $15.00
LOPEZ BLANCO, NEALE CK# 581539 09/13/2019 $15.00
LOPEZ, GABRIEL J CK# 582128 09/27/2019 $15.00
LOPEZ, GILBERTO CK# 573234 02/08/2019 $15.00
LOPEZ, JUAN M CK# 581477 09/13/2019 $15.00
LOPEZ, JUAN R CK# 582614 09/27/2019 $15.00
LOPEZ, LAURA CK# 584897 12/06/2019 $15.00
LOPEZ, SAMANTHA A CK# 577695 05/17/2019 $15.00
LOPEZ, SIOBHAN A CK# 427517 03/11/2019 15001123 $13.50
LOPEZDELACRUZ, MARIO CK# 437575 12/23/2019 15001363 $250.00
LOWTON, JAMES E CK# 581383 09/13/2019 $15.00
LOYLESS, MICHELE A CK# 426199 01/31/2019 15000857 $202.00
LOZANO-GUERRERO, MENFI CK# 429416 04/30/2019 15001140 $26.00
LOZOYA, JOSE D CK# 581469 09/13/2019 $15.00
LT TAMPA HEIGHTS, LLC VS RODGERS, ELDRICK 18-CC-004806 02/16/2018 *717.113 $48.50
LUCE, RICHARD VS CARLIVE, MICHELLE 19-CC-009424 08/02/2019 *717.113 $1,000.00
LVNV FUNDING, LLC VS CARRINO, TODD 16-CC-001910 03/01/2016 $100.00
LYONS, ALISHA A CK# 583496 11/01/2019 $15.00
LYONS, MELANIE P CK# 578900 03/24/2019 $15.00
M AND D CLOSING SERVICES CK# 430881 06/10/2019 15001342 $60.00
MACHADO, SARA M CK# 582842 10/18/2019 $15.00
MACK, KASSANDRA B CK# 584585 11/22/2019 $15.00
MACLARTH, RYAN M CK# 581413 09/27/2019 $15.00
MACYS CK# 429504 04/30/2019 15001187 $46.50
MAGEE, DANIEL R CK# 583011 10/18/2019 $15.00
MAGEEYALFNLAN, JUANA ALEJANDRA CK# 432450 07/18/2019 15000969 $250.00
MAHMOOD, ZAHID CK# 574141 02/08/2019 $15.00
MAJESTIC TITLE OF CENTRAL FLORIDA CK# 430983 06/10/2019 15000803 $57.10
MALAVE, VIRGINIA CK# 432931 07/30/2019 15001427 $300.00
MALDONADO, ERIN DELORA CK# 436786 11/25/2019 15001324 $180.00
MALDONADO, ORLANDO CK# 576540 04/18/2019 $15.00
MALDONADO, TAINA I CK# 579882 07/12/2019 $15.00
MANKA, MARY K CK# 581246 08/30/2019 $15.00
MANN, MICHAEL A CK# 574270 02/15/2019 $15.00
MANNING, JACK E CK# 578963 07/19/2019 $15.00
MANNINGS, MONHA CK# 580836 08/16/2019 $834.00
MANZANO, LUCERO CK# 574783 02/22/2019 $15.00
MAQUEDA, GUZMAN, MARITZA CK# 580180 07/05/2019 $15.00
MARAISGO, OYNRIL L CK# 580697 08/02/2019 $15.00
MARAUX, ALEXANDER M CK# 577036 04/26/2019 $15.00
MARION, ANTHONY D CK# 584756 12/06/2019 $15.00
MARKER, SAMANTHA O CK# 578840 10/04/2019 $15.00
MARKS, DONVAN E CK# 574125 02/08/2019 $15.00
MARKSON, IMPORT SPECIALIST CK# 431385 06/20/2019 15001502 $2,523.89
MARQUEZ, BRIANA M CK# 584110 11/15/2019 $15.00
MARRERO, YOEL YARR CK# 436909 11/27/2019 15001569 $288.00
MARTIN, BRIAN L CK# 575087 03/01/2019 $15.00
MARTIN, STEVEN M CK# 581143 09/23/2019 $15.00
MARTIN, WILLIAM O CK# 584841 12/06/2019 $15.00
MARTINEZ, ADAM L CK# 574019 02/08/2019 $15.00
MARTINEZ, JONE C CK# 577535 05/10/2019 $15.00
MARTINEZ, JOSE G CK# 572570 01/11/2019 $15.00
MARTINEZ, RELISBE CK# 577775 05/17/2019 $15.00
MARTINEZ, YARELI CK# 577982 05/24/2019 $15.00
MARTINEZ, ZAIDA D CK# 577710 05/17/2019 $15.00
MARTINEZ-AVILA, JASON CK# 575383 03/08/2019 $15.00
MARVIL, GARY CK# 573361 01/18/2019 $15.00

MASCA, VIRGINIA B CK# 579662 07/19/2019 $15.00
MASON, TRICIA C CK# 584485 11/15/2019 $15.00
MATHON, URYSSE CK# 432286 07/12/2019 15000897 $750.00
MATHT, MICHAEL CK# 435480 10/16/2019 15001546 $72.00
MAULDIN, DANIEL E CK# 580079 07/26/2019 $60.00
MAULDIN, JAMES E CK# 580337 08/02/2019 $15.00
MAULDIN, JANICE C CK# 580332 08/02/2019 $15.00
MAYE, JAMES W CK# 575271 03/08/2019 $15.00
MAYEDO, JUANA CK# 435069 09/25/2019 15001441 $87.47
MAYOR, LORI A CK# 581051 08/23/2019 $15.00
MAYS, SARAH E CK# 581042 08/23/2019 $15.00
MAZAREGOS, JOSUE M CK# 583973 11/08/2019 $15.00
MAZION, SLATER CK# 577679 05/17/2019 $15.00
MC BRIDE, SHEENA L CK# 577459 05/03/2019 $15.00
MC CRORY, ARTHUR R CK# 582921 10/18/2019 $15.00
MC KELVEY, NATALIE M CK# 580040 07/26/2019 $15.00
MC LEAN, SHAYNA M CK# 579918 07/19/2019$30.00
MCALISTER, JOHN D CK# 583535 11/01/2019$15.00
MCCLENDON, JESHAWN S CK# 583981 11/08/2019 $15.00
MCCLOUD, BRIAN CHRISTOPHER CK# 427754 03/14/2019 15001104 $500.00
MCDONALD, DOUGLAS W CK# 581812 09/20/2019 $15.00
MCFARLAND, NEIL D CK# 583752 06/14/2019$15.00
MCGLOTHIN, BRENDA L CK# 577525 05/10/2019 $15.00
MCINTYRE THANAESIDES ET AL CK# 437803 12/30/2019 15001622 $48.47
MCINTYRE, EVELYN J CK# 574592 02/22/2019 $15.00
MCMAHON, MICHAEL J CK# 576815 04/18/2019 $30.00
MCMILLIAN, WILLIE CK# 433335 08/13/2019 15001446 $26.00
MCNAMARA, CATHERINE M CK# 577520 05/10/2019 $15.00
MCNEIL, ANTHONY I CK# 581215 06/30/2019 $15.00
MCNUL TY, SHANNON K CK# 577027 06/21/2019 $15.00
MCRAE, KELLE VS MCNEELY, KIKKHA 14-CC-004292 02/26/2014 *717.113 $583.50
MCRAE, KERRY H CK# 584023 11/08/2019 $15.00
MEADOWS, TODD ERIC CK# 429090 04/23/2019 15001144 $102.00
MECUM, SHAWN M CK# 579234 06/28/2019 $15.00
MEDINA DELREY, JENNIFER CK# 578631 07/19/2019 $15.00
MEDINACOSTA, JOHANA CAROLINA CK# 428968 04/16/2019 15000843 $60.00
MEJAIS, JAYLENE CK# 584199 07/26/2019 $15.00
MELAF III, LLC VS DRAIN, MARKITA 19-CC-024816 04/25/2019 *717.113 $104.70
MELILLO, CHRISTINE M CK# 584582 02/22/2019 $15.00
MELLA, EDWIN CK# 436787 06/06/2019 15001325 $180.00
MELLERS, AUSTEN L CK# 584232 11/15/2019$15.00
MENDEZ, AMANDRA CK# 584409 11/22/2019$15.00
MENDEZ, EVELYN M CK# 584456 11/15/2019 $15.00
MENDEZ,VASQUEZ, CRISTINO CK# 4265$2 02/11/2019 15000616 $330.00
MENDOZA, JASON CK# 583606 10/18/2019$15.00
MENDOZA, JOSE ANGELITO CK# 437158 12/06/2019 15001292 $200.00
MENDOZA, JOSE ANGELITO CK# 437158 12/06/2019 15001293 $71.00
MENDOZA, JUAN M CK# 574141 02/08/2019$15.00
MENGIS, SEAN CK# 581101 08/23/2019 $15.00
MENOZZI, MARC CK# 581100 08/23/2019 $15.00
MEPKL, JOSHUA CK# 576555 04/12/2019 $15.00
MERIWAN PONTE ATRAMENTS LTD VS MAT-THEW, CHRISTOPHER 14-CC-009846 09/19/2014 *717.113 $528.00
METCALF, COREY JAMES CK# 435448 09/25/2019 15001432 $528.00
METROYOLITAN MINISTRIES VS MYRICK, JESSICA 13-CC-009385 03/25/2014 *717.113 $42.00
METHOD JENKINS THEISES VS HEGIS, VYANN 14-CC-018463 10/31/2014 *717.113 $1,466.00
METTS, AT HENA M CK# 582285 09/27/2019 $15.00
METZ, MAFF CK# 579166 06/28/2019 $15.00
MEYMRZUG, MICHAEL CK# 582110 09/27/2019 $60.00
MEYN, AMBER A CK# 576541 04/12/2019$15.00
MEZA, WENDY CK# 437038 12/04/2019 15001618 $338.04
MIC-ARSON CK# 433687 08/21/2019 15001480 $85.00
MICHAEL C REBECCA C CK# 578466 06/14/2019 $15.00
MID-AMERICA APARTMENT COMMUNITIES INC VS STORMS, BRANDON 14-CC-008046 01/17/2014 *717.113 $1,963.25
MID-AMERICA APARTMENTS LP VS HAMILN, BRAD-LEY 18-CC-022102 10/04/2018 *717.113 $33.20
MID-MIAMI ATHENO INC CK# 430761 06/05/2019 15000760 $58.63
MILLER, ANDREW T CK# 583641 11/01/2019 $15.00
MILLER, ARIELLE H CK# 575464 03/15/2019 $15.00
MILLER, CASEY R CK# 581934 09/20/2019 $15.00
MILLER, DAVID C CK# 578535 06/14/2019 $15.00
MILLER, JENNIFER J CK# 576178 04/05/2019 $15.00
MILLER, MILAGROS CK# 577923 05/17/2019 $15.00
MILLER, MICHAEL J CK# 577923 05/17/2019 $15.00
MILLER, SHIRLEY E CK# 582006 09/20/2019$15.00
MILLS THOMAS J CK# 433932 08/30/2019 15001530 $44.72
MIMS, THOMAS J VS MURVILLE, NATE 16-CC-018632 11/10/2016 *717.113 $201.00
MINGET, MICHAEL S CK# 574935 03/01/2019 $15.00
MINJAREZ, CANDIDO L CK# 578523 06/14/2019 $15.00
MIRELES, YAIRA CK# 579160 06/28/2019 $15.00
MIRANDA, JESUS CK# 434255 09/10/2019 15001510 $250.00

(Continued on next column)

MITCHELL, CATHERINE A CK# 585106 12/13/2019 $30.00

MITCHELL, CATHERINE A CK# 585263 12/20/2019 $30.00

MITCHELL, ELIZABETH M CK# 581286 08/30/2019 $15.00

MITCHELL, JACKEY CK# 434447 09/13/2019 15001090 $1,450.00

MITCHELL, WARREN F CK# 584332 11/22/2019 $15.00

MITCHELL, YVONNE M CK# 581132 08/23/2019 $15.00

MLS REALTY OR THE REALTY CHANNEL CK# 431375 06/20/2019 15001315 $103.00

MO#17-7840673654 - WESTERN UNION - PUBLIX #1170 RCPT #24-00562102 01/15/2019 $103.00

MO#17-894947292 - WESTERN UNION - PUBLIX #1170 RCPT #24-00590397 03/15/2019 $60.00

MO#2196659841 - AMSCOT RCPT #24-00572494 02/07/2019 $62.00

MOBLEY, NIKITRA J CK# 585467 12/20/2019 $15.00

MOGLIA, FRANCES M CK# 579338 07/05/2019 $15.00

MOH, GEORGE CK# 425652 01/17/2019 15000948 $500.00

MOHABIR, JASWATIE CK# 573378 01/25/2019 $15.00

MOHAMMED, SHAMILLA VS ROBINSON, KIANA 16-CC-012252 04/22/2016 *717.113 $200.00

MOHR INFORMATION SERVICES CK# 430926 06/11/2019 15000823 $24.50

MOLA, DANIEL EDUARDO CK# 426348 02/05/2019 15000613 $15.75

MOLA, SABRINA CK# 575299 03/08/2019 $15.00

MOLINA OTERO, MARELIS CK# 575823 03/22/2019 $15.00

MOLINA, ARMANDO CK# 436492 11/15/2019 15001590 $500.00

MOLINA, MARCUS J CK# 576441 04/12/2019 $15.00

MOLL GANDIA, SUSANA CK# 584138 11/15/2019 $15.00

MONDY, WILLIAM LAFAYETTE CK# 427550 03/08/2019 15000685 $249.00

MONETTE, RICKIE A CK# 580236 07/26/2019 $15.00

MONEY, SARAH E CK# 575623 03/15/2019 $15.00

MONFRED, DOMINIC ANTHONY CK# 436275 11/07/2019 15001563 $20.50

MONT, ZACHARY J CK# 577057 04/26/2019 $15.00

MONTERO, LUIS FELIPE CK# 432452 07/18/2019 15001371 $500.00

MONTERO, LUIS FELIPE CK# 432453 07/18/2019 15001370 $250.00

MONTGOMERY, BISHOP S CK# 585271 12/20/2019 $15.00

MONZON, MILAY CORDERO CK# 426005 01/28/2019 15000600 $200.00

MOORE, AMARA CHANTEL CK# 430605 05/31/2019 15001263 $10.40

MOORE, CHRISTOPHER CK# 431992 07/05/2019 15000886 $72.00

MOORE, FARRAH W CK# 579821 07/19/2019 $15.00

MOORE, LATANYA YVETTE CK# 428813 04/15/2019 15001171 $16.00

MOORE, LATRESHA J CK# 581059 08/23/2019 $15.00

MORALES PEREZ, KEVIN J CK# 582926 10/18/2019 $15.00

MORALES RIOS, HARRY X CK# 583107 10/18/2019 $15.00

MORALES, JAIME R CK# 579894 07/19/2019 $15.00

MORALESLUNA, LAZARO CK# 436414 11/13/2019 15001558 $250.00

MORE, SHELBI N CK# 579917 07/19/2019 $15.00

MORELL, RICARDO CK# 581977 09/20/2019 $15.00

MOREY, STEPHEN F CK# 578513 06/07/2019 $15.00

MORGAN AND MORGAN TAMPA PA CK# 436916 11/26/2019 15001596 $50.00

MORGAN, VICTORIA B CK# 580989 08/23/2019 $60.00

MORRISON, KELLY M CK# 582892 10/18/2019 $15.00

MOSRIE, KYLE S CK# 574293 02/15/2019 $15.00

MOSS, JILL A CK# 582449 10/04/2019 $15.00

MOTA CARABALLO, EMILYMAR CK# 580716 08/16/2019 $45.00

MOULTRIE, DERWIN L CK# 585064 12/13/2019 $15.00

MOYERS, MICHAEL DAVID CK# 428336 03/29/2019 15001112 $17.00

MTGLQ INVESTORS LP VS ROSS JAMES, SADARRIA LA VETTE 15-CA-006461 12/08/2015 $100.00

MUELLER, SCOTT D CK# 580286 07/26/2019 $15.00

MULLINS, STORMI A CK# 579445 07/05/2019 $15.00

MUNRO, JESSICA L CK# 576745 04/18/2019 $15.00

MUNROE, KITTY C CK# 577705 05/17/2019 $15.00

MURPHY, CASSANDRA A CK# 574563 02/22/2019 $15.00

MURPHY, DONOVAN E CK# 582569 10/11/2019 $15.00

MURPHY, TERRENCE A CK# 581590 09/13/2019 $15.00

MURRAY, KIMBERLY M CK# 575503 03/15/2019 $15.00

MY CLEAR VIEW WINDSHIELD REPAIR, INC. VS PROGRESSIVE SELECT INSURANCE COMPANY 14-CC-028748 02/17/2016 *717.113 $85.90

MY CLEAR VIEW WINDSHIELD REPAIR, INC. VS PROGRESSIVE SELECT INSURANCE COMPANY 14-CC-029071 02/17/2016 *717.113 $101.95

MYERS, ALLAN R CK# 584240 11/15/2019 $15.00

MYERS, HEIDI M CK# 576470 04/12/2019 $15.00

MYERS, THOMAS D CK# 582865 10/18/2019 $15.00

NAIL, KAYLA D CK# 574672 02/22/2019 $15.00

NANCE, MARIANNE CK# 579739 07/12/2019 $15.00

NARAS, CESAR ACEVEDO CK# 425751 01/22/2019 15000935 $15.48

NARAS, CESAR ACEVEDO CK# 427062 02/25/2019 15001007 $15.48

NATIONS TITLE AGENCY OF FLORIDA CK# 425399 01/10/2019 15000949 $17.00

NATIONS TITLE AGENCY OF FLORIDA CK# 435583 10/18/2019 15001524 $57.20

NEELY, TYLER E CK# 577449 05/03/2019 $15.00

NEFTALI, SANTIAGO CK# 434466 09/13/2019 15001092 $161.00

NEGRON, AILEEN CK# 430450 05/28/2019 15000787 $42.00

NEIRA, VANESSA CK# 576832 04/18/2019 $15.00

NELSON, EMMETT J CK# 583745 11/08/2019 $15.00

NELSON, HARRY E CK# 575178 03/08/2019 $15.00

NELSON, KATHRYN M CK# 580749 08/16/2019 $60.00

NENNINGER, SUZANNE R CK# 579910 07/19/2019 $15.00

NESBITT, PAMELA R CK# 577408 05/03/2019 $15.00

NETCO CK# 429720 05/08/2019 15000753 $574.74

NEW HORIZONS TITLE AND TRUST INC CK# 429721 05/08/2019 15000739 $129.50

NEWMAN, ANDREW CK# 432938 07/31/2019 15001424 $72.00

NEWMAN, ZACHARY P CK# 578734 06/14/2019 $15.00

NEWMAUMA HOMES LLLP VS BERRIEN, AMBER 16-CC-027692 09/09/2016 *717.113 $81.00

NGUYEN, DANNY N CK# 575446 03/15/2019 $15.00

NGUYEN, LONG C CK# 432904 07/30/2019 15000994 $13.94

NICHOLAS, FRANKIE R CK# 580710 08/16/2019 $105.00

NICHOLS, ALEXUS M CK# 584157 11/15/2019$15.00

NICK OF TIME BAIL BONDS CK# 434634 09/17/2019 15001089 $200.00

NIETZEL, ANDREW S CK# 574509 02/15/2019$15.00

NIEVES CRUZ, DALILA CK# 579350 07/05/2019 $15.00

NIEVES, DAYNA L CK# 574546 02/22/2019 $15.00

NIKOLAS, BENJAMIN T CK# 578424 06/07/2019 $15.00

NIXON AND ASSOCIATES CK# 430161 05/21/2019 15000762 $270.26

NOGUEIRA, BRANDON JAMES CK# 426419 02/07/2019 15001065 $33.02

NOGUERA, ADRIAN O CK# 578074 05/24/2019 $15.00

NORDSTROM, JASON P CK# 583215 10/25/2019 $15.00

NORMAN, JIM CK# 432503 07/19/2019 15001373 $245.00

NORMAN, TAL JOSEPH CK# 431886 07/02/2019 15001400 $15.75

NORTH AMERICAN INVESTIGATIONS CK# 429774 05/09/2019 15000722 $122.93

NORTH AMERICAN TITLE COMPANY CK# 430848 06/07/2019 15001337 $39.36

NORTH TAMPA MHP VS HARRIS, DESTINY, TENANT, UNKNOWN 17-CC-038360 10/10/2017 *717.113 $500.00

NORTHRUP, ROBERT A CK# 585172 12/13/2019 $15.00

NORTHSIDE ENGINEERING SERVICES INC CK# 430887 06/10/2019 15000802 $50.00

NPV REALTY CORPORATION VS RICHARDSON, HUBERT 14-CC-008613 04/21/2014 *717.113$200.00

NUNNERY, MICHAEL CK# 436058 10/31/2019 15001523 $577.34

NUSEN, SHARON S CK# 582275 09/27/2019 $30.00

NUTTER, TAWNY R CK# 579019 06/21/2019 $15.00

NYDOSKE, JEREMIAH VS WAL-MART STORES EAST L.P. 15-CA-003020 08/20/2018 *717.113 $6,887.50

OAKSVILLE PROPERTIES LLC VS LOCKETT, PAMELA 18-CC-026481 06/01/2018 *717.113 $174.00

OB GYN SOLUTIONS LC CK# 430686 06/03/2019 15000790 $95.29

OBEN, CHRISTIAN CK# 573522 01/25/2019 $15.00

OCANO, LEONARDO CK# 429071 04/22/2019 15001157 $12.00

OCANO, LEONARDO CK# 429072 04/22/2019 15001158 $12.00

OCEAN TITLE AND ABSTRACT INC CK# 430928 06/11/2019 15000848 $336.40

OCEAN VIEWS PROPERTIES CK# 433883 08/27/2019 15001449 $2,500.00

OCHOA GONZALEZ, TIRSO L CK# 579670 07/12/2019 $15.00

OCHOA, MANUEL ADRIAN HERNANDEZ CK# 437706 12/27/2019 15001359 $103.00

OCONNOR, THEODORE H CK# 574338 02/15/2019 $15.00

ODEH, SAMI M CK# 585549 12/20/2019 $15.00

OLIVARABARCA, INGRID YAMILETH CK# 437481 12/19/2019 15001364 $250.00

OLIVER, AUSTIN S CK# 579748 07/19/2019 $15.00

OLIVERA, GUADALUPE CK# 582896 10/18/2019 $15.00

OMNI APARTMENTS VS JACKSON, VERNIKA 19-TJ-000020 03/04/2019 *717.113 $97.00

ON LINE TITLE SERVICES INC CK# 429778 05/09/2019 15000724 $124.06

ONEWEST BANK VS VINCENT, C 10-CA-023022 06/20/2014 $100.00

ONGE, DONALD GEORGE SAINT CK# 433097 08/06/2019 15001453 $45.75

OQUENDO FIGUEROA, EDWIN E CK# 573860 02/01/2019 $15.00

OROZCO, MIGUEL CK# 433685 08/21/2019 15001461 $39.00

ORTA, ALONDRA CANEDO CK# 426045 01/29/2019 15000596 $500.00

ORTIZ, ERICA CK# 576902 04/26/2019 $15.00

ORTIZ, JHON J CK# 580352 08/02/2019 $15.00

ORTIZ, JONATHAN F CK# 579879 07/19/2019 $15.00

ORTIZ, MIGUEL A CK# 581238 08/30/2019 $15.00

OS NATIONAL LLC CK# 425221 01/04/2019 15000925 $155.00

OSORIO, SHANNON CK# 432280 07/12/2019 15000918 $150.00

O'SULLIVAN, PATRICK D CK# 578301 05/31/2019 $15.00

OTERO, EVAN M CK# 583310 10/25/2019 $15.00

OTTEN, CASEY J CK# 580938 08/23/2019 $15.00

OTTO, ANTRON L CK# 582992 10/18/2019 $15.00

OWEN, DYLAN H CK# 577040 04/26/2019 $15.00

OWENS, SUMMER R CK# 582874 10/18/2019 $15.00

PACHIN, SAMANTHA N CK# 574718 02/22/2019 $15.00

PACIFICA HELLENIC LLC VS SMITH, ANGELICA 18-CC-045598 08/28/2018 *717.113 $50.00

PADILLA, MONIQUE CK# 582814 10/18/2019 $15.00

PADRON, LUIS MANUEL GONZALEZ CK# 426813 02/18/2019 15000620 $394.00

PAGAN, MARIO J CK# 585204 12/13/2019 $15.00

PAGGIO, GABRIEL J CK# 578285 05/31/2019 $15.00

PAIGEPARKS, JOHN EDWARD CK# 432397 07/17/2019 15000912 $500.00

PALM GROVE PROPERTY HOLDINGS, LLC VS WYATTE, MIGALA 15-CC-009569 04/16/2015 *717.113 $1,470.44

PALM LEAF PROPERTY MANAGEMENT LLC VS OLGUIN, RUBY 16-CC-029375 09/16/2016 *717.113 $382.18

PALMETTO TITLE LLC CK# 429727 05/08/2019 15000750 $513.50

PALMS AT SAND LAKE LLC VS RICHARDSON, GREGORY 18-CC-007464 02/15/2018 *717.113 $100.00

PALOMO, SABRIA ARSAE CK# 436305 11/07/2019 15001559 $20.00

PANTOJA, ELIZABETH CK# 580346 08/02/2019 $15.00

PAPPAS TITLE CORPORATION CK# 429560 05/03/2019 15000696 $1,070.35

PARADISE TITLE AGENCY CK# 429613 05/06/2019 15000691 $653.82

PARADISE VILLAGE MHC, LLC VS MILNER, KIMBERLY D 17-CC-043540 12/04/2017 *717.113 $560.53

PARADISE VILLAGE MHC, LLC VS RODRIGUEZ, CARLOS 14-CC-021838 08/13/2014 *717.113 $1,050.00

PARAMOUNT TITLE CORP CK# 430850 06/07/2019 15000840 $41.36

PARIDO, BRENT L CK# 582974 10/18/2019 $15.00

PARIDO, RYAN L CK# 577965 05/17/2019 $15.00

PARK PLACE APARTMENTS VS PETTERSON, BIEN AIME 17-CC-006532 03/14/2017 *717.113 $800.00

PARKER, GREGORY K CK# 585358 12/20/2019 $15.00

PARRA, HERMAN CK# 574242 02/15/2019 $15.00

PARROTT JESSUP, LINDA F CK# 578589 06/14/2019 $15.00

PARSONS, STEPHANIE S CK# 574342 02/15/2019 $30.00

PARTNERS TITLE CORPORATION CK# 430535 05/29/2019 15000777 $201.16

PASCO TITLE LLC CK# 430690 06/03/2019 15000788 $88.00

PATTERSON PERMITS CK# 430930 06/11/2019 15000825 $11.00

PATTERSON, SCOTT W CK# 582546 10/11/2019 $15.00

PAVEI, RODRIGO CK# 427613 03/11/2019 15000674 $13.50

PAVESE, KATHERINE E CK# 573354 01/25/2019 $15.00

PAZ, ROY CK# 575100 03/01/2019 $15.00

PAZAMAYA, IDELSY CK# 432499 07/19/2019 15001390 $200.00

PAZOS LAW FIRM PA CK# 430798 06/06/2019 15000841 $45.00

PDSMWP, LLC VS SUPERMARKET, INC. 13-CC-016391 07/19/2013 *717.113 $3,500.00

PEACOCK, SANDRA L CK# 575298 03/08/2019$15.00

PEARCE, TRACY M CK# 583389 10/25/2019 $15.00

PEARMAN PROPERTIES LLC VS HARMON, WAYNE 16-CC-026755 09/02/2016 *717.113 $850.00

PEARSON, CHRISTIAN M CK# 574470 02/15/2019 $15.00

PEARSON, SARA K CK# 430696 06/03/2019 15000791 $110.25

PEARSON, TIMOTHY L CK# 576836 04/18/2019 $15.00

PELHAM, MATTHEW S CK# 581244 08/30/2019$15.00

PELTON, MAX D CK# 584633 11/22/2019 $15.00

PENA, ILIANA R CK# 576677 04/18/2019 $15.00

PENTON, DONNA E CK# 577069 04/26/2019 $15.00

PEOPLES TITLE SERVICES INC CK# 429561 05/03/2019 15001235 $1,175.72

PEP BOYS CK# 429464 05/01/2019 15001239 $1,678.19

PEPPERS, YOLANDA R CK# 575837 03/22/2019 $15.00

PEREZ PA, GERALD A CK# 429699 05/08/2019 15000748 $567.76

PEREZ, ANGEL A CK# 580959 08/23/2019 $15.00

PEREZ, CUAHUTEMO CK# 579841 07/19/2019$15.00

PEREZ, JESUS CK# 572918 01/11/2019 $15.00

PEREZ, JOVONNIE CK# 576864 04/26/2019 $15.00

PEREZ, OSCAR CK# 584118 11/15/2019 $15.00

PEREZ, YILIEN CK# 427606 03/14/2019 15000659 $500.00

PERKINS, ANDREW CK# 429626 05/07/2019 15000801 $126.50

PERKINS, IRA CK# 433313 08/13/2019 15001002 $22.81

PERMAN, MARY JANE CK# 434996 09/25/2019 15001139 $417.00

PEROTIN, MANUEL A CK# 584015 11/08/2019$15.00

PERRNICH AND PERENICH PL CK# 430891 06/10/2019 15000844 $50.00

PERSAUD, RAMNAUTH MO#2201682084 - AMSCOT RCPT # 24-00685443 11/04/2019 $75.00

PESINA, DANIEL CK# 576003 03/29/2019 $15.00

PETERMAN, KIMBERLY D CK# 574068 02/08/2019 $15.00

PETERS, AMY A CK# 576643 04/18/2019 $15.00

PETERSON, RICHARD L CK# 580831 08/16/2019 $30.00

PETTWAY, DESTINY N CK# 580913 08/23/2019 $15.00

PETTYGRUE, JOHNNY N CK# 583977 11/08/2019 $60.00

PETTYGRUE, JOHNNY N CK# 584246 11/15/2019 $60.00

PHAM, RANDY H CK# 578523 06/07/2019 $15.00

PHAN, LYNDA T CK# 582712 10/11/2019 $15.00

PHAN, TRAN T CK# 582858 10/18/2019 $15.00

PHILIPS, PAIGE M CK# 576328 04/05/2019 $15.00

PHILLIPS, TONDA H CK# 582012 09/20/2019 $15.00

PHILORD, WENSON CK# 575011 03/01/2019 $15.00

PHOENIX DOCUMENT SERVICE INC CK# 430892 06/10/2019 15000856 $56.00

PHONGSVANIT, NICHOLAS D CK# 575539 03/15/2019 $15.00

PHYSICIANS GROUP, LLC, THIGPEN, SPORTY VS GEICO INDEMNITY COMPANY 16-CC-018763 01/11/2018 *717.113 $62.62

PIARROT, HUNTER T CK# 583100 10/18/2019$15.00

PICHARDO, ROSY CK# 432777 07/25/2019 15000988 $500.00

PIERCE, DALE CK# 428855 04/16/2019 15001161 $31.00

PIERRE LOUIS, CHANTALE CK# 580095 07/26/2019 $15.00

PIERRE, STEPHANIE M CK# 578147 05/24/2019 $15.00

PIERRE-LOUIS, DARLEAN CK# 578596 06/14/2019 $15.00

PILIARIS, ALEXIA EFROSENE YANNAKOS CK# 436265 11/07/2019 15001567 $15.00

PINE GROVE 51 LLC VS DELIARD, FANY,RICHARDSON, SHERISE 19-CC-061001 12/04/2019 *717.113 $1,798.99

PINES, SHERRI J CK# 584358 11/22/2019 $15.00

PIPER RUDNICK LLP CK# 429730 05/08/2019 15000686 $137.69

PIPPIN, MICHAEL S CK# 573090 01/18/2019 $30.00

PITMAN, LISA R CK# 575827 03/22/2019 $15.00

PLAISIR, EUGENE M CK# 581425 09/13/2019 $15.00

PLEAS, JASMINE V CK# 582651 10/11/2019 $15.00

POINT TITLE CK# 430498 05/28/2019 15000991 $236.60

POINTS, RONDA JANE CK# 426829 02/18/2019 15001040 $13.50

POLSTER PA, NEIL E CK# 429936 05/14/2019 15000767 $416.44

POMALES, DESTYNEE F CK# 583945 11/08/2019 $15.00

POMANTE, BRANDON M CK# 578457 06/07/2019 $15.00

POMEROY, SCOTT D CK# 573140 01/18/2019$15.00

PONY UP PROPERTY LLC VS HAGGINS, JEROME,HOLLER, MEOLDY 18-CC-055174 10/24/2018 *717.113 $41.00

POOLE, ARTREESE L CK# 581750 09/20/2019$15.00

POOLE, WAYNE E CK# 577484 05/10/2019 $15.00

PORTER, JOHN H CK# 580169 07/26/2019 $45.00

PORTER, LARRY J CK# 576541 04/12/2019 $15.00

PORTER, SHA-KIRA S CK# 581290 08/30/2019 $15.00

PORTFOLIO RECOVERY ASSOCIATES LLC CK# 429363 04/29/2019 15001150 $1,123.23

PORTFOLIO RECOVERY ASSOCIATES LLC CK# 435731 10/23/2019 15001525 $29,431.95

PORTFOLIO RECOVERY ASSOCIATES LLC VS BRANDY LEWANDOWSKI 15-CC-030734 03/21/2016 $100.00

POSTER, EVAN J CK# 583561 11/01/2019 $15.00

POSTHUMA, SHERI L CK# 579252 06/28/2019$15.00

POSTIGO, JOEL F CK# 573734 02/01/2019 $15.00

POSTMA, KIRK D CK# 582630 10/11/2019 $15.00

POULSEN, BRIANNA A CK# 581209 08/30/2019 $15.00

PPMT JV LLC VS WOHLFEIL, HEATHER LYNN 15-CC-003923 02/26/2015 *717.113 $899.68

PR SMITH LAW GROUP PA CK# 430893 06/10/2019 15000889 $50.46

PREMIER TITLE COMPANY OF TAMPA BAY CK# 430852 06/07/2019 15000852 $44.80

PREMIER TITLE SERVICES INC CK# 429562 05/03/2019 15000702 $1,846.53

PRESCOTT, TERRY A CK# 585146 12/13/2019 $15.00

PRIAULX, JORDAN M CK# 580576 08/09/2019$15.00

PRIEST, HANNAH GRACE CK# 426352 02/05/2019 15000614 $13.50

PRISTELL, GEORGE CK# 577729 05/17/2019$15.00

PRITCHETT, PAUL E CK# 577979 05/17/2019 $15.00

PROGRESS RESIDENTIAL 2015-1 BORROWER LLC VS AKINS, SUMMER 15-CC-035490 11/30/2015 *717.113 $1,968.41

PROLUXE PROPERTIES, INC VS CALLAHAN, CANDICE 15-CC-001952 01/30/2015 *717.113 $1,565.00

PROMENADE OWNERS ASSOCIATION INC VS PRZEBOWSKI, RICHARD 13-CA-011487 09/29/2014 *717.113 $1,656.10

PUBLIX CK# 429158 04/23/2019 15001151 $12.59

PUBLIX CK# 435400 10/14/2019 15001548 $19.48

PUETT, KENNETH W CK# 580146 07/26/2019 $30.00

PUGLIESE, NICOLE N CK# 577629 05/10/2019 $15.00

PURDY, JAMIE LEE CK# 431833 07/01/2019 15001402 $500.00

QUIGGLE, DAVID CK# 425985 01/28/2019 15000965 $36.50

QUIGGLE, DAVID CK# 430671 06/03/2019 15001354 $127.00

QUILES TOLEDO, DEBORA CK# 575998 03/29/2019 $15.00

QUINN, JOHN E CK# 574606 02/22/2019 $15.00

QUINONES AMIS, REBECCA L CK# 585177 12/13/2019 $15.00

QUIROZ, ALEXES CK# 434196 09/09/2019 15001086 $100.00

QUISHPE, LUIS BYRON PEREZ CK# 428134 03/25/2019 15001117 $23.00

QUOALLA, FJOLLA CK# 584198 11/15/2019 $15.00

RABIEGA, AMBER R CK# 576163 04/05/2019 $15.00

RADULESCU POP, GETA C CK# 576681 04/18/2019 $15.00

RAGSDALE, TROY D CK# 575770 03/22/2019 $15.00

RAHN, GARRETT T CK# 585055 12/13/2019 $15.00

RAICIES, ADAM MANUELLEE CK# 431731 06/27/2019 15001302 $283.00

RAIL CREW XPRESS CK# 435979 10/29/2019 15001537 $151.00

RAINBOW CITY LLC VS LINDSEY, LORA 14-CC-030881 11/03/2014 *717.113 $620.00

RAINES, ANTHONY TOBY CK# 436112 11/04/2019 15001580 $133.00

RAINVILLE, MICHAEL W CK# 572801 01/11/2019 $15.00

RALEY, RICHARD D CK# 585119 12/13/2019 $15.00

RALSTON BEACH MOBILE HOME COURT LLC VS ANDRADE, ARMANDO 14-CC-008158 04/07/2014 *717.113 $516.62

RAMCHARAN, STEPHEN P CK# 577454 05/03/2019 $15.00

RAMIREZ, MARISELI CK# 425494 01/14/2019 15000593 $1,000.00

RAMOS SOLANO, HECTOR A CK# 584852 12/06/2019 $15.00

RAMOS, EDWIN S CK# 580083 07/26/2019 $15.00

RAMOS, EUGENE CK# 577591 05/10/2019 $15.00

RAMOS, MARIO LARA CK# 429714 05/08/2019 15001237 $13.00

RAMOS, SILENYS D CK# 582825 10/18/2019 $15.00

RANGEL, CARLOS A CK# 575401 03/15/2019 $15.00

RANNIE, ROSALIE P CK# 583917 11/08/2019 $15.00

RAO, RAVISHANKAR CK# 437546 12/20/2019 15001606 $11.00

RAO, SHRUTHI CK# 427345 03/04/2019 15001100 $13.50

RAPONE, MARK R CK# 577258 04/29/2019 $15.00

RASMUSSEN, JASON MICHAEL CK# 431067 06/13/2019 15000870 $127.50

RAUCH, JACOB S CK# 584393 11/22/2019 $15.00

REAGAN, CHELSEA L CK# 583237 10/25/2019 $15.00

REAGAN, ROCKY L CK# 577439 05/03/2019 $15.00

REALTY TRUST TITLE SERVICES LLC CK# 430692 06/03/2019 15001343 $54.30

REASONER, STEPHANIE L CK# 576976 04/26/2019 $15.00

RECKART, KATY S CK# 583363 10/25/2019 $15.00

REGIONS BANK CK# 435401 10/14/2019 15001549 $500.00

REGIONS BANK CK# 436519 11/15/2019 15001583 $500.00

REIDER, DAVID L CK# 429052 04/22/2019 15001154 $70.00

REIDER, DAVID L CK# 429687 05/08/2019 15001242

(Continued on next page)

REEDER, DAVID L CK# 430513 06/11/2019 15001353
$70.00

REIDER, DAVID L CK# 430914 06/11/2019 15001352
$70.00

REEDER, DAVID L CK# 431417 06/21/2019 15001351
$70.00

REINDEAU, MARK CK# 427532 03/08/2019 15000661
$6000.00

REENER, RONALD F CK# 574310 02/15/2019 $15.00

REJOUR, ERIC CK# 434384 09/12/2019 15001501
$250.00

RENKEL, MATTHEW G CK# 576761 04/19/2019
$15.00

RENTTHEBAY.COM LLC VS MCKENZIE, FRANK 13-CC-031808 12/04/2013 *717.113     $40.00

RENENDIZ, VICTORIA M CK# 579004 06/21/2019
$15.00

RESIDENTIAL TITLE SERVICES INC CK# 426615 05/06/2019 15000770     $738.82

REUBEN, PHILIP J CK# 574186 02/08/2019     $15.00

REVOLUTION VIDEO GAMES AND MOVIES CK# 429563 05/03/2019 15000709     $36.00

REYES, ANTHONY M CK# 573539 01/25/2019 $15.00

REYES, CARLOS DE LOS REYES CK# 428691 04/19/2019 15001165     $106.00

REZABALA, DANIEL A CK# 581826 09/20/2019
$15.00

RHETE, MARTIN CK# 426009 01/26/2019 15000598
$400.00

RHOADES, CHRISTOPHER T CK# 573750 02/01/2019     $15.00

RHILE, CONNOR CK# 430668 06/03/2019 15001002
$76.00

RHILE, CONNOR CK# 432311 07/15/2019 15001404
$100.00

RHILE, CONNOR CK# 435561 10/18/2019 15001522
$96.50

RICHARDS, DAMIEN A CK# 575963 03/29/2019
$15.00

RICHARDSON, KERRWYN R CK# 585133 12/13/2019     $15.00

RICHARDSON, MARSHA GODWIN CK# 435624 10/21/2019 15001542     $15.75

RICHMOND, TAYLOR M CK# 579443 07/05/2019
$15.00

RICHTER, DUKE T CK# 582567 10/11/2019 $15.00

RICKMAN, STEPHANIE J CK# 577455 05/03/2019
$15.00

RIDGEWAY, JASON P CK# 585044 12/13/2019
$15.00

RIDGWAY, PETER J CK# 585309 12/20/2019 $15.00

RIDLEY, BIANCA CK# 437266 12/11/2019 15001301
$250.00

RIGGS, WILLIAM DANIEL CK# 433267 08/12/2019 15001442     $15.75

RILES, GEORGE CK# 436002 10/30/2019 15001531
$45.75

RILEY, DELIA B CK# 575694 03/22/2019     $15.00

RILEY, RICHARD S CK# 575367 03/15/2019 $15.00

RIOPELLE, CHARLES CK# 425981 01/28/2019 15000599     $500.00

RIVEIRO, DELANEY W CK# 580069 08/23/2019
$15.00

RIVERA ADOPINO, PAOLA F CK# 577984 05/17/2019
$15.00

RIVERA LORENZO, KENDRICK CK# 573827 01/18/2019     $15.00

RIVERA OJEDA, MARCELINO CK# 575350 03/15/2019     $15.00

RIVERA RAMIREZ, KEVIN J CK# 578971 06/21/2019
$15.00

RIVERA, ADRIAN A CK# 580809 11/08/2019 $15.00

RIVERA, DIONIS VIDAL CK# 436949 11/27/2019
$500.00

RIVERA, EDGARDO CK# 583044 10/18/2019 $15.00

RIVERA, FABIAN D CK# 572902 01/11/2019 $15.00

RIVERA, JEANNE VS LAW, ROGER LAW, MARIE 17-CC-013243 04/17/2017 *717.113     $20.00

RIVERA, LUIS T CK# 578765 05/17/2019 $15.00

RIVERA-JOHNSTON, VERONICA CK# 585246 12/20/2019     $15.00

RIVERMAYCE, LEISHKA CK# 427527 03/08/2019 15000648     $3000.00

RIVERIAMANCHEZ, GRACIELA CK# 432017 07/05/2019 15001398     $15.00

RIVERBROOK ACQUISITION LTD VS WILLIAMS, DE-TRA S 14-CC-003067 02/07/2014 *717.113 $1,831.00

RIVERO, ANDREA V CK# 582195 09/27/2019 $15.00

RIVERO, ANDY W CK# 583492 11/01/2019 $15.00

RIVERVIEW LITCHFIELD LLC VS KELLUM, ABIGAIL 15-CC-031856 10/08/2015 *717.113     $900.00

ROBAINA, CHRIS W CK# 577711 05/17/2019 $15.00

ROBERTS, JEFFREY N CK# 575760 03/22/2019
$15.00

ROBERTS, MITCHELL A CK# 584124 11/15/2019
$15.00

ROBERTS, PAUL J CK# 582797 10/18/2019 $15.00

ROBERTSON AND ASSOCIATES CK# 431285 05/19/2019 15000830     $533.50

ROBINSON, CHRISTOPHER M CK# 576928 04/26/2019     $15.00

ROBINSON, DESHANE L CK# 578848 02/22/2019
$15.00

ROBINSON, JOSEPH C CK# 574600 02/22/2019
$15.00

ROBINSON, OPHELIA VS HENLON, AMELIA 15-CC-036103 11/19/2015 *717.113     $140.00

ROBINSON, REBECCA L CK# 584322 11/22/2019
$15.00

ROBLES, EDWARD CK# 583041 10/18/2019 $15.00

ROBSON, ROGER CK# 431633 06/25/2019 15001268
$27.00

RODRIGUES, STEPHANIE M CK# 581508 09/13/2019     $15.00

RODRIGUEZ DE LA NUEZ, ALEXIS CK# 578919 06/21/2019     $15.00

RODRIGUEZ, DARIEL CK# 436274 11/02/2019 15001570     $384.00

RODRIGUEZ, JESSICA M CK# 584574 11/22/2019
$30.00

RODRIGUEZ, JUAN DIEGO CK# 425943 01/25/2019 15000070     $23.00

RODRIGUEZ, LUIS CK# 583615 11/01/2019 $15.00

RODRIGUEZ, RAYMOND C CK# 583591 11/01/2019
$15.00

RODRIGUEZ, SERGIO VALDEZ CK# 582776 10/18/2019 15001529     $15.00

RODRIGUEZ, SERGIO VALDEZ CK# 426007 01/28/2019 15000068     $250.00

ROETZEL AND ANDRESS CK# 430118 05/20/2019 15001273     $17.00

ROGERS, ASHLEIGH E CK# 578844 06/21/2019
$15.00

ROIAS, GEORGE JKAY INVESTMENTS CR PROP-ERTY MGMT VS CLARK, SHEENA MCALISTER, LATISHA 17-CC-030563 10/05/2017 *717.113
$50.00

ROLLE, GEORGE A VS COLON, ELLY 18-CC-053080 11/09/2018 *717.113     $388.00

ROMAN HERNANDEZ, IVAN A CK# 576018 03/29/2019     $15.00

ROMANOWICH, THOMAS P CK# 579014 06/21/2019
$15.00

ROME HOLDINGS, LLC VS SANCHEZ, YESENIA 15-CC-003106 03/03/2015 *717.113     $237.00

ROMEL, KENDALL E CK# 427842 03/15/2019
$250.00

RONDON CASTILLO, LEONOR E CK# 578733 06/14/2019     $15.00

ROOKER, ELDA L CK# 580643 08/16/2019 $30.00

ROOT III ATTORNEY AT LAW, HARRY H CK# 430920 06/11/2019 15001327     $10.83

ROSADO GALARZA, IAN M CK# 578504 06/07/2019
$15.00

ROSALES, EDWARD CK# 585061 12/13/2019 $15.00

ROSANDICH, LAYLA MAY CK# 437300 12/12/2019 15001616     $103.00

ROSE RADIOLOGY CENTERS INC CK# 433597 08/28/2019 15001475     $90.00

ROSE, DARREN D CK# 584559 11/22/2019 $15.00

ROSE, ZACHARY W CK# 574352 02/15/2019 $30.00

ROSS, BRENDON R CK# 577558 05/10/2019 $15.00

ROSS, RANDALL J CK# 584323 11/22/2019 $15.00

ROTH, CIERRA CK# 573664 01/25/2019 $1,031.00

ROTHROCK, JENNIFER R CK# 584924 12/06/2019
$15.00

ROVIRA-COMAS, LUIS E CK# 574260 02/15/2019
$15.00

ROWLEY, JARROD O CK# 578464 06/07/2019 $15.00

ROYAL MEDICAL CENTER GROUP LLC CK# 426626 05/07/2019 15001236     $15.00

RPK ASSOCIATES, LTD VS PRINCE, CELIESE 13-CC-032472 01/14/2014 *717.113     $80.00

RTD PHASE I GP LLC VS ESPINAL, YAHAIRA 17-CC-000516 01/11/2017 *717.113     $16.00

RUBENSTEIN LAW CK# 433263 08/12/2019 15001004     $430.00

RUDDER, TRISTAN T CK# 582055 09/27/2019 $15.00

RUEDA MCCLOSKY SMITH SCHUSTER RUSSELL CK# 430870 06/11/2019 15000832     $14.40

RUEDE, VERONICA M CK# 580638 10/11/2019 $30.00

RUE, JASON M CK# 576879 04/26/2019 $15.00

RUEDA, ANTONIO CK# 580682 08/16/2019 $15.00

RUEF, WILLIAM WALLACE CK# 432798 07/25/2019 15000987     $500.00

RUFFIN, JOHN B CK# 574333 02/15/2019 $30.00

RUGAH, GAIL A CK# 574109 02/08/2019 $15.00

RUIZ, ALICIA CK# 432809 07/26/2019 15000995
$32.00

RUIZ, JOSE ISRAIL CK# 432753 07/25/2019 15001002     $250.00

RUIZ, MARIA D CK# 577839 05/17/2019 $15.00

RUSS, WILHELMINA D CK# 580456 08/02/2019
$15.00

RUSSO, ROBERT L CK# 573462 01/25/2019 $15.00

RYAN, ROBERT K CK# 584311 11/22/2019 $15.00

RYDBERG, THOMAS H CK# 429786 05/08/2019 15000720     $126.87

RYEBROD, ASHLEY M CK# 584732 12/06/2019
$15.00

SACCENTIE, JULIE CK# 431073 06/13/2019 15000847     $200.00

SAENZ, GLORIBEL CK# 431039 06/13/2019 15000634     $72.00

SAFEGUARD PROPERTIES MANAGEMENT LLC CK# 432103 07/08/2019 15001418     $163.00

SAFEGUARD PROPERTIES MANAGEMENT LLC CK# 432104 07/08/2019 15001419     $163.00

SAGE, MICHAEL C CK# 578132 05/07/2019 $15.00

SALAZAR, MARLENE CK# 575329 03/08/2019 15001154

SALCEDO, YAMILIZ CK# 575278 03/08/2019 $15.00

SALENO, DEVON J CK# 573766 02/01/2019 $15.00

SALLYE, CLARIBSA M CK# 436637 11/21/2019 15001584     $60.00

SALVATORE EMANUELE INDOVINO CK# 426371 02/05/2019 15000663     $2,500.00

SAM & PETE INC SHEHATA, MEDHAT VS HICKS, KYLA CHARRIE 16-CC-026254 08/17/2016 *717.113
$304.00

SAMBARTINO, GINA L CK# 575184 03/08/2019
$15.00

SAMS, ERTHA C CK# 575434 03/15/2019 $15.00

SAMS, WAL IEH L CK# 574372 02/15/2019 $15.00

SANCHEZ, EVELIN CK# 434567 09/25/2019 15001481     $165.00

SANCHEZ, JESSICA SANTIAGO CK# 434533 09/16/2019 15001533     $32.26

SANCHEZ, KIMBERLY A CK# 580755 08/16/2019
$15.00

SANCHEZ, TIARA G CK# 583728 11/08/2019 $15.00

SANDCASTLE TITLE INC CK# 429739 05/08/2019 15001264     $576.50

SANDERSON, BRITTNEY A CK# 575057 03/01/2019
$15.00

SANDRAWICZ, NICHOLAS A CK# 575384 03/15/2019     $15.00

SANTANA, ARELY CK# 583703 11/08/2019 $15.00

SANTIAGO 3, CARLOS LUIS CK# 426140 02/11/2019 15000636     $13.50

SANTIAGO, ALEXIANA CK# 428655 04/01/2019 15000668     $71.25

SANTIAGO, ALEXIANA CK# 429850 05/13/2019 15000746     $71.25

SANTIAGO, ALEXIANA CK# 573174 01/18/2019
$15.00

SARBOUR, ZAHER Z CK# 580792 08/16/2019 $30.00

SAUNDERS, ERIN P CK# 577552 05/10/2019 $15.00

SBROCCO, IRON J CK# 581615 09/13/2019 $15.00

SCHEDDEL, JEFFREY A CK# 585445 12/20/2019
$15.00

SCHENIONE, ELIZABETH A CK# 577181 05/03/2019
$15.00

SCHREDDER, ROBERT S CK# 576509 04/12/2019
$15.00

SCHWEIGER, GARY T CK# 581887 09/20/2019
$15.00

SOUDER, DILLON A CK# 584401 11/22/2019 $15.00

SOURCE FINANCIAL, INC. VS ROYAL, ASIA 16-CC-000551 03/31/2016 *717.113     $55.00

SOUTH TAMPA APARTMENTS I LLC VS GAUTH-IER FORTNER, TRACY 15-CC-030708 10/09/2015 *717.113     $456.34

SOUTHERN RESIDENTIAL RECOVERY FUND VIII, LLC VS MCCRANEY, LAVERNE 17-CC-013496 04/24/2017 *717.113     $388.00

SOUTHLAND TITLE COMPANY CK# 430766 05/07/2019 15001562     $57.16

SP JOHNSON KENNETH COURT LP VS SIMS, BRIT-TANY 15-CC-028466 09/10/2015 *717.113 $208.00

SP ST JAMES LP VS CALDERON, ANGEL 19-CC-033251 10/23/2015 *717.113     $1,249.00

SPANISH TRACE HOUSING LTD VS BRYANT, PRE-CIOUS 15-CC-005289 02/20/2015 *717.113 $831.00

SPICE, JASMINE L CK# 384838 12/06/2019 $15.00

SPIRK, ADAM J CK# 577711 05/17/2019 $15.00

SPOONER, LESLIE A CK# 582764 10/18/2019 $15.00

SPRADLEY, JAMES D CK# 581876 09/20/2019 $30.00

SPT WAR WEXFORD LLC VS HART, CARMIETTA 17-CC-025462 07/18/2017 *717.113     $310.00

SPURLING, CHRISTOPHER SCOTT CK# 435173 10/04/2019 15001510

SQUITIERI, ADAM T CK# 579550 07/12/2019 $15.00

ST JEAN, ERIKA B CK# 585057 12/13/2019 $15.00

ST JOSEPH HOSPITAL CK# 430737 06/04/2019 15001335     $21.50

ST THOMAS PROPERTIES LLC VS WILLIAMS, ALYSSA 14-CC-036496 12/23/2014 *717.113 $3600.00

STAFFERI, LINDSAY A CK# 583734 11/08/2019
$15.00

STAFFORD, CHRISTOPHER M CK# 578567 06/14/2019     $15.00

STAPLES CK# 429566 05/03/2019 15001250 $142.40

STAPLETON, DELMER J CK# 574407 02/08/2019
$15.00

STARKS, GREGORY P CK# 580586 08/09/2019
$15.00

STARR, BENJAMIN C CK# 581214 08/30/2019 $15.00

STATEWIDE TITLE SERVICES LLC CK# 431101 06/13/2019 15000948

STATEWIDE TITLE SOLUTIONS CK# 429438 04/30/2019 15001192     $1,954.39

STATTON TITLE AGENCY CK# 429567 05/03/2019 15000728     $3,422.82

STEAD, ROBERT M CK# 580232 07/26/2019 $15.00

STEFFAN, CONNOR R CK# 584569 11/22/2019
$30.00

STEFFEK, BRANDON L CK# 576671 04/18/2019
$15.00

STEGNER, STEVEN B CK# 580810 08/16/2019
$15.00

STEIN, STEPHANIE L CK# 580042 07/26/2019 $15.00

STEPHANIE DUNBAR CK# 425576 01/15/2019 15000064

STEPHENS, JAMES H CK# 584843 12/06/2019
$15.00

STEPHENS, JEFFERY L CK# 581489 09/13/2019 $15.00

STEPHENSON, PAUL HUNDGREN, FREDRIKA A VS SUHNES, VINCENT 14-CC-035238 01/06/2015 *717.113     $485.44

STERLING TITLE LLC CK# 429781 05/09/2019 15000723     $198.41

STEVEN P NILCY LAW OFFICES CK# 430543 05/20/2019 15001245

STEVENS, CANDY CK# 584848 12/06/2019 $15.00

STEVENS, JONATHAN C CK# 572660 01/11/2019
$15.00

STEVENS-HOLLIS, JANYA L CK# 574916 03/01/2019
$15.00

STILLWELL, MORGAN J CK# 580604 08/09/2019
$15.00

STIMERS, LIA ROMANA CK# 432267 07/12/2019 15001426     $500.00

STOCKTON, MICHAEL F CK# 580176 07/26/2019
$15.00

STOEL, JERIKKA J CK# 574611 02/22/2019 $15.00

STONE GEDE, BIANCA D CK# 576255 10/11/2019
$15.00

STONE, DOMINIQUE C CK# 576042 03/29/2019 $15.00

STRAIGHT FORWARD REALTY INVESTORS LLC CK# 429976 05/15/2019 15001266     $200.00

STRESH FREE PROPERTY MANAGEMENT INC VS CARBAUCH, CANDACE 18-CC-031261 10/17/2018 *717.113     $30.00

STRICKLAND, JERMYN K CK# 577905 05/17/2019
$15.00

STRINGER, EDWARD CASEY CK# 426546 02/11/2019 15000616     $300.00

STROM, ALAN L CK# 580046 07/26/2019 $30.00

STUTTLE, CHRISTINA CK# 426349 02/04/2019 15000656     $500.00

SUAREZ, JOHN GUZMAN CK# 573540 01/25/2019
$15.00

SUMNER INVESTMENTS LLC VS PICKNEY, DAR-RYL 17-CC-013269 04/28/2017 *717.113 $240.00

SUN HEIGHTS APARTMENTS MARLING LLOYD E VS BRENT, JAQUNTA 18-CC-012498 04/17/2018 *717.113     $348.00

SUN MEADOW APARTMENTS VS NELSON, CARL ANTHONY 13-CC-020522 06/27/2013 *717.113
$35.00

SUNBELT TITLE AGENCY CK# 429971 05/15/2019
$500.00

SUNCOAST TITLE AGENCY OF TAMPA INC CK# 425856 01/15/2019 15000065     $186.00

SUNNY HILLS CONDOMINIUM ASSOCIATION INC CK# 430626 05/09/2019

SUNSHINE INVESTMENTS LLC VS MARTY, MICHELLE 15-CC-011834 04/15/2015 *717.113
$70.00

SUNSHINE PALMS, LLC VS STOWES, DEIDRA 17-CC-013499 04/28/2017 *717.113     $798.00

SUPPER TOWNHOUSES APARTMENTS LLC VS POWELL, ELAINE 15-CC-033457 10/21/2015 *717.113     $243.00

SURE TITLE CO CK# 426574 02/04/2019 15000656

SUSKO, JOSEPH R CK# 584702 12/06/2019 $15.00

SUTTON, KAYLA M CK# 581426 09/13/2019 $15.00

SWAN, ALLEN D CK# 580418 08/09/2019 $15.00

SWANN, JAMES B CK# 579739 07/12/2019 $15.00

(Continued on next page)

SYNERGY TITLE PARTNERS INC CK# 433236 08/09/2019 15001443 $10.10

SYNERGY TITLE PARTNERS LLC CK# 432562 07/22/2019 15001414 $119.00

SYRJA, CAMERON J CK# 575708 03/22/2019 $15.00

T MOBILE CK# 434471 09/13/2019 15001513 $250.00

TAHSINI, CELINA F CK# 579322 07/05/2019 $15.00

TALAMANTEZ, DAVID CK# 572867 01/11/2019 $15.00

TAMAYO, ELBA I CK# 427651 03/12/2019 15001125 $11.69

TAMPA BAY ESTATES LLC VS BOLER, ANTOINETTE,GRANT, CHARLES,OPPUPANTS, ALL 17-CC-014518 04/25/2017 *717.113 $460.00

TAMPA BAY FCU CK# 430659 06/07/2019 15000872 $34.10

TAMPA BAY HOUSING AUTHORITY LLC VS NEASON, KA'DESHA 14-CC-016358 06/26/2014 *717.113 $455.00

TAMPA PARK APARTMENTS, INC. VS MOODY, DEQUAN 15-CC-021694 08/07/2015 *717.113 $400.00

TAMPA POLICE DEPARTMENT VS BRIAN BAKER 17-CA-009606 10/23/2017 $1,500.00

TAMPA REAL ESTATE VENTURES, LLC VS WEDEL, JUSTIN 16-CC-011406 05/03/2016 *717.113 $1,283.00

TANK, HARIKRUSHNA CK# 436780 11/22/2019 15001587 $17.00

TAPIA-DIAZ, DORANELIE CK# 579227 06/28/2019 $15.00

TARAVELLA, LUCY VS MALONE, JACQUELINE 19-CC-021270 05/03/2019 *717.113 $700.00

TARDI, AMARYLLIS CK# 583750 11/08/2019 $15.00

TARGET CK# 437118 12/05/2019 15001621 $70.00

TASANAPRASERT, AKKARADEJ A CK# 582934 10/18/2019 $15.00

TAVAREZ-TAVAREZ, MARC A CK# 580468 08/02/2019 $15.00

TAYLOR, JASON C CK# 574915 03/01/2019 $15.00

TAYLOR, JOVARIUS J CK# 580409 08/02/2019 $15.00

TAYLOR, WILLIAM D CK# 584918 12/06/2019 $15.00

TCVM 6 LLC VS SHANKS, VANITA 18-CC-062954 12/14/2018 *717.113 $700.00

TEDROWE, BENJAMIN L CK# 575405 03/15/2019 $15.00

TEED, DAJOURIA L CK# 578600 06/14/2019 $15.00

TEELUCKSINGH, PREM VS WEEMS, SHANE 14-CC-011990 05/27/2014 *717.113 $97.09

TEJADA, LEONEL CK# 578413 06/07/2019 $15.00

TENORIO, KARIE ANN CK# 583057 10/18/2019 $15.00

TERRAZAS, JESUS A CK# 432749 07/25/2019 15000990 $250.00

TERRENCE F PYLE PA CK# 430861 06/07/2019 15000827 $19.52

THE HOUSING AUTHORITY OF THE CITY OF TAMPA FLORIDA VS RUSSELL, KILILAH 14-CC-033393 01/05/2015 *717.113 $12.00

THE KAIN L P VS BOWERS, CHINIQUA E 16-CC-041845 04/04/2017 *717.113 $881.24

THE KAIN L P VS HARDY, SHARON 15-CC-034477 10/30/2015 *717.113 $150.00

THE KAIN L P VS JONES, SHIRLEY 15-CC-027896 09/01/2015 *717.113 $850.00

THE KAIN LIMITED PARTNERSHIP VS BATTLE, BARBARA 16-CC-032526 10/18/2016 *717.113 $775.00

THE KAIN LIMITED PARTNERSHIP VS HUMPHREY, ERICA 15-CC-031485 10/02/2015 *717.113 $708.00

THE KAIN LIMITED PARTNERSHIP VS JAMES, TAKESSA S 16-CC-040926 12/30/2016 *717.113 $1,800.00

THE KAIN LIMITED PARTNERSHIP VS SHEPPARD, YOLANDA 16-CC-040923 01/03/2017 *717.113 $1,130.00

THE KAIN LP VS MORGAN, MATTHEW 15-CC-030481 09/28/2015 *717.113 $545.00

THE STEIN LAW GROUP CK# 430934 06/11/2019 15000842 $50.00

THIMIS, NICHOLAS VS THIMIS, TANYA 18-DR-005389 08/27/2018 $1,000.00

THOMAS, ASTON ANDRE CK# 430369 05/24/2019 15001262 $208.00

THOMAS, BETSY L CK# 573224 01/18/2019 $15.00

THOMAS, HEZEKIAH CK# 583295 10/25/2019$15.00

THOMAS, IGNATIUS CK# 584193 11/15/2019 $15.00

THOMAS, MARK ANTHONY CK# 434995 09/25/2019 15001484 $11.00

THOMPSON, CHARLES A CK# 574477 02/15/2019 $15.00

THOMPSON, COREY S CK# 578553 06/07/2019 $30.00

THOMPSON, JEREMY DANIEL CK# 437305 12/12/2019 15001617 $12.04

THOMPSON, LOLA M CK# 575557 03/15/2019$15.00

THOMPSON, MARY VS ARMIGER, TOM 15-CC-001351 01/22/2015 *717.113 $200.00

THOMPSON, VERONICA CK# 428891 04/16/2019 15000675 $20.79

THORNTON, GEENI D CK# 584522 11/22/2019 $15.00

THORNTON, LUKE VS DUNAWAY, TIFFANY 14-CC-000139 02/20/2014 *717.113 $700.00

THORNTONS CK# 433693 08/21/2019 15001465 $66.00

THORVARDSON, STEVEN CK# 430329 05/23/2019 15001272 $11.00

THRIFT, CASEY CK# 427262 03/01/2019 15000635 $202.00

TIKD SERVICES LLC CK# 428519 04/03/2019 15001177 $40.00

TIMMONS, NA'DEYAH A CK# 584967 12/06/2019 $15.00

TINDALE, SHANE R CK# 579920 07/19/2019 $15.00

TITLE AGENCY OF FLORIDA INC CK# 429747 05/08/2019 15001255 $521.09

TITLE AGENTS RESEARCH SERVICES INC CK# 431289 06/19/2019 15000867 $39.23

TITLE MARKETPLACE LLC CK# 431395 06/20/2019 15000864 $94.50

TITLE SERVICES OF FLORIDA LLC CK# 430935 06/11/2019 15000830 $13.80

TITLE TRUST GROUP OF FLORIDA INC CK# 429748 05/08/2019 15000742 $151.50

TITLEMARK OF SOUTH TAMPA LLC CK# 430937 06/11/2019 15000849 $11.71

TOMASINO, DAVID A CK# 432197 07/11/2019 15000887 $250.00

TORRES CARRION, ALICIA CK# 572808 01/11/2019 $15.00

TORRES ZAYAS, HECTOR H CK# 583105 10/18/2019 $15.00

TORRES, DIANA H CK# 575440 03/15/2019 $30.00

TORRES, ESTEBAN CK# 427190 02/28/2019 15001022 $500.00

TORRES, GIOVANNI RAMOS CK# 432892 07/30/2019 15001088 $42.50

TORRES, GIOVANNI RAMOS CK# 433961 08/29/2019 15001085 $245.00

TORRES, LYLA CK# 579644 07/12/2019 $15.00

TORRES, RUBY M CK# 575628 03/15/2019 $15.00

TORRES, YASMANY MAYEA CK# 432799 07/25/2019 15001429 $500.00

TOVARMARTINEZ, RUBISEL CK# 434094 09/04/2019 15001079 $1,652.00

TOZIER, DYLAN J CK# 573594 01/25/2019 $15.00

TRACKING #9570 1065 9016 9271 1624 MO#17933734211 - WESTERN UNION RCPT # 24-00680591 10/22/2019 $325.00

TRAN, THACH K CK# 582869 10/18/2019 $15.00

TRANSCARE MEDICAL TRANSPORTATION CK# 429571 05/03/2019 15001241 $180.50

TRANSCONTINENTAL TITLE CK# 429978 05/15/2019 15000735 $295.04

TRANSCONTINENTAL TITLE COMPANY CK# 429572 05/03/2019 15000701 $1,780.68

TREPANIER, JACK T CK# 429497 05/02/2019 15000776 $13.50

TRESPALACIOS, ALLISON CK# 583911 11/08/2019 $15.00

TRIMBLE, ANN M CK# 578055 05/24/2019 $15.00

TRIVIN, CYRUS A CK# 583764 11/08/2019 $30.00

TRUE, CHARLES B CK# 574561 02/22/2019 $15.00

TULLO LAW FIRM CK# 431290 06/19/2019 15001098 $113.30

TURBEVILLE, LAUREN E CK# 584896 12/06/2019 $15.00

TURNER JR, MICHAEL ANTHONY CK# 433320 08/13/2019 15001084 $16.00

TURNER, ANDREW B CK# 579412 07/05/2019$15.00

TURNER, REX VS PRICE, PHILLIP 16-CC-030184 09/28/2016 *717.113 $48.00

TUVELL, KEVIN S CK# 578471 06/07/2019 $15.00

TUVELL, SHAWN A CK# 583769 11/08/2019 $15.00

TYSVER, CYNTHIA CK# 431994 07/05/2019 15000890 $500.00

TZADIK ACQUISITIONS LLC VS STOVALL, LORI 18-CC-019098 06/05/2018 *717.113 $452.00

TZADIK ACQUISITIONS LLC VS WILSON, TAURIE, ANDERSON SIMS, ROSS 18-CC-000833 02/08/2018 *717.113 $1,962.50

TZADIK MANAGEMENT GROUP VS PINAS, SHARMA 17-CC-028816 09/19/2017 *717.113 $148.50

TZADIK MANAGEMENT VS MEDINA, JAJAIRA 19-CC-028625 06/03/2019 *717.113 $500.00

U S BANK NATIONAL ASSOCIATION VS VEGA, SYLVIA 16-CA-002193 09/02/2016 $100.00

UAHC LLC,CBA BUSINESS SOLUTIONS VS MERRELL, BRANDI 14-CC-000522 01/16/2014 *717.113 $95.00

ULLOA, GUADALUPE CK# 574244 02/15/2019 $15.00

UNITED PAWN CK# 430232 05/22/2019 15000718 $100.00

UNITED PAWN CK# 430508 05/28/2019 15000719 $50.00

UNIVERSAL LAND TITLE INC CK# 429517 05/02/2019 15000698 $1,204.15

UNIVERSITY HOUSE LLC VS BALDWIN, CLARENCE 14-CC-036505 12/29/2014 *717.113 $310.00

UNIVERSITY HOUSE LLC VS JOSEPH, TANYA 15-CC-030441 10/14/2015 *717.113 $544.13

UNIVERSITY HOUSE LLC VS STIDIRON, JOLANDA 15-CC-032577 10/15/2015 *717.113 $495.15

UNIVERSITY HOUSE, LLC VS BEST, KYLE A. 15-CC-039773 01/11/2016 *717.113 $481.55

UNIVERSITY HOUSE, LLC,CASABLANCA APARTMENTS AT UNIVERSITY VS HAYNES, TAMIKA S. 17-CC-042983 11/13/2017 *717.113 $232.80

UNIVERSITY SQUARE APARTMENTS LLC VS DISARNO, JOHN C 18-CC-044914 09/11/2018 *717.113 $526.00

URBAN CORE HOLDINGS LLC VS SEARS, GABRIEL 15-CC-023113 07/30/2015 *717.113 $291.26

URBAN TITLE SERVICES CK# 429574 05/03/2019 15000705 $3,580.85

URIJNAWRITA, ANNABELLA CK# 431119 06/14/2019 15000882 $250.00

URREGO, ROSALBA E CK# 580030 07/26/2019 $15.00

US BANK NA VS CAWLEY, THOMAS S 14-CA-009187 02/18/2016 $100.00

US BANK TRUST NA VS LOCK, SHOLANDA S 15-CA-010211 04/04/2016 $100.00

USNER, CHAD M CK# 583995 11/08/2019 $15.00

UTLEY, CYNTHIA R CK# 574008 02/08/2019 $15.00

UZZELL, NAJEE D CK# 576035 03/29/2019 $15.00

VALDERRAMA, CAROL M CK# 584221 11/15/2019 $15.00

VALENTINE HYER, TRACY CK# 582298 09/27/2019 $30.00

VALIENTE, RANSES MONZON CK# 436424 11/13/2019 15001554 $75.00

VAN DYKE COMMONS, LLC VS ACOUSTI ENGINEERING COMPANY OF FLORIDA 18-CA-000833 06/20/2018 *717.113 $117.71

VAN VUUREN, ETTIENNE CK# 426786 02/18/2019 15001041 $15.75

VANGUARD REAL ESTATE TITLE OF FL INC CK# 430739 06/04/2019 15000805 $96.75

VANKLEECK, JAMES B CK# 583289 10/25/2019 $15.00

VARGAS, JAMES F CK# 576644 04/18/2019 $15.00

VARGAS, JEFFREY E CK# 576877 04/26/2019$15.00

VARGAS, SAMANTHA V CK# 579927 07/19/2019 $15.00

VARGASRIVERO, JOSE CK# 432204 07/11/2019 15001379 $500.00

VASQUEZ, MARCOS SANTOS CK# 433580 08/19/2019 15001464 $16.50

VAZQUEZ, CYNTHIA M CK# 432818 07/26/2019 15001380 $250.00

VAZQUEZ, DAVID CK# 583225 10/25/2019 $15.00

VAZQUEZ, JOHN ISAAC CK# 436841 11/25/2019 15001574 $15.75

VAZQUEZ, VICTOR CK# 582334 09/27/2019 $13.01

VAZQUEZ, YERITZA CK# 583386 10/25/2019 $15.00

VELASCO GARCIA, AGUSTINO CK# 575960 03/29/2019 $15.00

VELASQUEZ, ANTHONY CK# 584404 11/22/2019 $15.00

VELAZQUEZ SIERRA, JOSUE CK# 583063 10/18/2019 $15.00

VELEZ, KATIE CK# 583426 10/25/2019 $87.22

VELIZ, JOHN M CK# 575744 03/22/2019 $15.00

VERITAS REALTY HOLDINGS LLC VS THOMPSON, SHERRY 17-CC-033809 09/05/2017 *717.113$400.00

VERNON, SARAH L CK# 574713 02/22/2019 $15.00

VIDAL, BARBARA N CK# 581403 09/13/2019 $15.00

VIGIL, ANA V CK# 584238 11/15/2019 $15.00

VILLAFRANCA, CHRISTIAM R CK# 574559 02/22/2019 $15.00

VILLALOBOS IBARRA, FABIOLA CK# 578922 06/21/2019 $15.00

VILLALTA, JONATHAN S CK# 575856 03/22/2019 $15.00

VILLANUEVA, FRANKLIN A CK# 581520 09/13/2019 $30.00

VILLAVICENCIO, DANIEL A CK# 576394 04/12/2019 $15.00

VILSAINT, CLIFF CK# 426346 02/05/2019 15001069 $72.00

VINALJIMENEZ, JUAN CARLOS CK# 426075 01/29/2019 15000964 $45.75

VINALJIMENEZ, JUAN CARLOS CK# 426715 02/14/2019 15001014 $15.00

VOJTKO, ANGEL L CK# 582997 10/18/2019 $15.00

VOLUNTEERS OF AMERICA OF FLORIDA VS PINCKNEY, MESHA 15-CC-029862 10/12/2015 *717.113 $394.84

VU, CHUONG H CK# 579629 07/12/2019 $15.00

VUKELJA, DAVID A CK# 580373 08/02/2019 $15.00

WADE, CHARLES D CK# 583755 11/08/2019 $15.00

WADE, ERIC CK# 431270 06/19/2019 15001223$17.00

WAHL, DANIEL E CK# 573760 02/01/2019 $15.00

WAIBERMAN, DONALD I CK# 430941 06/11/2019 15000853 $49.90

WAINORIS, KIRSTEN CK# 435630 10/21/2019 15001543 $15.75

WALGREENS CK# 433787 08/23/2019 15001458 $300.00

WALKER J, CHARLES GREGORY CK# 427386 03/06/2019 15000632 $60.00

WALKER, GARRETT E CK# 578217 05/31/2019$15.00

WALKER, HARRISON J CK# 579598 07/12/2019 $15.00

WALLACE, CLEVELAND ALFONSO CK# 426848 02/19/2019 15001030 $15.75

WALLACE, KRISTIE LYNN CK# 425614 01/16/2019 15000943 $15.75

WALLACE, PAUL D CK# 572724 01/11/2019 $15.00

WALLIS, JOSHUA A CK# 577659 05/10/2019 $15.00

WALMART CK# 425341 01/08/2019 15000953 $48.09

WALMART CK# 427467 03/07/2019 15001107 $35.00

WALMART CK# 428306 03/28/2019 15001106 $92.56

WALMART CK# 429091 04/22/2019 15001189 $56.03

WALMART CK# 429268 04/25/2019 15001182 $96.84

WALMART CK# 429622 05/06/2019 15001254 $46.78

WALMART CK# 429788 05/09/2019 15001251$179.00

WALMART CK# 431158 06/14/2019 15001355$176.50

WALMART CK# 431444 06/21/2019 15001356 $41.76

WALMART CK# 432178 07/10/2019 15001416 $19.77

WALMART CK# 432474 07/18/2019 15001417 $32.66

WALMART CK# 432567 07/22/2019 15001415 $50.80

WALMART CK# 433372 08/14/2019 15001474$144.14

WALMART CK# 435653 10/21/2019 15001527 $76.50

WALMART CK# 435986 10/29/2019 15001528$128.47

WALMART CK# 436469 11/14/2019 15001592 $17.05

WALSH, THOMAS R CK# 578341 05/31/2019 $15.00

WARD, EDWARD CK# 573170 01/18/2019 $15.00

WARE, CHLOE J CK# 583509 11/01/2019 $15.00

WARNER, ROBERT A CK# 574729 02/22/2019$15.00

WARREN, MICHELLE A CK# 577919 05/17/2019 $15.00

WASHINGTON, KEVIN VS BEATY, FRED, BEATY, ERICA 15-CC-009649 04/15/2015 *717.113 $95.00

WATSON, MARK S CK# 584641 11/22/2019 $15.00

WATTS, CAREY M CK# 577020 04/26/2019 $30.00

WATTS, LINDA F CK# 575244 03/08/2019 $15.00

WAWA CK# 429653 05/07/2019 15001252 $56.65

WAYPOINT HOMES VS DYKES, KEEOSHA 15-CC-038796 01/29/2016 *717.113 $446.00

WEAVER, THOMAS P CK# 575284 03/08/2019$15.00

WEIDLER, KRONE L CK# 578968 06/21/2019 $15.00

WEIGHTMAN, KENNETH M CK# 580758 08/16/2019 $15.00

WELLS FARGO CK# 435015 09/25/2019 15001485 $18.50

WELLS, J D CK# 426395 02/06/2019 15000612$13.50

WELLS, JOSHUA M CK# 584175 11/15/2019 $15.00

WEST FLORIDA WHOLESALE PROPERTIES IV LLC VS MALDONADO, DAYANA 15-CC-015858 05/18/2015 *717.113 $925.00

WEST, QUENTIN D CK# 581983 09/20/2019 $15.00

WESTCHASE TITLE, LLC VS ML HAWKE ENTERPRISES, LLC 16-CC-021999 06/14/2017 *717.113 $567.49

WESTSHORE TITLE GROUP CK# 430510 05/28/2019 15000778 $217.26

WETHERINGTON, LAWRENCE EDWARD CK# 433879 08/27/2019 15001070 $30.00

WEVER, JOHN L CK# 583074 10/18/2019 $15.00

WHIDDEN, SHARON LEE CK# 430541 05/29/2019 15000786 $72.00

WHITBURN LLC VS PARKER, YUKIA 15-CC-021619 07/13/2015 *717.113 $1,099.64

WHITE ESQUIRE, LESLIE S CK# 429073 04/22/2019 15001155 $70.00

WHITE, BRITTANY L CK# 585232 12/13/2019 $11.68

WHITE, DWAYNE A CK# 581183 08/30/2019 $15.00

WHITE, JERRY F CK# 581491 09/13/2019 $15.00

WHITE, JORIENE N CK# 581265 08/30/2019 $15.00

WHITE, MARY E CK# 584008 11/08/2019 $15.00

WHITE, MICHAEL D CK# 576523 04/12/2019 $15.00

WHITEHILL, DAVID VS PROCTOR, NEPHTHYS 15-CC-015154 05/15/2015 *717.113 $94.00

WHITFIELD, CHLOE C CK# 576929 04/26/2019$15.00

WHITING, SARAH L CK# 577052 04/26/2019 $15.00

WHITMAN, KATIE A CK# 582638 10/11/2019 $15.00

WHITMAN, WILLIAM J CK# 582009 09/20/2019$15.00

WHYTE, DAMIAN R CK# 573617 01/25/2019 $15.00

WIGGINS, TAMIKA N CK# 573505 01/25/2019 $15.00

WILCHER, RONALD L CK# 574721 02/22/2019$15.00

WILKINS, JAKOB A CK# 584188 11/15/2019 $15.00

WILLIAMS, ALAN T CK# 578576 06/14/2019 $15.00

WILLIAMS, AUSTIN G CK# 577388 05/03/2019$15.00

WILLIAMS, CAMERON T CK# 577673 05/17/2019 $15.00

WILLIAMS, CHARLES VS DARIEN, EDDIE LEE, JR 16-CC-012323 04/26/2016 *717.113 $339.81

WILLIAMS, ELIZABETH A CK# 578659 06/14/2019 $15.00

WILLIAMS, IRIS F CK# 580702 08/16/2019 $15.00

WILLIAMS, JOHN H CK# 585425 12/20/2019 $15.00

WILLIAMS, MARCELLUS CK# 581925 09/20/2019 $15.00

WILLIAMS, MAREALLE C CK# 576534 04/12/2019 $15.00

WILLIAMS, MICHAH E CK# 582699 10/11/2019$15.00

WILLIAMS, SAMMIE N CK# 573145 01/18/2019 $15.00

WILLIAMS, TRAVIS DWAYNE CK# 431642 06/25/2019 15001308 $15.00

WILLIAMS, TYSHAWN MO#2199849637 - AMSCOT RCPT # 24-00587862 03/11/2019 $103.00

WILLIAMS, URSULA C CK# 584923 12/06/2019 $15.00

WILLIAMS, ZACKARY H CK# 582880 10/18/2019 $15.00

WILLIS, CINDI M CK# 577374 05/03/2019 $15.00

WILLIS, KELVIN L CK# 435070 09/25/2019 15001094 $226.00

WILLIS, LAWRENCE M CK# 577858 05/17/2019 $15.00

WILLSON, JOHN R CK# 584570 11/22/2019 $15.00

WILMINGTON TRUST COMPANY VS FLORENCE, FREDRICK M 15-CA-009132 04/25/2016 *717.113 $13.30

WILSON, DANIEL J CK# 573500 01/25/2019 $15.00

WILSON, MICHAEL R CK# 582702 10/11/2019 $15.00

WILSON, MICHAEL W CK# 576814 04/18/2019$15.00

WILSON, RICHELE M CK# 576786 04/18/2019 $15.00

WIMBROW AND YOUNG INC CK# 430899 06/10/2019 15000855 $50.50

WINCHELL, AMBER R CK# 577033 04/26/2019 $15.00

WIND PA, SHELDON L CK# 429564 05/03/2019 15000717 $1,353.48

WINSTON, LONDON TYGI DAVE OTIS CK# 428549 04/04/2019 15000666 $66.40

WINSTON, LONDON TYGI DAVE OTIS CK# 428550 04/04/2019 15000665 $66.40

WINTER, JAMES RAFAEL CK# 429597 05/06/2019 15001288 $15.75

WOLF PROPERTIES LLC VS CUMBESS, TIFFANY 17-CC-046096 12/01/2017 *717.113 $750.00

WOLF PROPERTIES LLC VS OGDEN, SCOTT 17-CC-046093 12/01/2017 *717.113 $750.00

WOLF PROPERTIES LLC VS PISKURA, KAREN 17-CC-046094 12/29/2017 *717.113 $375.00

WOOD, TYLER H CK# 576833 04/18/2019 $15.00

WOODRUFF, DELARIA CK# 582149 09/27/2019 $15.00

WRD LEGACY PARK, LLC VS STRAW, TRISANN 17-CC-036432 10/17/2017 *717.113 $1,200.00

WRIGHT, CONNOR M CK# 581830 09/20/2019$15.00

WRIGHT, KAREN M CK# 581788 09/20/2019 $15.00

WRIGHT, KELVIN L CK# 579371 07/05/2019 $15.00

WRIGHT, NATASHA M CK# 577062 04/26/2019 $15.00

WYRE, JACOB L CK# 573252 01/18/2019 $15.00

XU, TIAN SHUO VS MARSHALL, DOSHA 14-CC-009933 04/25/2014 *717.113 $480.00

XU, TIANSHUO VS UNKNOWN, EITNANDESZ 16-CC-018889 06/22/2016 *717.113 $720.00

YAAJ INVESTMENT, LLC VS WHITE, PHILLIP 15-CC-005060 02/25/2015 *717.113 $500.00

YANCEY, IOLA A CK# 580357 08/02/2019 $15.00

YANG, DANG M CK# 585399 12/20/2019 $15.00

YANG, MIN CK# 579422 07/05/2019 $15.00

YAPICI, TOLGA IBRAHIM CK# 425631 01/16/2019 15000592 $13.50

YARBROUGH, SHAWN A CK# 437649 12/26/2019 15001610 $10.05

YATES, REGINALD L CK# 582785 10/18/2019 $15.00

YEAKEL-RUIZ, ELISA D CK# 580621 08/09/2019 $30.00

YES COMPANIES WFC LLC VS HELMS, CYNTHIA 18-CC-042229 11/02/2018 *717.113 $2,408.38

YGLESIAS, JOSEPH A CK# 576068 03/29/2019 $15.00

YOUNG, JAMES CK# 426187 01/31/2019 15000956 $71.84

YOUNG, JOSHUA P CK# 574258 02/15/2019 $15.00

YOUNG, TIFFANY M CK# 576965 04/26/2019 $15.00

YOUNGBLOOD, BARBARA JACKIE CK# 437671 12/27/2019 15001360 $31.50

YOWELLE JR, JOHNNY CK# 435669 10/22/2019 15001541 $27.00

YOWELLE JR, JOHNNY CK# 435970 10/29/2019 15001540 $20.50

Z2153:2195WICKER AND ASSOCIATES PC CK# 436884 11/25/2019 15001576 $50.00

ZABALA, ANDREW D CK# 580689 08/16/2019 $15.00

ZACEK, CHRISTIAN CK# 432940 07/31/2019 15000996 $72.00

ZADEZENSKY, JOSE ANGEL CK# 427587 03/11/2019 15001122 $128.00

ZAHM PA,DOUGLAS C CK# 429546 05/03/2019 15000729 $4,064.64

ZAPATA JAVIER, JENRRY CK# 573186 01/18/2019 $15.00

ZELAYA, JORGE CK# 433409 08/15/2019 15001437 $450.00

ZELLERS, BRANDIN CK# 425978 01/28/2019 15000966 $500.00

ZERBO, CANDY L CK# 434707 09/19/2019 15001491 $1,894.00

ZUNIGA, DASSAEV GUATEMALA CK# 432245 07/12/2019 15000905 $250.00

ALL PERSONS HAVING OR CLAIMING ANY INTEREST IN SAID FUNDS OR ANY PORTION THEREOF, SHALL FILE THEIR WRITTEN CLAIM THERETO WITH THE CLERK OF THE CIRCUIT COURT OF HILLSBOROUGH COUNTY, FLORIDA, BY EMAIL cccacct@hillsclerk.com OR MAIL TO P.O. BOX 1110, ATTN: CCC ACCOUNTING, TAMPA, FL 33601-1110, ON OR BEFORE SEPTEMBER 1, 2021, OTHERWISE SUCH UNCLAIMED FUNDS SHALL BE DECLARED FORFEITED TO HILLSBOROUGH COUNTY IN ACCORDANCE WITH FLORIDA STATUTE 116.21. PLEASE CALL (813)276-2029 EXT 7807 FOR FURTHER INFORMATION.

DATED AT TAMPA, FLORIDA, THIS 9th DAY OF JULY, 2021.

CINDY STUART

CLERK OF THE CIRCUIT COURT

HILLSBOROUGH COUNTY, FLORIDA

7/9/21LG 1T

# TAB 23

# United States District Court

## For The Middle District of Florida
## Tampa Division

Blake Warner

v.

Hillsborough County
Clerk of Courts

Case Number 8:22-CV-1977

## Plaintiff's Response to Defendant's Motion for Judgement on the Pleadings

(i)

# TABLE OF CONTENTS

I  Table of Authorities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  iv

II  Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1

III  Nit  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1

IV  Standard  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  2

V  Counts I, II, and III  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  2

1.  The Clerk did not comply with Florida Statute § 116.21  . . . . . . . . . . .  3

    A.  Newspaper Requirements  . . . . . . . . . . . . . . . . . . . . . .  3

    B.  Fla. Stat. § 50.011 Retroactive  . . . . . . . . . . . . . . . . . . .  5

    C.  Hearsay  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  7

    D.  No Notice . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  8

2.  A taking occurred  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  9

3.  Federal Constitutional Preemption . . . . . . . . . . . . . . . . . . . . . . . 10

4.  Federal Common Law Preemption . . . . . . . . . . . . . . . . . . . . . . . 11

5.  Unclean Hands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

6.  Delay . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

VI   Counts IV and V . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

1.   Defamation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

    A.   Publication . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

    B.   Falsity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

    C.   Knowledge or Reckless Disregard . . . . . . . . . . . . . . . . . 13

    D.   Presumed Damages . . . . . . . . . . . . . . . . . . . . . . . . . 13

    E.   Defamatory . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

2.   First Amendment Retaliation . . . . . . . . . . . . . . . . . . . . . . . 14

3.   Litigation Privilege . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

# I  Table of Authorities

Cases                                                                    Page

*Alamo Rent-A-Car, Inc. v. Mancusi, 632 So. 2d 1352*,
    1358 (Fla. 1994) . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  6

*Ange v. State, 98 Fla. 538*, 123 So. 916 (1929) . . . . . . . . . . . . . . .  15

*Arrow Air, Inc. v. Walsh, 645 So.2d 422*,  424 (Fla.1994) . . . . . . . .  6

*Bailey v. Wheeler*, 843 F.3d 473 (11th Cir. 2016) . . . . . . . . . . . . . .  15

*Basel v. McFarland Sons, Inc.*,
    815 So. 2d 687 (Fla. Dist. Ct. App. 2002). . . . . . . . . . . . . . . .  5

*City of Lakeland v. Catinella, 129 So.2d 133*, 136 (Fla.1961) . . . . . . . . . . .  5, 6

*City of Orlando v. Desjardins*, 493 So.2d 1027 (Fla.1986) . . . . . . . .  6

*City of Trenton v. State of New Jersey*, 262 U.S. 182 (1923) . . . . . . . . .  7

*F.A.A. v. Cooper, 566 U.S. 284, 310, 132 S. Ct. 1441, 1459*,
    182 L. Ed. 2d 497 (2012) . . . . . . . . . . . . . . . . . . . . . . . .  13

*Hawthorne v. Mac Adjustment, Inc., 140 F.3d 1367*,
    1370 (11th Cir. 1998) . . . . . . . . . . . . . . . . . . . . . . . . . .  2

*Hughes v. Talen Energy Mktg., LLC, 578 U.S. 150, 162, 136 S. Ct. 1288,
    1297*, 194 L. Ed. 2d 414 (2016) . . . . . . . . . . . . . . . . . . . . .  11

*Jews for Jesus, Inc. v. Rapp*, 997 So. 2d 1098 (Fla. 2008). . . . . . . . . . . .  14

*LanChile Airlines v. Connecticut General Life Ins.*,
    731 F. Supp. 477 (S.D. Fla. 1990) . . . . . . . . . . . . . . . . . . . .  16

*Lawnwood Med. Ctr., Inc. v. Sadow, 43 So. 3d 710*,
    727 (Fla. Dist. Ct. App. 2010) . . . . . . . . . . . . . . . . . . . . .  14

*Love v. State*, 286 So. 3d 177 (Fla. 2019) . . . . . . . . . . . . . . . . . .  6

*Pledger v. Burnup & Sims, Inc.*,
    432 So. 2d 1323 (Fla. Dist. Ct. App. 1983) . . . . . . . . . . . . . . .  16

*Richard v. Gray*, 62 So. 2d 597 (Fla. 1953) . . . . . . . . . . . . . . . . .  14

*Smiley v. State, 966 So. 2d 330*, 334 (Fla. 2007) . . . . . . . . . . . . . . .  6

*Swerdloff v. Miami Nat'l Bank, 584 F.2d 54*, 57 (5th Cir.1978) . . . . . . . . .  2

*Texas v. New Jersey, 379 U.S. 674, 85 S. Ct. 626*,
    13 L. Ed. 2d 596 (1965) . . . . . . . . . . . . . . . . . . . . . . . . .  11

CASES—CONTINUED                                                      Page

*U.S. ex rel. Osheroff v. Humana, Inc., 776 F.3d 805,*
    811 n.4 (11th Cir. 2015) . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

CONSTITUTIONAL PROVISIONS, STATUTES AND RULES

18 United States Code

    § 242 "deprivation of civil rights under color of law" . . . . . . . . . . . . . 16

Federal Rules of Civil Procedure

    Rule 12(d) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 7

§ 116.21, Fla. Stat.   . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 3, 5, 10

§ 165.031, Fla. Stat.   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

§ 50.011, Fla. Stat.   . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 5, 7

§ 50.031, Fla. Stat.   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

§ 772.11, Fla. Stat.   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

§ 83.232, Fla. Stat.   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

OTHER AUTHORITIES

## II  INTRODUCTION

*Plaintiff* Blake Warner, *pro se*, responds to *Defendant*'s Motion for Judgement on the Pleadings and states, and asks the Court to deny *Defendant*'s motion because:

1. It is premature as to counts I - III as there are *numerous* material factual disputes that cannot be resolved before discovery. Notably, the actual July 9, 2021 edition of La Gaceta at issue is not even a part of the record.

2. § 116.21, Fla. Stat.  is preempted by the United States Constitution and Federal Common Law.

3. *Defendant* is estopped from raising many affirmative defenses for denying him a hearing to advance his case, under the doctrine of Unclean Hands.

4. Judgement for counts IV and V should be denied because the litigation privilege does not apply, the statements were published to third parties, and damages are presumed and do not need to be proven or plead in defamation *per se* or first amendment actions.

5. *Defendant*'s 12(c) motion introduces facts outside of the record, and thus should be converted to a Motion for Summary judgment pursuant Fed. R. Civ. P. Rule 12(d).

## III  NIT

*Defendant* stated that "This litigation stems from an eviction action filed against Mr. Warner ... Mr. Warner deposited his outstanding rent payments". D.E. 21 p. 2. *Defendant* cited D.E. 1 ¶ 6[1].

---

[1]"On May 10, 2018, that court ordered Plaintiff to deposit $1699.00 per month into the court registry"

No where does it say that *Plaintiff* ever had an outstanding rent balance. The underlying action was a contract dispute regarding the landlord illegally entering *Plaintiff*'s home without notice. § 83.232, Fla. Stat. requires the tenant to pay into the registry "any rent accruing during the pendency of the action, when due".

*Defendant*'s statements were not only misrepresentations, they were unnecessary, inflammatory, and defamatory.

## IV   STANDARD

"Judgment on the pleadings is appropriate when there are no material facts in dispute, and judgment may be rendered by considering the substance of the pleadings and any judicially noticed facts". *see Hawthorne v. Mac Adjustment, Inc., 140 F.3d 1367*, 1370, . (11th Cir. 1998)

"When we review a judgment on the pleadings, therefore, we accept the facts in the complaint as true and we view them in the light most favorable to the nonmoving party. See Ortega, 85 F.3d at 1524 (citing *Swerdloff v. Miami Nat'l Bank, 584 F.2d 54*, 57, ) (5th Cir.1978)" *see Hawthorne v. Mac Adjustment*, at .

"The complaint may not be dismissed 'unless it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief.' ". *see id*

## V   COUNTS I, II, AND III

*Defendant*'s claim that "Counts I, II, and III fail as a matter of law because: (1) the Clerk complied with Florida Statute § 116.21; (2) no taking occurred; (3) no duty was breached; and (4) Mr. Warner failed to timely bring his claim.". *see* MJOP D.E. 20 p

7.,

## 1.   THE CLERK DID NOT COMPLY WITH FLORIDA STATUTE § 116.21

Whether the clerk complied with § 116.21, Fla. Stat. is a fact that is in dispute, and is therefore inappropriate for a 12(c) motion. The complaint repeatedly alleges that the Clerk did not comply with F.S. § 116.21. *see* Complaint ¶ 14 - 27.

The complaint alleges that the clerk "did not publish any unclaimed notices under *Plaintiff*'s name"[2]. *Defendant* published the court case's name: "BOUTIQUE APARTMENTS LLC,BROOKLYN FLATS VS WARNER, BLAKE 18-CC-022377 05/24/2018 *717.113"[3]. Not only was it not published in *Plaintiff*'s name, but the list was sorted alphabetically by last name, and appears in the B's section, not the W's for *Plaintiff*'s surname. Therefore a diligent search of *Plaintiff*'s name would not find the case name entry.

### A.   NEWSPAPER REQUIREMENTS

The clerk claims to resolve the disputed fact of whether La Gaceta is a "newspaper of general circulation" by erroneously citing the definition of "newspaper of general circulation" in § 165.031, Fla. Stat.. *Id*[4] clearly states that "The following terms and phrases, when used in this chapter, shall have the meanings ascribed to them in this section". § 116.21, Fla. Stat. is not in chapter 165.

Even if § 165.031, Fla. Stat. does apply, the Complaint alleges that the La

---

[2]*see* Complaint ¶ 12
[3]*see* MJOP D.E. 20 Exhibit I
[4]and then starts citing Alaska state courts for some reason?

Gaceta is not "printed in the language most commonly spoken in the area "[5], is not "readily available for purchase by all inhabitants in its area of circulation"[6], and "a newspaper the primary function of which is to carry legal notices"[7].

The complaint cites the correct statute–§ 50.031, Fla. Stat. –and then alleges that La Gaceta does not meet those requirements. *see* Complaint ¶ 26. *id* is titled "Newspapers in which legal notices and process may be published." and states: "no notice or publication required to be published ... shall be deemed to have been published in accordance with the statutes providing for such publication, unless the same ... meets the requirements set forth in s. 50.011".

The complaint repeatedly alleges that the clerk did not meet the requirements of § 50.011, Fla. Stat. :

1. "La Gaceta is only sold at two Wawa gas stations in Tampa."[8].

2. "La Gaceta is distributed and read by less than ten percent of the households in Hillsborough County."[9]. "La Gaceta's target audience is, and always has been, the Hispanic–Spanish speaking–population of Tampa"[10].

3. "La Gaceta does not meet the requirements of § 50.031, Fla. Stat. for a newspaper to be eligible to publish legal notices."[11].

---

[5]"Plaintiff is a non-Hispanic African-American male who cannot read or understand Spanish and lives in a neighborhood that is at least 90% non-Hispanic Caucasian. ". *see* Complaint ¶ 24.

[6]"A La Gaceta subscription cannot be purchased from it's website", "La Gaceta is only sold at two Wawa gas stations in Tampa". *see* Complaint ¶ 22-23

[7]"The current publisher of La Gaceta, Patrick Manteiga, stated in a March 2022 Tampa Bay Times article: 'So in the 1950s, we added English because we had to (to get legal advertising.)'". *see* Complaint ¶ 17

[8]Complaint ¶ 23.

[9]Complaint ¶ 20.

[10]Complaint ¶ 16.

[11]Complaint ¶ 26.

4. "La Gaceta does not meet the "newspaper of general circulation" requirement of § 116.21, Fla. Stat. ."[12].

These are all disputed facts.

## B.   Fla. Stat. § 50.011 Retroactive

On January 1, 2022–*before* the complaint was filed but *after* the clerk effected the publication of the notices–a new version of § 50.011, Fla. Stat. went into effect that–inter alia–added a sentence "Has an audience consisting of at least 10 percent of the households in the county or municipality ...". The previous version of the law(s) already imposed a duty that the newspaper must be in general circulation, the new law just clarified the definition and is thus a procedural change and remedial in nature.

"Substantive law prescribes duties and rights while procedural law concerns means and methods to apply and enforce those duties and rights". *see Basel v. McFarland Sons, Inc.*, 815 So. 2d 687, . (Fla. Dist. Ct. App. 2002).

"Remedial statutes or statutes relating to remedies or modes of procedure, which do not create new or take away vested rights, but only operate in furtherance of the remedy or confirmation of rights already existing, do not come within the legal conception of a retrospective law, or the general rule against retrospective operation of statutes.". *City of Lakeland v. Catinella, 129 So.2d 133*, 136, . (Fla.1961) Here, the legislatures intent in clarifying requirements of the "general circulation" to cure deficiencies in the previous law are clearly remedial.

---

[12]Complaint ¶ 27.

5

"Moreover, the 'presumption in favor of prospective application generally does not apply to 'remedial' legislation; rather, whenever possible, such legislation should be applied to pending cases in order to fully effectuate the legislation's intended purpose.' *Arrow Air, Inc. v. Walsh, 645 So.2d 422*, 424, ( (Fla.1994) citing *City of Orlando v. Desjardins*, 493 So.2d 1027, ) (Fla.1986)". *see Smiley v. State, 966 So. 2d 330*, 334, . (Fla. 2007)

"Broadly speaking, substantive law is that which 'prescribes duties and rights,' while 'procedural law concerns the means and methods to apply and enforce those duties and rights.' *Alamo Rent-A-Car, Inc. v. Mancusi, 632 So. 2d 1352*, 1358, . (Fla. 1994) Amendments are procedural in nature if they 'do not create new or take away vested rights, but only operate in furtherance of the remedy or confirmation of rights already existing.' Smiley v. State, 966 So. 2d 330, 334 (Fla. 2007) (quoting *City of Lakeland v. Catinella*, at ).". Quoting *Love v. State*, 286 So. 3d 177, . (Fla. 2019) Here, no new duties were imposed–only clarification of existing duties.

"The mere application of a new procedural statute in a pending case is not a retroactive application". *see id*

Additionally, the local government does not have constitutional rights, therefore due process cannot be violated by applying statutes retroactively. "The distinction between the municipality as an agent of the state for governmental purposes and as an organization to care for local needs in a private or proprietary capacity has been applied in various branches of the law of municipal corporations. . . . But such distinction furnishes no ground for the appli-

cation of constitutional restraints...".  Quoting *City of Trenton v. State of New Jersey*, 262 U.S. 182, . (1923)

Thus whether La Gaceta meets the 10 percent threshold in § 50.011, Fla. Stat. is a disputed issue of fact that needs discovery to resolve.

## C.  HEARSAY

*Defendant* correctly states "Notably, in deciding motions based on the pleadings, 'courts may take judicial notice of documents such as . . . newspaper articles . . . for the limited purpose of determining which statements the documents contain (but not for determining the truth of those statements).' *U.S. ex rel. Osheroff v. Humana, Inc., 776 F.3d 805*, 811 n.4, . (11th Cir. 2015)". *see* MJOP p. 10. Yet then–almost immediately after–tries to introduce inadmissible hearsay from newspaper articles from outside the record to assert the truth of the matter:

"La Gaceta is a well-recognized, tri-lingual weekly newspaper in Tampa. See Sue Carlton, For 100 years now, you simply had to read Tampa's La Gaceta newspaper, TAMPA BAY TIMES (Mar. 9, 2022)". https://www.tampabay.com/news/bus 100-years-now-you-simply-had-to-read-tampas-la-gaceta-newspaper/ ... La Gaceta, 'Our History' page, https://lagacetanewspaper.com/our-history/" *see* MJOP D.E 20 p. 12

Therefore, if the court is going to consider these materials, then *Plaintiff* requests that the court convert *Defendant*'s MJOP D.E. 20 to a Motion for Summary Judgement and give *Plaintiff* another opportunity to respond after the close of discovery, pursuant Fed. R. Civ. P. Rule 12(d).

## D.   NO NOTICE

*Defendant* argues that "due process is satisfied as long as notice is given in a way reasonably designed to actually serve a party.. *see*, e.g., Dominguez v. United States Attorney General, 284 F.3d 1258, 1259 (11th Cir. 2002). ('Due process is satisfied so long as the method of notice is conducted 'in a manner 'reasonably calculated' to ensure that notice reaches the alien.')". *see* MJOP D.E. 20 pp. 12-13.

*Defendant* then argues that they served the notice to the *Plaintiff*'s last known address which they claim is the address *Plaintiff* filed on 6-22-2018. *see* MJOP D.E. 20 Exhibit E. However, the pleadings make clear that *Plaintiff* did update his address while the case was pending, and ceased once it was dismissed. *Plaintiff* has no duty to grave dig all of his old closed cases and file address change notices every time he moves.

Furthermore, if the court would take judicial notice of case numbers 18-TR-129797 and 19-CA-2966 (*see* attached) in the *Defendant's own court*, dated 12-24-2018 and 03-20-2019 (*after* the 6-22-2018 address change notice) which contain a different, more recent address, for the Plaintiff. The traffic citation address comes from *Plaintiff*'s drivers license, which the clerk clearly had access to at all times. These documents are only introduced to show that *Plaintiff*'s last known address is in dispute, and therefore cannot be resolved in a 12(c) motion.

*Plaintiff* further alleges in the complaint that his last known address was contained in the e-file account associated with the case the funds were attached

to (both physical address and email address), and that those addresses were not contacted.

*Plaintiff* also alleged that it was unreasonable for the clerk to not notify him via his e-file account because he had elected for e-service on that docket. *see* Complaint ¶ 36. It was shady for the clerk to publish the notice to the docket, without checking the box to serve him electronically via his e-file profile associated with the docket.

## 2.   A TAKING OCCURRED

The clerk argues that "The Fifth Amendment does not automatically apply every time a person forfeits his or her funds, but rather to cases involving eminent domain". Then cites "The government may not be required to compensate an owner for property which it has already lawfully acquired under the exercise of governmental authority".

This argument fails because the complaint argues that the funds were not lawfully seized. Specifically that there was no hearing or due process and is challenging the constitutionality of the law itself. The cases they cited are distinguished because those parties were challenging the results of a *hearing*. The Fifth amendment is clear that a taking is legal if it is done with due process, however the complaint clearly alleges that *Plaintiff* was never given due process.

### 3.   FEDERAL CONSTITUTIONAL PREEMPTION

To whatever extent that the clerk did comply with § 116.21, Fla. Stat. , that affirmative defense is preempted in counts I and II by the supremacy clause. The state cannot create affirmative defenses to federal constitutional rights because they inherently conflict: the state cannot simply declare a "complete release and discharge from any liability in connection with" a federal constitutional right.



"Put simply, federal law preempts contrary state law". *Hughes v. Talen Energy Mktg., LLC, 578 U.S. 150, 162, 136 S. Ct. 1288, 1297*, 194 L. Ed. 2d 414, . (2016)

## 4.   Federal Common Law Preemption

Federal common law holds that states can only escheat property when the creditor's last known address is within that state. *see Texas v. New Jersey, 379 U.S. 674, 85 S. Ct. 626*, 13 L. Ed. 2d 596, . (1965)

The creditors in this case are the principals to the escrow account: Mr. Warner, BOUTQIUE APARTMENTS LLC, and Ms. Darkes. BOUTIQUE APART-MENTS LLC is a Michigan company, registered with the State of Florida with a Michigan address. *see* attached. Therefore Florida is preempted from escheating the funds in the escrow account.

## 5.   Unclean Hands

As the eviction court record clearly shows, *Plaintiff* was denied many attempts to get a hearing to advance his case by *Defendant*. *Defendant* should be estopped from raising any affirmative defense regarding any delay in *Plaintiff* seeking to claim the funds when they violated his state and federal constitutional rights (due process, access to the courts, right to petition his government) then criticized him for not pursuing the avenue to relief that they actively prevented him from doing. *Defendant* denied him due process for years, and then dismissed his case. That is bad faith, and should be estopped under the doctrine of Unclean Hands.

## 6.  DELAY

It is undisputed that the clerk escheated the funds in September 2021, and that *Plaintiff* began to seek reimbursement of those funds approximately six months later. This is not an unreasonable delay. For any delay related to waiting before the funds were escheated, there is no provision in the fifth or forteenth amendment that requires *Plaintiff* to seek his property within a proscribed amount of time. The Takings clause says "Nor shall private property be taken for public use, without just compensation." *not* "Nor shall private property be taken for public use, without just compensation except as it has been abandoned and the government needs money to fill COVID related budget deficits".

# VI  COUNTS IV AND V

## 1.  DEFAMATION

*Defendant* argues that *Plaintiff* failed to state a claim because he cannot satisfy each of the alleged elements of defamation: (1) publication of a statement, (2) falsity of the statement, (3) knowledge or reckless disregard by the defendant, (4) actual damages, and (5) the statement must be defamatory.

### A.  PUBLICATION

The complaint makes clear that "the attorney published these statements to an Akerman LLC partner and a paralegal.". The only privilege that was asserted here was litigation privilege, all other privileges are waived including any privilege related to publishing statements to co-workers.

## B.   Falsity

The statement at issue is "We trust it was not your intent to commit extortion". The statement clearly states the *Plaintiff* committed the infamous crime of extortion. It is *Plaintiff*'s position that he did not commit the crime of extortion, and thus the statement is false. *see* Complaint ¶ 54.

## C.   Knowledge or Reckless Disregard

*Plaintiff* plead that the author of the defamatory statements was a highly trained attorney, who should have know through his experience and training that the statements in the demand letter were not criminal extortion. *see* Complaint ¶ 57 - 59.

## D.   Presumed Damages

"Common-law defamation actions falling within the rubric of defamation per se allowed successful plaintiffs to recover 'general damages.'  See Dobbs § 7.2, at 513; Doe, 540 U.S., at 621, 124 S.Ct. 1204.  This stood in contrast to actions sounding in defamation per quod, which permitted recovery only if the plaintiff established 'special damages.'  See Dobbs § 7.2, at 512; Doe, 540 U.S., at 625, 124 S.Ct. 1204.".  Quoting *F.A.A. v. Cooper, 566 U.S. 284, 310, 132 S. Ct. 1441, 1459*, 182 L. Ed. 2d 497, . (2012)

"The wrongdoing here is slander per se. In Miami Herald Publishing Company v. Ane, 458 So.2d 239, 241 (Fla.1984), the court pointed out that "Florida's concern for individual reputation is reflected in article I, section 4, of the Florida Constitution."  Florida has thus singled out defamation per se for special rules in civil tort litigation.  In Montgomery v. Knox, 23 Fla. 595, 3 So. 211, 217

13

(1887), the court held that statements defamatory per se are presumed harmful as a matter of law.". Quoting *Lawnwood Med. Ctr., Inc. v. Sadow, 43 So. 3d 710*, 727, . (Fla. Dist. Ct. App. 2010)

Thus *Plaintiff* is not required to plead or prove special damages in a defamation per se action. The elements *Defendant* quoted from *Jews for Jesus, Inc. v. Rapp*, 997 So. 2d 1098, a (Fla. 2008). re for defamation per quod and defamation by implication, *not* defamation per se.

### E.   DEFAMATORY

"A publication is libelous per se, or actionable per se, if, when considered alone, without innuendo, it charges that a person has committed an infamous crime; charges a person with having an infectious disease; tends to subject one to hatred, distrust, ridicule, contempt, or disgrace; or tends to injure one in his trade or profession.". Quoting *Richard v. Gray*, 62 So. 2d 597, . (Fla. 1953)

*Plaintiff* need not plead the statements as defamatory, they are presumed defamatory under Florida law because they accuse him of committing the infamous crime of extortion.

### 2.   FIRST AMENDMENT RETALIATION

*Defendant* asserts that the First Amendment Retaliation claim must fail because *Plaintiff* cannot show that her suffered an adverse action or that a causal relationship exists between the protected speech and the adverse action.

"Defendant adversely affects protected speech, as required to state a claim for retaliation under the First Amendment, if his alleged retaliatory conduct would

likely deter a person of ordinary firmness from the exercise of First Amendment rights...". Quoting *Bailey v. Wheeler*, 843 F.3d 473, . (11th Cir. 2016)

*Plaintiff* alleged "Plaintiff engaged in protected first amendment activity by sending Defendant, his government, a § 772.11, Fla. Stat. legal demand for the return of funds they embezzled from him.". *see* Complaint ¶ 63. "In response, the government told him that demanding his escrow funds through a statutorily authorized legal demand letter was criminal extortion and cited the statute.". *see* Complaint ¶ 64. "A person of ordinary firmness, would interpret this as a threat for criminal prosecution if Plaintiff followed through with his legal demand and initiated civil legal proceedings against Defendant". *see* Complaint ¶ 65.

These allegations clearly establish a link between the protected activity and the government's adverse action. And whether the alleged conduct is "likely deter a person of ordinary firmness from the exercise of First Amendment rights" is an question for the finder of fact, not a 12(c) motion.

## 3.  Litigation Privilege

"Some Florida cases examine whether alleged defamation which occurs before institution of judicial proceedings falls under the above-mentioned privilege. In *Ange v. State, 98 Fla. 538*, 123 So. 916, , (1929) the Florida Supreme Court held that:

> "[t]his rule of privilege ... includes proceedings before a competent court or magistrate in the due course of law or the administration of justice which is to result in any determination or action by such court or officer. This privilege extends to the protection of the judge, parties, counsel, and witnesses, and arises immediately upon the doing of any act required or permitted by law in the due course of the judicial proceedings or as necessarily preliminary thereto." '

'. *see LanChile Airlines v. Connecticut General Life Ins.*, 731 F. Supp. 477, . (S.D. Fla. 1990)

Here, *Plaintiff* sent a statutorily authorized presuit notice to *Defendant* which is covered under the litigation privilege as it is a condition precedent to bringing a suit, however *Defendant*'s reply was not authorized by statute and was wholly unnecessary. *Defendant*'s statements were not necessarily preliminary thereto any litigation.

> "[T]he courts of Florida encourage pre-litigation settlement negotiations. It is in the interest of society to reach equitable and mutually satisfactory resolution of disputes without the necessity of suit….We hold that this policy reason is sufficiently enhanced, and the parties sufficiently protected, by the qualified privilege." *Pledger v. Burnup & Sims, Inc.*, 432 So. 2d 1323, . (Fla. Dist. Ct. App. 1983)

Thus at *best* their statements *might* be covered by qualified privilege (which they waived by not raising), but not absolute litigation privilege.

And finally, neither the litigation privilege nor qualified privilege apply to extortion/blackmail/18 U.S.C. § 242 "deprivation of civil rights under color of law" or other criminal conduct. Such criminal acts bear no relation to the underlying civil litigation, and are therefore not privileged. The statements at issue constitute extortion/blackmail/*Id* and are thus not privileged.

# Certificate of Service

I certify that a copy hereof has been furnished to all counsel's of record via the CM/ECF system.

_____
12-16-2022

Date

_____

Signature

Blake Warner, *pro se*

3002 W Cleveland Street, #C8

Tampa, FL 33609

E-Service: BLAKE@NULL3D.COM



Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Limited Liability Company
BOUTIQUE APARTMENTS LLC.

**Filing Information**

| | |
|---|---|
| **Document Number** | L15000104948 |
| **FEI/EIN Number** | 38-2506613 |
| **Date Filed** | 06/16/2015 |
| **Effective Date** | 06/16/2015 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | CORPORATE MERGER |
| **Event Date Filed** | 05/09/2017 |
| **Event Effective Date** | NONE |

**Principal Address**

320 N. MAIN STREET
SUITE 200
ANN ARBOR, MI 48104

**Mailing Address**

320 N. MAIN STREET
SUITE 200
ANN ARBOR, MI 48104

**Registered Agent Name & Address**

COLLISON, HARRY
180 S. KNOWLES AVENUE
SUITE 3
WINTER PARK, FL 32789

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

GPR MCKINLEY MANAGER LLC
320 N. MAIN STREET, SUITE 200
ANN ARBOR, MI 48104

**Annual Reports**

**Report Year          Filed Date**

| | |
|---|---|
| 2020 | 05/06/2020 |
| 2021 | 03/05/2021 |
| 2022 | 03/22/2022 |

**Document Images**

| | |
|---|---|
| 03/22/2022 -- ANNUAL REPORT | View image in PDF format |
| 03/05/2021 -- ANNUAL REPORT | View image in PDF format |
| 05/06/2020 -- ANNUAL REPORT | View image in PDF format |
| 04/03/2019 -- ANNUAL REPORT | View image in PDF format |
| 03/16/2018 -- ANNUAL REPORT | View image in PDF format |
| 05/09/2017 -- Merger | View image in PDF format |
| 05/09/2017 -- Merger | View image in PDF format |
| 03/20/2017 -- ANNUAL REPORT | View image in PDF format |
| 08/10/2016 -- ANNUAL REPORT | View image in PDF format |
| 08/04/2016 -- Merger | View image in PDF format |
| 06/16/2015 -- Florida Limited Liability | View image in PDF format |

**City of Tampa, FL**
**Violations Processing Center**
PO Box 22091
Tempe, AZ 85285-2091
Customer Service # 1-866-224-2354

Tracking Number
920719011289252718 6536

# Florida Uniform Traffic Citation

NOTICE #: **3441800768551**
PIN: **8047**

View your video online at:
**www.ViolationInfo.com**

PAYMENTS AND HEARING REQUESTS NOT ACCEPTED AT THIS ADDRESS

**BLAKE ANDREW WARNER**
**6220 S KELLY RD**
**TAMPA, FL 33611**

Amount Due: $251.00
Due Date: **01/23/2019**

ISSUE DATE: 12/24/2018   ISSUE AMOUNT: $251.00

Location: NB S HOWARD AVE @ W KENNEDY BLVD/ SR 685

Violation Date and Time: 9/23/2018  2:35:47PM

Vehicle License Number: IKJN98  FL

**Important instructions to individuals charged with a non criminal traffic infraction.** You have been issued a Uniform Traffic Citation for a violation of **State Statute code 547-Red-Light Camera, Section, 316.075(1)(c)1 failure to stop at a red traffic signal pursuant to F.S. 316.0083 of the Florida State Statutes.** You are required to comply with one of the options listed below. If you fail to comply with one of the options by the date listed your driving privilege may be suspended until you comply and you may incur additional cost associated with non-compliance.

## DIRECTIONS TO RESOLVE THIS CITATION

OPTIONS: MARK **ONLY ONE**

☐ Option A: MAKE A PAYMENT

● **PAYMENT BY MAIL** $251.00 must be received by 01/23/2019 payable by check or money order directly to the Clerk of the Court. Sign and mail this original Citation with your payment. Please keep a copy for your records. **MAILING ADDRESS FOR THE CLERK OF COURT:** Clerk of the Circuit Court, P.O. Box 3360, Tampa FL 33601-3360. **DO NOT MAIL CASH.**

● **PAYMENT IN PERSON** $251.00 may be paid in person at Clerk of Circuit Court Customer Service Center, George E. Edgecomb Courthouse, 800 Twiggs Street, Room 101, Tampa, FL 33602, or check the Clerk of Courts website for other locations on or before 01/23/2019. Include this original Citation with your payment. Please keep a copy for your records.

● **PAYMENT ONLINE http://www.hillsclerk.com / or Call  813-276-8100 24/7.**

☐ Option B: REQUEST A HEARING To challenge this Citation, request a court hearing prior to 01/23/2019. Sign and mail this original Citation to the Clerk of Circuit Court Customer Service Center, George E. Edgecomb Courthouse, 800 Twiggs Street, Room 101, Tampa, FL 33602. Please keep a copy for your records.   If the official determines no infraction has been committed, no costs or penalties shall be imposed and any costs or penalties which have been paid shall be returned in accordance with Florida Statute § 318.20.   **IF THIS BOX IS NOT CHECKED, A HEARING WILL NOT BE SCHEDULED. THE COURT WILL SCHEDULE YOUR HEARING AND NOTIFY YOU OF THE DATE, TIME AND LOCATION.**

☐ Option C: AFFIDAVIT If you are the registered owner of the vehicle, you are deemed responsible for the penalty unless, in compliance with Florida Statute § 316.0083(1)(d)(1)-(4), you establish by a notarized affidavit that a statutory exemption applies. Please visit and log into **www.ViolationInfo.com**

---

AAUOVJE

## FLORIDA UNIFORM TRAFFIC CITATION

| COUNTY OF | ☐ (1) F.H.P. | ☑ (2) P.D. | ☐ (3) S.O. | ☐ (4) OTHER |
|---|---|---|---|---|
| HILLSBOROUGH | | | | |

| CITY (IF APPLICABLE) | AGENCY NAME: City of Tampa, FL |
|---|---|
| TAMPA | AGENCY #: 50 |

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT THE:

SUMMONS
(VIOLATOR'S COPY)

| DAY OF WEEK | MONTH | DAY | YEAR | 2:35:47 | ☐ A.M. |
|---|---|---|---|---|---|
| Sunday | Sep | 23 | 2018 | | ☑ P.M. |

| NAME (PRINT)   FIRST | MIDDLE | LAST |
|---|---|---|
| BLAKE | ANDREW | WARNER |

| STREET | IF DIFFERENT THAN DRIVER'S LICENSE, "X" HERE |
|---|---|
| 6220 S KELLY RD | → |

| CITY | STATE | ZIP CODE |
|---|---|---|
| TAMPA | FL | 33611 |

| TELEPHONE NUMBER | DATE OF BIRTH MO | DAY | YR | RACE | SEX | HGT |
|---|---|---|---|---|---|---|
| | Aug | 9 | 1983 | | M | |

| DRIVER LICENSE NUMBER | STATE | CLASS | CDL LICENSE | YR. LICENSE EXP. | COMMERCIAL VEHICLE |
|---|---|---|---|---|---|
| W656061832890 | FL | E | YES ☐ NO ☐ | | YES ☐ NO ■ |

| YR. VEHICLE | MAKE | STYLE | COLOR | PLACARDED HAZARDOUS MATERIAL |
|---|---|---|---|---|
| 2001 | NISS | UT | YEL | YES ☐ NO ☐ |

| VEHICLE LICENSE NO. | TRAILER TAG. NO. | STATE | YEAR TAG EXPIRES | ≥16 PASSENGERS |
|---|---|---|---|---|
| IKJN98 | | FL | 20190809 | YES ☐ NO ☐ |

| UPON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY | MOTORCYCLE |
|---|---|
| NB S HOWARD AVE @ W KENNEDY BLVD/ SR 685 | YES ☐ NO ☐ |

| ☐ ☐ ☐ ☐ | COMPANION CITATION NUMBER(S) |
|---|---|

FT _____ MILES _____   ☐ N  ☐ S  ☐ E  ☐ W   OF NODE _____

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE:
VIOLATION OF STATE STATUTES §§ 316.075(1)(c)1 and 316.074(1) FAILURE TO STOP AT A RED TRAFFIC SIGNAL PURSUANT TO F.S. § 316.0083

| SIGNATURE OF VIOLATOR | DATE |
|---|---|
| ANDREW VISSER | 51259 |

| TROOPER/OFFICER NAME & RANK | BADGE NUMBER |
|---|---|

| SIGNATURE OF OFFICER | ID NUMBER |
|---|---|

**VIEW YOUR IMAGES AND VIDEO EVIDENCE OBTAINED FOR THIS CASE:** The recorded images and video of your violation will be submitted as evidence for the disposition of this violation. You have the right to examine and observe your images and video online at **www.ViolationInfo.com.** You will need your Notice # and PIN printed on the top of this Citation inside the red box. If you do not have internet access, you have the right to examine and observe your video and images at the local library.





# In The Circuit/County Court Of The Thirteenth Judicial Circuit Of The State Of Florida, In And For Hillsborough County

## Civil Division

Blake Warner

v.

Florida Department of Highway Safety and Motor Vehicles, City of Tampa

Case Number **19-CA-2966**

Division **A**

## Petition for Writ of Certiorari

Comes Now, Petitioner ("Blake Warner") hereby petitions this Court for issuance of Writ of Certiorari for Respondents suspending Petitioner's Florida drivers license without due process of law.

# I  Jurisdiction

1. This Court has jurisdiction pursuant to Florida Statutes §§ 322.31, Florida Rule of Appellate Procedure 9.030(c)(1)(C), and Article V, Section 4 of the Florida Constitution.

2. Petitioner is a citizen and resident of the City of Tampa, Hillsborough County, and State of Florida.

3. Respondent is a municipality incorporated in Hillsborough County, and State of Florida.

4. All relevant events occurred in Hillsborough County.

1

5.  Petitioner is challenging a decision by an administrative agency, Florida Department of Highway Safety and Motor Vehicles.

6.  Petitioner has no other avenue to challenge the suspension.

## II   STATEMENT OF FACTS

7.  On 10-22-2018, Petitioner received a "Notice of Violation" that accused him of violating Florida Statutes §§ 316.0083, 316.074(1), and 316.075(1)(c)1.

8.  The issued "Notice of Violation" states "If you have questions about this notice, please go to www.ViolationInfo.com"

9.  www.ViolationInfo.com was not a working website at the time of delivery of the Notice.

10. Without a working website, Petitioner did mail a notice requesting a hearing to the address on the "Notice of Violation".

11. Petitioner never received a hearing, and was subsequently mailed a license suspension letter by the Florida Department of Motor Vehicles.

## III   COUNTS

### 1.   DUE PROCESS VIOLATION

12. The issued "Notice of Violation" states "If you have questions about this notice, please go to www.ViolationInfo.com"

13. www.ViolationInfo.com was not a working website at the time of delivery of the Notice.

14. ViolationInfo.com is still not working at the time of this filing.

15. By not providing a correctly functioning website, Respondent's did not comply with FS §§ 316.0083 to make available to Petitioner, the photogenic evidence to view, and notice of his rights, procedure to appeal, and other information in accordance with FS §§ 316.0083.

16. This violated the Petitioner's right to due process by not providing adequate notice, and not providing a way for the petitioner to adequately challenge the "Notice of Violation".

## 2.   DUE PROCESS VIOLATION

17. Without a working website, Petitioner did mail a notice requesting a hearing to the address on the "Notice of Violation".

18. Petitioner never received a response, and was subsequently mailed a license suspension letter by the Florida Department of Motor Vehicles.

19. This violated the Petitioner's due process right by denying him a hearing in violation of FS §§ 316.0083.

## 3.   DUE PROCESS VIOLATION, FACIAL / AS-APPLIED CHALLENGE FS §§ 316.0083

20. Petitioner never received a traffic citation.

21. Respondents likely mailed the Traffic Citation via certified mail in accordance with Florida Statutes §§ 316.0083 (4)(c)1.a.[1].

22. Unfortunately, Petitioner was not home and no traffic citation was ever delivered without someone present to sign for it.

---

[1](c)1.a.   A traffic citation issued under this section shall be issued by mailing the traffic citation by certified mail to the address of the registered owner of the motor vehicle involved in the violation if payment has not been made within 60 days after notification under paragraph (b), if the registered owner has not requested a hearing as authorized under paragraph (b), or if the registered owner has not submitted an affidavit under this section.

3

23. A mere delivery attempt does not constitute adequate notice under due process. If the certified letter cannot be signed for, then Respondents should have either mailed it via first class mail, or left the traffic citation affixed to Petitioner's door.

24. Petitioner's right to due process was violated by failing to give adequate notice by actually delivering the traffic citation, and then denying him an opportunity to challenge the citation in court.

25. Florida Statutes §§ 316.0083 (4)(c)1.a. is unconstitutional on it's face, because it never comports with adequate notice afford under due process.

26. Florida Statutes §§ 316.0083 (4)(c)1.a. is unconstitutional as applied, because adequate notice was denied by Petitioners failed to take the extra step of leaving the traffic citation on the premise.

## 4.   DUE PROCESS VIOLATION

27. The process to request a hearing for the "Notice of Violation" impermissibly requires submitting a sworn affidavit waiving Petitioner's right to challenge service of the Uniform Traffic Citation that has not even been issued yet.

28. Requiring the Petitioner to waive fundamental civil rights in order to request a hearing on "Notice of Violation" violates his right to due process.

WHEREFORE, Respondent respectfully requests that this Court grant cert, and order Respondents to return any Fee's Petitioner paid, for Respondents to pay court costs, declare Florida Statutes §§ 316.0083 (4)(c)1.a. unconstitutional, and enjoin Respondents from suspending Petitioner's license until they comport with all federal and state laws.

4

# IV   CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished to the City of Tampa, and Florida Department of Highway Safety and Motor Vehicles.

3-20-2019
_____

Date

*Blake Warner*
_____

Signature

Blake Warner, Pro Se

blake3d.com

6220 S. Kelly Road

Tampa, FL 33611

5

# TAB 33-1

## ☾ CASE NUMBER: 18-CC-022377

### BOUTIQUE APARTMENTS LLC,BROOKLYN FLATS vs WARNER, BLAKE

| | |
|---|---|
| Case Number: 18-CC-022377 | |
| Uniform Case Number: 292018CC022377A001HC | Judicial Officer: Allen, Lisa. A |
| Filed On: 2018-04-25 | Defendant: BOUTIQUE APARTMENTS LLC |
| Case Type: LT Delinquent Tenant $0.00 - $15,000 | Amount Due: $0.00 |
| Case Status: Reopened | |

### CASE PARTY INFORMATION

| Party Type | Name | Attorney | Attorney Contact |
|---|---|---|---|

### CASE JUDGE INFORMATION

| Judge Assigned | Division | Date | Reason |
|---|---|---|---|
| Allen, A. Lisa | Division M | 04/04/2022 | Rotation/Administrative Order |
| Valkenburg, V.. Miriam | Division M | 01/01/2019 | Rotation/Administrative Order |
| Berkowitz, Mattis. Herbert | Division M | 04/25/2018 | |

### CASE EVENT INFORMATION

| Event Date | Doc Index | Charge Number | Title |
|---|---|---|---|
| 05/12/2023 | 92 | | ORDER DIRECTING |
| | | | CLERK TO ADMINISTRATIVELY CLOSE CASE CASE STYLE DEFENDANT NOT NAMED IN CASE STYLE |
| | | | "Date Signed: 05/12/2023","Judicial Officer:: Allen, Lisa A" |
| 09/20/2022 | | | JAWS HEARING (Judicial Officer: Allen, Lisa A) |
| | | | (09:00 AM -  .    ) |
| 09/01/2022 | 91 | | NOTICE OF CANCELLATION |
| | | | "Cross-Defendant: Clerk of Hillsborough County Circuit Court" |
| 08/29/2022 | 90 | | NOTICE OF WITHDRAWAL |
| | | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 07/06/2022 | 89 | | NOTICE OF HEARING |
| | | | September 20, 2022 @ 9:00 A.M. |
| | | | "Cross-Defendant: Clerk of Hillsborough County Circuit Court" |
| 06/24/2022 | 88 | | RESPONSE IN OPPOSITION TO |
| | | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 06/24/2022 | 87 | | MOTION TO QUASH |
| | | | SUBPOENA |
| | | | "Cross-Defendant: Clerk of Hillsborough County Circuit Court" |
| 06/21/2022 | 86 | | SUBPOENA RETURNED SERVED |
| | | | CLERK OF HILLSBOROUGH COUNTY CIRCUIT COURT, JUNE 21, 2022 |
| | | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 06/17/2022 | 85 | | NOTICE OF INTENT TO SUBPOENA |
| | | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 06/17/2022 | 84 | | SUBPOENA ISSUED |
| | | | DEPO 7/05/22 AT 12:OO PM BY ZOOM |
| | | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 06/15/2022 | 83 | | NOTICE OF APPEARANCE |
| | | | "Cross-Defendant: Clerk of Hillsborough County Circuit Court" |
| 06/09/2022 | 82 | | REQUEST FOR HEARING |
| | | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 04/05/2022 | 81 | | LITIGATION |

☾ **CASE NUMBER: 18-CC-022377**

**BOUTIQUE APARTMENTS LLC,BROOKLYN FLATS vs WARNER, BLAKE**

| | | |
|---|---|---|
| 03/31/2022 | 80 | MOTION |
| | | To Return Deposited Funds |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 09/01/2021 | 79 | UNCLAIMED FUNDS DISPOSED PER FS 116.21, FUNDS FOREVER BARRED |
| 04/30/2021 | 78 | UNCLAIMED FUNDS SENT TO DEPT OF FINANCIAL SVC PER FS 717.113 |
| | | ENTERED IN ERROR |
| 02/18/2021 | 77 | UNCLAIMED FUNDS LETTER SENT TO PARTY |
| 06/15/2020 | 75 | RETURNED MAIL |
| 06/12/2020 | 76 | REMOVAL FROM DISMISSAL DOCKET DENIED |
| | | |
| 06/12/2020 | | ORDER OF DISMISSAL FOR LACK OF PROSECUTION AFTER HEARING |
| | | Instrument Number: 2020263809 |
| 06/12/2020 | | Dismissal Docket (Judicial Officer: Allen, Lisa A) |
| | | (09:30 AM - COURTROOM 305 800 E TWIGGS ST. TAMPA FL 33602) |
| 04/10/2020 | 74 | RETURNED MAIL |
| 04/10/2020 | 73 | RETURNED MAIL |
| 04/10/2020 | 72 | RETURNED MAIL |
| 04/10/2020 | 71 | RETURNED MAIL |
| 04/10/2020 | 70 | RETURNED MAIL |
| 04/10/2020 | 69 | RETURNED MAIL |
| 03/30/2020 | 68 | NOTICE OF INTENT TO DISMISS FOR LACK OF PROSECUTION |
| | | COUNTY DISMISSAL NOTICE |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Private Attorney: BARRETT, CHARLES VINCENT","Third Party Plaintiff: WARNER, BLAKE","Date 2: 06/12/2020" |
| 03/30/2020 | 67 | NOTICE OF INTENT TO DISMISS FOR LACK OF PROSECUTION |
| | | COUNTY DISMISSAL NOTICE |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Private Attorney: BARRETT, CHARLES VINCENT","Third Party Plaintiff: WARNER, BLAKE","Date 2: 06/12/2020" |
| 02/24/2020 | 66 | RETURNED MAIL |
| 02/24/2020 | 65 | RETURNED MAIL |
| 02/24/2020 | 64 | RETURNED MAIL |
| 02/24/2020 | 63 | RETURNED MAIL |
| 02/24/2020 | 62 | RETURNED MAIL |
| 02/24/2020 | 61 | RETURNED MAIL |
| 02/12/2020 | 60 | NOTICE OF INTENT TO DISMISS FOR LACK OF PROSECUTION |
| | | COUNTY DISMISSAL NOTICE |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Private Attorney: BARRETT, CHARLES VINCENT","Third Party Plaintiff: WARNER, BLAKE","Date 2: 04/16/2020" |
| 02/12/2020 | 59 | NOTICE OF INTENT TO DISMISS FOR LACK OF PROSECUTION |
| | | COUNTY DISMISSAL NOTICE |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Private Attorney: BARRETT, CHARLES VINCENT","Third Party Plaintiff: WARNER, BLAKE","Date 2: 04/16/2020" |
| 03/11/2019 | 58 | MOTION TO COMPEL |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 02/12/2019 | 57 | ORDER ON |
| | | DEFT'S MOTION TO DISMISS COUNTER CLAIM |

☾  **CASE NUMBER: 18-CC-022377**

**BOUTIQUE APARTMENTS LLC,BROOKLYN FLATS vs WARNER, BLAKE**

| | | |
|---|---|---|
| | | "Counter-Defendant: BOUTIQUE APARTMENTS LLC","Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Plaintiff: BOUTIQUE APARTMENTS LLC","Plaintiff: BROOKLYN FLATS","Third Party Defendant: DARKES, JESSIE","Third Party Plaintiff: WARNER, BLAKE","Date 2: 02/12/2019","Judicial Officer:: Valkenburg, Miriam V." |
| 10/09/2018 | 56 | COURT TICKET |
| 10/03/2018 | 55 | NOTICE OF HEARING |
| | | 10/9/18 @9:30am (AMENDED HRG) |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Private Attorney: BARRETT, CHARLES VINCENT","Third Party Plaintiff: WARNER, BLAKE" |
| 09/04/2018 | 54 | NOTICE OF HEARING |
| | | 10/09/18 @ 9:30 AM |
| | | "Counter-Defendant: BOUTIQUE APARTMENTS LLC","Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Plaintiff: BOUTIQUE APARTMENTS LLC","Plaintiff: BROOKLYN FLATS","Third Party Plaintiff: WARNER, BLAKE" |
| 08/30/2018 | 53 | NOTICE OF HEARING |
| | | 01/30/19 @ 2:00 PM |
| | | "Counter-Defendant: BOUTIQUE APARTMENTS LLC","Plaintiff: BOUTIQUE APARTMENTS LLC","Plaintiff: BROOKLYN FLATS" |
| 08/27/2018 | 52 | OPPOSITION TO |
| | | MOTION TO DISBURSE MONEY FROM THE REGISTRY OF THE COURT |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 08/24/2018 | 51 | MOTION TO RELEASE FUNDS |
| | | "Counter-Defendant: BOUTIQUE APARTMENTS LLC","Plaintiff: BOUTIQUE APARTMENTS LLC","Plaintiff: BROOKLYN FLATS" |
| 06/28/2018 | 50 | NOTICE OF CANCELLATION |
| | | OF PRETRIAL AND JUR TRIAL JULY 9, 2018@ 9:30 AM |
| | | "Counter-Defendant: BOUTIQUE APARTMENTS LLC","Plaintiff: BOUTIQUE APARTMENTS LLC","Plaintiff: BROOKLYN FLATS" |
| 06/24/2018 | 44 | MOTION TO DISMISS |
| | | AS MOOT |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 06/22/2018 | 49 | REQUEST FOR HEARING |
| | | MOTION TO DISMISS |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 06/22/2018 | 48 | REQUEST FOR HEARING |
| | | AND MOTION TO COMPEL |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 06/22/2018 | 47 | REQUEST FOR HEARING |
| | | AFFIRMATIVE DEFENSES          04/27/2018 |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 06/22/2018 | 46 | REQUEST FOR HEARING |
| | | FOR MOTION TO COMPEL0 5/09/2018 |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 06/22/2018 | 45 | CHANGE OF ADDRESS |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 06/15/2018 | 43 | ORDER SETTING PRETRIAL AND JURY TRIAL |
| | | PRETRIAL JULY 9, 2018 AT 9:30 AM AND JURY TRIAL JULY 16, 2018 AT 9:00 AM |

☾ **CASE NUMBER: 18-CC-022377**

**BOUTIQUE APARTMENTS LLC,BROOKLYN FLATS vs WARNER, BLAKE**

|  |  |  |
|---|---|---|
|  |  | "Counter-Defendant: BOUTIQUE APARTMENTS LLC","Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Plaintiff: BOUTIQUE APARTMENTS LLC","Plaintiff: BROOKLYN FLATS","Private Attorney: BARRETT, CHARLES VINCENT","Third Party Defendant: DARKES, JESSIE","Third Party Plaintiff: WARNER, BLAKE","Date Signed: 06/14/2018" |
| 06/01/2018 | 42 | MOTION TO - FOR |
|  |  | TRANSFER TO CIRCUIT COURT - DENIED SIGNED BY JUDGE HERBERT M BERKOWITZ 5/30/18 |
| 05/27/2018 | 39 | MOTION TO - FOR |
|  |  | Sever Third Party Complaint |
|  |  | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 05/26/2018 | 41 | NOTICE OF WITHDRAWAL |
|  |  | OF MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT TO REMOVE PLAINTIFF AND ADD PLAINTIFF |
|  |  | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 05/26/2018 | 40 | NOTICE OF WITHDRAWAL |
|  |  | OF MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT TO REMOVE PLAINTIFF AND ADD PLAINTIFF |
|  |  | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 05/25/2018 | 38 | MOTION TO COMPEL DISCOVERY |
|  |  | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 05/25/2018 | 37 | DISPOSITION OF MEDIATION CONFERENCE |
|  |  | NO AGREEMENT REACHED |
| 05/25/2018 | 36 | MEDIATION ADDRESS INFORMATION SHEET |
| 05/24/2018 | 35 | DISPOSITION OF MEDIATION CONFERENCE |
|  |  | NO AGMT REACHED |
| 05/24/2018 | 32 | RENT DEPOSIT IN COURT REGISTRY |
|  |  | $1800.00 JUNE RENT |
|  |  | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 05/23/2018 | 26 | DEFAULT NOT ENTERED BY CLERK |
|  |  | DUE TO NO CONSTRUCTIVE SERVICE |
|  |  | "Counter-Defendant: BOUTIQUE APARTMENTS LLC","Plaintiff: BOUTIQUE APARTMENTS LLC" |
| 05/21/2018 | 34 | MOTION |
|  |  | TO TRANSFER CAUSE(S) TO CIRCUIT COURT - FILED BY THIRD PARTY PLTF - BLAKE WARNER |
| 05/21/2018 | 33 | RESPONSE |
|  |  | TO THIRD PARTY DEFT'S MOTION TO DISMISS |
|  |  | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 05/21/2018 | 31 | MOTION TO DISQUALIFY |
|  |  | Counsel   DEFT |
|  |  | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 05/21/2018 | 30 | MOTION TO DISMISS |
|  |  | THIRD PARTY COMPLAINT |
|  |  | "Third Party Defendant: DARKES, JESSIE" |
| 05/19/2018 | 29 | MOTION FOR JUDGMENT |
|  |  | ON THE PLEADINGS |
|  |  | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 05/19/2018 | 28 | RESPONSE |

☾ **CASE NUMBER: 18-CC-022377**

**BOUTIQUE APARTMENTS LLC,BROOKLYN FLATS vs WARNER, BLAKE**

|  |  |  |
|---|---|---|
|  |  | to Plaintiff s Motion to Dismiss Counterclaims |
|  |  | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 05/18/2018 | 27 | MOTION TO DISMISS COUNTERCLAIM |
|  |  | "Counter-Defendant: BOUTIQUE APARTMENTS LLC","Plaintiff: BOUTIQUE APARTMENTS LLC","Plaintiff: BROOKLYN FLATS" |
| 05/17/2018 | 25 | MOTION FOR DEFAULT BY CLERK |
|  |  | "Counter-Defendant: BOUTIQUE APARTMENTS LLC","Plaintiff: BOUTIQUE APARTMENTS LLC" |
| 05/11/2018 | 24 | ORDER |
|  |  | REQUIRING DEFENDANT TO DEPOSIT RENT INTO THE COURT REGISTRY |
|  |  | "Date 2: 05/10/2018" |
| 05/11/2018 | 23 | ORDER GRANTING MOTION TO - FOR |
|  |  | SET CAUSE FOR MEDIATION |
|  |  | "Date Signed: 05/10/2018" |
| 05/11/2018 | 22 | ORDER REFERRING PARTIES TO MEDIATION |
|  |  | 5-10-2018 HB |
|  |  | "Date Signed: 05/10/2018","Judicial Officer:: Berkowitz, Herbert Mattis" |
| 05/11/2018 | 21 | NOTICE OF COURT ORDERED MEDIATION |
|  |  | CONFERENCE 5/23/18 @ 1:00 P.M. |
|  |  | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Private Attorney: BARRETT, CHARLES VINCENT","Third Party Defendant: DARKES, JESSIE","Third Party Plaintiff: WARNER, BLAKE" |
| 05/09/2018 | 20 | MOTION TO STRIKE |
|  |  | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 05/08/2018 | 19 | SUMMONS RETURNED SERVED |
|  |  | JESSIE DARKES, 5/4/18 |
| 05/08/2018 | 18 | ANSWER AND AFFIRMATIVE DEFENSES |
|  |  | COUNTERCLAIMS, AND THIRD PARTY COMPLAINT |
|  |  | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 05/02/2018 | 17 | CERTIFICATE OF SERVICE |
| 05/02/2018 | 16 | CERTIFICATE OF SERVICE |
| 05/02/2018 | 15 | CERTIFICATE OF SERVICE |
|  |  | MOTION TO DISMISS WITHOUT LEAVE TO AMEND |
| 05/02/2018 | 14 | NOTICE |
|  |  | Defendant Blake Warner s First Set of Interrogatories And Requests for Production to Plaintiff |
| 05/01/2018 | 10 | LETTER REQUESTING $295 FEE |
| 04/30/2018 | 9 | 20 DAYS SUMMONS ISSUED |
|  |  | AS TO THIRD PARTY COMPLAINT |
|  |  | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 04/30/2018 | 8 | RENT DEPOSIT IN COURT REGISTRY |
|  |  | $1800.00 |
|  |  | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 04/29/2018 | 13 | MOTION FOR LEAVE TO AMEND COMPLAINT |
|  |  | TO REMOVE PLTF AND ADD PLTF |
|  |  | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 04/29/2018 | 12 | MOTION TO DISMISS |
|  |  | WITHOUT LEAVE TO AMEND |
|  |  | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |

☾ **CASE NUMBER: 18-CC-022377**

**BOUTIQUE APARTMENTS LLC,BROOKLYN FLATS vs WARNER, BLAKE**

| | | |
|---|---|---|
| 04/29/2018 | 7 | MOTION |
| | | TO WAIVE POSTING OF RENT INTO THE RENT REGISTRY |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 04/27/2018 | 11 | COUNTERCLAIM $2500.01 TO $15000 |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 04/27/2018 | 6 | MOTION TO - FOR |
| | | DETERMINE AMOUNT OF RENT TO BE PAID |
| 04/27/2018 | 5 | ANSWER NO RENT DEPOSIT |
| | | TO COMPLAINT, AFFIRMATIVE DEFENSES, COUNTERCLAIMS AND THIRD PARTY COMPLAINT |
| 04/26/2018 | 4 | SUMMONS ISSUED AND MAILED |
| | | "Counter-Defendant: BOUTIQUE APARTMENTS LLC","Plaintiff: BOUTIQUE APARTMENTS LLC" |
| 04/25/2018 | 3 | COMPLAINT |
| 04/25/2018 | 2 | REQUEST FOR DIVISION ASSIGNMENT (E-FILING) |
| | | TAMPA |
| 04/25/2018 | 1 | File Home Location - Electronic |

# TAB 33-18

Page 1

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

CIVIL ACTION NO.: 8:22-cv-1977-MSS-SPF


BLAKE WARNER,

Plaintiff,

v.

HILLSBOROUGH COUNTY

CLERK OF COURTS,

Defendant.



REMOTE VIDEOCONFERENCE DEPOSITION OF

PATRICK MANTEIGA


DATE TAKEN:          MONDAY, JANUARY 30, 2023

TIME:               2:37 p.m. – 3:06 p.m. ET


WITNESS LOCATION:   TAMPA, FLORIDA




Reported By:

Lisa Ann Lopez, CER No. 1178

Appearing remotely via videoconference

Page 2

1   APPEARANCES

2

3   On behalf of Plaintiff:

4   BLAKE WARNER, PRO SE LITIGANT

5         2211 South Village Avenue

6         Tampa, Florida 33612

7         212-542-0055

8   APPEARED VIA VIDEOCONFERENCE

9

10  On behalf of Defendants:

11  AKERMAN LLP

12        401 East Jackson Street, Suite 1700

13        Tampa, Florida 33602

14        813-223-7333

15        BY: GREGG MORAN, ESQUIRE

16  APPEARED VIA VIDEOCONFERENCE

17

18  ALSO PRESENT:

19  Gene Siudut - La Gaceta Newspaper

20

21

22

23

24

25

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 3

1    INDEX

2

3    DEPOSITION OF PATRICK MANTEIGA              PAGE

4    Examination by Mr. Warner                   4

5    Examination by Mr. Moran                    17

6    Examination by Mr. Warner                   20

7

8

9              PLAINTIFF'S EXHIBITS FOR IDENTIFICATION:

10   NUMBER          DESCRIPTION              PAGE

11   A               Route Tampa & County 7/21    23

12   B               Route Downtown & Ybor 7/21   23

13   C               Route Hills County ZIPS 7/21 23

14   D               USPS Form 3541 7/21          23

15

16             DEFENDANT'S EXHIBITS FOR IDENTIFICATION:

17   NUMBER          DESCRIPTION              PAGE

18   (NONE)

19

20

21

22

23

24

25

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 4

1            THE REPORTER:  We are on the record.  The time is

2    2:37.  My name is Lisa Lopez, and I'm representing

3    Executive Reporting Service today for the deposition of

4    Patrick Manteiga.

5            Will parties please make their appearances,

6    starting with the taking party?

7            MR. WARNER:  Mr. Warner, pro se plaintiff.

8            MR. MORAN:  Good afternoon.  My name's Gregg

9    Moran, and I'm the attorney for the Hillsborough Clerk of

10   Court.

11           THE REPORTER:  Thank you very much.

12           Mr. Manteiga, would you please raise your right

13   hand?

14           Do you solemnly swear or affirm that you are

15   Patrick Manteiga and that the testimony you give today will

16   be the truth, the whole truth, and nothing but the truth?

17           THE WITNESS:  I do.

18           THE REPORTER:  Thank you very much.  You can

19   lower your hand.

20           Mr. Warner, your witness.

21   PATRICK MANTEIGA, having affirmed to tell the truth, was

22   examined, and testified as follows:

23                       EXAMINATION

24   BY MR. WARNER:

25       Q.  Mr. Manteiga, are you the corporate

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 5

1    representative for La Gaceta?

2         A.   Yes.

3         Q.   What is La Gaceta?

4         A.   Excuse me?

5         Q.   What is La Gaceta?

6         A.   La Gaceta is a newspaper, weekly, come out every

7    Friday.

8         Q.   Let's see.  How was La Gaceta started?

9         A.   My grandfather started La Gaceta back in 1922

10   with cooperation from a Dr. Avellanad who helped him

11   finance it and Mascaulana Printing Company which helped

12   print it, and it's been in my family ever since.

13        Q.   Okay.  What is your role in La Gaceta, Mr.

14   Manteiga?

15        A.   I'm the publisher and editor.  I serve as chief

16   executive officer.

17        Q.   What is La Gaceta's target demographic?

18        A.   La Gaceta gets to Tampa's -- the Tampa community.

19   We target the Latino community.  We're in three languages -

20   - Spanish, Italian, and English.  We also get to a lot of

21   people who have an interest in Tampa politics, interested

22   in Tampa arts, or just interested in Tampa news.

23        Q.   Okay.  Can you describe the demographics of the

24   typical La Gaceta reader?

25        A.   No.

Page 6

1        Q.    Do you have any idea about the demographics of

2   your readers?

3        A.    I have such a wide variety.  It would be hard to

4   average them.

5        Q.    Does La Gaceta have a media kit?

6        A.    Yes.  But we do not offer demographics in the

7   media kit.

8        Q.    What do you offer in the media kit?

9        A.    Pricing.

10       Q.    So when -- you sell advertising in your magazine.

11  Correct?

12       A.    Yes.

13       Q.    When you speak with the advertiser to sell ads,

14  which audience do you tell them that you can expose their

15  ads to?

16       A.    I tell them we get to people who are bilingual,

17  people who speak only English, people who speak only

18  Spanish.  That people read us for different reasons.

19  People might read us for only Spanish read us because we're

20  probably the only news source they can find that's printed

21  that gives them decent news about what's going on outside

22  of the Tampa community, perhaps back in their home

23  countries, gives them information about things that are

24  happening that are necessary to them.  Things in regard to

25  Social Security or -- or schools or things like that.

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 7

1          For our English reader, it would be somebody who

2     is probably somebody who's a little bit more upscale since

3     they're reading a paid publication, people who have an

4     interest in politics, or people who have an interest in

5     what's going on in the community, people who like a printed

6     newspaper.

7          We get to some people in the Italian community

8     who want to be able to preserve their spoken language by

9     occasionally having something to read in Italian.  We don't

10    -- we only have one page of Italian, so it's not a large

11    item.

12         But you know, I find that, you know, it's such an

13    odd variety of people that I -- I really couldn't tell

14    somebody, you know, this is my typical reader because we

15    are -- offer a pretty wide variety of things.

16    Q.    So when you speak to your advertisers and you

17    tell them that you have a Spanish-speaking audience, do you

18    give them any indication of how much of that audience is

19    Spanish-speaking?

20    A.    You know, I tell them my guess would be that

21    perhaps maybe one-third.  But you know, I also point out to

22    them that there's an issue between whether somebody speaks

23    Spanish and whether somebody's dependent on Spanish.  And

24    so that -- that's -- you know, some people want to read

25    Spanish because they prefer it.  They can read English.

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 8

1    They can speak English.  But they prefer that.  Some people

2    are exact opposite.  They prefer English over Spanish.  I

3    don't make that -- you know, I can't make that distinction

4    for them.  So you know -- but generally we tell -- we don't

5    get to the newest immigrants in town because a lot of those

6    -- a lot of that group hasn't discovered La Gaceta yet.  A

7    lot of that group is not strong readers.  People who read

8    newspapers in the Spanish community are very much like in

9    the English community.  Generally, it's somebody who's a

10   little bit more mature and somebody who's a little bit more

11   interested in news rather than somebody who is very

12   disengaged.

13        Q.   Okay.  Do you sell advertising -- let me

14   rephrase.

15             Do you place ads in your newspaper that are in

16   Spanish?

17        A.   Yes.

18        Q.   Do those advertisers inquire about how many of

19   your readers can actually read the advertisement in

20   Spanish?

21        A.   They might ask, but I can't answer.  I don't have

22   that -- I don't have that number.  I've never done a survey

23   of our readership.

24        Q.   Let's see.  So to the converse, you're saying

25   that approximately two-thirds of your audience can read

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 9

1   English?

2         MR. MORAN:  Object to form.

3         THE DEPONENT:  That is not what I said.  I said

4   that, you know, there are people who prefer Spanish.  I

5   don't know if they can read or not.  So my guess is that

6   one-third of my people might prefer Spanish, not can solely

7   do that language.

8   BY MR. WARNER:

9      Q.   Do you have any estimations on how much of your

10  readership cannot read English?

11     A.   No.  I would say it would be very little.

12     Q.   How many copies of the July 9th, 2021 edition of

13  La Gaceta were printed?

14     A.   Were printed?

15     Q.   Were printed.

16     A.   I think we're at 4,000.

17     Q.   And how many of those are actually distributed to

18  readers?

19     A.   Around 3,800, 3,900.

20     Q.   How many of them were given away for free?

21     A.   Given away for free.  Maybe 500.

22     Q.   And who do you give them away to free to?

23     A.   Well, it depends.  Sometimes, I have groups that

24  will buy publications from me and then they give them away.

25  Other times, in areas that we're trying to gain readership

Page 10

1    or interest in, we might drop off some at different

2    locations in hopes people will pick them up, start to like

3    them, and then start to buy them.

4         Q.   Okay.  How many of those copies that were

5    distributed to readers in Hillsborough County?

6         A.   I'll have to take a look at a piece of paper.

7              MR. SIUDET:  July?

8              THE DEPONENT:  July.

9              MR. SIUDET:  It was a little more than -- like

10   through the mail or --

11             THE DEPONENT:  Dropped and -- mail and -- and

12   dropped off to stores.

13             MR. SIUDET:  2,500, 3,000.  2,500 would be --

14   2,500 would be a -- I know more if we have to take

15   (indiscernible), it would be 2,500, 3,000.

16             THE DEPONENT:  I'm sorry.  Hold on.  Can I have

17   the paperwork that you have and I can do the addition.

18             MR. MORAN:  I'm going to place an objection here

19   too.  This isn't necessarily a research assignment,

20   especially at the point that we've got other people --

21   there's no obligation for Mr. Manteiga to do this type of

22   independent research.

23             MR. WARNER:  Mr. Moran, I will ask you to keep

24   your objections terse, no speaking objections.  Your

25   objection is noted.

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 11

 1              THE DEPONENT:  So through the U.S. Postal

 2     Service, we had -- we had --

 3              MR. SIUDET:  In Hillsborough County, 2,127.

 4              THE DEPONENT:  2,127 copies mailed.

 5              MR. WARNER:  In Hillsborough.

 6              THE DEPONENT:  In Hillsborough County.

 7              MR. MORAN:  Okay.  Again, I'm restating this

 8     objection.  We're not getting answers from other people.

 9     We're getting answers from the witness.  I'm fine with

10     there being other people in the room.  Again, we are not

11     going to object to that, but the witness is answering.  If

12     the witness doesn't know, the witness can indicate that,

13     but we're not going to do a research assignment every time

14     there's a question that's potentially unknown at the time.

15              MR. WARNER:  Okay.  Mr. Moran, I will state this

16     again.  There's no judge present.  There's no need to

17     elaborate your objection to the witness.  You state your

18     objection on the record.  That's it.  And you can elaborate

19     in a motion or some other time, some other point in time.

20     Okay?

21              MR. MORAN:  Mr. Warner, I'm aware of what the

22     rules are.  I'm saying that if --

23              MR. WARNER:  So --

24              MR. MORAN:  -- this is going to keep happening,

25     I'm going to shut this down and we are going to file that

Page 12

1    motion.

2              MR. WARNER:  Do what you want.

3    BY MR. WARNER:

4         Q.   Okay.  Mr. Manteiga, when was English added to La

5    Gaceta?

6         A.   1955.

7         Q.   And why was English added?

8         A.   To diversify the paper's circulation.  The Latino

9    population that we had been serving for a number of years

10   was now in its second generation and therefore, there was

11   more English readers.

12        Q.   Why did you want to diversify the readership?

13        A.   Well, you're asking me to guess why my father and

14   my grandfather would.  I didn't exist in 1955.  But I

15   thought I just answered it.

16        Q.   Let me rephrase another way.  You did answer

17   about that you wanted to diversify, but there was no

18   testimony as the reasoning behind the diversification.  And

19   I understand that you weren't alive at that time, but you

20   are a corporate representative of La Gaceta and you were

21   noticed for the history of La Gaceta.

22             MR. MORAN:  Object to form.

23   BY MR. WARNER:

24        Q.   If you don't know, that's fine.  Just --

25        A.   Okay.  I don't know.

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 13

```
 1        Q.    Thank you.  Describe your efforts, if any, to

 2    market La Gaceta to non-Hispanic readers in Hillsborough

 3    County.

 4        A.    We do social media.  We do things on Facebook.

 5    We do things on Instagram.  There are other newspapers that

 6    write about us when we have articles they find interesting,

 7    like Creative Loafing and Tampa Bay Times.  I appear on TV

 8    shows that talk about politics and often are identified

 9    with owning La Gaceta and therefore, hopefully, my

10    opinions, people find interesting and then will buy the

11    newspaper so they can read my opinions every week.  We

12    distribute free newspapers occasionally at different

13    events.

14            We recently are going to -- we're going to have a

15    film at Tampa Bay Theatre on February 11th about our

16    history.  It's a documentary.  It's $10 if you want to

17    attend.  It's being marketed currently.  So those are many

18    of the different ways we market.

19        Q.    What type of marketing do you do on Facebook?

20        A.    We post things.

21        Q.    Can you elaborate on what you post?

22        A.    Sometimes, it's -- it's everything from, you

23    know, if we have an interesting article, we might post

24    something about that.  Sometimes, it's pictures of the

25    office cat.  I mean, you know, we do all kinds of different
```

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 14

1    things.

2        Q.   In the March 2022 Tampa Bay Times article, you're

3    quoted as saying, "So in the 1950s, we added English

4    because we had to to get legal advertising".

5             Is that a statement that you made?

6        A.   Probably, if it's printed.

7        Q.   Why did you want to get legal advertising?

8        A.   Because it -- I assume my father had told me it

9    was part of adding more diversify of income to the paper.

10       Q.   What percentage of La Gaceta's revenue comes from

11   legal advertising currently?

12       A.   I don't know.  Don't have that number right off

13   the top of my head.

14       Q.   Is it less than half?  More than half?

15       A.   Probably more than half.

16       Q.   More than three-quarters?

17       A.   I don't think so.  But maybe.  I don't know.  I

18   don't have that number.

19       Q.   Off the top of your head, do you know how many

20   retail locations in Hillsborough County a user could

21   acquire a copy of La Gaceta printed?

22       A.   Hold on one second.  Probably around 45.

23       Q.   Are there any regions of Hillsborough County

24   where La Gaceta is not read?

25       A.   I think we get to almost every ZIP code in a

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 15

1    subscription form or you know, people driving around.  So

2    you know, I -- I would tell you that our heaviest area

3    would be the City of Tampa.  It's probably heavier than

4    Plant City, but Plant City still has some newspapers.  We

5    get to Brandon.  I have stuff in Wimauma, Sun City.  I've

6    got, you know, stuff in Lutz and Land o'Lakes.  So I think

7    we have a fairly broad distribution.  Of course, like I

8    said, it's heaviest in West Tampa, downtown, South Tampa.

9         Q.   How can a user purchase a subscription to La

10   Gaceta?

11        A.   They can call us or go online.

12        Q.   When did La Gaceta add the ability to purchase

13   the subscription online?

14        A.   Recently.

15        Q.   Was it after August 2022?

16        A.   Yeah.  Probably.  Yeah.

17        Q.   What prompted La Gaceta to add the ability to add

18   -- to purchase the subscription online?

19        A.   The promotions that we got during our hundredth

20   anniversary edition -- our hundredth anniversary

21   celebration last year had a lot -- we got a lot more

22   publicity, a lot more TV time, and we had people calling us

23   and wanting to subscribe and so you know, it was easier,

24   when I was at a speech when I'm talking to Rotary or

25   talking to Lions Club or talking to Café Con Leche group to

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 16

1    be able to say, you know, go to blah, blah, blah, as

2    opposed to call us at the office.  And so a lot of them

3    wanted to buy it right there while I was speaking as

4    opposed to having to do the purchasing later on.

5        Q.   When did you become aware of the existence of

6    this lawsuit?

7        A.   I still really don't know what your lawsuit's

8    about.  All I know is that you wanted to do a deposition on

9    me.  And I looked briefly and it looked like you were suing

10   the clerk of the circuit court.  In fact, when you first

11   reached out to me, I thought you were representing the

12   clerk, not representing yourself.

13       Q.   Let's see.  Have you had any communications with

14   the clerk or any government employee, agent, or

15   representative regarding this lawsuit or the July 9th, 2021

16   edition of La Gaceta after July 2022?

17       A.   No.

18       Q.   Okay.  So going back to the history, did your

19   great-grandfather, I believe, start La Gaceta for the cigar

20   workers in Ybor City?  Is that correct?

21       A.   Grandfather, not great-grandfather.  My

22   grandfather started after being a lector in the cigar

23   factory and he -- his target, of course, I'm sure, was the

24   residents of Ybor City and West Tampa who were mainly cigar

25   workers.  So yes.  It was -- it was aimed at the -- Tampa's

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 17

1    Latin community.  It started off as a Spanish-language

2    daily.

3         Q.   I understand.

4              MR. WARNER:  That's all I have for you, Mr.

5    Manteiga.  I appreciate your time today.

6              THE DEPONENT:  I appreciate the --

7              MR. WARNER:  My apologies.  My apologies.

8              Mr. Moran, would you like to cross?

9              MR. MORAN:  Yeah.  I believe so.  Give me one

10   moment.

11             Yes.  I have a few questions I'd like to ask you.

12   So we can go ahead and start with the cross-examination

13   now.

14                        EXAMINATION

15   BY MR. MORAN:

16        Q.   And I am pronouncing it right?  Is it Mr. [Man-

17   tee-gah] is the pronunciation?  Or [Man] --

18        A.   It's close.  [Man-tay-gah] is what I go by.

19        Q.   Manteiga?  Okay.  I apologize.  I was wondering

20   first --

21        A.   It might be -- you maybe have it right in

22   Portugal.  I don't know.

23        Q.   If it makes you feel any better, when they

24   mispronounce my name, it becomes [Mohr-ahn], so it could be

25   worse.

Page 18

```
 1              Now, you discussed briefly the online presence of
 2     the ad.  What is the web address -- or the newspaper.  What
 3     is the web address for La Gaceta?
 4        A.   Lagacetanewspaper.com.
 5        Q.   Okay.  And is the newspaper in charge of the
 6     information available on that website?
 7        A.   Yes.  The website has short little blurbs about
 8     what we're writing about and nothing in -- nothing
 9     complete.  We normally encourage you to buy our newspaper
10     if you like what we read.  And then of course, we have to
11     have all of our legal ads on the website.
12        Q.   How long have your legal ads been available on
13     the website?
14        A.   Ever since the State required it.
15        Q.   Do people have to pay a fee to access the legal
16     ads online?
17        A.   You don't have to pay a fee to get to my website
18     or the legal ads.
19        Q.   You discussed earlier mailing the newspaper out
20     to people as a distribution.  You mailed them from the
21     United States Postal Service?
22        A.   Yes.  We have a periodicals class license which
23     was the successor to what was called second class mail.
24        Q.   Do you know when you obtained that license?
25        A.   Our license in Hillsborough County was obtained
```

1f5079f2-417b-4a5b-a336-7e36b61f9103

```
                                                    Page 19

1    in 1923 for second class mailing.  It just switched to

2    periodicals.  We kept the same license number.

3         Q.   You said 1923?

4         A.   Yes.

5         Q.   Okay.  Thank you.  Do you know how long the

6    Hillsborough County Clerk of Court has been advertising

7    legal notices in the paper?

8         A.   I've been with the paper since 1984 and I believe

9    that when I first got here, they were being published here.

10        Q.   Correct me if I'm wrong.  Did you mention that La

11   Gaceta's published weekly?

12        A.   Yes.

13        Q.   And how long has it been published as a weekly

14   periodical?

15        A.   Early '50s.

16        Q.   Regarding the contents of the paper, in its

17   current form, would you say that in the average issue, at

18   least 25 percent of the words are in English?

19        A.   Yes.

20        Q.   Just in an average issue, would you say that more

21   than 75 percent of the newspaper is dedicated to

22   advertising?

23        A.   It can range.  Sometimes, we go from maybe as low

24   as 60 percent reading material -- I mean, as -- we go to

25   maybe around 60 percent advertising to up as high as maybe,
```

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 20

1    you know, 75 or 80 percent.  We try not to go that high

2    though.  I think our average is 65.

3            MR. MORAN:  I believe that's all I have.  Give me

4    just one moment.

5            THE DEPONENT:  No problem.

6    BY MR. MORAN:

7        Q.   So just to make sure I have this correct then.

8    The paper does hold a periodicals permit?

9        A.   Yes.

10       Q.   And you have held that since at least about when?

11       A.   1923 we entered a second class mailing matter in

12   the United States Postal Service in the City of Tampa.

13   Periodicals, whenever that class was created, we were --

14   they moved us to that class when they eliminated second

15   class mail.

16           MR. MORAN:  All right.  No further questions.

17           MR. WARNER:  I just have one more question for

18   you, Mr. Manteiga.

19                    EXAMINATION

20   BY MR. WARNER:

21       Q.   Do you have a copy of the July 9th, 2021 edition

22   of La Gaceta?

23       A.   Yes.

24       Q.   Can you have your assistant send it over or do I

25   need to pick up a physical copy?

Executive Reporting Service

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 21

```
 1        A.   Well, if you want the physical copy, you know, I

 2   would suggest picking it up.  You know, I can send you over

 3   --

 4        Q.   Digital's --

 5        A.   -- digital if you would like.

 6        Q.   Digital is preferred.

 7        A.   Okay.

 8        Q.   If you can just send it to the same mailing list

 9   that you sent the other email to.

10        A.   Okay.  It might take me towards the end of the

11   day.

12        Q.   There's no rush.  Thank you.

13        A.   Okay.

14             MR. MORAN:  Thank you, sir.

15             MR. WARNER:  All right.  Have a good day, Mr.

16   Manteiga.  Thank you for your time.

17             THE DEPONENT:  Thank you very much.

18             THE REPORTER:  All right.  Give me just a quick

19   moment before you run off, Mr. Manteiga.

20             THE DEPONENT:  No problem.

21             THE REPORTER:  Mr. Warner, will be ordering the

22   original?

23             MR. WARNER:  I will.

24             THE REPORTER:  All right.  And Mr. Moran, would

25   you like a copy?
```

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 22

1            MR. MORAN:  I think so.  Let me get back with you

2     on that one.  I'm going to copy your email here.

3            THE REPORTER:  Okay.  I'll send you an email

4     after the deposition too so you'll have it along with our

5     form.

6            MR. MORAN:  Perfect.

7            THE REPORTER:  Does someone need to address

8     something with the witness?

9            MR. WARNER:  No.

10           THE REPORTER:  Okay.

11           MR. MORAN:  I suppose I'll just add one -- that

12    I'd ask Mr. Manteiga, are you planning on reading the

13    transcript before?

14           THE DEPONENT:  No.

15           THE REPORTER:  All right.  So an original to Mr.

16    Warner.  We'll check with Mr. Moran on the copy.  And we'll

17    waive the reading of the witness.  We're off the record at

18    3:02.

19           THE REPORTER:  All right.  We're off the record

20    at 1022.

21           (WHEREUPON, a recess was taken.)

22           THE REPORTER:  We're on the record at 3:05.

23           MR. WARNER:  I'd like to introduce the documents

24    that Mr. Manteiga provided just now at the deposition.  LG

25    Route Tampa and Country [sic], July 2021 as Exhibit A.  LG

Page 23

1    Route Downtown and Ybor, July 2021 as Exhibit B.  LG Hills

2    County ZIPs mailed to July 2021 as Exhibit C.  And LG USPS

3    Form 3541 July 2021 as Exhibit D.

4            That's it.

5            (WHEREUPON, Exhibit A-D were marked for

6    identification.)

7            THE REPORTER:  All right.  Then we're off the

8    record at 3:06.

9    (Deposition concluded at 3:06 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 24

```
 1                    CERTIFICATE OF OATH

 2

 3

 4   STATE OF FLORIDA        )

 5   COUNTY OF HILLSBOROUGH  )

 6

 7         I, the undersigned authority, certify that PATRICK

 8   MANTEIGA remotely appeared before me via videoconference on

 9   Monday, January 30, 2023, at 2:37 p.m. and was duly sworn.

10         WITNESS my hand and official seal this 8th day of

11   February, 2023.

12

13

14

15

16

17

18                        _____

19                        Lisa Ann Lopez, CER/CET-1178

20                                      Notary Public

21

22

23

24

25
```

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 25

1                    CERTIFICATE OF COURT REPORTER

2

3     STATE OF FLORIDA

4     COUNTY OF HILLSBOROUGH

5

6            I, Lisa Ann Lopez, Digital Reporter, certify that

7     I was authorized to and did electronically report the

8     deposition of PATRICK MANTEIGA; produced the transcript

9     that was requested; and the transcript, pages 1 through 23,

10    is a true and correct record of my deposition record.

11           I FURTHER CERTIFY that I am not a relative,

12    employee, attorney, or counsel of the parties, nor am I a

13    relative or employee of any of the parties' attorneys or

14    counsel connected with the action, nor am I financially

15    interested in the action.

16

17           DATED this 8th of February, 2023.

18

19           *Lisa Ann Lopez*

20

21

22

23

24

25

Executive Reporting Service

1f5079f2-417b-4a5b-a336-7e36b61f9103

# TAB 36-1

# EXHIBIT A

**Pat Frank**
**Clerk of Circuit Court**
**(813) 276-8100**
**www.hillsclerk.com**

Payor
WARNER, BLAKE
3012 W. Deleon Street
Apt. #23
Tampa, FL 33609

Receipt No.
**24-00448155**

Transaction Date
04/30/2018

| Description | | | Amount Paid |
|---|---|---|---|

On Behalf Of  WARNER, BLAKE
    18-CC-022377
    BOUTIQUE APARTMENTS LLC, BROOKLYN FLATS vs WARNER, BLAKE
    2412 Reg Deposit - County Civil

| | | | |
|---|---|---|---|
| | 2412 REGISTRY DEPOSIT - COUNTY CIVIL | | 1,800.00 |
| | R060 REGISTRY FEE 28.24(10) | | 34.50 |
| | **SUBTOTAL** | | **1,834.50** |

| | **PAYMENT TOTAL** | **1,834.50** |
|---|---|---|

| | Cash Tendered | 1,840.00 |
|---|---|---|
| | **Total Tendered** | **1,840.00** |
| | Change | 5.50 |

| 04/30/2018 | Cashier A.CARNEY | Audit |
|---|---|---|
| 09:00 AM | Station CSC1 | 31738010 |

## REPRINTED RECEIPT

**REPRINTED RECEIPT**

**Pat Frank**
**Clerk of Circuit Court**
**(813) 276-8100**
**www.hillsclerk.com**

Payor
WARNER, BLAKE
3012 W. Deleon Street
Apt. #23
Tampa, FL 33609

Receipt No.
**24-00460226**

Transaction Date
05/24/2018

| Description | Amount Paid |
|---|---|

On Behalf Of  WARNER, BLAKE
   18-CC-022377
   BOUTIQUE APARTMENTS LLC,BROOKLYN FLATS vs WARNER, BLAKE
   2412 Reg Deposit - County Civil

| | |
|---|---|
| 2412 REGISTRY DEPOSIT - COUNTY CIVIL | 1,800.00 |
| R060 REGISTRY FEE 28.24(10) | 34.50 |
| **SUBTOTAL** | **1,834.50** |

| PAYMENT TOTAL | 1,834.50 |
|---|---|

| Cash Tendered | 1,840.00 |
|---|---|
| Total Tendered | **1,840.00** |
| Change | 5.50 |

05/24/2018          Cashier K. ELLIOTT          Audit
08:53 AM             Station CSC20                31828490

**REPRINTED RECEIPT**

# TAB 36-2

# EXHIBIT B

# In The Circuit/County Court Of The Thirteenth Judicial Circuit Of The State Of Florida, In And For Hillsborough County

### Civil Division

Boutique Apartments LLC
    Plaintiff,

v.

Blake Warner
    Defendant,

_____

Blake Warner
    Third Party Plaintiff,

v.

Jessie Darkes
    Third Party Defendant,

Case No    2018-CC-22377

Division M

Jury Trial Demanded

## Notice of Address Change

Defendant, Blake Warner, is hereby giving notice that his address has changed to:

Blake Warner

502 S. Fremont Ave. #1322

Tampa, FL 33606

1

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished to Plaintiff's Attorney Charles Barrett by email to e-filings@barrettpa.com on 05-19-2018, and to Third Party Defendant Jessie Darkes by email to jessie.darkes@mckinley.com on 05-19-2018.

6-22-2018
_____

Date

*Blake Warner*

_____

Signature

Blake Warner, Pro Se

502 S. Fremont Ave. #1322

Tampa, FL 33606

E-Service: blake@null3d.com

2

# TAB 36-3

# EXHIBIT C

IN THE COUNTY COURT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

**DATE: October 09, 2018**   **Division M**   18-CC-022377

PLAINTIFFS: BOUTIQUE APARTMENTS LLC; BROOKLYN FLATS

Attorney of Record: CHARLES VINCENT BARRETT, III

APPEARED FOR PLAINTIFF: _Charles Barrett_   ☐ NO APPEARANCE

☐ TELEPHONIC APPEARANCE

VS

DEFENDANTS: BLAKE WARNER

Attorney of Record: BLAKE WARNER ~ Pro Se

APPEARED FOR DEFENDANT: _Blake Warner_   ☐ NO APPEARANCE

☐ TELEPHONIC APPEARANCE

| | MOTION HEARING | GRANTED | DENIED |
|---|---|---|---|
| DX | MOTION FOR JUDGMENT ON THE PLEADINGS | | ✓ |
| ☐ | MOTION FOR JUDGMENT ON PLEADINGS | | |
| ☐ | MOTION TO COMPEL | | |
| ☐ | MOTION FOR CONTEMPT | | |
| PX | MOTION TO DISMISS COUNTERCLAIM | ✓ In Part | ✓ In Part |
| P X | MOTION TO DISMISS THIRD PARTY COMPLAINT | | ✓ |
| | MOTION TO TRANSFER | | |
| X | MOTION TO DISBURSE MONEY FROM THE REGISTRY OF THE COURT | | |
| ☐ | MOTION TO WITHDRAW | | |
| ☐ | MOTION FOR ORDER OF ARREST | | |
| ☐ | MOTION FOR ATTORNEYS FEES | | |
| ☐ | MOTION FOR | | |
| ☐ | MOTION TO | | |
| ☐ | RULE TO SHOW CAUSE/ORDER TO SHOW CAUSE | | |
| ☐ | DEFENDANTS CLAIM OF EXEMPTION REQUEST Garnishee: | | |
| X | OTHER OPPOSITION TO MOTION TO DISBURSE MONEY FROM REGISTRY OF THE COURT | | |

COMMENTS: _Plaintiff 20 days to Answer from date of Order on third Party Complaint. Counts I; II; IV; VIII; X and XIII stand Counts III w/out prejudice, V; VI; VII; IX 20days to Amend; XI_

SWORN TESTIMONY BY: _20days to Amend; XII dismissed. Motion to Disburse to be heard on another date. Court to disburse $3898 to the plaintiff._

COURT REPORTER: _Plaintiff to Submit Order._

# TAB 36-4

# EXHIBIT D



CINDY STUART

Clerk of Court & Comptroller
13ᵗʰ Judicial Circuit

02/16/2021

BLAKE  WARNER
502 S FREMONT AVE 1322
TAMPA FL 33606

| Property Type: DEPOSIT MADE WITH COURT | Cash: | **$3,600.00** |
| Case #: **18-CC-022377** | Last Activity: | 05/24/2018 |
| Comments: **COUNTY CIVIL REGISTRY** | Acct #: | C6207 / 218604 |

Dear Recipient,

Our records indicate that the remaining funds above deposited in the Court Registry have not been paid.  State law requires us to report and remit funds to the State's Unclaimed Property Division if funds have not been paid within a certain time period.  Check the appropriate selection(s) below, sign in the space provided, and return this form no **later than April 19, 2021**, to the address below.  **If your responses AND required court order are not received by April 19, 2021, the funds will be sent to the State of Florida.**

> Clerk of the Circuit Court, Hillsborough County
> c/o CCC Accounting
> P.O. Box 1110
> Tampa, FL  33601

_____  I am not eligible to receive payment of the funds based on the following reason(s):

_____

**\*\*\*\*\*\*You must file with the court to claim the funds in the Court Registry before the Deadline\*\*\*\*\*\***

_____  I am eligible to receive payments of the funds based on the enclosed court order, and (check one):

_____The address listed above is my correct address.

_____The address listed above is incorrect.  The corrected payee address is:

_____

_____         _____
        Signature                                             Date

If you have any questions regarding this matter, please contact **Diane Sultenfuss-Thomas (813) 276-2029 ext. 4026** or Betty LaVoy (813) 276-2029 ext. 4740.

Sincerely,

*Betty J LaVoy*

Betty J LaVoy
Deputy Clerk

2/17/2021 4:40 PM Filed: Hillsborough County/13th Judicial Circuit



CINDY STUART

Clerk of Court & Comptroller
13th Judicial Circuit

02/16/2021

BROOKLYN FLATS
307 S FIELDING AVE
TAMPA FL 0

Property Type: DEPOSIT MADE WITH COURT      Cash:          **$3,600.00**
**Case #:**      **18-CC-022377**                    Last Activity:  05/24/2018
Comments:    **COUNTY CIVIL REGISTRY**            Acct #:        C6207 / 218604

Dear Recipient,

Our records indicate that the remaining funds above deposited in the Court Registry have not been paid.  State law requires us to report and remit funds to the State's Unclaimed Property Division if funds have not been paid within a certain time period.  Check the appropriate selection(s) below, sign in the space provided, and return this form no **later than April 19, 2021**, to the address below.  **If your responses AND required court order are not received by April 19, 2021, the funds will be sent to the State of Florida.**

> Clerk of the Circuit Court, Hillsborough County
> c/o CCC Accounting
> P.O. Box 1110
> Tampa, FL  33601

_____  I am not eligible to receive payment of the funds based on the following reason(s):

_____

**\*\*\*\*\*\*You must file with the court to claim the funds in the Court Registry before the Deadline\*\*\*\*\*\***

_____  I am eligible to receive payments of the funds based on the enclosed court order, and (check one):

_____The address listed above is my correct address.

_____The address listed above is incorrect.  The corrected payee address is:

_____

_____      _____
        Signature                              Date

If you have any questions regarding this matter, please contact **Diane Sultenfuss-Thomas (813) 276-2029 ext. 4026** or Betty LaVoy (813) 276-2029 ext. 4740.

Sincerely,

*Betty J LaVoy*

Betty J LaVoy
Deputy Clerk

601 East Kennedy Boulevard • P.O. Box 1110 Tampa, Florida 33601 • Telephone 813.276.2029
An Affirmative Action - Equal Opportunity Employer

2/17/2021 4:40 PM Filed: Hillsborough County/13th Judicial Circuit



**CINDY STUART**
Clerk of Court & Comptroller
13th Judicial Circuit

02/16/2021

BOUTIQUE APARTMENTS LLC
307 S FIELDING AVE
TAMPA FL 0

| | | | |
|---|---|---|---|
| Property Type: | DEPOSIT MADE WITH COURT | Cash: | **$3,600.00** |
| **Case #:** | **18-CC-022377** | Last Activity: | 05/24/2018 |
| Comments: | **COUNTY CIVIL REGISTRY** | Acct #: | C6207 / 218604 |

Dear Recipient,

Our records indicate that the remaining funds above deposited in the Court Registry have not been paid. State law requires us to report and remit funds to the State's Unclaimed Property Division if funds have not been paid within a certain time period. Check the appropriate selection(s) below, sign in the space provided, and return this form no **later than April 19, 2021,** to the address below. **If your responses AND required court order are not received by April 19, 2021, the funds will be sent to the State of Florida.**

<div align="center">

Clerk of the Circuit Court, Hillsborough County
c/o CCC Accounting
P.O. Box 1110
Tampa, FL 33601

</div>

_____ I am not eligible to receive payment of the funds based on the following reason(s):

_____

**\*\*\*\*\*\*You must file with the court to claim the funds in the Court Registry before the Deadline\*\*\*\*\*\***

_____ I am eligible to receive payments of the funds based on the enclosed court order, and (check one):

_____The address listed above is my correct address.

_____The address listed above is incorrect. The corrected payee address is:

_____

_____     _____
            Signature                                          Date

If you have any questions regarding this matter, please contact **Diane Sultenfuss-Thomas (813) 276-2029 ext. 4026** or Betty LaVoy (813) 276-2029 ext. 4740.

Sincerely,

*Betty J LaVoy*

Betty J LaVoy
Deputy Clerk

<div align="center">

601 East Kennedy Boulevard • P.O. Box 1110 Tampa, Florida 33601 • Telephone 813.276.2029
An Affirmative Action - Equal Opportunity Employer

</div>

# TAB 36-5

# EXHIBIT E

# AS WE HEARD IT
by PATRICK MANTEIGA

Democratic County Commissioner Mariella Smith has drawn a Republican opponent, Donna Lynn Cameron-Cepeda.

She and her husband, Carlos, have Glory Ministries International. She is listed as Rev. Dr. and has authored the book "Delivering Power." He carries the title "Prophet."

The online bio reads she is an Army veteran and trained certified executive TV producer.

The couple has a Christian TV show, "Freedom Today" aired on TBCN, CTN and CTNI.

The bio continues that she served as an associate professor and director of Life Christian University Tampa/Brandon Florida campus.

This is the first time Mariella Smith is running for reelection. She has her campaign account open and has raised $21,630.

****

Eric, Bobby and Drew Newman were honored as Visit Tampa Bay's "Ambassadors of the Year" for the restoration of J.C. Newman Cigar Company's 111-year-old El Reloj cigar factory in Ybor City.

The factory adds to Tampa and Ybor City's tourist infrastructure with its three-level cigar museum, interactive theater, private event space and hand-rolling room. Tourists and locals can take a 75-minute guided tour during weekdays from 9:00 a.m. to 5:00 p.m. which can be booked at JCNewman.com.

While Tampa has a reputation as the former cigar capital of the world, there was little to do here that showed off that past except for a few cigar rollers practicing (Continued on page 12)

---

THE NATION'S ONLY TRI-LINGUAL NEWSPAPER • SERVING THE BAY AREA, CENTRAL FLORIDA AND THE WEST COAST

## ENGLISH • ESPAÑOL • ITALIANO

*Our 99th Year*

# LA GACETA

AÑO 99-NUMERO 28          VIERNES, 9 DE JULIO DE 2021          PRECIO: 50 CENTAVOS



Coast Guardsman Algy Knox Bevins poses with a life preserver aboard the U.S. Engineer Department dredge "Barnard" on March 10, 1917. Bevins lived from 1895 to 1918. He hailed from Davenport, Florida and went missing in action after the USCGC Tampa was sunk by German submarine UB-91 off the coast of Wales. On November 11, 1999, the Coast Guard honored the lives lost on that ship by awarding all 111 MIA crew members a Purple Heart.

7/9/21

---

# El deporte al día
Por Victor Sisa

**Courtney Williams integra el Equipo de Estrellas AT&T WNBA 2021**

La estrella de baloncesto femenino de la Universidad del Sur de la Florida (USF) y actual escolta del Atlanta Dream, Courtney Williams, ha sido nombrada para integrar el Equipo de Estrellas AT&T WNBA 2021, lo que marca la primera vez que ha sido seleccionada a incluirse en la élite de la Liga. Ella promedia 17.1 puntos, 6.7 rebotes y 3.8 asistencias en 35.1 minutos por juego esta temporada.

Williams estableció, a su vez, récord de anotaciones para USF en una temporada con 763 puntos en 2015-16, rompiendo su propia marca de 710 unidades establecida en 2014-15

*(Pasa a la página 4)*

---



# Líneas de la memoria
Por Gabriel Cartaya

**Diálogo con el escritor José Manuel Fernández Pequeño (I)**

José Manuel Fernández Pequeño es un reconocido escritor, profesor, editor, crítico literario e investigador cubano que actualmente radica en Miami. Es autor de una depurada obra que ha dado a conocer en decenas de libros, artículos y ensayos.

Entre sus libros publicados se encuentran *Periplo Santiaguero de Max Henríquez Ureña* (1989), *Las cosas de cierto mundo* (1992), *Crítica sin retroceso* (1994), *Un tigre perfumado sobre mi huella* (1999 y 2004), *En el espíritu de las islas: los tiempos posibles de Max Henríquez Ureña* (2003), *Cuentos para Angélica* (2003), *La mirada en el camino* (2006), *Tres, eran tres* (2007), *Memorias del equilibrio* (2016), *Sutiles* (2017).

*(Pasa a la página 2)*

6 32599 00001 9

CHCCC-000021

Case 8:22-cv-01977-MSS-SPF   Document 36-5   Filed 06/29/23   Page 3 of 41 PageID 785
USCA11 Case: 24-10748   Document Fue asesinado el Presidente de Haitíof 248

# Actualidad de América Latina



## Nicaragua

El líder campesino Medardo Mairena, quien había anunciado sus intenciones de aspirar a la Presidencia de Nicaragua por la oposición, fue detenido la noche del pasado lunes, al igual que otros tres dirigentes rurales, denunció el Movimiento Campesino de Nicaragua.

Con esas cuatro detenciones, se elevarían a seis los opositores que fueron aprehendidos la noche del lunes, y a 27 desde el pasado 28 de mayo. Los otros dos son los líderes estudiantiles Lesther Alemán y Max Jérrez.

Mairena es un dirigente campesino que lanzó sus aspiraciones a la Presidencia de Nicaragua el pasado 7 de abril por la opositora Coalición Nacional, que se quedó sin plataforma después de que el Poder Electoral cancelara la personalidad jurídica al único partido de ese bloque que estaba legalizado.

Nicaragua vive semanas convulsas tras las detenciones de líderes opositores que se producen de cara a las elecciones generales del 7 de noviembre en las que Ortega, en el poder desde 2007, busca la reelección por cinco años más.

## Honduras

Roberto David Castillo, gerente general de una hidroeléctrica en Honduras se convirtió el pasado lunes en el octavo sentenciado por el asesinato en 2016 de la ambientalista Berta Cáceres, una férrea opositora al proyecto que desarrollaba esa compañía en territorio indígena. "Castillo ha tenido participación en la presente causa como coautor en el delito de asesinato en perjuicio de Berta Isabel Cáceres", dijo una juez al leer la sentencia en audiencia oral pública.

El tribunal convocó a audiencia el 3 de agosto para definir los años de prisión para Castillo, gerente general de Desarrollos Energéticos S.A. (DESA) y exmilitar hondureño egresado de la escuela militar estadounidense West Point. Según un comunicado de la Corte Suprema de Justicia, el Código Penal establece una pena de 20 a 25 años de prisión para ese tipo de delitos.

## Chile

Este domingo arranca la Convención Constitucional que tiene la misión de redactar una nueva Carta Magna para Chile. Los 155 integrantes se reúnen para su primera sesión a las 10 de la mañana (hora local) en el edificio del Congreso Nacional en la capital, Santiago. Y antes que nada se elegirá a un presidente y a un vicepresidente que liderarán el proceso.

Además, en los próximos días deberán definir el reglamento sobre cómo se trabajará en la redacción de la nueva Constitución; por ejemplo, si incorporará o no algún tipo de participación ciudadana o si abordará los temas a través de comisiones específicas, entre otras cosas.

La sesión inaugural coincide con otro hecho histórico para la nación sudamericana: los 210 años de la instalación del primer Congreso Nacional.

La convención –integrada en partes iguales por hombres y mujeres (algo inédito en el mundo) y por 17 representantes de los pueblos indígenas– tendrá un plazo de nueve meses para presentar la nueva carta fundamental, pudiendo ser ampliado por otros tres meses en una sola oportunidad. Luego, a mediados de 2022, los chilenos se someterán a un plebiscito de salida para aprobar o rechazar el nuevo texto propuesto.

## Perú

Aunque el Jurado Nacional de Elecciones (JNE) todavía no lo proclama ganador, el izquierdista Pedro Castillo se perfila como el próximo presidente de Perú.

El candidato de Perú Libre obtuvo el 50.125% de los votos frente al 49.875% que obtuvo su rival, Keiko Fujimori, de Fuerza Popular, de acuerdo con los resultados de la Oficina Nacional de Procesos Electorales (ONPE).

Pero desde que acabó el conteo, la declaración oficial del vencedor se ha retrasado y el proceso ha causado más incertidumbre de la usual debido a la renuencia de Fujimori a aceptar su derrota, a las acusaciones de fraude electoral –sin pruebas– que lanzó Fuerza Popular, a sus pedidos de anulación de actas electorales, a las protestas en las calles, a la inesperada renuncia de un funcionario electoral, e incluso a la difusión de una carta de militares en retiro que les pedían a los mandos en actividad desconocer al presidente que proclame el JNE.

Estas y otras circunstancias han despertado preocupación por la estabilidad de la democracia peruana, al punto que algunos analistas las describieron como parte de un "golpe lento" o un "golpe blando".

## Venezuela

El presidente encargado de Venezuela, Juan Guaidó, volvió a convocar a los venezolanos, esta vez para el próximo 24 de julio, a que suscriban su propuesta de Acuerdo de Salvación Nacional en congresos municipales que se instalarán en todo el país.

## LA GACETA (USPS 299-240)
### THE NATION'S ONLY TRI-LINGUAL NEWSPAPER
*Published Every Friday By* LA GACETA PUBLISHING, INC.

VICTORIANO MANTEIGA (1894-1982) FOUNDER
ROLAND MANTEIGA (1920-1998) EDITOR AND PUBLISHER

PATRICK MANTEIGA..................................................Editor and Publisher
ANGIE MANTEIGA...................................................................Associate Publisher
GABRIEL CARTAYA.....................................................................Spanish Editor

Entered as Second Class Matter in 1923
Periodical Postage Paid at Tampa, Florida and additional mailing offices
P.O. Box 5536, Tampa, Florida 33675 • Phone (813) 248-3921 • Fax (813) 247-5357

Yearly subscription price in Hillsborough County $35.00
Charlotte, Citrus, Collier, Hernando, Manatee, Marion, Lee, Pasco, Pinellas, Polk, Orange, Osceola and Sarasota counties $40.00
Call for prices outside these areas.
*Visit our Website at:* www.lagacetanewspaper.com

POSTMASTER: Send address changes to    La Gaceta
P.O. Box 5536
Tampa, FL 33675

Jovenel Moïse, presidente de Haití, fue asesinado en la madrugada del pasado miércoles en su residencia privada. En la agresión también resultó herida de bala la primera dama, según dio a conocer el primer ministro interino, Claude Joseph, en un comunicado.

Joseph ha considerado este acto "odioso, inhumano y bárbaro" y ha llamado a la población a la calma. "La situación del país está bajo control de la Policía Nacional y de las Fuerzas Armadas", expresó el Primer Ministro interino, que confía en que la democracia y la República vencerán esta escalada de tensiones.

El asesinato de Moïse incrementa la grave crisis de seguridad que atraviesa Haití y que amenaza con provocar un vacío de poder, habida cuenta de que el Presidente ya llevaba más de un año gobernando por decreto por la ausencia de un



**Jovenel Moïse**
Parlamento electo.

Moïse había planteado un calendario electoral que ha ido variando sobre la marcha, a medida que ha empeorado la situación del país más pobre del hemisferio occidental. Inicialmente, se había convocado en abril un referéndum para reformar la Constitución, pero la incertidumbre derivó en un primer aplazamiento a junio y, después, hasta el 26 de septiembre, coincidiendo con la primera vuelta de los comicios legislativos y presidenciales.

La incertidumbre se ha extendido también al Gobierno, cuyas riendas asumió Joseph de forma interna el pasado mes de abril. Esta misma semana, el Presidente había designado como nuevo primer ministro a Ariel Henry, un antiguo responsable de Interior al que encargó, entre otras tareas, "solucionar el flagrante problema de la inseguridad y apoyar al Consejo Electoral para la realización de las elecciones generales y el referéndum".

La crisis política y de seguridad ha derivado también en un empeoramiento de la situación humanitaria, especialmente en la zona de Puerto Príncipe, donde más de 18 mil personas se han visto obligadas a abandonar sus hogares por el repunte de la violencia.

# Líneas de la memoria
*Por Gabriel Cartaya*

**(Viene de la página 1)**

Fernández Pequeño, quien ha recibido importantes lauros por su obra –Premio Memoria, de la UNESCO (1997), Premio Nacional de Narradores en República Dominicana (2013) y Medalla de Oro en Florida Book Awards (2014), entre otros– fue uno de los creadores de la Casa del Caribe, en Santiago de Cuba, donde fundó y dirigió la revista *Del Caribe*. En estos días ve la luz su novela *Tantas razones para odiar a Emilia* y esperamos sea presentada en Tampa por el autor. Pero antes de su primera visita a nuestra ciudad, creímos oportuno publicar este diálogo con él.

*En varias entrevistas te has referido a la literatura –que es tu pasión y ejercicio–, tanto desde la perspectiva del narrador como de la del crítico, y me llama la atención tu alejamiento de dogmas y tiranías con que concibes el arte de escribir, especialmente los cuentos. ¿Hasta dónde dos decálogos sirven al escritor?*

Para quien escribe literatura como un dejarse ir hacia sí mismo (que es, en mi opinión, la manera más auténtica de implicar a los demás), los decálogos no sirven en absoluto. Ahora, si alguien escribe para entretener o educar al lector, si lo hace para ganar concursos o con cualquier otro propósito diferente de la literatura misma, pues las recetas posiblemente le sean muy útiles.

*Te conocí a mediados de los noventa en Manzanillo, al lado de Joel James, a quien acompañaste en el proyecto de fundación de la Casa del Caribe. ¿Cómo recuerdas la aparición y primeros años de aquella institución que ofreció un excepcional espacio cultural no impuesto por la pirámide gubernamental?*

La creación del Festival de la Cultura Caribeña, en 1981, fue muy ardua porque quienes empujábamos el proyecto éramos tres o cuatro personas que nos reuníamos al salir de nuestros respectivos trabajos; eso sí, con el apoyo irrestricto del Cabildo Teatral Santiago y el Director de Cultura en el municipio Santiago. Hubo que luchar a brazo partido para romper las suspicacias de un sistema tan centralizado como el de la Cultura en Cuba, donde lo que no viene orientado desde "arriba" despierta recelo inmediatamente. La batalla más difícil de ganar, sin embargo, fue convencer



Fernández Pequeño ha publicado más de quince libros en géneros que incluyen la crítica literaria, narrativa, ensayo y literatura infantil. Foto: Ulises Regueiro.

de nuestras intenciones a muchos grupos portadores de la cultura popular tradicional encaranados en las sermanías o dislocados por los pueblos y zonas agrícolas del país, los cuales estaban hartos de proyectos e investigadores que les prometían villas y castillas para luego desaparecer.

Si la fundación de la Casa del Caribe, en 1982, contó ya con un núcleo intelectual bastante bien estructurado alrededor de Joel y se vio arropada por el éxito del Festival, también tropezó en sus inicios con el recelo de instituciones poderosas que, como la Casa de las Américas, veían a la nueva e intrusa institución como una amenaza para ciertas zonas de su trabajo. A la revista *Del Caribe*, aparecida en 1983, le fue peor. Diez años después de creada, todavía estábamos luchando por un espacio poligráfico estable y seguro donde imprimir, razón por la cual nunca pudimos sostener su ansiada periodicidad trimestral.

El éxito del proyecto se debió a muchos factores, pero en principio a la astucia y solidez intelectual con que Joel James impuso a las autoridades un acto de hecho consumado cuyo resultado era incontestable, al hacer muy visible una zona de la cultura popular cubana, aquella de origen caribeño, cuya fuerza e importancia había permanecido hasta ese momento muy poco valorada.

*¿Cómo lograste armonizar la creación literaria, el trabajo de investigación sociológica –pienso en tu mirada a cuentos populares o figuras provenientes del bandolerismo en Cuba–, tu labor como profesor y la responsabilidad editorial al frente de la revista Del Caribe?*

Luego de fundada la Casa del Caribe, hubo fuertes tensiones entre Joel y yo. Él quería reencauzarme hacia la investigación antropológica y yo no quería ser otra cosa que escritor. Tuve que armonizar ambas cosas, más el trabajo editorial en la revista, pero terminé encontrando un atajo que resultó decisivo para mi formación de escritor e hizo que Joel me viera como lo que soy: un tipo obstinado y rosca izquierda, un verdadero caso perdido. El estudio de la narración oral contemporánea en Cuba, que de paso me valió un premio de la UNESCO y el dinero con que me fui a la República Dominicana, puso ante mi vista recursos narrativos invaluables, del mismo modo que la proximidad a la cosmovisión de los sistemas mágico-religioso cubanos (santería, palo monte, vodú, espiritismo de cordón) o del carnaval, acabó siendo decisiva para entender qué tipo de narrativa quería yo escribir. No tendría cómo agradecer a Joel James el haberme acercado a esos temas, aunque no lo hiciera con ojos de antropólogo, como él quería.

*Continúa en el próximo nro.*

CHCCC-000022

# CANNABIS
## Y RELIGIÓN







Reverendo Dr. Lenny Marshall
*Pastor de la Iglesia St. Philip AME*

Ben Temer
*Fundador de la Asociación Judía Internacional de Cannabis*





Padre Dustin Feddon
*Sacerdote de la Diócesis de Pensacola-Tallahassee y la Dirección Ejecutiva de Joseph House*

Rabino Yaakov Cohen
*Director ejecutivo de WholeKosher, International*

## Hablemos con un Panel Diverso de Líderes Religiosos

Hay algunos miembros del clero que apoyan el uso de cannabis medicinal y otros que no. Únase a nosotros en las próximas Conversaciones sobre Cannabis para hablar con un panel diverso de líderes religiosos de diferentes religiones que comparten sus puntos de vista sobre este tema.



Ver Ahora: http://bit.ly/MMERIJune2021Live

**FAMU** FLORIDA A&M UNIVERSITY
**MEDICAL MARIJUANA EDUCATION AND RESEARCH INITIATIVE**

Siga 'Conversations on Cannabis' en:


@MMERIForumRadio


MMERI Forum Radio


@MMERIForumRadio


MMERI Forum Radio

## Desde mi escritorio

Por Arturo R. Rivera



# La celebración de los 100 años del Partido Comunista Chino

En China se está celebrando el aniversario de la fundación del Partido Comunista de ese país, festejado el 1.º de julio. Como era de esperarse los festejos fueron por todo lo alto. El presidente Xi Jinping compareció en el Estadio Nacional de Pekín el 28 de junio y su figura se desplegó en una pantalla gigante como parte de la conmemoración del aniversario número 100 de esa organización política. Banderas, globos y el himno de la Internacional Socialista llenaron la Plaza de Tiananmen, en Pekín, curiosamente la misma plaza donde el movimiento estudiantil, en 1989, fue masacrado y atropellado por exigir mayores libertades.

También, el presidente Xi Jinping se presentó en el mismo balcón que lo hizo Mao Zedong para anunciar la fundación de la República Popular China en 1949. En la conmemoración del centenario del Partido Comunista la semana pasada, se afirmó que su meta de crear una sociedad moderadamente próspera ya estaba completada. "Nosotros ahora estamos marchando al segundo centenario y nuestra meta es crear una China grande y moderna en un país socialista en todos los aspectos", declaró Jinping. Allí se dirigió a miles de ciudadanos que estaban vestidos a la usanza de Mao, con una vestimenta gris y cuello alto. En el fondo había un cuadro grande con la figura de Mao Zedong.

También, ese día miembros femeninos del Ejército Popular Chino marcharon en la Plaza de Tiananmen. La extravagancia en la Plaza de Tiananmen fue la culminación de la fiebre del aniversario mostrando las transformaciones que han convertido a China en la segunda economía más grande del mundo, a costa de sacrificios y penurias colectivas.

En años pasados, la base de la narrativa del partido era el rescate de China de "un siglo de humillaciones" por los señores de la guerra y las potencias coloniales. Todavía esas huellas persisten pero el presidente

Con un fuerte espíritu centralista, Xi Xinping sigue al frente de la República Popular China fundada por Mao Zedong en 1949.

Xi ha tornado el enfoque en el "gran rejuvenecimiento" y su marca de fábrica es el "Sueño chino".

Shanghai, donde se reunió por primera vez el Partido Comunista Chino en un patio de ladrillos gris y rojo, hoy es lugar histórico y los edificios están adornados con banderas con motivo de las celebraciones, igual que negocios y complejos residenciales. El edificio donde se llevó a cabo el primer Congreso del Partido Comunista Chino es hoy un museo cerca de un Starbucks que siempre está concurrido. De los 13 delegados que asistieron a ese Congreso sólo 2 fueron testigos del nacimiento de la República Popular y la derrota del Generalísimo Chiang Kai-shek y los nacionalistas. Uno de los delegados que sobrevivió fue Mao. Sin embargo, las celebraciones no pueden borrar los horrores del Partido Comunista Chino, como los millones que murieron de hambruna, ni los perseguidos, ni los muertos durante la Revolución Cultural. Esa forma de actuar, sin remordimiento alguno, logró el resurgimiento de China. Hoy el Partido Comunista tiene un enfoque muy distinto. Creado para emancipar al proletariado de las tradiciones feudales chinas a través del socialismo marxista, hoy ese partido representa todos los intereses sociales incluyendo a industriales y billonarios de la industria de la tecnología.

Anualmente, se invierten diez billones de dólares anuales en 500 institutos en el extranjero para promover la ideología marxista.

Actualmente, el partido bajo el liderato de Xi ha encontrado una nueva fuerza con la campaña en contra de la corrupción, donde se ha purgado sobre 100 mil oficiales corruptos.

Para muchos países de la comunidad internacional, China no es otra cosa que un país donde se practica el genocidio, como es el caso de la etnia uigur, que se encuentra perseguida porque sus miembros son musulmanes y un millón de su gente está en campos de concentración.

También se persigue a los cristianos y se atropella la libertad de prensa en Hong Kong, destruyendo la tradición democrática allí, y no olvidemos el atropello al pueblo del Tibet. El Partido Comunista Chino sigue siendo la misma institución represiva de siempre aunque se adorne de celebraciones y éxito económico.

# Los talibanes ganan terreno en Afganistán

El Talibán continúa capturando territorio en Afganistán a medida que las fuerzas de la OTAN, lideradas por Estados Unidos, abandonan el país donde han tenido una presencia militar durante los últimos 20 años.

Fuentes del grupo fundamentalista islámico afirman haber tomado más de diez distritos en las últimas 24 horas.

La avanzada del Talibán ha ocurrido en varias provincias del país en los últimos dos meses, pero la ofensiva más contundente se está dando en el norte de la nación.

La situación ha creado una crisis para las fuerzas de defensa del gobierno afgano, que ya no cuentan con el apoyo de los bombardeos aéreos de EE.UU. para contener a los insurgentes.

El aeropuerto de Bagram ha quedado en manos de las fuerzas afganas después de que, al parecer, Estados Unidos se marchara la semana pasada sin avisar al nuevo comandante de la base, según le dijo a la BBC el nuevo comandante afgano de esa instalación, general Asadullah Kohistani.

La salida nocturna de Bagram traspasa el control de la base a una fuerza afgana mucho menos dotada y capacitada que podría tener dificultades defendiéndola del ataque Talibán.

El general Kohistani cuenta con unos 3 mil militares bajo su comando, un número significativamente menor que las decenas de miles de soldados de EE.UU. y sus aliados que antes ocupaban la base.

Esto constituye un reflejo de la inestabilidad, ya que el resurgimiento de los talibanes aprovecha la retirada de las fuerzas occidentales y avanza por todo el país.

Rusia ha suspendido sus operaciones y muchos diplomáticos se han trasladado a la relativa seguridad de la capital, Kabul, debido a lo inestable de la situación.

En los últimos dos días, cientos de soldados afganos han huido a través de la frontera con Tayikistán sin entablar combate contra los insurgentes. La semana pasada, la mayoría de los soldados de la OTAN ya se habían marchado discretamente.

# Más de 100 tiroteos y 150 muertos en EE.UU. durante el fin de semana del 4 de julio

Al menos 150 personas murieron a causa de la violencia con armas de fuego en más de 400 tiroteos en todo el país durante el fin de semana del 4 de julio, en un momento en que las principales ciudades del país se enfrentan a un aumento de los delitos violentos, según los datos recopilados por Gun Violence Archive.

En Nueva York, donde la violencia con armas de fuego ha aumentado a niveles no vistos en años, hubo 26 víctimas de 21 tiroteos desde el viernes hasta el domingo. El 4 de julio, la ciudad experimentó 12 incidentes de disparos con 13 víctimas, un aumento respecto al año pasado, según la policía de Nueva York.

En Chicago, después de que el superintendente de policía David Brown expresara su preocupación antes del "fin de semana más desafiante del año" para la policía, 83 personas recibieron disparos, incluyendo 14 muertos, en tiroteos desde las 6 p.m. del viernes hasta las 6 a.m. del lunes, según una revisión de CNN de los datos preliminares del Departamento de Policía de Chicago. Entre los heridos se encuentra una niña de 5 años lesionada el domingo por la tarde y otra de 6 años alcanzada por un disparo a primera hora del lunes.

Dos agentes de policía de Chicago resultaron heridos en un tiroteo durante la madrugada cuando un individuo abrió fuego mientras los agentes dispersaban a una multitud de varios miles de personas y realizaban más de 60 detenciones, dijo la policía. Se espera que ambos sobrevivan.

Ocho personas resultaron heridas la madrugada del domingo en un tiroteo cerca de un lavado de coches en Fort Worth, Texas, tras una discusión entre un grupo de hombres, según un comunicado de prensa de la policía de Fort Worth. Uno de los hombres se marchó duran-

te la discusión, volvió con una pistola y comenzó a disparar "hacia grupos de personas", y varias personas devolvieron los disparos, según el comunicado. Se cree que la mayoría de las víctimas, que se encuentran en condición estable, se anpersonas inocentes, dijo la policía.

En Norfolk, Virginia, cuatro niños fueron heridos de bala el viernes por la tarde, entre ellos una de 9 años que, según se informó inicialmente, sufría heridas que ponían en peligro su vida, pero que ahora se encuentra en condición estable, según la policía de Norfolk. Entre las víctimas también había un adolescente de 14 años, una joven de 16 años y adolescente de esa misma edad, todos los cuales se espera que se recuperen completamente.

En los suburbios de Atlanta, el golfista profesional Gene Siller recibió un disparo mortal en un club de campo el pasado sábado, y la policía sigue buscando al sospechoso, según la policía del condado de Cobb.

Una persona y otras ocho resultaron heridas en un tiroteo en una fiesta de barrio a la que asistieron varios cientos de personas en Toledo, Ohio, el domingo por la noche, según la policía de Toledo. Un joven de 17 años murió después de ser trasladado en helicóptero al Hospital de la Universidad de Michigan para recibir tratamiento, según el jefe de la policía de Toledo, George Kral.

La policía de Cincinnati, Ohio, informó que diez varones de 16 y 19 años murieron y otros tres resultaron heridos en una celebración de las festividades en un parque el domingo por la noche.

En Dallas, la policía respondió a dos tiroteos separados el 4 de julio, en uno de los cuales cinco hombres recibieron disparos. Tres de las víctimas fueron declaradas muertas tras ser trasladadas a un hospital cercano.



Super Q 1300AM
WQBN

813-871-1333

MUSICA  NOTICIAS  DEPORTES  VARIEDADES

Escúchenos EN VIVO! por Internet
WWW.Q1300.COM

...tan latina como tú!
100% Propiedad HISPANA

4023 N. Armenia Ave. Suite 400, Tampa, FL 33607

CHCCC-000024

# Briznas Culturales

Por Leonardo Venta

## El simbolismo reformista en Doña Bárbara

*"Doña Bárbara se precipitó al escritorio, en cuya gaveta guardaba el revólver cuando no lo llevaba encima; pero alguien le contuvo la mano y le dijo: − No matarás. Ya tú no eres la misma".*

Rómulo Gallegos, Doña Bárbara

Hoy, más que nunca, se le rinde culto a lo nuevo y se desdeña lo viejo. No obstante, la excelencia se impone a la prueba del tiempo. Así lo establece el gran éxito de la novela *Doña Bárbara*, y los más de 90 años que hay detrás de la temida "devoradora de hombres". A Rómulo Gallegos le debemos la novela y la leyenda, y a él le dedicamos con reverencia estas líneas.

Gallegos se inició en la literatura con un drama, *El milagro del año*, en 1911, de poca trascendencia literaria. Incursiona luego en el género de cuento con *Los aventureros*, 1913. Otros de sus cuentos y relatos fueron recogidos más tarde, en 1949, bajo el título *Cuentos venezolanos*.

Su primera novela es de 1920, que tituló entonces *El último Solar*. A partir de 1930 la retituló *Reinaldo Solar*. De 1922 son sus novelas cortas *Los inmigrantes* y *La rebelión*. En 1925 publica *La trepadora*, y por fin en 1929, su gran novela *Doña Bárbara*, editada en Barcelona, la que fuera premiada en seguida como la me-

jor novela del mes en España.

A partir de este gran éxito, Gallegos se dedicó hasta el fin de sus días a la producción novelística y a la vida política. Otras de sus obras son: *Cantaclaro* (1931), *Canaima* (1934), *Pobre negro* (1937), *El forastero* (1942), *Sobre la misma tierra* (1943), *La brizna de paja del viento* (1952) y *La brasa en el pico del cuervo* (1954).

Según la introducción escrita por el ensayista y crítico literario Domingo Miliani sobre *Doña Bárbara*, Cátedra, Madrid, 2008, Rómulo Gallegos hacia finales de la primera década del siglo XX "adopta una concepción regionalista como raíz de cualquier universalidad", con el propósito de enunciar mediante la literatura la problemática regional, asociada a la naturaleza y su necesidad de transformación, mediante la creación de un sistema de símbolos de carácter universal.

El realismo en *Doña Bárbara*, con su base en lo telúrico, cobra carácter alegórico. Se crea una nueva realidad literaria, simbólica, que supera la literal en su universalidad, lo que bien explica el porqué una nonagenaria como *Doña Bárbara* aún mantiene su lozanía y renombre. El objeto de la realidad a la que se refiere el símbolo (el referente) adquiere en esta obra una nueva connotación reformista mediante un

discurso ético civilizador.

Lo revolucionario del simbolismo reformista en *Doña Bárbara* consiste en romper, según Miliani, con "el literaturismo agudo de prosas preciosas", una manera de deshacerse de la abulia de 'torre de marfil' modernista, sentir hondamente la patria, "el 'dolor de patria' leído en el poeta social portugués Abilio Guerra Junqueiro". Además, como también propone Miliani, "la voluntad de cambio social armonioso".

La concepción reformista social en Gallegos se identifica siempre a través de la existencia de un personaje mesiánico reformista, erigido como eje de una catarsis colectiva. Santos Luzardo, obviamente, es quien viene a impactar de manera redentora la vida de varios personajes en la novela. Sin embargo, es Doña Bárbara quien experimenta mejor la evolución reformista a través del discurso ético civilizador que propone Luzardo. En la conferencia "La mujer pura sobre la tierra", Gallegos afirma: "... no he compuesto a Doña Bárbara, sino para que (...) su tremenda figura contribuya a que nos quitemos del alma lo que de ella tengamos".

He ahí el sentido didáctico que persigue y logra Gallegos en esta obra narrativa. Doña Bárbara deja de ser el símbolo rígido de la mujer bárbara,

como sugiere el nombre del personaje, para proponer la tesis de cómo los elementos oscuros de la barbarie parecen "ante la fuerza moral de Luzardo", que simboliza la luz, la civilización.

El efecto neutralizador del simbolismo reformista lo hallamos en cómo evoluciona el personaje femenino protagónico. Por ejemplo, en la escena en que Doña Bárbara, quien había realizado muchos asesinatos a sangre fría, baja el arma −demoledora de la barbarie− que empuñaba contra

su hija cuando una "pura luz de estrellas" se le refleja en la mirilla de la misma "es −al decir de Miliani− simbólicamente una neutralización de la tiniebla". Nace en el alma de la despiadada mujer "una emoción maternal, desconocida para su corazón".

La función reformista de la simbología en la novela opera a través de una tropología audaz, en que Marisela se erige como instrumento de la derrota y, al mismo tiempo, conduce a la exoneración espiritual de Doña Bárbara.

La primera adaptación cinematográfica de la célebre obra de Gallegos hace 78 años propició la mitificación de la novela y de la protagonista del filme, la actriz mexicana de belleza avasallante María Félix, quien desde entonces sería bautizada con el apelativo de "La Doña".



LEADING THE STATE IN

# STUDENT SUCCESS

IN A YEAR LIKE NO OTHER.

UNIVERSITY of SOUTH FLORIDA

USF.EDU/USFPBF

CHCCC-000025

# El deporte al día

(Viene de la página 1)

al llevar a las chicas Bulls a un récord de programa de 27 victorias. Logró ocho juegos de 30 puntos durante su carrera, incluido un récord de 35 contra Temple en 2014.

**El desempeño del dominicano Wander Franco despierta elogios**

Tras su gran debut en Grandes Ligas, el dominicano Wander Franco volvió a destacar comentarios positivos el pasado domingo al conectar-le un cuadrangular a Robbie Ray en la victoria de los Rays sobre los Azulejos en Buffalo.

"Simplemente buscaba un buen pitcheo", dijo Franco. "Obviamente, me salió y resultó en jonrón, pero simplemente buscaba un pitcheo para darle duro y hacer un buen contacto".

En lo que constituyó su tercer partido con dos imparables o más, Franco conectó un doble en el encuentro frente a Toronto. Al mismo tiempo, realizó una excelente jugada y un fuerte tiro para ponerle fin a la segunda entrada de los Azulejos. "Como hemos continuado diciendo, no hay preocupaciones ahí", comentó el manager de los Rays, Kevin Cash. "Sabemos que es un buen jugador. A veces, tienes que dejar que las cosas se arreglen por sí solas. Confiamos en que Wander estará bien", puntualizó.

**Arquero de la NHL muere tras ser impactado por fuegos artificiales**

Un forense en Michigan informó el pasado lunes que, de acuerdo con una autopsia, Matiss Kivlenieks, el arquero de los Columbus Blue Jackets de la Liga profesional de hockey sobre hielo, murió de un trauma en el pecho causado por el impacto de fuegos artificiales fuera de control, y no por una caída, como las autoridades informaron en un principio.

La policía en Novi, localidad del estado de Michigan, informó que la pirotecnia se desvió y apuntó a un grupo de personas reunidas en las proximidades la noche del domingo. Kivlenieks, de 24 años, estaba en un jacuzzi y trató de alejarse junto a otras personas, dijo el teniente de la policía Jason Meier.

El departamento de bomberos y los servicios de emergencia llegaron a la residencia privada poco después de las 10 de la noche y llevaron al deportista a un hospital, donde un médico certificó su muerte, dijo Meier.

**EE.UU. llevará 454 deportistas a Tokio 2020**

Estados Unidos, a través de un control técnico, anunció a los atletas que viajarán a los Juegos Olímpicos de Tokio 2020 para representar a la delegación de dicho país. Será la vigésimo novena participación del país de América del Norte en una justa veraniega y los estadounidenses son quienes ocupan la primera posición en el medallero histórico con más de 2 mil 500 preseas obtenidas:1022 de oro, 794 de plata y 705 de bronce.

Para los Juegos Olímpicos de Tokio 2020, 454 atletas serán los que porten la bandera estadounidense en sus uniformes y la delegación pronostica que se obtendrán cerca de 50 medallas de oro. La edición en la que más preseas doradas obtuvieron fue en Los Ángeles 1984, cuando consiguieron 83 metales de primer lugar.

Simone Biles, gimnasta artística de 24 años, y Caeleb Dressler, nadador de la misma edad, son los que encabezan

la delegación estadounidense y se espera que dominen en el Centro de Gimnasia de Ariake y en el Centro Acuático de Tokio. Ambos llegarán con la experiencia de unos Juegos Olímpicos disputados: Río 2016, donde la gimnasta ganó un total de cinco medallas y el nadador una presea.

Además de Biles y Dressler, Noah Lyles (atletismo), Allyson Felix (atletismo), Gwen Jorgensen (triatlón), Katie Ledecky (natación), David Boudia (clavados), Jordan Burroughs (lucha), Harrison Maurus (halterofilia), Kim Rhode (tiro), Dustin Johnson (golf), el equipo femenino de fútbol y los conjuntos nacionales de baloncesto tienen posibilidades de subirse en la cita bajo los cinco aros.

**Un miembro del equipo de remo serbio da positivo al llegar a Tokio**

Un miembro del equipo de remo serbio dio positivo por Covid-19 al llegar a Japón para preparar su participación en los Juegos Olímpicos de Tokio que se inaugurarán en alrededor de tres semanas, informó el pasado domingo la agencia japonesa *Kyodo* citando a funcionarios del Ministerio de Salud del país.

Las mismas fuentes dijeron que el atleta fue aislado en el aeropuerto de Haneda de Tokio y, según los informes, otros cuatro deportistas que viajaban con él fueron trasladados a una instalación cercana.

Los deportistas serbios tenían previsto viajar a un campo de entrenamiento en Nanto, en el centro de Japón, aunque los funcionarios del mismo dijeron que era probable que se cancelara.

El positivo del deportista serbio se produce después de que dos miembros de la delegación olímpica de Uganda dieran también positivo por Covid-19 hace una semana a su llegada a Japón.

Uno dio positivo en el aeropuerto de Narita, cerca de Tokio, pero al resto del equipo se le permitió viajar a una sede de entrenamiento. Más tarde se descubrió que un segundo miembro de la delegación ugandesa tenía también el virus.

Seiko Hashimoto, presidenta del Comité organizador de los Juegos de Tokio 2020, dijo el viernes que más de 500 participantes habían llegado a Tokio sin incidentes.

Aproximadamente 11 mil atletas olímpicos y 4400 paralímpicos llegarán a Tokio, además de decenas de miles de entrenadores, jueces y oficiales olímpicos. Muchos temen que la afluencia aumente los casos de Covid-19 en todo el país.

Los organizadores aún no han decidido si permitirán a los aficionados locales entrar en las instalaciones olímpicas. La presencia de espectadores procedentes del extranjero fue prohibida hace meses, pero hace dos semanas los organizadores dijeron que permitirían que las sedes olímpicas se llenaran al 50% de su capacidad hasta un máximo de 10 mil personas.

Con el aumento diario de nuevas infecciones en Tokio, sin embargo, se espera que los organizadores locales se reúnan esta semana con el Comité Olímpico Internacional y otros y bajen el límite o eliminen a los espectadores por completo.

Tokio informó de 518 nuevos casos el domingo, lo que marca el decimoquinto día consecutivo en que las infec-

ciones han aumentado desde los niveles de una semana antes. El sábado pasado, los nuevos casos llegaron a 716, el más alto en las últimas cinco semanas. Los medios de comunicación japoneses han informado de muchos escenarios posibles, que incluyen: ningún espectador en absoluto; ninguno en la ceremonia de apertura el 23 de julio; límites para los aficionados en los eventos nocturnos; bajando el límite en todos los lugares a 5 mil.

Sin embargo, la opción de unos Juegos a puerta cerrada está ganando adeptos en los últimos días al ser la más segura para la salud de todos.

**Países participantes en los Juegos Olímpicos 2020: – Gambia (GAM) –**

En los Juegos Olímpicos 2020 se espera participen 206 delegaciones y alrededor de 11 mil deportistas de América, Europa, Asia, África, Oceanía, un equipo olímpico de atletas refugiados, así como otro de deportistas independientes. Se mantendrán todos los deportes olímpicos de la edición de Río de Janeiro 2016 y se añadirán cinco: el béisbol (sóftbol en la modalidad femenina), el karate, el surf, el monopatinaje y la escalada.

De forma gradual, hasta la fecha de inauguración de los Juegos, el 23 de julio de 2021, iremos ofreciendo (por orden alfabético) una información concisa de los países participantes junto a la sigla para el Comité olímpico internacional (COI) que identifica a cada uno.

La República de Gambia es una nación de África occidental. Se encuentra rodeada en su totalidad por Senegal,



excepto en la desembocadura del río Gambia en el océano Atlántico. Su capital es Banjul, aunque su mayor ciudad es Serekunda. El país está situado en la ribera del río Gambia, que le da nombre, y que discurre por el centro del mismo con desembocadura en el océano Atlántico. El país es el mas pequeño de África Continental y el sexto mas pequeño de África, con 10 300 km² de superficie y una población estimada de 2.348 millones (2019).

La nación está representada por el Comité Olímpico Nacional de Gambia, creado en 1972 y reconocido por el Comité Olímpico Internacional en 1976. Ha participado en 9 ediciones de los Juegos Olímpicos de Verano, la primera presencia de la delegación gambiana en estos Juegos tuvo lugar en Los Ángeles 1984. No ha obtenido ninguna medalla todavía.

El país boicoteó los dos primeros Juegos olímpicos en que fue elegible (1976 y 1980). Hizo su debut en Los Ángeles 1984, enviando a diez atletas (seis hombres y cuatro mujeres) que compitieron en pruebas de carreras. Amie N'Dow fue la única gambiana que superó las primeras eliminatorias y alcanzó los cuartos de final de los 200 metros femeninos. A Seúl 1988, asistieron seis deportistas: tres atletas (dos hombres y una mujer) y tres luchadores (todos hombres). El abanderado Dawda Jallow llegó a los cuartos de final de los 400 metros masculinos.

En Barcelona 1992, la delegación de Gambia estuvo compuesta por cinco atletas hombres, cuatro de las cuales

integraron el relevo masculino de 4x100 metros. Por primera vez desde que el país debutó en 1996, la delegación creció a nueve atletas, la única mujer fue Adama Njie. El saltador de longitud Ousman Sallah fue el único no corredor, mientras que Dawda Jallow portó la bandera por tercera ocasión consecutiva, así como fue el único gambiano en competir en cuatro ediciones.

A Sydney 2000, Gambia envió sólo dos atletas (Adama Njie y Pa Mamadou Gai), siendo Njie la primera mujer abanderada del país. En Atenas 2004, el país mantuvo el mismo número de participantes. Fueron los terceros olímpicos de Njie. Por su parte, Jaysuma Saidy Ndure portó la bandera, y alcanzó los cuartos de final tanto de los 100 como de los 200 metros. A Pekín 2008, Gambia envió tres deportistas, entre ellos el primer boxeador olímpico del país (su abanderado Badou Jack), quien perdió ante Vijender Singh de India en la primera ronda, mientras que solo los corredores Suwaibou Sanneh y Fatou Tiyana no superaron las primeras eliminatorias.

Dos atletas de pista y campo, Suwaibou Sanneh y Saruba Colley, integraron la delegación de la pequeña nación africana en Londres 2012. Colley no pudo pasar de la primera ronda de los 100 metros femeninos, pero Sanneh llegó a las semifinales de los 100 metros masculino, estableciendo récord nacional de 10.18 segundos.

A Río 2016, Gambia asistió con la mayor delegación en su historia, y la primera en sumar integrantes de más de dos deportes. Adama Jammeh y Gina Bass (la abanderada y única mujer del equipo) corrieron en los 200 metros, mientras que Faye Njie y Pap Jonga se convirtieron en los primeros gambianos en competir en judo y natación en una edición olímpica, respectivamente.



# 86 MILLONES
## DE ESTADOUNIDENSES
## INCLUSO USTED,
## TIENEN PREDIABETES.
PERSONA-INCRÉDULA-A-PUNTO-DE-VERIFICAR-ESTE-DATO.

PodriaTenerPrediabetes.org

Text SABER to 97779

Ad Council   American Diabetes Association   AMA   CDC

La tarifa de mensajería y datos podría aplicarse. Responda STOP para dejar de recibir estos mensajes. Sin obligación de compra. account.org/About-Us/Privacy-Policy

CHCCC-000026

Case 8:22-cv-01977-MSS-SPF   Document 36-5   Filed 06/29/23   Page 8 of 41 PageID 790
USCA11 Case: 24-10748   Document: 36-5   Date Filed: 07/30/2024   Page: 156 of 248

# Info Bahía

**El Straz Center anuncia el regreso al Ferguson Hall de la serie "National Geographic Live"**

Esta popular serie incluye:

-Zoltan Takacs: los salvavidas más mortíferos. Martes, 25 de enero de 2022.

Los venenos de animales más mortíferos de la tierra son una fuente de una serie de medicamentos que salvan vidas y se utilizan para tratar todo, desde ataques cardíacos hasta diabetes. Sin embargo, existen millones de toxinas venenosas en la naturaleza que permanecen sin explorar. El científico biomédico, inventor y explorador de National Geographic, Zoltan Takacs, recolecta venenos de serpientes, escorpiones, medusas y otros venenos de todo el mundo. De vuelta en el laboratorio, utilizando genómica de vanguardia, crea bibliotecas de veneno combinatorio para identificar pistas de medicamentos novedosos.

-Anand Varma: maravillas invisibles. Martes, 15 de febrero de 2022

En manos del fotógrafo de National Geographic Anand Varma, una cámara no es sólo una herramienta para capturar lo que ve, es una forma de iluminar las capas de belleza y complejidad que de otra manera estarían ocultas a nuestro ojo desnudo. Ha dedicado años de su vida a desarrollar técnicas innovadoras, incluso construyendo algunos de sus propios equipos, para crear imágenes íntimas, dramáticas y sorprendentes de la naturaleza. Su objetivo final: despertar una sensación de asombro sobre nuestro mundo.

-Rae Wynn-Grant: La vida secreta de los osos. Martes, 22 de marzo de 2022.

Como científico de la iniciativa Últimos Lugares Salvajes de la National Geographic Society, el Dr. Rae Wynn-Grant trabaja para proteger y restaurar poblaciones de vida silvestre icónicas: osos pardos, bisontes, berrendos, pumas y más. Pero hay obstáculos: carreteras, cercas y ranchos ganaderos entrecruzan el hábitat de estos animales tan variados. Únase a este ecologista carnívoro comprometido para una mirada fascinante dentro de las vidas secretas de los osos y un informe desde la primera línea de la misión para ayudar a los humanos y carnívoros a coexistir pacíficamente.

El Straz Center ha recibido un sello de aprobación del servicio de consultoría del Hospital General de Tampa, TGH Prevention Response Outreach (TPRO), para nuestros protocolos de reapertura en todo el campus. Esta asociación con TPRO ayudará a mantener a todos seguros y saludables mientras estén en el campus de The Straz. Para obtener más información, visite aquí.

Ferguson Hall estará funcionando a plena capacidad para esta serie.

Los titulares de boletos de temporada existentes para "National Geographic Live" están siendo notificados por correo electrónico y deben renovarse antes del 1.º de septiembre para garantizar sus asientos. Los precios del paquete de temporada de tres espectáculos oscilan entre 86 y 66 dólares. Los boletos individuales salen a la venta al público el 20 de septiembre de 2021. Para obtener más información, llame a la oficina de venta de boletos del Straz Center al 813-229 7827) y si está fuera del área de la bahía de Tampa al 800-955 1045.

Para obtener más información sobre los próximos eventos del Straz Center visite www.strazcenter.org.

# OBITUARIO SEMANAL LATINO

**Francisca Cruz López,** falleció el 26 de junio de 2021, a la edad de 71 años. Le sobreviven familiares y amigos.

**Ernesto Lugo,** falleció el 24 de junio de 2021, a la edad de 88 años. Le sobreviven familiares y amigos.

**Eleodoro Mederos,** falleció el 4 de julio de 2021, a la edad de 93 años. Le sobreviven un hermano, seis hijos, así como otros familiares y amigos.

**Donna Mónaco,** falleció el 2 de julio de junio de 2021, a la edad de 62 años. Le sobreviven familiares y amigos.

**Calvin Pimienta,** falleció el 30 de junio de 2021, a la edad de 76 años. Le sobreviven familiares y amigos.

**Alba Salgueiro,** falleció el 4 de julio de 2021, a la edad de 94 años. Le sobreviven familiares y amigos.

**Ceferino Suárez,** falleció

el 1.º de julio de 2021, a la edad de 84 años. Le sobreviven familiares y amigos.

**Thomas DeMario,** falleció el 27 de junio de 2021, a la edad de 28 años. Le sobreviven familiares y amigos.

**Doreen Maruna,** falleció el 30 de junio de 2021, a la edad de 62 años. Le sobreviven familiares y amigos.

**José Díaz,** falleció el 24 de junio de 2021, a la edad de 68 años. Le sobreviven familiares y amigos.

**Danny Stallo,** falleció el 24 de junio de 2021, a la edad de 67 años. Le sobreviven familiares y amigos.

**Tony Jiménez,** falleció el 28 de junio de 2021, a la edad de 84 años. Le sobreviven familiares y amigos.

**Juanita Mojica "Jenny",** falleció el 29 de junio de 2021, a la edad de 84 años. Le sobreviven familiares y amigos.



**BOZA & ROEL**
FUNERAL HOME

*En Memoria De*

Luis Morales Serrano  
Louis C. Rodriguez  
Ybor Encarnacion  
Rene Olivera  

Silos F. Gonzalez  
Alminda Arce  
Roland A. Blanco  
Robert J. Molloy  

4730 N. Armenia Ave.
877-7676
*Se Habla Español*

## Las vacunas contra el Covid-19 nos protegen a todos



Los casos de COVID-19 aumentaron un 10% en Estados Unidos durante la última semana y la variante Delta podría convertirse en la cepa dominante. La variante es más transmisible que la mayoría de las otras cepas, pero también sabemos que las vacunas funcionan bien contra ella.

Existe una clara evidencia de que las vacunas funcionan bien en el mundo real. Las personas que eligen no aplicárselas están poniendo sus vidas –y las de quienes las rodean– en un riesgo innecesario.

Los datos preliminares de un grupo de estados revelan que más del 99% de las muertes en los últimos seis meses ocurrieron entre personas no vacunadas, dijo la semana pasada la directora de los Centros para el Control y la Prevención de Enfermedades de EE.UU. (CDC), la Dra. Rochelle Walensky, sin citar detalles.

Podemos ver qué tan bien funcionan las vacunas en el panorama más amplio y las tendencias de muerte al observar uno de los grupos con más probabilidades de vacunarse: los estadounidenses mayores.

Según los CDC, los estadounidenses de 50 años o más representan el 27% de las infecciones por Covid-19 en los datos preliminares de junio. Los datos más completos de mayo los tienen como el 26% de todos los casos.

Este es un cambio significativo con respecto a diciembre de 2020. En ese entonces, el 35% de todos los casos estaban entre las personas de 50 años o más. Los estadounidenses de 50 años o más constituyen el 36% de la población.

Por supuesto, las personas mayores son más propensas a sufrir enfermedades graves y la muerte, y eso lo vemos en las cifras. En mayo y junio, el 91% de las muertes relacionadas con Covid-19 se produjeron

entre personas de 50 años o más. Incluso así, esto está por debajo de diciembre de 2020, cuando representaron el 96% de todas las muertes relacionadas con Covid-19.

También observamos que un poco más del 70% de las personas de 50 años o más se han vacunado por completo. De todos los adultos, únicamente el 58% se ha vacunado por completo. Entre todos los estadounidenses, sólo el 47% de los estadounidenses se han vacunado.

Los mayores de 65 años tienen aún mas probabilidades de vacunarse. Casi cuatro quintas partes (78%) de este grupo se han vacunado por completo. Hay que recordar que los estadounidenses de edad avanzada fueron de los primeros en tener acceso a la vacuna, después de los trabajadores de la salud.

Una razón por la que se han vacunado más estadounidenses mayores es que el partidismo es un factor menos importante. Cuando tomamos un promedio de las encuestas Axios/Ipsos de finales de mayo y principios de junio, es más probable que los demócratas mayores (50 años o más) digan que se han vacunado que los republicanos mayores, 86% frente a 64%. Esa es una brecha clara, sin duda, pero consideren la diferencia partidista entre los menores de 50 años.

Entre los adultos de 18 a 49 años, los demócratas (74%) tenían 38 puntos más de probabilidades de decir que habían recibido una vacuna de Covid-19 que los republicanos (36%).

Las personas no vacunadas son "fábricas de variantes", dice un experto en enfermedades infecciosas.

La buena noticia es que la parte más vulnerable de nuestra población es la que tiene más probabilidades de vacunarse.

Aun así, los jóvenes pueden transmitirlo a otros y morir a causa de él, y nadie debería querer contraer Covid-19.

Todos los que puedan, deben vacunarse. Eso salvará vidas.

Biden advierte a los no vacunados sobre la variante delta: "Vacúnense ahora, háganlo y ya, por ustedes y por la gente que le importa".

"La lucha contra el virus no ha terminado. Ahora mismo, millones de estadounidenses siguen sin estar vacunados, ni protegidos. Y por ello, la comunidad, sus amigos, están en riesgo. Aún más preocupante, por la variante delta. Hoy, hablamos de lo que la variante delta ha causado: más de la mitad de los nuevos casos en este país, es más transmisible, más peligrosa potencialmente y podría traer nuevos planteamientos. Todo mundo debería pensarlo, especialmente los jóvenes que han considerado que no era necesario vacunarse. La buena noticia es que las vacunas son muy eficientes, los estadounidenses plenamente vacunados están muy protegidos incluyendo contra esta variante Delta", dijo el presidente Joe Biden en un mensaje a la nación en el que urgió a los estadounidenses a vacunarse si aún no lo han hecho, debido a la expansión de la variante Delta.

# HOROSCOPOS

Del 9 al 15 julio de 2021

**ARIES: del 21 de marzo al 20 de abril**

Cuida tus modales. La cortesía abre puertas. Es mejor forzar una sonrisa en tus interlocutores que conseguir de ellos una mueca. Tus buenas acciones serán más reconocidas de pendiente de cómo las ejecutas.

**TAURO: del 21 de abril al 20 de mayo**

Reiníciate, apresúrate para crecer. No temas. La posibilidad de hacer una buena inversión se pone al alcance de tu mano. La vida es una constante competencia y por lo tanto es necesario combatir a diario. Debes luchar contra el entorno y defender tus conquistas.

**GÉMINIS: del 21 de mayo al 20 de junio**

Disfruta lo que has obtenido hasta ahora en la vida, porque así te lo has merecido. Nada se te ha dado de gratis. Afortunadamente eres dueño de una sabiduría práctica que te permite encontrar las soluciones más adecuadas a cada problema. Cuídate en los próximos días de firmar contratos o compromisos a largo plazo. Prudencia y cautela son las recomendaciones.

**CÁNCER: del 21 de junio al 22 de julio**

La búsqueda de la perfección puede causar que no puedas hacer todo lo que te han propuesto. Cuida la salud. Un empeño exagerado en el trabajo te puede conducir a estados de agotamiento peligrosos. Procura cumplir todos los compromisos y tómate un descanso prudencial.

**LEO: del 23 de julio al 23 de agosto**

Tus aciertos producirán mayor admiración influidos por la novedad. Posees carácter e inteligencia, dos cualidades que juntas construyen la buena suerte. Se puede ser inteligente, pero si no hay buena disposición de carácter es probable que el fracaso identifique muchas de tus acciones.

**VIRGO: del 24 de agosto al 23 de septiembre**

El ignorante estará siempre en la oscuridad y no encontrará el camino de la felicidad. Cultiva el valor para que la sabiduría sea útil. En el trabajo debes hacerte indispensable. Ejecutado bien y hazlo notar. Es necesario recoger bien la ocupación, la ubicación de tu hogar y los amigos.

**LIBRA: del 24 de septiembre al 23 de octubre**

Lo esotérico, lo misterioso, lo oculto y lo mágico identifican tu quehacer. Conserva los secretos de tu actividad profesional. A los demás le interesan sólo los resultados, no el cómo lo logras. Tienes que mantener la expectativa y la curiosidad.

**ESCORPIO: del 24 de octubre al 22 de noviembre**

En el amor el ambiente se puede agriar por la presencia de personas extrañas. Trata de buscar la soledad y de conversar en un ambiente aislado con la persona que amas. Mantén un silencio recatado sobre lo que no debes revelar. Preocúpate por tu formación y progreso intelectual.

**SAGITARIO: del 24 de noviembre al 23 de diciembre**

El trato amigable es la mejor manera de conservar las amistades. Tu contacto con personas preparadas se convierte en escuela para ti. El gusto de la conversación debe complementarse con la utilidad del aprendizaje.

**CAPRICORNIO: del 24 de diciembre al 20 de enero**

Disímula lo que no te satisface y resalta lo mejor de ti. Una piedra preciosa sin tallar no vale tanto ni las hermosa ni tan valiosa. Acepta los halagos, pero no te envanezcas con ellos. Evita perder el tiempo con personas que no te aportan nada.

**ACUARIO: del 21 de enero al 19 de febrero**

No pretendas jamás derrotar a tu superior jerárquico. No corretas el error de llevar tus pasiones al plano laboral. Eso afectaría tu reputación. Si provienes de una nación a la que se le atribuyen determinadas características negativas, demuestra con tu conducta el error de quienes generalizan.

**PISCIS: del 20 de febrero al 20 de marzo**

Recibirás un inesperado regalo. Los pequeños problemas que has venido confrontando los superarás gracias a la ayuda de una persona que con su espiritualidad innata te llenará de consejos provechosos y te asesorará en cuanto al camino que debes seguir para obtener lo que te propones en la vida. No hagas caso de críticas injustas y marcha hacia adelante.

CHCCC-000027

# La Pagina Italiana

di Angela Amenta

## Storia Giro d'Italia : la storia e gli eroi della gara a tappe ( parte 1)

È il 13 maggio 1909. Giovanni Giolitti guida il suo terzo governo e Filippo Tommaso Marinetti ha da poco firmato, su Le Figaro, il Manifesto del Futurismo.

Ma quel giorno passerà alla storia perché il ventenne romano Dario Beni si aggiudica la prima tappa del primo Giro d'Italia. Partenza da Milano e arrivo a Bologna dopo 397 chilometri.

Beni ci mette più di 14 ore a concludere la sua cavalcata trionfale. Alla fine, però, quel Giro lo vinse il muratore varesino Luigi Ganna che, all'Arena di Milano, dichiarò... «Me brùsa tanto el cül»

108 anni dopo quel 13 maggio, il Giro celebra se stesso e la sua storia fatta di tanti chilometri: il Giro d'Italia 2017 è l'edizione numero 100 della gara a tappe perché la corsa non si disputò durante i due conflitti mondiali. Ecco alcuni aneddoti storici poco noti del Giro.

1923: LA SFIDA DEGLI "ISOLATI". Sfogliando le prime classifiche del Giro d'Ita-

lia, sotto il nome del vincitore, salta all'occhio un secondo nome. Ernesto Azzini nel 1909. Ezio Corlaita nel 1910. Giovanni Gerbi nel 1911.

Anche questi, in un certo senso, sono vincitori. Ma di una categoria particolare, quella degli "isolati". Cioè quelli che gareggiano senza squadra e senza sponsor. Corrono perché sperano di guadagnare qualcosa in più che lavorando nei campi oppure in fabbrica. Si fanno aiutare da comitati locali, dai mecenati dello sport e, spesso, dalle collette dei loro compaesani. Prima della partenza, gli isolati consegnavano il loro bagaglio all'organizzazione che glielo faceva trovare all'arrivo. Così, dopo dieci o anche dodici ore in sella, recuperato il bagaglio, dovevano procurarsi da mangiare e un tetto (o un fienile!) sotto cui dormire. Anche Ottavio Bottecchia è stato un "isolato" prima di vincere due volte il Tour de France.

1933: BINDA E GUERRA

ALL'ULTIMO COLPO. Alla prima tappa della 21a edizione del Giro è già battaglia tra i due contendenti alla vittoria finale: Alfredo Binda e Learco Guerra. Binda è il vecchio campione, Guerra il giovane sfidante. A Torino la spunta Guerra che attacca il rivale mentre questo è sceso dalla bici per un contrattempo. Ma il giorno dopo, sul passo della Scoffera, la maglia rosa va in crisi di fame e rischia di piantarsi. Gli viene in soccorso il patron del Giro, Armando Cougnet, offrendogli una scatola di biscotti (sembra che il corridore se la sia mangiata con la carta!). La maglia rosa torna sulle spalle di Binda che, appena viene a sapere dell'accaduto, protesta vivacemente. Guerra aspetta il momento del riscatto e, a Grosseto, aiuta il belga Jeff Demuysere a strappare la maglia rosa a Binda. Ma non è ancora finita: all'Ippodromo romano di Villa Glori Guerra finisce a ruote all'aria e denuncia una gomitata dell'avversario. Ma

la giuria dice che la caduta è stata causata da una siepe. Guerra torna a casa e Binda vince il Giro.

Nessuno è mai riuscito a vincere più di 5 volte il Giro d'Italia, e a questo traguardo sono arrivati solamente Alfredo Binda, Fausto Coppi e Eddy Merckx.

1948: TRA I DUE LITIGANTI... Nel 1948 gli italiani aspettano il Giro d'Italia per gustarsi il duello tra Fausto Coppi e Gino Bartali. Invece salta fuori Fiorenzo Magni che con una lunga fuga guadagna 13 minuti sui due campioni. Bartali è un po' in affanno. Coppi, invece, attacca alla sua maniera. Vince a Cortina, guadagnando quattro minuti. Il giorno dopo Coppi è ancora all'attacco. Magni, invece, va in crisi nera. E, sul Pordoi, rischia il crollo. Lo tengono i piedi, nel vero senso della parola, gli operai della Wilier Triestina (la marca della sua bicicletta), reclutati appositamente per dare una mano al corridore toscano. Il Campionissimo vince e rastrella altri tre minuti. Ma non basta perché Magni è sempre maglia rosa (per 2 minuti e 11 secondi). La Bianchi protesta per le spinte e la giuria decide di penalizzare Magni di due minuti. Coppi si ritira per protesta. E i suoi tifosi, al Vigorelli di Milano, fischieranno sonoramente Fiorenzo Magni, il vincitore inatteso.

1967: IL CANNIBALE. Nella sua carriera Eddy Merckx ne ha più di tutti: 426 trionfi. Ma non si è mai saziato. Da febbraio a ottobre, per tutte le stagioni da professionista, è sempre stato affamato di vittorie. Non lasciava nulla agli altri, neppure le briciole. Neppure le tappe meno importanti, le corsette. Un esempio: Giro di Sardegna del 1967, tappa Sassari-Cagliari. Aldo

Pifferi si trova in fuga autorizzata dal gruppo: aveva chiesto il permesso di andare avanti a fare un bisognino! La gara va lentissima, Pifferi rispetta le consegne e attende il gruppo. Ma dopo un po' si spazientisce. E comincia a fare sul serio, gioca con il comportamento degli altri corridori. Nessuno pare intenzionato ad andare a riprenderlo. Nessuno tranne Eddy Merckx. Il belga mette alla frusta i gregari della Molteni e riprende il Pifferi. Lo raggiunge a 300 metri dal traguardo e lo beffa poco prima del traguardo. Non per cattiveria. È semplicemente voglia di vincere. Cose da Cannibale!

Sono gli anni di Fausto Coppi quando, nel 1940, si aggiudica il suo primo Giro d'Italia. Il più giovane trionfatore nella storia della manifestazione.

1979: ATTENTI A QUEI DUE. Alla fine degli anni 70, Moser e Saronni infiammano l'Italia come ai bei tempi di Coppi e Bartali. Francesco Moser è quasi all'apice della carriera quando parte, da favoritissimo, per il Giro d'Italia del 1979. Ma a vincere è Beppe Saronni.

È l'inizio di una rivalità aspra, spigolosa, fatta di veleni e cattiverie assortite. Nel 1980 Moser conquista la sua terza Parigi-Roubaix. Saronni sbotta: «Questa gara è un ciclocross da abolire». Alla Tirreno-Adriatico dell'anno seguente Saronni si lascia scappare un perfido «... quello là vado a prenderlo anche con le scarpe da tennis». Ma vince Moser.

Quello stesso anno, al campionato italiano, altri rischiano di toccarsi e finire a terra. Saronni ci va pesante: «Se non sai stare più in bicicletta è meglio che ti ritiri».
https://www.focus.it/cultura/storia/giro-di-italia-2017-la-storia-del-qiro



WE'RE ALL EQUIPPED WITH LIFE SAVING DEVICES

If an adult suddenly collapses, perform Hands-Only™ CPR.

 Call 911 then push hard and fast in the center of the chest.

Hands can do incredible things.

 handsonlycpr.org  American Heart Association — Learn and Live



## Today Can Be Different
By Sheryl Boldt

### Are you an impasta?

What do you call a piece of spaghetti wearing a false mustache? An impasta!

All levity aside, there's nothing funny when someone deceives or lies to us. In fact, there's no better way to sabotage a relationship.

Being an impasta can manifest itself in other ways, too, such as when we hand in false expense accounts or take credit for someone else's work.

Could being an impasta also include exaggerating about our successes or skills? Ouch. It's scary how easy it is to lie or exaggerate about ourselves, thus compromising our integrity.

If we're honest (while discussing our lack of honesty), could we admit that even those of us who profess to be Christ-followers struggle with this sin? Perhaps we should all ask God to show us areas we're living as an impasta.

Our questions shouldn't be, "What little white lie or exaggeration can I get away with and still be Christlike?" or "What kind of behavior can I get away with and still be okay with God?"

Rather, we should ask our-

selves, "How can I behave in such a way as to reflect the One Who made me in His image?"

Read Ephesians 4:25 (ESV), taking special notice of the last phrase: "Therefore, having put away falsehood, let each one of you speak the truth with his neighbor, for we are members one of another."

If we live and speak dishonestly to those we do life with, we not only compromise our Christian witness, we cheapen our relationships. Our friends will never get to know the real us. And worst, we will eventually lose sight of what's true and not true about ourselves and others.

Is lying, for whatever reason, worth the price of losing others' respect for us? Or our self-respect?

Greater still, is it worth grieving our heavenly Father?

Let's choose not to be an impasta. Especially a Christian impasta.

(This article has been revised from my archives.)

Sheryl H. Boldt is the author of the blog, www.TodayCanBeDifferent.net. Connect with her at SherylHBoldt@gmail.com.

CHCCC-000028

# In Context
### By Doris Weatherford

**IT'S A GOOD DAY ...**

... when you don't have to check the news repeatedly to keep up with Donald Trump's latest atrocity. Not that he isn't trying, but since the many attacks that his supporters have perpetrated on journalists, the media isn't cooperating with free publicity anymore. Things have calmed down to the point that public life is kind of boring, which is the way it should be.

There could not be a greater contrast between Melania Trump and Dr. Jill Biden, which reminds me: when I wrote about Dolley Madison and the 1814 invasion of the capitol (by British soldiers, not American civilians like last January), a reader asked about my favorite first ladies. Of course Democrats Eleanor Roosevelt and her acolyte, Hillary Clinton, are the best, as well as Michelle Obama. She kept her excellent reputation with the public by largely staying out of politics, while Hillary and Eleanor fearlessly waded in to fight for the underdog. But what I want to talk about today is a Republican woman who should be better known, from the days when some Republicans were proudly liberal, especially on matters of race.

Lou Henry married Herbert Hoover after her 1898 graduation from Stanford University, where she was the first woman to earn a degree in geology. Like all too many women of her time, she never used the degree in paid employment, but she did actively participate in her husband's international mining business. She and their two young children traveled with him to Egypt, India, Russia and more. China was especially troublesome, as miners there rebelled against the presence of a woman underground. They were sure she would cause a cave-in.

While a young wife and mother, she also studied at the London School of Mines and published several technical articles, as well as a complex translation of a 16th Century mining textbook. For that, she received the Gold Medal of the Mining and Metallurgical Society. The couple was in London when World War I began, and Lou Henry Hoover demonstrated her innate organizational skills by working in war relief. A lack of food quickly became a serious problem in Europe, and she returned to the U.S. to rally Americans on the need for conservation of that and other resources.

**LOU HENRY HOOVER, CONTINUED**

After the war, when Herbert Hoover became active in Republican politics, she concentrated on two organizations that emphasized girls and women. Lou Henry Hoover was a co-founder of the Women's Division of the National Amateur Athletic Association, and from 1917 to 1944, she served on the national board of the Girl Scouts. During that time, the Girl Scouts grew from ten thousand to over a million members. She made speeches saying "girls can do anything" -- yet at the same time, she opposed the entrance of women into the Olympics. She thought that its degree of competitiveness was inappropriate for women.

Her most important contribution to the American scene, though, was when, as first lady, she invited wives of congressmen to the White House -- including Jessie DePreist, who was married to an African American representative from Chicago. Although the first lady was careful to include only women she knew would not be offended, the press got hold of the story and there was a huge national uproar. A Washington newspaper editorial denounced Hoover for "defiling the White House," and a Mobile paper deemed it "an arrogant insult to the South" that "has harmed Mr. Hoover to a serious extent."

It's unlikely that Alabamans of that era would have voted for Hoover in any case, but some Northerners also joined the criticism. For the first time in history, state legislatures passed resolutions condemning a first lady. That began in Texas, but was followed by New Jersey and other states. This tumult was in 1929, Herbert Hoover's first year. When he ran for reelection in 1932, the Great Depression had set in and his wife's liberalism no longer was a reason why he lost to Democrat Franklin Roosevelt.

I've never seen a comment from Eleanor on this, but maybe I should read more of her voluminous writing. I have searched for years to get a first name for Mrs. Oscar DePriest, and now, through the magic of the internet, I finally know. He was the first African American elected to Congress after Reconstruction, and during his six-year tenure was the only one. He was succeeded by another African-American man, who was the first Democrat ever. Although it would take decades for all of the formerly "Solid South" to join the trend, the 1932 election -- and especially this race -- signaled the shift of African Americans from the Republican Party to the Democratic.

**JUSTICE RECONSIDERED**

Because of an order issued by President Joe Biden, a non-partisan commission of legal experts is examining fundamental reform of the judicial system, especially the Supreme Court. This arose because of the hypocrisy of Republican leader Mitch McConnell, who refused for a year to hold hearings on Barack Obama's nomination of the well-qualified Merrick Garland because -- McConnell said -- it was inappropriate to add a newcomer to the Court during an election year. Yet when a vacancy arose during the last weeks of the Trump administration, McConnell fell all over himself to have his Republican Senate confirm Trump's nominee. This commission is a result.

Most of us hold the Supreme Court as involute: like the Pope, its word is not to be doubted. Yet if we know any history, we know that isn't true. The Court has overruled itself many times during our national evolution. My favorite example of a really quick reversal is in labor law pertaining to women. In a 1905 case, Lochner vs. the United States, the Court ruled that state laws protecting women from long hours of work conflicted with an employer's right to establish schedules -- but just three years later, in Mueller vs. Oregon (1908), the court upheld Oregon's law creating a ten-hour maximum work day.

This is just one example of many reversed decisions. The most famous doubtless is Plessy vs. Ferguson, in which the court accepted racial segregation as legal; that was in 1890, and by 1954, it ruled in Brown v. Board of Education that Topeka's public schools could not exclude young Linda Brown simply because she was Black. Schools closed throughout the South as segregationists tried to evade the Court's order, but integration ultimately was achieved because of the federal government's executive branch. Both Republican Dwight D. Eisenhower and his successor, Democrat John F. Kennedy, used their presidential powers. And congressional segregationists lost respect because of their prolonged filibuster -- another thing to be reexamined.

**AMONG OTHER THINGS**

The Constitution gave Congress the power to establish a court system, and neither its size nor any number of other current issues are mentioned. Perhaps the most powerful of the rights the Court has assumed for itself is "judicial review," meaning the authority to strike down laws it deems unconstitutional. The commission's experts are considering ways to reduce this power. Some suggest that if the Court strikes down an established law, it must do so by a super majority. Another proposal is that Congress could override rulings with a supermajority, instead of the current -- and nearly impossible -- requirement for a constitutional amendment.

Since the 2000 presidential election, when in Gore vs. Bush, the Court stopped the recount of ballots here in Florida, it has nullified an increasing amount of legislation that was legitimately adopted by our elected representatives. In cases such as Citizens United, we have lost campaign finance laws that would have increased honesty. We also lost portions of the historic civil rights laws adopted in the 1960s, especially in voting. That should be a federal right, not a matter of so-called "states' rights." After all, we consider ourselves to be Americans first, not Alabamians or whatever.

Which reminds me: some speakers to this commission addressed the fact that Democrats have won seven of the eight last presidential elections -- but the people's votes don't decide who will occupy the White House. That decision is made by the Electoral College, an anarchism that should be abolished. This never will happen as long as the states with low populations have disproportionate power in the "college." The last time I looked, a vote in Idaho was worth sixteen times more than one in Florida, and that just isn't fair. An organization called National Popular Vote is working on this, and I ask you to please check it out.

All of these things and many more need serious debate, but Florida's lawmakers continue to evade profound issues by focusing on such things as trans girls playing basketball. When Marco Rubio comes around to ask for your vote next year, ask him instead about this stuff.

*doris@alweatherford.com*



**Kenny Simpson**
(813) 382-2214
SIMPSON G^TTERS
✉ simpsonservicesllc@gmail.com
📘 facebook.com/simpsonguttersllc

✓ 6" Seamless Gutters
✓ Damage/Leak Repair
✓ Leaf Protection
✓ Clean-Outs

WE ALSO OFFER:
Fascia & Soffit
Pressure Washing

Proudly serving Hillsborough and surrounding counties.



**florida this week**

Florida This Week, the area's longest-running primetime public affairs program, is the roundtable with variety.

Tune in Friday nights at 8:30!

Moderator Rob Lorei hosts a fresh panel of diverse political insiders for lively talk about the issues.

Florida This Week — people in the know, dialogue that matters to you.

Fridays 8:30pm
Sundays 12:30pm

WEDU PBS
wedu.org

**RAYMOND JAMES STADIUM WILL BE HOSTING A JOB FAIR FOR THE 20-21 SEASON**

DATE: SATURDAY JULY 24, 2021
TIME: 9:00 A.M. – 3:00 P.M.
LOCATION: 4201 NORTH DALE MABRY, TAMPA, FL.
PARKING: ENTER THRU LOT B OFF OF HIMES AVE.
PARTICIPATING COMPANIES ARE:
TAMPA SPORTS AUTHORITY – SEASONAL TICKET TAKERS, PARKERS, GUEST SERVICES
TAMPA SPORTS AUTHORITY – PART TIME MAINTENANCE/ Grounds
TAMPA SPORTS AUTHORITY – PART TIME CLEANING STAFF-EVENT SUPERVISORS, POST CLEAN Supervisors.
TAMPA SPORTS AUTHORITY – PART TIME ELECTRONIC SYSTEMS TECH
Hillsborough Tournament SportsPlex – Concession workers, Cooks and Parkers
SENTRY EVENT SERVICES – SECURITY, EVENT STAFF
LEGENDS – Cooks, Concessions Supervisors, Bartenders and more.
ALLIED UNIVERSAL SECURITY – SECURITY ACCESS CONTROL & PATROL
IF YOU NEED MORE INFORMATION PLEASE CALL – 813-350-6500
7/9/21LG 1T

**HILLSBOROUGH COUNTY AVIATION AUTHORITY (AUTHORITY)**

The Hillsborough County Aviation Authority is soliciting bids (ITBs) and proposals (RFPs, RFQs, and ITNs) for goods, services, construction and professional services. Interested parties may view solicitations and obtain documents at https://www.tampaairport.com/current-solicitation-opportunities. For assistance email ProcurementHelpline@TampaAirport.com or call 813-870-8796

# Orange County Events

*By Chloe Corwin*

**Thornton 2nd Thursday Wine and Art Walk**

The Thornton Park District Neighborhood will have a wine and art stroll in the Thornton Park District on Thursday, July 8, from 6:30 p.m. to 9:30 p.m. The cost of this event is $10. There are 25 stops along the way with art vendors, live music, DJ's and more on the walk. Dogs are encouraged to join their owners. The address for the event is Olde Town Brokers, 11 North Summerlin Avenue. For more information, contact Lisa Cuatt at director@thorntonparkdistrict.com or (407) 701-9382.

**Magical Artisan Market: Endless Summer**

Ivanhoe Park Brewing Company is hosting a Magical Artisan Market showcasing impacted members of the hospitality industry on July 10 from 12:00 to 5:00 p.m. at 1300 Alden Road, Orlando. The event is free and will have over 40 vendors, craft beers, food trucks, live entertainment, raffles and more.

**NNO Shred Event- Lake Nona Substation**

Safely dispose of your personal documents at the shred event on Saturday, July 17, from 9:00 a.m. to 12:00 p.m. at Lake Nona Substation, 10727 Narcoossee Rd., Orlando. Plastic trash bags and cardboard boxes cannot be shredded and will be returned after emptying contents. This is a contactless service where attendees drive through the designated area and workers will take the documents to be shredded. Attendees are encouraged to wear a mask while driving through.

**PFIZER VACCINATION SITE:Englewood Neighborhood Center Mobile COVID-19 Vaccine Site**

On Monday, July 12, from 2:30 p.m. to 5:00 p.m., there will be a pop-up COVID-19 vaccination site at Englewood Neighborhood Center, 6123 La Costa Dr., Orlando. The Pfizer vaccine will be administered until supplies run out. The site is for walk-ups only and there is no pre-registration available. Florida residents 18 years and older are eligible for the vaccine and those 12-17 are able to receive the vaccine with guardian consent at this site. The Johnson and Johnson vaccine is also available. There is no cost.

**PFIZER VACCINATION SITE:Rosemont Neighborhood Center Mobile COVID-19 Vaccine Site**

On Tuesday, July 13, from 2:30 p.m. to 5:00 p.m., there will be a pop-up COVID-19 vaccination site at Rosemont Neighborhood Center, 4872 Rose Bay Dr., Orlando The Pfizer vaccine will be administered until supplies run out. The site is for walk-ups only and there is no pre-registration available. Florida residents 18 years and older are eligible for the vaccine and those 12-17 are able to receive the vaccine with guardian consent at this site. The Johnson and Johnson vaccine is also available. There is no cost.

**PFIZER VACCINATION SITE: Dr. James R. Smith Neighborhood Center Mobile COVID-19 Vaccine Site**

On Wednesday, July 14, from 2:30 p.m. to 5:00 p.m., there will be a pop-up COVID-19 vaccination site at Dr.

James R. Smith Neighborhood Center, 1723 Bruton Blvd, Orlando The Pfizer vaccine will be administered until supplies run out. The site is for walk-ups only and there is no pre-registration available. Florida residents 18 years and older are eligible for the vaccine and those 12-17 are able to receive the vaccine with guardian consent at this site. The Johnson and Johnson vaccine is also available. There is no cost.

**PFIZER VACCINATION SITE: Citrus Square Neighborhood Center Mobile COVID-19 Vaccine Site**

On Friday, July 16, from 2:30 p.m. to 5:00 p.m., there will be a pop-up COVID-19 vaccination site at Citrus Square Neighborhood Center, 5625 Hickey Drive, Orlando The Pfizer vaccine will be administered until supplies run out. The site is for walk-ups only and there is no pre-registration available. Florida residents 18 years and older are eligible for the vaccine and those 12-17 are able to receive the vaccine with guardian consent at this site. The Johnson and Johnson vaccine is also available. There is no cost.

**PFIZER VACCINATION SITE: Wadeview Neighborhood Center Mobile COVID-19 Vaccine Site**

On Wednesday, July 21, from 2:30 p.m. to 5:00 p.m., there will be a pop-up CO-VID-19 vaccination site at Wadeview Neighborhood Center, 2177 S. Summerlin Avenue, Orlando The Pfizer vaccine will be administered until supplies run out. The site is for walk-ups only and there is no pre-registration available.

Florida residents 18 years and older are eligible for the vaccine and those 12-17 are able to receive the vaccine with guardian consent at this site. The Johnson and Johnson vaccine is also available. There is no cost

**Barkers Park Farmers Market**

Every Saturday and Sunday the Barker Park Farmers Market is open to the public from 9:00 a.m. to 2:00 p.m. Food vendors and live music are present for the public to enjoy. George Barker Park is located at 2000 Monte Carlo Trail, Orlando. For any questions, contact Karon Cannon at teacraze@yahoo.com or (407) 732-1807.

**Orlando Farmers Market**

The Orlando Farmers Market is bringing fresh produce and more to Lake Eola Park in Downtown Orlando on 20 N. Eola Dr., Orlando, every Sunday from 10 a.m. to 3 p.m. This market is family and dog friendly and COVID-19 restrictions will be in place with required mask wearing. Parking is located on the street nearby or in parking garages on South Osceola Ave and North Eola Dr. City directional signs will guide visitors to garages. ATMs are located at the farmers market. Fresh produce, crafts, jewelry, plants and baked goods are some of the featured products of the market.

**Costurera/o con Experiencia**

Pago por hora: $12 a $15 o dependiendo de la experiencia.

Typo de Empleo: Tiempo completo. Somos una empresa en constate crecimiento en el area de Costura Comercial y Residencial en Clearwater, Fl. Estamos buscando costurera/os con experiencia para que sea parte de nuestra empresa y se convierta en un futuro parte de ella a largo plazo, El futuro candidato/a debe ser versatil, dispuesto a trabajar individualmente, en grupo y con la disponibilidad de aprender dia a dia.

Requisitos importantes son:

• Tener experiencia en maquinas de coser industriales

• Trabajar en equipo y con volumen.

• Tener precision de costura y calidad.

Los horarios de trabajo es de Lunes a Viernes de 7:30am a 3:30pm y con la posibilidad de sobre tiempo los fines de semana o en temporada alta.

Si Ud esta interesada/o por favor llamar :

Mega Seating and Design 727-532-0500 preguntar por Delia

Tambien puedes aplicar visitandonos a nuestra oficina en: 2076 Sunnydale Blvd, Clearwater Fl 33765



Get back to being you at Hillsborough Community College. If you're considering college, you're heading in the right direction. If you're thinking of transferring, you're right on track. With hands-on learning, flexible schedules and convenient locations, HCC is the place where you can...be you. From enrollment to employment, it's all on your time/your terms. Be you at HCC.

**Register now for fall classes!**

hccfl.edu/registernow

*Hillsborough Community College subscribes to equity, access, diversity and inclusion.*

CHCCC-000030

# Chairman of the Bored
by Gene Sludut

# A Happy Divorce?

In the almost 22 years I've worked for *La Gaceta*, I've had the privilege to receive an embarrassment of riches in terms of marital advice. Countless times, couples have walked through our doors wanting to commemorate big anniversaries in the paper and I've been asking them the same question for over two decades.

What's the secret?

The most common answer has to do with a theme of not trying to change the other person. If you fall in love with someone and commit to that person, you are committing to that person, not who you hope he or she will become.

I've been married for a little over seven years, but I've always taken that advice to heart. My parents are

still married, so I believe I've had a good example to follow. My wife's parents are divorced, which gives her a different perspective than I in terms of "til death do us part," but we see eye-to-eye for the most part in what we believe makes our marriage successful and where we can use work.

At seven years of wedded bliss, I thought I had it figured out. That was until I came across a book called "Our Happy Divorce."

I am a bit of a talk radio junkie. I grew up with Howard Stern, and still listen to him most mornings on SiriusXM, but I often switch over to 102.5 for Mike Calta and the rest of the lineup of shows on the station.

One of the personalities

on102.5 is Ben Swig Heldfond. He is known as just Ben Swig and is probably the person whose politics and outlook agree with me the most on that station. I came across his show one Saturday morning and found myself unable to do anything other than listen to the program.

Swig was discussing his divorce from Nikki DeBartolo. I didn't know he was ever married, but there he was, in studio, with his ex-wife, talking about their book, the aforementioned "Our Happy Divorce." They didn't sound bitter with each other, they joked around and to my shock, not only had a healthy relationship, that healthy relationship extended to both of their new spouses.

How do two people graduate from the beginning of what should be a toxic divorce to a new loving relationship that extends to new partners? In the case of Swig and DeBartolo, it was their child, Asher.

I remember thinking it sounded like a bunch of BS, but the more I listened, the more plausible it sounded. I had to read that book.

"Our Happy Divorce" is more complicated than two people agreeing to be civil to each other for the sake of their child, but that theme is at the heart of their new relationship. Through honesty, forgiveness and love, DeBartolo and Swig forged a new relationship in which their love affair ended but their parenting strengthened.

The former couple, understanding the rarity of di-

vorce, ending amicably, set people who discovered their personalities were not meant for romance with each other- but could be used as a bedrock for a greater good and in turn, set an example for other divorcees.

I have a stack of books I've read a few chapters of laying around the house, unfinished for months and even years. I was unable to put down "Our Happy Divorce," not because I felt my marriage is troubled but because I realized most people don't have the honesty about themselves in their marriages that I see in

DeBartolo and Swig in their failed marriage.

I don't usually recommend books to anyone, but "Our Happy Divorce" is a must read for separating couples … and all the other couples. Shedding ego, honesty, forgiveness, sharing and love are themes in DeBartolo and Swig's book. Those actions should not be limited to divorcees but to all couples.

"Our Happy Divorce" can be purchased on Amazon. com and most places books are sold.

Gene Sludut can be emailed at *gsiudut@lagac-etanewspaper.com*.

## PORT TAMPA BAY
## INVITATION TO BID (ITB) B-007-21
## PROJECT NO. 01921
## GROUNDS MAINTENANCE SERVICES
## (SBE SET ASIDE)

Port Tampa Bay (PTB) is soliciting sealed bids from qualified contractors interested in providing all labor, materials, equipment, accessories, and services necessary or incidental to maintaining the exterior grounds at PTB facilities (approximately 300 acres). Interested firms must have an established reputation for experience, reliability, and ability to provide the required services.

**This project includes a Small Business Enterprise (SBE) Set-Aside Contract. To participate in this ITB, all prospective bidders must be registered as an SBE firm with PTB, Hillsborough County, or the City of Tampa prior to the submittal deadline.**

**PTB will hold a MANDATORY PRE-BID TELECONFERENCE on Thursday, July 15, 2021 at 10:00 am. PTB will only accept proposals submitted by firms participating in the teleconference.** See Instructions to Bidders Section of the bid document for teleconference details.

**Respondents not participating in the MANDATORY pre-bid conference will be precluded from submitting a proposal for this project.**

The ITB is only available from DemandStar (www.demandstar.com). Interested firms shall submit an electronic response via DemandStar no later than **August 5, 2021 at 1:00 p.m.**

Questions concerning this ITB should be directed to Lynne Joyce, PTB Procurement Department, at (813) 905-5035 or by email ljoyce@tampaport.com.

7/9/21LG  1T

## INVITATION TO BID

TLC Diversified, Inc. is soliciting cost proposals from qualified DM/DWBE Subcontractors and Vendors certified with Hillsborough County and the State of Florida for the Hillsborough County Woodberry Super Station Rehabilitation (RFQ -21805-1). Bid date is 7/16/2021. Please contact the Estimating Department at (941) 722-0621 for access to drawings / specs. The following scopes of work are needed, but not limited to, Photo, Video, Survey, Demolition, Concrete, Painting, Pipe Supplier, Supplier Building Materials, HVAC, Electric, and Instrumentation. TLC is an EEO Employer.

7/9/21LG  1T

## INVITATION TO BID

The **TAMPA SPORTS AUTHORITY** hereby issues Public Notice of its intention to receive bids for oak tree installation/planting at Raymond James Stadium. Bids shall be mailed to 4201 N. Dale Mabry Hwy., Tampa, FL 33607, Attention: Deltecia Jones, Procurement Manager.

Bids are invited for the following:

## BID #20-14
## OAK TREE INSTALLATION/PLANTING,
## RAYMOND JAMES STADIUM

## BID DUE DATE:

## MONDAY, JULY 19, 2021 NOT LATER THAN 10AM

Bid packages will be available for distribution via mail and/or request or can be downloaded from our website at https://www.tampasportsauthority.com/procurement-services after 10:00 am on Wednesday, June 23, 2021. Further details can be obtained by calling (813) 350-6511.

The TAMPA SPORTS AUTHORITY reserves the right to reject any and all bids, to waive irregularities, if any, and accept the bid, which in the judgment of the Authority, is determined to be in its best interest.

Dated at Tampa, Florida this 29th Day of June 2021.

/s/ Deltecia Jones
Procurement Manager
TAMPA SPORTS AUTHORITY

7/9/21LG  1T

# HOROSCOPES

**ARIES (March 21 to April 19)** You dislike waiting for promises to be fulfilled and for commitments to be kept, but resist your headstrong tendency to push things along. Your patience will be rewarded.

**TAURUS (April 20 to May 20)** Expect continuing opposition to your plans from die-hard detractors. However, your determination to see things through will carry the day. A Pisces has romantic ideas.

**GEMINI (May 21 to June 20)** You might be too close to a troublesome workplace situation to deal with it successfully. Step away in order to get a better perspective. A solution soon becomes obvious.

**CANCER (June 21 to July 22)** You might suspect that someone you trust has misled you on an important matter, but a more balanced view of things reveals a misunderstanding to be the culprit.

**LEO (July 23 to August 22)** The Big Cat's animal magnetism has rarely been

stronger. You can either just bask in all that admiration or use it to your advantage, especially in the workplace.

**VIRGO (August 23 to September 22)** Someone who previously balked at co-operating with you on a project suddenly has a change of heart. Accept both help and advice with grace.

**LIBRA (September 23 to October 22)** Some hazy issues still need to be cleared up before you can move on with your new plans. A friend from the past reaches out to re-establish old ties.

**SCORPIO (October 23 to November 21)** Continued positive fall-out follows that risky workplace decision you made some time ago. Your payoff will soon prove to be more substantial than you expected.

**SAGITTARIUS (November 22 to December 21)** A personal relationship continues to be affected by a recent unexpected turn of events. Things need to work themselves out without finger-pointing.

**CAPRICORN (December 22 to January 19)** It's a wonderful week for all you capricious Goats to kick up your heels with friends or family members in some well-earned fun and frivolity.

**AQUARIUS (January 20 to February 18)** Caution is advised before making a financial commitment to someone you don't really know. There are better ways to build friendships than with risky fiscal dealings.

**PISCES (February 19 to March 20)** Travel plans continue to be favored. A change of scenery brings new opportunities, both personally and professionally. Be open to the possibilities.

**BORN THIS WEEK:** You have a strong sense of loyalty that shows itself best in your relationships with family and friends.

Raymond James & Associates, Inc. has 4 positions available in St. Petersburg, FL.

Sr Application Developer, Technology (Sr Actimize Developer). Analyze complex buss reqs & probs & drive research to design quality tech solutions using Actimize & Java framework. BS in CS, IT, MIS, or rel. 7 yrs dev, engg or rel exp. Other specific exp reqd.

Application Developer Technology. Participates in sw sys testing & validation procedures, prog & documentation. BS in CS, MIS, or rel. 5 yrs deve, engg or rel exp.  Other specific exp reqd.

Associate, Investment Banking II. Documents & supports the execution of new fin issues for corp clients. BS in Buss, Econ, Math or rel. 5 yrs investment banking or rel exp. Other specific exp reqd. 20% domestic travel to FL, NC, VA, IL & NY.

Sr. App Developer, Technology (Robotic Process Automation). Code & maintenance of UiPath apps. BS in CS, MIS, or rel. 7 yrs development exp.or rel. Other specific exp reqd. Apply at: https://www.raymondjames.com/careers.

## TAMPA HILLSBOROUGH EXPRESSWAY AUTHORITY
## REQUEST FOR PROPOSALS (RFP) – No. L-00721
## INVESTMENT BANKING UNDERWRITING SERVICES

The Tampa Hillsborough Expressway Authority (THEA) invites proposals from licensed investment banking firms properly registered with the Financial Industry Regulatory Authority (FINRA) and any other required regulatory agencies, licensed to do business in the State of Florida and interested in serving as senior managing or co-managing investment banking underwriting for proposed financings or refinancings of capital improvements to THEA's Expressway System.

The complete Instructions and Submittal Documents are available through the DemandStar System (www.demandstar.com) or through an email request to Man.Le@tampa-xway.com. **FIRMS THAT OBTAIN THE INSTRUCTIONS AND SUBMITTAL DOCUMENTS FROM SOURCES OTHER THAN DEMANDSTAR OR THEA ARE CAUTIONED THAT THE DOCUMENTS MAY BE INCOMPLETE.**

Interested firms shall submit a completed response to the Authority by **August 25, 2021, by 2:00 p.m. EST**. Firms failing to submit the required documents as outlined within the Instructions and Submittal Documents may be deemed non-responsive to the RFP. The Authority strongly encourages the solicitation and utilization of SBE firms and requires nondiscrimination on the basis of race, color, sex and national origin in its contracting practices.

Questions concerning this RFP should be directed by email to Man Le, Procurement Manager at Man.Le@tampa-xway.com.

7/9/21LG  1T

Case 8:22-cv-01977-MSS-SPF   Document 36-5   Filed 06/29/23   Page 13 of 41 PageID 795

# AS WE HEARD IT
by PATRICK MANTEIGA

USED... Sto ... Documented ... KK Date Filed: 07/30/2024   Page: 161 of 248

**(Continued from page 1)**

their craft in Ybor's store front windows. The Newmans have created an experience that is more worthy of Tampa's past where 200 factories produced a half a billion hand rolled cigars a year.

****

Seen at the Sarasota Trump rally on Saturday, July 3 was a vendor selling t-shirts emblazoned with "Trump-DeSantis 2024, Make America Florida."

While we love our state, we don't know if America can handle another Florida. Just look at our recent news – condo collapse, woman eaten by alligator in retention pond, girl dies falling off ATV, Florida man ambushes police officer inside police headquarters and Tampa Mayor wants Canadiens to win one in Stanley Cup battle.

****

We have received a one-inch-thick catalog every quarter from Uline for many years. It offers janitorial goods, packing and shipping supplies and office furniture. The last edition had something different in it. It had a page in back authored by the owner Liz Uihlein titled "China, COVID and U.S. Policy." In it, she sings the praises of Donald Trump – "'America First' was President Trump's policy. He made his moves to lower taxes, increase tariffs, renegotiate new trade deals, support immigration laws, stop endless wars and stop America from paying the lion's share for everything, especially NATO. I am a believer in these policies, but they take time.

"Then Trump lost.

"Now we have the Democrats coming in and surely they will have a different policy than 'America First.' The problem is, how are we going to compete?"

We didn't expect the Pollyanna view of Trump's presidency within pages selling packing tape, adhesive labels and condiment organizers, but, had I looked into Uline's ownership, perhaps I should have anticipated it.

Uline's founders Dick and Liz Uihlein are mega Republican conservative donors on the same level as the Kochs and Adelson. According to media sources, they gave $22 million in the 2016 election cycle and $37.7 million in the 2018 cycle. Some speculate their money helped sponsor the March to Save America, which turned into the storming of the Capitol.

Who knew buying rubber bands helped finance the attempted overthrow of our government?

****

Republican State Senator Jeff Brandes was sent a message by leadership when he was removed as chairman of the powerful Judiciary Committee and given a lesser assignment as chair of Governmental Oversight and Accountability. Brandes was the only Republican to vote against House Bill 1, which was about public disorder, in the Appropriations Committee.

We hear Senate President Wilt Simpson wanted this caucus to be unanimous in support of the bill.

Danny Burgess, who carried many leadership bills, benefitted from Brandes' punishment as he is the new chair of the Judiciary Committee.

****

Congratulations to the Tampa

Bay Lightning for winning the Stanley Cup for a second year in a row. The team dominated the series winning four games to one. Jeff Vinik made Tampa a winner again and deserves the community's thanks.

****

Q: How does a city land a U.S. Capitol Police field office?

A: Have a high number of crazy Trumpers living there.

The U.S. Capitol Police will open field offices in Tampa and San Francisco because "the majority of threats come from California and Florida."

Of the 550 or so people who have been charged for crimes involved in the insurrection at the Capitol on Jan. 6, 10 percent live in Florida and 12 hail from Champa Bay.

Not only is Tampa Bay the epicenter of hockey, we're the epicenter of domestic terrorism. Somehow the City of Tampa and Visit Tampa missed sending out a press release about how Tampa is leading the nation in this.

These are the first field offices for the Capitol Police, but probably not the last as the agency has signaled there could be more announced in the future. These offices will be used for "enhanced security for members of Congress outside of the National Capitol Region." Experts say the office will give the Capitol Police added ability to gather their own intelligence to protect against future attacks on the Capitol.

It looks to us that the Capitol Police wants to fashion a force to be more like the Secret Service and take a proactive role in protecting Congress and its personnel.

****

Florida had its first hurricane of the season and was very lucky that Elsa's path and lack of organization and intensity left us mostly unscathed. There was one death, in Jacksonville, attributed to the storm when a tree fell on two cars and killed the occupant.

The governor stated that no major structural damage has been reported.

****

Four years ago, Anthony and Barbara Scarpo, owners of diamond importer Anthony Louis LTD, announced their gift of $1.3 million to the Academy of the Holy Names. The couple got the applause, their daughters, who were students at the Academy, most likely got favorable status and the auditorium was renamed the "Scarpo Family Theater." The couple has only ponied up $240,000 of the money, and is now suing the Academy of the Holy Names to get the money back, get out of its gift commitment and to get a refund on tuition.

The Scarpos want to be frontline warriors in the dreamed up cultural war promoted by Fox News.

Their suit accuses the Academy of drifting from mainstream Catholicism by teaching "woke culture, over sensitivity to LGBTQ community and heaping on guilt for being white and rich."

The couple also wants the Florida Catholic Conference to stop accrediting the school.

The definition of "woke" is "alert to injustice in society, especially racism."

It's odd to think being "woke" is

an anti-Catholic idea. Jesus was one of the most "woke" individuals in history. It's also odd that the Scarpos are upset about a Catholic school promoting guilt. Catholics often joke about guilt being a side effect of contrition.

Search "Catholic guilt" in quotes on Google and you'll get 208,000 results.

It's sad to see an institution such as the Academy of the Holy Names becoming a victim of the extreme right's cultural war.

What's next at the Academy as it swags to the left? Will they tell their students Joe Biden was elected President of the United States? What blasphemy.

****

Eric Hart, president and CEO of the Tampa Sports Authority, has been nominated for chair of the Board of Directors of the International Association of Venue Managers. The election is on July 23.

****

The Thirteenth Circuit Judicial Nominating Commission (JNC) is accepting applications for candidates who want to be judge to fill the vacancy created by the upcoming retirement of Judge Joelle Ann Ober. Applications are due before 5:00 p.m. on Wednesday, July 14, 2021.

The application was substantially revised last year, so applicants should be sure to download the new application from the office of the governor.

For questions, you can call J. Carter Andersen at 813-204-6405 or Christine Derr at 813-223-5421.

Selected applicants will be interviewed by the JNC which will nominate three-to-six candidates whose names will be sent to the governor. The governor will then appoint one to serve as judge.

****

The *Florida News Service* reported the Florida Realtors put $10 million in a PAC, Floridians for Housing and the National Association of Realtors added $3 million. The PAC is supporting the placement of a constitutional amendment on the ballot in 2022 that would establish the State Housing Trust Fund and the Local Government Housing Trust Fund which will be used to create affordable housing and funded by depositing 25 percent of documentary-stamp taxes collected. This effort comes after the Legislature, this year and in past sessions, used money in the Sadowski fund earmarked for affordable housing for other priorities. By putting the affordable housing fund language in the Constitution, the Realtors hope to prevent the robbing of affordable housing dollars for other

purposes.

****

Johns Hopkins University has reported that over 4 million people around the world have died from COVID-19.

The report adds that one-third of these deaths occurred in three countries: the United States, Brazil and India.

The United States leads all countries in COVID-19 deaths with 606,000.

The Delta variant now accounts for half of the COVID-19 cases in the U.S.

If you're not vaccinated, call a Publix or CVS and get an appointment.

Please get vaccinated.

****

Trump defended his organization and employees against indictment filed by prosecutors in New York by saying at his Sarasota rally – "You didn't pay taxes on the car, or company apartment, or education for your grandchildren. They indict people for that, but murder and selling massive amounts of the worst drug in the world that kill people left and right, and that's alright."

It seems Trump isn't arguing that his organization avoided taxes on executive pay by hiding it as a free car or apartment. Instead, Trump thinks his crimes are not worth prosecutorial attention. Law enforcement should only focus on murders and drug pushers and leave tax cheats like Trump alone.

The sad part is his sycophants standing in the rain, listening to his every word, believed everything he said.

****

Rudy Giuliani's law license has been suspended in Washington, D.C. based on the temporary suspension of this law license in New York State. The New York suspension was for communicating demonstrably false and misleading statements to the courts, lawmakers and the public at large in his capacity as a lawyer for former President Donald J. Trump.

It is satisfying to see the legal profession hold Giuliani accountable for his blatant lies regarding the election and his claims that it was stolen, fraudulent and rigged.

It's more tarnish on a once sterling reputation.

****

In troubled times when people seem to be selfish, uncaring and apathetic, Kristin Tomasello is a reminder that there are still people doing good in the world. But that is selling her short. Read about her remarkable story in this week's Silhouettes on page 14.



CHCCC-000032

# O'Pinions To Go

### By Joe O'Neill

## "Negative Media," ACA, Confederacy, Biden Visit, Cosby Context, Rays' Olympians, Trump Rally

### Dem Notes

• While Joe Biden's summit with Vladimir Putin saw no breakthroughs, the president's Geneva press conference did yield some arched brows among the media. "To be a good reporter, you got to be negative," said Biden to a CNN reporter who had surmised that nothing positive had resulted from the high-profile meet-up with Putin. "You got to have a negative view of life, it seems to me." The president later apologized for being a "wise guy."

But Biden's point was more than a wise guy's throw-away line. Professional, non-Fox journalists can't be seen as cheerleaders if credibility still matters. The best do their due diligence and remain skeptics without morphing into cynics.

As Walter Cronkite once responded to a question about why the media seems so negative: "Nobody is interested in all the cats that did not get stuck in trees today." The charge is to keep everything in context, don't become an appeaser or a follower, and let the facts ultimately speak for themselves. Most "wise guys" would agree.

• "With millions of people relying on the Affordable Care Act for coverage, it remains, as ever, a 'BFD.' And it's here to stay." That, of course, was President Joe Biden on the most recent SCOTUS ruling upholding the ACA. "BFD" was a Biden hot mic moment in 2010. Yes, we know what it stands for.

• If House Dems have their way—with a Senate where they have the tie-breaker—there's a likelihood that a resolution to expel Confederate statues from the U.S. Capitol could succeed. It would also include replacing the bust of Roger B. Taney, the chief justice who wrote the Dred Scott decision, with one honoring Thurgood Marshall, the first African-American Supreme Court justice. House Republican leader Kevin McCarthy waxed snarky when he noted that all of the Confederate statues up for removal are of (back-in-the-day) "Democrats."

### COVID Bits

• Russian President Vladimir Putin says he backs measures to pressure his people into getting vaccinated—as the pandemic spreads in Russia.

• "For a year and a half, (the WHO) have been stonewalled by China, and it's very clear they won't get to the bottom of (the coronavirus origin),"—

Lawrence Gostin, director of the WHO Collaborating Center on Public Health Law and Human Rights at Georgetown University.

• The Maldives and San Marino are explicitly pitching themselves as destinations for, yes, vaccine tourism.

• The CDC has identified about 1,000 counties where fewer than 30 percent of residents are fully vaccinated.

• According to a *Washington Post/ABC* poll, 74 percent of people who haven't been vaccinated say they probably or definitely won't get vaccinated.

• "When you talk about the avoidability of hospitalization and death, it's really sad and tragic that most all of these are avoidable and preventable." That was Dr. Anthony Fauci, the nation's leading infectious-disease expert.

• The number of people flying each day has regained 80 percent of its pre-COVID levels.

• Unemployment rate: It rose from 5.8 percent in May to 5.9 percent in June. Despite the job market's steady gains, unemployment remains well above the 3.5 percent rate that prevailed before the pandemic.

• Nevada: Currently reporting the highest-in-the-nation rate of new COVID-19 cases—with almost 112 new cases per 100,000 residents. The update comes as Las Vegas is seeing a surge in visitors.

• Six firefighters—part of the Surfside search-and-rescue crews—have tested positive for COVID-19.

### Florida

• Miami-Dade and Broward are the only counties that require high-rises to go through a re-inspection after they reach 40 years of age. And, across the state, there is no requirement to probe beneath the surface and beyond what is visual to the eye.

• When President Joe Biden visited the sie of the Surfside condo collapse, he and Gov. Ron DeSantis met with victims' families and first responders and attended a joint briefing on the rescue efforts, including federal aid. They are polar political and ideological opposites and likely don't much like each other, but the optics of empathy, unity and cooperation were welcome. Having said that, "infrastructure" surely came up.

BTW, the DeSantis Administration was reportedly less than pleased that Donald

Trump didn't delay his Fourth of July weekend Sarasota rally—across the state from where a tragic disaster has been unfolding. DeSantis had originally planned to attend.

• Gov. Ron DeSantis surprised a number of lawmakers by vetoing a Senate bill that would have paved the way for thousands of juveniles to have their criminal records erased after completing a behavioral diversion program.

"I am frankly dumbfounded. ... I don't understand why you wouldn't give an opportunity to a kid to remake their life." That was Sen. Annette Taddeo, a Miami Democrat, who cosponsored the Senate bill.

### Media Matters

• Thanks to a legal technicality, not innocence, Bill Cosby is now out of jail—having morphed from "America's dad" to "America's predator." Cosby's off-stage and off-camera MO was drugging and sexually violating women. But there's another, ironic, aspect to Cosby's outing, downfall and imprisonment. He also betrayed a society that needed prominent African-Americans as mainstream role models. Not only was he a saluted, beloved father figure on TV, his stand-up routines and comedy albums were G-rated. He never trafficked in off-color material, whether sexual or racial. His appeal was in finding common-ground humor—think Noah's Ark or "Fat Albert"—that was universal, regardless of race. He should have been a well-timed, appreciated American icon and hero—instead of a societal monster on the prowl.

• "Too many columns are less sober analyses than snarky stand-up acts or primal screams. The stand-up and the screams sell."—Frank Bruni, *New York Times*.

• Too bad the mainstream media became early enablers of the anti-ACA pushback by adopting the demonizing, anti-presidential, eponymous label of "Obamacare."

• Gluttony as sport: Enough coverage of the annual Nathan's (somehow) Famous Fourth of July International Hot Dog-Eating Contest on Coney Island. Cornhole never looked so entertaining.

### Sports Shorts

• Here's a sure sign of a sports town—and it's more than multiple championships and a "Champa Bay" moniker. In the Lightning's case, it's also about a sold-out Amalie Arena for a WATCH PARTY. This town is

a sports town—and its grand celebration was for a road playoff win over the Montreal Canadiens. The Bolts' coach Jon Cooper.

• Baseball is back in the Olympics for the first time since 2008. And the Rays organization will be well represented on the 24-man U.S. roster by pitchers Shane Baz and Joe Ryan. Both are currently with the Rays' Triple-A affiliate in Durham.

• Sha'Carri Richardson, an Olympic favorite in the women's 100-meter dash, will not be competing in that event. She tested positive for marijuana. Marijuana?

• "If the (Rays) bullpen goes south, the season will go south." Rays TV analyst Brian Anderson.

### Trumpster Diving

• Florida resident Donald Trump played well, of course, to his Sunshine State base with his "Save America Rally" in Sarasota. During his 90-minute speech he tantalized his "Trump Won"-shouting fans with hints and teases that he'll be topping the GOPster ticket again in 2024. "Together we will take back the House, take back the Senate and we will save America," he said. He also worked in a reference to "the totally rigged and dishonest election," a shout-out to Matt Gaetz, the denouncement of critical race theory, and criticism of the Biden Administration's border policy as well as its tax hikes on those who pay too little. And he also underscored that he was still all in on fighting "the corrupt establishment" that didn't include the Trump Organization's indictment on tax fraud charges. Another day at the orifice.

• Some 10 percent of the defendants charged with the Jan. 6 Capitol attack are either military veterans or active-duty service members. Sobering.

• "The Biden Administration is spying on us."—Fox News commentator and uber Trump confabulator Lou Dobbs.

• "Twenty-first century American media has some terrible flaws, no doubt. It too often chases clicks and gossip over substance, turns minutiae into mountains and shamefully gives a platform to proven liars."–Margaret Sullivan, *Washington Post*.

• According to a *WaPo/ ABC* poll, the divide on getting vaccinated falls sharply along party lines with 86 percent of Democrats having received at least one vaccine shot compared with 45 percent of Republicans.

• "The red states probably have a lot of people that are very, very conservative in their thinking, and they think, 'Well, I don't have to do that.' But they're not thinking right." That was West Virginia Gov. Jim Justice.

• "In a rural state, in a conservative state, there is (vaccine) hesitancy. And you're trying to overcome that." That was Arkansas Gov. Asa Hutchinson.

### Quoteworthy

• "We live in an incredible universe. There's all sorts of hypotheses that suggest that the three-dimensional universe which we live in isn't quite so easy to explain."—Luis Elizondo, former head of the Pentagon's Advanced Aerospace Threat Identification Program.

• "The absence of evidence is not evidence of absence."– Former CIA Director John Brennan on UFOs.

• "I am calling on all states to stop denying—and start dismantling—racism."—United Nations High Commissioner for Human Rights Michelle Bachelet.

• "I was shocked that she would accept something from Speaker Pelosi."—House Republican Leader Kevin McCarthy's reaction to Nancy Pelosi naming Republican Rep. Liz

Cheney to a new select committee to probe the Jan. 6 insurrection.

• "No Republican will vote for human infrastructure legislation."—Jonah Goldberg, The Dispatch.

• "How did politics become so scleretic? ... Sharp partisanship creates gridlock. Loose campaign finance rules let wealthy donors torpedo inconvenient legislation. And as the traditional news media gives way to social media, representatives talk more but do less."—Northwestern University history professor Daniel Immerwahr.

• "Touting ingredients as 'local' and 'sustainable' sounds good, but those terms aren't uniformly regulated."—Helaine Olen, Washington Post.

• "The function of freedom is to free someone else."—Toni Morrison.

• "It is long past time the United States recognized the contributions of Black and indigenous soldiers to the founding of the nation. These troops represented one-quarter of the fighting strength of George Washington's Continental Army by the march to victory in Yorktown in 1781."—U.S. Rep. Bonnie Watson Coleman, D-N.J.

• "Here's the thing kids. There actually was a world before you got here. We date human events A.D. and B.C., but we need a third marker for millennials and Gen Z: B.Y. Before you."—Comedian Kevin Hart.

• "If Republican lawmakers were interested in real intellectual diversity, they would welcome the teaching of critical race HISTORY, which provides a more accurate account of how American democracy long eviscerated citizenship rights of black folks and placed continuing barriers that hamper the ability of marginalized groups to achieve success."—USF historian Steven F. Austin.

• "The old Marxism used class warfare to divide people. The new Marxism uses identity politics. But the goal is the same."—Florida Sen. Marco Rubio.

• "Unfortunately, now the norm (for university campuses) is, these are more intellectually repressive environments."— Florida Gov. Ron DeSantis.

• "We knew leisure travel would be the first to come back from the pandemic, but we were still surprised by the turnout. ...People are coming from all over."—Miguel Diaz, area director of sales and marketing for the Wyndham Grand on Clearwater Beach, where occupancy through July tops 95 percent.

• "We have a gang-violence problem in Tampa and Hillsborough County."—Hillsborough County Commissioner Les Miller.

• "The Tampa swagger that I talked about for eight years is alive and well, and the world is paying attention."—Former Tampa Mayor Bob Buckhorn, in reference to a report from Resonance Consultancy, a tourism and economic development agency, that ranked Tampa as the best city in Florida—and number 23 nationally.

• "For many low-income families, broadband services and connected devices, like smartphones and laptops, are an unaffordable luxury, despite the fact that internet access can be considered a necessity."—Stanley Gray, executive director of the Urban League of Hillsborough County.

• "Many people seem to think that the arts begin and end at the Straz Center and Tampa Museum of Art and Tampa Theatre, and there's so much more to the arts here in Tampa that need to be seen."— Tampa Arts Alliance co-founder and chairman Neil Gobioff.



Strategy Crisis Issues

**Public Affairs for Florida's Best Companies**℠

TUCKER HALL

tuckerhall.com

CHCCC-000033

# SILHOUETTES

**BY TIFFANY RAZZANO**

Tampa native Kristin Tomasello, born and raised into one of the city's oldest and largest families – the Vila family – has always had a close relationship with her loved ones and large extended family. "Everyone's in everyone's business," she joked.

In fact, she wouldn't be where she is today without her family, she said: she is a nursing student about to complete her studies at Galen College of Nursing in St. Petersburg and who is also launching a new nonprofit and health care product line as she prepares to take her boards in three months.

Her path in life has been directly influenced by her father's bout with leukemia. She watched him struggle through chemotherapy and other medical treatments on his long road to recovery. "I really went through so much when my dad was sick," she said.

This inspired her to become a nursing student with dreams of becoming a health and wellness advocate and also the founder of a nonprofit that focuses on helping individuals battling illnesses and with other special needs.

A graduated of Steinbrenner High School, Tomasello relies heavily on her faith, as well, as she pursues her dreams. She attends St. Lawrence Catholic Church in Tampa and often stops by the church to meditate and pray. "The amount of giving and things like that, you can't do it by yourself," she said. "I just go to God...so I can just be there for (other) people."

Through a church group, she befriended Chris Buxton, who had also watched a parent struggle with their illness. His mother ultimately passed away from COVID-19 and breast cancer.

The two bonded over their parents' illnesses and how it fueled their desires, individually, at first, to help others. "As I was getting closer with God, I went to Chris about a year ago and I was like, 'It's time for a change. Time to fix things in the community,'" she said.

He asked to set up a business meeting with her. "He wants to have a meeting? A business meeting? I'd never had one of those before," Tomasello said. "Then all of a sudden we're signing paperwork and there's been this natural progression of our team."

This is how their nonprofit organization, Remarkable Reasons, was born. Their main goal with the charity is to raise funds to pay people's medical bills, to donate funds to schools in Indonesia and Africa, and to raise awareness for the special needs community, she said. Really, though, the organization serves as a vehicle for them to do good and help others however they see fit. "We share this vision that

## Kristin Tomasello



"We plan to create products that make people's lives better and prevent cancer."

we're strong with community," she said. "We were kind of both in the same boat. We both were just really aiming for impacting as many lives as we can."

She added, "The more that we're out there serving people and not thinking about ourselves, it truly makes a difference on the type of people you're around and the type of people you're bringing toward you."

Thinking she could raise the visibility for their cause, she began competing in pageants. She was crowned Miss

trition and wellness background, she hopes to break into motivational speaking. "That's what I'm aiming for as a nurse to really represent our nonprofit," she said.

And though she enjoys performing and competing in pageants, at this point, she's aware that she's doing it for more than just herself. "It's about getting on stage and representing people," she said. "I am for people. I'm going on stage to represent a team and who we are not versus who I am. The biggest thing is always remaining humble and kind and just loving. That's why I'm doing this."

Remarkable Reasons is about five months old at this point and really just getting started, Tomasello said. The group hosted its first major event, a special needs pageant, at the Cuban Club in June. "It was so amazing. It really was. The kids were amazing on stage...They're absolutely inspiring," she said. "And the Cuban Club deserves a big shoutout. That venue is just so beautiful. It has so much history. We thank the entire staff at the Cuban Club for their generosity to make the exceptional event happen."

They'll host these special needs pageants annually moving forward; so, the next



The Remarkable Reasons Pageant at the Cuban Club in Ybor City in June.

East Tampa USA and will compete for the Miss Florida USA title in mid-July. Between the pageant competitions and her pending nursing degree, she thinks she'll have the platform and the clout she needs to expand their nonprofit to the national level, she said. "We have so much power as a title holder to really advocate for special things."

From there, with her nu-

event will be held in June 2022. This is plenty of time to grow the event and find additional partners. "It was amazing, and we'd love to get more people involved in the community," she said. "More sponsorships and just hugs and bringing more, like, special needs groups together to where we have a total of 30 contestants."

The pageant brings more new experiences to those

in the special needs community, she said. Now, they has always made them feel hidden. Now, they get more awareness."

As the nonprofit grows, she plans to host three or four fundraising events each year for various special causes. She has three in the works that she hopes to host before the end of the year. One is a fundraiser for a friend's father, who has ALS, to assist with his medical bills and needs. She's also wants to host a sporting, health and wellness event, and also something for the American Cancer Society in December.

Before the nonprofit, Tomasello had planned to launch a line of health and beauty products. She's decided to fold this into Remarkable Reasons, creating and selling the products she creates to bring in funds for the organization and make it

"more self-sufficient," she said. "The goal would be a sunscreen. We plan to create products that make people's lives better and prevent cancer," she said. "The sunscreen will be super clean and made with all ingredients that don't cause cancer."

She added, "I'm waiting until I finish school to (launch) that, that way I have the credentials with the product."

Ultimately, everything they're working on is about bettering the community, she said. "I always want it to stay like this. it's been so inspiring. Now we know that we actually have the power to actually change everyone's lives. We need to keep focusing on the community."

To find out more information about Remarkable Reasons, go to remarkablereasons.org.

## Weekly SUDOKU

### by Linda Thistle

|   | 7 |   |   | 2 |   | 9 |   |   |
|---|---|---|---|---|---|---|---|---|
|   | 9 |   | 6 |   |   |   |   | 5 |
| 3 |   |   |   | 4 |   | 1 |   |   |
|   | 1 |   |   | 6 | 7 | 9 |   |   |
| 4 |   |   | 2 |   |   |   | 1 |   |
|   | 3 |   |   |   | 8 |   |   | 2 |
|   | 5 |   |   |   | 3 |   |   | 6 |
| 7 |   |   |   | 8 |   | 5 |   |   |
|   | 8 |   | 7 |   |   |   | 4 |   |

Place a number in the empty boxes in such a way that each row across, each column down and each small 9-box square contains all of the numbers from one to nine.

### DIFFICULTY THIS WEEK: ◆◆◆

◆ Moderate   ◆◆ Challenging
◆◆◆ HOO BOY!

© 2021 King Features Synd., Inc.

## PUBLIC NOTICE

A public hearing will be held at the Robert W. Saunders, Sr. Library, located at 1505 N. Nebraska Ave., Tampa, FL 33602 on Wednesday July 21, 2021, at 8:30 a.m. in continuance of consideration of a new application for a certificate of public convenience and necessity to provide advanced life support ground inter-facility transfer in Hillsborough County, to include continued 911 emergency dispatch requests, for three (3) ambulance permits for The Crisis Center of Tampa Bay, d/b/a TransCare Medical Transportation Services.

If a person decides to appeal any decision made by the public hearing officer with respect to any matter considered at a meeting or hearing, the person will need a record of the proceedings, and that, for such purpose, may need to ensure that a verbatim record of the proceeding is made, which record includes the testimony or evidence upon which the appeal is to be based.

Parties to this matter are strongly encouraged to appear in-person; however, any party needing to appear virtually may request special accommodation no later than 5:00 p.m. Monday July 19, 2021, by contacting Michael Tayler (as below).  In accordance with the Americans with Disabilities Act (ADA), persons needing special accommodations to participate in these proceedings should contact Michael Tayler (as below) with a general description of their needs.

If you have questions concerning this Public Hearing or would like to attend, please contact Michael Tayler, Hillsborough County Health Care Services, at (813) 276-2051 or TAYLERM@HillsboroughCounty.org.

7/9/21LG 1T

**CURRY LAW GROUP**

**CLIFTON C. CURRY, JR.**
ATTORNEY AT LAW

LaViva Professional Center
750 West Lumsden Road
Brandon, Florida 33511

CLIF.CURRY@CURRYLAWGROUP.COM
WWW.CURRYLAWGROUP.COM
813-653-2500

CHCCC-000034

# Social Security Matters

**By National Social Security Advisor at the AMAC Foundation, the non-profit arm of the Association of Mature American Citizens**

Dear Rusty: My wife passed away in 2014. I'm 60 years old and have been retired since August 2020. I know I'm entitled to survivor benefits, but my question relates to when to file for them. To say the information online is confusing is an understatement. Some back-



ground. My wife was born in 1960 and would have turned 62 next year. I was born in 1960 and turned 60 this past April. I do not plan on taking my SS until age 67 (I could wait until age 70 if it is more beneficial). I have not remarried. When should I file for

Survivor benefits reach maximum when you reach your full retirement age (67), but you can claim a reduced survivor benefit as early as age 60. The amount of your survivor benefit will be determined by a) the benefit your wife had earned up to

the month she passed, and b) your age when you claim the survivor benefit. At age 67 you would get 100% of the amount your wife was entitled to when she passed; if you claim at age 60 you would only get 71.5% of the benefit amount your wife had earned up to her death. The reduction may, or may not be, acceptable to you depending on your personal circumstances.

First, you should be aware that if you claim your survivor benefit before your full retirement age (FRA) and re-

turn to work, you'll be subject to Social Security's earnings test which limits how much you can earn before SS takes away some of your benefits. The earnings limit for 2021 is $18,960 (changes annually) and if that is exceeded SS will take back benefits equal

to $1 for every $2 you are over the limit. The earnings limit applies until you reach your full retirement age, although the limit is much higher and the penalty less severe in the year you attain FRA. If your earnings prior to your FRA are high enough, it could disqualify you from receiving a survivor benefit. Of course, if you are not working and do not plan to return to work, the earnings test is not a concern.

Assuming you are fully retired from working, here are some things to consider:

• Claiming your survivor benefit now at age 60 would permit you to receive 71.5% of the survivor benefit for at least 7 years (until you reach your FRA), or perhaps longer

until you are 70. Although the survivor benefit would be reduced, claiming it at age 60 would also permit you to delay taking your own Social Security benefit until age 70 when your personal benefit would be 24% more than it will be at your FRA. The above would be prudent if your age 70 (or 67) benefit amount will be higher than the survivor benefit you would be entitled to at your full retirement age.

• If your survivor benefit at your FRA would be more than your own benefit will be at age 70, then it would be wisest to maximize your survivor benefit. To maximize your survivor benefit you must wait until age 67 (your FRA) to claim it. If your full survivor benefit will be the highest you can get, then maximizing it by waiting until your FRA to claim it is your smartest move.

So, as you can see, you have a choice of when to claim your survivor benefit. If your personal benefit at age 70 would be higher, it would be wise to claim your survivor benefit first (at age 60) and collect the reduced survivor benefit until you later switch to your own higher benefit. But if your survivor benefit at maximum would be more than your age 70 benefit, then waiting until your full retirement age of 67 to claim your survivor benefit would be your best choice.

This article is intended for information purposes only and does not represent legal or financial guidance. It presents the opinions and interpretations of the AMAC Foundation's staff, trained and accredited by the National Social Security Association (NSSA). NSSA and the AMAC Foundation and its staff are not affiliated with or endorsed by the Social Security Administration or any other governmental entity. To submit a question, visit our website (amacfoundation.org/programs/social-security-advisory) or email us at ssadvisor@amacfoundation.org.

survivor benefits to maximize the benefit? Signed: Surviving Husband

Dear Surviving Husband:

| 6 | 1 | 7 | 5 | 3 | 2 | 4 | 9 | 8 |
|---|---|---|---|---|---|---|---|---|
| 8 | 9 | 4 | 6 | 7 | 1 | 2 | 3 | 5 |
| 3 | 5 | 2 | 8 | 4 | 9 | 1 | 6 | 7 |
| 5 | 2 | 1 | 3 | 6 | 7 | 9 | 8 | 4 |
| 4 | 7 | 8 | 2 | 9 | 5 | 6 | 1 | 3 |
| 9 | 3 | 6 | 4 | 1 | 8 | 7 | 5 | 2 |
| 1 | 4 | 5 | 9 | 2 | 3 | 8 | 7 | 6 |
| 7 | 6 | 3 | 1 | 8 | 4 | 5 | 2 | 9 |
| 2 | 8 | 9 | 7 | 5 | 6 | 3 | 4 | 1 |

IT'S A
Shame
dirty

The deeper the pit you're falling into, the more chance you have to learn how to fly.

Shame
dirty

7TH AVE. & 20TH ST.
YBOR CITY

Development Corporation

**Ybor City**
**2021-2023 Board Nominations**

The Nominating Committee of the Ybor Community Advisory Committee (CAC)/Ybor City Development Corporation (YCDC) seek nominations for its 2021-2023 Board of Directors. The CAC/YCDC Board serves as the official advisory committee to the City of Tampa and the Community Redevelopment Agency (CRA) on issues and policies affecting Ybor City. Nominees must represent one of the following open seat categories:

• At-large
• Finance/Banking

Terms of office are two years beginning October 1, 2021 and ending September 30, 2023. Nominees must submit a CRA Community Advisory Committee Questionnaire, which can be obtained at www.yborcityonline.com/ycdc-app. Completed forms must be received no later than 12 p.m. on Friday, July 30, 2021, via one of the following three options:

1.) YBOR CAC/YCDC NOMINATING COMMITTEE- 2015 E. 7th Ave., Tampa, FL 33605

2.) Fax: (813) 274-7935

3.) Courtney.Orr@tampagov.net

For additional information, please contact the Ybor City Community Redevelopment Manager, Courtney Orr, at (813) 274-7937.

Raymond James & Associates, Inc. has 2 positions available in St. Petersburg, FL.

Sr. Collateral Associate. Deve & monitor proj initiatives for collateral mgmt. MS in Finance or other quantitative discipline. 4 yrs Collateral Mgmt exp. Other specific exp reqd.

Information Security Systems Administrator. Leads/participates in info security related projects. BS in CS, MIS, Electronic Engg, or rel. 3 yrs exp working with complex IT sys, or rel. Other specific exp reqd.

Apply at: https://www.raymondjames.com/careers.



small step no. 34

FETCH THIS
PAPER YOURSELF

TAKE A SMALL STEP TO GET HEALTHY

www.smallstep.gov

Ad Council.org

# ENTERTAINMENT



**ACROSS**
1 Pack cargo
5 Billboards
8 On — with
12 Vagrant
13 Old Oldsmobile
14 TV's "Warrior Princess"
15 Actress Falco
16 Rep.'s rival
17 Apple product
18 Criminal's "why"
20 Latin love
22 Whiskey variety
26 Dishonor
29 Succor
30 Blue
31 Runner's tempo
32 Greek H
33 "Three Sisters" sister
34 Last (Abbr.)
35 Nay undoer
36 Void
37 Outing for two couples
40 Bedouin
41 Boston athlete
45 Wrinkly fruit
47 Dhabi preceder
49 "— la Douce"
50 Thaw
51 Allow
52 Pants part
53 Adams and Schumer
54 Grant's foe
55 Vegas game

**DOWN**
1 Son of Noah
2 Commotion
3 Life story
4 "Alas ..."
5 "As You Like It" setting
6 Actor Billy — Williams
7 Neighbor of Kenya
8 Self-evident truth
9 Pre-game morale booster
10 Year in Spain
11 "Awesome!"
19 Compete
21 Club —
23 Like some exclusive communities
24 Cabin components
25 "— the night before ..."
26 Tater
27 Head light?
28 In reality
32 Size up
33 Washington Monument, e.g.
35 Carte lead-in
36 Chowed down
38 Loxioners, e.g.
39 Keen
42 Nest settling
43 One-named supermodel
44 Roman censor
45 Actress Thurman
46 Tiara sparkler
48 Spell-off



Yasmeen brought her family to dinner at Casa Santo Stefano, located in Ybor City.



Subscribe today!
813-248-3921




BAMBOO BEACH BAR & GRILL
John's Pass, Madeira Beach, FL
Live Music ❋ Full Bar ❋ Cold Beer
Eggplant Fries ❋ Fish Tacos
Madeira Beach at John's Pass
13025 Village Blvd. | 727-398-5401


CELEBRATING 53 YEARS!
FREE FREE FREE
Frosted Mug of DRAFT BEER OR OUR HOME MADE SANGRIA with purchase of our world famous DAILY SPECIAL
Nightly Specials
Full Cocktail Service
Same Location, Same Owners
3832 Britton Plaza • 839-7845


BROCATO'S Sandwich Shop
Take-Out Open
Phone: 248-9977 • Fax: 242-4191
www.brocatossandwich.com
5021 East Columbus Dr., Tampa


LIVE BAIT • LOW PRICES TOP OF THE LINE TACKLE
BRING THE FAMILY! We have something for everyone!
GATOR JIM'S TACKLE
3301 Pinellas Point Dr.
Near Maximo Park • I-275 Exit 16 • 727-363-0900

TAKE A QUICK TRIP TO SICILY
(It's only a short walk from 7th Avenue)
1607 N. 22ND ST.
CASA SANTO STEFANO
CasaSantoStefano.com | 813.248.1925 | Lunch, Dinner And Curbside Pickup
"It's like walking into a Sicilian Nana's kitchen, taking a deep breath and knowing that you are home." — Marilyn Favata Messina
"A little piece of Sicily brought to life. ... It was sublime." — Theresa Spoto
"The food in this place is absolutely delicious. 10 out of 10." — Dino Guzzardo

CHCCC-000036

LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT

## CITRUS COUNTY

**NOTICE OF INTENTION TO REGISTER A FICTITIOUS NAME**

NOTICE IS HEREBY GIVEN that SE-GOVIA, INC., formerly doing business as MOBIL 1 LUBE EXPRESS at 449 S. Croft Avenue, Inverness, FL 34453 is no longer engaging in business under that fictitious name and that WHITMARK SPECIALTY AUTOMOTIVE CENTERS, LLC is now doing business as MOBIL 1 LUBE EXPRESS located at 449 S. Croft Avenue, Inverness, FL 34453 and it desires to engage in business under said fictitious name of MOBIL 1 LUBE EXPRESS and intends to register said fictitious name with the Secretary of State of the State of Florida.

DATED this 1st day of July, 2021.

Segovia, Inc.                Whitmark Specialty
By s/ Mohammad      Automotive Centers, LLC
Ferdowsi                        a Florida limited
President                       liability company
                                     Randall M. Whitaker, Mgr
                                     Shara L. Whitaker, Mgr
                                                      7/9/21-LG  1T

---

**IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT IN AND FOR CITRUS COUNTY, FLORIDA**

CIVIL DIVISION

Case Number: 2021CA00276A

HERBERT H. SHARPE and
SALLY-ANNE SHARPE,
Plaintiff,

v.

NADEEN S. KONGQUEE, UNITED STATES OF AMERICA, DEPART-MENT OF THE TREASURY, INTERNAL REVENUE SERVICE, TERRA VISTA PROPERTY OWNERS ASSOCIATION, INC., a Florida Not-for-Profit Corporation, and WOODVIEW VILLAS PROPERTY OWNERS ASSOCIATION, INC., a Florida Not-for-Profit Corporation,
Defendants.

**NOTICE OF ACTION**

TO: NADEEN S. KONGQUEE
(Last Known Address)
831 E. Charleston Ct
Hernando, FL 34442

YOU ARE NOTIFIED that an action to quiet title to the following described real property in Citrus County, Florida:

Lot 36, WOODVIEW VILLAS I, according to the map or plat thereof as recorded in Plat Book 16, Pages 149 through 150, Public Records of Citrus County, Florida.

Property Address: 994 W Silver Mead-ow Loop, Hernando, FL 34442

has been filed against you, and you are required to serve a copy of your written defenses, if any, to it on Kristopher E. Fernandez, Esq., attorney for Plaintiff, whose address is 114 S. Fremont Avenue, Tampa, FL, 33606, which date is within 30 days of 1st publication date and to file the original with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter; otherwise a default will be entered against you for the relief demanded in the Complaint.

The action was instituted in the Fifth Judicial Circuit Court for Citrus County in the State of Florida and is styled as follows: HERBERT H. SHARPE and SALLY-ANNE SHARPE, Plaintiffs, v. NADEEN S. KONGQUEE, UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, TERRA VISTA PROPERTY OWNERS ASSOCIATION, INC., a Florida Not-for-Profit Corporation, and WOODVIEW VILLAS PROPERTY OWNERS AS-SOCIATION, INC. a Florida Not-for-Profit Corporation, Defendants.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711.

DATED on 22nd of June, 2021.
Clerk of the Court
By Hanora N. Cassell
As Deputy Clerk
                                                      7/2-7/23/21-LG  4T

---

**IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT IN AND FOR CITRUS COUNTY, FLORIDA**

PROBATE DIVISION

FILE NO. 2021-CP-346

IN RE: ESTATE OF
LILLIAN SLATON
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of LIL-LIAN SLATON, deceased, whose date of death was December 12, 2020, Case Number 2021-CP-346 is pending in the Circuit Court for Citrus County, Florida, Probate Division, the address of which is 110 N Apopka Avenue, Inverness, FL 34450. The names and addresses of the person-al representative and the personal repre-sentative's attorney are set forth below.

All creditors of the decedent and oth-er persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLI-CATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUB-LICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORI-DA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

---

## CITRUS COUNTY

NOTWITHSTANDING THE TIME PE-RIOD SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is 7/2/2021.

Personal Representative:
/s/ Richard A. Slaton
RICHARD SLATON
300 E. 63rd St Ocean
Marathon, FL 33050

Attorney for Personal Representative:
/s/ Shanta Matthews
SHANTA MATTHEWS
Attorney
Florida Bar Number: 69935
108 N. Magnolia Ave. Ste. 600
Ocala, FL 34475
Telephone: (352) 421-8722
Fax: (352) 732-4892
E-Mail: shanta@smatthewslaw.com
                                                      7/2-7/9/21-LG  2T

---

**IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT IN AND FOR CITRUS COUNTY, FLORIDA**

CASE NO. 2021 CA 000378 A

RICHARD MASZOTA and
MARGARET V. MASZOTA, his wife,
Plaintiffs,

v.

GIACOMO RUGGIERO a/k/a GIACOMA RUGGIERO, JR., Deceased, CHRIS-TINA RUGGIERO, DAVID RUGGIERO, ANGELA VICK, Clerk of Court, Citrus County, Florida, and JOHN DOE, Un-known Tenant in Possession and JANE DOE, Unknown Tenant in Possession, Defendants.

**NOTICE OF ACTION**

TO: GIACOMO RUGGIERO a/k/a GIACO-MA RUGGIERO, JR., and, if deceased, his unknown spouse, heirs, beneficia-ries, devisees, grantees, creditors and all other parties claiming by, through, un-der or against him, and all other persons, known or unknown, claiming to have any right, title and interest in the lands here-inafter described.

YOU ARE NOTIFIED that an action seeking to quiet tax title to the following described real property located in Citrus County, Florida:

Lot 13, Block 35, BEVERLY HILLS UNIT NUMBER THREE, a subdivision according to the plat thereof recorded at Plat Book 4, Page 123, in the Public Records of Citrus County, Florida.

has been filed against you and you are required to serve a copy of your written defenses, if any, to it on Plaintiffs' attorney, Donald F. Perrin, Esq., DONALD F. PER-RIN, P.A., Post Office Box 250, Inverness, FL 34451-0250 within forty (40) days after the first publication of this notice and file the original with the Clerk of this Court ei-ther before service on Plaintiffs' attorney or immediately thereafter; otherwise a default will be entered against you for the relief de-manded in the Complaint.

DATED this 16th day of June, 2021.
ANGELA VICK
Clerk of the Court
By: s/ Theresa Steelfox
As Deputy Clerk
                                                      6/25-7/16/21-LG  4T

---

## HERNANDO COUNTY

**IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT, IN AND FOR HERNANDO COUNTY, FLORIDA**

Case No.: 2021-DR-1227
Division: Family

ANDRES L. LOZANO RAMIREZ,
Petitioner,

and

NATALIA PAOLA ALARCON NIETO,
Respondent

**NOTICE OF ACTION FOR DISSOLUTION OF MARRIAGE (NO CHILD OR FINANCIAL SUPPORT)**

TO: NATALIA PAOLA ALARCON NIETO
LAST KNOWN ADDRESS:
UNKNOWN

YOU ARE NOTIFIED that an action for dissolution of marriage has been filed against you and that you are required to serve a copy of your written defenses, if any, to ANDRES L. LOZANO RAMIREZ, whose address is 349 UNION ST. BROOKSVILLE, FL 34601 on or before July 27, 2021, and file the original with the clerk of this Court at 20 North Main St., Brooksville, FL 34601, before service on Petitioner or immediately thereafter. If you fail to do so, a default may be entered against you for the relief demanded in the petition.

The action is asking the court to decide how the following real or personal property should be divided: NONE

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents upon request.

You must keep the Clerk of the Cir-cuit Court's office notified of your cur-rent address. (You may file Designation of Current Mailing and E-Mail Address, Florida Supreme Court Approved Fam-ily Law Form 12.915.) Future papers in this lawsuit will be mailed or e-mailed to the addresses on record at the clerk's office.

WARNING: Rule 12.285, Florida Fam-ily Law Rules of Procedure, requires certain automatic disclosure of docu-ments and information. Failure to com-ply can result in sanctions, including dismissal or striking of pleadings.

Dated: June 22, 2021
Doug Chorvat, Jr

---

## HERNANDO COUNTY

Clerk of the Circuit Court
By: s/ Brenda Greaves
Deputy Clerk
                                                      7/2-7/23/21-LG  4T

---

**IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR HERNANDO COUNTY**

CASE NO. 2021-CA-000284

NERBERI ALFONSO IGLESIAS,
Plaintiff(s),

vs.

JOAN E. BAMBER and
CHRISTOPHER R. BAMBER,
Defendant(s).

**NOTICE OF ACTION - PROPERTY**

TO: CHRISTOPHER R. BAMBER
RESIDENCE(S): UNKNOWN

YOU ARE NOTIFIED that an Action for Damages has been filed against you, in Hernando County, Florida:

In the matter of : NERBERI ALFONSO IGLESIAS vs
CHRISTOPHER R. BAMBER
CASE NO.: 2021-CA-000284

and you are required to serve a copy of your written defenses, if any, to it on the Plaintiff(s) attorney whose name and ad-dress is

Angela M. Huber, Esq.
17231 Camelot Court
Land O Lakes, Florida 34638
Telephone: (813) 280-4877
Florida Bar No. 0119212
angela@huberlegal.com

on or before July 29, 2021, and file the original with this court either before ser-vice on Plaintiff(s) attorney or immediately thereafter; otherwise a default will be en-tered against you for the relief demanded in the Complaint.

WITNESS my hand the seal of said court on June 17, 2021.

DOUG CHORVAR, JR.
As Clerk of the Court
By: s/ Sonya Sanders
As Deputy Clerk
                                                      7/2-7/9/21-LG  2T

---

**IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT IN AND FOR HERNANDO COUNTY, FLORIDA**

CIVIL DIVISION

Case Number: 21000491CAAXMX

SYLT LIFE, LLC,
a Florida Limited Liability Company,
Plaintiff,

v.

LUIS E. DUMOIS and JOSEFA NUNEZ DE DUMOIS,
Defendants.

**NOTICE OF ACTION**

TO: LUIS E. DUMOIS and JOSEFA NUNEZ DE DUMOIS,
(Address Unknown)

YOU ARE NOTIFIED that an action to quiet title to the following described real property in Hernando County, Florida:

Lot 1, Block 265 , ROYAL HIGH-LANDS, UNIT NO.5, according to the map or plat thereof as recorded in Plat Book 12, Page 45, Public Records of Hernando County, Florida.

Parcel ID No. R01 221 17 3340 0265 0010

has been filed against you, and you are required to serve a copy of your written defenses, if any, to it on Kristopher E. Fer-nandez, Esq., attorney for Plaintiff, whose address is 114 S. Fremont Ave., Tampa, FL 33606, on or before August 5, 2021 and to file the original with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter; other-wise a default will be entered against you for the relief demanded in the Complaint.

The action was instituted in the Fifth Ju-dicial Circuit Court for Hernando County in the State of Florida and is styled as fol-lows: SYLT LIFE, LLC, a Florida Limited Liability Company, Plaintiff, v. LUIS E. DUMOIS and JOSEFA NUNEZ DE DU-MOIS, Defendants.

If you are a person with a disability who needs any accommodation in order to par-ticipate in a proceeding, you are entitled, at no cost to you, to the provision of cer-tain assistance. Please contact the ADA Coordinator John Sullivan (352) 341-6700 for the Courts below at least 7 days before your scheduled court appearance, or im-mediately upon receiving your notification if the time before the scheduled appear-ance is less than 7 days; if you are hearing or voice impaired, call 711.

DATED on June 28, 2021.
Doug Chorvat Jr.
Clerk of the Court
By: /s/ Elizabeth Markidis
As Deputy Clerk
                                                      7/2-7/23/21-LG  4T

---

## HILLSBOROUGH COUNTY

**IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA**

PROBATE DIVISION

File No. 21-CP-002008
Division W

IN RE: ESTATE OF
CAROL TARESIA QUARRELS
Deceased.

**NOTICE TO CREDITORS**

---

## HILLSBOROUGH COUNTY

The administration of the estate of Car-ol Taresia Quarrels, deceased, whose date of death was March 23, 2021, is pending in the Circuit Court for Hillsbor-ough County, Florida, Probate Division, the address of which is 301 N. Michigan Avenue, Plant City, Florida 33563. The names and addresses of the personal representative and the personal repre-sentative's attorney are set forth below.

All creditors of the decedent and oth-er persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLI-CATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORI-DA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this no-tice is July 9, 2021.

Personal Representative:
/s/ Scott Robert Eccles
Scott Robert Eccles
7414 Rough Road
Tampa, Florida 33610

Attorney for Personal Representative:
/s/ Leighton J. Hyde
Leighton J. Hyde
Email Address: lhyde@hydelawoffice.com
Florida Bar No. 106018
The Law Office of Leighton J. Hyde, P.A.
10845 Boyette Road
Riverview, Florida 33569
                                                      7/9-7/16/21-LG  2T

---

**NOTICE OF PUBLIC SALE**

NOTICE OF PUBLIC SALE: La Roche Wrecker Service and Repair gives Notice of Foreclosure of Lien and intent to sell these vehicles on 07/23/2021, 09:00 am at 5701 North St Wimauma, FL, 33598, pur-suant to subsection 713.78 of the Florida Statutes. La Roche Wrecker Service and Repair reserves the right to accept or reject any and/or all bids.

1G1ZD5ST4FF209705 2004 GMC

NOTICE OF PUBLIC SALE: La Roche Wrecker Service and Repair gives Notice of Foreclosure of Lien and intent to sell these vehicles on 07/27/2021, 09:00 am at 5701 North St Wimauma, FL 33598, pur-suant to subsection 713.78 of the Florida Statutes. La Roche Wrecker Service and Repair reserves the right to accept or reject any and/or all bids.

1G1JA6SH0D4134010 2013 CHEVY
1G4CW52K2V4660369 1997 BUICK
2CNDL63F566122215 2006 CHEVROLET
JN1AZ34D56M300089 2006 NISSAN
                                                      7/9/21-LG  1T

---

**IN THE CIRCUIT COURT FOR THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**

FAMILY LAW DIVISION

CASE NO.: 21-DR-008215
DIVISION I

IN RE:
THE PROPOSED ADOPTION BY
STEPPARENT OF:
R.W.A.L.
DOB: JULY 16, 2009

**NOTICE OF ACTION, NOTICE OF PETITION, AND NOTICE OF HEARING TO TERMINATE PARENTAL RIGHTS PENDING ADOPTION**

TO: CHRISTOPHER DAGGETT
Caucasian Male
DOB: August, 1969
Current Residence: UNKNOWN
Last Known Residence: 1040 Cape May Ave., Cape May, NJ 08204

YOU ARE NOTIFIED that an action for Termination of Parental Rights Pursuant to an Adoption has been filed, and you are required to serve a copy of your writ-ten response, if any, to it on Mary Green-wood McDermott, Esq., 1038 E. Brandon Blvd., Brandon, Florida 33511, Petitioner's attorney, within 30 days after the date of first publication of this notice. You must file your original response with the Clerk of this court, at the address below, either be-fore service on Petitioner's attorney, or im-mediately thereafter; otherwise a default will be entered against you for the relief demanded in the Petition.

Clerk of The Court
800 E. Twiggs Street
Tampa, Florida 33602

**NOTICE OF PETITION AND HEARING TO TERMINATE PARENTAL RIGHTS PENDING ADOPTION**

A petition to terminate parental rights pending adoption has been filed. A copy of the petition is being served with this notice. There will be a hearing on the petition to terminate parental rights from the Ninth Floor Courtroom D of the Honorable Denise A. Pomponio, Cir-cuit Judge, of the Hillsborough County Courthouse, via ZOOM, https://zoom.us/j/3704372256Meeting ID 370 437 2256. The ZOOM App is available for free for IOS and Android devices, and it may also be accessed via desktop computer. No account or fee is required. Please visit the ZOOM Help Center at https://sup-port.zoom.us to familiarize yourself with the service. If you are unable to use the ZOOM link, to appear telephonically, you may call (301) 715-8592 and enter the ZOOM Meeting ID of 370 437 2256. The Court has set aside fifteen (15) minutes for this hearing.

UNDER SECTION 63.089, FLORIDA STATUTES, FAILURE TO TIMELY FILE A WRITTEN RESPONSE TO THIS NO-TICE AND THE PETITION WITH THE COURT AND TO APPEAR AT THIS

---

## HILLSBOROUGH COUNTY

HEARING CONSTITUTES GROUNDS UPON WHICH THE COURT SHALL END ANY PARENTAL RIGHTS YOU MAY HAVE OR ASSERT REGARDING THE MINOR CHILD.

PARA TRADUCCION DE ESTE FOR-MULARIO AL ESPAÑOL LLAME A LA OFICINA DE INTERPRETES DE LA CORTE, AL 813-272-5947 DE LUNES A VIERNES DE 3:00 P.M. Y 5:00 P.M.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are en-titled, at no cost to you, to the provisions of certain assistance. Please contact the Clerk of Circuit Court, Circuit Civil Division, Hillsborough County Courthouse, 800 E. Twiggs Street, Tampa, Florida 33602, Tel-ephone No. 813-276-8100, within 2 work-ings days of your receipt of this document; if you are hearing or voice impaired, call 1-800-955-8771.

WITNESS my hand and seal of said Court on this 6th day of July, 2021.

Cindy Stuart
Clerk of Circuit Court
By: s/ Samantha Hermann
Deputy Clerk
                                                      7/9-7/30/21-LG  4T

---

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**

Case No.: 2021-DR-8729
Division: I

IN THE INTEREST OF:
MINERVIA METAYER,
Minor Child

**NOTICE OF ACTION FOR PUBLICATION**

TO: Sandra Thimothee aka
Sandra Timothee
Last Known Residence: UNKNOWN
Description: BF, age UNKNOWN

YOU ARE NOTIFIED that an action for a Petition for Temporary Custody by Extend-ed Family Member, has been filed against you. You are required to serve a copy of your written defenses, if any, to this ac-tion on Mary Greenwood McDermott, Esq., of BRANDON FAMILY LAW CENTER LLC, Petitioner's attorney, whose ad-dress is 1038 E. Brandon Blvd, Brandon, FL 33511, on or before 8/9/2021, and file the original with the clerk of this court at Hillsborough County Courthouse, 800 E. Twiggs Street, Tampa, Florida 33602, either before service on Petitioner's attor-ney or immediately thereafter; otherwise a default will be entered against you for the relief demanded in the petition.

WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and in-formation. Failure to comply can result in sanctions, including dismissal or striking of pleadings.

DATED this 6th day of July, 2021.

Cindy Stuart
Clerk of The Circuit Court
By: s/ Samantha Hermann
Deputy Clerk
                                                      7/9-7/30/21-LG  4T

---

**NOTICE OF INTENDED AGENCY ACTION BY THE SOUTHWEST FLORIDA WATER MANAGEMENT DISTRICT**

Notice is given that the District's Intend-ed Agency Action is approval of a Letter Modification Application for a Water Use Permit to serve Agricultural activities. The total authorized withdrawal is 3,610,300 GPD, Peak Month is 6,192,200 GPD, and Drought Annual Average is 3,619,300 GPD. The project is located in Hillsbor-ough and Manatee Counties; Sections 5, 6, 7, 8, 9, 17, 20, 28, 29, 32, Township 34 South, Range 21 East, and Sections 22, 23, 24, Township 31 South, and Range 20 East. The permit applicant is Ft Wings Pro-duce, Inc. / Attn: Doug Kosanke, whose address is 4006 North Airport Road, Plant City, FL, 33563. The Permit No. is 20003417.012. The file(s) pertaining to this project is available for inspection Monday – Friday except for legal holidays, 8am – 5pm, at the Southwest Florida Wa-ter Management District, 7601 Highway 301 North, Tampa, FL 33637.

NOTICE OF RIGHTS

Any person whose substantial interests are affected by the District's action regard-ing this matter may request an administra-tive hearing in accordance with Sections 120.569 and 120.57, Florida Statutes (F.S.), and Chapter 28-106, Florida Ad-ministrative Code (F.A.C.), of the Uniform Rules of Procedure. A request for hearing must (1) explain how the substantial inter-ests of each person requesting the hear-ing will be affected by the District's action, or proposed action; (2) state all material facts disputed by each person request-ing the hearing or state that there are no disputed facts; and (3) otherwise comply with Chapter 28-106, F.A.C. A request for hearing must be filed with and received by the Agency Clerk of the District at the District's Brooksville address, 2379 Broad Street, Brooksville, FL 34604-6899 within 21 days of publication of this notice. Fail-ure to file a request for hearing within this time period shall constitute a waiver of any right such person may have to request a hearing under Sections 120.569 and 120.57, F.S. Because the administrative hearing process is designed to formulate final agency action, the filing of a petition means that the District's final action may be different from the position taken by it in this notice of agency action. Persons whose substantial interests will be affect-ed by any such final decision of the District in this matter have the right to petition to become a party to the proceeding, in ac-cordance with the requirements set forth above. Mediation pursuant to Section 120.573, F.S., to settle an administrative dispute regarding the District's action in this matter is not available prior to the fil-ing of a request for hearing.
                                                      7/9/21-LG  1T

---

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT**

(Continued on next page)

LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT

## HILLSBOROUGH COUNTY

IN AND FOR HILLSBOROUGH
COUNTY, FLORIDA
CIVIL DIVISION

CASE NO: 20-CA-5479   DIVISION: H

DAVID LEE FLETCHER,
Plaintiff,

vs.

JULIA A. STRINGFIELD, deceased;

### NOTICE OF PUBLIC HEARING

A public hearing will be held by the Land Use Hearing Officer, pursuant to Hillsborough County Ordinance 92-05, beginning at 10:00 a.m., July 26, 2021 at Robert W. Saunders, Sr. Public Library, Ada T. Payne Community Room, 1505 N. Nebraska Ave., Tampa, FL 33602 to hear the following requests. Virtual participation in this public hearing is available through communications media technology, as described below.

Copies of the applications, department reports and legal descriptions are available for public inspection in a master file maintained by the Development Services Department, the Board of County Commissioners and the Clerk of the Board of County Commissioners. All interested persons wishing to submit testimony or other evidence in this matter must submit same to the Hearing Master at the public hearing before him/her. The recommendation of the Zoning Hearing Master will be filed with the Clerk within fifteen (15) working days after the conclusion of the public hearing.

**Virtual Participation Option:** In response to the COVID-19 pandemic, Hillsborough County is making it possible for interested parties to participate in this public hearing by means of communications media technology. **In order to participate virtually, you must have access to a communications media device (such as a tablet or a computer equipped with a camera and microphone) that will enable you to be seen (video) and heard (audio) by the Land Use Hearing Officer during the public hearing.** Additionally, should you opt to participate virtually in this public hearing, you will be able to provide oral documentary evidence during the public hearing. Therefore, if you opt to participate virtually in this public hearing, you must submit any documentary evidence you wish to be considered by the Land Use Hearing Officer to the staff of the Development Services Department at least two business days prior to the Land Use Hearing Officer.

Anyone who wishes to participate virtually in this public hearing will be able to do so by completing the online Public Comment Signup Form found at: HillsboroughCounty.org/SpeakUp. You will be required to provide your name and telephone number on the online form. This information is being requested to facilitate the audio conferencing process. The Land Use Hearing Officer will call on speakers by name in the order in which they have completed the online Public Comment Signup Form, depending on the application(s) to which each speaker signed up to speak. An audio call-in number will be provided to participants that have completed the form after it is received by the County. All callers will be muted upon calling and will be unmuted in the submission order after being recognized by the Land Use Hearing Officer for their public hearing. Call submissions for the public hearing will close 30 minutes prior to the start of the hearing on the day of the hearing. Public comments offered using communications media technology will be afforded equal consideration as if the public comments were offered in person.

**In Person Participation:** While virtual participation is encouraged, standard in-person participation is still available. The format and procedures for in-person participation may differ from a traditional hearing. For the safety of participants and staff, social distancing will be properly adhered to at all times. For planning purposes, parties wishing to participate in person are encouraged to sign up ahead of time at HCFLGov.net/SpeakUp.

Anyone wishing to view and listen to the public hearing live, without participating, can do so in the following ways:

• Hillsborough County's Facebook page: HillsboroughCounty/
• The County's official YouTube channel: YouTube.com/HillsboroughCounty
• The County's HTV channels on cable television: Spectrum 637 and Frontier 22
• The HCFLGov.net website by going to HCFLGov.net/newsroom and selecting the "Live Meetings" button
• Listening to the hearing on smart phones by going to the above Facebook or YouTube link.

If you have any questions or need additional information for providing public input you may call (813) 307-4739.

The decision of the Land Use Hearing Officer will be filed with the Clerk of the Board of County Commissioners (BOCC) within 15 working days after the conclusion of the public hearing.

The review of the Zoning Hearing Master's recommendation by the Board of County Commissioners of Hillsborough County shall be restricted to the record as defined in Hillsborough County Ordinance 92-05, unless additional evidence and/or oral argument is permitted pursuant to the terms of the ordinance.

ANY PERSON WHO MIGHT WISH TO APPEAL ANY DECISION OR RECOMMENDATION MADE BY THE ZONING HEARING MASTER OR THE GOVERNING BODY REGARDING ANY MATTER CONSIDERED AT THE FORTHCOMING PUBLIC HEARING OR MEETING IS HEREBY ADVISED THAT THEY WILL NEED A RECORD OF THE PROCEEDINGS AND FOR SUCH PURPOSE, THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDING IS MADE AS IT WILL INCLUDE THE TESTIMONY AND EVIDENCE UPON WHICH SUCH APPEAL IS TO BE BASED.

Additional information concerning these requests may be obtained by calling the Development Services Department at (813) 272-5600.

### VARIANCE REQUEST

Petition 21-0338, filed on 01/28/2021 by Keith Button, represented by Amber Tew, of 2002 Holloway Rd, Plant City, FL 33567, ph (813) 967-2015. Requesting a variance to minimum lot size by available utilities, variance to lot development standards and variance to accessory structure requirements. The property is presently zoned RSC-6, MH and is located at 1022 Brimwood Dr.

Petition VAR 21-0573, filed on 03/23/2021 by Brandon RE Holdings, LLC, represented by Todd Pressman, of 200 2nd Ave S, #451, St Petersburg, FL 33701, ph (727) 804-1769. Requesting a variance to buffer/screening requirements and site development standards. The property is presently zoned CG and SR60 and is located at 520 E Brandon Blvd.

Petition VAR 21-0802, filed on 05/06/2021 by Ronald C. Wang, represented by Harald Wang, of 14144 Durhallen Dr, Poway, CA 92064, ph (619) 261-4863. Requesting a variance to lot development standards. The property is presently zoned ASC-1 and is located at 1601 Seffner Valrico Rd.

Petition VAR 21-0803, filed on 05/06/2021 by Douglas H. Negron, of 2550 Egypt Loop, Kissimmee, FL 34743, ph (407) 989-8102. Requesting a variance to lot development standards. The property is presently zoned ASC-1 and is located at 2201 Green Meadow Dr.

Petition VAR 21-0838, filed on 05/14/2021 by Sign Systems and Graphic Designs, Inc. / Shawn Kunkle, of 5031 W Grace St, Tampa, FL 33607, ph (813) 281-2400. Requesting a sign variance. The property is presently zoned PD (91-0034) and CG and is located at 13618 N. Florida Ave.

Petition VAR 21-0853, filed on 05/19/2021 by Wesley Harrell, of 9910 Alavista Dr, Gibsonton, FL 33534, ph (813) 750-5500. Requesting a variance to accessory structure requirements. The property is presently zoned RSC-6 and MH and is located at 9910 Alavista Dr.

Petition VAR 21-0893, filed on 05/26/2021 by Austin Coats, of 1302 N 23rd St, Tampa, FL 33605, ph (813) 293-8893. Requesting a Variance to accessory dwelling requirements. The property is presently zoned RSC-3 and is located at 8220 Crenshaw Cir.

Petition VAR 21-0900, filed on 05/27/2021 by Luisa Alonso, of 1024 W Hillsborough Ave, Tampa, FL 33603, ph (813) 384-4125. Requesting a variance to lot development standards. The property is presently zoned PD (83-0200) and is located at 9605 Kingsborgh Ct.

Petition VAR 21-0902, filed on 05/28/2021 by David Wright / TSP Companies, Inc., of PO Box 273417, Tampa, FL 33688, ph (813) 230-7473. Requesting a variance to lot development standards and to encroach into the wetland conservation area setback. The property is presently zoned RSC-6 and is located at 10713 Carroll Lake Dr.

Petition VAR 21-0906, filed on 06/01/2021 by TM Crowley & Associates, represented by Jacob T. Cremer / Stearns Weaver Miller, of 401 E Jackson St, Ste 2100, Tampa, FL 33602, ph (813) 223-4800. Requesting variances from LDC Part 5.08.00 Mixed-Use and Infill TND Code, LDC Section 6.11.04 Accessory Structures; LDC Section 6.11.52 Kennel; and LDC Part 6.07.00 Fences and Walls. The property is presently zoned TND 03-1432 and is located at 5507 N ol' Bloomingdale Ave and Blowing Oak St intersection.

Petition VAR 21-0906, filed on 06/01/2021 by WMG Development, LLC, represented by Jacob T. Cremer / Stearns Weaver Miller, of 401 E Jackson St, Ste 2100, Tampa, FL 33602, ph (813) 223-4800. Requesting a variance to eating establishment standards. The property is presently zoned PD (04-0558) and is located at W side of S US Hwy 301 and 1200' S of Paseo Al Mar Blvd.

Petition VAR 21-0928, filed on 06/07/2021 by Ann Hurley, of 9574 McIntosh Rd, Dover, FL 33527, ph (727) 599-9783. Requesting a variance to access requirements. The property is presently zoned AS-1 and AS-C1 and is located at 9574 McIntosh Rd.

### SPECIAL USES

Petition SU-GEN 21-0743, filed on 04/27/2021 by Debbie Coad / The Paideia School of Tampa Bay, Inc., represented by Christopher S. McNeal / McNeal Engineering, Inc., of 15957 N Florida Ave, Lutz, FL 33549, ph (813) 968-1081. Requesting a Special Use for a private school and variances to LDC parts 6.01.00 and 6.06.00. The property is presently zoned AS-1 and is located at 15002 Lake Magdalene Blvd.

Petition SU-LE 21-0375, filed on 02/05/2021 by Trademark Metals Recycling, LLC, represented by Kami Corbett/Hill Ward Henerson, P.A., of 101 E. Kennedy Blvd., Ste 3700, Tampa, FL 33602, ph (813) 227-8421. Requesting a Special Use for land excavation and variance to fence requirements. The property is presently zoned AR and is located at SW corner of N Mangeay Rd and Harold Bangler Dr.

Petition SU-AB 21-0910, filed on 06/01/2021 by Hillsborough County Associates IV, LLLP, represented by David M. Smith / Stearns Weaver Miller, of 401 E Jackson St, Ste 2100, Tampa, FL 33602, ph (813) 223-4800. Requesting a Special Use 4-COP-X beer, wine, and liquor for sale and consumption on the permitted premises, with separation waiver(s). The property is presently zoned PD (89-0097) and is located at 5010 Sevilla Shores Dr.

Petition SU-AB 21-0912, filed on 06/01/2021 by Kennco Liquors, represented by Dale Liberty, of 13359 Ashbark Ct, Riverview, FL 33579 ph (813) 817-8585. Requesting a Special Use 4-COP beer, wine, and liquor for sale and consumption on and off the permitted premises (package sales), with separation waiver(s). The property is presently zoned CN and is located at 5622 Lithia Pinecrest Rd

Page 18/LA GACETA/Friday, July 9, 2021                7/9/21LG 1T

---

## HILLSBOROUGH COUNTY

unknown heirs of JULIA A. STRING-
FIELD, deceased; BETTY FLETCHER,
deceased; unknown heirs of BETTY
FLETCHER, deceased; STATE OF
FLORIDA; FLORIDA DEPARTMENT
OF REVENUE; GEMB LENDING, INC.;
BANK OF AMERICA CORPORATION;
a Delaware banking corporation, as suc-
cessor in interest by merger with FIRST
RUSKIN BANK, a Florida banking corpo-

---

## HILLSBOROUGH COUNTY

ration; STEVEN ODELL STRINGFIELD;
RONALD E. STRINGFIELD; and ANY
AND ALL OTHER UNKNOWN PARTIES,
Defendants.

### NOTICE OF ACTION

TO: Defendants, JULIA A. STRINGFIELD,
deceased, UNKNOWN HEIRS OF
JULIA A. STRINGFIELD, deceased,

### NOTICE OF PUBLIC HEARING

A public hearing will be held by the Zoning Hearing Master, pursuant to Hillsborough County Ordinance 92-05, beginning at 6:00 p.m., July 26, 2021, at the Robert W. Saunders, Sr. Public Library, Ada T. Payne Community Room, 1505 N Nebraska Ave, Tampa, FL 33602, to hear the following requests. **Virtual participation in this public hearing is available through communications media technology, as described below.**

Copies of the applications, department reports and legal descriptions are available for public inspection in a master file maintained by the Development Services Department, the Board of County Commissioners and the Clerk of the Board of County Commissioners. All interested persons wishing to submit testimony or other evidence in this matter must submit same to the Zoning Hearing Master at the public hearing before him/her. The recommendation of the Zoning Hearing Master will be filed with the Clerk within fifteen (15) working days after the conclusion of the public hearing.

**Virtual Participation Option:** In response to the COVID-19 pandemic, Hillsborough County is making it possible for interested parties to participate in this public hearing by means of communications media technology. **In order to participate virtually, you must have access to a communications media device (such as a tablet or a computer equipped with a camera and microphone) that will enable you to be seen (video) and heard (audio) by the Zoning Hearing Master during the public hearing.** Additionally, should you opt to participate virtually in this public hearing, you will be able to provide oral documentary evidence during the public hearing. Therefore, if you opt to participate virtually in this public hearing, you must submit any documentary evidence you wish to be considered by the Zoning Hearing Master to the staff of the Development Services Department at least two business days prior to the Zoning Hearing Master hearing.

Anyone who wishes to participate virtually in this public hearing will be able to do so by completing the online Public Comment Signup Form found at: HillsboroughCounty.org/SpeakUp. You will be required to provide your name and telephone number on the online form. This information is being requested to facilitate the audio conferencing process. The Zoning Hearing Master will call on speakers by name in the order in which they have completed the online Public Comment Signup Form, depending on the application(s) to which each speaker signed up to speak. An audio call-in number will be provided to participants that have completed the form after it is received by the County. All callers will be muted upon calling and will be unmuted in the submission order after being recognized by the Zoning Hearing Master for their public hearing. Call submissions for the public hearing will close 30 minutes prior to the start of the hearing. Public comments offered using communications media technology will be afforded equal consideration as if the public comments were offered in person.

**In Person Participation:** While virtual participation is encouraged, standard in-person participation is still available. The format and procedures for in-person participation may differ from a traditional hearing. For the safety of participants and staff, social distancing will be properly adhered to at all times. For planning purposes, parties wishing to participate in person are encouraged to sign up ahead of time at HCFLGov.net/SpeakUp.

Anyone wishing to view and listen to the public hearing live, without participating, can do so in the following ways:

• The County's official YouTube channel: YouTube.com/HillsboroughCountyMeetings
• The County's HTV channels on cable television: Spectrum 637 and Frontier 22
• The HCFLGov.net website by going to HCFLGov.net/newsroom and selecting the "Live Meetings" button
• Listening to the hearing on smart phones by going to the above YouTube link.

If you have any questions or need additional information for providing public input you may call (813) 307-4739.

The recommendation of the Zoning Hearing Master will be filed with the Clerk of the Board of County Commissioners (BOCC) within 15 working days after the conclusion of the public hearing.

Review of the application by the Board of County Commissioners is restricted to the record as created at the hearing before the Zoning Hearing Master, inclusive of the documentation submitted prior to the hearing. In order to present testimony to the Board, you must be a party of record, and you must file a Request for Oral Argument within ten (10) days following the filing of the hearing officer's recommendation.

The review of the Zoning Hearing Master's recommendation by the Board of County Commissioners of Hillsborough County shall be restricted to the record as defined in Hillsborough County Ordinance 92-05, unless additional evidence and/or oral argument is permitted pursuant to the terms of the ordinance.

ANY PERSON WHO MIGHT WISH TO APPEAL ANY DECISION OR RECOMMENDATION MADE BY THE ZONING HEARING MASTER OR THE GOVERNING BODY REGARDING ANY MATTER CONSIDERED AT THE FORTHCOMING PUBLIC HEARING OR MEETING IS HEREBY ADVISED THAT THEY WILL NEED A RECORD OF THE PROCEEDINGS AND FOR SUCH PURPOSE, THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDING IS MADE AS IT WILL INCLUDE THE TESTIMONY AND EVIDENCE UPON WHICH SUCH APPEAL IS TO BE BASED.

Additional information concerning these requests may be obtained by calling the Development Services Department at (813) 272-5600.

### REZONING REQUESTS

Petition RZ-PD 21-0592, filed on 03/26/2021 by Tom Matter, represented by Spring Engineering, Inc., of 3014 US Hwy 19, Holiday, FL 34691, ph (727) 938-1516. Requesting to Rezone to Planned Development. The property is presently zoned CG and it is located at Approx 260' SW of N Dale Mabry Hwy and Fountain Mist Dr Intersection

Petition RZ-PD 21-0626, filed on 04/02/2021 by Francisco J. Otero-Cossio, of 13014 N. Dale Mabry Hwy #628, Tampa, FL 33618, ph (813) 517-6828. Requesting to Rezone to Planned Development. The property is presently zoned RSC-6, PD & ZC and it is located at South Side of E Martin Luther King Blvd and Cromwell Dr Intersection.

Petition RZ-PD 21-0647, filed on 04/06/2021 by David Wright / TSP Companies, Inc., of P.O. Box 1016, Tampa, FL 33601, ph (813) 230-7473. Requesting to Rezone to Planned Development. The property is presently zoned BPO, 05-1234 and it is located at Approx 160' SW of N Miller Rd and Camden Oaks Pl Intersection

Petition RZ-PD 21-0650, filed on 04/06/2021 by David Wright / TSP Companies, Inc., of P.O. Box 1016, Tampa, FL 33601, ph (813) 230-7473. Requesting to Rezone to Planned Development. The property is presently zoned AR, ASC-1 and it is located at North of Post Rd & 325' W of Roberts Rd

Petition RZ-PD 21-0701, filed on 04/21/2021 by Soney FM LLC / Ram A. Goel, of 10329 Cross Creek Blvd., Ste P, Tampa, FL 33647, ph (727) 420-4796. Requesting to Rezone to Planned Development. The property is presently zoned AR, CN & 72-0261 and it is located at SW corner of N US Hwy 301 & Walker Rd

Petition RZ-PD 21-0742, filed on 04/28/2021 by DPS Enterprises, Inc., represented by Bohler Engineering FL, LLC, of 3820 Northdale Blvd., Ste 300B, Tampa, FL 33624, ph (813) 812-4100. Requesting to Rezone to Planned Development. The property is presently zoned AS-1 & AR and it is located at SW corner of Skewlee Rd & Hart Pond Rd

Petition RZ-PD 21-0744, filed on 04/29/2021 by William Saltrick / Potomac Land Co., represented by Sean Cashen / Gulfcoast Consulting, of 13825 ICOT Center Ste 605, Clearwater, FL 33760, ph (727) 524-1818. Requesting to Rezone to Planned Development. The property is presently zoned AS-1 and it is located at SW corner of Bloomingdale Ave and S Saint Cloud Ave Intersection

Petition RZ-PD 21-0745, filed on 04/29/2021 by Bricklemyer Law Group / Clayton Brickle-
meyer, of 601 N. Ashley Dr., Ste 700, Tampa, FL 33602, ph (813) 229-7700. Requesting to Rezone to Planned Development. The property is presently zoned AS-1 and it is located at N side of Progress Blvd & 350' W of US 301

Petition RZ-PD 21-0746, filed on 04/29/2021 by William Sullivan / Potomac Land Co., represented by Sean Cashen / Gulfcoast Consulting, of 13825 ICOT Center Ste 605, Clearwater, FL 33760, ph (727) 524-1818. Requesting to Rezone to Planned Development. The property is presently zoned ASC-1, AR & RSC-3 and it is located at Approx. 825' W of S Carr Rd and Raiden Ln Intersection

Petition RZ-PD 21-0748, filed on 04/29/2021 by Northstar Tampa Medical LLP, repre-
sented by Elise Batsel / Stearns Weaver Miller, of 401 E. Jackson St, Ste #2100, Tampa, FL 33602, ph (813) 223-4800. Requesting to Rezone to Planned Development. The property is presently zoned PD & CPV-LO-2 and it is located N side of E Fletcher Ave & USF Magnolia Dr Intersection

Petition RZ-PD 21-0749, filed on 04/29/2021 by Cheryl Currie Kilcoyne / Double E Land Co., LLC / Currie Investments, Inc., represented by Christopher S. McNeal / McNeal Engineering, Inc., of 15957 N Florida Ave, Lutz, FL 33549, ph (813) 968-1081. Requesting to Rezone to Planned Development. The property is presently zoned CG and it is located SW corner of N Dale Mabry Hwy & W Fletwood Dr Intersection

Petition RZ-STD 21-0805, filed on 05/11/2021 by Sheldon Rd & Citrus Park Dr, LLC, represented by Burke Development, LLC of 10310 Fox Hunt Ln, Tampa, FL 33626, ph (813) 908-2124. Requesting to Rezone to RMC-20. The property is presently zoned AS-1 and it is located at W side of Sheldon Rd & 300' S of Citrus Park Dr

Petition RZ-STD 21-0870, filed on 05/21/2021 by John McCary / Five Star Roofing and Construction, Inc., of 9340 N. Florida Ave., Suite #1, Tampa, FL 33612, ph (813) 319-5260. Requesting to Rezone to CI. The property is presently zoned ASC-1 and it is located at N side of E Fowler Ave & 430' E of Wildon Ave

### MAJOR MODIFICATION REQUESTS

Petition MM 21-0747, filed on 04/29/2021 by Ellis National Bank of W. Hillsborough / Bank of America NC 1, represented by Michael D. Horner, of 1100 Alt US 19 N, Palm Harbor, FL 34683, ph (727) 785-9560. Requesting a Major Modification to a Planned Development. The property is presently zoned PD, 78-0249 & 12-0204 and it is located at SW corner of Hillsborough Ave & Webb Rd

Petition MM 21-0944, filed on 06/11/2021 by Habitat for Humanity of Hillsborough County Florida, Inc., of 509 East Jackson St, Tampa, FL 33602, ph (813) 336-0837. Requesting a Major Modification to a Planned Development. The property is presently zoned PD, 08-0270 and it is located at South Side of W Yukon St and 200' East of Windhorst Ridge Dr

7/9/21LG 1T

---

## HILLSBOROUGH COUNTY

BETTY FLETCHER, deceased,
UNKNOWN HEIRS OF BETTY
FLETCHER, deceased, STEVEN
ODELL STRINGFIELD, and ALL
OTHER UNKNOWN PARTIES, if alive,
and if dead, their unknown spouse(s),
heir(s), devisee(s), grantee(s), judg-
ment creditor(s), and all other parties
claiming by, through, under, or against

Defendants; the unknown spouse,
heirs, devisees, grantees, and judgment
creditors of Defendants, deceased, and
all other parties claiming by, through,
under, or against Defendants; and all
unknown natural persons if alive, and if
dead or not known to be dead or alive,
their several and respective unknown
spouses, heirs, devisees, grantees,
and judgment creditors, or other parties
claiming by, through, under or those
unknown natural persons; and the sev-
eral and respective unknown assigns,
successors in interest, trustees, or any
other person claiming by, through, un-
der, or against any corporation or other
legal entity named as a Defendant; and
all claimants, persons or parties, natural
or corporate, or whose exact legal
status is unknown, claiming under any
of the above-named or described De-
fendants or parties or claiming to have
any right, title, or interest in the subject
property described in Plaintiff's, DAVID
LEE FLETCHER, Complaint to Quiet
Title to Real Property ("Complaint") filed
in this action:

YOU ARE NOTIFIED that an action to quiet title to the following property in Hills-
borough County, Florida:

LOT 1, BLOCK 5, FIRST ADDITION
TO FAIRMONT MOBILE ESTATES,
ACCORDING TO THE MAP OR PLAT
THEREOF AS RECORDED IN PLAT
BOOK 43, PAGE 4, PUBLIC REC-
ORDS OF HILLSBOROUGH COUN-
TY, FLORIDA.

has been filed against you and you are re-
quired to serve a copy of your written de-
fenses, if any, to it on Scott W. Fitzpatrick,
Esquire, the Plaintiff's attorney, whose
address is Owens Law Group, P.A., 811
Cypress Village Blvd., Ruskin, Florida
33573, on or before August 3, 2021, and
file the original with the Clerk of this Court
either before service on the Plaintiff's attor-
ney or immediately thereafter; otherwise a
default will be entered against you for the
relief demanded in the Complaint.

Dated on July 2, 2021

Cindy Stuart
Clerk of Circuit Court

By s/ Sonia Santallana
Deputy Clerk

OWENS LAW GROUP, P.A.
By: /s/ Scott W. Fitzpatrick, B.C.S.
Florida Bar No. 0370710
OWENS LAW GROUP, P.A.
811-B Cypress Village Boulevard
Ruskin, Florida 33573
(813) 633-3396 - Telephone
(813) 633-3397 - Telecopier
scott@owenslawgroup.com - Email
Attorney for Plaintiff

7-9-7/30/21LG 4T

---

IN THE COUNTY COURT IN AND FOR
HILLSBOROUGH COUNTY, FLORIDA
CASE NO.: 20-CC-088901

WILSON PRESERVE COMMUNITY
ASSOCIATION, INC., a Florida not-for-
profit corporation,
Plaintiff,

v.

THE ESTATE OF JOSEPH
CHRISTOPHER WOODS, et al.,
Defendants.

### NOTICE OF FORECLOSURE SALE

Notice is hereby given, pursuant to the Final Judgment of Foreclosure entered in this cause in the County Court of Hillsborough County, Florida on June 29, 2021, the Clerk will sell the property situated in Hillsborough County, Florida described as:

Legal Description: Lot 3 in Block 2, of WILSON MANOR, according to the Plat thereof, recorded in Plat Book 119, Page 244, of the Public Records of Hillsborough County, Florida.

Street Address: 10223 Summer Azure Dr, Riverview, FL 33578

at public sale, to the highest and best bidder, for cash, on the Clerk's Fore-
closure Online Auction website at www.hillsborough.realforeclose.com, at 10:00 AM, on August 13, 2021.

Any person claiming an interest in the surplus from the sale, if any, other than the property owner as of the date of the lis pendens, must file a claim within 60 days after the sale.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your sched-
uled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

Dated the 6th day of July, 2021.

By: s/ Michael Goldberg
Bar # 372950
Attorneys for Plaintiff
PeytonBolin, PL
3343 W. Commercial Blvd., Suite 100
Fort Lauderdale, Florida 33309
P: (954) 316-1339
F: (954) 727-5776

7-9-7/16/21LG 2T

---

IN THE CIRCUIT COURT OF THE
THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH
COUNTY, FLORIDA
Case No.: 21DR003406
Division: AP

XIOMARA LEBRON,
Petitioner,
and

TIMOTHY PEELE,
Respondent.

### NOTICE OF ACTION FOR
DISSOLUTION OF MARRIAGE
(NO CHILD OR FINANCIAL SUPPORT)

TO: TIMOTHY PEELE
Last Known Address:
9221 Hilltop Meadow Loop #301
Tampa, Florida 33610

YOU ARE NOTIFIED that an action for dissolution of marriage has been filed against you and that you are required to

(Continued on next page)

Case 8:22-cv-01977-MSS-SPF   Document 36-5   Filed 06/29/23   Page 20 of 41 PageID 802

LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT

**HILLSBOROUGH COUNTY**

serve a copy of your written defenses, if any, to it on XIOMARA LEBRON, whose address is P.O. Box 3147, Tampa, Florida 33675 on or before August 3, 2021, and file the original with the clerk of this Court at 800 E. Twiggs St., Tampa, Florida 33602 before service on Petitioner or immediately thereafter. If you fail to do so, a default may be entered against you for the relief demanded in the petition.

The action is asking the court to decide how the following real or personal property should be divided: No Property Involved

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Designation of Current Mailing and E-Mail Address, Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be mailed or e-mailed to the address on record at the clerk's office.

WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.

Dated: July 2, 2021
Cindy Stuart
Clerk of the Circuit Court
By: /s/ Sonia Santallana
Deputy Clerk

7/9-7/30/21LG 4T

**NOTICE OF INTENTION TO REGISTER FICTITIOUS TRADE NAME**

Notice is hereby given that the under-signed intend(s) to register with the Florida Department of State, Division of Corporations, pursuant to Section 865.09 of the Florida Statutes (Chapter 90-267), the trade name of:

BENNETT FAMILY LAW FIRM
Owner: Terryn H. Bennett, P.A.
120 South Willow Ave.
Tampa, FL 32043

7/9/21LG 1T

**IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA**
PROBATE DIVISION
File No. 21-CP-1766
Division A

IN RE: ESTATE OF
ROY WAYNE WILSON,
Deceased.

**NOTICE OF ADMINISTRATION**
(Testate)

The administration of the estate of Roy Wayne Wilson, deceased, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is 801 E. Twiggs St., Tampa, FL 33602. The file number for this estate is 21-CP-1766. The estate is testate and the dates of the decedent's will and any codicils are September 22, 1998.

The names and addresses of the personal representative and the personal representative's attorney are set forth below. The fiduciary lawyer-client privilege in section 90.5021, Florida Statutes, applies with respect to the personal representative and any attorney employed by the personal representative.

Any interested person on whom a copy of the notice of administration is served must file with the court, on or before the date that is 3 months after the date of service of a copy of the Notice of Administration (of this estate), any objection that challenges the validity of the will, venue, or jurisdiction of the court. The 3 month time period may only be extended for estoppel based upon a misstatement by the personal representative regarding the time period within which an objection must be filed. The time period may not be extended for any other reason, including affirmative representation, failure to disclose information, or misconduct by the personal representative or any other person. Unless sooner barred by section 733.212(3), Florida Statutes, all objections to the validity of a will, venue or the jurisdiction of the court must be filed no later than the earlier of the entry of an order of final discharge of the personal representative or 1 year after service of the notice of administration.

Persons who may be entitled to exempt property under section 732.402, Florida Statutes, will be deemed to have waived their rights to claim that property as exempt property unless a petition for determination of exempt property is filed by such persons or on their behalf on or before the later of the date that is 40 days after the date of termination of any proceeding involving the construction, admission to probate, or validity of the will or involving any other matter affecting any part of the exempt property.

Unless an extension is granted pursuant to section 732.2135(2), Florida Statutes, an election to take an elective share must be filed on or before the earlier of the date that is 6 months after the date of service of a copy of the notice of administration on the surviving spouse, or an attorney in fact or a guardian of the property of the surviving spouse; or the date that is 2 years after the date of the decedent's death.

Under certain circumstances and by failing to contest the will, the recipient of this notice of administration may be waiving his or her right to contest the validity of a trust or other writing incorporated by reference into the will.

Personal Representative:
ROSA S. WILSON
3110 W. Villa Rosa Street
Tampa, FL 33611

Attorney for Personal Representative:
Elizabeth L. Hapner
Email Addresses:
elh@hapnerlaw9.com
Florida Bar No. 322849
1560 W. Cleveland Street
Tampa, FL 33606
Telephone: (813) 250-0357

7/9-7/16/21LG 2T

**IN THE CIRCUIT COURT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**
PROBATE DIVISION
CASE NO. 21-CP-2125
DIVISION: A
Florida Bar #308447

IN RE: ESTATE OF
ELEAZAR CARDENAS,
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of EL-EAZAR CARDENAS, deceased, Case Number: 21-CP-2125, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is P. O. Box 1110, Tampa, Florida 33601. The name and address of the personal representative and the personal representative's attorney are set forth below.

All creditors of decedent and other persons, who have claims or demands against decedent's estate, including unmatured, contingent or unliquidated claims, and who have been served a copy of this notice, must file their claims with this Court WITHIN THE LATER OF THREE MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE OR THIRTY (30) DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of decedent and other persons who have claims or demands against decedent's estate, including unmatured, contingent or unliquidated claims, must file their claims with this Court WITH-IN THREE MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT SO FILED WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERI-OD SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AF-TER DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this No-tice is July 9, 2021.

Personal Representative:
ROSA ELISA CARDENAS
626 Rollingwood Lane
Valrico, FL 33594

Attorney for Personal Representative:
WILLIAM R. MUMBAUER, ESQUIRE
WILLIAM R. MUMBAUER, P.A.
Email: wrmumbauer@aol.com
200 N. Parsons Avenue
Brandon, FL 33510
813/685-3133

7-9-7/16/21LG 2T

**IN THE COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**
CASE NO.: 21-CC-027998

TOWNHOMES OF SUMMERFIELD HOMEOWNERS ASSOCIATION, INC., a Florida Not-For-Profit Corporation,
Plaintiff,
vs.
THE UNKNOWN HEIRS, DEVISEES, GRANTEES, ASSIGNEES, LIENORS, CREDITORS, TRUSTEES, OR OTHER CLAIMANTS CLAIMING BY, THROUGH, UNDER, OR AGAINST, KATHERINE DAHM; UNKNOWN SPOUSE OF KATHERINE DAHM; RICHARD F. DAHM; TRACY DRASKIC; STEVEN DAHM; VICKI FUSCO; ANY AND ALL UNKNOWN PARTIES CLAIMING BY, THROUGH, UNDER, AND AGAINST THERE HEREIN NAMED DEFENDANT(S) WHO ARE NOT KNOWN TO BE DEAD OR ALIVE, WHETHER SAID UNKNOWN PARTIES MAY CLAIM AN INTEREST AS SPOUSES, HEIRS, DEVISEES, GRANTEES, OR OTHER CLAIMAINTS; UNKNOWN TENANT #1 AND UNKNOWN TENANT #2,
Defendant(s).

**PLAINTIFF'S NOTICE OF SALE**

Notice is given that, pursuant to the Uni-form Final Judgment for Foreclosure and Award of Attorney Fees and Costs entered in Case No. 21-CC-027998, of the County Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, in which Plaintiff is TOWNHOMES OF SUMMERFIELD HOMEOWNERS AS-SOCIATION, INC., and Defendants are: THE UNKNOWN HEIRS, DEVISEES, GRANTEES, ASSIGNEES, LIENORS, CREDITORS, TRUSTEES, OR OTHER CLAIMANTS CLAIMING BY, THROUGH, UNDER, OR AGAINST, KATHERINE DAHM; UNKNOWN SPOUSE OF KATH-ERINE DAHM; RICHARD F. DAHM; TRA-CY DRASKIC; STEVEN DAHM; VICKI FUSCO; ANY AND ALL UNKNOWN PAR-TIES CLAIMING BY, THROUGH, UNDER, AND AGAINST THERE HEREIN NAMED DEFENDANT(S) WHO ARE NOT KNOWN TO BE DEAD OR ALIVE, WHETHER SAID UNKNOWN PARTIES MAY CLAIM AN INTEREST AS SPOUSES, HEIRS, DEVISEES, GRANTEES, OR OTHER CLAIMAINTS; UNKNOWN TENANT #1 AND UNKNOWN TENANT #2, and other named defendants, the Clerk of the Court will sell the subject property at public sale to the highest bidder for cash in an online sale at www.hillsborough.realforeclose. com, beginning at 10:00 a.m. on August 20, 2021, the following described property as set forth in the Uniform Final Judgment For Foreclosure and Award of Attorney Fees and Costs:

Lot 6, in Block 1, of Summerfield Vil-lage 1, Tract 2 Phase 1 & 2, according to the Plat thereof, as recorded in Plat Book 93 at Page(s) 10-1 through 10-3, inclusive, of the Public Records of Hillsborough County, Florida.
Also known as: 10807 Keys Gate Drive, Riverview, Florida 33579.

Any person claiming an interest in the sur-plus from the sale, if any, other than the property owner as of the date of the lis pendens must file a claim within 60 days after the sale.

If you are a person with a disability who needs any accommodation in order to par-ticipate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coor-dinator, Hillsborough County Courthouse, 800 E. Twiggs Street, Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appear-ance, or immediately upon receiving this notification if the time before the sched-uled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

Respectfully submitted,
Lake Law Firm, P.A.
3510 1st Avenue North, Suite 125
St. Petersburg, FL 33713
727-592-1812 / Fax 727-683-9837
Primary: letalake@lakelawfirmpa.com
Secondary: service@lakelawfirmpa.com
Attorney for Plaintiff
By: /s/ Sheila M. Lake
Sheila M. Lake, Esq.
Fla. Bar No.: 1009133

7-9-7/16/21LG 2T

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**
CIVIL DIVISION
Case No.: 20-CA-007286

SHREYA DUNDIGALLA,
Plaintiff,
vs.
CHRISTOPHER WHITLOCK; AMANEE WHITLOCK; VENETIAN AT BAY PARK HOMEOWNERS ASSOCIATION INC.; UNKNOWN TENANT #1 AND UNKNOWN TENANT #2,
Defendants.

**NOTICE OF FORECLOSURE SALE**

NOTICE IS HEREBY GIVEN, pursuant to the Uniform Final Judgment of Fore-closure dated June 29, 2021 and entered in Case No.: 20-CA-007286 in the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, Florida. The Hillsborough County Clerk of the Court will sell to the highest and best bidder for cash via online auction at http://www. hillsborough.realforeclose.com on the August 4, 2021, at 10:00am, the property described on below as set forth in said Uniform Final Judgment, to wit:

Lot 1, Block 2, of VENETIAN AT BAY PARK, according to the plat thereof, as recorded in Plat Book 103, Page 260-269, of the Public Records of Hillsborough County, Florida.
Property Address: 1714 Alhambra Crest Dr., Ruskin, FL 33570-7918

and all fixtures and personal property located therein or thereon, which are in-cluded as security in Plaintiff's mortgage.

Any person claiming an interest in the surplus funds from the sale, if any, other than the property owner as of the date of the Lis Pendens must file a claim within 60 days after the sale.

This notice is provided pursuant to Ad-ministrative Order No. 2.065. If you are a person with a disability who needs any ac-commodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assis-tance. Please contact the ADA Coordina-tor, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notifi-cation if the time before the scheduled ap-pearance is less than 7 days; if you are hearing or voice impaired, call 711.

Dated this June 30, 2021.
s/ Anthony G. Woodward, Esq.
Florida Bar No.: 0773610
1520 Gulf Blvd. Unit 1605,
Clearwater FL 33767
litigation@anthonywoodwardpa.com
Telephone: (813) 251-2200
Facsimile: (813) 909-7439
Attorney for Plaintiff

7/9-7/16/21LG 2T

**IN THE COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**
CASE NO.: 2021-CC-046407
DIVISION: J

S.E.V.I.N., LLC,
Plaintiff,
vs.
JOHN and JANE DOES, representing all unknown parties who may have some right, title, or interest in the subject property,
Defendant(s).

**NOTICE OF ACTION FOR QUIET TITLE OR FOR DECLARATORY RELIEF**

TO: JOHN and JANE DOES, represent-ing all unknown parties who may have some right, title, or interest in the subject property

YOU ARE NOTIFIED that an action for Quiet Title or for Declaratory Relief and other relief involving the acquisition of a clear title for a real property located at:

Lots 21, and 22, Block 4, GRANT PARK SUBDIVISION, according to the map or plat thereof as recorded in Plat Book 6, Page 30 of the Public Re-cords of Hillsborough County, Florida.

Parcel Identification Number: A-10-29-

---

**NOTICE OF PUBLIC HEARING**

As the result of being unable to effectuate certified mail notice to violators of the City Code, Notice is hereby given that the Municipal Code Enforcement Hearing Master has sched-uled a public hearing on 07/21/2021 at 9:00 A.M.to hear the below listed cases. Which are in violation of the City of Tampa Code Information listed below describes the case number, property owner(s), violation address, code section violated, and legal description of subject property in that order. The hearing will be held in City Council Chambers, 3rd Floor, City Hall, 315 E Kennedy Blvd., Tampa Florida. Affected property owners will be given the opportunity to discuss the alleged violations. Should anyone have any ques-tions regarding these cases, please call the Office of the City Clerk at (813) 274-7286.

Please note that if any person decides to appeal any decision made by the Code Enforce-ment Hearing Master with respect to any matter considered at the meeting or hearing, they will need to ensure a verbatim record of the proceedings is made, which record includes the testimony and evidence upon which the appeal is to be based.

**CASES TO BE HEARD AT THE 9:00 A.M. HEARING**

CASE NO. COD-20-0002752
NAME OF VIOLATOR: A LINN WYLLIE AND SAMANTHA DAMMER
LOCATION OF VIOLATION: 912 E BOUGAINVILLEA AVE, TAMPA, FL 33612
CODE SECTION: 19-56
LEGAL DESCRIPTION: NEBRASKA AVENUE HEIGHTS LOTS 26 AND 27 BLOCK 1
FOLIO:143772.0000

CASE NO. COD-20-0003215
NAME OF VIOLATOR: DOUGLAS GUNCET
LOCATION OF VIOLATION: 8505 N OLA AVE, TAMPA, FL 33604
CODE SECTION: 19-50
LEGAL DESCRIPTION: MANOR HILLS SUBDIVISION LOTS 28 AND 29 INCL BLOCK 14
FOLIO:100137.0000

CASE NO. COD-20-0003283
NAME OF VIOLATOR: UMESH SHAH AND ADA RICCIO
LOCATION OF VIOLATION: 8421 N PACKWOOD AVE, TAMPA, FL 33604
CODE SECTION: 19-56
LEGAL DESCRIPTION: OAKWOOD MANOR LOT 34 AND W 1/2 CLOSED ALLEY ABUTTING ON E
FOLIO:98370.0020

CASE NO. COD-20-0003326
NAME OF VIOLATOR: KENNETH R FERGUSON
LOCATION OF VIOLATION: 8411 N HIGHLAND AVE, TAMPA, FL 33604
CODE SECTION: 19-50
LEGAL DESCRIPTION: MANOR HILLS SUBDIVISION LOTS 26 AND 27 AND W 1/2 CLOSED ALLEY ABUTTING ON E BLOCK 12
FOLIO:100099.0000

CASE NO. COD-20-0003330
NAME OF VIOLATOR: ISABAMB MUSIC GROUP
LOCATION OF VIOLATION: 8705 N BOULEVARD, TAMPA, FL 33604
CODE SECTIONS: 19-49 19-50 19-56 19-231(15a)
LEGAL DESCRIPTION: CASA LOMA SUBDIVISION LOTS 31 AND 32 BLOCK 12
FOLIO:100435.0000

CASE NO. COD-20-0003541
NAME OF VIOLATOR: CHRISTOPHER LAWYER
LOCATION OF VIOLATION: 3105 RIVER GROVE DR, TAMPA, FL 33610
CODE SECTION: 19-231(15)a
LEGAL DESCRIPTION: RIVER GROVE PARK LOT 25 BLOCK 5
FOLIO:149007.0000

CASE NO. COD-20-0003619
NAME OF VIOLATOR: G&Y VENTURES LLC
LOCATION OF VIOLATION: 8404 N MULBERRY ST, TAMPA, FL 33604
CODE SECTION: 19-48
LEGAL DESCRIPTION: SULPHUR HILL LOT 10 LESS S 10 FT OF W 50 FT THEREOF BLOCK 7
FOLIO:145834.1000

CASE NO. COD-20-0003624
NAME OF VIOLATOR: G&Y VENTURES LLC
LOCATION OF VIOLATION: 8404 N MULBERRY ST, TAMPA, FL 33604
CODE SECTION: 19-231(15)c (17)
LEGAL DESCRIPTION: SULPHUR HILL LOT 10 LESS S 10 FT OF W 50 FT THEREOF BLOCK 7
FOLIO:145834.1000

CASE NO. COD-20-0003633
NAME OF VIOLATOR: W & J PARTNERS LLC
LOCATION OF VIOLATION: 512 E HILLSBOROUGH AVE, TAMPA, FL 33604
CODE SECTION: 19-237(3)b
LEGAL DESCRIPTION: EAST SUWANEE HEIGHTS LOTS 1 TO 3 INCL AND THAT PART OF LOT 4 DESC AS BEG AT SW COR AND RUN E 27.75 FT N 86 DEG 46 MIN 25 SEC E 80.97 FT NELY 26.32 FT ALONG 34.5 FT RAD CURVE TO E BDRY N 40.24 FT TO NE COR W TO NW COR AND S TO BEG BLOCK 29 LESS R0 R/W
FOLIO:164310.0000

CASE NO. COD-20-0003655
NAME OF VIOLATOR: JPAC LLC
LOCATION OF VIOLATION: 9213 N BROOKS ST, TAMPA, FL 33612
CODE SECTION: 19-231(15a) (17)
LEGAL DESCRIPTION: FAIRVIEW TERRACE LOT 18 BLOCK 4
FOLIO:147741.0000

CASE NO. COD-20-0003699
NAME OF VIOLATOR: NEW LIFE BAPTIST CHURCH OF TAMPA INC
LOCATION OF VIOLATION: 8507 N 9TH ST, TAMPA, FL 33604
CODE SECTION: 19-231(15)a
LEGAL DESCRIPTION: SULPHUR SPRINGS ADDITION LOTS 5 TO 8 INCL AND LOTS 13 TO 16 INCL BLOCK 8
FOLIO:000000.0000

CASE NO. COD-20-0003766
NAME OF VIOLATOR: W & J PARTNERS LLC
LOCATION OF VIOLATION: 512 E HILLSBOROUGH AVE, TAMPA, FL 33604
CODE SECTION: 19-49
LEGAL DESCRIPTION: EAST SUWANEE HEIGHTS LOTS 1 TO 3 INCL AND THAT PART OF LOT 4 DESC AS BEG AT SW COR AND RUN E 27.75 FT N 86 DEG 46 MIN 25 SEC E 80.97 FT NELY 26.32 FT ALONG 34.5 FT RAD CURVE TO E BDRY N 40.24 FT TO NE COR W TO NW COR AND S TO BEG BLOCK 29 LESS R0 R/W
FOLIO:164310.0000

CASE NO. COD-20-0003768
NAME OF VIOLATOR: CARLOS VAZQUEZ
LOCATION OF VIOLATION: 5411 N MCKAY AVE, TAMPA, FL 33603
CODE SECTION: 19-49 19-50
LEGAL DESCRIPTION: RIVERSIDE ESTATES FROM SE COR OF LOT 13 RUN NWLY 10 FT ALONG ELY BDRY FOR POB THEN CONT NWLY 70 FT SWLY 70 FT ON WLY LINE OF LOT 12, 70 FT NWLY FROM SWLY COR THEN SELY ON W LINE OF LOT 12, 70 FT TO SW COR AND NELY TO BEG BLOCK 10
FOLIO:104671.0000

CASE NO. COD-20-0003853
NAME OF VIOLATOR: AVANGARDCHIK LLC
LOCATION OF VIOLATION: 8406 N 18TH ST, TAMPA, FL 33604
CODE SECTIONS: 19-231 (3) (10) (11) (13) (15)b c (17)
LEGAL DESCRIPTION: OAK TERRACE REVISED PLAT OF LOTS 421 TO 424 INCL AND E 1/2 CLOSED ALLEY ABUTTING THEREON
FOLIO:145728.0000

**CASES TO BE HEARD AT THE 1:00 P.M. HEARING**

CASE NO. COD-21-0000120
NAME OF VIOLATOR: ESTATE OF THELMA L DUGGINS
LOCATION OF VIOLATION: 4215 W BAY VIEW AVE, TAMPA, FL 33611
CODE SECTIONS: 27-283.11(b)
LEGAL DESCRIPTION: NORMA PARK SUBDIVISION LOT 24 BLOCK 7
FOLIO:129466.0000

CASE NO. COD-21-0001138
NAME OF VIOLATOR: KAPOTASANA LLC
LOCATION OF VIOLATION: 531 N FLORIDA AVE, TAMPA, FL 33602
CODE SECTIONS: 27-283.2 27-211.6
LEGAL DESCRIPTION: SUWANEE HEIGHTS LOT 6 BLOCK 4
FOLIO:164114.0000

CASE NO. COD-21-0001177
NAME OF VIOLATOR: JOSE RAUL RODRIGUEZ
LOCATION OF VIOLATION: 1919 W NORTH ST, TAMPA, FL 33604
CODE SECTION: 27-282.5
LEGAL DESCRIPTION: WACO FIRST ADDITION TO LOT 8
FOLIO:10828.0000

CASE NO. COD-21-0001279
NAME OF VIOLATOR: OLGA MEJIAS
LOCATION OF VIOLATION: 8414 N 18TH ST, TAMPA, FL 33604
CODE SECTIONS: 27-283.11(a)
LEGAL DESCRIPTION: OAK TERRACE REVISED PLAT OF LOTS 429 TO 432 INCL & E 1/2 CLOSED ALLEY ABUTTING THEREON
FOLIO:145730.0000

CASE NO. COD-21-0001376
NAME OF VIOLATOR: ALELI DEL CARMEN CURRA
LOCATION OF VIOLATION: 510 W BIRD ST, TAMPA, FL 33604
CODE SECTIONS: 27-156 27-43
LEGAL DESCRIPTION: PURITY SPRINGS HEIGHTS NO 2 LOT 5 BLOCK 3
FOLIO:100784.0000

CASE NO. COD-21-0001527
NAME OF VIOLATOR: DIGNA F FIGUEROA
LOCATION OF VIOLATION: 3629 W PALMETTO ST, TAMPA, FL 33607
CODE SECTION: 27-283.11(b)
LEGAL DESCRIPTION: WEST SUBDIVISION LOTS 22 AND 23 BLOCK 1
FOLIO:111802.0000

CASE NO. COD-21-0001539
NAME OF VIOLATOR: YAMILET CASTILLO CRUZ
LOCATION OF VIOLATION: 3905 E KNOLLWOOD ST, TAMPA, FL 33610
CODE SECTION: 27-290.1 (a)(1) 27-290.1(c)
LEGAL DESCRIPTION: RIVER GROVE ESTATES ADDITION LOT 21 BLOCK 11
FOLIO:151354.0000

CASE NO. COD-21-0001688
NAME OF VIOLATOR: ANITA GREEN
LOCATION OF VIOLATION: 4209 W LAUREL ST, TAMPA, FL 33607
CODE SECTION: 27-283.11(b)
LEGAL DESCRIPTION: CYPRESS ESTATES LOT 12 BLOCK 1
FOLIO:111040.0000

6/18-7/9/21LG 4T

(Continued on next page)

CHCCC-000039

LEGAL ADVERTISEMENT    LEGAL ADVERTISEMENT    LEGAL ADVERTISEMENT    LEGAL ADVERTISEMENT    LEGAL ADVERTISEMENT

## HILLSBOROUGH COUNTY

19-4BX-000004-00021.0

In Hillsborough County, Florida has been filed against John and Jane Does, representing all unknown parties who may have some right, title, or interest in the subject property, who are required to serve a copy of written defenses, if any, to it on Plaintiff's counsel, Edison, Edison, & Brandt, PLLC, whose address is

Michael G. Edison, Esq.
Edison, Edison, & Brandt, PLLC
11268 Winthrop Main St.
Riverview, FL 33578
Suite 102

within twenty (20) days, and file the original with the clerk of this Court at 800 E. Twiggs Street, Tampa, FL 33602, before service on Plaintiff's counsel or immediately thereafter. If you fail to do so, a default may be entered against you for the relief demanded in the Complaint.

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named herein.

WITNESS MY HAND AND SEAL of said Court

DATED this 29th day of June, 2021.
Cindy Stuart
Clerk of the Circuit Court
By: s/ Sonia Santallana
Deputy Clerk
Michael G. Edison, Esq.
Edison, Edison, & Brandt, PLLC
11268 Winthrop Main St., Suite 102
Riverview, FL 33578

7/9-7/30/21/L 4T

---

IN THE CIRCUIT COURT OF THE
THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH
COUNTY, FLORIDA
CIVIL DIVISION
Case No. 21-CA-005047
Division C

JEFFREY L. HEIMERDINGER and
DAVID A. HEIMERDINGER
Plaintiff,

vs.

THE HEIRS/DEVISEES OF THE
ESTATE OF LEWIS CHARLES
HEIMERDINGER, DECEASED; THE
HEIRS/DEVISEES OF THE ESTATE
OF LEWIS CHARLES HEIMERDINGER,
JR., DECEASED; THE HEIRS/
DEVISEES OF THE ESTATE OF
DOLORES H. SHEEHAN (formerly
Dolores Heimerdinger), DECEASED;
THE HEIRS/DEVISEES OF THE
ESTATE OF NATALIE HEIMERDINGER,
DECEASED; THE HEIRS/DEVISEES
OF THE ESTATE OF HAROLD
HEIMERDINGER, DECEASED; THE
HEIRS/DEVISEES OF THE ESTATE OF
ELAINE HEIMERDINGER, DECEASED
and THE UNKNOWN SPOUSES,
HEIRS, DEVISEES, GRANTEES AND
JUDGMENT CREDITORS OF ANY OF
THE ABOVE-NAMED DEFENDANTS,
Defendants.

NOTICE OF ACTION

TO: The Heirs/Devisees of the Estate of Lewis Charles Heimerdinger, Deceased
Address Unknown

The Heirs/Devisees of the Estate of Lewis Charles Heimerdinger, Jr., Deceased

## HILLSBOROUGH COUNTY

Address Unknown

The Heirs/Devisees of the Estate of Dolores H. Sheehan (formerly Dolores Heimerdinger), Deceased
Address Unknown

The Heirs/Devisees of the Estate of Natalie Heimerdinger, Deceased
Address Unknown

The Heirs/Devisees of the Estate of Harold Heimerdinger, Deceased
Address Unknown

The Heirs/Devisees of the Estate of Elaine Heimerdinger, Deceased
Address Unknown

The Unknown Spouses, Heirs, Devisees, Grantees and Judgment Creditors of any of the Above-Named Defendants
Address Unknown

YOU ARE NOTIFIED that an action to quiet title on the following property in Hillsborough County, Florida:

Lot 19, Block 29, Sun City, according to the map or plat thereof, as recorded in Plat Book 17, Page 21, of the Public Records of Hillsborough County, Florida.

Folio Number: 032571-0000

has been filed against you and you are required to serve a copy of your written defenses, if any, within thirty (30) days from the date of the first publication of this Notice on Luis Martinez-Monfort, of Gardner, Brewer, Martinez-Monfort, P.A., Plaintiff's attorney, whose address is 400 N. Ashley Street, Suite 1100, Tampa, FL 33602, and file the original with this Court either before service on Plaintiff's attorney or immediately thereafter; otherwise a default will be entered against you for the relief demanded in the Complaint.

Respond Date: August 3, 2021.

If you are a person with a disability who needs an accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provisions of certain assistance. Please contact the ADA Coordinator for the Courts within 2 working days of your receipt of your notice to appear in Court at: Hillsborough County, Carmen LoBue (813) 276-8407, TTY: 7-1-1.

WITNESS my hand and the seal of this Court on this 2nd day of July, 2021.

Cindy Stuart
As Clerk of the Circuit Court
By s/ Sonia Santallana
As Deputy Clerk

7/9-7/30/21/L 4T

---

IN THE CIRCUIT COURT FOR
HILLSBOROUGH COUNTY, FLORIDA
PROBATE DIVISION
File No. 19-CP-003874

IN RE: ESTATE OF
Linda Talladino Nosworthy
Deceased.

NOTICE TO CREDITORS

The administration of the estate of Linda Talladino Nosworthy, deceased, whose date of death was November 26th, 2019, is pending in the Circuit Court for HILLSBOROUGH County, Florida, Probate Division, the address of which is Clerk of the Circuit Court, Probate, Guardianship, and Trust, 1st Floor, Room 101, George E. Edgecomb Courthouse, 800 East Twiggs Street, Tampa, Florida 33602. The name and address of the personal representative is set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL

## HILLSBOROUGH COUNTY

BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is July 9th, 2021.

Personal Representative:
Robert Leonard Nosworthy
1028 Apollo Beach Blvd, 4
Apollo Beach, Florida 33572

7/9-7/16/21/LG 2T

---

IN THE CIRCUIT COURT FOR
HILLSBOROUGH COUNTY, FLORIDA
PROBATE DIVISION
File No. 21-CP-002124

IN RE: ESTATE OF
FELICITA HERASME
Deceased.

NOTICE TO CREDITORS

The administration of the estate of FELICITA HERASME, deceased, whose date of death was July 20, 2020; File Number 21-CP-002124, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is P.O. Box 3360, Tampa, Florida 33601. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate, on whom a copy of this notice is required to be served must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIOD SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is July 9, 2021.

Personal Representative:
ANA IRIS ESQUIVEL
8322 Paddlewheel St.
Tampa, FL 33637

Personal Representative's Attorneys:
Derek B. Alvarez, Esq. - FBN: 114278
DBA@GendersAlvarez.com
Anthony F. Diecidue, Esq. - FBN: 146528
AFD@GendersAlvarez.com
Whitney C. Miranda, Esq. - FBN: 65928
WCM@GendersAlvarez.com
GENDERS♦ALVAREZ♦DIECIDUE, P.A.
2307 West Cleveland Street
Tampa, Florida 33609
Phone: (813) 254-4744
Fax: (813) 254-5222
Eservice for all attorneys listed above:
GADeservice@GendersAlvarez.com

7/9-7/16/21/LG 2T

---

IN THE CIRCUIT COURT OF THE
THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH
COUNTY, STATE OF FLORIDA
PROBATE DIVISION
CASE NO.: 2021-CP-001900
DIVISION: A

IN RE: ESTATE OF
HENRY BYRON,
Deceased.

NOTICE TO CREDITORS

ALL PERSONS HAVING CLAIMS OR DEMANDS AGAINST THE ABOVE ESTATE:

The administration of the estate of HENRY BYRON, File Number 2021-CP-001900 in the Circuit Court for Hillsborough County, Florida, Probate Division,

## HILLSBOROUGH COUNTY

the address of which is Post Office Box 1110, Tampa, Florida 33601. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

ALL INTERESTED PERSONS ARE NOTIFIED THAT:

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is served within three months after the date of the first publication of this notice must file their claims with this Court WITHIN THE LATER OF THREE MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE OR THIRTY DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and persons having claims or demands against the estate of the decedent must file their claims with this court WITHIN THREE MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS AND DEMANDS NOT SO FILED WILL BE FOREVER BARRED.

The date of the first publication of this Notice is July 9, 2021.

Personal Representative:
Marcia Hair
4712 East Poinsettia Avenue
Tampa, Florida 33617

Attorney for Personal Representative:
JOHN W. GARDNER, ESQUIRE
JOHN W. GARDNER, P.A.
221 East Robertson Street
Brandon, Florida 33511
(813) 651-0055
FLORIDA BAR NO.: 745219

7/9-7/16/21/LG 2T

---

NOTICE OF PUBLIC SALE

NOTICE OF PUBLIC SALE: BILAL TOWING gives Notice of Foreclosure of Lien and intent to sell these vehicles on 07/22/2021, 10:30 am at 3744 N 40th St TAMPA, FL 33610, pursuant to subsection 713.78 of the Florida Statutes. BILAL TOWING reserves the right to accept or reject any and/or all bids.

1GNDV23W38D172954 2008 CHEVROLET
7/9/21/LG 1T

---

IN THE CIRCUIT COURT
IN AND FOR HILLSBOROUGH
COUNTY, STATE OF FLORIDA
FAMILY LAW DIVISION
Case No.: 21-DR-008088
Division: T

IN RE: The Marriage of:
WILLIAM R. HENLEY,
Petitioner/Husband,
and
DEBRA SUE HENLEY,
Respondent/Wife.

NOTICE OF ACTION FOR
DISSOLUTION OF MARRIAGE

TO: DEBRA SUE HENLEY
Last known address: 149 Java Circle, Auburndale, Florida 33823

YOU ARE NOTIFIED that an action for dissolution of marriage has been filed against you and that you are required to serve a copy of your written defenses, if any, to it on WILLIAM R. HENLEY, c/o Jana C. Barnett, Esquire, whose address is 137 S. Parsons Ave, Brandon, FL 33511 on or before August 2, 2021, and file the original with the clerk of this Court at 800 E. Twiggs St., Room 101, Tampa, FL 33602 or P.O. Box 3450, Tampa, FL 33601-4358 before service on Petitioner or immediately thereafter. If you fail to do so, a default may be entered against you for the relief demanded in the petition.

The action is asking the court to decide how the following real or personal property should be divided: NONE

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Designation of Current Mailing and E-Mail Address, Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be mailed or e-mailed to the address(es) on record at the clerk's office.

WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.

Dated: 6/29/21
Cindy Stuart
Clerk of the Circuit Court
By s/ Martha Concillo
Deputy Clerk

7/9-7/30/21/LG 4T

---

IN THE CIRCUIT COURT FOR
HILLSBOROUGH COUNTY, FLORIDA
PROBATE DIVISION
File No. 21-CP-001699
Division A

IN RE: ESTATE OF
REGINALD OWEN DALTON
Deceased.

NOTICE TO CREDITORS

The administration of the estate of Reginald Owen Dalton, deceased, whose date of death was April 16, 2021, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is P.O. Box 1110, Tampa, Florida 33601. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands

## HILLSBOROUGH COUNTY

against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is July 9, 2021.

Personal Representative:
/s/ Jerry Guy
17012 Shady Pines Drive
Tampa, Florida 33549

Attorney for Personal Representative:
/s/ Paul E. Riffel
Attorney
Florida Bar Number: 352098
1319 West Fletcher Avenue
Tampa, Florida 33612
Telephone: (813) 265-1185
E-Mail: paul@paulriffel.com
Secondary E-Mail: service@paulriffel.com

7/9-7/16/21/LG 2T

---

IN THE CIRCUIT COURT OF THE
THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH
COUNTY, FLORIDA
PROBATE DIVISION
CASE NO: 21-CP-002050

IN RE: ESTATE OF
BERTIE REEPLES DUNBAR,
Deceased.

NOTICE TO CREDITORS

The administration of the estate of Bertie Reeples Dunbar, deceased, whose date of death was April 29, 2021, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is 800 E Twiggs St., Tampa, FL 33602. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is July 9, 2021.

Personal Representative:
Alice Elphia Elliott
2 Circle Drive SE
Lindale, Georgia 30147

Attorney for Personal Representative:
Brice Zoecklein, Esq.
Email Address:
brice@zoeckleinlawpa.com
Florida Bar No. 0085615
Zoecklein Law P.A.
329 Pauls Drive
Brandon, Florida 33511

7/9-7/16/21/LG 2T

---

IN THE COUNTY COURT IN AND FOR
HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION
CASE NO.: 21-CC-058381

PARKWOOD HOMEOWNERS
ASSOCIATION OF WALDEN LAKE,
INC.,
Plaintiff,

vs.

THE UNKNOWN HEIRS, DEVISEES,
GRANTEES, ASSIGNEES, LIENORS,
CREDITORS, TRUSTEES, OR OTHER
CLAIMANT CLAIMING BY, THROUGH,
UNDER OR AGAINST CHERYL LYNN
BATES,
Defendants.

NOTICE OF ACTION

TO: THE UNKNOWN HEIRS, DEVISEES, GRANTEES, ASSIGNEES, LIENORS, CREDITORS, TRUSTEES, OR OTHER CLAIMANT CLAIMING BY, THROUGH, UNDER OR AGAINST CHERYL LYNN BATES

YOU ARE HEREBY NOTIFIED that an action for foreclosure of lien on the following described property:

Lot 17, Block 9, Walden Lake Unit 30, Phase 1, Section D, according to the map or plat thereof as recorded in Plat Book 62, page 17, of the public records of Hillsborough County, Florida.

has been filed against you, and that you are required to serve a copy of your written defenses, if any, to it on MICHELLE T. REISS, ESQUIRE, Plaintiff's attorney, whose address is APPLETON REISS, PLLC, 215 N. Howard Avenue, Suite 200, Tampa, FL 33606, on or before July 30th, 2021, a date within 30 days after the first publication of this notice and file the original with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter; otherwise a default will be entered against you for the relief demanded in the complaint or petition.

DATED on June 28th, 2021.

Cindy Stuart
County Clerk of Court
By: s/ Jeffrey Duck
Deputy Clerk

Michelle T. Reiss, Esquire
Appleton Reiss, PLLC
215 N. Howard Avenue, Suite 200

(Continued on next page)

In accordance with F.S. 98.075, the names of the individuals listed below are potentially ineligible to vote. Any person whose name is listed below may contact the Supervisor of Elections office within 30 days of the date of this notice to receive information regarding the basis for the potential ineligibility and the procedure to resolve the matter. Failure to respond within 30 days of the date of this notice may result in a determination of ineligibility by the Supervisor of Elections and removal of the voter's name from the statewide voter registration system.

De acuerdo al F.S. 98.075, los nombres de las personas en lista son potencialmente inelegibles para ser inscritos como votantes. Cualquier persona cuyo nombre aparezca abajo debe contactar a la oficina del Supervisor de Elecciones dentro de los 30 días de emisión de esta nota, para recibir información relacionada con la razón de su posible inelegibilidad y del procedimiento para resolver este asunto. No responder a esta nota dentro de los 30 días de la fecha de emisión puede conducir a determinar la inelegibilidad por el Supervisor de Elecciones y la remoción del nombre del votante del sistema de inscripción en el estado.

Hillsborough County Supervisor of Elections
Eligibility Determination
(813) 744-5900
2514 N. Falkenburg Rd. Tampa, FL 33619

| Voter ID | Voter Name | Residence Address | City, Zip Code |
|---|---|---|---|
| 121507491 | Bessent, Brandy H | 1104 E Bougainvillea Ave APT A | Tampa,33612-7168 |
| 122829233 | Crawford, Tonneka S | 13004 Montrose Grove Ct | Riverview,33579 |
| 126889214 | Hernandez JR, Abel | 10408 Zackary Ave APT 270 | Riverview,33578 |
| 121464298 | Larry, Takylyia L | 1503 Lenrick Ln | Plant City,33563-6645 |
| 115806213 | Martin, Michael O | 2515 W MINNEHAHA ST | Tampa,33614 |
| 110792076 | Varela, Philip K | 10111 Cedar Dune Dr | Tampa,33624 |
| 121133918 | Velez, Eduardo | 6115 Scorpio Cir APT 122 | Tampa,33614 |
| 124499877 | Williams, Madison C | 202 FERN GULLEY Dr | Seffner,33584-3733 |

FOR INFORMATION OR ASSISTANCE WITH RIGHTS RESTORATION, YOU MAY CONTACT:
• Hillsborough County Branch NAACP, 308 E. Dr. MLK Jr. Blvd., Suite "C". Schedule an appointment by calling the office Monday - Friday (813) 234-8683.
• Florida Rights Restoration Coalition. Call (877) 698-6830 or visit https://floridarrc.com
• State of Florida's Office of Executive Clemency. Call (800) 435-8286 or visit http://www.fcor.state.fl.us/

PARA INFORMACIÓN O ASISTENCIA CON LOS DERECHOS DE RESTAURACIÓN, PUEDE CONTACTAR:
• La Asociación NAACP del Condado de Hillsborough, en 308 E. Dr. Martin Luther King Jr., Suite "C". Informa que para una cita puede llamar a la oficina de lunes a viernes, al número de teléfono (813) 234-8683
• Florida Rights Restoration Coalition. Llame al (877) 698-6830 o visite https://floridarrc.com
• State of Florida's Office of Executive Clemency. Llame al (800) 435-8286 o visite http://www.fcor.state.fl.us/

7/9/21/LG 1T

CHCCC-000040

Case 8:22-cv-01977-MSS-SPF   Document 36-5   Filed 06/29/23   Page 22 of 41 PageID 804
US... ...Filed... ...248

Tampa, Florida 33606
(813) 542-8888
Attorneys for Plaintiff

7-9/7-16/21LG 2T

IN THE COUNTY COURT OF THE
THIRTEENTH JUDICIAL CIRCUIT IN AND
FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION
CASE NO.: 21-CC-025753
DIVISION: I

S&G ENTERPRISES, LLC, a Foreign
limited liability company,
Plaintiff,
v.
DENNIS RAPOSO, an Individual
Defendants.

NOTICE OF ACTION

TO: Dennis Raposo
Last Known Address: 4809 Copper
Road, Plant City, Florida 33565

YOU ARE NOTIFIED that an action for
Writ of Replevin has been filed against you
on the following property in Hillsborough
County Florida:

PLBC - 12x24 Shed (Serial Number
#PLBC-FA80911-1224-110519X); and

PC - 10x16 Shed (Serial Number
#RC-FA7725S-1016-052919PL)

last known to be kept at the real property
located at 4809 Copper Road, Plant City,
Hillsborough County, Florida has been
filed against you and you are required to
serve a copy of your written defenses, if
any, within thirty (30) days from the date
of the first publication of this Notice on J.
Stephen Gardner, of Gardner, Brewer,
Martinez-Monfort, P.A., Plaintiff's attorney,
whose address is 400 N. Ashley Street,
Suite 1100, Tampa, FL 33602, and file the
original with this Court either before service
on Plaintiff's attorney or immediately there-
after, otherwise a default will be entered
against you for the relief demanded in the
Complaint.

Respond Date: August 2nd, 2021.

If you are a person with a disability who
needs an accommodation in order to par-
ticipate in this proceeding, you are entitled,
at no cost to you, to the provisions of certain
assistance. Please contact the ADA Coor-
dinator for the Courts within 2 working days
of your receipt of your notice to appear in
Court at: Hillsborough County, Carmen
LoBue (813) 276-8401, TTY: 7-1-1.

WITNESS my hand the seal of this
Court on the 29th day of June, 2021.

Cindy Stuart
Clerk of the Court
By s/ Jeffrey Duck
As Deputy Clerk

7-2-7/9/21LG 4T

IN THE CIRCUIT COURT FOR
HILLSBOROUGH COUNTY, FLORIDA
PROBATE DIVISION
File No.: 21-CP-001957
Division: A

IN RE:  ESTATE OF
BARBARA BOROS
Deceased.

NOTICE TO CREDITORS

The administration of the estate of
Barbara Boros deceased, whose date of
death was March 7, 2021, is pending in
the Circuit Court for Hillsborough County,
Florida, Probate Division, the address of
which is 800 E. Twiggs Street, Tampa,
Florida 33602 (Mailing Address: Post Of-
fice Box 1110, Tampa, Florida 33601).
The names and addresses of the Personal
Representative and the Personal Repre-
sentative's attorney are set forth below.

All creditors of the decedent and oth-
er persons having claims or demands
against decedent's estate on whom a
copy of this notice is required to be served
must file their claims with this court ON
OR BEFORE THE LATER OF 3 MONTHS
AFTER THE TIME OF THE FIRST PUBLI-
CATION OF THIS NOTICE OR 30 DAYS
AFTER THE DATE OF SERVICE OF A
COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and
other persons having claims or demands
against decedent's estate must file their
claims with this court WITHIN 3 MONTHS
AFTER THE DATE OF THE FIRST PUB-
LICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE
TIME PERIODS SET FORTH IN FLORI-
DA STATUTES SECTION 733.702 WILL
BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERI-
ODS SET FORTH ABOVE, ANY CLAIM
FILED TWO (2) YEARS OR MORE AFTER
THE DECEDENT'S DATE OF DEATH IS
BARRED.

The date of first publication of this Notice
is July 2, 2021.

Personal Representative:
Carl DeVellis
2845 Reservoir Ave.
Trumbull, CT 06611

Attorney:
Charles W. Malloy, Esquire
Florida Bar Number 105355
CHARLES W. MALLOY, P.A.
137 S. Pebble Beach Blvd. Suite 102
Sun City Center, Florida 33573
Telephone: (813) 634-3361

PUBLIC NOTICE

A public hearing will be held at the Robert W. Saunders, Sr. Library, located at 1505 N. Ne-
braska Ave., Tampa, FL 33602 on Wednesday July 21, 2021, at 8:30 a.m. in continuation
of consideration of a new application for a certificate of public convenience and necessity
to provide advanced life support ground inter-facility transfer in Hillsborough County, to
include continued 911 emergency dispatch requests, for three (3) ambulance permits for
The Crisis Center of Tampa Bay, d/b/a TransCare Medical Transportation services.

If a person desires to appeal any decision made by the public hearing officer with respect
to any matter considered at a meeting or hearing, the person will need a record of the
proceedings, and that, for such purpose, may need to ensure that a verbatim record of
the proceeding is made, which record includes the testimony or evidence upon which the
appeal is to be based.

Parties to this matter are strongly encouraged to appear in-person; however, any party
needing to appear virtually may request special accommodation no later than 5:00 p.m.
Monday July 19, 2021, by contacting Michael Tayler (as below). In accordance with the
Americans with Disabilities Act (ADA), persons needing special accommodations to par-
ticipate in these proceedings should contact Michael Tayler (as below) with a general
description of their needs.

If you have questions concerning this Public Hearing or would like to attend, please
contact Michael Tayler, Hillsborough County Health Care Services, at (813) 276-2051 or
TAYLERM@HillsboroughCounty.org.

7/9/21LG 1T

Email: cwmalloy@verizon.net

7-2-7/9/21LG 2T

IN THE CIRCUIT COURT OF THE
THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH
COUNTY, STATE OF FLORIDA
FAMILY LAW DIVISION
Case No.: 21-DR-007440
Division: N

IN RE: The Marriage of:

JENNIFER SIMMONS,
Petitioner/Wife,
and
JEFFREY LACY,
Respondent/Husband.

NOTICE OF ACTION FOR
DISSOLUTION OF MARRIAGE

TO: JEFFREY LACY
Last Known Address: 4729 39th Avenue,
#108, St. Petersburg, FL 33714

YOU ARE NOTIFIED that an action
for dissolution of marriage has been filed
against you and that you are required to
serve a copy of your written defenses,
if any, to it on JENNIFER SIMMONS,
c/o Jana C. Barnett, Esquire, whose ad-
dress is 137 S. Parsons Ave, Brandon,
FL 33511 on or before July 26, 2021, and
file the original with the clerk of this Court
at 800 E. Twiggs St., Room 101, Tampa,
FL 33602 or P.O. Box 3450, Tampa, FL
33601-4358 before service on Petitioner
or immediately thereafter. If you fail to do
so, a default may be entered against you
for the relief demanded in the petition.

The action is asking the Court to decide
how the following real or personal property
should be divided: NONE.

Copies of all court documents in this
case, including orders, are available at the
Clerk of the Circuit Court's office. You may
review these documents upon request.

You must keep the Clerk of the Circuit
Court's office notified of your current ad-
dress. (You may file Designation of Cur-
rent Mailing and E-Mail Address, Florida
Supreme Court Approved Family Law
Form 12.915.) Future papers in this law-
suit will be mailed or e-mailed to the
address(es) on record at the clerk's office.

WARNING: Rule 12.285, Florida Family
Law Rules of Procedure, requires certain
automatic disclosure of documents and in-
formation. Failure to comply can result in
sanctions, including dismissal or striking
of pleadings.

Dated: June 23, 2021
Cindy Stuart
Clerk of the Circuit Court
By: /s/ Martha Concillio
Deputy Clerk

7-2-7/23/21LG 4T

IN THE CIRCUIT COURT FOR
HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION
CASE NO.: 20-CC-084541

HUNTERS LAKE HOMEOWNERS'
ASSOCIATION, INC.,
Plaintiff,
v.
CHARLES RANDAL MORGAN, A
SINGLE MAN,
Defendant.

NOTICE OF ACTION

TO: Charles Morgan
1030 Tracey Ann Loop
Seffner, FL 33584

You are notified that an action to fore-
close a lien on the following property in
Hillsborough County, Florida:

Lot 31, Block A, RESERVE AT HUNT-
ERS LAKE, according to the map or
plat thereof, as recorded in Plat Book
123, Page(s) 109 through 117, inclu-
sive, of the Public Records of Hills-
borough County, Florida

Commonly known as 1030 Tracey Ann
Loop, Seffner, FL 33584, has been filed
against you and you are required to serve
a copy of your written defenses, if any, to
it on Frazier & Bowles, Attorneys at Law,
Plaintiff's attorney, whose address is 202
S. Rome Avenue, Suite 125, Tampa, FL
33606, (813) 603-8600, on or before Au-
gust 2nd, 2021, (or 30 days from the first
date of publication, whichever is later) and
file the original with the Clerk of this Court
either before service on the Plaintiff's at-
torney or immediately thereafter; other-
wise, a default will be entered against you
for the relief demanded in the Complaint.

AMERICANS WITH DISABILITIES
ACT. If you are a person with a disability
who needs any accommodation in order
to participate in this proceeding, you are
entitled, at no cost to you, to the provision
of certain assistance. Please contact the
ADA Coordinator, Hillsborough County
Courthouse, 800 E. Twiggs St., Room
604, Tampa, Florida 33602, (813) 272-
7040, at least 7 days before your sched-
uled court appearance, or immediately
upon receiving this notification if the time
before the scheduled appearance is less
than 7 days; if you are hearing or voice
impaired, call 711.

Dated: June 30th, 2021.
Clerk of the Court
Cindy Stuart
800 E. Twiggs Street
Tampa, FL 33602

By: s/ Jeffrey Duck
Deputy Clerk

7-2-7/9/21LG 2T

PUBLIC SALE

Mr. Self Storage at 915 Martin Luther King
BLVD Seffner, FL 33584 (813) 684- 9736.

We will be selling units believed to contain
household and personal property. Sales
are to satisfy the owner's storage lien un-
der FL. statute 83.806. This sale will be
held on 7/20/2021 at 8:00am or later on-
line at STORAGEAUCTION.NET or public
sale.

Sale Units:  B102  Tommy Cofield, 0109
Randall Bonds, B123  Anthony Laurent,
C112  Edwin Carrasquillo, C121  Tiara
Jelks, L102  Jeremy Jann, L126  Pamela
VanVleet, L128  Amber Merklein.

Cash payments only. There will be a
$100.00 cash cleaning deposit for each
unit sold. We reserve the right to refuse
any bid and all sales are subject to cancel-
lation. Rules and sale terms will be made
available prior to the sale.

7-2-7/9/21LG 2T

IN THE CIRCUIT COURT OF THE
THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH
COUNTY, FLORIDA
PROBATE, GUARDIANSHIP AND
TRUST DIVISION
Case No. 21-CP-002196
Division A

IN RE:  THE ESTATE OF
ADOLFO RIVERA
Deceased.

NOTICE TO CREDITORS

The administration of the estate of AD-
OLFO RIVERA, deceased, Case Number
21-CP-002196, is pending in the Circuit
Court for Hillsborough County, Florida,
Probate Division, the address of which is
P.O. Box 1110, Tampa, Florida 33601-
1110. The names and addresses of the
personal representative and the personal
representative's attorney are set forth be-
low.

All creditors of the decedent and other
persons having claims or demands against
the decedent's estate, including unma-

turred, contingent or unliquidated claims,
on whom a copy of this notice is served,
must file their claims with this Court WITH-
IN THE LATER OF THREE (3) MONTHS
AFTER THE DATE OF THE FIRST PUB-
LICATION OF THIS NOTICE OR THIRTY
(30) DAYS AFTER THE DATE OF SER-
VICE OF A COPY OF THIS NOTICE ON
THEM.

All other creditors of the decedent and
other persons having claims or demands
against the decedent's estate, including
unmatured, contingent or unliquidated
claims, must file their claims with this Court
WITHIN THREE (3) MONTHS AFTER
THE DATE OF THE FIRST PUBLICATION
OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE
TIME PERIODS SET FORTH IN SEC-
TION 733.702, FLORIDA STATUTES,
WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PE-
RIOD SET FORTH ABOVE, ANY CLAIM
FILED TWO (2) YEARS OR MORE
AFTER THE DECEDENT'S DATE OF
DEATH IS BARRED.

The date of first publication of this Notice
is July 2, 2021.

Personal Representative:
YENIRA RIVERA
P.O. Box 46656
Tampa, Florida 33646

Attorney for Personal Representative:
Susan G. Haubenstock, Esquire
Florida Bar No. 118869
238 East Davis Boulevard, Suite 208
Tampa, Florida 33606
Telephone: (813) 259-9955
susan@sghlawoffice.com

7-2-7/9/21LG 2T

IN THE CIRCUIT COURT FOR
HILLSBOROUGH COUNTY, FLORIDA
PROBATE DIVISION
File No. 21-CP-002142

IN RE:  ESTATE OF
JAMES MARQUEZ YOUNG
Deceased.

NOTICE TO CREDITORS

The administration of the estate of
JAMES MARQUEZ YOUNG, deceased,
whose date of death was February 8, 2021;

NOTICE OF PUBLIC HEARING

As the result of being unable to effectuate certified mail notice to violators of the City Code,
Notice is hereby given that the Municipal Code Enforcement Hearing Master has sched-
uled a public hearing on 07/28/2021 at 1:00 P.M.to hear the below listed cases. Which
are in violation of the City of Tampa Code Information listed below describes the case
number, property owner(s), violation address, code section violated, and legal description
of subject property in that order. The hearing will be held in City Council Chambers, 3rd
Floor, City Hall, 315 E Kennedy Blvd., Tampa Florida. Affected property owners will be
given the opportunity to discuss the alleged violations. Should anyone have any ques-
tions regarding these cases, please call the Office of the City Clerk at (813) 274-7286.
Please note that if any person decides to appeal any decision made by the Code Enforce-
ment Hearing Master with respect to any matter considered at the meeting or hearing, they
will need to ensure a verbatim record of the proceedings is made, which record includes
the testimony and evidence upon which the appeal is to be based.

CASES TO BE HEARD AT THE 1:00 P.M. HEARING

CASE NO. COD-20-0001778
NAME OF VIOLATOR: IDA EDWARDS
LOCATION OF VIOLATION: 3927 W PALMETTO ST, TAMPA, FL 33607
CODE SECTION: 5-105.1
LEGAL DESCRIPTION: LINCOLN GARDENS BLOCKS 1 AND 2 REVISED LOT C
FOLIO:132004.0000

CASE NO. COD-20-0002820
NAME OF VIOLATOR: MARIA E CLARK
LOCATION OF VIOLATION: 8009 N LYNN AVE, TAMPA, FL 33604
CODE SECTION: 5-105.1
LEGAL DESCRIPTION: PARKVIEW ESTATES REVISED PLAT OF LOT 11 BLOCK B
FOLIO:100893.0000

CASE NO. COD-20-0002821
NAME OF VIOLATOR: SHEILA GRACE HAYWARD
LOCATION OF VIOLATION: 8011 N LYNN AVE, TAMPA, FL 33604
CODE SECTION: 5-105.1
LEGAL DESCRIPTION: PARKVIEW ESTATES REVISED PLAT OF LOT 10 BLOCK B
FOLIO:100858.0000

CASE NO. COD-20-0003036
NAME OF VIOLATOR: CIPRIANO TECODRE
LOCATION OF VIOLATION: 2303 N STERLING AVE, TAMPA, FL 33607
CODE SECTIONS: 22-58 (a) Driveway permit required, 22-60 Installations in right of way
5-105.1
LEGAL DESCRIPTION: PARK WEST SUBDIVISION LOTS 19 AND 20 BLOCK 2
FOLIO: 111820.0100

CASE NO. COD-20-0003055
NAME OF VIOLATOR: LEANDRO GARCIA CORDERO
LOCATION OF VIOLATION: 8501 N PACKWOOD AVE, TAMPA, FL 33604
CODE SECTION: 5-105.1
LEGAL DESCRIPTION: OAKWOOD MANOR LOT 31 AND N 25 FT OF CLOSED
BURGER ST ABUTTING THEREON AND W 1/2 CLOSED ALLEY ABUTTING ON E
FOLIO: 98369.0010

CASE NO. COD-20-0003226
NAME OF VIOLATOR: ANNIER JIMENEZ AND MARYS CURZ GONZALEZ
LOCATION OF VIOLATION: 3009 W OSBORNE AVE, TAMPA, FL 33614
CODE SECTION: 5-105.1
LEGAL DESCRIPTION: LOT BEG 345 FT E OF SW COR OF NE 1/4 AND RUN E 105 FT
N 420 FT W 105 FT AND S 420 FT TO BEG LESS S 30 FT FOR OSBORNE AVE R/W
AND N 200 FT OF S 420 FT OF W 30 FT OF E 210 FT OF W 1/2 OF SW 1/4 OF NE 1/4
FOLIO: 106468.0000

CASE NO. COD-20-0003269
NAME OF VIOLATOR: M AND J HOUSING SERVICE CORP
LOCATION OF VIOLATION: 3902 N MACDILL AVE, TAMPA, FL 33607
CODE SECTION: 5-105.1  22.58
LEGAL DESCRIPTION
FOLIO: 176673.5000

CASE NO. COD-20-0003459
NAME OF VIOLATOR: ANTHONY D JR AND HILDA V LLANES/TRUSTEES
LOCATION OF VIOLATION: 2348 W COLUMBUS DR, TAMPA, FL 33607
CODE SECTIONS: 5-105.1 19-237 19-231229
LEGAL DESCRIPTION: BOUTON AND SKINNER'S ADDITION TO WEST TAMPA LOTS
10 11 AND 12 LESS R/W BEG AT NW COR OF LOT 12 RUN E 154 95 FT TO NE COR
OF LOT 10 THN S 9.2 FT W W 146.5 FT S 38 DEG W 13.03 FT AND N 19.46 FT TO
POB AND LOT 15 ALL IN BLOCK 4
FOLIO: 177413.0000

CASE NO. COD-20-0003585
NAME OF VIOLATOR: MICHELLE ANDERSON
LOCATION OF VIOLATION: 5809 N CHEROKEE AVE, TAMPA, FL 33604
CODE SECTION: 5-105.1
LEGAL DESCRIPTION: CATHCART'S SQUARE LOT 2 LESS PART FOR SR 93 R/W
DESC AS BEG AT SE COR AND RUN W 20.88 FT N 6 DEG 48 MIN 26 SEC E TO N
BDRY E TO NE COR AND S TO BEG
FOLIO: 163749.0000

CASE NO. COD-20-0003599
NAME OF VIOLATOR: JORGE I CORTES
LOCATION OF VIOLATION: 309 W 105TH AVE, TAMPA, FL 33604
CODE SECTION: 5-105.1
LEGAL DESCRIPTION: MEADOWBROOK LOT 84
FOLIO: 165320.0000

CASE NO. COD-20-0003585
NAME OF VIOLATOR: MANUEL RODRIGUEZ MOREJON
LOCATION OF VIOLATION: 3415 N ABDELLA ST, TAMPA, FL 33607
CODE SECTIONS: 5-105.1 22-58 (a) (c)  27-283.11(a)(5)6
LEGAL DESCRIPTION: JOHN H DREW'S FIRST EXTENSION LOT 17 AND S 1/2 OF
CLOSED ALLEY ABUTTING ON N BLOCK 61
FOLIO: 109875.0000

CASE NO. COD-21-0001513
NAME OF VIOLATOR: MARINO J COMMINS
LOCATION OF VIOLATION: 8416 N 11TH ST, TAMPA, FL 33604
CODE SECTION: 21-6
LEGAL DESCRIPTION: SULPHUR SPRINGS ADDITION LOT 11 AND E 1/2 CLOSED
ALLEY ABUTTING THEREON BLOCK 16
FOLIO: 146359.0100

File Number 21-CP-002142, is pending in
the Circuit Court for Hillsborough County,
Florida, Probate Division, the address of
which is P.O. Box 3360, Tampa, Florida
33601. The names and addresses of the
personal representative and the personal
representative's attorney are set forth be-
low.

All creditors of the decedent and other
persons having claims or demands against
decedent's estate, on whom a copy of this
notice is required to be served, must file
their claims with this court WITHIN THE
LATER OF 3 MONTHS AFTER THE TIME
OF THE FIRST PUBLICATION OF THIS
NOTICE OR 30 DAYS AFTER THE DATE
OF SERVICE OF A COPY OF THIS NO-
TICE ON THEM.

All other creditors of the decedent and
other persons having claims or demands
against decedent's estate must file their
claims with this court WITHIN 3 MONTHS
AFTER THE DATE OF THE FIRST PUB-
LICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE
TIME PERIODS SET FORTH IN SECTION
733.702 OF THE FLORIDA PROBATE
CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PE-
RIOD SET FORTH ABOVE, ANY CLAIM
FILED TWO (2) YEARS OR MORE
AFTER THE DECEDENT'S DATE OF
DEATH IS BARRED.

The date of first publication of this notice
is: July 2, 2021.

Personal Representative:
STACY ISAIAH YOUNG
6014 Harwell Estates Drive
Dover, FL 33527

Personal Representative's Attorneys:
Derek B. Alvarez, Esq. - FBN: 114278
DBA@GendersAlvarez.com
Anthony F. Diecidue, Esq. - FBN: 146528
AFD@GendersAlvarez.com
Whitney C. Miranda, Esq. - FBN: 65928
WCM@GendersAlvarez.com
GENDERS♦ALVAREZ♦DIECIDUE, P.A.
2307 West Cleveland Street
Tampa, Florida 33609
Phone: (813) 254-4744
Fax: (813) 254-5222
Eservice for all attorneys listed above:
GADeservice@GendersAlvarez.com

7-2-7/9/21LG 2T

IN THE COUNTY COURT IN AND FOR
HILLSBOROUGH COUNTY, FLORIDA
COUNTY CIVIL DIVISION
CASE NO.: 21-CC-10744

WALDEN LAKE COMMUNITY
ASSOCIATION, INC.,
Plaintiff,
vs.
DOUGLAS SEAY,
Defendant.

NOTICE OF SALE

NOTICE IS HEREBY GIVEN that, pursu-
ant to the Final Judgment of Foreclosure
entered in this cause on June 17, 2021 by
the County Court of Hillsborough County,
Florida, the property described as:

Lot 11, Block 1, WALDEN LAKE UNIT
30, PHASE 1, SECTION A, accord-
ing to the Plat thereof as recorded in
Plat Book 62, Page(s) 15-1 and 15-2,
of the Public Records of Hillsborough
County, Florida.

and more commonly known as 4109
Barret Avenue, Plant City, FL 33566.

will be sold at public sale by the Hillsbor-
ough County Clerk of Court, to the high-
est and best bidder, for cash, electronically
online at www.hillsborough.realforeclose.
com at 10:00 A.M. on August 6, 2021.

Any person claiming an interest in the
surplus from the sale, if any, other than
the property owner as of the date of the lis
pendens must file a claim within sixty (60)
days after the sale.

If you are a person with a disability who
needs any accommodation in order to par-
ticipate in this proceeding, you are entitled,
at no cost to you, to the provision of certain
assistance. Please contact the ADA Coor-
dinator, Hillsborough County Courthouse,
800 E. Twiggs Street, Room 604, Tampa,
Florida 33602, (813) 272-7040, at least 7
days before your scheduled court appear-
ance, or immediately upon receiving this
notification if the time before the sched-
uled appearance is less than 7 days; if you
are hearing or voice impaired, call 711.

/s/ Adriel Guardado, Esq.
Florida Bar No.: 915671
aguardado@bushross.com
BUSH ROSS, P.A.
Post Office Box 3913
Tampa, FL 33601
Telephone No.: (813) 204-6492
Facsimile No.: (813) 223-9620

7-2-7/9/21LG 2T

Notice of Public Auction

Notice of Public Auction for monies due on storage
units. Auction will be held on July 21st, 2021 at or
after 8:30 am and will continue until finished. Units
are said to contain household items. Property sold
under Florida Statute 83.806. The names of whose
units will be sold are as follows:

5505 N. Florida Ave., Tampa, FL 33612

Jacob Smith              B527      $234.50
Ryan Frank              B145      $720.89
Jessica Williams        1073      $447.90
Johnny Buster           A132      $346.64
Willie Whitehead        B719      $111.90
Willie Whitehead        B707      $133.24
Betty Fox               A106      $1,026.45
Tracey Hudson           B256      $255.84
Jamal Iles              B121      $245.18
Kella Serrano           B211      $120.84
Robeyn Magic            1007      $416.85
Elizabeth Noman         B627      $275.84
Keia Colson             1008      $465.94
Viveca Brooks           B112      $327.77
Leroy Grady             B110      $96.95
Etienne Thomas          B374      $388.32
Joyce Washington        1016      $410.66
Stephanie Williams      1357      $660.86
Terrance Smith          A47       $391.94
Jessica Aldrich         B244      $239.94

10415 N. Florida Ave., Tampa, FL 33612
Aquelah Copeland        1117      $299.10
Angela McGill           1567      $395.40

(Continued on next page)

LA GACETA/Friday, July 9, 2021/Page 21

CHCCC-000041

LEGAL ADVERTISEMENT  LEGAL ADVERTISEMENT  LEGAL ADVERTISEMENT  LEGAL ADVERTISEMENT  LEGAL ADVERTISEMENT
HILLSBOROUGH COUNTY  HILLSBOROUGH COUNTY  HILLSBOROUGH COUNTY  HILLSBOROUGH COUNTY  HILLSBOROUGH COUNTY

## NOTICE OF UNCLAIMED FUNDS

NOTICE IS HEREBY GIVEN THAT THE CLERK OF THE CIRCUIT COURT OF HILLSBOROUGH COUNTY, FLORIDA, HAS ON HAND THE FOLLOWING UNCLAIMED FUNDS.

TRANSACTION DESCRIPTION                AMOUNT
111 SPEEDY BRIS BAIL BONDS CK# 435254
10/08/2019 15001518                     $497.00
13142 22ND LLC VS LOCKET, PAMELA 15-CC-005878 03/04/2015  '717.113      $344.00
1550 UNIVERSITY WOODS LLC VS HOWARD, KIMAMELL 14-CC-023964 09/11/2014  '717.113    $113.30
1550 UNIVERSITY WOODS LLC VS LOWE, VALERIE 16-CC-038334 01/12/2017 '717.113    $400.00
1550 UNIVERSITY WOODS LLC VS PITTMAN, KIM-IKO 16-CC-029032 10/03/2016 '717.113  $43.00
A.C.E. RE LLC VS KUHNAST, RICHARD 18-CC-052317 12/31/2018 '717.113      $40.00
ABEL, MATTHEW T CK# 579190 06/28/2019  $15.00
ABRAHAM AND SWEENEY PLLC CK# 433868 08/27/2019 15001457                $5,500.00
ABRAHAMSON & UITERWYK VS GUASTELLA, STE-VEPHEN 12-CC-017267 11/05/2014  '717.113   $6,555.73
ABRAMS, SEAN M CK# 575598 03/15/2019   $15.00
ABRAMS, TYLER A CK# 580802 08/16/2019  $15.00
ABSTRACTORS INC CK# 429663  05/08/2019 15000740                         $148.56
ACCU TITLE AGENCY TAMPA WATERS CK# 429994 05/15/2019 15000732          $202.98
ACCU TITLE AGENCY YBOR CITY CK# 430707 06/04/2019 15000874             $88.50
ACCURATE TITLE GROUP CK# 429920 05/14/2019 15000736                    $492.91
ACEVEDO MARTINEZ, JOSHUA F CK# 581850 09/20/2019                        $15.00
ACEVEDO, JASON CK# 584185 11/15/2019   $15.00
ACEVES, JESUS CK# 426859 02/19/2019 15000628                           $2,000.00
ACEVES, JESUS CK# 426860 02/19/2019 15000628                           $450.00
ACOSTA, BRYAN CK# 426272 02/04/2019 15001005                           $500.00
ACRI, LAUREN V CK# 574927 03/01/2019   $15.00
ACT FAST TITLE SERVICES INC CK# 429949 05/15/2019 15001267            $324.66
ACURA TITLE COMPANY CK# 429664 05/08/2019 15001249                     $181.99
ADAMS, ALICE D CK# 577190 04/29/2019   $15.00
ADAMS, SHACARA S CK# 576101 03/29/2019 $15.00
ADAMY LAW FIRM CK# 430775 06/06/2019 15001322                          $46.50
ADDERLY, ED VS HANKERSON, KAYE 18-CC-056062 11/15/2018 '717.113       $250.00
ADEBAYO, CORINA M CK# 585279 12/20/2019  $30.00
ADEGOKE, OLUWATOYIN AMOPE CK# 436977 11/27/2019 15001561              $13.50
ADJUSUMILLI, VARUN K CK# 581998 09/20/2019  $15.00
ADVANTAGE TITLE INSURANCE CO INC CK# 429532 05/03/2019 15000704       $2,966.90
AFFILIATED TITLE OF TAMPA BAY CK# 430810 06/07/2019 15000871           $16.40
AFFINITY TITLE AGENCY INC CK# 429533 05/03/2019 15001234             $1,088.79
AFFORDABLE TITLE SERVICES INC CK# 430513 05/29/2019 15001246          $187.72
AGENTS RESEARCH INC CK# 430811 06/07/2019 15001336                    $38.10
AGUILAR, DAVID U CK# 575696 03/22/2019  $15.00
AH4R FL2, LLC VS FLAHERTY, TIMOTHY P., FLA-HERTY, TANYA M. 15-CC-005094 02/27/2015  '717.113     $675.00
AKERS, MIKAYLA F CK# 582818 10/18/2019  $15.00
AKULA, DEEPTI S CK# 572936 01/11/2019  $15.00
ALAHURI, YOUSEF N M N TH CK# 434189 09/06/2019 15001506               $500.00
ALAMO TITLE COMPANY INC CK# 429534 05/03/2019 15000700               $1,440.31
ALBURY, JASON M CK# 578900 06/21/2019  $15.00
ALBUSAIRI, MARYAM D CK# 576763 04/18/2019 $15.00
ALDAY, BRYNSON R CK# 583247 10/25/2019  $15.00
ALDRIDGE PITE LLP CK# 436788 11/25/2019 15001595                      $70.00
ALDRIDGE PITE LLP CK# 436940 11/27/2019 15001577                      $70.00
ALDRIDGE PITE LLP CK# 436941 11/27/2019 15001584                      $70.00
ALDULAIZIALQUVAYZ, ABDULAZIZ CK# 432235 07/12/2019 15000891           $0.28
ALEJOS, BRUNO FFELIPE CK# 429952 05/15/2019 15001269                 $193.00
ALEJOS, BRUNO FFELIPE CK# 429953 05/15/2019 15001269                 $15.00
ALFONSO, YANIUSKA CK# 428721 04/10/2019 15000677                      $47.60
ALGHAZAWI, JENNIFER M CK# 581866 09/20/2019 $15.00
ALL COUNTY TAMPA BAY PROPERTY MAN-AGEMENT VS DIXON, MICHELLE 16-CC-031655 09/27/2016 '717.113       $1,070.00
ALL COUNTY TAMPA BAY PROPERTY MAN-AGEMENT VS LOFTON, CURTIS 15-CC-033918 12/08/2015 '717.113        $1,250.00
ALL FLORIDA TITLE AGENCY INC CK# 430747 06/05/2019 15001347           $84.87
ALLEN, JONAH M CK# 575741 03/22/2019   $15.00
ALLEN, ROVINISKY G CK# 578159 05/24/2019 $15.00
ALLEN, SHARON L CK# 581603 09/13/2019  $30.00
ALLEY AND INGRAM ATTORNEYS AT LAW CK# 430452 05/28/2019 15000784     $236.64
ALLMON, FREDA J CK# 577358 05/03/2019  $15.00
ALLWEISS, ROBIN L CK# 578295 05/31/2019 $15.00
ALMULHIM, ABDUAZIZ CK# 432189 07/11/2019 15000901                     $250.00
ALONSO, RAUL F CK# 576320 04/05/2019   $15.00
ALRUMAIHI, KHALAD CK# 432400 07/17/2019 15000913                     $250.00
ALSALMAH, TALAL S CK# 582871 10/18/2019 $15.00
ALVARADO, CASSANDRA CK# 576242 04/05/2019 $15.00
ALVAREZ, AMIN ALBERTO CK# 430137 05/21/2019 15000797                  $77.00
ALVAREZ, AMIN ALBERTO CK# 430364 05/24/2019 15000798                  $200.00
ALVAREZ, JENNA A CK# 585041 12/13/2019 15000096                       $10.80
ALVAREZ, MARIBEL CK# 432762 07/25/2019 15001318                       $500.00
ALVAREZ, MIGUEL CK# 430643 05/31/2019 15001257                        $600.00
AMAN LAW FIRM CK# 429921 05/14/2019 15000738                          $15.00

AMERICAN FAMILY TITLE AND ABSTRACT CK# 429582 05/06/2019 15000773     $861.92
AMERICAN GUARDIAN TITLE INC CK# 430136 05/21/2019 15001264           $260.64
AMERICAN HOMES 4 RENT PROPERTIES SIX, LLC VS FLEMING, TOMEKIA A. 14-CC-015973 07/07/2014 '717.113   $879.00
AMERICAN NATIONAL TITLE CK# 431328 06/20/2019 15001332              $482.90
AMERICA'S CHOICE TITLE COMPANY CK# 429535 05/03/2019 15000707        $4,677.54
AMERICHOICE TITLE CK# 429922 05/14/2019 15000766                      $402.15
AMH 2014-1 BORROWER, LLC VS RUTH, WILLIAM 14-CC-024867 09/09/2014 '717.113     $425.00
AMMU INVESTMENTS, LLC VS ALZERRECA, YAS-HIRA 18-CC-005761 03/19/2018 '717.113   $3,650.00
ANDERSON, ANDREW D CK# 576264 04/05/2019 $15.00
ANDERSON, GREGORY M CK# 578282 05/31/2019 $15.00
ANDERSON, JOSEPH J CK# 582618 10/11/2019 $15.00
ANDERSON, KENNETH R CK# 578265 05/31/2019 $15.00
ANDRADE, MICHAEL M CK# 580847 08/16/2019 $15.00
ANDRADE, SAUL FABIAN CK# 428209 03/26/2019 15001114                   $100.00
ANDREWS, ERIK TAYLOR CK# 425304 01/08/2019 15000624                   $202.00
ANDREWS, JORDAN P CK# 576736 04/18/2019 $15.00
ANDREWS, PAMELA D CK# 572726 01/11/2019 $15.00
ANGELAKOPOULOS, DIMITRI CK# 575115 03/01/2019                         $15.00
ANIMAMANTHODOO, SARAH S CK# 585163 12/13/2019                         $15.00
ARALIZ-MARTINEZ, ANA E CK# 584761 12/06/2019 $15.00
ARCELAY, LUIS E CK# 573334 01/25/2019  $15.00
ARCHER LAND TITLE LLC CK# 430664 06/03/2019 15000813                  $78.23
ARELLANO, JONATHAN S CK# 582543 10/11/2019 $15.00
ARITA, EDDY I CK# 581810 09/20/2019    $15.00
ARLINE, TAMICKA R CK# 574157 02/08/2019 $15.00
ARNDT, WESLEY C CK# 579662 07/12/2019  $15.00
AROCENA, DIEGO V CK# 581815 09/20/2019  $15.00
AROCHO HERRERA, JOSE A CK# 581006 08/23/2019                          $15.00
ARROYO, JONATHAN CK# 576737 04/18/2019  $15.00
ARTALONA, ANTHONY CK# 435552 10/18/2019 15001544                      $12.00
ARTALONA, ANTHONY CK# 436161 11/05/2019 15001582                      $26.00
ARTHUR, JASMINE D CK# 582169 09/27/2019 15001498                      $45.00
ASADI, MARWAN CK# 434584 09/16/2019 15001498                          $1,207.50
ASHFORD PLACE APARTMENTS, LLC VS ASUKU-LU, SAFI 18-CC-062620 02/25/2019 '717.113  $1,800.00
ASHFORD-SMITH, CHRISTOPHER D CK# 573569 01/25/2019                    $30.00
ASHLEY, MAYA S CK# 585475 12/20/2019   $15.00
ASSOCIATED TITLE INC CK# 430665 06/03/2019 15000789                   $95.50
ASV AUTO GROUP VS LIU, MENG 18-PP-000012 09/26/2018 '717.113         $2,000.00
ATIKMEN, SENOL CK# 582671 10/11/2019   $15.00
AUSTRINO, CRYSTAL M CK# 581828 09/20/2019 $15.00
AUZA, DAPHNE M CK# 581409 09/13/2019   $15.00
AVILA-MARTINEZ, GIOVANNY CK# 584460 11/22/2019                        $15.00
AVIS BUDGET CAR RENTAL CK# 433461 08/16/2019 15001433                 $689.93
AVIS BUDGET CAR RENTAL CK# 433609 08/20/2019 15001434                 $300.00
AWERBACH AND COHN PA CK# 430748 06/05/2019 15000816                   $86.05
AYUSO SURVEYING INC CK# 430712 06/04/2019 15000835                    $16.00
BACH, KRISTIN E CK# 580568 08/09/2019  $30.00
BAER, RYAN M CK# 573517 01/25/2019     $15.00
BAHLOUL, GABRIELLA F CK# 573271 01/18/2019 $15.00
BAILEY, RACHAEL A CK# 580348 08/02/2019 $15.00
BAILON, JERONIMO CK# 430482 05/28/2019 15000757                       $326.00
BALASH, JOSHUA CK# 432322 07/15/2019 15000902                         $500.00
BALES AND WEINSTEIN PA CK# 429673 05/08/2019 15000888                 $161.80
BALTUSNIK, JEFFREY S CK# 573055 01/18/2019 $15.00
BANDY, DONALD C CK# 426965 02/21/2019 15001005                        $50.00
BANK OF AMERICA N A VS HRUBY, RAYMOND F 15-CA-010447 06/30/2016                   $100.00
BANK OF AMERICA N A VS NELSON, LISA M. 12-CA-012710 10/01/2012      $100.00
BANK OF NEW YORK MELLON VS ADAMS, APRIL 15-CA-010398 04/01/2016      $100.00
BANK OF NEWYORK MELLON VS CRUZ, JOSE 11-CA-014797 11/18/2011         $100.00
BANK OZK CK# 431330 06/20/2019 15001312 $11.00
BAPTISTE, CONSUELO JEAN CK# 437603 12/26/2019 15001366              $1,775.00
BAQUE, MARIO CK# 428196 03/26/2019 15000662                           $800.00
BARACK, MEIR VS DAVENPORT, BESSIE 17-CC-031269 10/09/2017 '717.113   $330.00
BARAHONA LOPEZ, ALLAN S CK# 576621 04/18/2019                         $15.00
BARBER, AMY B CK# 583852 11/08/2019    $45.00
BARBER, DERIC D CK# 580369 08/02/2019  $15.00
BARDEN, LOGAN R CK# 577041 04/26/2019  $15.00
BARGO, DAVID VS SPARKS, MARY 19-CC-031750 06/13/2019 '717.113        $100.00
BARNETT, ASHLEY N CK# 574903 03/01/2019 $15.00
BARNETT, KRISTA E CK# 583114 10/18/2019 $15.00
BARNETT, ROY C CK# 428630 10/05/2019 15001270                         $442.00
BAROULETTE, ELANDA CK# 425740 01/22/2019 15000936                     $10.80
BAROULETTE, ELANDA CK# 427054 02/25/2019 15001008                     $10.80
BARR, PATRICK J CK# 584065 11/08/2019  $15.00
BARRERA LOZADA, LINDA E CK# 572704 01/11/2019                         $15.00

BARRIOS, ADRIANA PILA CK# 432236 07/12/2019 15000904                  $250.00
BARTA, KEVIN M CK# 576657 04/18/2019   $15.00
BASILE, JAMES V CK# 581500 09/13/2019  $30.00
BASKIN AND FLEECE ATTORNEYS AT LAW CK# 430904 06/11/2019 15000802     $97.50
BASS, DANITA K CK# 585066 12/13/2019   $15.00
BASS, STEPHEN C CK# 436869 11/25/2019 15001571                        $72.00
BATOR, SYLVIA C CK# 579683 07/12/2019  $15.00
BATTLE, SYLVIA CK# 584376 11/22/2019   $15.00
BAUER, ANDREW MICHAEL CK# 428012 03/21/2019 15001118                  $15.75
BAUER, STEPHANIE A CK# 573137 01/18/2019 $15.00
BAUTA, JESENIA CK# 433696 12/27/2019 15001362                         $270.00
BAUTISTA, ISAIA M CK# 573602 01/25/2019 $15.00
BAXTER, ROBERT C CK# 579258 06/28/2019 $15.00
BAY AREA COMMUNITY HOUSING VS WILLIAMS, BOBBY 18-CC-062012 01/15/2019 '717.113   $20.00
BAY AREA TITLE SERVICES INC CK# 431159 06/17/2019 15000854           $471.99
BAY SURETY CORP CK# 430750 06/05/2019 15000804                        $218.30
BAY TITLE AND ESCROW COMPANY CK# 430458 05/28/2019 15000822          $224.03
BAYSHORE, L.P. VS CAUSEY, RAETORIA 17-CC-014337 05/04/2017 '717.113 $100.00
BAYSIDE ENGINEERING INC CK# 429765 05/09/2019 15001093                $120.00
BAYVIEW LOAN SERVICING LLC VS KATTELL, RAN-DI D 13-CA-013623 07/08/2014              $10.00
BEARSS PARK, INC VS OATES, JAMES 17-CC-013824 04/24/2017 '717.113    $740.00
BEARSS, LOUISE R CK# 584888 12/06/2019 $15.00
BEAZER PRE OWNED HOMES LLC VS ST CLAIR, FRANZ 17-CC-042156 11/06/2017 '717.113    $500.00
BECKER AND POLIAKOFF PA CK# 430566 06/03/2019 15000806              $67.31
BECKER AND POLIAKOFF PA CK# 430815 06/07/2019 15000888               $35.50
BEINHAUER, KRISTI CK# 577203 04/29/2019 $15.00
BEITLER, CARL L CK# 574785 02/22/2019  $15.00
BELL, KIMBERLY S CK# 583117 10/18/2019 $15.00
BELLO, ADRIANA I CK# 582628 10/11/2019 $15.00
BELLOROBAINA, ANDY CK# 427561 03/11/2019 15000634                     $75.00
BELMONT HEIGHTS ASSOCIATES LTD VS COOK, KEISHA 13-CC-033850 01/24/2014 '717.113   $215.00
BELMONT HEIGHTS ASSOCIATES LTD VS CUEVAS, MARISOL 17-CC-039779 10/26/2017 '717.113    $200.00
BELTZ AND RUTH CK# 429583 05/06/2019 15000692                         $660.15
BENDIGO, MCKENNA A CK# 575808 03/22/2019 $15.00
BEN-EZRA AND KATZ PA CK# 429537 05/03/2019 15000730                   $4,908.30
BENNETT, BETH CK# 579747 07/19/2019    $15.00
BENNETT, BRENDA D CK# 576670 04/18/2019 15001.00
BENNETT, LAMAR T CK# 584022 11/08/2019 $15.00
BENNETT, LEE A CK# 583929 11/08/2019   $15.00
BENNETT, SHAUNTREL LARTICEALMERIA CK# 435982 10/25/2019 15001218     $11.00
BENNY, ANCY CK# 426537 02/11/2019 15001012                            $30.00
BENOIT, PAMELA A CK# 576327 04/05/2019 $15.00
BERRIOS, LUZ CK# 573014 01/18/2019     $15.00
BERRIOS, YOLANDA CK# 427471 03/07/2019 15000650                       $250.00
BESANCON, MATTHEW D CK# 578993 06/21/2019 $15.00
BEST TITLE SERVICES LLC CK# 429675 05/08/2019 15001567               $611.72
BETANCOURT, JEAN PAUL E CK# 578808 06/21/2019                         $15.00
BETTERSON, RONEY CK# 428712 04/10/2019 15000678                       $46.40
BHIMSAIN, NATHANIEL A CK# 577631 05/10/2019 $15.00
BIGDELI, CATHLEEN J CK# 582585 10/11/2019 $15.00
BIGELOW, JAH M CK# 584514 11/22/2019   $15.00
BINDER, SCOTT DARYL CK# 431391 06/20/2019 15000865                   $114.61
BINGMAN, LARRY CK# 432399 07/17/2019 15001372                         $250.00
BLACK, STACEY MICHELE CK# 432834 07/26/2019 15001086                  $60.00
BLAIR, AMANDA M CK# 584418 11/22/2019  $15.00
BLAIR, ANIKA S CK# 573589 01/25/2019   $15.00
BLOOMFIELD, JAMES R CK# 579215 06/28/2019 $15.00
BOARDWALK HOMES LLC VS ROMERA, RITA 17-CC-046412 12/07/2017 '717.113 $2,348.62
BOGUSZEWSKI, ROBERT A CK# 584414 11/22/2019 $15.00
BOHNE LAW OFFICES OF, CHRISTOPHER M CK# 429505 05/02/2019 15000697   $1,192.80
BOLTE, CHRISTOPHER S CK# 578230 05/31/2019 $15.00
BONNER, DANIELLE M CK# 582157 09/27/2019 $15.00
BONNER, SUKHJI CK# 573508 01/25/2019   $15.00
BORRAS, TAMAIRA CK# 580301 07/26/2019  $15.00
BOSCO, MARTHA E CK# 583180 10/25/2019  $15.00
BOUTIQUE APARTMENTS LLC,BROOKLYN FLATS VS WARNER, BLAKE 18-CC-022377 05/24/2018 '717.113          $3,600.00
BOYCE, BROOKE D CK# 577548 05/10/2019  $15.00
BRADLEY TITLE CORP CK# 429951 05/15/2019 15000894                     $322.14
BRADLEY, SHAYDA Z CK# 574162 02/08/2019 $15.00
BRASDON, JENISE A VS LYNUM, JAKINA 17-CC-004485 02/08/2017 '717.113              $185.00
BRAMMER, SIERRA CK# 425102 01/02/2019 15000608                        $150.00
BRANDON 248 OWNER LLC VS ROWLAND, NICOLE 19-CC-023366 05/06/2019 '717.113       $1,407.82
BRANDON CROSSING PARTNERS LTD VS SOTOJOEL 18-CC-061010 04/01/2014 '717.113       $1,128.00
BRANDON, CHRISTINE A CK# 581895 09/20/2019 $15.00
BRAVO, FRANCISCO CK# 433625 08/22/2019 15001471                       $450.00
BRAY, KIMBERLY J CK# 579205 06/28/2019 $15.00
BREIGHNER, CARLA K CK# 576097 03/29/2019 $15.00
BRENNER, SANDY CK# 582935 10/18/2019   $15.00
BRIDGES, SHERISE R CK# 581954 09/20/2019 $15.00
BRIGHTWAY SOLUTIONS LLC CK# 576075 03/29/2019                         $15.00

BROCK, TRENT CK# 580457 08/02/2019     $15.00
BROOKS LAND SURVEYING INC CK# 430514 05/29/2019 15000780             $215.60
BROOKS, YAIEZA CK# 427551 03/08/2019 15000645                         $250.00
BROWER, BECKY A CK# 580387 08/02/2019  $15.00
BROWN, ASHLYNN J CK# 573229 01/18/2019 $15.00
BROWN, CHARLENE L CK# 574478 02/15/2019 $15.00
BROWN, CHRISTOPHER CK# 435038 09/25/2019 15001479                     $2,000.00
BROWN, DEITRA L CK# 579508 07/12/2019  $15.00
BROWN, KAYLA P CK# 583020 11/01/2019   $15.00
BROWN, LINDA FAYE CK# 432612 07/23/2019 15000990                      $50.00
BROWN, MAXWELL A CK# 577637 05/10/2019 15001595                       $15.00
BROWN, VEGAS CK# 582855 10/18/2019     $15.00
BROWNE, KENNETH A CK# 432758 07/25/2019 15001368                      $1,748.00
BRUDNY AND RABIN PA CK# 430460 05/28/2019 15001247                    $237.91
BRUMLEY, AARON T CK# 580632 08/16/2019 $15.00
BRUNS, NORMAN L CK# 574888 02/22/2019  $15.00
BRYAN-MARQUAND, SARAH A CK# 576310 04/05/2019                         $15.00
BRYANT, EVER CK# 427269 03/01/2019 15001102                           $106.80
BUBLEY AND BUBLEY PA CK# 430461 05/28/2019 15000782                   $228.78
BUCKNER, SEAN L CK# 583743 11/08/2019  $15.00
BUFFA, ANTONELLA M CK# 584403 11/22/2019 $15.00
BUHADI, MESHARI CK# 432510 07/19/2019 15000917                        $500.00
BUHADI, MESHARI CK# 432511 07/19/2019 15000916                        $146.60
BUIKEMA, JANE KIMBERLY CK# 432202 07/11/2019 15001396                 $500.00
BULLARD, TERESA M CK# 581940 09/20/2019 $15.00
BULTRON, SUSANNAH M CK# 581945 09/20/2019 $15.00
BURCAW AND ASSOCIATES ENGINEERING INC CK# 429676 05/08/2019 15000743 $158.80
BURGESS, JOHN VS BELTRAN, DENISE 13-CC-007038 03/29/2013 '717.113    $575.00
BURGIN, BRIGETTE M CK# 578034 05/24/2019 $15.00
BURGMAN, ISAIAH VS MARLIN FINANCIAL INC 17-CA-004716 08/22/2017                    $13.50
BURKE, KATHRYN MCCALL CK# 428545 04/04/2019 15001173                  $330.00
BURLINGTON COAT FACTORY CK# 433046 08/05/2019 15001472               $42.50
BURLINGTON COAT FACTORY CK# 433662 08/21/2019 15001471               $83.75
BURNETT, JACOBI T CK# 580125 07/26/2019 $15.00
BURTON, ZACHARY S CK# 573872 02/01/2019 $15.00
BUSH, KEITH E CK# 585284 12/20/2019    $15.00
BUSTON, DERRICK YOUNG CK# 427573 03/11/2019 15001273                  $15.75
BUTLER AND HOSCH PA CK# 429387 04/30/2019 15001191                   $3,364.32
BUTTS, KRISTIN L CK# 572668 01/11/2019 $15.00
BUZBEE, JAMES F CK# 430921 06/11/2019 15000831                        $14.37
BYRD, CHARLES R CK# 574560 02/22/2019  $30.00
BYRD, WILLIE J CK# 575377 03/15/2019   $30.00
C J KEEL JR PA CK# 430775 06/06/2019 15001302                         $12.64
CABALLERO, IRMA A CK# 581022 08/23/2019 15001.00
CABRERA, FRANK A CK# 580128 07/26/2019 $15.00
CADLE, WILLIAM L CK# 585045 08/02/2019 $15.00
CAGLIERGIN, BELGIN CK# 582980 10/18/2019 $15.00
CAHANIN, CHRISTINE L CK# 579270 06/28/2019 $15.00
CALAFELL, MICHAEL MARTIN CK# 437576 12/23/2019 15001299                           $437.75
CALISKAN, METIN KEREM CK# 432857 07/29/2019 15001414                  $105.00
CALOHAN, DONALD E CK# 582626 10/11/2019 $15.00
CALVOSOTOLONGO,EDUARDO CK# 425201 01/04/2019 15000922               $500.00
CAMACHO, BERNABE CORTES CK# 434199 09/09/2019 15001087               $30.00
CAMDEN DEVELOPMENT INC VS JACKSON, BRIT-TANY 18-CC-064983 12/28/2018 '717.113     $1,817.83
CAMPBELL, EDDIE M CK# 583797 11/08/2019 $15.00
CAMPBELL, JEFFREY W CK# 574091 02/08/2019 $15.00
CANCEL, REBECCA CK# 431839 07/01/2019 15000880                        $8,511.00
CANTRELL OF CAPE CORAL CK# 580540 08/02/2019                          $15.00
CAPA, MANUELA V CK# 574659 02/22/2019  $15.00
CAPECE, CATHERINE M CK# 578070 05/24/2019 $15.00
CAPRITTA, MICHAEL J CK# 584985 12/06/2019 $15.00
CAPTIVA CLUB APARTMENTS LLC VS CORDERO, JEANNINE 18-CC-030205 09/07/2018 '717.113  $465.60
CAQUANA, SAMANTHA D CK# 584859 12/06/2019 $15.00
CARABALLO, SARA CK# 577661 05/10/2019  $15.00
CARLSEN, GREGORY C CK# 584809 12/06/2019 $15.00
CARMO, JOAO C CK# 581268 09/13/2019    $15.00
CARNEGIE, ASHLEY M CK# 584001 11/08/2019 $15.00
CARRASQUILLO, SARAH M CK# 582251 09/27/2019 $15.00
CARSON, ROSE CK# 583983 11/08/2019     $15.00
CARSTARPHEN, KOURTNEE CK# 584595 12/06/2019 $15.00
CARTAGENA, KATHLEEN C CK# 584167 11/15/2019                           $15.00

(Continued on next page)

CHCCC-000042

| LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT |
| HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY |

$15.00
CASTILLO, ELIZABETH CK# 575983 03/29/2019 $15.00
CASTOR, LEROY CK# 430639 05/31/2019 15001248 $23.00
CASTRO, CHRISTIAN CK# 437601 12/26/2019 15001607 $72.00
CATALANI, KRISTIN LYNN CK# 427203 02/28/2019 15000634 $41.00
CATLEDGE, ARDEN J CK# 583489 11/01/2019$15.00
CAVANAUGH, MADISON E CK# 585486 12/20/2019 $15.00
CAVANAUGH, STEPHANIE Y CK# 581790 09/20/2019 $15.00
CEARLEY, ALVIN P CK# 578813 06/21/2019 $15.00
CECIL, PATRICIA F CK# 581988 09/20/2019 $15.00
CENAL, ALLEN T CK# 583992 11/08/2019 $15.00
CEPEDA, JOSHUA E CK# 575959 07/12/2019 $15.00
CERRA, JOHN A VS UNDERWOOD, DALBA 14-CC-003730 02/27/2014 *717.113 $582.79
CESARIO, GUADALUPE CK# 584857 12/06/2019 $15.00
CH YBOR LLC VS PHILLIPS, MIKE 14-CC-022634 08/18/2014 *717.113 $100.00
CHALLENGER, ERIK S CK# 582134 09/27/2019 $15.00
CHAMBERLAIN, BROOKLYN CK# 584716 11/22/2019 $10.70
CHAMBERLAIN, RYAN A CK# 584713 11/22/2019 $10.70
CHAMBERS, TRAVIS L CK# 584337 11/22/2019 $30.00
CHAMPION, ANTHANESIA B CK# 579506 07/12/2019 $15.00
CHAN, GARY VS RELIFORD, BRIDGETT 15-CC-017803 07/07/2015 *717.113 $486.00
CHANNELSIDE TITLE LLC CK# 430781 06/06/2019 15001320 $43.53
CHAPMAN, JOHN R CK# 574381 02/15/2019 $15.00
CHATFIELD, CHLOE F CK# 583907 11/08/2019 $15.00
CHAVARRIA, JOAQUIN CK# 437485 12/19/2019 15001514 $67.00
CHAVEZ APARICIO, GABRIELA E CK# 573583 05/31/2019 $15.00
CHELIKANI, SAI ADITYA CK# 579702 07/12/2019 $15.00
CHELSEA TITLE COMPANY CK# 430909 06/11/2019 15001326 $205.42
CHEN, LIXIN CK# 433261 08/12/2019 15001452 $105.00
CHESTER, DANIELLE L CK# 574456 02/15/2019 $15.00
CHEVALLIER, KENYA C CK# 576186 04/05/2019 $15.00
CHICAGO TITLE INSURANCE CO CK# 429677 05/06/2019 15000749 $504.05
CHIN, HOWIE CK# 583547 11/01/2019 $15.00
CHINWUBAH, STELLA CK# 577952 05/17/2019 $15.00
CHIRINOS, EDGARS MAURICIO BARRIOS CK# 429488 05/02/2019 15000694 $13.50
CHRISTENSEN, LIAM M CK# 579122 06/28/2019 $60.00
CHRISTOPHER, VALERIA V CK# 574761 02/22/2019 $15.00
CHURCHILL, TARA CK# 430650 05/31/2019 15001258 $500.00
CIMA, VIRGINIE C CK# 579961 07/19/2019 $15.00
CIMINO, ANTHONY S CK# 584405 11/22/2019$15.00
CINTRON, FRANCISCO B CK# 585363 12/20/2019 $15.00
CIOFFI, VINCENT O CK# 573429 01/25/2019 $15.00
CIPALDO, GAVIN P CK# 433915 08/28/2019 15001460 $13.00
CITIMORTGAGE INC VS ROUSE, DIANE W 17-CA-004790 03/08/2018 *717.113 $388.40
CITRUS PARK MALL OWNER LLC VS SWARTZ, MARLENE 17-CA-010276 11/21/2017 *717.113 $5,101.00
CLAIRMONT, ADAM M CK# 581765 09/20/2019 $15.00
CLARK, DANIEL LEE CK# 434864 09/24/2019 15001143 $14.00
CLARK, DANIEL SCOTT CK# 427266 03/01/2019 15001101 $46.40
CLARK, STEFAN E CK# 584048 11/08/2019 $15.00
CLARKE, FABIAN O CK# 580619 08/09/2019 $15.00
CLASS ORTIZ, JENNIFER CK# 576110 03/29/2019 $15.00
CLAUDY SAINT LOUIS CK# 426885 02/20/2019 15001026 $250.00
CLAYTON, CRYSTAL CK# 425878 01/24/2019 15000927 $383.50
CLEARVIEW TITLE CK# 429682 05/08/2019 15000690 $527.05
CLEMENT, DONNA M CK# 583051 10/18/2019$15.00
CLIPPER COVE ASSOCIATES LTD VS LAGRANT, ROBERT 15-CC-016735 06/09/2015 *717.113 $814.60
CLOBING ADVANTAGE LLC CK# 429588 05/06/2019 15000774 $1,033.61
COASTAL BAY PROPERTIES INC VS DANIEL, AN-THONY 13-CC-030447 02/28/2014 *717.113 $950.00
COASTAL BAY PROPERTIES INC vs DANIEL, AN-THONY 14-CA-001228 04/04/2014 *717.113 $799.64
COATES, JODY D CK# 575748 03/22/2019 $15.00
COELLOFUENTES, DOLORES A CK# 432246 07/12/2019 15001397 $250.00
COHEN, JOANNE D CK# 575162 03/08/2019 $15.00
COHEN, NICOLE K CK# 585468 12/20/2019 $15.00
COLE, NICHOLAS J CK# 573385 01/25/2019 $15.00
COLEMAN, EDWARD J CK# 583461 11/01/2019 $15.00
COLEMAN, JEANNIE L LAW OFFICE OF CK# 430925 06/11/2019 15001340 $49.30
COLINA, RAFAEL F CK# 577444 05/03/2019 $15.00
COLLINS, DAVID G CK# 579349 07/05/2019 $15.00
COLLINS, JOSHUA F CK# 427908 03/18/2019 15001119 $94.96
COLLINS, MADISON D CK# 582760 10/18/2019 $15.00
COLON, JULIO D CK# 573035 01/18/2019 $15.00
COMINGORE, PAUL CHAD VS COLON, CYNTHIA 14-CC-007586 04/08/2014 *717.113 $760.00
COMINGORE, PAUL CHAD VS HOLJEWSKI, NATHAN 14-CC-010780 05/02/2014 *717.113 $322.78
COMMERCIAL DEVELOPMENT CK# 434050 09/04/2019 15001509 $250.00
COMMERCIAL DEVELOPMENT CK# 435385 10/14/2019 15001519 $61.50
COMMERCIAL DEVELOPMENT CK# 436076 11/01/2019 15001591 $335.90
COMMONWEALTH LAND TITLE INS AGENCY CK# 429541 05/03/2019 15000727 $2,315.87

COMPASS LAND AND TITLE LLC CK# 429450 05/01/2019 15001253 $65.20
CONDE, VICTOR CK# 432473 07/18/2019 15001369 $250.00
CONNELL, NETTIE N CK# 574261 02/15/2019 $15.00
CONNELLA, AMANDA L CK# 578417 06/07/2019 $15.00
CONNER, DANILO N CK# 576235 04/05/2019 $15.00
CONNER, TORI L CK# 574334 02/15/2019 $15.00
CONNOLLY-FERNANDES, ERIC J CK# 575979 07/12/2019 $15.00
CONNOR, CARMEN B CK# 574567 02/22/2019 $30.00
CONSTRUCTION SURVEYING ETC CK# 429768 05/09/2019 15001281 $122.10
CONSUMER TITLE AND ESCROW SERVICES CK# 429542 05/03/2019 15000725 $1,219.78
CONTI, JAKOB T CK# 583290 10/25/2019 $15.00
COOK, BRENDA D CK# 579508 03/29/2019 $15.00
COOK, LARRY C CK# 574961 02/22/2019 $15.00
COOK, JERRY FRANK CK# 432119 07/09/2019 15001384 $173.00
COOPER, NAYLA E CK# 578714 06/14/2019 $15.00
CORA GONZALEZ, JULISSA CK# 585138 12/13/2019 $15.00
CORDON, MELISSA ANN CK# 432908 07/30/2019 15001423 $42.00
CORLEY, SRIA CK# 579690 07/12/2019 $15.00
CORNETT, SCOTT A CK# 582839 10/18/2019 $15.00
CORRALES, ESTEBAN D CK# 577739 05/17/2019 $15.00
COSKEY, ALLAN T CK# 575211 03/08/2019 $15.00
COTE, JEFFREY R CK# 585444 12/20/2019 $15.00
COUNTRYWOOD APARTMENTS LIMITED PART-NERSHIP VS DEIGHAN, ALICE M. 15-CC-013501 04/30/2015 *717.113 $18.60
COURTESY TITLE INC CK# 430466 05/28/2019 15000810 $71.40
COURTNEY LYNNE, KIRKPATRICK CK# 432713 07/25/2019 15000989 $230.00
COURTYARDS ON THE RIVER LLC VS BAILEY, LE-ROY W. 19-CC-039641 07/31/2019 *717.113 $52.00
COVELL, SCOTT A CK# 582672 10/11/2019 $15.00
COVERT, MICHAEL LINN CK# 427443 03/07/2019 15000647 $268.00
COWAN, TAYLOR CK# 436873 11/25/2019 15001226 $20.50
COWLES HILLSBOROUGH PROPERTIES LLC VS OSORIO, NAOMI 15-CC-028345 09/16/2015 *717.113 $350.00
CRAMER HABER AND MCDONALD PA CK# 430669 06/03/2019 15000808 $72.83
CREATIVE CHOICE HOMES XXXI LTD VS WOODEN, RASHEEDAH 18-CC-031483 08/07/2018 *717.113 $50.00
CREUZIGER, GINA L CK# 574104 02/08/2019 $15.00
CRISPIN, PEDRO CK# 572722 01/11/2019 $15.00
CROCKETT, BRENTON W CK# 583736 11/08/2019 $15.00
CROESE, PETER CK# 430536 05/29/2019 15000796 $165.00
CROSON, CURTIS M CK# 584814 12/06/2019 $15.00
CROSS, ASHTON RENEE CK# 431042 06/13/2019 15001324 $250.00
CROSS, DAVID L CK# 580075 07/26/2019 $15.00
CROSS, MICHAEL T CK# 578529 06/07/2019 $15.00
CROTEAU, CHRISTOPHER A CK# 576661 04/18/2019 $15.00
CROWELL, CAMERON MICHAEL CK# 436270 11/07/2019 15001221 $15.75
CRUZ CRUZ, MICHAEL A CK# 584005 11/08/2019 $15.00
CRUZ, ANABELLE N CK# 585247 12/20/2019 $15.00
CRUZ, ISMAEL CK# 578503 06/07/2019 $15.00
CRUZ, JOSE EDGAR BERMUDE CK# 435624 10/21/2019 15001202 $250.00
CRUZ, JOSE EDGAR BERMUDE CK# 435625 10/21/2019 15001201 $250.00
CRUZ, TORI S CK# 576964 04/26/2019 $15.00
CS SUNBIZ LLC VS DOMENECH, FRAMARIE 16-CC-020169 07/01/2016 *717.113 $909.23
CUE, JUAN CK# 583888 11/08/2019 $15.00
CUEVAS, MANUEL CK# 429356 04/29/2019 15000710 $273.00
CUI, XILI CK# 435089 09/25/2019 15001480$1,000.00
CURENTON, VICTOR L CK# 575768 03/22/2019 $15.00
CURRIER-CULLINAN, HEATHER L CK# 584854 12/06/2019 $15.00
CUYA, CHRISTINE A CK# 583234 10/25/2019 $15.00
CWANEK, GABRIELLE A CK# 579817 07/19/2019 $15.00
CYPRESS TITLE COMPANY CK# 430783 06/06/2019 15001323 $48.50
D AND E SURVEYING INC CK# 430784 06/06/2019 15001338 $31.00
D'AGOSTINO, PATRICIA S CK# 575910 03/29/2019 $15.00
DAHLEM, BETTY A CK# 577488 05/10/2019 $15.00
DAIGLE, ELAINE M CK# 584205 11/15/2019 $15.00
DALEY, MAEGAN N CK# 577843 05/17/2019 $15.00
DALFERRO, VALERIE A CK# 574148 02/08/2019 $15.00
DALIA CORPORATION VS MATHENY, CHRISTIA 15-CC-003545 02/06/2015 *717.113 $175.00
DALRYMPLE, STEPHANIE A CK# 578761 06/14/2019 $15.00
DALY, JAMES B CK# 577818 05/17/2019 $15.00
DAMIANI, MICHAEL A CK# 583828 11/08/201$$30.00
DANIEL, SHEENA T CK# 574927 02/08/2019 $15.00
DANIELLO WILLIAMS, JENNIFER L CK# 578859 06/21/2019 $15.00
DAUGHERTY, ROBERT S CK# 573461 01/25/2019 $15.00
DAVID STERN LAW OFFICE CK# 429923 05/14/2019 15000768 $431.44
DAVIE, JACOB H CK# 576016 03/29/2019 $15.00
DAVIES, JORDAN C CK# 577561 05/10/2019 $15.00
DAVIS, ALISA G CK# 583912 11/08/2019 $15.00
DAVIS, CARL E CK# 583820 11/08/2019 $15.00
DAVIS, DEAN O CK# 579620 07/12/2019 $30.00
DAVIS, JANAE S CK# 585045 12/13/2019 $15.00
DAVIS, LUKE T CK# 585126 12/13/2019 $15.00
DAVIS, RYAN J CK# 580227 07/26/2019 $15.00
DAVIS, SHANTEL O CK# 574350 02/15/2019 $15.00
DAVIS, THERON N CK# 575371 03/15/2019 $15.00
DAY, ANTHONY S CK# 574440 02/15/2019 $15.00
DAY, LOIS CK# 435883 10/28/2019 15001218$500.00
DDS DISCOUNT CK# 433397 08/15/2019 15001435 $111.50
DD'S DISCOUNT CK# 435947 10/29/2019 15001536

$31.34
DE CASTRO, JOSE CK# 425613 01/16/2019 15000941 $13.50
DE JESUS, ANTONIO E CK# 584234 11/15/2019 $15.00
DEAN, DALTON L CK# 577762 05/17/2019 $15.00
DEBERRY, CHRISTOPHER CK# 432242 07/12/2019 15001394 $250.00
DEBRA LEE MARTIN CK# 425357 01/09/2019 15000362 $300.00
DEESE, TYLER F CK# 582465 10/04/2019 $15.00
DEJESUS, ADRIAN E CK# 577802 05/17/2019$15.00
DEJESUS, JUAN M CK# 582216 09/27/2019 $15.00
DELA CRUZ, LEONARDO E CK# 576454 02/08/2019 $15.00
DELANGE, KIRA L CK# 577866 05/17/2019 $15.00
DELAROSA, ALEXIS CK# 579761 07/19/2019 $15.00
DELAROSA, KRISTIAN C CK# 578582 06/14/2019 $15.00
DELFASCO LLC VS POWELL, STEPHEN 14-CA-011284 04/20/2015 $100.00
DELMAS, MARIE Y CK# 581042 08/23/2019 $15.00
DELUNA, STEPHANIE L CK# 581715 09/20/2019 $15.00
DEMETER PROPERTIES INC VS LOFTON, WHITNEY 17-CC-012469 04/24/2017 *717.113 $165.00
DEMETER PROPERTIES INC VS MURPHY, EDWIN O 19-CC-059260 12/17/2019 *717.113 $2,525.00
DEMPS, MARQUES J CK# 585203 12/13/2019$15.00
DEMUTH, COREY D CK# 584216 11/15/2019 $15.00
DENNEY, WALTER J CK# 576829 04/18/2019 $15.00
DENOVA, ANDY CK# 432238 07/12/2019 15000906 $250.00
DENSON, TIFFANY M CK# 581140 08/23/2019$15.00
DEPRANO, MICHAEL J CK# 575856 03/22/2019 $15.00
DESBOUQUETS, JEAN WILNER CK# 579891 07/19/2019 $15.00
DESCHLER, KALI M CK# 584292 11/15/2019 $20.13
DESKINS, DON G CK# 578552 06/07/2019 $15.00
DEUTSCHE BANK NATIONAL TRUST COMPANY VS JOHNSON, JOHN R 13-CA-015276 01/14/2015$100.00
DEVANE, DEVON T CK# 575443 03/15/2019 $15.00
DHAR, RUPA CK# 575627 03/15/2019 $15.00
DHI TITLE CK# 429590 05/06/2019 15000800 $1,009.03
DIAMOND TITLE AND ASSOCIATES CK# 430141 05/21/2019 15000760 $252.15
DIAZ GARCIA, JOHANSEL M CK# 575266 03/08/2019 $15.00
DIAZ, LUIS CK# 431800 06/28/2019 15001303 $29.00
DIAZ, VANESSA ARLETT CK# 428719 04/10/2019 15000859 $100.80
DIBENIGNO, ALEXANDRA F CK# 579313 07/05/2019 $15.00
DICKENSON, JARELL M CK# 575580 03/15/2019 $15.00
DIGIROLAMO, LEONARD R CK# 583812 11/08/2019 $15.00
DILBERT CASTRO, ASHLEY G CK# 583263 10/25/2019 $15.00
DIOGO, NICOLAS VS WILSON, SHERESE 18-CC-025950 01/04/2019 *717.113 $1,560.00
DIRECT CORPORATE SERVICES CK# 430821 06/07/2019 15000873 $41.69
DIX, SAMUEL B CK# 585166 12/13/2019 $15.00
DIXON, MARGUISH TRINETTE CK# 436291 11/07/2019 15001568 $80.00
DIXLER, CHRISTOPHER KENNETH CK# 426275 02/04/2019 15000605 $13.50
DOBO, SARAH E CK# 574714 02/22/2019 $15.00
DOBSON, CALMENT D CK# 575403 04/12/2019$15.00
DOLAN, KELSEY CK# 436007 10/30/2019 15001195 $72.00
DOMINGUEZ, MARILYN R CK# 578312 05/31/2019 $30.00
DOMINGUEZ, RAFAEL CK# 436013 10/30/2019 15001196 $60.00
DOMINGUEZNIETO, VALENTIN CK# 434233 09/09/2019 15001504 $202.00
DONAGHY, ROBERT T CK# 576915 04/05/201$$15.00
DONG, JIZHONG CK# 436706 11/21/2019 15001585 $15.75
DONNELL, KENNETH G CK# 574321 02/15/2019 $15.00
DONNELL, KENNETH VS WILLIAMS, KAMILIHA 13-CC-034164 01/03/2014 *717.113 $121.00
DORSEY, CRYSTAL L CK# 576926 04/26/2019$15.00
DORWARD, THOMAS A CK# 575774 03/22/2019 $15.00
DOUGHERTY, PATRICK B CK# 575529 03/15/2019 $15.00
DOWNTOWN TAMPA APARTMENTS, LLC VS SOS-SO, JAMES 18-CC-037746 07/31/2018 *717.113 $100.00
DOZIER, DREW CK# 431692 06/26/2019 15000861 $17.00
DRAKE AND ASSOCIATES PA CK# 429770 05/09/2019 15000807 $116.80
DRAKE, MICAH DAVID CK# 428709 04/10/2019 15001183 $10.80
DRAWDY, KAYLA L CK# 576721 04/18/2019 $15.00
DRAYTON, JAMES B CK# 582173 09/27/2019 $15.00
DRIGGERS, AUTUMN LEANNE CK# 437770 12/30/2019 15001365 $47.00
DRIGGERS, JAMES E CK# 583004 10/18/2019$15.00
DROTLEFF, ANDREW F CK# 580688 08/16/2019 $30.00
DUCKWORTH, ALVAN L CK# 573236 01/18/2019 $15.00
DUNN, EDWARD CK# 575419 03/15/2019 $30.00
DUNNE ATTORNEY AT LAW, JOHN P CK# 430151 05/21/2019 15000769 $257.08
DUPERTUIS, MELISSA D CK# 575324 03/08/2019 $30.00
DURAN JR, AUGUSTO CK# 431043 06/13/2019 15001319 $250.00
DUTTON, CLAYTON S CK# 575452 03/15/2019$15.00
DYAR, LILLIS H CK# 584654 11/22/2019 $15.00
DYE, MICHAEL L CK# 582847 10/18/2019 $15.00
DYKES, ROBERT L CK# 582778 10/18/2019 $15.00
EAGLE TITLE AND ABSTRACT INC CK# 430516 05/28/2019 15000779 $202.43
EAGLES MASTER ASSOCIATION INC VS CAPOLU-PO, EDDIE 18-CC-024464 10/01/2018 *717.113$880.00
EAMES, JAMES C CK# 575917 03/29/2019 $15.00
EASTWOOD MHC LLC VS LA FUENTE, ENEIDA NUNEZ DE 18-CC-043242 10/24/2018 *717.113 $453.12
EASTWOOD MHC, LLC VS MARTINEZ, HEATHER 16-CC-025977 08/17/2016 *717.113 $180.15
ECHAVARRIA, LILIA CK# 583740 11/08/2019 $15.00
ECHAVARRIA, RAFAEL GOMEZ CK# 426669

05/13/2019 15001287 $21.60
EDWARDS, ERIC H CK# 573587 01/25/2019 $15.00
EDWARDS, GILLIAN L CK# 577554 05/10/2019 $15.00
EGGERT, CHESTER L CK# 577511 05/10/2019 $15.00
EGZI, SOLOMON G CK# 575620 03/15/2019 $15.00
EHRES, CHRISTINA CK# 436168 11/05/2019 15001578 $13.61
EHMKE III, RONALD LEE CK# 431436 06/21/2019 15000662 $2,500.00
EHMKE III, RONALD LEE CK# 431437 06/21/2019 15000863 $500.00
EIFRID, MEGAN CK# 430529 05/29/2019 15001562 $72.00
EKANGER, JONATHAN P CK# 575738 03/22/2019 $15.00
ELITE MORTGAGE OF TAMPA INC CK# 429924 05/14/2019 15000799 $408.50
ELZARRARAS, AURELIO E CK# 588261 10/25/2019 $15.00
ELKASRI, MOHAMED VS BLACK, CORETHA 15-CC-032679 10/20/2015 *717.113 $100.00
ELLIOTT, ANDREA K CK# 574797 02/22/2019 $15.00
ELLIOTT, CHRISTINE M CK# 582957 10/18/2019 $15.00
ELLIS, MATTHEW VS HALL, BRIONNA 15-CC-009001 04/17/2015 *717.113 $500.18
ELLIS, NICHOLE H CK# 585469 12/20/2019 $15.00
ELLISON, MARIE A CK# 575820 03/22/2019 $15.00
EMBERY, KHARI J CK# 583786 11/08/2019 $30.00
EMERT, OLIVER P CK# 575531 03/15/2019 $15.00
EMILIANO, MARIA N CK# 573005 01/18/2019 $15.00
ENDRUSCHAT, ROBERT J CK# 579930 07/19/2019 $15.00
ENTERPRISE TITLE PARTNERS OF NTLTD CK# 430915 06/11/2019 15001329 $12.00
EPIC TITLE SERVICES INC CK# 429925 05/14/2019 15001274 $117.49
EPPS, ANTHONY D CK# 584236 11/15/2019 $15.00
EQUITITLE LLC CK# 429926 05/14/2019 15000864 $411.10
ERIC ARTURO CK# 426785 02/18/2019 15000640 $202.00
ERICKSON, JAQUELINE M CK# 426186 01/31/2019 15000955 $10.20
ESAW, ERIC B CK# 576481 04/12/2019 $15.00
ESCOBAR, YANYN CK# 574749 02/22/2019 $15.00
ESGAR, ASHLYN N CK# 584167 09/13/2019 $15.00
ESPARZA, GUADALUPE CK# 429126 04/24/2019 15000858 $15.00
ESPINAL, TEJADA, YANET CK# 583619 11/01/2019 $15.00
ESPINOZA, AURELIO CK# 573536 01/25/2019 $15.00
ESPINOZA, RAMIRO CK# 578443 06/07/2019$15.00
ESPINOZA, RUTH N CK# 574566 02/22/2019$15.00
ESTEVES, ARMINDO VS FABESE, ALFRED JOSEPH 19-CC-000399 01/09/2019 *717.113 $187.50
EVERETT, WILLOW J CK# 583894 10/18/2019$15.00
EXANTUS, FROSTER CK# 428862 04/12/2019 15001167 $71.60
FACELAALSABBAGH, FAHD MHD CK# 432722 07/25/2019 15000985 $60.00
FAIR, EMERSON CK# 432720 07/25/2019 15001430 $14.00
FAIRFIELD ARBOR WALK LLC VS PURNELL, SHER-MAN 16-CC-029242 10/18/2016 *717.113 $1,010.78
FAMILY DOLLAR CK# 428321 03/29/2019 15001113 $500.00
FAMILY DOLLAR CK# 430046 09/25/2019 15001512 $100.00
FAMILY DOLLAR CK# 437690 12/27/2019 15001613 $130.00
FANDALA, IVLOUSE CK# 433676 08/21/2019 15001073 $500.00
FARKAS, CHRISTOPHER P CK# 581446 09/13/2019 $15.00
FARMER AND FITZGERALD PA CK# 430473 05/28/2019 15000792 $100.00
FARMER, LISA H CK# 574654 02/22/2019 $30.00
FARRELL, SUSAN E CK# 579246 06/28/2019 $15.00
FEDERAL NATIONAL MORTGAGE ASSOCIATION VS FERNANDEZ, HECTOR 15-CA-005137 07/24/2015 $100.00
FELICIANO, DENISE J CK# 579617 07/12/2019 $15.00
FELTON, DONTAVIUS CK# 432449 07/31/2019 15001421 $161.00
FENGER, JOHN W CK# 584605 11/22/2019 $15.00
FERBER, JONAH S CK# 583375 10/25/2019 $15.00
FERNANDEZ, ROBERT A CK# 573465 01/25/2019 $15.00
FERGUSON, DOROTHY A CK# 585118 12/13/2019 $15.00
FERNANDES, ANA VS UNKNOWN TENANT #1 N/K/A ROSE 17-CC-020092 11/29/2017 *717.113 $1,005.00
FERNANDEZ, DAVID CK# 436079 06/07/2019 15000843 $13.50
FERNANDEZ, LOGAN A CK# 579863 07/19/2019 $15.00
FERNANDEZ, MARCUS C CK# 577642 05/10/2019 $15.00
FERNANDEZ, MARLENE R CK# 578304 05/17/2019 $15.00
FERRITTO, DAVID R CK# 582153 09/27/2019 $30.00
FERRY, JRAKE M CK# 582568 10/11/2019 $15.00
FIDELITY BANK CK# 428124 03/25/2019 15001177 $15.00
FIELDS, DAVID CK# 576416 04/12/2019 $15.00
FIELDS, ALEXIS MARIE GOMEZ CK#

(Continued on next page)

LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT
HILLSBOROUGH COUNTY   HILLSBOROUGH COUNTY   HILLSBOROUGH COUNTY   HILLSBOROUGH COUNTY   HILLSBOROUGH COUNTY

01/17/2019 15000939 $13.50
FINKLEA, DIJANA CK# 582147 09/27/2019 $15.00
FINLAYSON, NIYA A CK# 574996 03/01/2019 $30.00
FINNELL, DALTON ANTHONY CK# 430000 05/22/2019 15001278 $72.00
FIRST AMERICAN TITLE CK# 429396 04/30/2019 15001193 $20,365.97
FIRST CITRUS BANK VS NJ MANLEY INC 11-CA-001991 07/29/2013 '717.113 $4,113.97
FIRST FLORIDA TITLE OF TAMPA BAY CK# 430754 06/05/2019 15000817 $92.00
FIRST PRIORITY TITLE SERVICES CK# 429927 05/14/2019 15000737 $495.35
FIRST ROTTLUND TITLE OF FLORIDA LLC CK# 429691 05/08/2019 15000745 $160.45
FIRST, ASHLEY LYNN CK# 425079 01/02/2019 15000951 $83.00
FISHER, MATTHEW J CK# 582747 10/18/2019 $15.00
FISHERMANS TITLE INC CK# 430874 06/10/2019 15001341 $50.00
FISHMAN, BARRY CK# 435553 10/18/2019 15001213 $70.00
FIT TO RUN CK# 436000 10/30/2019 15001526 $106.50
FITZGERALD, CYNTHIA B CK# 581440 09/13/2019 $15.00
FITZGERALD, DENISE M CK# 579310 07/05/2019 $30.00
FL CERTIFIED DEED SERVICES CK# 430822 06/07/2019 15000826 $17.00
FL HARBOUR WALK LLC VS HOFFMAN, CATHY 16-CC-021065 08/11/2016 '717.113 $2,709.27
FLEMING, KIERRA M CK# 574297 02/15/2019 $15.00
FLORES, CELESTINA CK# 432599 07/23/2019 15001432 $500.00
FLORES, DAVID CK# 428857 04/16/2019 15001159 $25.00
FLORES, JACQUELINE CK# 574096 02/08/2019 $15.00
FLORES, JOSE L CK# 573801 02/01/2019 $15.00
FLORIDA ABSTRACT AND TITLE, LLC VS CHAVEZ, JOHN A 15-CC-026288 11/19/2015 '717.113 $76.65
FLORIDA CERTIFIED RECORD RETRIEVAL SVS CK# 429692 05/08/2019 15001285 $632.50
FLORIDA DEPARTMENT OF FINANCIAL SERVICES CK# 428425 04/02/2019 15001181 $226.56
FLORIDA PETTY CASH CK# 431061 06/13/2019 15000860 $70.00
FLORIDA PROPERTY TITLE SERVICES LLC CK# 430824 06/07/2019 15001357 $16.53
FLORIDA TREASURE REALTY, LLC VS JENKINS, TASHA 18-CC-027895 08/07/2018 '717.113 $1,400.00
FLUKE, KEVIN CK# 436008 10/30/2019 15001228 $26.20
FOGARTY, CHARLOTTE S CK# 579798 07/19/2019 $15.00
FOMBO, ISIDORE A CK# 581878 09/20/2019 $15.00
FONTAINE, GERALD CK# 583933 11/08/2019 15.00
FORD, DWAYNE R CK# 575422 03/15/2019 $15.00
FOREMAN, CHARLES M CK# 584219 11/15/2019 $15.00
FOREMOST PROPERTY SOLUTIONS LLC VS HARD-WICK, CHARITY 15-CC-025679 09/25/2015 '717.113 $300.00
FOSTER AND FOSTER CK# 431271 06/19/2019 15000866 $97.50
FOSTER, JEFFREY L CK# 583086 10/18/2019 $30.00
FOUNTAINVIEW ESTATES LLC VS PORTER, PAM 15-CC-036802 03/15/2016 '717.113 $1,583.24
FRANCIS, BART CK# 433244 08/12/2019 15001451 $12.06
FRBH SABAL PARK, LLC VS LOWE, LUCINDA H. 18-CC-061606 12/14/2018 '717.113 $200.00
FREEDMAN AND MICHAELS PA CK# 430825 06/07/2019 15000894 $29.71
FREEDOM LAND TITLE CK# 430475 05/28/2019 15000820 $192.77
FREITAG, TRACEY A CK# 575281 03/08/2019 $15.00
FRIAR, WILLIAM H CK# 584991 12/06/2019 $15.00
FULLER HOLSONBACK AND MALLOY PA CK# 430700 06/06/2019 15000829 $13.67
FUNIKU PROPERTIES CORP VS JONES, TAMIKA 19-CC-059580 12/09/2019 '717.113 $421.95
GABRIEL, STEVENS CK# 427800 03/14/2019 15000646 $450.00
GAGNON, JOHN CARL CK# 431170 06/17/2019 15001317 $45.75
GAHAGAN, KATHLEEN M CK# 573795 02/01/2019 $15.00
GAINER, JESSICA J CK# 583290 10/25/2019 $15.00
GAINEY, JAUKENA CK# 435682 10/22/2019 15001200 $500.00
GALLAGHER, JOSEPH P CK# 578108 05/24/2019 $15.00
GALLEGOS, NORI, A CK# 583897 11/08/2019 $15.00
GAMMON, WILLIAM C CK# 577930 05/17/2019 $15.00
GAO, AIHUA CK# 434847 09/24/2019 15001487 $250.00
GARAFFA, GABRIELLA P CK# 582384 10/04/2019 $15.00
GARCIA DE QUEVEDO LI, BRENDA CK# 574819 02/23/2019 $15.00
GARCIA, ALEXANDER CK# 580668 08/16/2019 $30.00
GARCIA, ANA LEISY CK# 432190 07/11/2019 15000884 $500.00
GARCIA, BRITTANY D CK# 577178 04/29/2019 $15.00
GARCIA, CARRIE A CK# 583784 11/08/2019 $15.00
GARCIA, DAVID D CK# 583227 10/25/2019 $15.00
GARCIA, DIAMARI CK# 583002 10/18/2019 $15.00
GARCIA, GELCY A CK# 580995 08/23/2019 $30.00
GARCIA, MATTHEW P CK# 584634 11/22/2019 $15.00
GARDNER WILKES SHAHEEN AND CANDELORA CK# 429697 05/08/2019 15001282 $138.75
GARDNER, LORI A CK# 577195 04/29/2019 $15.00
GARLING, GINNY L CK# 578587 06/14/2019 $15.00
GARRETT, ANTHONY W CK# 577390 05/03/2019 $15.00
GARRETT, KELLY M CK# 574951 03/01/2019 $15.00
GASVODA, PATRICK A CK# 576802 04/18/2019 $30.00
GATENBEE, AMYMARIE S CK# 580054 07/26/2019 $15.00
GATZA, LUKE G CK# 576637 04/18/2019 $15.00
GAUVREAU, HENRY R CK# 581511 09/13/2019 $15.00
GAVRIAN, EMILY R CK# 580718 08/16/2019 $15.00
GAY, GRACIELA R CK# 581095 08/23/2019 $15.00
GAYLE, VERKISHA A CK# 429575 05/06/2019 15001240 $60.00

GENERAL TITLE COMPANY OF FLORIDA CK# 429550 05/03/2019 15000726 $1,827.49
GENESIS GROUP INC CK# 430919 06/11/2019 15000824 $185.10
GENNINGER, JASEN DOUGLAS CK# 427777 03/14/2019 15001124 $164.00
GEOMAP TECHNOLOGIES INC CK# 430828 06/07/2019 15000838 $24.50
GEORGE, CLIVE M CK# 573746 02/01/2019 $15.00
GERMAN, AMAURY EMMANUEL CK# 425249 01/07/2019 15000924 $103.00
GERMOND, JUSTIN J CK# 585430 12/20/2019 $15.00
GIBBS, WILLIAM W CK# 579435 07/05/2019 $15.00
GIL IRIZARRY, ESTHER M CK# 575684 03/22/2019 $15.00
GILBERT, JAYNE F CK# 577475 05/10/2019 $15.00
GILBERT, LYLE W CK# 584648 11/22/2019 $15.00
GILBERT, SHEILA J CK# 583185 10/25/2019 $15.00
GILBERTSON, MATTHEW G CK# 576760 04/18/2019 $15.00
GILLEY, AVIANCE O CK# 437336 12/13/2019 15001619 $20.00
GINSBERG, CINDY K CK# 584585 11/22/2019 $15.00
GISPERT, DEBORAH J CK# 580972 08/23/2019 $105.00
GIZAW, GABRIELLA G CK# 580031 07/26/2019 $60.00
GIZAW, GABRIELLA G CK# 580331 08/02/2019 $150.00
GIZAW, GABRIELLA G CK# 580543 08/09/2019 $30.00
GLEN RASMUSSEN AND FOGARTY CK# 430755 06/05/2019 15001346 $83.28
GLOBAL TITLE NETWORK INC CK# 429594 05/06/2019 15000772 $882.54
GLYNOS, ANNABEL CK# 582122 09/27/2019 $15.00
GOAL PROPERTIES LLC VS GARZA, JOANNA 18-CC-053253 10/26/2018 '717.113 $2,206.00
GOLBACH, SAMUEL JOHN CK# 429894 05/13/2019 15001286 $1,702.00
GOLDSTEIN, JARED TYLER CK# 430393 05/24/2019 15001261 $55.00
GOLIBART, DANIEL A CK# 576236 04/05/2019 $15.00
GOMEZ, DIEGO M CK# 574646 02/22/2019 $15.00
GOMEZVAZQUEZ, JUAN CK# 430568 05/30/2019 15000857 $2,000.00
GOMEZVAZQUEZ, NICOLAS CK# 430408 05/24/2019 15000758 $2,000.00
GONSALEZ, JOSE LUIS HERNANDEZ CK# 435067 09/25/2019 15001483 $250.00
GONYEA, BRIANNE K CK# 581457 09/13/2019 $15.00
GONZALES, ELIADORO J CK# 428696 04/10/2019 15000686 $67.60
GONZALEZ, CARMEN CK# 577490 05/10/2019 $15.00
GONZALEZ, JOSE CK# 428871 04/16/2019 15000684 $500.00
GONZALEZ, KARLA A CK# 576857 04/26/2019 $15.00
GONZALEZ, WILLIAM R CK# 580280 07/26/2019 $15.00
GONZALEZVEGA, MIRIAM CK# 428454 04/02/2019 15001180 $100.00
GOODWIN, LAURIE CK# 435227 10/07/2019 15001147 $72.00
GOOLSBY, TIFFANY L CK# 582299 09/27/2019 $15.00
GORDON, CAELA CK# 427507 03/08/2019 15001099 $16.50
GORDON, IAN C CK# 581717 09/20/2019 $15.00
GORDON, JERLEESHA CK# 427708 03/13/2019 15000657 $50.00
GORDON, KINSLEY CK# 425213 01/04/2019 15000582 $250.00
GOSSAMER WIND, LLC VS MATHIS, KOLANDA 16-CC-009938 04/08/2016 '717.113 $2,160.00
GOYNES, AMINTA O CK# 574512 02/15/2019 $15.00
GRACIA, JHOAN SEBASTIAN CK# 425264 01/07/2019 15000950 $11.34
GRAF, DAVID C CK# 581417 09/13/2019 $15.00
GRAHAM, MICHAEL D CK# 575521 03/15/2019 $15.00
GRAHAM, RACHEL N CK# 572814 01/11/2019 $15.00
GRANGER, CLIFFORD E CK# 580747 08/16/2019 $15.00
GRANTLAND, JOHN W CK# 575264 03/08/2019 $15.00
GRAY, CHRISTINA S CK# 573621 01/25/2019 $15.00
GRAY, VANESSA D CK# 579668 07/12/2019 $15.00
GREANY, PETER N CK# 574990 03/01/2019 $15.00
GREATER BAY TITLE LLC CK# 429928 05/14/2019 15001276 $378.80
GRECO PA, FRANK J CK# 430918 06/11/2019 15001328 $10.80
GRECO, BRIAN M CK# 578837 06/21/2019 $15.00
GREEN, SANDRA A CK# 583407 10/25/2019 $15.00
GREEN, WAYLON D CK# 576290 04/05/2019 $15.00
GREENBERG TRAURIG CK# 437364 12/16/2019 15001611 $15.00
GREENE AND SCHERMER CK# 430829 06/07/2019 15000828 $32.74
GREENE, MATTHEW R CK# 576525 04/12/2019 $15.00
GREENE, SHANNON SABRINA CK# 427280 03/01/2019 15000637 $110.80
GREER, OSCAR J CK# 584689 11/22/2019 $15.00
GRIFFIN, MATTHEW F CK# 573733 02/01/2019 $15.00
GRIFFIN, TERRY W CK# 583863 11/08/2019 $15.00
GRIMES, GWYNNE P CK# 584195 11/15/2019 $15.00
GROGAN, JOSHUA A CK# 582138 09/27/2019 $15.00
GROOM, JOHN VS JONES, PAMELA 17-CC-024049 08/04/2017 '717.113 $270.00
GSTALDER, CHRISTOPHER S CK# 579498 07/12/2019 $15.00
GUAGLIARDO, DARRELL D CK# 572873 01/11/2019 $15.00
GUE, KAYLEE M CK# 580149 07/26/2019 $15.00
GUGLIELMETTI, DIANA CK# 426777 02/18/2019 15001004 $15.75
GULFLI, RICARDO CK# 429731 05/08/2019 15001250 $53.00
GULFLUCCI, CARLOS R CK# 573504 01/25/2019 $15.00
GULF COAST REVIEW INC CK# 426134 01/30/2019 15000929 $61.50
GULF COAST REVIEW INC CK# 426324 02/04/2019 15001009 $33.00
GULF COAST REVIEW INC CK# 433179 08/07/2019 15001468 $61.50
GUTILE, ERICA J CK# 578547 06/07/2019 $15.00
GUYER, KANE A CK# 584596 11/22/2019 $15.00
GUZMAN, MARCOS CK# 579195 06/28/2019 $15.00

GUZMAN, MICHAEL CK# 581181 08/30/2019 $15.00
GUZMANMOLINA, WILMER CK# 434748 09/19/2019 15001490 $202.00
GWIN, CHRISTOPHER CK# 433095 08/06/2019 15001454 $250.00
HADDEN, THOMAS L CK# 582663 10/11/2019 $15.00
HAFER, DANIEL B CK# 578942 06/21/2019 $15.00
HAIGHT, THEODORE G CK# 582664 10/11/2019 $15.00
HAILEY, EDWARD J CK# 582140 09/27/2019 $15.00
HALL, CARLA CK# 430868 06/10/2019 15000833 $17.00
HALL, KRISTIE VS STARKE, TANYA 15-CC-019541 06/17/2015 '717.113 $39.32
HALLBACK, TANQUILLA T CK# 573130 01/18/2019 $15.00
HAMAN, JASON F CK# 573379 01/25/2019 $15.00
HAMERS, GREGORY A CK# 582226 09/27/2019 $15.00
HAMILTON, ALICE M CK# 575045 03/01/2019 $15.00
HAMILTON, CALVIN J CK# 583701 11/08/2019 $15.00
HAMILTON, CHAD J CK# 580730 08/16/2019 $15.00
HAMMER TITLE INSURANCE COMPANY CK# 431274 06/19/2019 15000868 $38.11
HANSEL, OCYNTH S CK# 579176 06/28/2019 $15.00
HANSEN, WONDA VS BINNION, ROBERT D 19-CC-040201 07/26/2019 '717.113 $500.00
HARDEE, JAYCE F CK# 581274 08/30/2019 $15.00
HARDEN, KEITH A CK# 582206 09/27/2019 $15.00
HARDEN, SHAWN D CK# 585539 12/20/2019 $15.00
HAROLD, HAROLD K CK# 575972 03/29/2019 $15.00
HARPER KYNES AND GELLER PA CK# 430478 05/28/2019 15000788 $247.50
HARRELL, ZACHERY D CK# 583384 10/25/2019 $15.00
HARRIS, ANGELA MARIE CK# 434374 09/12/2019 15001091 $111.00
HARRIS, FONDA L CK# 574490 02/15/2019 $15.00
HARRISON, JAQUAN J CK# 582170 09/27/2019 $15.00
HARRISON, TERRY A CK# 581588 09/13/2019 $15.00
HART, JULIANNE CK# 432506 07/19/2019 15001376 $250.00
HART, JULIANNE CK# 432507 07/19/2019 15001375 $250.00
HART, NATHAN CLIFFORD CK# 427534 03/08/2019 15001127 $62.00
HARTMAN, TINA M CK# 580544 08/09/2019 $15.00
HARVEY, GLENDA CK# 428428 04/02/2019 15001179 $26.34
HARVEY, JEFFREY C CK# 580697 08/16/2019 $30.00
HARVIE, ALEXANDER S CK# 580667 08/16/2019 $30.00
HASSOUN, NICHOLAS S CK# 584482 11/22/2019 $15.00
HAUGHTON, VERONA E CK# 429752 05/08/2019 15001238 $12.50
HAWK, MADISON E CK# 582433 10/04/2019 $15.00
HAWLEY, JESSICA L CK# 573053 01/18/2019 $15.00
HAYDEN, ROBERT CHANCE CK# 432775 07/25/2019 15000909 $170.00
HAYES, TREVOR A CK# 573433 01/25/2019 $15.00
HAYSE, MERREL T CK# 579734 07/12/2019 $15.00
HEART OF ADOPTIONS INC CK# 432906 07/23/2019 15001420 $42.00
HEATH, CHRISTOPHER M CK# 580379 08/02/2019 $15.00
HECKSHER, MICHAEL P CK# 576522 04/12/2019 $15.00
HEMON, ROY DALLAS CK# 436015 10/30/2019 15001198 $250.00
HENDERSON, ADAM H CK# 577712 05/17/2019 $15.00
HENDERSON, CHRISTOPHER W CK# 574555 02/22/2019 $15.00
HENGST, AMANDA E CK# 575210 03/08/2019 $15.00
HENRIQUEZ, MIGUEL ANGEL CK# 426560 02/11/2019 15001013 $32.00
HENRY, DANIEL M CK# 583710 11/08/2019 $15.00
HENRY, DEMARIO JERMAINE CK# 428695 04/10/2019 15001166 $53.00
HENRY, TANYA N CK# 430649 05/31/2019 15001256 $60.00
HEPBURN, KRYSTAL L CK# 578678 06/14/2019 $15.00
HEREDIA PEREZ, CARLOS A CK# 582587 10/11/2019 $15.00
HERITAGE TITLE COMPANY CK# 430479 05/28/2019 15000781 $224.66
HERLONG, MARK B CK# 582753 10/18/2019 $15.00
HERNANDEZ GONZALEZ, ALEXANDRA CK# 573241 01/18/2019 $15.00
HERNANDEZ GONZALEZ, GRISEL CK# 583128 10/18/2019 $15.00
HERNANDEZ, ABIMAEL CK# 431849 07/02/2019 15000764 $500.00
HERNANDEZ, AGUSTIN HERNANDEZ CK# 434939 09/25/2019 15001482 $250.00
HERNANDEZ, ANTONIO CK# 426562 02/11/2019 15001256 $600.00
HERNANDEZ, EPIFANIO CK# 583314 10/25/2019 $15.00
HERNANDEZ, FERMIN CK# 434971 09/25/2019 15001481 $250.00
HERNANDEZ, FERMIN CK# 434948 09/25/2019 15001145 $250.00
HERNANDEZ, JULIO CK# 432362 07/16/2019 15001209 $500.00
HERNANDEZ, LUIS CK# 435766 10/22/2019 15001299 $500.00
HERNANDEZ, MELANIE CK# 572742 01/11/2019 $15.00
HERNANDEZ, NOEL CK# 578976 06/21/2019 $15.00
HERNANDEZ, RUDDY A CK# 578963 06/21/2019 $15.00
HERNANDEZ, SANTOS ANDRES ANTONETTI CK# 428649 04/10/2019 15001163 $32.94
HERNANDEZ, YUNIELBIS ZAYAS CK# 433227 08/12/2019 15001374 $55.00
HERRADA, RICARDO ANTONIO CK# 430688 11/01/2019 15001581 $11.75
HESS, DYLAN JACOB CK# 427268 03/01/2019 15001006 $15.75
HICKOX, TERRY M CK# 583393 10/25/2019 $15.00
HICKS, CHRISTOPHER DARRELL CK# 575821 03/22/2019 $15.00
HICKS, SELTHEALL L CK# 579697 07/12/2019 $15.00
HICKSON, DAWN H CK# 575133 03/08/2019 $15.00
HILBRAND, FRANK D CK# 584594 11/22/2019 $15.00
HILL, CALVIN CI CK# 577523 05/10/2019 $15.00
HILLMAN, MEAGAN CK# 581523 09/13/2019 $15.00
HILS, HANSJORG CK# 434765 09/19/2019 15001489 $49.00

HILLSBOROUGH ABSTRACTING AND RESEARCH CK# 429700 05/08/2019 15000687 $150.70
HILLSBOROUGH TITLE CK# 429701 05/08/2019 15000744 $165.30
HILTON, NICOLE E CK# 584121 11/15/2019 $15.00
HIPSON, ANN R CK# 578807 06/21/2019 $15.00
HOBBS, JEREMY S CK# 583282 10/25/2019 $60.00
HODDINOTT, LILY R CK# 573782 02/01/2019 $15.00
HOKANSON, EMILY M CK# 576905 04/26/2019 $15.00
HOLDER, DILLARD KEITH CK# 426349 02/05/2019 15001350 $18.50
HOLLAND, WILLIAM CK# 430863 06/07/2019 15000851 $16.85
HOLMES, DENISE CAROL CK# 436947 11/20/2019 15001573 $138.00
HOLMES, JESIKA LYNE CK# 431870 07/02/2019 15000878 $202.00
HOME CHOICE 205 CK# 430635 05/31/2019 15000793 $174.00
HOMETOWN TITLE AGENCY INC CK# 429636 05/07/2019 15000755 $629.71
HOMSEY, KYLE ALEXANDER S CK# 583359 10/25/2019 $15.00
HOOKER, JOHN D CK# 429967 05/15/2019 15001373 $261.81
HORBELT, BRANDON J CK# 579649 07/19/2019 $15.00
HORNSBY, HELEN M CK# 577217 04/29/2019 $15.00
HOUGH, ALYSSA M CK# 573974 02/08/2019 $15.00
HOUSING AUTHORITY OF THE CITY OF TAMPA FLORIDA VS CROMPTON, CORRETTA 14-CC-022318 09/03/2014 '717.113 $121.00
HOUSING AUTHORITY OF THE CITY OF TAMPA, PA FLORIDA VS CRUZ, LAKINDA 14-CC-014623 07/18/2014 '717.113 $26.00
HOUSING AUTHORITY OF THE CITY OF TAMPA FLORIDA VS WILLIAMS, BERONICA 15-CC-008106 04/09/2015 '717.113 $61.00
HOUSING AUTHORITY OF THE CITY OF TAMPA VS BELLAMY, NICKEYLA 18-CC-041879 08/20/2018 '717.113 $73.77
HOUSING AUTHORITY OF THE CITY OF TAMPA, FLORIDA VS BRANTLEY, MALENKA 13-CC-016164 01/03/2014 '717.113 $504.85
HOWARD, FREDRICK VS CAPOMACCIO, ANTHONY 18-CC-012768 03/19/2018 '717.113 $82.00
HPA US1 LLC VS LEE, ETHEL 19-CC-043469 08/22/2019 '717.113 $1,381.01
HRA EGYPT LAKE INC VS VASQUEZ, CHRISTOPHER 14-CC-008643 10/16/2014 '717.113 $757.00
HUANG ANNA 16TD000635 11/27/2019 $1,197.84
HUGGINS, CHRISTOPHER L CK# 581797 09/20/2019 $30.00
HUGHES, JOSIAH R CK# 583064 10/18/2019 $15.00
HUGHES, MAUREEN CK# 580183 07/26/2019 $15.00
HUNT, SHA N CK# 573671 02/01/2019 $15.00
HUNTER, WILLIAM J CK# 582010 09/27/2019 $15.00
HURLBURT, ANDREW C CK# 585339 12/20/2019 $15.00
HURLEY, NATHAN P CK# 583602 11/01/2019 $15.00
HUTCHINS, FRANK W CK# 574584 02/22/2019 $15.00
HUTCHINSON, KATHRYN Y CK# 579374 07/05/2019 $15.00
HUTCHINSON, MARCHITA C CK# 582710 10/11/2019 $15.00
HYRY, EDMUND K CK# 573593 01/25/2019 $15.00
IBANEZ, TIMOTHY CK# 431486 06/24/2019 15001348 $174.00
IMER, CHARLES CK# 434048 09/04/2019 15001503 $72.00
IMRISEK, MICHAEL K CK# 575504 07/12/2019 $15.00
INDELICATO, LISA J CK# 578542 06/07/2019 $15.00
INGRAHAM, RAY CK# 429877 05/13/2019 15001428 $702.30
INGRAM, RAY CK# 429877 05/13/2019 $702.30
INMAN, MICHAEL C CK# 578901 06/21/2019 $15.00
INTEGRITY SURVEYING AND CONSULTING INC CK# 431847 07/02/2019 15001429 $87.00
INTEGRITY TITLE GROUP CK# 429925 05/14/2019 15000738 $347.71
INTHATHIRATH, JOHN CK# 580168 07/26/2019 $15.00
IRIZARRIS, EDUARDO CK# 582594 10/04/2019 $15.00
ISAACSON, PHILLIP L CK# 575795 03/22/2019 $15.00
IVEY, JENNIFER CK# 574619 02/22/2019 $15.00
JACKSON, ALEXIS CK# 429026 04/22/2019 15001229 $32.94
JACKSON, ASHLEY M CK# 431505 06/25/2019 15001280 $18.00
JACKSON, LORRAINE CK# 435690 10/22/2019 15001186 $52.00
JACOB, JOHN T CK# 581864 09/20/2019 $15.00
JACOBS, LATISHA CK# 429026 04/22/2019 $32.94
JACOBS, MELANIE CK# 584091 11/15/2019 $15.00
JAGIELLO, ANDREW M CK# 584514 11/22/2019 $15.00
JAMES, DAVID S CK# 576290 04/05/2019 $15.00
JAMES, NATHANIEL CK# 583003 10/18/2019 $15.00
JAMIESON, KRISTI L CK# 577934 05/17/2019 $15.00
JASMINE TERRACE VS JONES, BRENDA 18-CC-022850 08/07/2018 '717.113 $97.00
JEAN LOUIS, DAVID J CK# 583614 11/01/2019 $15.00
JENKINS, GAIL M CK# 579600 07/12/2019 $15.00
JENKINS, LAMONT J CK# 580213 07/26/2019 $15.00
JENKINS, STEVEN CK# 581860 09/20/2019 $15.00
JENNER, ANGELA D CK# 577664 05/17/2019 $15.00
JENNINGS, ANGEL R CK# 577670 05/17/2019 $15.00
JEROME, JOHN F CK# 582768 10/18/2019 $15.00

(Continued on next page)

CHCCC-000044

LEGAL ADVERTISEMENT · HILLSBOROUGH COUNTY — LEGAL ADVERTISEMENT · HILLSBOROUGH COUNTY — LEGAL ADVERTISEMENT · HILLSBOROUGH COUNTY — LEGAL ADVERTISEMENT · HILLSBOROUGH COUNTY — LEGAL ADVERTISEMENT · HILLSBOROUGH COUNTY

04/10/2019 15000676 $110.80
JOHNSON, DUSTIN D Ck# 574871 03/01/2019 $15.00
JOHNSON, EDWARD Ck# 573281 01/18/2019 $15.00
JOHNSON, GARETH S Ck# 580618 08/09/2019 $30.00
JOHNSON, GILBERT Ck# 574484 02/15/2019 $30.00
JOHNSON, JAMES ERNEST Ck# 434982 09/25/2019 15001486 $20.00
JOHNSON, JEANETTE M Ck# 578697 06/21/2019 $15.00
JOHNSON, JOHNNIE Ck# 582055 09/27/2019 $15.00
JOHNSON, KELLY D Ck# 577651 05/10/2019 $15.00
JOHNSON, LOREN Ck# 429820 05/10/2019 15001230 $450.00
JOHNSON, MALCOLM C Ck# 581560 09/13/2019 $15.00
JOHNSON, SHANNON F Ck# 579028 06/21/2019 $15.00
JOHNSON, VANESHA S Ck# 576961 04/26/2019 $15.00
JOHNSON-HARRISON, JOCELYN J Ck# 578488 06/07/2019 $15.00
JONES, ALEXANDER K Ck# 581383 09/13/2019 $15.00
JONES, BRANDON F Ck# 432438 07/18/2019 15000911 $250.01
JONES, CASEY M Ck# 585075 12/13/2019 $15.00
JONES, DEBORAH Ck# 437532 12/20/2019 15001477 $55.00
JONES, RANDALL A Ck# 583210 10/25/2019 $15.00
JONES, SHUNETTE Y Ck# 585229 12/13/2019 15824.00
JONES, TOSHIA L Ck# 580255 07/26/2019 $15.00
JONES-CRUDER, LATUANA D Ck# 583508 11/01/2019 $15.00
JORGENSEN, THERESA A Ck# 572786 01/11/2019 $15.00
JOSE DE JESUS MORENO Ck# 432206 07/12/2019 15001392 $250.00
JOSEANTONIO, FAUSTO Ck# 432248 07/12/2019 15001391 $1,322.40
JOSEPH, ROSELINE K Ck# 582676 10/11/2019 $15.00
JOSEPH, THEODORE P Ck# 579441 07/05/2019 $15.00
JOSHI, VINEET K Ck# 575606 03/15/2019 $15.00
JOSIAH, JEREMIAH D Ck# 583084 10/18/2019 $15.00
JUAREZ, DE PENAHERRERA Ck# 430201 05/22/2019 15001279 $250.00
JUBENVILLE, RICKY S Ck# 576318 04/05/2019 $15.00
JUDGE, CURTIS E Ck# 574460 02/15/2019 $15.00
JURIS TITLE INC Ck# 429602 05/06/2019 15000771 $790.58
KAIN LIMITED PARTNERSHIP VS ECHOLES, LATA-SHA M 16-CC-034632 01/03/2017 *717.113 $240.00
KAPP, KAITLIN Ck# 435156 10/03/2019 15001520 $193.46
KARTSATOS, KATHLEEN M Ck# 573352 01/25/2019 $15.00
KASPER, KEITH L Ck# 579207 06/28/2019 $15.00
KATZEFF, JONATHAN R Ck# 574907 03/01/2019 $15.00
KAUFMAN, ENGLERT AND LYND PA Ck# 429555 05/03/2019 15000699 $1,225.90
KAVANA, MINA DIMITIEVNA Ck# 426332 02/05/2019 15001064 $13.50
KELLY, JOHN FITZGERALD Ck# 424734 03/07/2019 15001131 $136.00
KELLYRUSTMANN, AMANDA CHRISTINE Ck# 436325 11/08/2019 15001220 $500.00
KEMP, JAMES R Ck# 581019 08/23/2019 $15.00
KENNER, DANIELLE Z Ck# 580078 07/26/2019 $15.00
KENT, RICHARD L Ck# 572714 01/11/2019 $15.00
KERRICK, CHARLES L Ck# 574475 02/15/2019 $15.00
KERTH, BRANDY S Ck# 573996 02/08/2019 $15.00
KESER, HALEY N Ck# 583550 11/01/2019 $15.00
KESSLER, BRYNNE P Ck# 573994 02/08/2019 $15.00
KEY AMERICA TITLE Ck# 430525 05/29/2019 15000821 $213.02
KEY VISTA LLC VS JEWETT, CRYSTAL 15-CC-000576 01/16/2015 *717.113 $485.00
KEYBANK NA Ck# 428812 04/15/2019 15001166 $15.56.10
KEYSTONE MANHATTAN APTS LLC VS WILLIAMS, ELIJAH 15-CC-038800 12/17/2015 *717.113 $291.00
KEYSTONE REAL ESTATE INCOME LLC VS TUL-LOS, BETTIE 17-CC-008261 03/08/2017 *717.113 $2800.00
KEYSTONE REAL ESTATE INCOME VS WILLIAMS, LANTUNDRA 15-CC-002094 02/02/2015 *717.113 $26.40
KHALAF, SHAWKAT Ck# 575782 03/22/2019 $15.00
KHAN, EMIR Ck# 428697 04/10/2019 15001168 $26.40
KHAN, EMIR Ck# 428698 04/10/2019 15001169 $26.40
KILLORAN, VIVIAN A Ck# 576077 03/29/2019 $15.00
KING, JEFFERY H Ck# 574233 02/15/2019 $15.00
KINNEY, STEVEN J Ck# 581152 08/23/2019 $15.00
KINNEY, WILLIAM A Ck# 432287 07/12/2019 15001460 $250.00
KIRBY, DALLAS S Ck# 584565 11/22/2019 $15.00
KIRBY, MILLA H Ck# 575803 03/22/2019 $15.00
KIVELA, ANDREW W Ck# 577158 04/29/2019 $15.00
KLEIN, JONATHAN W Ck# 581854 09/20/2019 15001500 $15.00
KLISMET, JENNIFER L Ck# 573054 01/18/2019 $15.00
KNACK, KYLA A Ck# 577200 04/29/2019 $15.00
KNEER, JODI L Ck# 585435 12/20/2019 $15.00
KNETSCH, KENNETH J Ck# 584902 12/06/2019 $15.00
KNIBLOE, KYLIE A Ck# 573022 01/18/2019 $15.00
KNOWLES, SHERRY A Ck# 573448 01/25/2019 $15.00
KNOWLTON, DANIEL J Ck# 583013 10/18/2019 $15.00
KNOX, JODY Ck# 432264 07/12/2019 15001393 $250.00
KOFLER, DEBORAH Ck# 433290 08/13/2019 15001486 $600.00
KOHLS Ck# 433059 08/05/2019 15001473 $186.00
KOLENOVIC, ORHAN Ck# 580442 08/02/2019 $15.00
KONG, YANG Ck# 434657 09/17/2019 15001497 $500.00
KONRAD, JOHNATHON M Ck# 575742 03/22/2019 $15.00
KRAMER, DAVID A Ck# 584556 11/22/2019 $15.00
KRAMER, KAREN M Ck# 576552 04/12/2019 $15.00
KREIDER, THOMAS A Ck# 582866 10/18/2019 15.00
KRITZMAN, SOPHIA G Ck# 577606 05/10/2019

$15.00
KRUGER, TIMOTHY Ck# 432789 07/25/2019 15001078 $275.00
KUHLMAN, LISA Ck# 432402 07/17/2019 15000899 $50.00
KUHN, GRETCHEN E Ck# 581093 08/23/2019 $15.00
KUNSTMAN, MARINO VS DONER, JESSICA 16-CC-002577 02/16/2016 *717.113 $420.00
KUNSTMANN, MARINO VS CARRENO, RUBEN, JR 16-CC-031006 10/03/2016 *717.113 $750.00
L AND M CLOSING SERVICES INC Ck# 429604 05/06/2019 15000883 $682.85
LABARBERA, MICHAEL B Ck# 577824 05/17/2019 $15.00
LACANNE, CHRISTOPHER JAMES Ck# 430617 05/31/2019 15001259 $16.00
LACKETT, SIMON Ck# 437317 11/18/2019 15001297 $72.00
LAFAYETTE, RASHARD Ck# 432136 07/09/2019 15000885 $14.75
LAFLAMBOY, LINDA B Ck# 575830 03/22/2019 $15.00
LAGRADE, STEVEN M Ck# 436924 11/26/2019 15001225 $103.00
LAIGHTON, MARC D Ck# 578728 06/14/2019 $15.00
LAKE AZZURE FLORIDA I, LLC VS RIVERA-TOR-RES, PEDRO J. 16-CC-002808 02/08/2016 *717.113 $830.00
LAKE AZZURE FLORIDA I, LLC VS WOODWARD, CHRISTOPHER 16-CC-039159 12/12/2016 *717.113 $1,198.76
LAKESHORE COLONIAL LLC VS BLANCO, JOSE 19-CC-064491 12/17/2019 *717.113 $1,331.00
LAKESHORE COLONIAL LLC VS HUTCHENSON, BRENDA 17-CC-038327 12/07/2017 *717.113 $2,264.68
LALUZERNE, TANYA M Ck# 580268 07/26/2019 $30.00
LAMAR LACARLOS J GIBSON Ck# 431369 06/20/2019 15000845 $12.00
LAMASTRA, KATHRYN A Ck# 581844 09/20/2019 $15.00
LAMBERT JR, DAVID TREMAINE Ck# 426112 01/30/2019 15000595 $250.00
LAMBERT, SEAN Ck# 433234 08/09/2019 15000999 $15.00
LAMBERT, STEVEN WILLIAM MO4179832576128 - WESTERN UNION RCPT # 24-00578967 02/20/2019 $10.00
LAMON, LAURA ELAINE Ck# 426294 02/04/2019 15001067 $13.50
LANDA, IUSAELLA M Ck# 579805 07/19/2019 $15.00
LANDAMERICA LAWYERS TITLE Ck# 429405 04/30/2019 15000708 $11,759.73
LANDMARK AT GRAYSON PARK LP VS STABEN-OW, MELISSA 16-CA-005840 07/15/2016 *717.113 $977.83
LANDTRUST TITLE COMPANY INC TAMPA Ck# 430526 05/29/2019 15000794 $104.00
LANGFORD, ADRIAN E Ck# 580905 08/23/2019 $60.00
LANZ, MANUEL VS MCCRAY, YVONNE L 14-CC-014229 06/26/2014 *717.113 $500.00
LAROS, TAYLOR A Ck# 582476 10/04/2019 $15.00
LASLO, LOGAN T Ck# 585489 12/20/2019 $15.00
LASMAN LAW FIRM PA Ck# 430680 06/03/2019 15000807 $61.33
LASTRA, ARTHUR JOSEPH Ck# 428487 04/03/2019 15001178 $98.00
LATCH, JIMMIE F Ck# 581487 09/13/2019 $15.00
LATTIMORE, JALEN C Ck# 579893 07/19/2019 $15.00
LATTIMORE, LAUREL A Ck# 574928 03/01/2019 $15.00
LAVRAR, RAS Ck# 437816 12/30/2019 15001615 $19.08
LAW OFFICES OF GREGORY G JONES PA Ck# 430638 06/07/2019 15000834 $15.60
LAWLESS, CASSIDY B Ck# 576933 04/26/2019 $15.00
LAWRENCE, JOSEPH B Ck# 574327 02/15/2019 $15.00
LAWS, ALAN D Ck# 580397 08/02/2019 $15.00
LAWSON, DEBRA B Ck# 582575 10/11/2019 $15.00
LAYER, JEANETTE VS GROSS, RICHARD 15-CC-004959 02/05/2015 *717.113 $2,026.94
LEATH, JEREMY C Ck# 581865 09/20/2019 $15.00
LEB SOLUTIONS LLC VS MUGARRA, GLORIA 14-CC-036705 01/05/2015 *717.113 $1,000.00
LEBEAU-ELROD, MICHELLE J Ck# 584438 11/22/2019 $30.00
LECHUGA, DAVID M Ck# 580641 08/16/2019 $15.00
LECHUGA, NITZA A Ck# 577006 04/26/2019 $15.00
LEDESMA, DORAELIA Ck# 435678 10/22/2019 15001206 $29.00
LEE JANG SUNG 17TD000019 07/02/2019 $359.94
LEE, RAMON L Ck# 584324 11/22/2019 $15.00
LEE, SILINA Y Ck# 575821 03/15/2019 $15.00
LEGENDRE, ERIENE K Ck# 575978 03/29/2019 $15.00
LEINHAUSER, ALEXANDER S Ck# 576167 04/05/2019 $15.00
LEMANSKI, KELLY A Ck# 574322 02/15/2019 $15.00
LEMYRE, JAMES R Ck# 574629 02/22/2019 $15.00
LENDERS FIRST CHOICE Ck# 429712 05/08/2019 15000751 $551.00
LENDERS SERVICE INC Ck# 430726 06/04/2019 15000818 $89.20
LENNARD, MATTHEW B Ck# 581030 08/23/2019 $15.00
LEOBOLD, TREVOR R Ck# 580803 08/16/2019 $15.00
LEOMI PROPERTIES LLC VS HUDSON, ALICE,CARNEGIE, BRIDGETT 15-CC-022027 01/30/2015 *717.113 $48.50
LEON, ANA M Ck# 581378 09/13/2019 $15.00
LEON, GABRIELA Ck# 583029 10/18/2019 $15.00
LEON-ESPINOSA, MARIO Ck# 582944 10/18/2019 $15.00
LERCH, DAWN S Ck# 573710 02/01/2019 $30.00
LETO, THOMAS Ck# 582261 09/27/2019 $30.00
LETT, LACHELE S Ck# 584669 11/22/2019 $15.00
LEVINE HIRSCH SEGALL AND BRENNAN PA Ck# 429969 05/15/2019 15000734 $263.00
LEWIS AND ASSOCIATES LEGAL RESEARCH Ck# 431371 06/20/2019 15000922 $99.00
LEWIS COX, KAYLA R Ck# 577878 05/17/2019 $15.00
LEWIS, AUSTIN D Ck# 578841 06/21/2019 $15.00
LEWIS, GEVANTE D Ck# 576893 04/26/2019 $15.00
LEWIS, HAAS Ck# 431066 06/13/2019 15000854 $50.00
LEWIS, KEVIN L Ck# 575505 03/15/2019 $15.00

LEWIS, MARISSA B Ck# 581921 09/20/2019 $15.00
LEX, CHEYENNE Ck# 435999 10/30/2019 15001530 $15.00
LI, MEIHUA Ck# 435232 10/07/2019 15001148 $250.00
LIBDEH, OLLIE Ck# 429152 04/23/2019 15001102 $16.50
LIBERTI, KIMBERLY A Ck# 573789 02/01/2019 $15.00
LIBERTY TITLE AGENCY Ck# 429607 05/06/2019 15000693 $788.29
LIMBEROPOULOS, LAUREN A Ck# 585497 12/20/2019 $15.00
LINDE, EKATERINA N Ck# 575989 03/29/2019 $15.00
LINSKY AND REIBER Ck# 430757 06/05/2019 15001345 $61.10
LIPPHARDT, SAVANNAH J Ck# 581611 09/13/2019 $15.00
LIPSKY, RYAN Ck# 434649 09/17/2019 15001493 $72.00
LIRA, JESSICA P Ck# 581862 09/20/2019 $15.00
LITTLEJOHN, AMBER L Ck# 584762 12/06/2019 $15.00
LIVINGSTON, JARRIEL L Ck# 577342 05/03/2019 $15.00
LLANES, ALEJANDRO A Ck# 574419 02/15/2019 $15.00
LMJ Ck# 431427 06/21/2019 15001304 $3,000.00
LOCKRIDGE II, EDWARD LEATH Ck# 434207 09/09/2019 15001505 $500.00
LOCKWOOD, MELODY Ck# 428708 04/10/2019 15001164 $106.84
LOFTON, KURT A Ck# 425149 01/03/2019 15000594 $27.00
LOGAN, NATHAN D Ck# 574262 02/15/2019 $15.00
LOGAR, SARAH E Ck# 576502 04/12/2019 $15.00
LOJI, CELESTIN Ck# 436167 11/05/2019 15001215 $250.00
LOMELI, MANUELA Ck# 427077 02/25/2019 15001023 $14.00
LONG-GREEN, COTISHA R Ck# 580733 08/16/2019 $15.00
LONGMIRE, BLAKE V Ck# 578618 06/14/2019 $15.00
LOPEZ BLANCO, NEALE Ck# 581538 09/13/2019 $15.00
LOPEZ, GABRIEL J Ck# 582128 09/27/2019 $15.00
LOPEZ, GUILLERMO Ck# 575234 03/08/2019 $15.00
LOPEZ, JUAN M Ck# 584172 11/15/2019 $15.00
LOPEZ, JUAN R Ck# 582214 09/27/2019 $15.00
LOPEZ, LAURA Ck# 584897 12/06/2019 $15.00
LOPEZ, SAMANTHA A Ck# 577695 05/17/2019 $15.00
LOPEZ, SIOBHAN A Ck# 427617 03/11/2019 15001123 $13.50
LOPEZDELACRUZ, MARIO Ck# 437575 12/23/2019 15001383 $250.00
LOWES Ck# 430307 05/23/2019 15001265 $25.39
LOWTON, JAMIE A Ck# 581393 09/13/2019 $15.00
LOYLESS, MICHELE A Ck# 426199 01/31/2019 15000957 $202.00
LOZANO-GUERRERO, MENFI Ck# 429410 04/30/2019 15001149 $200.00
LOZOYA, JOSE D Ck# 581480 09/13/2019 $15.00
LT TAMPA HEIGHTS, LLC VS RODGERS, ELDRICK 18-CC-004906 02/16/2018 *717.113 $480.00
LUCE, RICHARD VS CARLISE, MICHELLE 19-CC-039424 08/02/2019 *717.113 $1,000.00
LVNV FUNDING, LLC VS CARRINO, TODD 16-CC-001919 03/30/2016 $100.00
LYONS, ALISHA A Ck# 583496 11/01/2019 $15.00
LYONS, MELANIE P Ck# 578983 05/24/2019 $15.00
M AND D CLOSING SERVICES Ck# 430881 06/10/2019 15001342 $50.00
MACHADO, SARA M Ck# 582842 10/18/2019 $15.00
MACK, KASSANDRA B Ck# 584595 11/22/2019$15.00
MACKENZIE, BRIAN R Ck# 582113 09/27/2019 $645.00
MACYS Ck# 429256 04/25/2019 19001187 $46.50
MAGEE, DANIEL R Ck# 583011 10/18/2019 $15.00
MAGUIRE,ALAN, JUANA ALEJANDRA Ck# 432493 07/18/2019 15000898 $250.00
MAHMOOD, ZAHID Ck# 574141 02/08/2019 $15.00
MAJESTIC TITLE OF CENTRAL FLORIDA Ck# 430853 06/10/2019 15000803 $57.10
MALAVE, VIRGINIA Ck# 432953 07/30/2019 15001427 $500.00
MALDONADO, ADIN DELEON Ck# 436786 11/25/2019 15001224 $161.00
MALDONADO, ORLANDO Ck# 576640 04/18/2019 $15.00
MALDONADO, TANIA I Ck# 579882 07/12/2019 $15.00
MANKA, MARY K Ck# 581246 08/30/2019 $15.00
MANN, MICHAEL A Ck# 574270 02/15/2019 $15.00
MANNAN, MOHAMMAD ABDUL Ck# 428455 04/02/2019 15001673 $834.00
MANNINGHAM, SCOTT R Ck# 574301 02/15/2019 $15.00
MANZANO, LUCERO Ck# 574793 02/22/2019 $15.00
MAQUEIRA GUZMAN, LAZARA D Ck# 579431 07/05/2019 $15.00
MARANZANA, DOMINICK M Ck# 577287 05/03/2019 $15.00
MARASCO, CHERYL L Ck# 580897 08/23/2019 $15.00
MARCOUX, ALEXANDER M Ck# 577036 04/26/2019 $15.00
MARINO, ANTHONY D Ck# 584756 12/06/2019 $15.00
MARKER, SAMANTHA D Ck# 583410 10/25/2019 $15.00
MARKS, DONOVAN Q Ck# 574125 02/08/2019 $15.00
MAROUNS IMPORT SPECIALIST Ck# 435185 10/04/2019 15001553 $2,523.89
MARQUEZ, REINA M Ck# 584110 11/15/2019 $15.00
MARRERO, JORDAN N Ck# 582222 09/27/2019 $15.00
MARRERO, YOEL YEAR Ck# 436996 11/27/2019 15001606 $128.00
MARSH, MATTHEW E Ck# 580185 07/26/2019 $15.00
MARTIN, BRIAN L Ck# 575037 03/01/2019 $15.00
MARTIN, STEAPHANIE J Ck# 581154 08/23/2019 $15.00
MARTIN, STEVEN R Ck# 572751 01/11/2019 $15.00
MARTINEZ, ALBERTO M Ck# 583691 11/08/2019 $15.00
MARTINEZ, ADAM L Ck# 574019 02/08/2019 $15.00
MARTINEZ, NICOLE T Ck# 583691 11/08/2019 $15.00
MARTINEZ, RICARDO Ck# 583536 11/01/2019 $15.00
MARTINEZ, YANCY A Ck# 574748 02/22/2019 $15.00
MARUSZEWSKI, DEREK Ck# 577365 05/03/2019 $15.00
MARVIN, GARY Ck# 573261 01/18/2019 $15.00

MASGA, VIRGINIA B Ck# 579962 07/19/2019 $15.00
MASON, JOSHUA J Ck# 584176 11/15/2019 $15.00
MASON, TRICIA C Ck# 426098 01/29/2019 15000959 $15.75
MATHON, URYSSE Ck# 432286 07/12/2019 15000897 $750.00
MATTHAY, MICHAEL Ck# 435480 10/16/2019 15001546 $72.00
MAULDIN, DANIEL E Ck# 580079 07/26/2019 $60.00
MAULDIN, DANIEL E Ck# 580337 08/02/2019 $150.00
MAULDIN, DANIEL E Ck# 580532 08/09/2019 $30.00
MAYE, JAMES M Ck# 575271 03/08/2019 $15.00
MAYEDO, JUANA Ck# 435069 09/25/2019 15001141 $87.47
MAYOR, LORI A Ck# 581051 08/23/2019 $15.00
MAYS, SARAH E Ck# 581962 09/20/2019 $15.00
MAZARIEGOS, JOSUE M Ck# 583973 11/08/2019 $15.00
MAZION, SLATER Ck# 577679 05/17/2019 $15.00
MC BRIDE, SHEENA L Ck# 577459 05/03/2019 $15.00
MC CRORY, ARTHUR R Ck# 582921 10/18/2019 $15.00
MC KELVEY, NATALIE M Ck# 580040 07/26/2019 $15.00
MC LEAN, SHAYNA M Ck# 579918 07/19/2019 $30.00
MCALISTER, JOHN D Ck# 583535 11/01/2019 $15.00
MCCLENDON, JE'SHAWN S Ck# 583981 11/08/2019 $75.00
MCCRAY, BRIAN CHRISTOPHER Ck# 427754 03/14/2019 15001104 $500.00
MCDONALD, DOUGLAS W Ck# 581812 09/20/2019 $15.00
MCFARLAND, NEIL D Ck# 578713 06/14/2019 $15.00
MCGUIRN, BRENDA L Ck# 577525 05/10/2019 $15.00
MCINTYRE, THANASIDES ET AL Ck# 437850 12/30/2019 15001622 $48.47
MCINTYRE, EVELYN J Ck# 574592 02/22/2019 $15.00
MCMAHON, MICHAEL J Ck# 576815 04/18/2019 $30.00
MCMILLAN, WILLIE Ck# 433335 08/13/2019 15001446 $26.00
MCNAMARA, CATHERINE M Ck# 577520 05/10/2019 $15.00
MCNEIL, ANTHONY I Ck# 581215 08/30/2019 $15.00
MCNULTY, SHANNON K Ck# 579027 06/21/2019 $15.00
MCRAE, KELSIE VS MCNEELY, KIKKHA 14-CC-004292 02/28/2014 *717.113 $583.50
MCRAE, KERRY N Ck# 584023 11/08/2019 $15.00
MEADOWS, TODD ERIC Ck# 429090 04/22/2019 15001156 $103.00
MECUM, SHAWN M Ck# 579254 06/28/2019 $15.00
MEDINA, VELEZ, CHRISTIAN Ck# 579631 07/12/2019 $15.00
MEDINAACOSTA, JOHANA CAROLINA Ck# 428869 04/16/2019 15000681 $60.00
MEJIAS, JAYLENE Ck# 580119 07/26/2019 $15.00
MELAF FL LLC VS DRAIN, MARKITA 19-CC-020416 04/25/2019 *717.113 $504.70
MELILLO, CHRISTINE M Ck# 574558 02/22/2019 $60.00
MELLA, EDWIN Ck# 430787 06/06/2019 15001325 $75.15
MELLERS, AUSTEN L Ck# 584232 11/15/201$615.00
MENDEZ, ALONDRA Ck# 584420 11/22/2019 $15.00
MENDEZ, EVA Ck# 577738 05/17/2019 $15.00
MENDEZNVASQUEZ, CRISTINO Ck# 426642 02/11/2019 15000616 $300.00
MENDOZA, JASMINE Ck# 583088 10/18/2019$15.00
MENDOZA, JOSE ANGELITO Ck# 437158 12/06/2019 15001292 $500.00
MENDOZA, JOSE ANGELITO Ck# 437159 12/06/2019 15001294 $250.00
MENDOZA, JOSE ANGELITO Ck# 437241 12/10/2019 15001293 $71.00
MENDOZA, JOSE ANGELITO Ck# 437241 12/10/2019 15001367 $250.00
MENOZZI, SEAN Ck# 581101 08/23/2019 $15.00
MERCADO, MARIA Ck# 579851 07/19/2019 $15.00
MERCEDES TITLE INC Ck# 430759 06/05/2019 15000814 $79.78
MERGL, JOSHUA R Ck# 576555 04/12/2019 $15.00
MERIDIAN POINTE APARTMENTS LTD VS MAT-TEAR, CHRISTOPHER 14-CC-024843 09/09/2014 *717.113 $528.00
MEROS SMITH AND OLNEY PA Ck# 430846 06/10/2019 15001342 $24.80
METROPOLITAN MINISTRIES VS MYRICK, JESSICA 13-CC-030388 01/06/2014 *717.113 $242.72
METROPOLITAN MINISTRIES VS TUCKER, SHIRLEY 12-CC-029379 12/14/2012 *717.113 $1,466.00
METTS, SHARON L Ck# 574815 02/22/2019 $15.00
METZ, NAFE Ck# 579181 06/28/2019 $15.00
MEYMAX TITLE AGENCY LLC Ck# 429933 05/14/2019 15000765 $398.04
MICHAEL BAKER ASSOCIATES INC Ck# 430760 06/05/2019 15000851 $58.00
MICHAELS REBECCA C Ck# 575794 03/22/2019 $15.00
MICHEL, ASHRENN D Ck# 576826 04/18/2019 $15.00
MID AMERICA APARTMENT COMMUNITIES INC VS STORMS, BRANDON 14-CC-000046 01/17/2014 *717.113 $440.00
MID-AMERICA APARTMENTS LP VS RAMER, BRAD-LEY 19-CC-038682 07/31/2019 *717.113 $33.95
MILES, CHRISTOPHER D Ck# 576801 04/18/2019 $15.00
MILLEANIUM TITLE INC Ck# 430769 06/05/2019 15000854 $58.63
MILLER, ARISHA R Ck# 575464 03/15/2019 $15.00
MILLER, ANDREW W Ck# 573738 02/01/2019 $15.00
MILLER, CASEY B Ck# 580385 08/02/2019 $15.00
MILLER, CHLOE B Ck# 574904 03/01/2019 $15.00
MILLER, JEFFREY I Ck# 575578 03/15/2019 $15.00
MILLER, JONATHAN C Ck# 573903 02/01/2019 $15.00
MILLER, KEITH W Ck# 575627 03/15/2019 $15.00
MILLER, MICHAEL B Ck# 575792 03/22/2019 $15.00
MILLER, OSCAR D Ck# 576407 04/12/2019 $15.00
MILLS TITLE INC Ck# 429935 05/14/2019 15000772 $56.48
MIMS, THEODORE Ck# 432294 07/12/2019 15001281 $500.00
MINNET, RICHARD Ck# 431267 06/17/2019 15001391 $15.00

(Continued on next page)

LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT

HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY

MITCHELL, CATHERINE A CK# 585106 12/13/2019 $30.00

MITCHELL, CATHERINE A CK# 585263 12/20/2019 $30.00

MITCHELL, ELIZABETH M CK# 581286 08/30/2019 $15.00

MITCHELL,  JACKEY  CK#  434447  09/13/2019 15001090 $1,450.00

MITCHELL, YVONNE M CK# 581132 08/23/2019 $15.00

MLS REALTY OH THE REALTY CHANNEL CK# 431375 06/20/2019 15001315 $103.00

MO#17-784067365 - WESTERN UNION - PUBLIX #1176 RCPT #24-00562102 01/15/2019 $103.00

MO#17-89494792 - WESTERN UNION - PUBLIX #1176 RCPT #24-00590397 03/15/2019 $60.00

MO#219669841 - AMSCOT RCPT #24-00572494 02/07/2019 $62.00

MOBLEY, NIKITRA J CK# 585467 12/20/2019 $15.00

MOGLIA, FRANCES M CK# 579338 07/05/2019 $15.00

MOH, GEORGE CK# 425652 01/17/2019 15000948 $500.00

MOHABIR, JASWATIE  CK# 573378 01/25/2019 $15.00

MOHAMMED, SHAMILLA VS ROBINSON, KIANA 16-CC-012252 04/22/2016 *717.113 $200.00

MOHR INFORMATION SERVICES CK# 430926 06/11/2019 15000823 $24.50

MOLA, DANIEL EDUARDO CK# 426348 02/05/2019 15000613 $15.75

MOLA, SABRINA CK# 575299 03/08/2019 $15.00

MOLINA OTERO, MARELIS CK# 575823 03/22/2019 $15.00

MOLINA,  ARMANDO  CK#  436492  11/15/2019 15001590 $500.00

MOLINA, MARCUS J CK# 576441 04/12/2019 $15.00

MOLL, GANDIA, SUSANA CK# 584138 11/15/2019 $15.00

MONDY,  WILLIAM  LAFAYETTE  CK#  427550 03/08/2019 15000685 $249.00

MONETTE, RICKIE A CK# 580236 07/26/2019 $15.00

MONEY, SARAH E CK# 575623 03/15/2019 $15.00

MONFRED,  DOMINIC  ANTHONY  CK#  436275 10/25/2019 15001563 $20.50

MONT, ZACHARY J CK# 577057 04/26/2019 $15.00

MONTERO, LUIS FELIPE CK# 432452 07/18/2019 15001371 $300.00

MONTERO, LUIS FELIPE CK# 432453 07/18/2019 15001370 $250.00

MONTGOMERY, BISHOP S CK# 585271 12/20/2019 $15.00

MONZON, MILAY CORDERO CK# 426005 01/28/2019 15000600 $200.00

MOORE, AMARA CHANTEL CK# 430605 05/31/2019 15001263 $10.40

MOORE, CHRISTOPHER CK# 431992 07/05/2019 15000886 $72.00

MOORE, FARRAH W CK# 579821 07/19/2019 $15.00

MOORE, LATANYA YVETTE CK# 428813 04/15/2019 15001171 $15.00

MOORE, LATRESHA J CK# 581059 08/23/2019 $15.00

MORALES PEREZ, KEVIN J CK# 582926 10/18/2019 $15.00

MORALES RIOS, HARRY X CK# 583107 10/18/2019 $15.00

MORALES, JAIME R CK# 579894 07/19/2019 $15.00

MORALESLUNA, LAZARO CK# 436414 11/13/2019 15001558 $250.00

MORE, SHELBI N CK# 579917 07/19/2019 $15.00

MORELL, RICARDO CK# 581977 09/20/2019 $15.00

MOREY, STEPHEN F CK# 578519 06/07/2019 $15.00

MORGAN AND MORGAN TAMPA PA CK# 436916 11/26/2019 15001596 $500.00

MORGAN, VICTORIA B CK# 580989 08/23/2019 $60.00

MORRISON, KELLY M CK# 582892 10/18/2019 $15.00

MOSRIE, KYLE S CK# 574293 02/15/2019 $15.00

MOSS, JILL A CK# 582449 10/04/2019 $15.00

MOTA CARABALLO, EMILYMAR  CK#  580716 08/16/2019 $45.00

MOULTRIE, DERWIN L CK# 585064 12/13/2019 $15.00

MOYERS, MICHAEL DAVID CK# 428336 03/29/2019 15001112 $17.00

MTGLQ INVESTORS LP VS ROSS JAMES, SADAR-RIA LA VETTE 15-CA-006461 12/08/2015 $100.00

MUELLER, SCOTT D CK# 580286 07/26/2019 $15.00

MULLINS, STORMI A CK# 579445 07/05/2019 $15.00

MUNRO, JESSICA L CK# 576745 04/18/2019 $15.00

MUNROE, KITTY C CK# 577705 05/17/2019 $15.00

MURPHY, CASSANDRA A CK# 574563 02/22/2019 $15.00

MURPHY, DONOVAN E CK# 582569 10/11/2019 $15.00

MURPHY, TERRENCE A CK# 581590 09/13/2019 $15.00

MURRAY, KIMBERLY M CK# 575503 03/15/2019 $15.00

MY CLEAR VIEW WINDSHIELD REPAIR, INC. VS PROGRESSIVE SELECT INSURANCE COMPANY 14-CC-028748 02/17/2016 *717.113 $85.90

MY CLEAR VIEW WINDSHIELD REPAIR, INC. VS PROGRESSIVE SELECT INSURANCE COMPANY 14-CC-029071 02/17/2016 *717.113 $101.95

MYERS, ALLAN R CK# 584240 11/15/2019 $15.00

MYERS, HEIDI M CK# 576470 04/12/2019 $15.00

MYERS, THOMAS D CK# 582865 10/18/2019 $15.00

NAIL, KAYLA D CK# 574672 02/22/2019 $15.00

NANCE, MARIANNE CK# 579739 07/12/2019 $15.00

NARAS, CESAR ACEVEDO CK# 425751 01/22/2019 15000935 $15.48

NARAS, CESAR ACEVEDO CK# 427062 02/25/2019 15001007 $15.48

NATIONS TITLE AGENCY OF FLORIDA CK# 425399 01/10/2019 15000949 $17.00

NATIONS TITLE AGENCY OF FLORIDA CK# 435583 10/18/2019 15001524 $57.20

NEELY, TYLER E CK# 577449 05/03/2019 $15.00

NEFTALI,  SANTIAGO  CK#  434466  09/13/2019 15001092 $161.00

NEGRON, AILEEN CK# 434050 05/28/2019 15000787 $42.00

NEIRA, VANESSA CK# 576832 04/18/2019 $15.00

NELSON, EMMETT J CK# 583745 11/08/2019 $15.00

NELSON, HARRY E CK# 575178 03/08/2019 $15.00

NELSON, KATHRYN M CK# 580749 08/16/2019 $60.00

NENNINGER, SUZANNE R CK# 579910 07/19/2019 $15.00

NESBITT, PAMELA R CK# 577408 05/03/2019 $15.00

---

NETCO CK# 429720 05/08/2019 15000753 $574.74

NEW HORIZONS TITLE AND TRUST INC CK# 429721 05/08/2019 15000739 $129.50

NEWMAN,  ANDREW  CK#  432938  07/31/2019 15001424 $72.00

NEWMAN, ZACHARY P CK# 578734 06/14/2019 $15.00

NEWMAUMA HOMES LLLP VS BERRIEN, AMBER 16-CC-027692 06/09/2016 *717.113 $61.00

NGUYEN, DANNY N CK# 575446 03/15/2019 $15.00

NGUYEN,  LONG  C  CK#  432904  07/30/2019 15000694 $13.94

NICHOLAS, FRANKIE R CK# 580710 08/16/2019 $15.00

NICHOLS, ALEXUS M CK# 584157 11/15/2019 $15.00

NICK OF TIME BAIL BONDS CK# 434634 09/17/2019 15001089 $200.00

NIETZEL, ANDREW S CK# 574509 02/15/2019 $15.00

NIEVES CRUZ, DALILA CK# 579350 07/05/2019 $15.00

NIEVES, DAYNA L CK# 574546 02/22/2019 $15.00

NIKOLAS, BENJAMIN T CK# 578424 06/07/2019 $15.00

NIXON AND ASSOCIATES CK# 430161 05/21/2019 15000762 $270.26

NOGUEIRA,  BRANDON  JAMES  CK#  426619 02/07/2019 15001065 $33.02

NOGUERA, ADRIAN O CK# 578074 05/24/2019 $15.00

NORDSTROM, JASON P CK# 583215 10/25/2019 $15.00

NORMAN, JIM CK# 432503 07/19/2019 15001373 $245.00

NORMAN, TAL JOSEPH CK# 431886 07/02/2019 15001400 $15.75

NORTH AMERICAN INVESTIGATIONS CK# 429774 05/09/2019 15000722 $122.93

NORTH AMERICAN TITLE COMPANY CK# 430848 06/07/2019 15001337 $39.36

NORTH TAMPA MHP VS HARRIS, DESTINY, TENANT,  UNKNOWN  17-CC-008360  10/10/2017 *717.113 $500.00

NORTHRUP, ROBERT A CK# 585172 12/13/2019 $15.00

NORTHSIDE ENGINEERING SERVICES INC CK# 430887 06/10/2019 15000802 $50.00

NPV REALTY CORPORATION VS RICHARDSON, HUBERT 14-CC-008613 04/21/2014 *717.113$500.00

NUNNERY,  MICHAEL  CK#  436058  10/31/2019 15001523 $577.34

NUSEN, SHARON S CK# 582275 09/27/2019 $30.00

NUTTER, TANNY R CK# 579019 06/21/2019 $15.00

NYDOSKE, JEREMIAH VS WAL-MART STORES EAST L. P. 15-CA-003020 08/20/2018 *717.113 $6,887.50

OAKSVILLE PROPERTIES LLC VS LOCKETT, PA-MELA 18-CC-026481 06/01/2018 *717.113 $174.00

OB GYN SOLUTIONS LC CK# 430686 06/03/2019 15000790 $95.29

OBEN, CHRISTIAN CK# 573522 01/25/2019 $15.00

OCANO,  LEONARDO  CK#  429071  04/22/2019 15001157 $12.00

OCANO,  LEONARDO  CK#  429072  04/22/2019 15001158 $12.00

OCEAN TITLE AND ABSTRACT INC CK# 430928 06/11/2019 15000848 $336.40

OCEAN VIEWS PROPERTIES CK# 433883 08/27/2019 15001444 $2,500.00

OCHOA  GONZALEZ,  TIRSO  L  CK#  579670 07/12/2019 $15.00

OCHOA, MANUEL ADRIAN HERNANDEZ CK# 437706 12/27/2019 15001359 $103.00

OCONNOR, THEODORE H CK# 574338 02/15/2019 $15.00

ODEH, SAMI M CK# 585549 12/20/2019 $15.00

OLIVARABARCA, INGRID YAMILETH CK# 437481 12/19/2019 15001364 $250.00

OLIVER, AUSTIN S CK# 579748 07/19/2019 $15.00

OLIVERA, GUADALUPE CK# 582896 10/18/2019 $15.00

OMNI APARTMENTS VS JACKSON, VERNIKA 19-TJ-000020 03/04/2019 *717.113 $97.00

ON LINE TITLE SERVICES INC CK# 429776 05/09/2019 15000724 $124.06

ONEWEST BANK VS VINCENT, C 10-CA-023022 06/20/2014 $100.00

ONGE, DONALD GEORGE SAINT CK# 433097 08/06/2019 15001453 $45.75

OQUENDO FIGUEROA, EDWIN E CK# 573860 02/01/2019 $15.00

OROZCO,  MIGUEL  CK#  433685  08/21/2019 15001461 $39.00

ORTA, ALONDRA CANEDO CK# 426045 01/28/2019 15000596 $500.00

ORTIZ, ERICA  CK# 576902 04/26/2019 $15.00

ORTIZ, JHON J CK# 580352 08/02/2019 $15.00

ORTIZ, JONATHAN F CK# 579879 07/19/2019 $15.00

ORTIZ, MIGUEL A CK# 581238 08/30/2019 $15.00

OS  NATIONAL  LLC  CK#  425221  01/04/2019 15000925 $155.00

OSORIO,  SHANNON  CK#  432280  07/12/2019 15000918 $150.00

O'SULLIVAN, PATRICK D CK# 578301 05/31/2019 $15.00

OTERO, EVAN M CK# 583310 10/25/2019 $15.00

OTTEN, CASEY J CK# 580938 08/23/2019 $15.00

OTTO, ANTRON L CK# 582992 10/18/2019 $15.00

OWEN, DYLAN H CK# 577040 04/26/2019 $15.00

OWENS, SUMMER R CK# 582874 10/18/2019 $15.00

PACHIN, SAMANTHA N CK# 574718 02/22/2019 $15.00

PACIFICA HELLENIC LLC VS SMITH, ANGELICA 18-CC-045598 08/28/2018 *717.113 $15.00

PADILLA, MONIQUE CK# 582814 10/18/2019 $15.00

PADRON, LUIS MANUEL GONZALEZ CK# 426813 02/18/2019 15000620 $384.00

PAGAN, MARIO J CK# 585204 12/13/2019 $15.00

PAGGIO, GABRIEL J CK# 578285 05/31/2019 $15.00

PAIGEPARKS,  JOHN  EDWARD  CK#  432397 07/17/2019 15000912 $500.00

PALM GROVE PROPERTY HOLDINGS, LLC VS WY-ATTE, MIGALA 15-CC-009569 04/16/2015 *717.113 $1,470.44

PALM LEAF PROPERTY MANAGEMENT LLC VS OL-GUIN, RUBY 15-CC-029375 09/22/2015 *717.113 $382.18

PALMETTO TITLE LLC CK# 429727 05/08/2019 15000757 $513.50

PALMS AT SAND LAKE LLC VS RICHARDSON, GREGORY 18-CC-007464 02/14/2018 *717.113 $100.00

PALOMO, SABRIA ARSAE CK# 436305 11/07/2019 15001550 $500.00

PANTOJA, ELIZABETH  CK# 580346 08/02/2019 $15.00

---

PAPPAS  TITLE  CORPORATION  CK#  429560 05/03/2019 15000696 $1,070.35

PARADISE TITLE AGENCY CK# 429613 05/06/2019 15000691 $653.82

PARADISE VILLAGE MHC, LLC VS MILNER, KIMBER-LY D 17-CC-043540 12/04/2017 *717.113 $560.53

PARADISE VILLAGE MHC, LLC VS RODRIGUEZ, CARLOS 14-CC-021838 08/13/2014 *717.113 $1,250.00

PARAMOUNT TITLE CORP CK# 430850 06/07/2019 15000840 $41.36

PARIDO, BRENT L CK# 582974 10/18/2019 $15.00

PARIDO, RYAN L CK# 577965 05/17/2019 $15.00

PARK PLACE APARTMENTS VS PETTERSON, BIEN AIME 17-CC-006532 03/14/2017 *717.113 $800.00

PARKER, GREGORY K CK# 585358 12/20/2019 $15.00

PARRA, HERMAN CK# 574242 02/15/2019 $15.00

PARROTT JESSUP, LINDA F CK# 578589 06/14/2019 $15.00

PARSONS, STEPHANIE S CK# 574342 02/15/2019 $30.00

PARTNERS  TITLE  CORPORATION  CK#  430535 05/29/2019 15000777 $201.16

PASCO TITLE LLC CK# 430690 06/03/2019 15000788 $88.00

PATTERSON  PERMITS  CK#  430930  06/11/2019 15000825 $11.00

PATTERSON, SCOTT W CK# 582546 10/11/2019 $15.00

PAVEL RODRIGO CK# 427613 03/11/2019 15000674 $13.50

PAVESE, KATHERINE E CK# 573354 01/25/2019 $15.00

PAZ, ROY  CK# 575100 03/01/2019 $15.00

PAZAMAYA,  IDELSY  CK#  432499  07/19/2019 15001390 $200.00

PAZOS LAW FIRM PA CK# 430798 06/06/2019 15000841 $45.00

PDSWMP, LLC VS SUPERMARKET, INC. 13-CC-016391 07/19/2013 *717.113 $2,500.00

PEACOCK, SANDRA L CK# 575298 03/08/2019$15.00

PEARCE, TRACY M CK# 583389 10/25/2019 $15.00

PEARMAN PROPERTIES LLC VS HARMON, WAYNE 16-CC-026755 09/02/2016 *717.113 $850.00

PEARSON, CHRISTIAN M CK# 574470 02/15/2019 $15.00

PEARSON,  SARA  K  CK#  430696  06/03/2019 15000791 $110.25

PEARSON, TIMOTHY L CK# 576836 04/18/2019 $15.00

PELHAM, MATTHEW S CK# 581244 08/30/2019$15.00

PELTON, MAX D CK# 584633 11/22/2019 $15.00

PENA, ILIANA R CK# 576677 04/18/2019 $15.00

PENTON, DONNA E CK# 577069 04/26/2019 $15.00

PEOPLES  TITLE  SERVICES  INC  CK#  429561 05/03/2019 15001235 $1,175.72

PEP BOYS CK# 429464 05/01/2019 15001239 $1,678.19

PEPPERS, YOLANDA R CK# 575837 03/22/2019 $15.00

PEREZ PA, GERALD A CK# 429699 05/08/2019 15000748 $967.76

PEREZ, ANGEL A CK# 580959 08/23/2019 $15.00

PEREZ, JESUS  CK# 572918 01/11/2019 $15.00

PEREZ, JOVONNIE CK# 576864 04/26/2019 $15.00

PEREZ, OSCAR CK# 584118 11/15/2019 $15.00

PEREZ, YILIEN CK# 427806 03/14/2019 15000659 $22.81

PERMAN,  MARY  JANE  CK#  434996  09/25/2019 15001139 $417.00

PEROTIN, MANUEL A CK# 584015 11/08/201915.00

PERRINICH  AND  PERENICH  PL  CK#  429891 06/10/2019 15000844 $550.00

PERSAUD, RAMNAUTH MO#220166208J4 – AMSCOT RCPT # 24-00685443 11/04/2019 $75.00

PESINA, DANIEL CK# 576603 03/29/2019 $15.00

PETERMAN, KIMBERLY D CK# 574068 02/08/2019 $15.00

PETERS, AMY A CK# 576643 04/18/2019 $15.00

PETERSON, RICHARD L CK# 580831 08/16/2019 $30.00

PETTWAY, DESTINY N CK# 580913 08/23/2019 $15.00

PETTYGRUE, JOHNNY N CK# 583977 11/08/2019 $60.00

PETTYGRUE, JOHNNY N CK# 584246 11/15/2019 $60.00

PHAM, RANDY H CK# 578523 06/07/2019 $15.00

PHAN, LYNDA T CK# 582712 10/11/2019 $15.00

PHAN, TRAN T CK# 582855 10/18/2019 $15.00

PHILIPS, PAIGE M CK# 576328 04/05/2019 $15.00

PHILLIPS, TONDA H CK# 580012 07/19/2019 $15.00

PHILORD, WINSON  CK# 575011 03/01/2019 $15.00

PHOENIX DOCUMENT SERVICE INC CK# 430892 06/10/2019 15000856 $50.00

PHONGSAVANT,  NICHOLAS  D  CK#  575539 03/15/2019 $15.00

PHYSICIANS GROUP, LLC, THGIPEN, SPORTY VS GEICO INDEMNITY COMPANY 16-CC-018763 01/11/2018 *717.113 $62.62

PIARROT, HUNTER T CK# 583100 10/18/201915.00

PICHARDO, ROSY CK# 432777 07/25/2019 15000988 $500.00

PIERCE, DALE CK# 428855 04/16/2019 15001161 $31.00

PIERCE LOUIS, CHANTALE CK# 580095 07/26/2019 $15.00

PIERRE, STEPHANE CK# 577317 05/03/2019 $15.00

PIERRE-LOUIS, DARILEAN CK# 578596 06/14/2019 $15.00

PILARIS,  ALEXIA  EPROSENE  YANNAKOS  CK# 425211 01/04/2019 15000918 $8.00

PINE  GROVE  51  LLC  VS  DELAIRD, FRAN,RESH,FRANCIA,SANDRA,RUSSELL... 19-CC-010861 12/19/2019 *717.113 $100.00

PINES, SHERRI J CK# 584358 11/22/2019 $15.00

PIPER, RUDNICK  LLP  CK#  430892  06/10/2019 15000866 $137.69

PIPKIN, MICHAEL W CK# 573090 01/18/2019 $30.00

PITMAN, LISA R CK# 575827 03/22/2019 $15.00

PLASR, EUGENE M CK# 581425 09/13/2019 $15.00

PLEAS, JASMINE V CK# 582601 10/11/2019 $15.00

POINT TITLE CK# 430495 05/28/2019 15000991 $226.00

POINTE, RONDA JANE CK# 426829 02/18/2019 ... $15.00

---

15001040 $13.50

POLSTER PA, NEIL E CK# 429936 05/14/2019 15000767 $416.44

POMALES, DESTYNEE F CK# 583945 11/08/2019 $15.00

POMANTE, BRANDON M CK# 578457 06/07/2019 $15.00

POMEROY, SCOTT D CK# 573140 01/18/2019$15.00

PONY UP PROPERTY LLC VS HAGGINS, JEROME,HILLER,  MEOLDY  18-CC-055174 10/24/2018 *717.113 $41.00

POOLE, ARTREECE L CK# 581750 09/20/2019$15.00

POOLE, WAYNE E CK# 577484 05/10/2019 $15.00

PORTER, JOHN H CK# 580169 07/26/2019 $45.00

PORTER, LARRY J CK# 576541 04/12/2019 $15.00

PORTER, SHA-KIRA S CK# 581290 08/30/2019 $15.00

PORTFOLIO RECOVERY ASSOCIATES LLC CK# 429363 04/29/2019 15001150 $1,123.23

PORTFOLIO  RECOVERY  ASSOCIATES  LLC  CK# 435731 10/23/2019 15001525 $29,431.95

PORTFOLIO RECOVERY ASSOCIATES LLC VS BRANDY LEWANDOWSKI 15-CC-030734 03/21/2016 $100.00

POSTER, EVAN J CK# 583561 11/01/2019 $15.00

POSTHUMA, SHERI L CK# 579252 06/28/2019$15.00

POSTIGO, JOEL F CK# 573734 02/01/2019 $15.00

POSTMA, KIRK D CK# 582630 10/11/2019 $15.00

POULSEN, BRIANNA A CK# 581209 08/30/2019 $15.00

PPMT JV LLC VS WOHLFEIL, HEATHER LYNN 15-CC-003923 02/26/2015 *717.113 $899.68

PR SMITH LAW GROUP PA CK# 430893 06/10/2019 15000869 $50.46

PREMIER TITLE COMPANY OF TAMPA BAY CK# 430852 06/07/2019 15000852 $44.80

PREMIER  TITLE  SERVICES  INC  CK#  429562 05/03/2019 15000702 $1,846.53

PRESCOTT, TERRY A CK# 585146 12/13/2019 $15.00

PRIAULX, JORDAN M CK# 580576 08/09/2019 $15.00

PRIEST, HANNAH GRACE CK# 426352 02/05/2019 15000614 $13.50

PRISTELL, GEORGE CK# 577729 05/17/2019 $15.00

PRITCHETT, PAUL E CK# 577979 05/17/2019 $15.00

PROGRESS RESIDENTIAL 2015-1 BORROWER LLC VS AKINS, SUMMER 15-CC-035490 11/05/2015 *717.113 $1,968.41

PROLUXE PROPERTIES, INC VS CALLAHAN, CAN-DICE 15-CC-001952 01/30/2015 *717.113 $1,565.00

PROMENADE OWNERS ASSOCIATION INC VS FRI-ZEBOWSKI, RICHARD 13-CA-011487 09/29/2014 *717.113 $1,656.10

PUBLIX CK# 429158 04/23/2019 15001151 $12.59

PUBLIX CK# 435400 10/14/2019 15001548 $19.48

PUETT, KENNETH W CK# 580146 07/26/2019 $15.00

PUGLIESE, NICOLE N CK# 577629 05/10/2019 $15.00

PURDY, JAIME LEE CK# 431833 07/01/2019 15001402 $500.00

QUIGGLE, DAVID CK# 429585 01/28/2019 15000866 $36.50

QUIGGLE, DAVID CK# 430671 06/03/2019 15001354 $127.00

QUILES TOLEDO, DEBORA CK# 575998 03/29/2019 $15.00

QUINONES  AMIL,  REBECCA  L  CK#  585177 12/13/2019 $15.00

QUIROZ, ALEXANDER CK# 434196 09/09/2019 15001086 $100.00

QUISHPE, LUIS BYRON PEREZ CK# 428134 03/25/2019 15001099 $23.00

QUOALLA, FJULLA CK# 584198 11/15/2019 $15.00

RABEEGA, AMBER R CK# 578729 06/14/2019 $15.00

RADULESCU POP, GETA C CK# 576681 04/18/2019 $15.00

RAGSDALE, TROY D CK# 575770 03/22/2019 $15.00

RAHN, GARRETT T CK# 585055 12/13/2019 $15.00

RAICES, ALEXIA  MARCELLIER  CK#  431731  06/27/2019 15001302 $283.00

RAIL, CREW XPRESS CK# 435979 10/29/2019 15001537 $151.00

RAINBOW CITY LLC VS LINDSEY, LORA 14-CC-008881 11/07/2014 *717.113 $620.00

RAINES, ANTHONY TOBY CK# 436121 11/04/2019 15001560 $133.00

RAINVILLE, MICHAEL W CK# 572801 01/11/2019 $15.00

RALEY, RICHARD D CK# 585119 12/13/2019 $15.00

RALSTON BEACH MOBILE HOME COURT LLC VS ... $916.82

RAMCHARAN, STEPHEN P CK# 577454 05/03/2019 $15.00

RAMIREZ, MARTSEE J CK# 425494 01/14/2019 15000950 $1.00.00

RAMOS CRUZ CK# 575872 03/22/2019 $15.00

RAMOS, EDWIN S CK# 580680 08/09/2019 $15.00

RAMOS, GILBERT J CK# 575700 03/15/2019 $15.00

RAMOS, MARIO LEE CK# 584852 11/27/2019 $13.00

RAMOS, SILENYS D CK# 582825 10/18/2019 $15.00

RAMOS, YANINE L CK# 575191 03/08/2019 $15.00

RANCE, DAVID R CK# 573574 01/25/2019 $15.00

RANDT, LUCILLE E CK# 582557 10/11/2019 $15.00

REAL, CLAUDIA CK# 575439 03/15/2019 $15.00

READY MELT GMBH AND DANIEL CK# 583502 11/01/2019 $15.00

RECKETT, KASY CK# 583824 11/08/2019 $15.00

REDIGER, JASON CK# 582600 10/11/2019 $15.00

REDDY, PRAMOD CK# 436960 11/26/2019 15001598 $500.00

REED, RONEEK M CK# 583512 11/01/2019 $15.00

(Continued on next page)

CHCCC-000046

LEGAL ADVERTISEMENT HILLSBOROUGH COUNTY
LEGAL ADVERTISEMENT HILLSBOROUGH COUNTY
LEGAL ADVERTISEMENT HILLSBOROUGH COUNTY
LEGAL ADVERTISEMENT HILLSBOROUGH COUNTY
LEGAL ADVERTISEMENT HILLSBOROUGH COUNTY

$70.00
REIDER, DAVID L CK# 430913 06/11/2019 15001353 $70.00
REIDER, DAVID L CK# 430914 06/11/2019 15001352 $70.00
REIDER, DAVID L CK# 431417 06/21/2019 15001351 $70.00
REINDEAU, MARK CK# 427532 03/08/2019 15000661 $500.00
REISER, RONALD F CK# 574310 02/15/2019 $15.00
REJOUR, ERIC CK# 434384 09/12/2019 15001501 $250.00
RENKEL, MATTHEW C CK# 576761 04/18/2019 $15.00
RENTTHEBAY.COM LLC VS MCKENZIE, FRANK 13-CC-031808 12/04/2013 *717.113 $40.00
RESENDIZ, VICTORIA M CK# 579004 06/21/2019 $15.00
RESIDENTIAL TITLE SERVICES INC CK# 429615 05/06/2019 15000770 $738.82
REUBEN, PHILIP J CK# 574186 02/08/2019 $15.00
REVOLUTION VIDEO GAMES AND MOVIES CK# 429563 05/03/2019 15000709 $100.00
REYES, ANTHONY M CK# 573539 01/25/2019 $15.00
REYES, CARLOS DE LOS REYES CK# 428691 04/10/2019 15001165 $106.80
REZABALA, DANIEL A CK# 581826 09/20/2019 $15.00
RHETT, MARTIN CK# 426009 01/28/2019 15000598 $400.00
RHOADES, CHRISTOPHER T CK# 573750 02/01/2019 $15.00
RHULE, CONNOR CK# 430668 06/03/2019 15001350 $76.50
RHULE, CONNOR CK# 431529 06/25/2019 15001349 $100.00
RHULE, CONNOR CK# 432311 07/15/2019 15001407 $148.50
RHULE, CONNOR CK# 435561 10/18/2019 15001522 $96.50
RICHARDS, DAMIEN A CK# 575963 03/29/2019 $15.00
RICHARDSON, KERRWYN R CK# 585133 12/13/2019 $15.00
RICHARDSON, MARSHA GODWIN CK# 435634 10/21/2019 15001542 $15.75
RICHMOND, TAYLOR M CK# 579443 07/05/2019 $15.00
RICHTER, DUKE T CK# 582567 10/11/2019 $15.00
RICKMAN, STEPHANIE A CK# 577455 05/03/2019 $15.00
RIDGEWAY, JASON P CK# 585044 12/13/2019 $15.00
RIDGWAY, PETER J CK# 585309 12/20/2019 $15.00
RIDLEY, BIANCA CK# 437266 12/11/2019 15001301 $250.00
RIGGS, WILLIAM DANIEL CK# 433267 08/12/2019 15001442 $15.75
RILES, GEORGE CK# 436002 10/30/2019 15001531 $45.75
RILEY, DELIA B CK# 575694 03/22/2019 $15.00
RILEY, RICHARD S CK# 575587 03/15/2019 $15.00
RIOPELLE, CHARLES CK# 425981 01/28/2019 15000599 $500.00
RIVEIRO, DELANEY W CK# 580968 08/23/2019 $15.00
RIVERA ADORNO, PAOLA F CK# 577984 05/17/2019 $15.00
RIVERA LORENZO, KENDRICK CK# 573027 01/18/2019 $15.00
RIVERA OJEDA, MARCELINO CK# 575350 03/15/2019 $15.00
RIVERA RAMIREZ, KEVIN J CK# 578971 06/21/2019 $15.00
RIVERA, ADRIAN E CK# 583809 11/08/2019 $15.00
RIVERA, DIONIS VIDAL CK# 436949 11/27/2019 15001570 $22.00
RIVERA, EDGARDO CK# 583044 10/18/2019 $15.00
RIVERA, FABIAN D CK# 572902 01/11/2019 $15.00
RIVERA, JEANNIE VS LAW, ROGER,LAW, MARIE 17-CC-013243 04/17/2017 *717.113 $20.00
RIVERA, KEI M CK# 577876 05/17/2019 $15.00
RIVERA, LUIS T CK# 574520 02/15/2019 $72.00
RIVERA-JOHNSTON, VERONICA CK# 585246 12/20/2019 $15.00
RIVERARCE, LEISHKA CK# 427527 03/08/2019 15000648 $500.00
RIVERASANCHEZ, GRACIELA CK# 432017 07/05/2019 15001398 $950.00
RIVERBROOK ACQUISITION LTD VS WILLIAMS, DETRA S 14-CC-000367 02/07/2014 *717.113 $1,931.06
RIVERO, ANDREA V CK# 582126 09/27/2019 $15.00
RIVERO, ANDY W CK# 583492 11/01/2019 $15.00
RIVERVIEW LITCHFIELD LLC VS KELLUM, ABIGAIL 15-CC-031856 10/08/2015 *717.113 $600.00
ROBAINA, CHRIS W CK# 577771 05/17/2019 $15.00
ROBBINS, JEFFREY N CK# 575760 03/22/2019 $15.00
ROBERTS, MITCHELL A CK# 584124 11/15/2019 $15.00
ROBERTS, PAUL J CK# 582797 10/18/2019 $15.00
ROBERTSON AND ASSOCIATES CK# 431285 06/19/2019 15000869 $13.50
ROBINSON, CHRISTOPHER M CK# 576928 04/26/2019 $15.00
ROBINSON, DESHANEI L CK# 574808 02/22/2019 $15.00
ROBINSON, JOSEPH C CK# 574600 02/22/2019 $15.00
ROBINSON, OPHELIA VS HENLON, AMELIA 15-CC-036103 11/19/2015 *717.113 $140.00
ROBINSON, REBECCA L CK# 584322 11/22/2019 $15.00
ROBLES, EDWARD CK# 583041 10/18/2019 $15.00
ROBSON, JOSEPH M CK# 583067 10/18/2019 $15.00
ROBSON, ROGER CK# 431633 06/25/2019 15001305 $27.00
RODRIGUES, STEPHANIE M CK# 581598 09/13/2019 $15.00
RODRIGUEZ ACEVEDO, WANDA CK# 584920 12/06/2019 $15.00
RODRIGUEZ DE LA NUEZ, ALEXIS CK# 578819 06/21/2019 $15.00
RODRIGUEZ, DARIEL CK# 436274 11/07/2019 15001579 $394.00
RODRIGUEZ, JESSICA M CK# 584574 11/22/2019 $30.00
RODRIGUEZ, JESSICA N CK# 585439 12/20/2019 $15.00
RODRIGUEZ, JUAN DIEGO CK# 425943 01/25/2019 15000970 $23.00
RODRIGUEZ, LUIS CK# 583615 11/01/2019 $15.00
RODRIGUEZ, RAYMOND C CK# 583591 11/01/2019 $15.00
RODRIGUEZ, ROBERTO CK# 582776 10/18/2019 $15.00
RODRIGUEZ, SERGIO VALDEZ CK# 436061 10/31/2019 15001529 $72.00
RODRIGUEZLUNA, PABLO CK# 426007 01/28/2019 15000968 $34.00
ROETZEL AND ANDRESS CK# 430118 05/20/2019 15001273 $17.00
ROGERS, ASHLEIGH E CK# 578844 06/21/2019 $15.00
ROJAS, GEORGE,KAY INVESTMENTS,GR PROPERTY MGMT VS CLARK, SHEENA,MCALISTER, LATITIANA 17-CC-030453 10/05/2017 *717.113 $50.00
ROLLE, GEORGE A VS COLON, ELLY 18-CC-053080 11/09/2018 *717.113 $388.00
ROMAN HERNANDEZ, IVAN A CK# 576018 03/29/2019 $15.00
ROMANOWICH, THOMAS P CK# 579014 06/21/2019 $15.00
ROME HOLDINGS, LLC VS SANCHEZ, YESENIA 15-CC-005596 03/03/2015 *717.113 $237.00
ROMEL, KENDALL E CK# 427842 03/15/2019 15000658 $250.00
RONDON CASTILLO, LEONOR E CK# 578733 06/14/2019 $15.00
ROOKER, ELBA L CK# 580643 08/16/2019 $30.00
ROOT III ATTORNEY AT LAW, HARRY H CK# 430920 06/11/2019 15001327 $10.83
ROSADO GALARZA, IAN M CK# 578504 06/07/2019 $15.00
ROSALES, EDWARD CK# 585061 12/13/2019 $15.00
ROSANDICH, LAYLA MAY CK# 437309 12/12/2019 15001618 $103.00
ROSE RADIOLOGY CENTERS INC CK# 433927 08/28/2019 15001475 $90.00
ROSE, DARREN D CK# 584559 11/22/2019 $15.00
ROSE, ZACHARY W CK# 574352 02/15/2019 $30.00
ROSS, BRENDON K CK# 577558 05/10/2019 $15.00
ROSS, RANDALL J CK# 584323 11/22/2019 $15.00
ROTH, CIERRA CK# 573664 01/25/2019 $1,031.00
ROTHROCK, JENNIFER R CK# 584824 12/06/2019 $15.00
ROVIRA-COMAS, LUIS E CK# 574280 02/15/2019 $15.00
ROWLEY, JARROD Q CK# 578494 06/07/2019 $15.00
ROYAL MEDICAL CENTER GROUP LLC CK# 429650 05/07/2019 15001236 $15.00
RPK ASSOCIATES, LTD VS PRINCE, CELIESE 13-CC-032472 01/14/2014 *717.113 $80.00
RTD PHASE I GP LLC VS ESPINAL, YAHAIRA 17-CC-009516 05/11/2017 *717.113 $16.00
RUBENSTEIN LAW CK# 433263 08/12/2019 15001004 $430.00
RUDDER, TRISTAN T CK# 582295 09/27/2019 $15.00
RUDEN MCCLOSKY SMITH SCHUSTER RUSSELL CK# 430931 06/11/2019 15000832 $14.40
RUDIE, VERONICA M CK# 582658 10/11/2019 $30.00
RUE, JASON M CK# 576879 04/26/2019 $15.00
RUEDA, ANTONIO CK# 580682 08/16/2019 $15.00
RUFF, WILLIAM WALLACE CK# 432798 07/25/2019 15000987 $500.00
RUFFIN, JOHN B CK# 574333 02/15/2019 $30.00
RUGAR, GAIL A CK# 574109 02/08/2019 $15.00
RUIZ, ALICIA CK# 432809 07/26/2019 15000995 $72.00
RUIZ, JOSE ISRAIL CK# 432753 07/25/2019 15001003 $250.00
RUIZ, MARIA D CK# 577839 05/17/2019 $15.00
RUSS, WILHELMINA D CK# 580456 08/02/2019 $15.00
RUSSO, ROBERT L CK# 573462 01/25/2019 $15.00
RYAN, ROBERT K CK# 584311 11/22/2019 $15.00
RYDBERG, THOMAS H CK# 429786 05/09/2019 15000720 $126.87
SABATINO, ASHLEY M CK# 584752 12/06/2019 $15.00
SACCENTE, JULIE CK# 431073 06/13/2019 15000847 $500.00
SAENZ, GLORIBEL CK# 428125 03/25/2019 15000654 $72.00
SAFEGUARD PROPERTIES MANAGEMENT LLC CK# 432103 07/08/2019 15001418 $163.00
SAFEGUARD PROPERTIES MANAGEMENT LLC CK# 432104 07/08/2019 15001419 $163.00
SAGE, MICHAEL C CK# 578532 06/07/2019 $15.00
SALAZAR, MARLENE CK# 575329 03/08/2019 $15.00
SALCEDO, YAMILIZ CK# 575278 03/08/2019 $15.00
SALENO, DEVON J CK# 573766 02/01/2019 $15.00
SALLYE, CLARISSA M CK# 436697 11/21/2019 15001584 $60.00
SALVATORE EMANUELE INDOVINO CK# 426371 02/05/2019 15000663 $2,500.00
SAM & PETE INC,SHEHATA, MEDHAT VS HICKS, KYLA CHAIRSE 16-CC-026254 08/17/2016 *717.113 $874.00
SAMMARTINO, GINA L CK# 575184 03/08/2019 $15.00
SAMS, ERTHA C CK# 575434 03/15/2019 $15.00
SAMS, WALTER L CK# 574372 02/15/2019 $15.00
SANCHEZ, EVELIN CK# 434967 09/25/2019 15001481 $500.00
SANCHEZ, JESSICA SANTIAGO CK# 434533 09/16/2019 15001503 $32.36
SANCHEZ, KIMBERLY A CK# 580755 08/16/2019 $15.00
SANCHEZ, TIARA G CK# 583728 11/08/2019 $15.00
SANDCASTLE TITLE INC CK# 429739 05/08/2019 15001284 $576.50
SANDERSON, BRITTNEY A CK# 575057 03/01/2019 $15.00
SANDROWICZ, NICHOLAS A CK# 575384 03/15/2019 $30.00
SANTANA, ARELIY CK# 583703 11/08/2019 $15.00
SANTIAGO 3, CARLOS LUIS CK# 426540 02/11/2019 15000609 $13.50
SANTIAGO, ALEXIANA CK# 428355 04/01/2019 15000669 $71.25
SANTIAGO, ALEXIANA CK# 429847 05/13/2019 15000746 $71.25
SARGENT, TIMOTHY L CK# 573174 01/18/2019 $15.00
SARSOUR, ZAHER Z CK# 580792 08/16/2019 $30.00
SAUNDERS, ERIN P CK# 577552 05/10/2019 $15.00
SBROCCO, RYAN J CK# 581615 09/13/2019 $15.00
SCHEDDEL, JEFFREY A CK# 585445 12/20/2019 $15.00
SCHENONE, ELIZABETH A CK# 577745 05/17/2019 $15.00
SCHROEDER, ROBERT S CK# 576508 04/12/2019 $15.00
SCHWEGLER, GARY T CK# 581887 09/20/2019 $15.00
SCOTT, LISA THOMPSON VS MOSLEY, WILLIAM 14-CC-020596 08/04/2014 *717.113 $366.02
SCOTT, MICHAEL A CK# 583341 10/25/2019 $15.00
SEAMAN, MARY K CK# 574043 02/08/2019 $15.00
SEAY, GREGGORY N CK# 576214 04/05/2019 $15.00
SEBASTIAN, DENNIS R CK# 579232 06/28/2019 $15.00
SECURE TITLE LLC CK# 430800 06/06/2019 15001339 $49.00
SEDLOCK, MEREDITH CK# 436192 11/05/2019 15001562 $45.75
SEHGAL, RAJIVE CK# 584671 11/22/2019 $30.00
SEIFER, CHARLES M CK# 573209 01/18/2019 $15.00
SELECTIVE TITLE RESEARCH CK# 430855 06/07/2019 15001331 $33.00
SELF, WILLIE J CK# 579956 07/19/2019 $15.00
SELLERS TITLE COMPANY CK# 429741 05/08/2019 15000689 $539.52
SELLERS, CANDACE LYNNE CK# 426842 02/19/2019 15000627 $500.00
SELVAAG, TANYA L CK# 577601 05/10/2019 $15.00
SEMELFORT, MARTIN G CK# 578086 05/24/2019 $15.00
SEMER, DEANDRE K CK# 579834 07/19/2019 $15.00
SERAPHIN, CRESHENDA L CK# 576237 04/05/2019 $15.00
SERRANO, DORA E CK# 575993 03/29/2019 $15.00
SERRANO, ELIZABETH L CK# 576482 04/12/2019 $15.00
SERRANO, ORLANDO CK# 579940 07/19/2019 $30.00
SERRANOHASEGAWA, GABRIEL SEIJI CK# 432443 07/18/2019 15000997 $250.00
SETTLES, BRANDY CK# 437675 12/27/2019 15001604 $20.00
SEWARD, FRANKLIN B CK# 583838 11/08/2019 $15.00
SHADES OF TIME CK# 432781 07/25/2019 15000993 $21.50
SHAINLINE, JAMES R CK# 583761 11/08/2019 $15.00
SHANKLE, JUSTIN G CK# 575734 03/22/2019 $15.00
SHARP, SUZANNE M CK# 576972 04/26/2019 $15.00
SHAVER, JEFFREY D CK# 584832 12/06/2019 $15.00
SHAWVER, RICHARD M CK# 582781 10/18/2019 $15.00
SHEARS, JORDAN G CK# 574906 03/01/2019 $15.00
SHELBY, MADISON M CK# 577193 04/29/2019 $15.00
SHELDON, LISA M CK# 576435 04/12/2019 $30.00
SHELL, HENRY CK# 430830 06/07/2019 15000836 $17.50
SHEPLER, DAVID CK# 578794 06/14/2019 $15.00
SHEPPARD, ANDRE R CK# 573691 02/01/2019 $15.00
SHERMAN PA, JOEL LEE CK# 429966 05/15/2019 15001268 $329.30
SHERRILL, JOANN B CK# 582648 10/11/2019 $15.00
SHIERLING, STEVEN W CK# 584348 11/22/2019 $15.00
SHINE, ASHLEY NICOLE CK# 427313 03/04/2019 15000633 $30.00
SHOMBER, KAYLENE R CK# 573507 01/25/2019 $15.00
SHWEDICK, GRAHAM W CK# 580361 08/02/2019 $15.00
SIDERIO, CHRISTOPHER L CK# 582077 09/27/2019 $15.00
SIDIQI, WAHIDA CK# 584333 11/22/2019 $15.00
SIEGFRIED, RICHARD SCOTT CK# 437163 12/06/2019 15001616 $21.50
SIERRA, JUDY R CK# 574959 03/01/2019 $15.00
SIERRA, KENNY CK# 435442 10/15/2019 15001547 $45.75
SIGHT REAL ESTATE VS FULKS, CAMERON 16-CC-010455 04/05/2016 *717.113 $1,650.00
SILVA, JUNIOR CK# 579564 07/12/2019 $15.00
SILVA, ORELA DA CK# 436060 10/31/2019 15001216 $500.00
SILVARES, MICHAEL A CK# 577251 04/29/2019 $15.00
SIMS, KEVIN CK# 575252 03/08/2019 $15.00
SIMS, PHYLLIS J CK# 579049 06/21/2019 $15.00
SINCERE, NAROMI CK# 582694 10/11/2019 $15.00
SINGH, JOSHUA K CK# 584912 12/06/2019 $15.00
SITA, ANTONIO MARIA ALMEIDA CK# 432878 07/30/2019 15001422 $17.00
SJA PARTNERS LLC AND 4114 S LLC VS COTTO, CHAYENNE 15-CC-021773 07/13/2015 *717.113 $100.00
SLADJANA, MIJATOVIC CK# 432027 07/05/2019 15000893 $250.00
SLATTERY, CHERYL H CK# 580921 08/23/2019 $15.00
SMALL, FRANKIE A CK# 583853 11/08/2019 $15.00
SMART TITLE OF LAKELAND LLC CK# 429780 05/09/2019 15001280 $456.58
SMITH, BOBBI JO CK# 426661 02/13/2019 15001051 $15.75
SMITH, BRITT T CK# 576617 04/18/2019 $15.00
SMITH, DARLENE M CK# 582056 09/27/2019 $15.00
SMITH, DOUGLAS CK# 431997 07/05/2019 15001399 $85.00
SMITH, DWANDA Y CK# 580723 08/16/2019 $15.00
SMITH, ELIZABETH R CK# 579825 07/19/2019 $15.00
SMITH, EVAN K CK# 575683 03/22/2019 $15.00
SMITH, GREGORY W CK# 578124 05/24/2019 $15.00
SMITH, JEREMIAH J CK# 573374 01/25/2019 $30.00
SMITH, KEVIN J CK# 578472 06/07/2019 $15.00
SMITH, KYLE P CK# 578677 06/14/2019 $15.00
SMITH, NICOLE E CK# 573072 01/18/2019 $15.00
SMITH, RENA M CK# 573469 01/25/2019 $15.00
SMITH, SKYE B CK# 575048 03/01/2019 $60.00
SMITH-PRINGLE, JOHNNY R CK# 573804 02/01/2019 $15.00
SMOLT, BROOKE K CK# 580558 08/09/2019 $15.00
SMYTH, DANIEL P CK# 572796 01/11/2019 $15.00
SNOW, CHRISTOPHER M CK# 578605 06/14/2019 $15.00
SOKOLOWSKI, ANDREW W CK# 575953 03/29/2019 $15.00
SOLANO, SALLY DURAN CK# 435686 10/22/2019 15001545 $55.00
SONTRUST TITLE AGENCY LLC CK# 429742 05/08/2019 15001283 $167.92
SORIANO, OSCAR J CK# 585463 12/20/2019 $15.00
SOTO, CARLOS G CK# 577522 05/10/2019 $15.00
SOTO, DANIEL CK# 432113 07/09/2019 15001389 $31.40
SOTO, MIGUEL CK# 436669 11/20/2019 15001589 $255.00
SOTO, RAUL J CK# 572717 01/11/2019 $15.00
SOTO, WILFREDO CK# 581573 09/13/2019 $15.00
SOUDER, DILLON A CK# 584401 11/22/2019 $15.00
SOURCE FINANCIAL, INC. VS ROYAL, ASIA 16-CC-009551 03/31/2016 *717.113 $65.00
SOUTH TAMPA APARTMENTS I LLC VS GAUTHIER-FORTNER, TRACY 15-CC-030708 10/09/2015 *717.113 $455.34
SOUTHERN RESIDENTIAL RECOVERY FUND VIII, LLC VS MCCRANEY, LAVERNE 17-CC-013496 04/24/2017 *717.113 $388.00
SOUTHLAND TITLE COMPANY CK# 430766 06/05/2019 15000876 $57.16
SP JOHNSON KENNETH COURT LP VS SIMS, BRITTANY 15-CC-028466 09/10/2015 *717.113 $208.00
SP ST JAMES LP VS CALDERON, MADELINE 15-CC-033251 10/23/2015 *717.113 $1,249.00
SPANISH TRACE HOUSING LTD VS BRYANT, PRECIOUS 15-CC-005399 02/26/2015 *717.113 $831.00
SPIKE, JASMINE L CK# 584838 12/06/2019 $15.00
SPIRK, ADAM J CK# 577711 05/17/2019 $15.00
SPOONER, LESLIE A CK# 582764 10/18/2019 $15.00
SPRADLEY, JAMES D CK# 581876 09/20/2019 $30.00
SPT WAH WEXFORD LLC VS HART, CARMIETTA 17-CC-020462 07/18/2017 *717.113 $51.00
SPURLING, CHRISTOPHER SCOTT CK# 435173 10/04/2019 15001551 $250.00
SQUITIERI, ADAM T CK# 579550 07/12/2019 $15.00
ST JEAN, ERIKA B CK# 585057 12/13/2019 $15.00
ST JOSEPH HOSPITAL CK# 430737 06/04/2019 15001335 $21.50
ST THOMAS PROPERTIES LLC VS WILLIAMS, ALYSSA 14-CC-036496 12/29/2014 *717.113 $650.00
STAFFIERI, LINDSAY A CK# 583734 11/08/2019 $15.00
STAFFORD, CHRISTOPHER M CK# 578567 06/14/2019 $15.00
STAPLES CK# 429566 05/03/2019 15001250 $112.40
STAPLETON, DELMER J CK# 574001 02/08/2019 $15.00
STARKS, GREGORY P CK# 580586 08/09/2019 $15.00
STARR, BENJAMIN C CK# 581214 08/30/2019 $15.00
STATEWIDE TITLE SERVICES LLC CK# 431101 06/13/2019 15000846 $18.50
STATEWIDE TITLE SOLUTIONS CK# 429418 04/30/2019 15001192 $1,954.39
STATTON TITLE AGENCY CK# 429567 05/03/2019 15000728 $3,422.82
STEAD, ROBERT M CK# 580232 07/26/2019 $15.00
STEFFAN, CONNOR R CK# 584569 11/22/2019 $30.00
STEFFEK, BRANDON L CK# 576671 04/18/2019 $15.00
STEGNER, STEVEN B CK# 580810 08/16/2019 $15.00
STEIN, STEPHANIE L CK# 580042 07/26/2019 $15.00
STEPHANIE DUNBAR CK# 425576 01/15/2019 15000651 $100.00
STEPHENS, JAMES H CK# 584843 12/06/2019 $15.00
STEPHENS, JESSE T CK# 581489 09/13/2019 $15.00
STEPHENSON, PAUL H,LUNDGREN, FREDRIKA A VS STARKES, VINCENT 14-CC-035238 01/06/2015 *717.113 $485.44
STERLING TITLE LLC CK# 429781 05/09/2019 15000723 $128.41
STEVEN P RILEY LAW OFFICES CK# 430543 05/29/2019 15001245 $106.87
STEVENS, IAN T CK# 584848 12/06/2019 $15.00
STEVENS, JONATHAN C CK# 572690 01/11/2019 $15.00
STEVENS-HOLLIS, JANYA L CK# 574916 03/01/2019 $15.00
STEVENSON, PAUL A CK# 574680 02/22/2019 $15.00
STILLWELL, MORGAN J CK# 580604 08/09/2019 $15.00
STIVERS, LIA ROMANA CK# 432267 07/12/2019 15001386 $500.00
STOCKTON, MICHAEL P CK# 580176 07/26/2019 $30.00
STOEL, JERIKKA J CK# 574611 02/22/2019 $15.00
STONE-GEIDE, BIANCA D CK# 582595 10/11/2019 $15.00
STOREY, MICHAEL J CK# 576042 03/29/2019 $15.00
STRAIGHTFORWARD REALTY INVESTORS LLC CK# 429976 05/15/2019 15001266 $200.00
STRESS FREE PROPERTY MANAGEMENT INC VS MASON, CARMALITA 13-CC-031795 12/05/2013 *717.113 $50.00
STRICKLAND, JERMYN K CK# 577905 05/17/2019 $15.00
STRINGER, EDWARD CASEY CK# 426546 02/11/2019 15000610 $13.50
STROBELE, KELSEY E CK# 582442 10/04/2019 $15.00
STROM, ALAN L CK# 580984 08/23/2019 $30.00
STUTTS, CHRISTINA CK# 426999 02/22/2019 15001006 $13.78
SUAREZ, JOEL CK# 580350 08/02/2019 $15.00
SUAU, IBIS CK# 574098 02/08/2019 $30.00
SULLIVAN, JENNIFER D CK# 575577 03/15/2019 $15.00
SUMUNNI INVESTMENTS LLC VS PICKNEY, DARRIA 17-CC-013200 05/01/2017 *717.113 $216.00
SUN MEADOWBROOK FL LLC VS VILLANO, LINDA IRENE 18-CC-013322 07/02/2018 *717.113 $4,049.00
SUNBELT TITLE AGENCY CK# 429568 05/03/2019 15000703 $2,679.91
SUNBELT TITLE AGENCY CK# 429743 05/08/2019 15000752 $550.55
SUNCOAST TITLE AGENCY OF TAMPA INC CK# 430856 06/07/2019 15000839 $36.80
SUNDARAM, SANJAY CK# 428208 03/26/2019 15000672 $500.00
SUNJIC, KATLYND M CK# 583125 10/18/2019 $15.00
SUNSHINE INVESTMENTS LLC VS MARTY, MICHELLE,TENANT, UNKNOWN 17-CC-027230 07/26/2017 *717.113 $330.00
SUNSTONE PALMS, LLC VS STOKES, DEIDRA 17-CC-034399 10/12/2017 *717.113 $788.38
SUPREMNA JANLANA MARINE CK# 434097 09/04/2019 15001510 $72.00
SURBER, ANTHONY CK# 430455 05/28/2019 15000795 $236.90
SURGOINE, JESSICA N CK# 573372 01/25/2019 $15.00
SUSZKO, JOSEPH CK# 426862 02/19/2019 15001033 $15.00
SWAN, ALEXANDER C CK# 578419 06/07/2019 $15.00
SWENSON, MICHAEL P CK# 579731 07/12/2019 $15.00
SYLVESTER, DANIELLE R CK# 576920 04/26/2019 $15.00

(Continued on next page)

LA GACETA/Friday, July 9, 2021/Page 27
CHCCC-000047

LEGAL ADVERTISEMENT HILLSBOROUGH COUNTY
LEGAL ADVERTISEMENT HILLSBOROUGH COUNTY
LEGAL ADVERTISEMENT HILLSBOROUGH COUNTY
LEGAL ADVERTISEMENT HILLSBOROUGH COUNTY

SYNERGY TITLE PARTNERS INC CK# 433236 08/09/2019 15001443 $10.10
SYNERGY TITLE PARTNERS LLC CK# 432562 07/22/2019 15001414 $119.00
SYRJA, CAMERON J CK# 575708 03/22/2019 $15.00
T MOBILE CK# 434471 09/13/2019 15001513 $250.00
TAHSINI, CELINA F CK# 579322 07/05/2019 $15.00
TALAMANTEZ, DAVID CK# 572867 01/11/2019 $15.00
TAMAYO, ELBA I CK# 427651 03/12/2019 15001125 $11.69
TAMPA BAY ESTATES LLC VS BOLER, ANTOINETTE,GRANT, CHARLES,OPPUPANTS, ALL 17-CC-014518 04/25/2017 *717.113 $460.00
TAMPA BAY FCU CK# 430859 06/07/2019 15000872 $34.10
TAMPA BAY HOUSING AUTHORITY LLC VS NEASON, KA'DESHA 14-CC-016358 06/26/2014 *717.113 $455.00
TAMPA PARK APARTMENTS, INC. VS MOODY, DEQUAN 15-CC-021694 08/07/2015 *717.113 $400.00
TAMPA POLICE DEPARTMENT VS BRIAN BAKER 17-CA-009606 10/23/2017 $1,500.00
TAMPA REAL ESTATE VENTURES, LLC VS WEDEL, JUSTIN 16-CC-011406 05/03/2016 *717.113 $1,283.00
TANK, HARIKRUSHNA CK# 436780 11/22/2019 15001587 $17.00
TAPIA-DIAZ, DORANELIE CK# 579227 06/28/2019 $15.00
TARAVELLA, LUCY VS MALONE, JACQUELINE 19-CC-021270 05/03/2019 *717.113 $700.00
TARDI, AMARYLLIS CK# 583750 11/08/2019 $15.00
TARGET CK# 437118 12/05/2019 15001621 $70.00
TASANAPRASERT, AKKARADEJ A CK# 582934 10/18/2019 $15.00
TAVAREZ-TAVAREZ, MARC A CK# 580468 08/02/2019 $15.00
TAYLOR, JASON C CK# 574915 03/01/2019 $15.00
TAYLOR, JOVARIUS J CK# 580409 08/02/2019 $15.00
TAYLOR, WILLIAM D CK# 584918 12/06/2019 $15.00
TCVM 6 LLC VS SHANKS, VANITA 18-CC-062954 12/14/2018 *717.113 $700.00
TEDROWE, BENJAMIN L CK# 575405 03/15/2019 $15.00
TEED, DAJOURIA L CK# 578600 06/14/2019 $15.00
TEELUCKSINGH, PREM VS WEEMS, SHANE 14-CC-011990 05/27/2014 *717.113 $97.09
TEJADA, LEONEL CK# 578413 06/07/2019 $15.00
TENORIO, KARIE ANN CK# 583057 10/18/2019 $15.00
TERRAZAS, JESUS A CK# 432749 07/25/2019 15000990 $250.00
TERRENCE F PYLE PA CK# 430861 06/07/2019 15000827 $19.52
THE HOUSING AUTHORITY OF THE CITY OF TAMPA FLORIDA VS RUSSELL, KILILAH 14-CC-033393 01/05/2015 *717.113 $12.00
THE KAIN L P VS BOWERS, CHINIQUA E 16-CC-041845 04/04/2017 *717.113 $881.24
THE KAIN L P VS HARDY, SHARON 15-CC-034477 10/30/2015 *717.113 $150.00
THE KAIN L P VS JONES, SHIRLEY 15-CC-027896 09/01/2015 *717.113 $850.00
THE KAIN LIMITED PARTNERSHIP VS BATTLE, BARBARA 16-CC-032526 10/18/2016 *717.113 $775.00
THE KAIN LIMITED PARTNERSHIP VS HUMPHREY, ERICA 15-CC-031485 10/02/2015 *717.113 $708.00
THE KAIN LIMITED PARTNERSHIP VS JAMES, TAKESSA S 16-CC-040926 12/30/2016 *717.113 $1,800.00
THE KAIN LIMITED PARTNERSHIP VS SHEPPARD, YOLANDA 16-CC-040923 01/03/2017 *717.113 $1,130.00
THE KAIN LP VS MORGAN, MATTHEW 15-CC-030481 09/28/2015 *717.113 $545.00
THE STEIN LAW GROUP CK# 430934 06/11/2019 15000842 $50.00
THIMIS, NICHOLAS VS THIMIS, TANYA 18-DR-005389 08/27/2018 $1,000.00
THOMAS, ASTON ANDRE CK# 430369 05/24/2019 15001262 $208.00
THOMAS, BETSY L CK# 573224 01/18/2019 $15.00
THOMAS, HEZEKIAH CK# 583295 10/25/2019 $15.00
THOMAS, IGNATIUS CK# 584193 11/15/2019 $15.00
THOMAS, MARK ANTHONY CK# 434995 09/25/2019 15001484 $11.00
THOMPSON, CHARLES A CK# 574477 02/15/2019 $15.00
THOMPSON, COREY S CK# 578553 06/07/2019 $30.00
THOMPSON, JEREMY DANIEL CK# 437305 12/12/2019 15001617 $12.04
THOMPSON, LOLA M CK# 575557 03/15/2019 $15.00
THOMPSON, MARY VS ARMIGER, TOM 15-CC-001351 01/22/2015 *717.113 $200.00
THOMPSON, VERONICA CK# 428891 04/16/2019 15000675 $20.79
THORNTON, GEENI D CK# 584522 11/22/2019 $15.00
THORNTON, LUKE VS DUNAWAY, TIFFANY 14-CC-000139 02/20/2014 *717.113 $700.00
THORNTONS CK# 433693 08/21/2019 15001465 $66.00
THORVARDSON, STEVEN CK# 430329 05/23/2019 15001272 $11.00
THRIFT, CASEY CK# 427262 03/01/2019 15000635 $202.00
TIKD SERVICES LLC CK# 428519 04/03/2019 15001177 $40.00
TIMMONS, NA'DEYAH A CK# 584967 12/06/2019 $15.00
TINDALE, SHANE R CK# 579920 07/19/2019 $15.00
TITLE AGENCY OF FLORIDA INC CK# 429747 05/08/2019 15001255 $521.09
TITLE AGENTS RESEARCH SERVICES INC CK# 431289 06/19/2019 15000867 $39.23
TITLE MARKETPLACE LLC CK# 431395 06/20/2019 15000864 $94.50
TITLE SERVICES OF FLORIDA LLC CK# 430935 06/11/2019 15000830 $13.80
TITLE TRUST GROUP OF FLORIDA INC CK# 429748 05/08/2019 15000742 $151.50
TITLEMARK OF SOUTH TAMPA LLC CK# 430937 06/11/2019 15000849 $11.71
TOMASINO, DAVID A CK# 432197 07/11/2019 15000887 $250.00
TORRES CARRION, ALICIA CK# 572808 01/11/2019 $15.00
TORRES ZAYAS, HECTOR H CK# 583105 10/18/2019 $15.00
TORRES, DIANA H CK# 575440 03/15/2019 $30.00
TORRES, ESTEBAN CK# 427190 02/28/2019 15001022 $500.00
TORRES, GIOVANNI RAMOS CK# 432892 07/30/2019 15001088 $42.50
TORRES, GIOVANNI RAMOS CK# 433961 08/29/2019 15001085 $245.00
TORRES, LYLA CK# 579644 07/12/2019 $15.00
TORRES, RUBY M CK# 575628 03/15/2019 $15.00
TORRES, YASMANY MAYEA CK# 432799 07/25/2019 15001429 $500.00
TOVARMARTINEZ, RUBISEL CK# 434094 09/04/2019 15001079 $1,652.00
TOZIER, DYLAN J CK# 573594 01/25/2019 $15.00
TRACKING #9570 1065 9016 9271 1624 MO#17933734211 - WESTERN UNION RCPT # 24-00680591 10/22/2019 $325.00
TRAN, THACH K CK# 582869 10/18/2019 $15.00
TRANSCARE MEDICAL TRANSPORTATION CK# 429571 05/03/2019 15001241 $180.50
TRANSCONTINENTAL TITLE CK# 429978 05/15/2019 15000735 $295.04
TRANSCONTINENTAL TITLE COMPANY CK# 429572 05/03/2019 15000701 $1,780.68
TREPANIER, JACK T CK# 429497 05/02/2019 15000776 $13.50
TRESPALACIOS, ALLISON CK# 583911 11/08/2019 $15.00
TRIMBLE, ANN M CK# 578055 05/24/2019 $15.00
TRIVIN, CYRUS A CK# 583764 11/08/2019 $30.00
TRUE, CHARLES B CK# 574561 02/22/2019 $15.00
TULLO LAW FIRM CK# 431290 06/19/2019 15001098 $113.30
TURBEVILLE, LAUREN E CK# 584896 12/06/2019 $15.00
TURNER JR, MICHAEL ANTHONY CK# 433320 08/13/2019 15001084 $16.00
TURNER, ANDREW B CK# 579412 07/05/2019 $15.00
TURNER, REX VS PRICE, PHILLIP 16-CC-030184 09/28/2016 *717.113 $48.00
TUVELL, KEVIN S CK# 578471 06/07/2019 $15.00
TUVELL, SHAWN A CK# 583769 11/08/2019 $15.00
TYSVER, CYNTHIA CK# 431994 07/05/2019 15000890 $500.00
TZADIK ACQUISITIONS LLC VS STOVALL, LORI 18-CC-019098 06/05/2018 *717.113 $452.00
TZADIK ACQUISITIONS LLC VS WILSON, TAURIE, ANDERSON SIMS, ROSS 18-CC-000833 02/08/2018 *717.113 $1,962.50
TZADIK MANAGEMENT GROUP VS PINAS, SHARMA 17-CC-028816 09/19/2017 *717.113 $148.50
TZADIK MANAGEMENT VS MEDINA, JAJAIRA 19-CC-028625 06/03/2019 *717.113 $500.00
U S BANK NATIONAL ASSOCIATION VS VEGA, SYLVIA 16-CA-002193 09/02/2016 $100.00
UAHC LLC,CBA BUSINESS SOLUTIONS VS MERRELL, BRANDI 14-CC-000522 01/16/2014 *717.113 $95.00
ULLOA, GUADALUPE CK# 574244 02/15/2019 $15.00
UNITED PAWN CK# 430232 05/22/2019 15000718 $100.00
UNITED PAWN CK# 430508 05/28/2019 15000719 $50.00
UNIVERSAL LAND TITLE INC CK# 429517 05/02/2019 15000698 $1,204.15
UNIVERSITY HOUSE LLC VS BALDWIN, CLARENCE 14-CC-036505 12/29/2014 *717.113 $310.00
UNIVERSITY HOUSE LLC VS JOSEPH, TANYA 15-CC-030441 10/14/2015 *717.113 $544.13
UNIVERSITY HOUSE LLC VS STIDIRON, JOLANDA 15-CC-032577 10/15/2015 *717.113 $495.15
UNIVERSITY HOUSE, LLC VS BEST, KYLE A. 15-CC-039773 01/11/2016 *717.113 $481.55
UNIVERSITY HOUSE, LLC,CASABLANCA APARTMENTS AT UNIVERSITY VS HAYNES, TAMIKA S. 17-CC-042983 11/13/2017 *717.113 $232.80
UNIVERSITY SQUARE APARTMENTS LLC VS DISARNO, JOHN C 18-CC-044914 09/11/2018 *717.113 $526.00
URBAN CORE HOLDINGS LLC VS SEARS, GABRIEL 15-CC-023113 07/30/2015 *717.113 $291.26
URBAN TITLE SERVICES CK# 429574 05/03/2019 15000705 $3,580.85
URIJNAWRITA, ANNABELLA CK# 431119 06/14/2019 15000882 $250.00
URREGO, ROSALBA E CK# 580030 07/26/2019 $15.00
US BANK NA VS CAWLEY, THOMAS S 14-CA-009187 02/18/2016 $100.00
US BANK TRUST NA VS LOCK, SHOLANDA S 15-CA-010211 04/04/2016 $100.00
USNER, CHAD M CK# 583995 11/08/2019 $15.00
UTLEY, CYNTHIA R CK# 574008 02/08/2019 $15.00
UZZELL, NAJEE D CK# 576035 03/29/2019 $15.00
VALDERRAMA, CAROL M CK# 584221 11/15/2019 $15.00
VALENTINE HYER, TRACY CK# 582298 09/27/2019 $30.00
VALIENTE, RANSES MONZON CK# 436424 11/13/2019 15001554 $75.00
VAN DYKE COMMONS, LLC VS ACOUSTI ENGINEERING COMPANY OF FLORIDA 18-CA-000833 06/20/2018 *717.113 $117.71
VAN VUUREN, ETTIENNE CK# 426786 02/18/2019 15001041 $15.75
VANGUARD REAL ESTATE TITLE OF FL INC CK# 430739 06/04/2019 15000805 $96.75
VANKLEECK, JAMES B CK# 583289 10/25/2019 $15.00
VARGAS, JAMES F CK# 576644 04/18/2019 $15.00
VARGAS, JEFFREY E CK# 576877 04/26/2019 $15.00
VARGAS, SAMANTHA V CK# 579927 07/19/2019 $15.00
VARGASRIVERO, JOSE CK# 432204 07/11/2019 15001379 $500.00
VASQUEZ, MARCOS SANTOS CK# 433580 08/19/2019 15001464 $16.50
VAZQUEZ, CYNTHIA M CK# 432818 07/26/2019 15001380 $250.00
VAZQUEZ, DAVID CK# 583225 10/25/2019 $15.00
VAZQUEZ, JOHN ISAAC CK# 436841 11/25/2019 15001574 $15.75
VAZQUEZ, VICTOR CK# 582334 09/27/2019 $13.01
VAZQUEZ, YERITZA CK# 583386 10/25/2019 $15.00
VELASCO GARCIA, AGUSTINO CK# 575960 03/29/2019 $15.00
VELASQUEZ, ANTHONY CK# 584404 11/22/2019 $15.00
VELAZQUEZ SIERRA, JOSUE CK# 583063 10/18/2019 $15.00
VELEZ, KATIE CK# 583426 10/25/2019 $87.22
VELIZ, JOHN M CK# 575744 03/22/2019 $15.00
VERITAS REALTY HOLDINGS LLC VS THOMPSON, SHERRY 17-CC-033809 09/05/2017 *717.113 $400.00
VERNON, SARAH L CK# 574713 02/22/2019 $15.00
VIDAL, BARBARA N CK# 581403 09/13/2019 $15.00
VIGIL, ANA V CK# 584238 11/15/2019 $15.00
VILLAFRANCA, CHRISTIAM R CK# 574559 02/22/2019 $15.00
VILLALOBOS IBARRA, FABIOLA CK# 578922 06/21/2019 $15.00
VILLALTA, JONATHAN S CK# 575856 03/22/2019 $15.00
VILLANUEVA, FRANKLIN A CK# 581520 09/13/2019 $30.00
VILLAVICENCIO, DANIEL A CK# 576394 04/12/2019 $15.00
VILSAINT, CLIFF CK# 426346 02/05/2019 15001069 $72.00
VINALJIMENEZ, JUAN CARLOS CK# 426075 01/29/2019 15000964 $45.75
VINALJIMENEZ, JUAN CARLOS CK# 426715 02/14/2019 15001014 $15.00
VOJTKO, ANGEL L CK# 582997 10/18/2019 $15.00
VOLUNTEERS OF AMERICA OF FLORIDA VS PINCKNEY, MESHA 15-CC-029882 10/12/2015 *717.113 $394.84
VU, CHUONG H CK# 579629 07/12/2019 $15.00
VUKELJA, DAVID A CK# 580373 08/02/2019 $15.00
WADE, CHARLES D CK# 583755 11/08/2019 $15.00
WADE, ERIC CK# 431270 06/19/2019 15001223 $17.00
WAHL, DANIEL E CK# 573760 02/01/2019 $15.00
WAIBERMAN, DONALD I CK# 430941 06/11/2019 15000853 $49.90
WAINORIS, KIRSTEN CK# 435630 10/21/2019 15001543 $15.75
WALGREENS CK# 433787 08/23/2019 15001458 $300.00
WALKER J, CHARLES GREGORY CK# 427386 03/06/2019 15000632 $60.00
WALKER, GARRETT E CK# 578217 05/31/2019 $15.00
WALKER, HARRISON J CK# 579598 07/12/2019 $15.00
WALLACE, CLEVELAND ALFONSO CK# 426848 02/19/2019 15001030 $15.75
WALLACE, KRISTIE LYNN CK# 425614 01/16/2019 15000943 $15.75
WALLACE, PAUL D CK# 572724 01/11/2019 $15.00
WALLIS, JOSHUA A CK# 577659 05/10/2019 $15.00
WALMART CK# 425341 01/08/2019 15000953 $48.09
WALMART CK# 427467 03/07/2019 15001107 $35.00
WALMART CK# 428306 03/28/2019 15001106 $92.56
WALMART CK# 429091 04/22/2019 15001189 $56.03
WALMART CK# 429268 04/25/2019 15001182 $96.84
WALMART CK# 429622 05/06/2019 15001254 $46.78
WALMART CK# 429788 05/09/2019 15001251 $179.00
WALMART CK# 431158 06/14/2019 15001355 $176.50
WALMART CK# 431444 06/21/2019 15001356 $41.76
WALMART CK# 432178 07/10/2019 15001416 $19.77
WALMART CK# 432474 07/18/2019 15001417 $32.66
WALMART CK# 432567 07/22/2019 15001415 $50.80
WALMART CK# 433372 08/14/2019 15001474 $144.14
WALMART CK# 435653 10/21/2019 15001527 $76.50
WALMART CK# 435986 10/29/2019 15001528 $128.47
WALMART CK# 436469 11/14/2019 15001592 $17.05
WALSH, THOMAS R CK# 578341 05/31/2019 $15.00
WARD, EDWARD CK# 573170 01/18/2019 $15.00
WARE, CHLOE J CK# 583509 11/01/2019 $15.00
WARNER, ROBERT A CK# 574729 02/22/2019 $15.00
WARREN, MICHELLE A CK# 577919 05/17/2019 $15.00
WASHINGTON, KEVIN VS BEATY, FRED, BEATY, ERICA 15-CC-009649 04/15/2015 *717.113 $95.00
WATSON, MARK S CK# 584641 11/22/2019 $15.00
WATTS, CAREY M CK# 577020 04/26/2019 $30.00
WATTS, LINDA F CK# 575244 03/08/2019 $15.00
WAWA CK# 429653 05/07/2019 15001252 $56.65
WAYPOINT HOMES VS DYKES, KEEOSHA 15-CC-038796 01/29/2016 *717.113 $446.00
WEAVER, THOMAS P CK# 575284 03/08/2019 $15.00
WEIDLER, KRONE L CK# 578968 06/21/2019 $15.00
WEIGHTMAN, KENNETH M CK# 580758 08/16/2019 $15.00
WELLS FARGO CK# 435015 09/25/2019 15001485 $18.50
WELLS, J D CK# 426395 02/06/2019 15000612 $13.50
WELLS, JOSHUA M CK# 584175 11/15/2019 $15.00
WEST FLORIDA WHOLESALE PROPERTIES IV LLC VS MALDONADO, DAYANA 15-CC-015858 05/18/2015 *717.113 $925.00
WEST, QUENTIN D CK# 581983 09/20/2019 $15.00
WESTCHASE TITLE, LLC VS ML HAWKE ENTERPRISES, LLC 16-CC-021999 06/14/2017 *717.113 $567.49
WESTSHORE TITLE GROUP CK# 430510 05/28/2019 15000778 $217.26
WETHERINGTON, LAWRENCE EDWARD CK# 433879 08/27/2019 15001070 $30.00
WEVER, JOHN L CK# 583074 10/18/2019 $15.00
WHIDDEN, SHARON LEE CK# 430541 05/29/2019 15000786 $72.00
WHITBURN LLC VS PARKER, YUKIA 15-CC-021619 07/13/2015 *717.113 $1,099.64
WHITE ESQUIRE, LESLIE S CK# 429073 04/22/2019 15001155 $70.00
WHITE, BRITTANY L CK# 585232 12/13/2019 $11.68
WHITE, DWAYNE A CK# 581183 08/30/2019 $15.00
WHITE, JERRY F CK# 581491 09/13/2019 $15.00
WHITE, JORIENE N CK# 581265 08/30/2019 $15.00
WHITE, MARY E CK# 584008 11/08/2019 $15.00
WHITE, MICHAEL D CK# 576523 04/12/2019 $15.00
WHITEHILL, DAVID VS PROCTOR, NEPHTHYS 15-CC-015154 05/15/2015 *717.113 $94.00
WHITFIELD, CHLOE C CK# 576929 04/26/2019 $15.00
WHITING, SARAH L CK# 577052 04/26/2019 $15.00
WHITMAN, KATIE A CK# 582638 10/11/2019 $15.00
WHITMAN, WILLIAM J CK# 582009 09/20/2019 $15.00
WHYTE, DAMIAN R CK# 573617 01/25/2019 $15.00
WIGGINS, TAMIKA N CK# 573505 01/25/2019 $15.00
WILCHER, RONALD L CK# 574721 02/22/2019 $15.00
WILKINS, JAKOB A CK# 584188 11/15/2019 $15.00
WILLIAMS, ALAN T CK# 578576 06/14/2019 $15.00
WILLIAMS, AUSTIN G CK# 577388 05/03/2019 $15.00
WILLIAMS, CAMERON T CK# 577673 05/17/2019 $15.00
WILLIAMS, CHARLES VS DARIEN, EDDIE LEE, JR 16-CC-012323 04/26/2016 *717.113 $339.81
WILLIAMS, ELIZABETH A CK# 578659 06/14/2019 $15.00
WILLIAMS, IRIS F CK# 580702 08/16/2019 $15.00
WILLIAMS, JOHN H CK# 585425 12/20/2019 $15.00
WILLIAMS, MARCELLUS CK# 581925 09/20/2019 $15.00
WILLIAMS, MAREALLE C CK# 576534 04/12/2019 $15.00
WILLIAMS, MICHAH E CK# 582699 10/11/2019 $15.00
WILLIAMS, SAMMIE N CK# 573145 01/18/2019 $15.00
WILLIAMS, TRAVIS DWAYNE CK# 431642 06/25/2019 15001308 $15.00
WILLIAMS, TYSHAWN MO#2199849637 - AMSCOT RCPT # 24-00587862 03/11/2019 $103.00
WILLIAMS, URSULA C CK# 584923 12/06/2019 $15.00
WILLIAMS, ZACKARY H CK# 582880 10/18/2019 $15.00
WILLIS, CINDI M CK# 577374 05/03/2019 $15.00
WILLIS, KELVIN L CK# 435070 09/25/2019 15001094 $226.00
WILLIS, LAWRENCE M CK# 577858 05/17/2019 $15.00
WILLSON, JOHN R CK# 584570 11/22/2019 $15.00
WILMINGTON TRUST COMPANY VS FLORENCE, FREDRICK M 15-CA-009132 04/25/2016 *717.113 $13.30
WILSON, DANIEL J CK# 573500 01/25/2019 $15.00
WILSON, MICHAEL R CK# 582702 10/11/2019 $15.00
WILSON, MICHAEL W CK# 576814 04/18/2019 $15.00
WILSON, RICHELE M CK# 576786 04/18/2019 $15.00
WIMBROW AND YOUNG INC CK# 430899 06/10/2019 15000855 $50.50
WINCHELL, AMBER R CK# 577033 04/26/2019 $15.00
WIND PA, SHELDON L CK# 429564 05/03/2019 15000717 $1,353.48
WINSTON, LONDON TYGI DAVE OTIS CK# 428549 04/04/2019 15000666 $66.40
WINSTON, LONDON TYGI DAVE OTIS CK# 428550 04/04/2019 15000665 $66.40
WINTER, JAMES RAFAEL CK# 429597 05/06/2019 15001288 $15.75
WOLF PROPERTIES LLC VS CUMBESS, TIFFANY 17-CC-046096 12/01/2017 *717.113 $750.00
WOLF PROPERTIES LLC VS OGDEN, SCOTT 17-CC-046093 12/01/2017 *717.113 $750.00
WOLF PROPERTIES LLC VS PISKURA, KAREN 17-CC-046094 12/29/2017 *717.113 $375.00
WOOD, TYLER H CK# 576833 04/18/2019 $15.00
WOODRUFF, DELARIA CK# 582149 09/27/2019 $15.00
WRD LEGACY PARK, LLC VS STRAW, TRISANN 17-CC-036432 10/17/2017 *717.113 $1,200.00
WRIGHT, CONNOR M CK# 581830 09/20/2019 $15.00
WRIGHT, KAREN M CK# 581788 09/20/2019 $15.00
WRIGHT, KELVIN L CK# 579371 07/05/2019 $15.00
WRIGHT, NATASHA M CK# 577062 04/26/2019 $15.00
WYRE, JACOB L CK# 573252 01/18/2019 $15.00
XU, TIAN SHUO VS MARSHALL, DOSHA 14-CC-009933 04/25/2014 *717.113 $480.00
XU, TIANSHUO VS UNKNOWN, EITNANDESZ 16-CC-018889 06/22/2016 *717.113 $720.00
YAAJ INVESTMENT, LLC VS WHITE, PHILLIP 15-CC-005060 02/25/2015 *717.113 $500.00
YANCEY, IOLA A CK# 580357 08/02/2019 $15.00
YANG, DANG M CK# 585399 12/20/2019 $15.00
YANG, MIN CK# 579422 07/05/2019 $15.00
YAPICI, TOLGA IBRAHIM CK# 425631 01/16/2019 15000592 $13.50
YARBROUGH, SHAWN A CK# 437649 12/26/2019 15001610 $10.05
YATES, REGINALD L CK# 582785 10/18/2019 $15.00
YEAKEL-RUIZ, ELISA D CK# 580621 08/09/2019 $30.00
YES COMPANIES WFC LLC VS HELMS, CYNTHIA 18-CC-042229 11/02/2018 *717.113 $2,408.38
YGLESIAS, JOSEPH A CK# 576068 03/29/2019 $15.00
YOUNG, JAMES CK# 426187 01/31/2019 15000956 $71.84
YOUNG, JOSHUA P CK# 574258 02/15/2019 $15.00
YOUNG, TIFFANY M CK# 576965 04/26/2019 $15.00
YOUNGBLOOD, BARBARA JACKIE CK# 437671 12/27/2019 15001360 $31.50
YOWELLE JR, JOHNNY CK# 435669 10/22/2019 15001541 $27.00
YOWELLE JR, JOHNNY CK# 435970 10/29/2019 15001540 $20.50
Z2153:2195WICKER AND ASSOCIATES PC CK# 436884 11/25/2019 15001576 $50.00
ZABALA, ANDREW D CK# 580689 08/16/2019 $15.00
ZACEK, CHRISTIAN CK# 432940 07/31/2019 15000996 $72.00
ZADEZENSKY, JOSE ANGEL CK# 427587 03/11/2019 15001122 $128.00
ZAHM PA,DOUGLAS C CK# 429546 05/03/2019 15000729 $4,064.64
ZAPATA JAVIER, JENRRY CK# 573186 01/18/2019 $15.00
ZELAYA, JORGE CK# 433409 08/15/2019 15001437 $450.00
ZELLERS, BRANDIN CK# 425978 01/28/2019 15000966 $500.00
ZERBO, CANDY L CK# 434707 09/19/2019 15001491 $1,894.00
ZUNIGA, DASSAEV GUATEMALA CK# 432245 07/12/2019 15000905 $250.00

ALL PERSONS HAVING OR CLAIMING ANY INTEREST IN SAID FUNDS OR ANY PORTION THEREOF, SHALL FILE THEIR WRITTEN CLAIM THERETO WITH THE CLERK OF THE CIRCUIT COURT OF HILLSBOROUGH COUNTY, FLORIDA, BY EMAIL cccacct@hillsclerk.com OR MAIL TO P.O. BOX 1110, ATTN: CCC ACCOUNTING, TAMPA, FL 33601-1110, ON OR BEFORE SEPTEMBER 1, 2021, OTHERWISE SUCH UNCLAIMED FUNDS SHALL BE DECLARED FORFEITED TO HILLSBOROUGH COUNTY IN ACCORDANCE WITH FLORIDA STATUTE 116.21. PLEASE CALL (813)276-2029 EXT 7807 FOR FURTHER INFORMATION.

DATED AT TAMPA, FLORIDA, THIS 9th DAY OF JULY, 2021.

CINDY STUART
CLERK OF THE CIRCUIT COURT
HILLSBOROUGH COUNTY, FLORIDA

7/9/21LG 1T

LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT
HILLSBOROUGH COUNTY   HILLSBOROUGH COUNTY   HILLSBOROUGH COUNTY   HILLSBOROUGH COUNTY   HILLSBOROUGH COUNTY

| | | |
|---|---|---|
| Armando Pinto | 1330 | $374.00 |
| Cindy Gibson | 419 | $226.30 |
| Miguel Lozano | 304 | $485.50 |
| Jeffery Holcombe | 439 | $385.55 |
| Martys Hagan | 1124 | $365.10 |

**5806 N. 30th Street, Tampa, FL 33610**

| | | |
|---|---|---|
| Tosha Moreland | 154 | $400.85 |
| Saleh Sdeoh | 4435 | $511.45 |
| Thomas Hughes | 326 | $268.65 |
| Benny Ortiz | 199 | $891.95 |
| Decarla Pedroso | 4233 | $372.05 |
| Marcel Hearns | 4020 | $390.20 |
| Chenoa Jackson | 261 | $384.80 |
| Mike Estacio | 4409 | $433.00 |
| Nickisa Strong | 4128 | $1,014.95 |
| Stephon Martin | 317 | $254.85 |

**2309 Angel Oliva Senior St., Tampa, FL 33605**

| | | |
|---|---|---|
| Elisa Cullari | 11550 | $1,000.30 |
| Carol Green | 2101W | $513.95 |
| Katharis Gadson | 1140E | $336.70 |
| Justin Arcov | 145 | $355.20 |
| Beatrice Cullari | 3106W | $918.45 |

**3826 W. Marcum St., Tampa, FL 33616**

| | | |
|---|---|---|
| Veronica Johnson | 290 | $1,998.60 |
| Esther Misstitis | 278 | $3,043.90 |
| Frederick Gayle | 472 | $4,507.09 |
| Veronica Johnson | 288 | $2,068.10 |
| Darell Felder | 229 | $490.30 |
| Christine Jones | 626 | $371.50 |
| Frederick Gayle | 301 | $4,528.51 |
| Joe Bly | 291 | $1,696.36 |
| Jamez Dyer | 730 | $307.00 |
| Eleanora Hirschl | 544 | $1,003.76 |
| Chylina Williams | 019 | $387.40 |

**3939 West Gandy Blvd., Tampa, FL 33611**

| | | |
|---|---|---|
| Brian Saldori | AA0604C | $1,986.10 |
| Carolann Greatorex | 4750 | $260.50 |
| Joseph Diaz | 1914 | $438.20 |
| Jamar Reid | 5524 | $216.05 |
| Raymond Lopez | 1839 | $259.50 |
| Brian Geldorf | AA2115D | $1,986.10 |
| Shawn Williams | 4344 | $651.00 |
| David Vickers | AA5441E | $496.60 |
| Samuel Hendry | AA3169D | $1,551.55 |

**4406 W. Hillsborough Ave., Tampa FL 33614**

| | | |
|---|---|---|
| Jason Sozinski | AA4908H | $2,651.25 |
| Ryan Baker | 3675 | $285.30 |
| Alyssa Miller | 3158 | $288.40 |
| Damon Allen | 3134 | $511.31 |
| Larry White | 4039 | $267.00 |
| Ebony Stplein | 1517 | $304.60 |
| Eddie Marcano | 4407 | $267.00 |
| Derek Navarrete | 3080 | $498.80 |

**NOTICE OF PUBLIC HEARING**

As the result of being unable to effectuate certified mail notice to violators of the City Code, Notice is hereby given that the Municipal Code Enforcement Hearing Master has scheduled a public hearing on 08/04/2021 at 9:00 A.M to hear the below listed cases. Said hearing will be held in violation of the City of Tampa Code Information listed below describes the case number, property owner(s), violation address, code section violated, and legal description of subject property in that order. The hearing will be held in City Council Chambers, 3rd Floor, City Hall, 315 E Kennedy Blvd., Tampa Florida. Affected property owners will be given the opportunity to discuss the alleged violations. Should anyone have any questions regarding these cases, please call the Office of the City Clerk at (813) 274-7286. Please note that if any person decides to appeal any decision made by the Code Enforcement Hearing Master with respect to any matter considered at the meeting or hearing, they will need to ensure a verbatim record of the proceedings is made, which record includes the testimony and evidence upon which the appeal is to be based.

**CASES TO BE HEARD AT THE 9:00 A.M. HEARING**

CASE NO. COD-21-0000052
NAME OF VIOLATOR: FLORIDA TRUST SERVICES LLC /TRUSTEE
LOCATION OF VIOLATION: 3801 N 29th St, TAMPA, FL 33610
CODE SECTIONS: 19-233 (a) 19-234
LEGAL DESCRIPTION: BELMONT HEIGHTS ESTATES PHASE 3 LOT 4 BLOCK 8
FOLIO:174086.0000

CASE NO. COD-21-0001263
NAME OF VIOLATOR: LORIE WAITES
LOCATION OF VIOLATION: 4239 E PALIFOX ST, TAMPA, FL 33610
CODE SECTION: 19-232(6)
LEGAL DESCRIPTION: EASTERN HEIGHTS 1ST ADDITION LOT 90
FOLIO:154772.0000

CASE NO. COD-21-0001286
NAME OF VIOLATOR: MARCELLAS LYLES
LOCATION OF VIOLATION: 3617 E SHADOWLAWN AVE, TAMPA, FL 33610
CODE SECTIONS: 19-231(15)b c
LEGAL DESCRIPTION: TULSA HEIGHTS LOT 21
FOLIO:155170.0000

CASE NO. COD-21-0001475
NAME OF VIOLATOR: CARMEN MARIA SANTOS SANTOS
LOCATION OF VIOLATION: 4630 COURTLAND ST, TAMPA, FL 33610
CODE SECTION: 19-234
LEGAL DESCRIPTION: COURTLAND SUBDIVISION REVISED MAP LOTS 1 AND 2
FOLIO:156402.0000

CASE NO. COD-21-0001517
NAME OF VIOLATOR: MAYA TAL
LOCATION OF VIOLATION: 402 E VIRGINIA AVE, TAMPA, FL 33603
CODE SECTION: 19-231(15)b c
LEGAL DESCRIPTION: GOOD'S ADDITION TO TAMPA LOT 9 BLOCK 6
FOLIO:167594.0000

**CASES TO BE HEARD AT THE 1:00 P.M. HEARING**

CASE NO. COD-20-0004267
NAME OF VIOLATOR: JESSICA LYONS
LOCATION OF VIOLATION: 5913 N BRANCH AVE, TAMPA, FL 33604
CODE SECTION: 27-117(b)
LEGAL DESCRIPTION: SEMINOLE HEIGHTS NORTH N 50 3/4 FT OF LOTS 2,3 AND 4 BLOCK 7
FOLIO:163873.0000

CASE NO. COD-21-0001362
NAME OF VIOLATOR: VERA MOFFITT-SCOTT
LOCATION OF VIOLATION: 2610 N 19TH ST, TAMPA, FL 33605
CODE SECTION: 27-290.1
LEGAL DESCRIPTION: YBOR CITY PLAN OF AN ADDITION LOT 1 AND 1 1/2 LESS N 91.5 FT BLOCK 122
FOLIO:197674.0100

CASE NO. COD-21-0001383
NAME OF VIOLATOR: GENERAL MARKETING AND ENTERPRISING LLC
LOCATION OF VIOLATION: 5503 E COLUMBUS DR, TAMPA, FL 33619
CODE SECTION: 27-290.1
LEGAL DESCRIPTION: UCETA LOTS 5 4 AND 5 BLOCK 1 AND N 1/2 OF VACATED ALLEY LYING SOUTH OF SAID LOTS
FOLIO:160202.0000

CASE NO. COD-21-0001413
NAME OF VIOLATOR: JOSEPH BROCATO
LOCATION OF VIOLATION: 5019 OLD COLUMBUS DR, TAMPA, FL 33619
CODE SECTION: 27-298.2
LEGAL DESCRIPTION: GOODE'S SUBDIVISION LOT BEG 180.3 FT W OF NE COR OF LOT 3 & RUN W 103.9 FT S 613 FT E 263.9 FT N ...
FOLIO:160110.0000

CASE NO. COD-21-0001611
NAME OF VIOLATOR: LESLIE O ALTAMIRANO ARGUETTA ET AL C/O
LOCATION OF VIOLATION: 11310 N MARGORY AVE, TAMPA, FL 33612
CODE SECTION: 27-283.11
LEGAL DESCRIPTION: HAMNER'S W E FOREST ACRES E 150 FT LOT 10 LESS N 53.45 FT & LESS S 36.28 FT THEREOF BLK 3
FOLIO:94817.10000

CASE NO. COD-21-0001699
NAME OF VIOLATOR: JOSEPH MOFFAT
LOCATION OF VIOLATION: 5317 E 17TH AVE, TAMPA, FL 33619
CODE SECTION: 27-283.11(b)
LEGAL DESCRIPTION: BEASLEYS ADDITION TO UCETA LOTS 33 TO 36 INCL BLOCK 1 AND N 1/2 OF CLOSED ALLEY ABUTTING ON SD ...
FOLIO:159445.0010

CASE NO. COD-21-0001886
NAME OF VIOLATOR: ROBERT N HENDRICKS/ LIFE ESTATE
LOCATION OF VIOLATION: 3914 N OLA AVE, TAMPA, FL 33603
CODE SECTION: 27-283.11(b)
LEGAL DESCRIPTION: AZALEA GARDENS LOT 17
FOLIO:168288.0000

7/9-7/30/21LG 4T

| | | |
|---|---|---|
| Charsesa Varriadb | 4302 | $465.60 |
| Christopher Carlson | 1705 | $509.45 |
| Rene Alfanso | AA3262G | $1,494.60 |
| Jorge Nemea | 1620 | $256.40 |
| Edwin Saybckud | 3080 | $331.20 |

**5404 W. Waters Ave., Tampa, FL 33614**

| | | |
|---|---|---|
| Tim Cavanaugh | 2022 | $277.70 |
| Hate Mercedes | 1417 | $655.50 |
| Fredrica Harris | 1326 | $836.20 |
| Edwin Seymour | 1223 | $395.40 |
| Fredrica Harris | 1299-68 | $457.87 |
| Donte Young | 1419 | $417.65 |

**6111 W. Gunn Highway, Tampa, FL 33625**

| | | |
|---|---|---|
| Ashley Kirby | 2243 | $240.40 |
| Fern Harris | 2643 | $288.40 |
| Christopher Taylor | 2566 | $348.60 |
| Janelle Neumann | 1206 | $543.65 |
| Leila Santiago | 1628 | $724.20 |
| Matthew Engle | 1008 | $1,178.55 |
| Rachel Faria | 2446 | $288.40 |
| Winifred Simpson | 3127 | $154.80 |
| Dutton Perry | 1224 | $304.55 |
| Diana Blackman | 2325 | $326.10 |
| Yahaira Perez | 3252 | $343.20 |
| Winifred Simpson | 3131 | $192.20 |

**11401 W. Hillsborough Ave., Tampa, FL 33635**

| | | |
|---|---|---|
| Eeileen Marks | 2115 | $433.50 |
| Keith Staggers | 0026 | $2,619.45 |
| Micheal Dixon | 2117 | $577.40 |
| Arthur Clark | 1066 | $219.00 |

**3182 Curlew Rd., Oldsmar, FL 34677**

| | | |
|---|---|---|
| Gary Lynch | C292 | $608.96 |
| John Sargent | B002 | $1,122.04 |

7/2-7/9/21LG 2T

---

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT, IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**
PROBATE DIVISION
Case No. 21-CP-001574
Division W

IN RE: ESTATE OF
RONALD PFEIFFER,
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of Ronald Pfeiffer, deceased, whose date of death was March 18, 2021, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of

which is 800 East Twiggs Street, Tampa, Florida 33602. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is July 2, 2021.

Personal Representative:
Brice Zoecklein
Email Address:
brice@zoeckleinlawpa.com
Florida Bar No. 0085615
Zoecklein Law, P.A.
329 Pauls Drive
Brandon, Florida 33511

7/2-7/9/21LG 2T

---

**IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA**
PROBATE DIVISION
File No. 21-CP-1734

IN RE: ESTATE OF
EDWIN J. GAY, SR
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of Edwin J. Gay, Sr, deceased, whose date of death was March 25, 2021, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is 800 E Twiggs St, Tampa, Florida 33602. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is July 2, 2021.

Attorney and Personal Representative:
/s/ Katie Everlove-Stone
Attorney
Florida Bar Number: 30271
5328 Central Avenue
St. Petersburg, FL 33707
Telephone: (727) 471-0675
Fax: (866) 326-7610
E-Mail: katie@everlovelegal.com

7/2-7/9/21LG 2T

---

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA**
PROBATE DIVISION
CASE NO.: 21-CP-2022
DIVISION: A

IN RE: THE ESTATE OF:
JENNIFER L. BLESSING,
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of JENNIFER L. BLESSING, deceased, whose date of death was May 30, 2021, and whose Social Security Number is xxx-xx-9047, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is P.O. Box 1110, Tampa, FL 33601-1110. The name and address of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court WITHIN THE LATER OF THREE (3) MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR THIRTY (30) DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against the estate of the decedent must file their claims with this court WITHIN THREE (3) MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is July 2, 2021.

Personal Representatives:
Leslie G. Trinkle
2515 Lake Ellen Circle
Tampa, FL 33618
Jennifer V. Trinkle
89 Florence Court
East Meadow, NY 11554
Attorney for Personal Representatives:
Daniel M. Coton, Esquire
TRINKLE, REDMAN, P.A.
121 North Collins Street
Plant City, Florida 33563
Telephone: (813) 752-6133
Florida Bar Number: 857335
Attorney for Petitioners

7/2-7/9/21LG 2T

---

**IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA**
PROBATE DIVISION
File No.: 21-CP-001400
Division: A

IN RE: ESTATE OF

(top continuation — personal representative / attorney block)

which is 800 East Twiggs Street, Tampa, Florida 33602. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is July 2, 2021.

Personal Representative:
Janet Davis
347 Demorest Avenue
Staten Island, New York 10314
Attorney for Personal Representative:
Brice Zoecklein
Email Address:
brice@zoeckleinlawpa.com
Florida Bar No. 0085615
Zoecklein Law, P.A.
329 Pauls Drive
Brandon, Florida 33511

7/2-7/9/21LG 2T

---

**IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA**
PROBATE DIVISION
File No. 21-CP-1734

IN RE: ESTATE OF
EDWIN J. GAY, SR
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of EDWIN J. GAY, SR., deceased, whose date of death was March 16, 2021, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is 800 E. Twiggs Street, Tampa, Florida 33602. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is July 2, 2021.

Personal Representative:
Patricia Gayle Delker
7239 Prospector Peak Drive
Tucson, Arizona 85706
Attorney for Personal Representative:
ADRIAN J. MUSIAL, JR., ESQUIRE
1211 West Fletcher Avenue
Tampa, Florida 33612-3363
Telephone: (813) 265-4051
Florida Bar No.: 157330

7/2-7/9/21LG 2T

---

**IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA**
PROBATE DIVISION
File No. 21-CP-002208
Division: A

IN RE: ESTATE OF
NANCY ROBERTSON TRINKLE,
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of Nancy Robertson Trinkle, deceased, whose date of death was September 5, 2020, and whose social security number is XXX-XX-9468, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is 800 East Twiggs Street, Tampa, FL 33602. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is July 2, 2021.

Personal Representatives:
Scott Mandell Shimberg
2900 Bayshore Vista Drive
Tampa, Florida 33611
Karen S. Kelly
2909 Bayshore Vista Drive
Tampa, Florida 33611
Attorney for Personal Representatives:
Patrick J. Duffey
Florida Bar Number: 94006
HOLLAND & KNIGHT LLP
P.O. Box 1288
Tampa, Florida 33601
Telephone: (813) 227-8500
Fax: (813) 229-0134
E-Mail: patrick.duffey@hklaw.com
Secondary E-Mail:
deborah.evans@hklaw.com

7/2-7/9/21LG 2T

---

**IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FL**
PROBATE DIVISION
File Number: 21-CP-001963

In Re: The Estate of
Steven D. Kopplin,
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of Steven D. Kopplin, deceased, whose date of death was December 16, 2020 is pending in the Circuit Court of Hillsborough County, Florida, the address of which is 800 East Twiggs Street, Tampa, Florida 33602. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS

(Continued on next page)

CELINE IRMA BOUCHER
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of Celine Irma Boucher, whose date of death was February 28, 2021 and whose social security number is XXX-XX-4885, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is P.O. Box 1110, Tampa, Florida 33601-1110. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is Friday, July 9, 2021.

Personal Representative:
/s/ Jean A. Boucher
10810 Casa Drive
Riverview, Florida 33569
Attorney for Personal Representative:
/s/ Judith S. Lambert, Esquire
Lambert Law Offices, PL
617 W. Lumsden Road
Brandon, Florida 33511
Tel: (813) 662-7429
Fax: (813) 685-6575

7/9-7/9/21LG 2T

---

**IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA**
PROBATE DIVISION
File No. 21-CP-001990
Division A

IN RE: ESTATE OF
ELAINE F. SHIMBERG a/k/a
ELAINE FANTLE SHIMBERG,
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of Elaine F. Shimberg, deceased, whose date of death was April 15, 2021, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is 800 E. Twiggs, Tampa, Florida 33602. The names and addresses of the Personal Representatives/ tatives and the Personal Representatives' attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this Court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this Court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is July 9, 2021.

Personal Representatives:

LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT

**HILLSBOROUGH COUNTY** | **HILLSBOROUGH COUNTY** | **HILLSBOROUGH COUNTY** | **HILLSBOROUGH COUNTY** | **HILLSBOROUGH COUNTY**

NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this Notice is July 2, 2021.

Personal Representative:
Adrienne P. Kapplin
3415 W Fletcher Ave
Tampa, FL 33618

Attorney for Personal Representative:
Adria Beenhakker Dickey
3415 W Fletcher Ave
Tampa, FL 33618
(813) 586-3200
FL Bar Number: 467308
adria @ adriadickeylaw.com

7/2-7/9/21LG 2T

_____

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA
PROBATE DIVISION
Case No.: 21-CP-1147
FBN 350796

IN RE: THE ESTATE OF
PALLUBEN K PATEL
Deceased.

**NOTICE OF ADMINISTRATION**

The administration of the estate of PALLUBEN K PATEL, deceased, File Number 21-CP-1147, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is Hillsborough County Courthouse, Tampa, Florida 33602.

The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All interested persons are required to file with this court, WITHIN THREE MONTHS OF THE FIRST PUBLICATION OF THIS NOTICE:

(1) all claims against the estate and (2) any objection by an interested person on whom this notice was served that challenges the validity of the will, the qualifications of the personal representative, venue, or jurisdiction of the court.

ALL CLAIMS AND OBJECTIONS NOT SO FILED WILL BE FOREVER BARRED.

Publication of this Notice has begun on July 2, 2021.

Personal Representative:
/s/ KALPESHKUMAR M PATEL
4024 Cortez Drive Unit A
Tampa, FL 33614

Attorney for Personal Representative:
/s/ Michael A. Hanson, Esquire
2501 North Orient Road Suite A
Tampa, Florida 33619

7/2-7/9/21LG 2T

_____

IN THE COUNTY COURT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

CASE NO.: 20-CC-063458, DIVISION H

SOUTH POINTE OF TAMPA HOMEOWNERS ASSOCIATION, INC.,
Plaintiff,
vs.
RUNDOS EQUITY LLC,
Defendant.

**NOTICE OF SALE**

NOTICE IS HEREBY GIVEN that, pursuant to the Final Judgment of Foreclosure entered in this cause on June 18, 2021 by the County Court of Hillsborough County, Florida, the property described as:

LOT 7, BLOCK 12, SOUTH POINTE PHASE 5, ACCORDING TO MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 89, PAGE 36 OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.

PROPERTY ADDRESS: 12434 Midpointe Drive, Riverview, FL 33578

will be sold by the Hillsborough County Clerk at public sale on August 20, 2021 at 10:00 A.M., electronically online at http://www.hillsborough.realforeclose.com.

Any person claiming an interest in the surplus from the sale, if any, other than the property owner as of the date of the lis pendens must file a claim within sixty (60) days after the sale.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs Street, Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

/s/Charles Evans Glausier
Charles Evans Glausier, Esquire
Florida Bar No.: 37035
cglausier@glausierknight.com
GLAUSIER KNIGHT JONES, PLLC
400 N. Ashley Drive, Suite 2020
Tampa, FL 33602
Telephone No.: (813) 440-4600
Fax No.: (813) 440-2046
Attorneys for Plaintiff

7/2-7/9/21LG 2T

_____

IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA
PROBATE DIVISION
File No.: 21-CP-002206
Division: W

IN RE: ESTATE OF
SHELLY D. JUDAH,
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of SHELLY D. JUDAH, deceased, whose date of death was May 19, 2021, and whose social security number is XXX-XX-4499, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is 800 E Twiggs St, Tampa, FL 33602. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT SO FILED WITHIN THE TIME PERIODS SET FORTH IN SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this Notice is July 2, 2021.

Personal Representative:
Heather Judah
2704 Wilber Trace Ct.
Plant City, Florida 33566

Attorney for Personal Representative:
Daniel M. Coton, Esquire
TRINKLE, REDMAN, P.A.
121 North Collins Street
Plant City, Florida 33563
Telephone: (813) 752-6133
Florida Bar Number: 857335
Attorney for Petitioner

7/2-7/9/21LG 2T

_____

IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA
PROBATE, TRUST AND GUARDIANSHIP DIVISION
Case No.: 21-CP-001773
Division: A

IN RE: ESTATE OF
NORMAN W. HUTCHINSON
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of NORMAN W. HUTCHINSON, deceased, File Number 20-CP-001773, Div. A is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is P.O. Box 1110, Tampa, FL 33601. The names and addresses of the Personal Representative and the Personal Representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate, on whom a copy of this notice is required to be served must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate, must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE. ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of the first publication of this Notice is July 2, 2021.

Personal Representative:
PATRICIA L. HUTCHINSON
10389 Carrollwood Lane, #292
Tampa, FL 33618

Attorney for Personal Representative:
EDWARD A. HILL, ESQUIRE
P.O. Box 273963
Tampa, FL 33688
(813) 960-2010
FBN: 196552
dewey @ehillpa.com

7/2-7/9/21LG 2T

_____

IN THE THIRTEENTH CIRCUIT COURT IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA
PROBATE DIVISION
FILE NO: 21-CP-001690
DIV.: A

IN RE: ESTATE OF
GLADYS PADRON
Deceased.

**NOTICE TO CREDITORS**

TO ALL PERSONS HAVING CLAIMS OR DEMANDS AGAINST THE ABOVE ESTATE:

You are hereby notified that an Order of Summary Administration has been entered in the estate of Gladys Padron, deceased, File Number 21-CP-001690, by the Circuit Court for Hillsborough County, Florida, Probate Division the address of which is P.O. Box 1110, Tampa, FL 33601; that the decedent's date of death was 10/1/2020; that the total value of the estate is $0.00 (approximate) and that the names and addresses of those to whom it has been assigned by such order are:

ROLANDO PADRON, JR., son
5820 N. Church Ave., #308
Tampa, FL 33614

ALL INTERESTED PERSONS ARE NOTIFIED THAT:

All creditors of the estate of the decedent and persons having claims or demands against the estate of the decedent other than those for whom provisions for full payment was made in the Order of Summary administration must file their claims with this court WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702. ALL CLAIMS AND DEMANDS NOT SO FILED WILL BE FOREVER BARRED. NOTWITHSTANDING ANY OTHER APPLICABLE TIME PERIOD, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is the 2nd day of July, 2021.

Petitioner:
/s/ Rolando Padron, Jr.
Rolando Padron, Jr.
5820 N. Church Ave., #308
Tampa, FL 33614

Attorney for Petitioner:
/s/ Ying Gao
Ying Gao, Esq.
Florida Bar # 125396

_____

HENNESS FALLER ELDER LAW
309 N. Parsons Ave.
Brandon, FL 33510-4515
(813) 661-5297
(813) 689-8725 fax
probate@hennesselaw.com
service@hennesselaw.com

7/2-7/9/21LG 2T

_____

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT, IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
Case No.: 21-008078
Division: J-P

JOSE DANIEL PERDZ,
Petitioner,
and
DORA INES RESENDIZ HERNANDEZ,
Respondent.

**NOTICE OF ACTION FOR DISSOLUTION OF MARRIAGE (NO CHILD OR FINANCIAL SUPPORT)**

TO: DORA INES RESENDIZ HERNANDEZ
Last Known Address: Unknown

YOU ARE NOTIFIED that an action for dissolution of marriage has been filed against you and that you are required to serve a copy of your written defenses, if any, to it on JOSE DANIEL PEREZ, whose address is 16416 US Highway 19 N, Lot 516, Clearwater, FL 33764 on or before 7/26/2021, and file the original with the clerk of this Court at 800 E. Twiggs St., Tampa, FL 33602 before service on Petitioner or immediately thereafter. If you fail to do so, a default may be entered against you for the relief demanded in the petition.

The action is asking the court to decide how the following real or personal property should be divided: None

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Designation of Current Mailing and E-Mail Address, Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be mailed or e-mailed to the address on record at the clerk's office.

WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.
Dated: June 18, 2021
Clerk of the Circuit Court
By: /s/ Christina Brown
Deputy Clerk

6/25-7/16/21LG 4T

_____

**NOTICE OF APPLICATION FOR TAX DEED**

The holder of the following tax certificates has filed the certificates for a tax deed to be issued. The certificate numbers and years of issuance, the description of the property, and the names in which it was assessed are:

Folio No.: 1488210428
Certificate No.: 2019 / 14859
File No.: 2021-702
Year of Issuance: 2019

Description of Property:
WATERSIDE CONDOMINIUM III
BLDG 6 UNIT 105
PLAT BK / PG: 8 / 17
SEC - TWP - RGE: 28 - 28 - 19
Subject To All Outstanding Taxes

Name(s) in which assessed:
AMLMG PROPERTIES MANAGEMENT INC
AMLMG PROPERTIES MANAGEMENT LLC

All of said property being in the County of Hillsborough, State of Florida.

Unless such certificate shall be redeemed according to law, the property described in such certificate will be sold to the highest bidder on (8/5/2021) on line via the internet at www.hillsborough.realtaxdeed.com.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Clerk's ADA Coordinator, 601 E Kennedy Blvd., Tampa Florida, (813) 276-8100 extension 4205, two working days prior to the date the service is needed; if you are hearing or voice impaired, call 711.
Dated 6/7/2021
Cindy Stuart
Clerk of the Circuit Court
Hillsborough County, Florida
By Adrian Salas, Deputy Clerk

6/25-7/16/21LG 4T

_____

**NOTICE OF APPLICATION FOR TAX DEED**

The holder of the following tax certificates has filed the certificates for a tax deed to be issued. The certificate numbers and years of issuance, the description of the property, and the names in which it was assessed are:

Folio No.: 1502030000
Certificate No.: 2019 / 15004
File No.: 2021-705
Year of Issuance: 2019

Description of Property:
KATHRYN PARK E 1/2 OF LOT 202 AND LOT 203 AND 1/2 CLOSED ALLEYS ABUTTING THEREON
PLAT BK / PG: 23 / 56
SEC - TWP - RGE: 30 - 28 - 19
Subject To All Outstanding Taxes

Name(s) in which assessed:
CLAUDINA PINEDA MONTOYA

All of said property being in the County of Hillsborough, State of Florida.

Unless such certificate shall be redeemed according to law, the property described in such certificate will be sold to the highest bidder on (8/5/2021) on line via the internet at www.hillsborough.realtaxdeed.com.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Clerk's ADA Coordinator, 601 E Kennedy Blvd., Tampa Florida, (813) 276-8100 extension 4205, two working days prior to the date the service is needed; if you are hearing or voice impaired, call 711.
Dated 6/7/2021
Cindy Stuart
Clerk of the Circuit Court
Hillsborough County, Florida
By Adrian Salas, Deputy Clerk

6/25-7/16/21LG 4T

_____

**NOTICE OF APPLICATION FOR TAX DEED**

The holder of the following tax certificates has filed the certificates for a tax deed to be issued. The certificate numbers

(Continued on next column)

_____

Last Known Address: Unknown

YOU ARE NOTIFIED that an action for Dissolution of Marriage has been filed against you and that you are required to serve a copy of your written defenses, if any, to it on YADIRA LANCASTER, whose address is 2012 E. Clinton St., Tampa, FL 33610 on or before July 20, 2021, and file the original with the clerk of this Court at 800 E. Twiggs St., Tampa, FL 33602 before service on Petitioner or immediately thereafter. If you fail to do so, a default may be entered against you for the relief demanded in the petition.

The action is asking the court to decide how the following real or personal property should be divided: None

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Designation of Current Mailing and E-Mail Address, Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be mailed or e-mailed to the address on record at the clerk's office.

WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.
Dated: June 18, 2021
Clerk of the Circuit Court
By: /s/ Christina Brown
Deputy Clerk

6/25-7/16/21LG 4T

_____

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT, IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
Case No.: 21-CP-001773

IN RE: THE ESTATE OF
NORMAN W. HUTCHINSON

**NOTICE TO CREDITORS**

[duplicate content]

_____

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT, IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
Case No.: 21-008078

MARIAN FRANCES HOLMES,
Petitioner,
and
EDWARD LEE JONES,
Respondent.

**NOTICE OF ACTION FOR DISSOLUTION OF MARRIAGE (NO CHILD OR FINANCIAL SUPPORT)**

TO: EDWARD LEE JONES
Last Known Address:
LKA - Streets of Saint Petersburg

YOU ARE NOTIFIED that an action for dissolution of marriage has been filed against you and that you are required to serve a copy of your written defenses, if any, to it on MARIAN FRANCES HOLMES, whose address is 3801 East Mohawk Avenue, Tampa, Florida 33610 on or before 7/20/2021, and file the original with the clerk of this Court at 800 E. Twiggs St., Tampa, FL 33602 before service on Petitioner or immediately thereafter. If you fail to do so, a default may be entered against you for the relief demanded in the petition.

The action is asking the court to decide how the following real or personal property should be divided: Bellmonth Heights No 2 P 12 PG 41 Lot 217

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Designation of Current Mailing and E-Mail Address, Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be mailed or e-mailed to the address on record at the clerk's office.

WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.
Dated: June 18, 2021
Clerk of the Circuit Court
By: /s/ Jacqueline Johnson
Deputy Clerk

6/25-7/16/21LG 4T

_____

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT, IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
Case No.: 21-08509
Division: J-P

YADIRA LANCASTER,
Petitioner,
and
TERRELL ALI LEROY LANCASTER,
Respondent.

**NOTICE OF ACTION FOR DISSOLUTION OF MARRIAGE WITH CHILDREN**

TO: TERRELL ALI LEROY LANCASTER

LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT

**HILLSBOROUGH COUNTY**

and years of issuance, the description of the property, and the names in which it was assessed are:
Folio No.: **1992042080**
Certificate No.: **2019 / 18678**
File No.: **2021-706**
Year of Issuance: **2019**
Description of Property:
ISLAND WALK A CONDOMINIUM UNIT 648 BLDG 32
PLAT BK / PG: 18 / 69
SEC - TWP - RGE: 19 - 29 - 19

**Subject To All Outstanding Taxes**

Name(s) in which assessed:
**ESTATE OF JOHN W VAN HOY**
**JOHN W VAN HOY**

All of said property being in the County of Hillsborough, State of Florida.

Unless such certificate shall be redeemed according to law, the property described in such certificate will be sold to the highest bidder on (8/5/2021) on line via the internet at www.hillsborough. realtaxdeed.com.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Clerk's ADA Coordinator, 601 E Kennedy Blvd., Tampa Florida, (813) 276-8100 extension 4205, two working days prior to the date the service is needed; if you are hearing or voice impaired, call 711.
Dated 6/7/2021
Cindy Stuart
Clerk of the Circuit Court
Hillsborough County, Florida
By Adrian Salas, Deputy Clerk

6/25-7/16/21LG 4T

---

**NOTICE OF APPLICATION FOR TAX DEED**
—
The holder of the following tax certificates has filed the certificates for a tax deed to be issued. The certificate numbers and years of issuance, the description of the property, and the names in which it was assessed are:
Folio No.: **0382106164**
Certificate No.: **2019 / 4633**
File No.: **2021-708**
Year of Issuance: **2019**
Description of Property:
ROLLING TERRACE SUBDIVISION LOT 16 BLOCK 5
PLAT BK / PG: 48 / 84
SEC - TWP - RGE: 24 - 28 - 19

**Subject To All Outstanding Taxes**

Name(s) in which assessed:
**MICHAEL LEROY ANDERSON**
**TERESA HERNANDEZ ANDERSON**

All of said property being in the County of Hillsborough, State of Florida.

Unless such certificate shall be redeemed according to law, the property described in such certificate will be sold to the highest bidder on (8/5/2021) on line via the internet at www.hillsborough. realtaxdeed.com.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Clerk's ADA Coordinator, 601 E Kennedy Blvd., Tampa Florida, (813) 276-8100 extension 4205, two working days prior to the date the service is needed; if you are hearing or voice impaired, call 711.
Dated 6/7/2021
Cindy Stuart
Clerk of the Circuit Court
Hillsborough County, Florida
By Adrian Salas, Deputy Clerk

6/25-7/16/21LG 4T

---

**NOTICE OF APPLICATION FOR TAX DEED**
—
The holder of the following tax certificates has filed the certificates for a tax deed to be issued. The certificate numbers and years of issuance, the description of the property, and the names in which it was assessed are:
Folio No.: **0904299052**
Certificate No.: **2019 / 603**
File No.: **2021-709**
Year of Issuance: **2019**
Description of Property:
J-R MANOR LOT 2 BLDG 1 ALSO DESC AS: BEG AT NW COR OF LOT 2 S 51.58 FT AND E 82.06 FT TO POB THN E 45.35 FT 14 FT W 45.35 FT AND N 14 FT TO POB
PLAT BK / PG: 57 / 37
SEC - TWP - RGE: 24 - 28 - 17

**Subject To All Outstanding Taxes**

Name(s) in which assessed:
**DIANE M SANCHEZ**

All of said property being in the County of Hillsborough, State of Florida.

Unless such certificate shall be redeemed according to law, the property described in such certificate will be sold to the highest bidder on (8/5/2021) on line via the internet at www.hillsborough. realtaxdeed.com.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Clerk's ADA Coordinator, 601 E Kennedy Blvd., Tampa Florida, (813) 276-8100 extension 4205, two working days prior to the date the service is needed; if you are hearing or voice impaired, call 711.
Dated 6/7/2021
Cindy Stuart
Clerk of the Circuit Court
Hillsborough County, Florida
By Adrian Salas, Deputy Clerk

6/25-7/16/21LG 4T

---

**NOTICE OF APPLICATION FOR TAX DEED**
—
The holder of the following tax certificates has filed the certificates for a tax deed to be issued. The certificate numbers and years of issuance, the description of the property, and the names in which it was assessed are:
Folio No.: **0513650722**

---

**HILLSBOROUGH COUNTY**

Certificate No.: **2019 / 6136**
File No.: **2021-710**
Year of Issuance: **2019**
Description of Property:
CARRIAGE POINTE PHASE 1 LOT 12 BLOCK G
PLAT BK / PG: 102 / 270
SEC - TWP - RGE: 36 - 30 - 19

**Subject To All Outstanding Taxes**

Name(s) in which assessed:
**ANDREA PING**

All of said property being in the County of Hillsborough, State of Florida.

Unless such certificate shall be redeemed according to law, the property described in such certificate will be sold to the highest bidder on (8/5/2021) on line via the internet at www.hillsborough. realtaxdeed.com.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Clerk's ADA Coordinator, 601 E Kennedy Blvd., Tampa Florida, (813) 276-8100 extension 4205, two working days prior to the date the service is needed; if you are hearing or voice impaired, call 711.
Dated 6/7/2021
Cindy Stuart
Clerk of the Circuit Court
Hillsborough County, Florida
By Adrian Salas, Deputy Clerk

6/25-7/16/21LG 4T

---

**NOTICE OF APPLICATION FOR TAX DEED**
—
The holder of the following tax certificates has filed the certificates for a tax deed to be issued. The certificate numbers and years of issuance, the description of the property, and the names in which it was assessed are:
Folio No.: **0926380200**
Certificate No.: **2019 / 11776**
File No.: **2021-715**
Year of Issuance: **2019**
Description of Property:
TRACT BEG AT NW COR OF SE 1/4 OF SW 1/4 RUN S 494.57 FT N 68 DEG 44 MIN E 105.81 FT S 51 DEG 43 MIN 20 SEC E 200.41 FT S 66 DEG 05 MIN 05 SEC E 177.26 FT S 68 DEG 06 MIN 50 SEC E 321.24 FT N 81 DEG 12 MIN 40 SEC E 616.08 FT TO PT ON E BDRY OF SE 1/4 OF SW 1/4 N 682.24 FT TO NE COR & N 1323.53 FT TO BEG
SEC - TWP - RGE: 21 - 29 - 22

**Subject To All Outstanding Taxes**

Name(s) in which assessed:
**G AND H SUMMERFIELD CROSSINGS INC**

All of said property being in the County of Hillsborough, State of Florida.

Unless such certificate shall be redeemed according to law, the property described in such certificate will be sold to the highest bidder on (8/5/2021) on line via the internet at www.hillsborough. realtaxdeed.com.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Clerk's ADA Coordinator, 601 E Kennedy Blvd., Tampa Florida, (813) 276-8100 extension 4205, two working days prior to the date the service is needed; if you are hearing or voice impaired, call 711.
Dated 6/7/2021
Cindy Stuart
Clerk of the Circuit Court
Hillsborough County, Florida
By Adrian Salas, Deputy Clerk

6/25-7/16/21LG 4T

---

**NOTICE OF APPLICATION FOR TAX DEED**
—
The holder of the following tax certificates has filed the certificates for a tax deed to be issued. The certificate numbers and years of issuance, the description of the property, and the names in which it was assessed are:
Folio No.: **0341454132**
Certificate No.: **2014 / 338627**
File No.: **2021-716**
Year of Issuance: **2014**
Description of Property:
CURRY COVE TRACT A DRAINAGE AREA
PLAT BK / PG: 67 / 21
SEC - TWP - RGE: 30 - 27 - 19

**Subject To All Outstanding Taxes**

Name(s) in which assessed:
**ELIZABETH KITTO NEVEL TRUSTEE**
**JOHN W MCCLAIN TRUSTEE**

All of said property being in the County of Hillsborough, State of Florida.

Unless such certificate shall be redeemed according to law, the property described in such certificate will be sold to the highest bidder on (8/5/2021) on line via the internet at www.hillsborough. realtaxdeed.com.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Clerk's ADA Coordinator, 601 E Kennedy Blvd., Tampa Florida, (813) 276-8100 extension 4205, two working days prior to the date the service is needed; if you are hearing or voice impaired, call 711.
Dated 6/7/2021
Cindy Stuart
Clerk of the Circuit Court
Hillsborough County, Florida
By Adrian Salas, Deputy Clerk

6/25-7/16/21LG 4T

---

**NOTICE OF APPLICATION FOR TAX DEED**
—
The holder of the following tax certificates has filed the certificates for a tax deed to be issued. The certificate numbers and years of issuance, the description of the property, and the names in which it was assessed are:
Folio No.: **0762790000**
Certificate No.: **2019 / 8161**
File No.: **2021-800**
Year of Issuance: **2019**
Description of Property:
TRACT BEG 1566.9 FT S AND 277 FT E OF NW COR OF GOV LOT 2

---

**HILLSBOROUGH COUNTY**

Certificate No.: **2019 / 18313**
File No.: **2021-717**
Year of Issuance: **2019**
Description of Property:
SWEAT'S SUBDIVISION LOTS 2 AND 11 LESS N 7 1/2 FT BLOCK 1
PLAT BK / PG: 3 / 5
SEC - TWP - RGE: 29 - 28 - 22

**Subject To All Outstanding Taxes**

Name(s) in which assessed:
**JOHN WEYAND III**
**JESSICA WEYAND**

All of said property being in the County of Hillsborough, State of Florida.

Unless such certificate shall be redeemed according to law, the property described in such certificate will be sold to the highest bidder on (8/5/2021) on line via the internet at www.hillsborough. realtaxdeed.com.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Clerk's ADA Coordinator, 601 E Kennedy Blvd., Tampa Florida, (813) 276-8100 extension 4205, two working days prior to the date the service is needed; if you are hearing or voice impaired, call 711.
Dated 6/7/2021
Cindy Stuart
Clerk of the Circuit Court
Hillsborough County, Florida
By Adrian Salas, Deputy Clerk

6/25-7/16/21LG 4T

---

**NOTICE OF APPLICATION FOR TAX DEED**
—
The holder of the following tax certificates has filed the certificates for a tax deed to be issued. The certificate numbers and years of issuance, the description of the property, and the names in which it was assessed are:
Folio No.: **0659940000**
Certificate No.: **2019 / 8062**
File No.: **2021-718**
Year of Issuance: **2019**
Description of Property:
TRACT BEG 175 FT W AND 828.32 FT S OF NE COR OF NW 1/4 OF NE 1/4 AND RUN W 58.33 FT N 250 FT E 58.33 FT AND S 250 FT TO BEG
SEC - TWP - RGE: 10 - 29 - 20

**Subject To All Outstanding Taxes**

Name(s) in which assessed:
**RICHARD TOMLIN**

All of said property being in the County of Hillsborough, State of Florida.

Unless such certificate shall be redeemed according to law, the property described in such certificate will be sold to the highest bidder on (8/5/2021) on line via the internet at www.hillsborough. realtaxdeed.com.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Clerk's ADA Coordinator, 601 E Kennedy Blvd., Tampa Florida, (813) 276-8100 extension 4205, two working days prior to the date the service is needed; if you are hearing or voice impaired, call 711.
Dated 6/7/2021
Cindy Stuart
Clerk of the Circuit Court
Hillsborough County, Florida
By Adrian Salas, Deputy Clerk

6/25-7/16/21LG 4T

---

**NOTICE OF APPLICATION FOR TAX DEED**
—
The holder of the following tax certificates has filed the certificates for a tax deed to be issued. The certificate numbers and years of issuance, the description of the property, and the names in which it was assessed are:
Folio No.: **0920440066**
Certificate No.: **2019 / 11701**
File No.: **2021-719**
Year of Issuance: **2019**
Description of Property:
RALSTON COUNTRY ESTATES LOT 8
PLAT BK / PG: 103 / 254
SEC - TWP - RGE: 12 - 29 - 22

**Subject To All Outstanding Taxes**

Name(s) in which assessed:
**GIFFORD DEVELOPING LLC**

All of said property being in the County of Hillsborough, State of Florida.

Unless such certificate shall be redeemed according to law, the property described in such certificate will be sold to the highest bidder on (8/5/2021) on line via the internet at www.hillsborough. realtaxdeed.com.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Clerk's ADA Coordinator, 601 E Kennedy Blvd., Tampa Florida, (813) 276-8100 extension 4205, two working days prior to the date the service is needed; if you are hearing or voice impaired, call 711.
Dated 6/7/2021
Cindy Stuart
Clerk of the Circuit Court
Hillsborough County, Florida
By Adrian Salas, Deputy Clerk

6/25-7/16/21LG 4T

---

**HILLSBOROUGH COUNTY**

AND RUN E 60 FT S 200 FT MOL TO CANAL W 80 FT AND N 200 FT MOL TO BEG
SEC - TWP - RGE: 19 - 30 - 20

**Subject To All Outstanding Taxes**

Name(s) in which assessed:
**MARGUERITE MUDGETT**
**TERESA SURALIE**
**MARGUETE (RITA) SURALIS**

All of said property being in the County of Hillsborough, State of Florida.

Unless such certificate shall be redeemed according to law, the property described in such certificate will be sold to the highest bidder on (8/5/2021) on line via the internet at www.hillsborough. realtaxdeed.com.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Clerk's ADA Coordinator, 601 E Kennedy Blvd., Tampa Florida, (813) 276-8100 extension 4205, two working days prior to the date the service is needed; if you are hearing or voice impaired, call 711.
Dated 6/7/2021
Cindy Stuart
Clerk of the Circuit Court
Hillsborough County, Florida
By Adrian Salas, Deputy Clerk

6/25-7/16/21LG 4T

---

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY**
JUVENILE DIVISION
CASE ID: 13-218
DIVISION: C

IN THE INTEREST OF:
L.H.        DOB: 12/02/2004
Child

**NOTICE OF AN ADVISORY HEARING ON A TERMINATION OF PARENTAL RIGHTS PROCEEDINGS**

STATE OF FLORIDA
TO: Robert Harden DOB: 03/28/1980
Last Known Address: 4811 McIntosh Rd., Dover FL 33527

A Petition for Termination of Parental Rights under oath has been filed in this court regarding the above-referenced children. You are to appear before the Honorable Cynthia S. Oster, **August 06, 2021 at 9:00 a.m.** at 800 E. Twiggs Street, Court Room 308, Tampa, Florida 33602 for a TERMINATION OF PARENTAL RIGHTS ADVISORY HEARING. You must appear on the date and at the time specified.

**FAILURE TO PERSONALLY APPEAR AT THIS ADVISORY HEARING CONSTITUTES CONSENT TO THE TERMINATION OF PARENTAL RIGHTS TO THIS CHILD (THESE CHILDREN). IF YOU FAIL TO APPEAR ON THE DATE AND TIME SPECIFIED YOU MAY LOSE ALL LEGAL RIGHTS TO THE CHILD (OR CHILDREN) WHOSE INITIALS APPEAR ABOVE. TO OBTAIN THE HEARING CALL-IN INFORMATION PLEASE CONTACT YOUR ATTORNEY.**

**Pursuant to Administrative Order AOSC20-23 of the Supreme Court of Florida, all courts shall employ methods to minimize the risk of COVID-19 exposure. Pursuant to Administrative Order 5-2020-023 of the Thirteenth Judicial Circuit in and for Hillsborough County, any essential dependency proceedings should be conducted through teleconferencing. ACCORDINGLY, YOU MUST MAKE YOURSELF AVAILABLE BY TELEPHONE ON THE DATE AND TIME SPECIFIED IN LIEU OF PERSONAL APPEARANCE.**

Pursuant to Sections 39.802(4)(d) and 63.082(6)(g), Florida Statutes, you are hereby informed of the availability of private counsel. If the parties with an adoption entity, as defined in Section 63.032(3), Florida Statutes.

If you are a person with a disability who needs any accommodation to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Administrative Office of the Courts, Attention: ADA Coordinator, 800 E. Twiggs Street, Tampa, FL 33602, Phone: 813-272-7040, Hearing Impaired: 1-800-955-8771, Voice impaired: 1-800-955-8770, e-mail: ADA@fljud13. org within two working days of your receipt of this summons at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days. If you are hearing or voice impaired, call 711.

CLERK OF COURT BY:
s/ Pamela Morera
Deputy Clerk

6/25-7/16/21LG 4T

---

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT, IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**
Case No.: 21-008335
Division: I-P

JENNY SANTOS,
Petitioner,
and
FRANCISCO MARTINEZ,
Respondent.

**NOTICE OF ACTION FOR DISSOLUTION OF MARRIAGE (NO CHILD OR FINANCIAL SUPPORT)**

TO: FRANCISCO MARTINEZ
Last Known Address: 30 Hobson St., Lawrence, MA 01841

YOU ARE NOTIFIED that an action for dissolution of marriage has been filed against you and that you are required to serve a copy of your written defenses, if any, to it on JENNY SANTOS, whose address is 8223 Providence Trace Circle, Apt. 101, Brandon, FL 33511 on or before 7/17/2021, and file the original with the clerk of this Court at 800 E. Twiggs St., Tampa, FL 33602 before service on Petitioner or immediately thereafter. **If you fail to do so,**

---

**HILLSBOROUGH COUNTY**

a default may be entered against you for the relief demanded in the petition.

The action is asking the court to decide how the following real or personal property should be divided: None

**Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents upon request.**

**You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Designation of Current Mailing and E-Mail Address, Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be mailed or e-mailed to the address on record at the clerk's office.**

**WARNING: Rule 12.285, Florida Family Law Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.**
Dated: June 15, 2021
Clerk of the Circuit Court
By: /s/ Renae Meyers
Deputy Clerk

6/18-7/9/21LG 4T

---

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**
CIVIL DIVISION
Case No.: 2020-CA-002117
Division: K

CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR NEW RESIDENTIAL MORTGAGE LOAN TRUST 2020-NPL1,
Plaintiff,
v.
MICHELLE LONGMIRE; VAUGHN LONGMIRE A/K/A VAUGH LONGMIRE; LINDA M. MATTHEWS; BRADFORD A. MATTHEWS; DAVID KRINSI; MICHELLE MCCALLUM; AND UNKNOWN TENANT #1 N/K/A ELL SHMALKOVA,
Defendants.

**NOTICE OF ACTION - MORTGAGE FORECLOSURE AND REFORMATION**

TO: MICHELLE MCCALLUM.
Whose Residence is Unknown
Whose Last Known Mailing Address is Unknown

YOU ARE HEREBY NOTIFIED that an action to foreclose a mortgage on the following property in Hillsborough County, Florida:

A PORTION OF LOTS 129, 130 AND 154, OF THE RIVIERA SUBDIVISION, ACCORDING TO MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 26, PAGE 45, PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA, AND A PARCEL OF LAND LYING BETWEEN THE SOUTHERLY BOUNDARY OF SAID LOT 154 AND THE NORTHERLY SHORE OF THE HILLSBOROUGH RIVER; ALL BEING FURTHER DESCRIBED AS FOLLOWS: BEGIN AT THE WESTERNMOST CORNER OF LOT 129, THE RIVIERA SUBDIVISION, AND RUN N 44 DEG 12 00" EAST (ASSUMED BEARING) ALONG THE SOUTHERLY RIGHT OF WAY LINE OF ALICIA AVE, 39.65 FEET, TO A POINT OF CURVATURE; THENCE ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 584.26 FEET, 28.54 FEET (SUB-TENDED BY A CHORD OF 28.54 FEET AND CHORD BEARING N 45 DEG 35 58" EAST); THENCE S 43 DEG 55 31" EAST ALONG A LINE PARALLEL TO AND 11.49 FEET SOUTHWESTERLY OF THE EASTERLY BOUNDARY OF SAID LONG 129, 95.21 FEET TO AN IRON ROD; SAID IRON ROD BEING 2.0 FEET NORTH-WESTERLY FROM THE BACK OF A CONCRETE FOUNDATION; THENCE S 49 DEG 30 18" WEST, PARAL-LEL TO THE BACK OF FOUNDA-TION, 13.40 FEET TO AN IRON ROD; THENCE S 39 DEG 29 34" EAST, 31.06 FEET TO A CROSS IN A CONCRETE DECK, SAID CROSS BEING 0.14 FEET SOUTHWESTERLY FROM THE CORNER OF A CON-CRETE FOUNDATION; THENCE S 44 DEG 57 37" EAST, 244.36 FEET TO AN IRON ROD; THENCE S 01 DEG 19 07" WEST, 1.41 FEET TO A CROSS IN THE SEA-WALL, SET ON LINE; THENCE CONTINUE S 01 DEG 19 07" WEST 0.6 FEET, MORE OR LESS, TO WA-TERS EDGE OF THE HILLSBOR-OUGH RIVER; THENCE SOUTH-WESTERLY ALONG SAID WATERS EDGE 46.0 FEET, MORE OR LESS, TO A POINT THAT BEARS SOUTH 45 DEG 36 27" EAST FROM THE POINT OF BEGINNING; THENCE N 45 DEG 36 27" WEST, 7.5 FEET, MORE OR LESS TO AN IRON ROD SET ON LINE; THENCE CONTINUE N 45 DEG 36 27" WEST, ALONG THE WESTERLY BOUNDARY OF SAID LOTS 154 AND 129 AND ITS SOUTHEASTERLY PROJECTION 354.96 FEET TO THE POINT OF BEGINNING. LESS THE RIGHT OF WAY OF RIVIERA BOULEVARD AND TOGETHER WITH ANY AND ALL RIPARIAN RIGHTS APPERTAIN-ING THERETO AND TOGETHER WITH EASEMENT FOR INGRESS/EGRESS AND MAINTENANCE BE-ING WITHIN AREA LYING PARAL-LEL TO AND 2.0 FEET SOUTH-EASTERLY OF THE FOLLOWING DESCRIBED LINE: FOR A POINT OF REFERENCE COMMENCE AT THE WESTERNMOST CORNER OF THE AFOREMENTIONED LOT 129, THE RIVIERA SUBDIVISION, AND RUN N 44 DEG 12 00" EAST ALONG THE SOUTHERLY RIGHT OF WAY OF ALICIA AVE, 39.65 FEET TO A POINT OF CURVATURE; THENCE ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 584.26 FEET, 28.54 FEET (SUBTENDED BY A CHORD OF 28.54 FEET AND CHORD BEARING N 44 DEG 12 00" EAST AND N 45 DEG 35 58" EAST); THENCE S 45 DEG 55 31" EAST

*(Continued on next page)*

**LA GACETA/Friday, July 9, 2021/Page 31**

LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT

## HILLSBOROUGH COUNTY

EAST ALONG A LINE PARALLEL TO AND 11.49 FEET EASTERLY OF THE EASTERLY BOUNDARY OF SAID LONG 129, 95.21 FEET TO AN IRON ROD, SAID IRON ROD BEING 2.0 FEET NORTHWESTERLY FROM THE FACE OF A CONCRETE FOUNDATION, AND BEING THE POINT OF BEGINNING OF EASEMENT DESCRIBED HEREIN; THENCE S 49 DEG 30'18" WEST, PARALLEL TO SAID FACE OF FOUNDATION, 13.40 FEET TO AN IRON ROD; THENCE S 39 DEG 26'34" EAST, 31.96 FEET TO A CROSS IN A CONCRETE DECK, SAID CROSS BEING 2.0 FEET SOUTHWESTERLY FROM THE CORNER OF A CONCRETE FOUNDATION; THENCE S 44 DEG 57'37" EAST 59.11 FEET TO THE TERMINUS OF THE AFOREMENTIONED EASEMENT.

has been filed against you and you are required to serve a copy of your written defenses, if any, to it on JOHN R. BELLO, Esquire, of Gibbons Neuman, Plaintiff's attorney, whose address is 3321 Henderson Boulevard, Tampa, Florida 33609, on or before July 19, 2021, a date not less than twenty-eight (28) nor more than sixty (60) days after the date of the first publication of this notice, and file the original with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter; otherwise a default will be entered against you for the relief demanded in the Amended Complaint.

NOTE: THIS COMMUNICATION, FROM A DEBT COLLECTOR, IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

If you are a person with a disability who needs an accommodation in order to access court facilities or participate in a court proceeding, you are entitled, at no cost to you, to the provision of certain assistance.

To request such an accommodation, please contact the Administrative Office of the Court as far in advance as possible, but preferably at least (7) days before your scheduled court appearance or other court activity of the date the service is needed: Complete the Request for Accommodations Form and submit to 800 E. Twiggs Street, Room 604 Tampa, FL 33602. Please review FAQ's for answers to many questions.

You may contact the Administrative Office of the Courts ADA Coordinator by letter, telephone or e-mail.
Administrative Office of the Courts
Attention: ADA Coordinator
800 E. Twiggs Street
Tampa, FL 33602 Phone: 813-272-7040
Hearing Impaired: 1-800-955-8771
Voice impaired: 1-800-955-8770
e-mail: ADA@fljud13.org
DATED this 15th day of June, 2021.
Cindy Stuart
Clerk Circuit Court
By s/ Sonia Santallana
Deputy Clerk

6/18-7/9/21LG 4T

---

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT, IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
Case No.: 21-DR-005475
Division: EP

DARCELL M HAGINS,
Petitioner,
and
GLYNN O HAGINS,
Respondent.

NOTICE OF ACTION FOR DISSOLUTION OF MARRIAGE (NO CHILD OR FINANCIAL SUPPORT)
TO: GLYNN HAGINS
Last Known Address:
1801 18th AVENUE, TAMPA, FL 33605
YOU ARE NOTIFIED that an action for dissolution of marriage has been filed against you and that you are required to serve a copy of your written defenses, if any, to it on DARCELL M HAGINS, whose address is 10207 HARDIN HARPER DRIVE, APT 3, RIVERVIEW, FL 33578, on or before 7/12/2021, and file the original with the clerk of this Court at 800 E. Twiggs St., Room 101, Tampa, FL 33602 before service on Petitioner or immediately thereafter. If you fail to do so, a default may be entered against you for the relief demanded in the petition.

The action is asking the court to decide how the following real or personal property should be divided: Wife to retain 2018 Ford Ecosport and make efforts to refinance into her own name.

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Designation of Current Mailing and E-Mail Address, Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be mailed or e-mailed to the address on record at the clerk's office.

WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.
Dated: 6/10/2021
Clerk of the Circuit Court
By: /s/ Paola Dixon
Deputy Clerk

6/18-7/9/21LG 4T

---

## MANATEE COUNTY

IN THE CIRCUIT COURT FOR MANATEE COUNTY, FLORIDA
PROBATE DIVISION
File No. 21CP-1020

---

## MANATEE COUNTY

Division: Probate

IN RE: ESTATE OF
BARBARA A. COOK,
Deceased.

NOTICE TO CREDITORS
The administration of the estate of BARBARA A. COOK, deceased, whose date of death was January 14, 2021, is pending in the Circuit Court for Manatee County, Florida, Probate Division, the address of which is 1115 Manatee Ave. W., Bradenton, FL 34205. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate, on whom a copy of this notice is required to be served, must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIOD SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is July 9, 2021.
Signed on this 6th day of July, 2021.
Personal Representative:
s/ ROBERT L. COOK
496 Cook Road
Akwesasne, NY 13655
Attorney for Personal Representative:
s/ Sandra G. Sheets
Florida Bar No. 712914
Gray-Robinson, P.A.
1 Lake Morton Drive
Lakeland, FL 33801
Telephone: (863) 284-2200
Email: Sandra.Sheets@gray-robinson.com
2nd Email: emily.crain@gray-robinson.com
7/9-7/16/21LG 2T

---

IN THE CIRCUIT COURT FOR MANATEE COUNTY, FLORIDA
PROBATE DIVISION
File No. 21-CP-1400

IN RE: ESTATE OF
JERRY PAUL RIEBOLDT
Deceased.

NOTICE TO CREDITORS
The administration of the estate of Jerry Paul Rieboldt, deceased, whose date of death was February 22, 2021, is pending in the Circuit Court for Manatee County, Florida, Probate Division, the address of which is 1115 Manatee Avenue West, Bradenton, FL 34205. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is July 9, 2021.
Personal Representative:
Don J. Rieboldt
3310 E. Snowden Road
West College Corner, Indiana 47003
Attorney for Personal Representative:
Kristopher E. Fernandez, Esquire
Attorney
Florida Bar Number: 0606847
114 S. Fremont Avenue
Tampa, FL 33606
Telephone: (813) 832-6340
E-Mail: service@kfernandezlaw.com
7/9-7/16/21LG 2T

---

NOTICE OF INTENDED AGENCY ACTION BY THE SOUTHWEST FLORIDA WATER MANAGEMENT DISTRICT

Notice is given that the District's Intended Agency Action is approval of a Letter Modification Application for a Water Use Permit to serve Agricultural activities. The total authorized withdrawal is 3,619,300 GPD, Peak Month is 6,192,200 GPD, and Drought Annual Average is 3,619,300 GPD. The project is located in Hillsborough and Manatee Counties; Sections 5, 6, 7, 8, 9, 17, 20, 28, 29, 32, Township 34 South, Range 21 East, and Sections 22, 23, 24, Township 31 South, and Range 20 East. The permit applicant is Ag-Mart Produce, Inc. / Attn: Doug Kosarko, whose address is 4606 North Airport Road, Plant City, FL 33563. The Permit No. is 20003417-012. The file(s) pertaining to this project is available for inspection Monday – Friday except for legal holidays, 8am – 5pm, at the Southwest Florida Water Management District, 7601 Highway 301 North, Tampa, FL 33637.

NOTICE OF RIGHTS
Any person whose substantial interests are affected by the District's action regarding this matter may request an administrative hearing in accordance with Sections

---

## MANATEE COUNTY

120.569 and 120.57, Florida Statutes (F.S.), and Chapter 28-106, Florida Administrative Code (F.A.C.), of the Uniform Rules of Procedure. A request for hearing must (1) explain how the substantial interests of each person requesting the hearing will be affected by the District's action, or proposed action; (2) state all material facts disputed by each person requesting the hearing or state that there are no disputed facts; and (3) otherwise comply with Chapter 28-106, F.A.C. A request for hearing must be filed with and received by the Agency Clerk of the District at the District's Brooksville address, 2379 Broad Street, Brooksville, FL 34604-6899 within 21 days of publication of this notice. Failure to file a request for hearing within this time period shall constitute a waiver of any right such person may have to request a hearing under Sections 120.569 and 120.57, F.S. Because the administrative hearing process is designed to formulate final agency action, the filing of a petition means that the District's final action may be different from the position taken by it in this notice of agency action. Persons whose substantial interests will be affected by any such final decision of the District in this matter have the right to petition to become a party to the proceeding, in accordance with the requirements set forth above. Mediation pursuant to Section 120.573, F.S., to settle an administrative dispute regarding the District's action in this matter is not available prior to the filing of a request for hearing.

7/9/21LG 1T

---

IN THE CIRCUIT COURT FOR MANATEE COUNTY, FLORIDA
PROBATE DIVISION
CASE #: 2021-CP-1934

IN RE: ESTATE OF
LIBBY ANN INNES,
Deceased.

NOTICE TO CREDITORS
The administration of the estate of LIBBY ANN INNES, deceased, whose date of death was April 16, 2021, is pending in the Circuit Court for MANATEE County, Florida, Probate Division; File Number 2021-CP-1934; the address of which is 1115 Manatee Ave. W., Bradenton, FL 34205. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons, who have claims or demands against decedent's estate, including unmatured, contingent or unliquidated claims, and who have been served a copy of this notice, must file their claims with this court WITHIN THE LATER OF THREE (3) MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE OR THIRTY (30) DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons who have claims or demands against the decedent's estate, including unmatured, contingent or unliquidated claims, must file their claims with this court WITHIN THREE (3) MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT SO FILED WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

THE DATE OF FIRST PUBLICATION OF THIS NOTICE IS: JULY 2, 2021.

Personal Representative:
Tami R. Innes
3957 Coney Flush Ct. SW
Smyrna, Georgia 30082
Attorney for Personal Representative:
Gregory A. Kaiser, Esquire
gag@wtppl.com
FBN 47376
Wills, Trusts, Probate and Elder Law Firm
6751 Professional Parkway, Suite 104
Sarasota, Florida 34240
Telephone (941) 914-9145
Fax (941) 914-9514
7/2-7/9/21LG 2T

---

## ORANGE COUNTY

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA
CASE NO.: 2021-CA-5167-O

WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF UPLAND MORTGAGE LOAN TRUST A,
Plaintiff,
vs.
UNKNOWN HEIRS, BENEFICIARIES, DEVISEES, GRANTEES, ASSIGNEES, LIENORS, CREDITORS, TRUSTEES, OR OTHER CLAIMANTS CLAIMING BY, THROUGH, UNDER, OR AGAINST STEVEN HYATT; ET AL.,
Defendants.

NOTICE OF ACTION
TO: CATHY JUNE SHELTON AKA CATHY JUNE HYATT
1508 44th Street
Orlando, FL 32839
LAST KNOWN ADDRESS STATED, CURRENT RESIDENCE UNKNOWN
And any unknown heirs, devisees, grantees, creditors and other unknown person or unknown spouses claiming by, through and under the above-named Defendant(s), if deceased or whose last known addresses are unknown.
YOU ARE HEREBY NOTIFIED that an action to foreclose Mortgage covering the following real and personal property described as follows, to-wit:
LOT 9, BLOCK "E", OHIO HOME-SITES FIRST UNIT, ACCORDING TO THE PLAT THEREOF AS RECORD-

---

## ORANGE COUNTY

ED IN PLAT BOOK K, PAGE 120, PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.
Property Address: 1508 44th Street, Orlando, FL 32839
has been filed against you and you are required to serve a copy of your written defense, if any, to it on Suzanne V. Delaney, Storey Law Group, 3670 Maguire Blvd., Suite 200, Orlando, FL 32803 and file the original with the Clerk of the above-styled Court on or before 35 days from first publication, otherwise a default will be entered against you for the relief demanded in the Complaint.
If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Human Resources, Orange County Courthouse, 425 N. Orange Avenue, Suite 510, Orlando, Florida, (407)836-2303, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.
WITNESS my hand and seal of said Court on the 6th day of July, 2021.
Tiffany Moore Russell
Clerk of the Circuit Court
By: /s/ Sandra Jackson
Deputy Clerk
425 North Orange Ave., Suite 350
Orlando, Florida 32801
Storey Law Group
3670 Maguire Blvd., Ste. 200
Orlando, FL 32803
7/9-7/16/21LG 2T

---

IN THE COUNTY COURT IN AND FOR ORANGE COUNTY, FLORIDA
Case No.: 2020-CC-9220-O

Chickasaw Ridge Homeowners Association, Inc.,
Plaintiff,
vs.
Beth Christensen and Ruth Christensen; et al.
Defendant(s).

NOTICE OF FORECLOSURE SALE
NOTICE is hereby given pursuant to a Final Judgment of Foreclosure, dated June 16, 2021, and entered in Case Number: 2020-CC-9220-O, of the County Court in and for Orange County, Florida. To be published in La Gaceta, wherein Chickasaw Ridge Homeowners Association, Inc. is the Plaintiff, and Beth Christensen, Ruth Christensen and All Unknown Tenants/ Owners are the Defendants, the clerk will sell to the highest and best bidder for cash at www.myorangeclerk.realforeclose.com at 11:00 o'clock A.M. on September 22, 2021, the following described property as set forth in said Final Judgment of Foreclosure, to-wit:
Property Description:
LOT 24, CHICKASAW RIDGE, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 36, PAGE 19, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.
Property Address: 8350 Golden Chickasaw Circle, Orlando, FL 32825
ANY PERSON CLAIMING AN INTEREST IN THE SURPLUS FROM THE SALE, IF ANY, OTHER THAN THE PROPERTY OWNER AS OF THE DATE OF THE LIS PENDENS MUST FILE A CLAIM WITHIN 60 DAYS AFTER THE SALE.
If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Human Resources, Orange County Courthouse, 425 N. Orange Avenue, Suite 510, Orlando, Florida, (407) 836-2303, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.
DHN ATTORNEYS, P.A.
3203 Lawton Road, Ste. 125
Orlando, Florida 32803
Telephone: (407) 269-5346
Facsimile: (407) 650-2765
Attorney for Association
By: /s/ Crystal Maler
Crystal Maler, Esquire
Florida Bar No. 1018320
crystal@dhnattorneys.com
7/9-7/16/21LG 2T

---

IN THE CIRCUIT COURT FOR ORANGE COUNTY, FLORIDA
PROBATE DIVISION
File No. 2021-CP-002092-O

IN RE: ESTATE OF
SERENA ROSE MEYER
Deceased.

NOTICE TO CREDITORS
The administration of the estate of SERENA ROSE MEYER, deceased, whose date of death was July 22, 2020; File Number 2021-CP-002092-O, is pending in the Circuit Court for Orange County, Florida, Probate Division, the address of which is 425 North Orange Avenue, Orlando, FL 32801. The names and addresses of the personal representative and the personal representative's attorney are set forth below.
All creditors of the decedent and other persons having claims or demands against decedent's estate, on whom a copy of this notice is required to be served must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.
All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.
ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN SECTION 733.702 OF THE FLORIDA PROBATE

---

## ORANGE COUNTY

CODE WILL BE FOREVER BARRED.
NOTWITHSTANDING THE TIME PERIOD SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.
The date of first publication of this notice is: July 9, 2021
Personal Representative:
CARLOS ALBERTO MARROQUIN LOVO
100 Linden Court
Sterling, VA 20164
Personal Representative's Attorneys:
Derek B. Alvarez, Esq. - FBN: 114278
DBA@GendersAlvarez.com
Anthony F. Diecidue, Esq. - FBN: 146528
AFD@GendersAlvarez.com
Whitney C. Miranda, Esq. - FBN: 65928
WCM@GendersAlvarez.com
GENDERS♦ALVAREZ♦DIECIDUE, P.A.
2307 West Cleveland Street
Tampa, Florida 33609
Phone: (813) 254-4744
Fax: (813) 254-5222
Eservice for all attorneys listed above:
GADeservice@GendersAlvarez.com
7/9-7/16/21LG 2T

---

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT, IN AND FOR ORANGE COUNTY, FLORIDA
Case No.: 2021-DR-006503-O
Division: 41

IN RE THE MARRIAGE OF:
LUIS SANCHEZ,
Husband,
and
DIANA PAREDES,
Wife.

NOTICE OF ACTION FOR DISSOLUTION OF MARRIAGE (NO CHILD OR FINANCIAL SUPPORT)
TO: DIANA PAREDES,
4708 Walden Circle Apt. 1835,
Orlando Florida 32811
NOTIFIED that an action for dissolution of marriage has been filed against you and that you are required to serve a copy of your written defenses, if any, to it on Luis Sanchez, whose address is 3349 S Kirkman Road Orlando, Florida 32811 on or before 8/12/2021 and file the original with the clerk of this Court at 425 N. Orange Avenue, Orlando, Florida 32801, before service on Petitioner or immediately thereafter. If you fail to do so, a default may be entered against you for the relief demanded in the petition.
The action is asking the court to decide how the following real or personal property should be divided: none
Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents upon request.
You must keep the Clerk of the Circuit Court's office notified of your current Mailing and E-Mail Address. (You may file Designation of Current Mailing and E-mail Address, Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be mailed or e-mailed to the addresses on record at the clerk's office.
WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.
DATED this 16th day of June, 2021.
Tiffany Moore Russell
Clerk of the Circuit Court
By: /s/ Felicia Sanders
Deputy Clerk
425 North Orange Ave. Suite 320
Orlando, FL 32801
7/2-7/23/21LG 4T

---

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR ORANGE COUNTY
CIVIL DIVISION
Case No.: 2021-CA-003910-O
Division: 35

REGIONS BANK D/B/A REGIONS MORTGAGE,
Plaintiff,
-vs-
FRANCES NICOLA PERRY, THE UNKNOWN SPOUSE OF FRANCES NICOLA PERRY, and NATHAN PERRY, if living, and all unknown parties claiming by, through, under or against the above-named Defendants who are not known to be dead or alive, whether said unknown parties may claim an interest as spouses, heirs, devisees, grantees, assignees, lienors, creditors, trustees or other claimants, claiming by, through, under or against the said Defendants; LAKE BUENA VISTA RESORT VILLAGE I-A HOTEL CONDOMINIUM ASSOCIATION, INC.; A FLORIDA NOT FOR PROFIT CORPORATION; LAKE BUENA VISTA RESORT VILLAGE MASTER ASSOCIATION, INC.; A FLORIDA NOT FOR PROFIT CORPORATION; THE UNKNOWN SPOUSES, HEIRS, DEVISEES, GRANTEES, ASSIGNEES, LIENORS, CREDITORS, TRUSTEES, OR OTHER CLAIMANTS CLAIMING BY THROUGH UNDER OR AGAINST GEORGE COX PERRY, DECEASED.
Defendants.

NOTICE OF ACTION - CONSTRUCTIVE SERVICE - PROPERTY
TO: THE UNKNOWN SPOUSES, HEIRS, DEVISEES, GRANTEES, ASSIGNEES, LIENORS, CREDITORS, TRUSTEES, OR OTHER CLAIMANTS CLAIMING BY THROUGH UNDER OR AGAINST GEORGE COX PERRY, DECEASED.
Whose Residence is Unknown
Whose Last Known Mailing Address is: Unknown
YOU ARE HEREBY NOTIFIED that an action to foreclose a mortgage on the following property in Orange County, Florida:
The Condominium Parcel known

(Continued on next page)

CHCCC-000052

LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT

## ORANGE COUNTY

as Unit 2509, Lake Buena Vista Resort Village I, a Hotel Condominium ("Condominium"), according to the Declaration of Lake Buena Vista Resort Village I, a Hotel Coondominium thereof ("Declaration"), recorded in Official Records Book 6403, Pages 3240 through 3346, of the Public Records of Orange County, Florida, together with an undivided share in the common elements appurtenant thereto, and any and all amendments thereto.

has been filed against you and you are required to serve a copy of your written defenses, if any, to it on ROD S. NEUMAN, Esquire, of Gibbons Neuman, Plaintiff's attorney, whose address is 3321 Henderson Boulevard, Tampa, Florida 33609, within thirty (30) days of the date of the first publication of this notice, and file the original with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter; otherwise, a default will be entered against you for the relief demanded in the Complaint.

NOTE: THIS COMMUNICATION, FROM A DEBT COLLECTOR, IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Human Resources, Orange County Courthouse, 425 N. Orange Avenue, Suite 510, Orlando, Florida, (407) 836-2303, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

Dated this 23rd day of June, 2021.
Tiffany Moore Russell
Clerk Circuit Court
425 North Orange Ave., Suite 350
Orlando, Florida 32801
By: s/ Grace Katherine Uy
Deputy Clerk
Gibbons Neuman
3321 Henderson Blvd, Tampa, FL 33609
7/2-7/9/21LG 2T

---

**IN THE COUNTY COURT IN AND FOR ORANGE COUNTY, FLORIDA**
Case No.: 2020-CC-003341-O

Millennia Park Homeowners Association, Inc.,
Plaintiff,
vs.
Alex Alaniz; et al.
Defendant(s).

**NOTICE OF FORECLOSURE SALE**

NOTICE is hereby given pursuant to a Final Judgment of Foreclosure, dated June 18, 2021, and entered in Case Number: 2020-CC-003341-O, of the County Court in and for Orange County, Florida. To be published in the La Gaceta, wherein Millennia Park Homeowners Association, Inc. is the Plaintiff, and Alex Alaniz, Luz H. Pulecio-Alaniz, Igor V. Yudin, Founding Finance Company, LLC, and All Unknown Tenants/Owners are the Defendants, the clerk will sell to the highest and best bidder for cash at www.myorangeclerk. realforeclose.com, at 11:00 o'clock A.M. on September 22, 2021, the following described property as set forth in said Final Judgment of Foreclosure, to-wit:

Property Description:
LOT 243, MILLENIA PARK PHASE 1-B, ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN PLAT 77, PAGE(S) 137, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.

Property Address: 4945 Soft Rush Street, Orlando, FL 32811

ANY PERSON CLAIMING AN INTEREST IN THE SURPLUS FROM THE SALE, IF ANY, OTHER THAN THE PROPERTY OWNER AS OF THE DATE OF THE LIS PENDENS MUST FILE A CLAIM WITHIN 60 DAYS AFTER THE SALE.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Human Resources, Orange County Courthouse, 425 N. Orange Avenue, Suite 510, Orlando, Florida, (407) 836-2303, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

DHN ATTORNEYS, P.A.
3203 Lawton Road, Ste. 125
Orlando, Florida 32803
Telephone: (407) 269-5346
Facsimile: (407) 650-2765
Attorney for Association
By: /s/ Ryan Fong
Ryan Fong, Esquire
Florida Bar No. 0113279
ryan@dhnattorneys.com
7/2-7/9/21LG 2T

---

**IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA**
CIVIL DIVISION
CASE NO. 2020-CA-000984-O

PARTNERS FOR PAYMENT RELIEF DE IV LLC
Plaintiff,
vs.
CARLOS FLORES, et al,
Defendant/s

**NOTICE OF SALE PURSUANT TO CHAPTER 45**

NOTICE IS HEREBY GIVEN pursuant to an Order or Final Judgment of Foreclosure dated February 18, 2021, and entered in Case No. 2020-CA-000984-O of the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, wherein Partners For Payment Relief DE IV LLC is the Plaintiff and DANIELLE FLORES, SOUTHCHASE PARCELS 1 AND 6 MASTER ASSOCIATION, INC., SOUTHCHASE PARCEL I COMMUNITY ASSOCIATION, INC., WETHERBEE ROAD ASSOCIATION, INC., UNKNOWN

## ORANGE COUNTY

TENANT #1 NKA PABLO BERNAL, and UNKNOWN TENANT #2 the Defendants. Tiffany Moore Russell, Clerk of the Circuit Court in and for Orange County, Florida will sell to the highest and best bidder for cash at www.orange.realforeclose.com, the Clerk's website for online auctions at 11:00 AM on **August 2, 2021**, the following described property as set forth in said Order of Final Judgment, to wit:

Lot 46, Southchase Unit 3, according to the plat thereof recorded in Plat Book 24, Pages 119 and 120, Public Records of Orange County, Florida.

IF YOU ARE A PERSON CLAIMING AN INTEREST IN THE SURPLUS FROM THE SALE, IF ANY, OTHER THAN THE PROPERTY OWNER AS OF THE DATE OF THE LIS PENDENS, YOU MUST FILE A CLAIM WITH THE CLERK OF COURT BEFORE OR NO LATER THAN THE DATE THAT THE CLERK REPORTS THE SURPLUS AS UNCLAIMED. IF YOU FAIL TO FILE A TIMELY CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS. AFTER THE FUNDS ARE REPORTED AS UNCLAIMED, ONLY THE OWNER OF THE RECORD AS OF THE DATE OF THE LIS PENDENS MAY CLAIM THE SURPLUS.

If the sale is set aside, the Purchaser may be entitled to only a return of the sale deposit less any applicable fees and costs and shall have no further recourse against the Mortgagor, Mortgagee or the Mortgagee's Attorney.

"In accordance with the Americans With Disabilities Act, persons in need of a special accommodation to participate in this proceeding shall, within seven (7) days prior to any proceeding, contact the Administrative Office of the Court, Orange County, 425 N. Orange Ave., Suite 2110, Orlando, FL 32801, Telephone (407) 836-2000, via Florida Relay Service".

DATED at Orange County, Florida, this 28th day of June, 2021.
GILBERT GARCIA GROUP, P.A.
Attorney for Plaintiff
2313 W. Violet St.
Tampa, Florida 33603
Telephone: (813) 443-5087
Fax: (813) 443-5089
emailservice@gilbertgrouplaw.com
By: /s/ Ian P. Hudson, Esq.
Florida Bar No. 102196
630282.02701/TLL
7/2-7/9/21LG 2T

---

**IN THE CIRCUIT COURT FOR ORANGE COUNTY, FLORIDA**
PROBATE DIVISION
File No.: 2021-CP-1710

IN RE: ESTATE OF
RUSSELL W. BLAKE, JR.,
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of RUSSELL W. BLAKE, JR., deceased, whose date of death was February 5, 2021, File Number 2021-CP-1710, is pending in the Circuit Court for Orange County, Florida, Probate Division, the address of which is 425 N. Orange Ave., Orlando, FL 32801.

The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of the first publication of this Notice is July 2, 2021.

Personal Representative:
RUSSELL J. BLAKE
106 Marlboro Road
Southborough, MA 01772

Attorney for Personal Representative:
EDWARD W. SOULSBY, ESQ.
Attorney
Florida Bar Number: 0488216
TROTTER & SOULSBY, P.A.
11834 C.R. 101, Suite 100
The Villages, FL 32162
Telephone: (352) 205-7245
Fax: (352) 205-7305
E-mail: ed@trotterlaw.com
2nd E-mail: audrey@trotterlaw.com
7/2-7/9/21LG 2T

---

**IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT, IN AND FOR ORANGE COUNTY, FLORIDA**
Case No.: 2021-DR-003789

IN RE THE MARRIAGE OF:
FRANCISCO J. VELEZ RAMOS,
Petitioner/Husband,
and
LEDYSHARA T. RIVERA,
Respondent/Wife.

**NOTICE OF ACTION FOR PUBLICATION**

TO: Ledyshara T. Rivera

YOU ARE NOTIFIED that an action for Dissolution of Marriage with Minor Children, including claims for dissolution of marriage, time-sharing with children, payment of debts, division of real and personal property, and for payment of support, has been filed against you. You are required to serve a copy of your written defenses, if any, to this action on Marie Delapaz, Esq., Petitioner's attorney, whose address is P.O. Box 3271, Windermere, FL 34786, on or before 8/12/2021, and file the original with the clerk of this court at Orange County Courthouse, 425 North Orange Ave., Orlando, Florida 32801, ei-

## ORANGE COUNTY

ther before service on Petitioner's attorney or immediately thereafter; otherwise a default will be entered against you for the relief demanded in the petition.

WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.

DATED this 16th day of June, 2021.
Tiffany Moore Russell
Clerk of the Circuit Court
By: /s/ Felicia Sanders
Deputy Clerk
425 North Orange Ave. Suite 320
Orlando, FL 32801
6/25-7/16/21LG 4T

---

**NOTICE OF ACTION**
*Orange County*

**BEFORE THE BOARD OF NURSING**

IN RE: The certification to practice as a Certified Nursing Assistant

Zoe Masterson, C.N.A.
2539 N. Alafaya Trail, Apt. 74
Orlando, Florida 32826

**CASE NO.: 2019-19060
LICENSE NO.: CNA3454044**

The Department of Health has filed an Administrative Complaint against you, a copy of which may be obtained by contacting, Madelyn Pendonis, Assistant General Counsel, Prosecution Services Unit, 4052 Bald Cypress Way, Bin #C65, Tallahassee Florida 32399-3265, (850) 558-9824.

If no contact has been made by you concerning the above by JULY 30, 2021 the matter or the Administrative Complaint will be presented at an ensuing meeting of the Board of Nursing in an informal proceeding.

In accordance with the Americans with Disabilities Act, persons needing a special accommodation to participate in this proceeding should contact the individual or agency sending this notice not later than seven days prior to the proceeding at the address given on the notice. Telephone: (850) 245-4640, 1-800-955-8771 (TDD) or 1-800-955-8770 (V), via Florida Relay Service.
6/18-7/9/21LG 4T

## OSCEOLA COUNTY

**IN THE CIRCUIT COURT FOR OSCEOLA COUNTY, FLORIDA**
PROBATE DIVISION
RE: TIMESCAPE RESORTS, LLC
OSCEOLA County, Florida

Non-Judicial Timeshare foreclosure process

NOTICE IS HEREBY GIVEN that, pursuant to an action for non-judicial foreclosure of timeshare units on the Claim of Lien, dated February 26, 2021, and was recorded March 11, 2021 in the Official Records of Osceola County, Florida in Official Records Book 5909, Page 2859 as Instrument #2021036473, I will sell, to the highest and best bidder for cash, at **CALYPSO CAY VACATION VILLAS RESORT Manager's Office, 4951 Calypso Cay Way, Kissimmee, FL 34746 on the 26th of JULY, 2021 at 11:30 a.m.**, the following described real property located in Osceola County, Florida, to-wit:

Undivided tenant in common fee simple interests in Phases (as set forth below) in CALYPSO CAY VACATION VILLAS, A TIMESHARE PLAN together with all appurtenances thereto, according and subject to the Declaration of Covenants, Conditions and Restrictions for CALYPSO CAY VACATION VILLAS, A TIMESHARE PLAN, as recorded in Official Records Book 2023, Page 342, of the Public Records of Osceola County, Florida and all amendments and exhibits thereto.

**Undivided tenant in common fee simple fractional interest: 4/13520**

**PHASE Number:** PHASE 2
TO: Unit Owner(s)
  Notice Address
  Timeshare Interest
  Amount due:
Tijuana S Burroughs and Glenny D Burroughs, III
1606 Lilly Pond Road
Albany, GA 31701
4/13520 undivided tenant in common fee simple interest in Phase 2
$5,004.51 with a per diem amount of $2.47 from February 16, 2021

The assessment lien created by the Claim of Lien was properly created and authorized pursuant to the timeshare instrument and applicable law, and the amounts secured by said lien are as set above.

You may cure the default at any time prior to the public auction by paying the amount due, as set forth in this notice, to the undersigned Trustee at the address set forth below.

THIS NOTICE OF PUBLIC AUCTION/SALE is dated this 6th day of JULY, 2021.

I HEREBY CERTIFY that a true and correct copy of this NOTICE OF PUBLIC AUCTION/SALE FOR NON-JUDICIAL TIMESHARE FORECLOSURE has been furnished by regular First Class U.S. Mail to each of the obligors at the above listed addresses on this 6th day of JULY, 2021.
THOMAS L ARVILITS
THOMAS L ARVILITS, Esquire
TRUSTEE FOR TIMESCAPE RESORTS, LLC
201 Fletcher Avenue, Second Floor
Sarasota, FL 34237
Telephone (941) 955-7300
Facsimile (941) 953-7625
7/9-7/16/21LG 2T

---

**IN THE CIRCUIT COURT FOR**

## OSCEOLA COUNTY, FLORIDA
PROBATE DIVISION
File No. 2021CP000479PR

IN RE: ESTATE OF
ALYCE LINNEA NICHOLS
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of ALYCE LINNEA NICHOLS, deceased, whose date of death was January 17, 2020; File Number 2021CP000479PR, is pending in the Circuit Court for Osceola County, Florida, Probate Division, the address of which is 2 Courthouse Square, Suite 2000, Kissimmee, FL 34741. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate, on whom a copy of this notice is required to be served must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIOD SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is: July 9, 2021.

Personal Representative:
KENNETH CARLTON NICHOLS
1040 Santa Fe Drive
Kissimmee, FL 34741

Personal Representative's Attorneys:
Derek B. Alvarez, Esq. - FBN: 114278
DBA@GendersAlvarez.com
Anthony F. Diecidue, Esq. - FBN: 146528
AFD@GendersAlvarez.com
Whitney C. Miranda, Esq. - FBN: 65928
WCM@GendersAlvarez.com
GENDERS♦ALVAREZ♦DIECIDUE, P.A.
2307 West Cleveland Street
Tampa, Florida 33609
Phone: (813) 254-4744
Fax: (813) 254-5222
Eservice for all attorneys listed above:
GADeservice@GendersAlvarez.com
7/9-7/16/21LG 2T

---

**IN THE CIRCUIT COURT IN AND FOR OSCEOLA COUNTY, FLORIDA**
CIVIL DIVISION
CASE NO.: 21-CC-01236CF

VILLA SOL RESIDENTIAL OWNERS ASSOCIATION, INC.,
Plaintiff,
vs.
EFRAIN ALVAREZ, JR. AND ADILIMARIE ALVAREZ, AS JOINT TENANTS
Defendant.

**NOTICE OF ACTION**

TO: Adlimarie Alvarez
3109 Via Otero Drive
Kissimmee, FL 34744

You are notified that an action to foreclose a lien on the following property in Osceola County, Florida:

Lot 63, Villa Sol Townhomes, Village 6, according to the map or plat thereof as recorded in Plat book 18, Page 176, Public Records of Osceola County, Florida

Commonly known as 3109 Via Otero Drive, Kissimmee, FL 34744, has been filed against you and you are required to serve a copy of your written defenses, if any, to it on Frazier & Bowles, Attorneys at Law, Plaintiffs attorney, whose address is 202 S. Rome Avenue, Suite 125, Tampa, FL 33606, (813) 603-8600, on or before 17th day of August, 2021, (or 30 days from the first date of publication, whichever is later) and file the original wth the Clerk of this Court either before service on the Plaintiffs attorney or immediately thereafter; otherwise, a default will be entered against you for the relief demanded in the Complaint.

If you are a person with a disability who needs any accomodation in order to participate in a court proceeding or event, you are entitled, at no cost to you, to the provision of certain assistance. Please contact: ADA Coordinator, Court Administration, Osceola County Courthouse, 2 Courthouse Square, Suite 6300, Kissimmee, FL 34741, (407) 742-2417, Fax 407-835-5079 at least 7 days before your scheduled court appearance, or immediately upon receiving notification if the time before the scheduled court appearance is less than 7 days. If you are hearing or voice impaired, call 711 to reach the Telecommunications Relay Service.

Dated: 29th day of June, 2021
Kelvin Soto, Esq.
Clerk of court and Comptroller
Osceola County, Florida
By: /s/ Susan Vis
Deputy Clerk
7/9-7/16/21LG 2T

---

**IN THE COUNTY COURT IN AND FOR OSCEOLA COUNTY, FLORIDA**
CIVIL DIVISION
CASE NO.: 2020 CC 002524CF

VILLA SOL RESIDENTIAL OWNERS ASSOCIATION, INC.,
Plaintiff,
vs.
SEWA RAM SINGHAL AND NIRMAL RANI SINGHAL, HUSBAND AND WIFE
Defendant.

**NOTICE OF ACTION**

TO: Nirmal Singhal
2982 Camino Real Drive South
Kissimmee, FL 34744

You are notified that an action to foreclose a lien on the following property in Osceola County, Florida:

Lot 63, Villa Sol Village 2, according to the plat thereof as recorded in Plat Book 18, Pages 112 through 115, Public Records of Osceola County, Florida

Commonly known as 2982 Camino Real Drive South, Kissimmee, FL 34744, has been filed against you and you are required to serve a copy of your written defenses, if any, to it on Gregory S. Grossman as Frazier & Bowles, Attorneys at Law, Plaintiffs attorney, whose address is 202 S. Rome Avenue, Suite 125, Tampa, FL 33606, (813) 603-8600, on or before 17th day of August, 2021, (or 30 days from the first date of publication, whichever is later) and file the original with the Clerk of this Court either before service on the Plaintiffs attorney or immediately thereafter; otherwise, a default will be entered against you for the relief demanded in the Complaint.

If you are a person with a disability who needs any accommodation in order to participate in a court proceeding or event, you are entitled, at no cost to you, to the provision of certain assistance. Please contact: ADA Coordinator, Court Administration, Osceola County Courthouse, 2 Courthouse Square, Suite 6300, Kissimmee, FL 34741, (407) 742-2417, Fax 407-835-5079 at least 7 days before your scheduled court appearance, or immediately upon receiving notification if the time before the scheduled court appearance is less than 7 days. If you are hearing or voice impaired, call 711 to reach the Telecommunications Relay Service.

Dated: 29th day of June, 2021
Kelvin Soto, Esq.
Clerk of court and Comptroller
Osceola County, Florida
By: /s/ Susan Vis
Deputy Clerk
7/9-7/16/21LG 2T

---

**IN THE CIRCUIT COURT FOR OSCEOLA COUNTY, FLORIDA**
PROBATE DIVISION
File No. 2021-CP-559-PR

IN RE: ESTATE OF
RUTH CARABALLO,
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of Ruth Caraballo, deceased, whose date of death was May 28, 2021, is pending in the Circuit Court for Osceola County, Florida, Probate Division, the address of which is 2 Courthouse Sq, Kissimmee, FL 34741. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLOR-

(Continued on next page)

LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT

## OSCEOLA COUNTY

DA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is July 2, 2021.

Personal Representative:
Priscilla Verra

Counsel for Personal Representative:
/s/ Oscar S. Salgado
Oscar S. Salgado
Florida Bar Number: 1025622
Beth K. Roland
Florida Bar Number: 103674
FAMILY FIRST FIRM
1901 W. Colonial Drive
Orlando, Florida 32804
Telephone: (407) 574-8125
Fax: (407) 476-1101
E-Mail: oscar@familyfirstfirm.com
Secondary E-Mail: probate@familyfirstfirm.com

7/2-7/9/21LG  2T

─────────────────────

### NOTICE OF PUBLIC SALE

The following personal property of Jose Serrano, located at 918 Sherwood Ave., Lot #158 St. Cloud, Florida 34769 will, on July 19, 2021 at 9:00 a.m., be sold for cash to satisfy storage fees in accordance with Florida Statutes, Section 715.109; at The Mark MHP office, 3200 13 Street St. Cloud, Florida 34769.

YEAR/MODEL    1959/BELE
VIN#          BK51591155
Title#        0010395460
Additional personal property unknown

PREPARED BY:
/s/ MARK C. PAYNE, Esq.
Agent for The Mark MHP
P.O. Box 1061
Tampa, Florida 33601-1061
Telephone: 813-223-6882

7/2-7/9/21LG  2T

─────────────────────

### NOTICE OF PUBLIC SALE

The following personal property of Kenneth Kingsbury, located at 3236 Holly Ct., Lot #214 St. Cloud, Florida 34769 will, on July 19, 2021 at 9:00 a.m., be sold for cash to satisfy storage fees in accordance with Florida Statutes, Section 715.109; at The Mark MHP office, 3200 13 Street St. Cloud, Florida 34769.

YEAR/MODEL    1974/GREE
VIN#          21627AOH
Title#        11763375
Additional personal property unknown

PREPARED BY:
/s/ MARK C. PAYNE, Esq.
Agent for The Mark MHP
P.O. Box 1061
Tampa, Florida 33601-1061
Telephone: 813-223-6882

7/2-7/9/21LG  2T

─────────────────────

### IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR OSCEOLA COUNTY, FLORIDA
CIVIL DIVISION

CASE NO. 2021 CA 001291 MF
Division No. 22-E

WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR VERUS SECURITIZATION TRUST 2020-2
Plaintiff,

vs.

BAO ZHANG, et al,
Defendants.

### NOTICE OF ACTION FORECLOSURE PROCEEDINGS - PROPERTY

TO: BOA ZHANG WHOSE LAST KNOWN ADDRESS IS 5-2-3002 NORTH DISTRICT, SUN GONGYUAN, CHAOYANG DISTRICT, DEIJING, BJ, 10002-0 CHINA

Residence unknown and if living, including any unknown spouse of the Defendant, if remarried and if said Defendant is dead, his/her respective unknown heirs, devisees, grantees, assignees, creditors, lienors, and trustees, and all other persons claiming by, through, under or against the named Defendant; and the aforementioned named Defendant and such of the aforementioned unknown Defendant and such of the unknown named Defendant as may be infants, incompetents or otherwise not sui juris.

YOU ARE HEREBY NOTIFIED that an action to foreclose a mortgage on the following described property, to-wit:

LOT 155, WINDSOR AT WESTSIDE - PHASE 3, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 27, PAGE(S) 158 THROUGH 162, PUBLIC RECORDS OF OSCEOLA COUNTY, FLORIDA.

more commonly known as 8925 Sydney Ave, Kissimmee, FL 34747

This action has been filed against you, and you are required to serve a copy of your written defense, if any, to it on McCalla Raymer Leibert Pierce, LLC, Attorney for Plaintiff, whose address is 225 E. Robinson St. Suite 155, Orlando, FL 32801, and file the original with the Clerk of the above styled Court within 30 days after the first publication, otherwise a judgment may be entered against you for the relief demanded in the Complaint.

WITNESS my hand and seal of this Court on the 18th day of June, 2021.

Kelvin Soto, Esq.
Clerk of the Circuit Court
& County Comptroller
OSCEOLA County, Florida

By: /s/ Susan Vis
Deputy Clerk

832775-28466/JO

## OSCEOLA COUNTY

7/2-7/9/21LG  2T

─────────────────────

### IN THE COUNTY COURT IN AND FOR OSCEOLA COUNTY, FLORIDA
CIVIL DIVISION

CASE NO.: 2020-CC-002735CF

BRIGHTON LAKES COMMUNITY ASSOCIATION, INC.,
Plaintiff,

vs.

ARMANDO P. PEREZ, AS TRUSTEE, OF THE SECOND PART
Defendant.

### NOTICE OF ACTION

TO: Armando Perez
2606 Maggiore Circle
Kissimmee, FL 34746

You are notified that an action to foreclose a lien on the following property in Osceola County, Florida:

Lot 550, BRIGHTON LAKES, PHASE 1 - PARCELS A & G, according to the Plat thereof as recorded in Plat Book 12, Pages 156, 157 and 158 of the Public Records of Osceola County, Florida.

Commonly known as 2606 Maggiore Circle, Kissimmee, FL 34746, has been filed against you and you are required to serve a copy of your written defenses, if any, to it on Frazier & Bowles, Attorneys at Law, Plaintiff's attorney, whose address is 202 S. Rome Avenue, Suite 125, Tampa, FL 33606, (813) 603-8600, on or before 3rd August, 2021, or 30 days from the first date of publication, whichever is later) and file the original with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter; otherwise a default will be entered against you for the relief demanded in the Complaint.

If you are a person with a disability who needs any accomodation in order to participate in a court proceeding or event, you are entitled, at no cost to you, to the provision of certain assistance. Please contact: ADA Coordinator, Court Administration, Osceola County Courthouse, 2 Courthouse Square, Suite 6300, Kissimmee, FL 34741, (407) 742-2417, fax 407-835-5079 at least 7 days before your scheduled court appearance, or immediately upon receiving notification if the time before the scheduled court appearance is less than 7 days. If you are hearing or voice impaired, call 711 to reach the Telecommunications Relay Service.

Dated: 22nd June, 2021
Kelvin Soto, Esq.
Clerk of Court and Comptroller
Osceola County, Florida
By: /s/ Suzan Vis
Deputy Clerk

7/2-7/9/21LG  2T

─────────────────────

### IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR OSCEOLA COUNTY, FLORIDA

CASE NO.: 2020CC002475CFXXXX

TEKA VILLAGE HOMEOWNERS ASSOCIATION
Plaintiff,

vs.

DONALD F. BASSETT; UNKNOWN SPOUSE OF DONALD F. BASSETT; ROBERT CULHANE; BARBARA CULHANE; AND UNKNOWN PARTIES IN POSSESSION,
Defendants.

### NOTICE OF SALE PURSUANT TO F.S. CHAPTER 45

Notice is given that pursuant to the Default Final Judgment, dated June 25, 2021, in Case No. 2020CC002475CFXXXX, of the County Court in and for Osceola County, Florida, in which TEKA VILLAGE HOMEOWNERS ASSOCIATION, INC., is the Plaintiff and DONALD F. BASSETT is the Defendant, the Clerk of the Court shall sell the property at public sale on August 10, 2021, at 11:00 a.m., according to Administrative Order 201-01, at the Osceola County Courthouse, Suite 2600/Room #2602, Kissimmee, Florida 34741, in accordance with Section 45.031, Fla.Stat. The following described property set forth in the Order of Final Judgment:

Lot 31, A Replat of a Portion of Tract "C" of a Replat of Teka Village, Tract "2", according to the plat thereof, as recorded in Plat Book 9, Page 2, of the Public Records of Osceola County, Florida; Together with a 2002 Merit Mobile Home IDHFLHMBT1674A and #FLHMBT1674B;
A/K/A

Property Address: 2494 Longpine Lane, Saint Cloud, Florida 34772.

Any Person claiming an interest in the surplus from the sale, if any, other than the property owner as of the date of the lis pendens must file a claim within 60 days after the sale.

IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED, AT NO COST TO YOU, TO THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT COURT ADMINISTRATION, 2 COURTHOUSE SQ. STE. 2000, KISSIMMEE, FL 34741, TEL. PHONE 407-343-3500 WITHIN 2 WORKING DAYS OF YOUR RECEIPT OF THIS NOTICE. IF YOU ARE HEARING OR VOICE IMPAIRED, CALL 1-800-955-8771.

ALAN SCHWARTZSEID, ESQUIRE
CLAYTON & MCCULLOH
1065 Maitland Center Commons Blvd.
Maitland, Florida 32751
(407) 875-2655

7/2-7/9/21LG  2T

─────────────────────

### IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT, IN AND FOR OSCEOLA COUNTY, FLORIDA

Case No.: 2020-DR-002789

NESLY I. HERNANDEZ,
Petitioner,

and

NAPOLEON VILLENA CELO,
Respondent.

### NOTICE OF ACTION FOR PUBLICATION

TO: NAPOLEON VILLENA CELO

## OSCEOLA COUNTY

7/2-7/9/21LG  2T

YOU ARE NOTIFIED that an action for Dissolution of Marriage with Minor Children, including claims for dissolution of marriage, time-sharing with children, payment of debts, division of real and personal property, and for payments of support, has been filed against you. You are required to serve a copy of your written defenses, if any, to this action on Marie Delapeña, Esq., Petitioner's attorney, whose address is P.O. Box 3271, Windermere, FL 34786, on or before July 20, 2021, and file the original with the clerk of this court at Osceola County Courthouse, 2 Courthouse Square, Kissimmee, Florida 34741, either before service on Petitioner's attorney or immediately thereafter; otherwise a default will be entered against you for the relief demanded in the petition.

WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.

DATED this 17th day of June, 2021.

Kelvin Soto
Clerk of the Circuit Court
& County Comptroller
By: /s/ Yuleida Rivera
Deputy Clerk

6/25-7/16/21LG  4T

─────────────────────

## PASCO COUNTY

### IN THE CIRCUIT COURT FOR PASCO COUNTY, FLORIDA
PROBATE DIVISION

File No. 512021CP000535CPAXWS

IN RE: ESTATE OF
DENNIS P. MACHAEL,
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of DENNIS P. MACHAEL, deceased, whose date of death was December 19, 2020; File Number 512021CP000535CPAXWS, is pending in the Circuit Court for Pasco County, Florida, Probate Division, the address of which is P.O. Box 338, New Port Richey, FL 34656-0338. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate, on whom a copy of this notice is required to be served must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIOD SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is: July 9, 2021.

Personal Representative:
MICHAEL JOSEPH MACHAEL
6506 Meadowbrook Lane
New Port Richey, FL 34653

Personal Representative's Attorneys:
Derek B. Alvarez, Esq. - FBN: 114278
DBA@GendersAlvarez.com
Anthony F. Diecidue, Esq. - FBN: 146528
AFD@GendersAlvarez.com
Whitney C. Miranda, Esq. - FBN: 65928
WCM@GendersAlvarez.com
GENDERS♦ALVAREZ♦DIECIDUE, P.A.
2307 West Cleveland Street
Tampa, Florida 33609
Phone: (813) 254-4744
Fax: (813) 254-5222
Eservice for all attorneys listed above:
GADservice@GendersAlvarez.com

7/9-7/16/21LG  2T

─────────────────────

### IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT IN AND FOR PASCO COUNTY, FLORIDA

Case No: 2021CA000924CAAXWS

MTGLQ INVESTORS, L.P.,
Plaintiff,

vs.

CAROL GARDNER, ET AL.,
Defendants.

### NOTICE OF ACTION

TO: Carol Gardner
6935 El Camino Paloma Ave.
Port Richey, FL 34668

Unknown Spouse of Carol Gardner
6935 El Camino Paloma Ave.
Port Richey, FL 34668

LAST KNOWN ADDRESS STATED, CURRENT RESIDENCE UNKNOWN and any unknown heirs, devisees, grantees, creditors and other unknown persons or unknown spouses claiming by, through and under the above-named Defendant(s), if deceased or whose last known addresses are unknown.

YOU ARE HEREBY NOTIFIED that an action to foreclose Mortgage covering the following real and personal property described as follows, to wit:

LOT(S) 208, OF SAN CLEMENTE EAST, UNIT 4, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 11, PAGE (S) 69, OF THE PUBLIC RECORDS OF PASCO COUNTY, FLORIDA.

Property Address: 6935 El Camino Paloma Ave., Port Richey, FL 34668

## PASCO COUNTY

has been filed against you and you are required to serve a copy of your written defenses, if any, to it on Danielle N. Waters, Esq., Lender Legal PLLC, 2807 Edgewater Drive, Orlando, Florida 32804 and file the original with the Clerk of the above-styled Court on or before 30 days from the first publication, otherwise a default will be entered against you for the relief demanded in the Complaint.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Public Information Dept., Pasco County Government Center, 7530 Little Rd., New Port Richey, FL 34654, (727) 847-8110 (V) in New Port Richey; (352) 521-4274, ext 8110 (V) in Dade City, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired call 711. The court does not provide transportation and cannot accommodate for this service. Persons with disabilities needing transportation to court should contact their local public transportation providers for information regarding transportation services.

WITNESS my hand and seal of the said Court on the 24th day of June, 2021.

Nikki Alvarez-Sowles, Esq.
Clerk of the Circuit Court
By: /s/ Cynthia Ferdon-Gaede
Deputy Clerk
Lender Legal PLLC
2807 Edgewater Drive
Orlando, Florida 32804

7/9-7/16/21LG  2T

─────────────────────

### IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT, IN AND FOR PASCO COUNTY, FLORIDA
CIVIL DIVISION

51-2021-CA-000129-CAAX-WS

QUICKEN LOANS, LLC F/K/A QUICKEN LOANS INC.,
Plaintiff,

vs.

DEBRA A. SHARP; BEACON WOODS CIVIC ASSOCIATION, INC.;
Defendants.

### NOTICE OF SALE

NOTICE IS GIVEN that, in accordance with the Uniform Final Judgment of Foreclosure entered on June 8, 2021 in the above-styled cause, Nikki Alvarez-Sowles, Esq., Pasco county clerk of court shall sell to the highest and best bidder for cash on **July 20, 2021 at 11:00 A.M., at www. pasco.realforeclose.com**, the following described property:

LOT 67, BEACON WOODS VILLAGE ONE, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN PLAT BOOK 10, PAGE 148, OF THE PUBLIC RECORDS OF PASCO COUNTY, FLORIDA

Property Address: 8023 Hunters Whip Row, Hudson, FL 34667

ANY PERSON CLAIMING AN INTEREST IN THE SURPLUS FROM THE SALE, IF ANY, OTHER THAN THE PROPERTY OWNER AS OF THE DATE OF THE LIS PENDENS MUST FILE A CLAIM BEFORE THE CLERK REPORTS THE SURPLUS AS UNCLAIMED.

AMERICANS WITH DISABILITIES ACT
If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you to the provision of certain assistance. Within two (2) working days of your receipt of this (describe notice/order) please contact the Public Information Dept., Pasco County Government Center, 7530 Little Rd., New Port Richey, FL 34654; (727) 847-8110 (V) in New Port Richey; (352) 521-4274, ext. 8110 (V) in Dade City, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711. The court does not provide transportation and cannot accommodate for this service; persons with disabilities needing transportation to court should contact their local public transportation providers for information regarding disabled transportation services.

Dated: June 29, 2021

/s/ Michelle A. DeLeon
Michelle A. DeLeon, Esquire
Florida Bar No.: 68587
Quintairos, Prieto, Wood & Boyer, P.A.
255 S. Orange Ave., Ste. 900
Orlando, FL 32801-3454
(855) 287-0240
(855) 287-0211 Facsimile
E-mail: servicecopies@qpwblaw.com
E-mail: mdeleon@qpwblaw.com

7/2-7/9/21LG  2T

─────────────────────

### IN THE COUNTY COURT IN AND FOR PASCO COUNTY, FLORIDA
CIVIL DIVISION

CASE NO.: 51-2020-CC-000610-CC-AX-ES

LAKESHORE RANCH COMMUNITY ASSOCIATION, INC.,
Plaintiff,

vs.

TERESA JEAN WATESKA AND DAVID W. WATESKA, WIFE AND HUSBAND,
Defendants.

### NOTICE OF ACTION

TO: TERESA JEAN WATESKA
19918 LONESOME PINE DRIVE
LAND O LAKES, FL 34638-2648

YOU ARE HEREBY NOTIFIED that an action for foreclosure of lien on the following described real property:

Lot 175, Lakeshore Ranch Phases 2 & 3, according to the map or plat thereof, as recorded in Plat Book 63, Page(s) 51, of the Public Records of Pasco County, Florida.

has been filed against you, and that you are required to serve a copy of your written defenses, if any, to it on WESLEY K. JONES, ESQUIRE, Plaintiff's attorney, whose address is Glasser Knight Jones, PLLC, 400 N. Ashley Drive, Suite 3600, Tampa, Florida 33602, on or before August 2, 2021, a date within 30 days after the first publication of this notice, and file the original with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter; otherwise default will be entered against you for the relief demanded in the complaint.

## PASCO COUNTY

you for the relief demanded in the complaint or petition.

Dated on June 25, 2021.

Nikki Alvarez-Sowles, Esq.
As Clerk of the Court
By: /s/ Kelly Jeanne Symons
Deputy Clerk

Wesley K. Jones, Esquire
Glasser Knight Jones, PLLC
400 N. Ashley Drive, Suite 3600
Tampa, Florida 33602
(813) 440-4600
Attorney for Plaintiff

7/2-7/9/21LG  2T

─────────────────────

### IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT IN AND FOR PASCO COUNTY, FLORIDA

Case No.: 2020-CC-2750-WS

FAIRWAY SPRINGS HOMEOWNERS ASSOCIATION, INC.,
Plaintiff,

vs.

JOSIAH ADAM RENO,
Defendant.

### NOTICE OF ACTION

TO: JOSIHA ADAM RENO
9914 Lopez Drive
New Port Richey, FL 34655

YOU ARE HEREBY NOTIFIED that an action for foreclosure of lien on the following described property:

Lot 392, FAIRWAY SPRINGS UNIT 5, according to the map or plat thereof as recorded in Plat Book 23, Page 31, Public Records of Pasco County, Florida.

has been filed against you, and that you are required to serve a copy of your written defenses, if any, to it on WESLEY K. JONES, ESQUIRE, Plaintiff's attorney, whose address is Glasser Knight Jones, PLLC, whose address is 400 N. Ashley Drive, Suite 2020, Tampa, Florida 33602, on or before August 2, 2021, a date within 30 days after the first publication of the notice and file the original with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter; otherwise default will be entered against you for the relief demanded in the complaint or petition.

DATED on 6/29/2021.

Nikki Alvarez-Sowles, Esq.
As Clerk of the Court
By: /s/ Kelly Jeanne Symons
Deputy Clerk

Wesley K. Jones, Esquire
Glasser Knight Jones, PLLC
400 N. Ashley Drive, Suite 2020
Tampa, Florida 33602
(813) 440-4600
Attorney for Plaintiff

7/2-7/9/21LG  2T

─────────────────────

### IN THE COUNTY COURT IN AND FOR PASCO COUNTY, FLORIDA
CIVIL DIVISION

CASE NO.: 2020-CC-003833-CCAXES

ABBEY GLEN PROPERTY OWNERS ASSOCIATION, INC.,
Plaintiff,

vs.

NII MARTEY PLANGE, A SINGLE MAN,
Defendant.

### NOTICE OF ACTION

TO: NII MARTEY PLANGE
13238 WATERFORD CASTLE DRIVE
DADE CITY, FLORIDA 33525

YOU ARE HEREBY NOTIFIED that an action for foreclosure of lien on the following described property:

Lot 100, Block 3, ABBEY GLEN I, according to the map or plat thereof as recorded in Plat Book 62, Pages(s) 105 through 110, inclusive, Public Records of Pasco County, Florida.

has been filed against you, and that you are required to serve a copy of your written defenses, if any, to it on CHARLES EVANS GLAUSIER, ESQUIRE, Plaintiff's attorney, whose address is: 400 N. Ashley Drive, Suite 3600, Tampa, Florida 33602, on or before August 2, 2021, a date within 30 days after the first publication of this notice and file the original with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter; otherwise default will be entered against you for the relief demanded in the complaint or petition.

DATED on June 25, 2021.

Nikki Alvarez-Sowles, Esq.
As Clerk of the Court
By: /s/ Kelly Jeanne Symons
Deputy Clerk

Charles Evans Glausier, Esquire
Florida Bar No. 0037035
Glausier Knight Jones, PLLC
400 N. Ashley Drive, Suite 3600
Tampa, Florida 33602
(813) 440-4600
Attorney for Plaintiff

7/2-7/9/21LG  2T

─────────────────────

### IN THE CIRCUIT COURT FOR PASCO COUNTY, FLORIDA
PROBATE DIVISION

File No. 512021CP000938CPAXWS

IN RE: ESTATE OF
CLEMMA I. HARVAN,
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of CLEMMA I. HARVAN, deceased, whose date of death was March 24, 2021, is pending in the Circuit Court for Pasco County, Florida, Probate Division, the address of which is P.O. Box 338, New Port Richey, FL 34656-0338. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON

(Continued on next page)

CHCCC-000054

LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT

## PASCO COUNTY

OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is July 2, 2021.

Personal Representative:
CORINNE MACHADO
2683 Murray Pass
Odessa, Florida 33556

Attorney for Personal Representative:
S. Noel White
Florida Bar Number: 0823041
1108 S. Highland Avenue
Clearwater, FL 33756
Telephone: (727) 735-0645
Fax: (727) 735-9375
E-Mail: noel@clearwaterprobateattorney.com

7/2-7/9/21LG 2T

—————————————————

### IN THE CIRCUIT COURT FOR PASCO COUNTY, FLORIDA
PROBATE DIVISION
File No. 512021CP000679CPAXES

IN RE: ESTATE OF
ESTHER I KJOSA
Deceased.

#### NOTICE TO CREDITORS
(Summary Administration)

TO ALL PERSONS HAVING CLAIMS OR DEMANDS AGAINST THE ABOVE ESTATE:

You are hereby notified that an Order of Summary Administration has been entered in the estate of ESTHER I KJOSA, deceased, File Number 512021CP-000679CPAXES by the Circuit Court for Pasco County, Florida, Probate Division, the address of which is 38053 Live Oak Avenue, Dade City, FL 33523; that the decedent's date of death was December 4, 2020; that the total value of the estate is $14,160.29 and that the names and addresses of those to whom it has been assigned by such order are:

| Name | Address |
| --- | --- |
| David L Kjosa, Sr. | 8841 Shenandoah Run Wesley Chapel, FL 33544 |

ALL INTERESTED PERSONS ARE NOTIFIED THAT:

All creditors of the estate of the decedent and persons having claims or demands against the estate of the decedent other than those for whom provision for full payment was made in the Order of Summary Administration must file their claims with this court WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702. ALL CLAIMS AND DEMANDS NOT SO FILED WILL BE FOREVER BARRED. NOTWITHSTANDING ANY OTHER APPLICABLE TIME PERIOD, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is July 2, 2021.

Person Giving Notice:
David L. Kjosa, Sr.
8841 Shenandoah Run
Wesley Chapel, Florida 33544

Attorney for Person Giving Notice:
Nathan L. Townsend
Attorney for David L. Kjosa, Sr.
Florida Bar Number: 0095885
1000 Legion Place, Suite 1200
Orlando, FL 32801
Telephone: (407) 792-6100
Fax: (407) 982-1314
E-Mail: nathan@nltlaw.com
Secondary E-Mail: service@nltlaw.com

7/2-7/9/21LG 2T

—————————————————

### IN THE CIRCUIT COURT IN AND FOR PASCO COUNTY, FLORIDA
CIVIL DIVISION
CASE NO.: 2020-CC-003633-AX-WS

HOLIDAY OAKS CONDOMINIUM ASSOCIATION, INC.,
Plaintiff,
vs.
SEAN MUNDUS,
Defendant.

#### NOTICE OF SALE

NOTICE IS HEREBY GIVEN that, pursuant to the Final Judgment of Foreclosure entered in this cause on June 21, 2021 by the County Court of Pasco County, Florida, the property described as:

Unit 1-D, Building 2, of HOLIDAY OAKS, a Condominium, and an undivided share in the common elements appurtenant thereto, according to the Declaration of Condominium, recorded in the Official Record Book 1028, Page 1796, as amended in Official Records Book 1033, Page 416, and in Condominium Plat Book 18, Pages 14 and 15, of the Public Records of Pasco County Florida.

Property Address: 3421 Tricon Lane, Unit 23, Holiday, FL 34691-1742.

will be sold by the Pasco County Clerk at public sale on July 27, 2021, at 11:00 A.M., electronically online at http://www.pasco.realforeclose.com.

Any person claiming an interest in the surplus from the sale, if any, other than the property owner as of the date of the lis pendens must file a claim before the clerk reports the surplus as unclaimed.

If you are a person with a disability who needs an accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact: Public Information Dept., Pasco County Government Center, 7530 Little Rd., New Port Richey, FL 34654, Phone: 727.847.8110 (voice) in New Port Richey, 352.521.4274, ext 8110 (voice) in Dade City, Or 711 for

## PASCO COUNTY

the hearing impaired. Contact should be initiated at least seven days before the scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven days.

/s/Charles Evans Glausier
Charles Evans Glausier, Esquire
Florida Bar No.: 37035
cglausier@glausierknight.com
GLAUSIER KNIGHT JONES, PLLC
400 N. Ashley Drive, Suite 2020
Tampa, FL 33602
Telephone No.: (813) 440-4600
Attorneys for Plaintiff

7/2-7/9/21LG 2T

—————————————————

### IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT IN AND FOR PASCO COUNTY, FLORIDA
PROBATE DIVISION
CASE NO: 21-CP-000549

IN RE: ESTATE OF
NEIL LITVIN,
Deceased.

#### NOTICE TO CREDITORS

The administration of the estate of Neil Litvin, deceased, whose date of death was December 19, 2020, is pending in the Circuit Court for Pasco County, Florida, Probate Division, the address of which is 7530 Little Road, New Port Richey, FL 34654. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT SO FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

The date of first publication of this notice is July 2, 2021.

Personal Representative:
Ilsa Cavaliere
8123 158th Avenue
Howard Beach, NY 11414

Attorney for Personal Representative:
Brice Zoeckiein, Esq.
Email Address: brice@zoeckieinlawpa.com
Florida Bar No. 0085615
Zoecklein Law P.A.
329 Pauls Drive
Brandon, Florida 33511

7/2-7/9/21LG 2T

—————————————————

### IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT IN AND FOR PASCO COUNTY, FLORIDA
FAMILY LAW DIVISION
Case No: 15-DR-4260-ES
Section: EZ

CRAIG SECOR,
Petitioner,
and
APRIL AYALA,
Respondent/Mother,
and
IVAN MEZA-AYALA,
Respondent/Father.

#### NOTICE OF ACTION FOR FOURTH AMENDED PETITION TO DISESTABLISH PATERNITY AND ESTABLISH PATERNITY, PARENTAL RESPONSIBILITY AND A PARENTING PLAN/TIME SHARING SCHEDULE

To:IVAN MEZA-AYALA

YOU ARE NOTIFIED that an action for Fourth Amended Petition to Disestablish Paternity and Establish Paternity, Parental Responsibility and a Parenting Plan/Time Sharing Schedule has been filed against you and that you are required to serve a copy of your written defenses, if any, to it on Joshua A. Law, Esq., counsel for Petitioner, CRAIG SECOR, whose address is 113 S. Boulevard, Tampa, FL 33606 on or before July 20, 2021 and the original with the clerk of this Court at 38053 Live Oak Ave, Dade City, FL 33523 before service on Petitioner or immediately thereafter. This notice will be posted by Joshua A. Law, Esq., counsel for Petitioner. If you fail to do so, a default may be entered against you for the relief demanded in the petition.

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Notice of Current Address, Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be mailed to the address on record at the clerk's office.

Dated: June 18, 2021
Nikki Alvarez-Sowles, Esq.
Clerk of the Circuit Court
By Kelly Jeanne Simons
Deputy Clerk

6/25-7/16/21LG 4T

—————————————————

### IN THE CIRCUIT COURT FOR PASCO COUNTY, FLORIDA
PROBATE DIVISION
File No. 512020CP001580CPAXWS

IN RE: ESTATE OF
RAYMOND M. SOSA
Deceased.

#### NOTICE OF ACTION
(Formal Notice by Publication)

## PASCO COUNTY

TO: RAMON SOSA
WHEREABOUTS UNKNOWN

YOU ARE NOTIFIED that a PETITION FOR APPROVAL OF CONFIDENTIAL SETTLEMENT AND ALLOCATION AS TO SETTLEMENT WITH LOSA INSURANCE COMPANY has been filed in this court. You are required to serve a copy of your written defenses, if any, on the petitioner's attorney, whose name and address are: Derek S. Alvarez, Esquire, GENDERS ♦ ALVAREZ ♦ DIECIDUE, P.A., 2307 W. Cleveland Street, Tampa, FL 33609, on or before July 19, 2021, and to file the original of the written defenses with the clerk of this court either before service or immediately thereafter. Failure to serve and file written defenses as required may result in a judgment or order for the relief demanded, without further notice.

Signed on June 14, 2021.
Nikki Alvarez-Sowles, Esq.
As Clerk of the Court
By: /s/ Michelle Krohn
As Deputy Clerk
First Publication: June 18, 2021.

6/18-7/9/21LG 4T

—————————————————

### IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT IN AND FOR PASCO COUNTY, FLORIDA
CASE NUMBER: 2021-CA-001069-AX-ES

MATTHEW FRANK NIXON, as PERSONAL REPRESENTATIVE OF THE ESTATE OF RAY GEORGE NIXON a/k/a GEORGE R. NIXON
Plaintiff,
vs.
BENEFICIARIES OF THE ESTATE OF R.L. WHALEY, BENEFICIARIES OF THE EST ATE OF GUS VANEZ, INTER-NATIONAL FIDELITY INSURANCE COMPANY, and THE STATE OF FLORIDA,

#### NOTICE OF ACTION

STATE OF FLORIDA
TO: Beneficiaries of the Estate of R.L. Whaley and Beneficiaries of the Estate of Gus Yanez
Whose residence address is Unknown

YOU ARE NOTIFIED that an action for Specific Performance and Alternatively for Adverse Possession via Color of Title has been filed against the following property in Pasco County, Florida:

LOT 60-A

A parcel of land lying in Section 20, Township 25 South, Range 19 East, Pasco County, Florida, more particularly described as follows:

Commence at the S.W. corner of said Section 20; thence N 89°00'00" E, (As assumed Bearing) a distance of 558.35 feet to a point on the Easterly right-of-way boundary of S.R. No. 583; thence N 24°07'00" E, along stated boundary of S.R. 583, a distance of 1935.97 feet; thence S 65°53'00" E, a distance of 223.99 feet to a point-of-curvature; thence on a curve to the left, on an arc of 297.76 feet, with a radius of 479.00 feet, subtended by a chord of 275.78 feet, chord bearing S 82°39'00" E, to a point of reverse curvature; thence on a curve to the right, on an arc of 283.70 feet, with a radius of 622.00 feet, subtended by a chord of 281.25 feet, chord bearing S 86°21'00" E, to a point of intersection with center line of a 60 foot road right-of-way; thence N 16°34'00" E, along said centerline, a distance of 307.09 feet to a point-of-curvature; thence on a curve to the left, on an arc of 487.47 feet, with a radius of 1341.53 feet, subtended by a chord of 255.79 feet, bearing N 09°42'35" W, to a point-of-reversecurvature; thence on a curve to the right, on an arc of 163.080 feet with a radius of 147.82 feet, subtended by a chord of 162.479 feet, chord bearing N 07°50'41" W, to a Point-of beginning; thence continue on a curve to the right, on an arc of 163.080 feet with a radius of 147.82 feet, subtended by a chord of 312.28 feet, chord bearing N 17°59'28" E; thence S 55°26'54" E, a distance of 30.00 feet; thence S 41 °30'00" E, a distance of 317.67 feet; thence S 81 °55'06" W, a distance of 304.69 feet; thence N 88°34'10" W, a distance of 30.00 feet to the Point-of-Beginning.

The Northeasterly 25 feet of herein described boundary reserved for a drainage easement.

The Westerly 30 feet herein reserved for road right-of-way.

And has been filed against you and you are required to file your written defenses, if any, with the Clerk of the above Court and to serve a copy within 30 days after the first publication of this Notice of Action on/or before July 19, 2021.

Theodore J. Hamilton, Esq., Plaintiffs attorney, whose address is: 812 W. Dr. MLK, Jr. Blvd., Suite 101, Tampa, FL 33603, and file the original with the Clerk ofthis Court either before service on Plaintiff's attorney or immediately thereafter; otherwise a default will be entered against you for the relief demanded in the Complaint.

If you are a person with a disability who needs accommodation to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Contact either the Pasco County Customer Service Center, 8731 Citizens Drive, New Port Richey, FL 34654, (727) 847-2411 (V), or the Pasco County Risk Management Office, 7536 State Street, New Port Richey, FL 34654, (727) 847-8028 (V), at least seven days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is fewer than seven days. If you are hearing or voice impaired, call 711.

DATED on this 10th day of June, 2021.
Nikki Alvarez-Sowles, Esq.
Clerk of the Circuit Court
By: s/ Kelly Jeanne Symons
Deputy Clerk

6/18-7/9/21LG 4T

## PINELLAS COUNTY

against decedent's estate, on whom a copy of this notice is required to be served must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIOD SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is July 9, 2021.

Personal Representative:
LISA K. RICHARDS
8 East National Dr.
Newark, OH 43055

Personal Representative's Attorneys:
Derek B. Alvarez, Esq. - FBN: 114278
DBA@GendersAlvarez.com
Anthony F. Diecidue, Esq. - FBN: 146528
AFD@GendersAlvarez.com
Whitney C. Miranda, Esq. - FBN: 65928
WCM@GendersAlvarez.com
GENDERS♦ALVAREZ♦DIECIDUE, P.A.
2307 West Cleveland Street
Tampa, Florida 33609
Phone: (813) 254-4744
Fax: (813) 254-5222
Eservice for all attorneys listed above:
GADeservice@GendersAlvarez.com

7/9-7/16/21LG 2T

—————————————————

### IN THE CIRCUIT COURT FOR PINELLAS COUNTY, FLORIDA
PROBATE DIVISION
File No. 21-006075-ES

IN RE: ESTATE OF
RONALD PAUL DVOJACK,
Deceased.

#### NOTICE TO CREDITORS

The administration of the estate of RON-ALD PAUL DVOJACK, deceased, whose date of death was April 15, 2021, is pending in the Circuit Court for Pinellas County, Florida, Probate Division, the address of which is 315 Court Street, Clearwater, FL 33755. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is July 9, 2021.

Personal Representative:
JOHN DVOJACK
1416 Murray Ave
Clearwater, Florida 33755

Attorney for Personal Representative:
S. Noel White
Florida Bar Number: 0823041
Sylvia Noel White P.A.
1108 S. Highland Avenue
Clearwater, FL 33756
Telephone: (727) 735-0645
Fax: (727) 735-9375
E-Mail: noel@clearwaterprobateattorney.com

7/9-7/16/21LG 2T

—————————————————

### IN THE CIRCUIT COURT FOR PINELLAS COUNTY, FLORIDA
PROBATE DIVISION
File No. 21-006075-ES

IN RE: ESTATE OF
RONALD PAUL DVOJACK,
Deceased.

#### NOTICE TO CREDITORS

The administration of the estate of RON-ALD PAUL DVOJACK, deceased, whose date of death was April 15, 2021, is pending in the Circuit Court for Pinellas County, Florida, Probate Division, the address of which is 315 Court Street, Clearwater, FL 33755. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERI-

(Continued on next page)

## PINELLAS COUNTY

### IN THE CIRCUIT COURT FOR PINELLAS COUNTY, FLORIDA
PROBATE DIVISION
File No. 21-003969-ES

IN RE: ESTATE OF
ALICE PAPAJOHN,
Deceased.

#### NOTICE TO CREDITORS

The administration of the estate of AL-ICE PAPAJOHN, deceased, whose date of death was March 28, 2020, is pending in the Circuit Court for Pinellas County, Florida, Probate Division, the address of which is 315 Court Street, Clearwater, FL 33756. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is July 9, 2021.

Personal Representative:
MARIA SARDO
12 Wampus Avenue
Armonk, New York 10504

Attorney for Personal Representative:
S. Noel White
Florida Bar Number: 0823041
1108 S. Highland Avenue
Clearwater, FL 33756
Telephone (727) 735-0645
Fax: (727) 735-9375
E-Mail: noel@clearwaterprobateattorney.com

7/9-7/16/21LG 2T

—————————————————

### IN THE CIRCUIT COURT FOR PINELLAS COUNTY, FLORIDA
PROBATE DIVISION
UCN: 522021CP006025XXESXX
CASE NO: 21-005025-ES

IN RE: ESTATE OF
RALPH C. REED
Deceased.

#### NOTICE TO CREDITORS

The administration of the estate of Ralph C. Reed, deceased, whose date of death was December 23, 2020; Case Number 21-005025-ES, is pending in the Circuit Court for Pinellas County, Florida, Probate Division, the address of which is 315 Court Street, Clearwater, FL 33755. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate, including unmatured, contingent or unliquidated claims, on whom a copy of this notice is served must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate, including unmatured, contingent or unliquidated claims, must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT SO FILED WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this Notice is July 9, 2021.

Personal Representative:
Kelly A. Dembro
15142 Peach Bloom Road
Brooksville, FL 34614

Attorney for Personal Representative:
James A. Staack, Esquire
STAACK, SIMMS & REIGHARD, PLLC
900 Drew Street, Suite 1
Clearwater, FL 33755
Florida Bar No. 092989

7/9-7/16/21LG 2T

—————————————————

### IN THE CIRCUIT COURT FOR PINELLAS COUNTY, FLORIDA
PROBATE DIVISION
File No. 21-003853-ES

IN RE: ESTATE OF
ALTHEA ANNETTE HUNTSBERGER
Deceased.

#### NOTICE TO CREDITORS

The administration of the estate of AL-THEA ANNETTE HUNTSBERGER, deceased, whose date of death was November 14, 2019; File Number 21-003853-ES, is pending in the Circuit Court for Pinellas County, Florida, Probate Division, the address of which is 315 Court Street, Clearwater, FL 33756. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate, on whom a copy of this notice is required to be served must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERI-

CHCCC-000055

LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT

## PINELLAS COUNTY

COSTS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is July 9, 2021.

Personal Representative:
JOHN DVOJACK
1416 Mizay Ave
Clearwater, Florida 33756

Attorney for Personal Representative:
S. Noel White
Florida Bar Number: 0823041
Sylvia Noel White P. A.
1108 S. Highland Avenue
Clearwater, FL 33756
Telephone: (727) 735-0645
Fax: (727) 735-9375
E-Mail: noel@clearwaterprobateattorney.com

7-9-7/16/21LG 2T

---

**COUNTY COURT,
PINELLAS COUNTY, FLORIDA
SMALL CLAIMS DIVISION**
UCN: 522020SC006226XXSCSC
Reference No. 20-006226-SC

JERRY L BARKSDALE
Vs.
MICHELLE M HORTON.

### NOTICE OF ACTION

TO: MICHELLE M HORTON
603 63RD AVE WEST
UNIT 2
BRADENTON FL 34207
and all parties having any right, title or interest in the property herein described.

YOU ARE HEREBY NOTIFIED that an action has been filed against you in this Court for

**Small Claims 3 - $501 - $2,500.**
YOU ARE REQUIRED TO APPEAR in person or by attorney at the Pinellas County Courthouse in:
**545 1st Avenue North, 1st Floor
St Petersburg Florida 33701**
On or before 28 DAYS AFTER FIRST PUBLICATION DATE , before a Judge of this Court.

The defendant(s) must appear in court on the date specified in order to avoid a Default Judgment. The Plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written motion or answer to the court by the plaintiff(s) or defendant(s) shall not excuse the personal appearance of a party or its attorney in the pre-trial conference. The date and time of the pre-trial conference cannot be rescheduled without good cause and prior court approval.

WITNESS MY HAND and Seal of this Court on this the 28th day of June, 2021.

KEN BURKE
CLERK OF THE CIRCUIT COURT
315 Court Street — Room 170
Clearwater, Florida 33756-5165
(727)464-7000 www.mypinellasclerk.org
By.: /s/ Thomas Smith
Deputy Clerk

7-2-7/23/21LG 4T

---

**NON-RESIDENT NOTICE
IN THE CHANCERY COURT FOR
CARTER COUNTY
AT ELIZABETHTON, TENNESSEE**
CIVIL ACTION NO. 31192
JONATHAN DAVID GUZALAK,
Plaintiff
-vs-
KATELYN HOPE GUZALAK,
Defendant

In this cause, it appearing from the Plaintiff's bill, which is sworn to, that the Defendant, Katelyn Hope Guzalak, address unknown, it is ordered by me that publication be made for four successive weeks, as required by law, in the La Gaceta , a newspaper published in Clearwater, Florida, in Pinellas County, FL, notifying said Defendant to appear before our said Chancery Court, at the Courthouse, 801 East Elk Avenue, Elizabethton, TN within thirty (30) days after this notice has been published for four successive weeks in said newspaper, and make answer to said complaint, or the allegations there of will be taken for confessed and this cause will be set for hearing ex parte as to Katelyn Hope Guzalak.

This, the 25th day of June, 2021.
Andrew J. LaPorte, Clerk and Master

7-2-7/23/21LG 4T

---

**IN THE CIRCUIT COURT OF THE
SIXTH JUDICIAL CIRCUIT, IN AND FOR
PINELLAS COUNTY, FLORIDA**
UCN: 522021DR004324XXFDFD
REF: 21-004324-FD
Division: Section 12

BEVERLY MAYNOR,
Petitioner,
vs
CLARENCE JENKINS,
Respondent

### NOTICE OF ACTION FOR
**DISSOLUTION OF MARRIAGE
(WITHOUT CHILD(REN) OR FINANCIAL SUPPORT)**

TO: CLARENCE JENKINS
1759 DAYTON STREET
ST PETERSBURG FL 33712

YOU ARE NOTIFIED that an action for dissolution of marriage has been filed against you and that you are required to serve a copy of your written defenses, if any, to BEVERLY MAYNOR, whose address is BEVERLY MAYNOR, 1333 PRESTON ST SOUTH, ST PETERSBURG, FL 33712 within 28 days after the first date of publication, and file the original with the clerk of this Court at 315 Court Street, Room 170, Clearwater, FL 33756, before service on Petitioner or immediately thereafter. If you fail to do so, a default may be entered against you for the relief demanded in the petition.

The action is asking the court to decide how the following real or personal property should be divided: NONE

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office.

---

## PINELLAS COUNTY

You may review these documents upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Notice of Current Address, Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be mailed to the address on record at the clerk's office.

WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.

Dated: June 23, 2021
KEN BURKE
Clerk of the Circuit Court
315 Court Street - Room 170
Clearwater, Florida 33756-5165
(727) 464-7000
www.mypinellasclerk.org
By: /s/ Thomas Smith
Deputy Clerk

7-2-7/23/21LG 4T

---

**IN THE CIRCUIT COURT FOR
PINELLAS COUNTY, FLORIDA
PROBATE DIVISION**
File No. 19-004608-ES

IN RE: ESTATE OF
MARGARET R. HAAS,
Deceased.

### FAMILY TRIBE,

as owner and holder of a partial assignment of interests of Julia Janosikova, Milina Forbakova, Anna Ondrosova, Alzbeta Bartkova, Margita Sankova, Anna Cechova, Ludovit Cech, Jarmila Koscelanska,Ruzena Balakova, Iveta Simicova, Vladimir Tomik; Peter Tomik, Jaroslav Tomik, Eva Kadleckova, Jarmila Kocharakova, Jaroslav Branecky, Jan Branecky, Maria Hertlova, Rudolf Ickic, Ladislav Danielik, Alena Maneckova, Jan Danielik, Maria Benzova, Jana Mehnood, Alena Cechova, Marta Soltisova, Jarmila Ravasova,
Petitioner,

VS.

LUDMILA IDA TIMKANIC, as Personal Representative of the Estate of Margaret R. Haas, and any Unknown or Unascertained Beneficiaries of the Estate of Margaret R. Haas, and any and all persons claiming by, through, under or against them,
Respondents.

### NOTICE OF ACTION

TO: ANY UNKNOWN OR UNASCERTAINED BENEFICIARIES; CLAIMANTS OR HEIRS OF MARGARET R. HAAS AND ALL OTHER PERSONS CLAIMING BY, THROUGH, UNDER OR AGAINST THEM.

YOU ARE NOTIFIED that an Amended Petition for Determination of Heirs & Their Respective Shares has been filed against you and you are required to serve a copy of your written defenses, if any, to it on LAWRENCE W. LIVOTI, Petitioner's attorney, whose address is Lawrence W. Livoti, P.A., 5321 West Broward Blvd., Plantation, FL 33317, on or before July 30, 2021, and file the original with the clerk of this court either before service on Petitioner's attorney or immediately thereafter, otherwise, a default will be entered against you for the relief demanded in the complaint or petition.

Dated June 28, 2021.
KEN BURKE, CLERK OF THE CIRCUIT COURT AND COMPTROLLER
As Clerk of Court
By: /s/ Kathy D. Guarnieri
Deputy Clerk

7-2-7/23/21LG 4T

---

**IN THE CIRCUIT COURT OF THE
SIXTH JUDICIAL CIRCUIT, IN AND FOR
PINELLAS COUNTY, FLORIDA**
UCN: 522021DR006411XXFDFD
REF: 21-005411-FD
Division: Section 17

FERNANDO J TAPIA,
Petitioner,
and
DENISSE N TIJEROS,
Respondent

### NOTICE OF ACTION FOR
**DISSOLUTION OF MARRIAGE
(WITH CHILD(REN) AND FINANCIAL SUPPORT)**

TO: DENISSE N TIJEROS
577 PINEHURST CT
KISSIMMEE FL 34758

YOU ARE NOTIFIED that an action for dissolution of marriage has been filed against you and that you are required to serve a copy of your written defenses, if any, to FERNANDO J TAPIA, whose address is FERNANDO J TAPIA 4942 BOLA STREET, NEW PORT RICHEY, FL 34652 within 28 days after the first date of publication, and file the original with the clerk of this Court at 315 Court Street, Room 170, Clearwater, FL 33756, before service on Petitioner or immediately thereafter. If you fail to do so, a default may be entered against you for the relief demanded in the petition.

The action is asking the court to decide how the following real or personal property should be divided: NONE

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Notice of Current Address, Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be mailed to the address on record at the clerk's office.

WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.

Dated: June 28, 2021
KEN BURKE

---

## PINELLAS COUNTY

Clerk of the Circuit Court
315 Court Street - Room 170
Clearwater, Florida 33756-5165
(727) 464-7000
www.mypinellasclerk.org
By.: /s/ Thomas Smith
Deputy Clerk

7-2-7/23/21LG 4T

---

**IN THE CIRCUIT COURT OF THE
SIXTH JUDICIAL CIRCUIT IN AND FOR
PINELLAS COUNTY, FLORIDA**
PROBATE DIVISION
File No.: 21-005397-ES

IN RE: ESTATE OF
PATRICIA ANN DANIELS,
Decedent.

### NOTICE TO CREDITORS
(Summary Administration)

TO ALL PERSONS HAVING CLAIMS OR DEMANDS AGAINST THE ABOVE ESTATE

You are hereby notified that an Order of Summary Administration has been entered in the estate of Patricia Ann Daniels, deceased, File Number 21-005397-ES, by the Circuit Court for Pinellas County, Florida, Probate Division, the address of which is 545 First Avenue North, St. Petersburg, Florida 33701; that the decedent's date of death was January 14, 2021; that the total value of the estate is $0.00 and that the names and addresses of those to whom it has been assigned by such order are:
Name                                     Address
Mary B. Murph     1430 63rd Avenue South
                              St. Petersburg, Florida 33712
ALL INTERESTED PERSONS ARE NOTIFIED THAT:

All creditors of the estate of the decedent and persons having claims or demands against the estate of the decedent other than those for whom provision for full payment was made in the Order of Summary Administration must file their claims with this court WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702. ALL CLAIMS AND DEMANDS NOT SO FILED WILL BE FOREVER BARRED. NOT WITHSTANDING ANY OTHER APPLICABLE TIME PERIOD, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of the first publication of this notice is July 2, 2021.

Petitioner:
s/ Mary B. Murph
1430 63rd Avenue South
St. Petersburg, Florida 33712

Attorney for Petitioner:
s/ Tamara Felton-Howard, Esq.
Florida Bar No. 0158770
Felton-Howard Law, P.L.L.C.
5203 Central Avenue
St. Petersburg, Florida 33710
Telephone: 727-202-8626
Primary Email:
pleadings@feltonhowardlaw.com

7-2-7/9/21LG 2T

---

**IN THE CIRCUIT COURT FOR
PINELLAS COUNTY, FLORIDA,
SIXTH CIRCUIT, PROBATE DIVISION**
UCN: 522021CP006462XXESXX
REF#: 21-006462-ES

IN RE: ESTATE OF
Barbara Mary Adams,
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of Barbara Mary Adams, deceased, whose date of death was February 22, 2021; UCN: 522021CP006462XXESXX REF #: 21-006462-ES is pending in the Circuit Court for Pinellas County, Probate Division; the address of which is 315 Court Street, Clearwater, Florida, 33756. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice has been served must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE. ALL CLAIMS NOT SO FILED WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIOD SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this Notice is July 2, 2021.

Personal Representative:
LISA ANN WALSH
2210 Euclid Circle South
Clearwater, FL 33764

Personal Representative's Attorneys:
Derek B. Alvarez, Esq. - FBN: 114278
DBA@GendersAlvarez.com
Anthony F. Diecidue, Esq. - FBN: 146528
AFD@GendersAlvarez.com
Whitney C. Miranda, Esq. - FBN: 65928
WCM@GendersAlvarez.com
GENDERS♦ALVAREZ♦DIECIDUE, P.A.
2307 West Cleveland Street
Tampa, Florida 33609
Phone: (813) 254-4744
Fax: (813) 254-5222
Eservice for all attorneys listed above:
GADeservice@GendersAlvarez.com

7-2-7/9/21LG 2T

---

## PINELLAS COUNTY

and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this Notice is July 2, 2021.

Personal Representative:
Bettina M. L. Moses
3415 W Fletcher Ave
aka Bettina L. Moses
3415 W Fletcher Ave
Tampa, FL 33618

Attorney For Personal Representative:
Adria Beamshelker Dickey
3415 W Fletcher Ave
Tampa, FL 33618
(813) 586-3200
FL Bar Number: 467308
adria@adriadickeylaw.com

7-2-7/9/21LG 2T

---

**IN THE CIRCUIT COURT FOR
PINELLAS COUNTY, FLORIDA**
PROBATE DIVISION
File No. 21-005147-ES

IN RE: ESTATE OF
NANCY WALSH
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of NAN-CY WALSH, deceased, whose date of death was October 20, 2019; File Number 21-005147-ES, is pending in the Circuit Court for Pinellas County, Florida, Probate Division, the address of whichis 315 Court Street, Clearwater, FL, 33756. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate, on whom a copy of this notice is required to be served must file their claims with this court WITH-IN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIOD SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this Notice is July 2, 2021.

Personal Representative:
LISA ANN WALSH
2210 Euclid Circle South
Clearwater, FL 33764

Personal Representative's Attorneys:
Derek B. Alvarez, Esq. - FBN: 114278
DBA@GendersAlvarez.com
Anthony F. Diecidue, Esq. - FBN: 146528
AFD@GendersAlvarez.com
Whitney C. Miranda, Esq. - FBN: 65928
WCM@GendersAlvarez.com
GENDERS♦ALVAREZ♦DIECIDUE, P.A.
2307 West Cleveland Street
Tampa, Florida 33609
Phone: (813) 254-4744
Fax: (813) 254-5222
Eservice for all attorneys listed above:
GADeservice@GendersAlvarez.com

7-2-7/9/21LG 2T

---

**IN THE SIXTH JUDICIAL CIRCUIT
COURT IN AND FOR PINELLAS
COUNTY, FLORIDA**
PROBATE DIVISION
File No. 2021-CP-4442

IN RE: ESTATE OF
JOHN ARABA,
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of John Araba, deceased, whose date of death was February 2, 2021, is pending in the Circuit Court for Pinellas County, Florida, Probate Division, the address of which is 315 Court Street, Clearwater, FL 33756. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE

---

## PINELLAS COUNTY

FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is July 2, 2021.

Personal Representative:
Shaneka Araba
5224 Bon Vivant Dr, Apt 63
Tampa, FL 33603

Attorney for Personal Representative:
Dennis J. Szafran
Attorney
Florida Bar Number: 118448
DJS Law Group
13119 W. Linebaugh Avenue, Suite 102
Tampa, FL 33626
Telephone: (888) 266-1078
Fax: (727) 498-3661
E-Mail: service@djslaw.org
Secondary E-Mail: holly@djslaw.org

7-2-7/9/21LG 2T

---

**IN THE CIRCUIT COURT OF THE
SIXTH JUDICIAL CIRCUIT IN AND FOR
PINELLAS COUNTY, FLORIDA**
Family Law Division
Case No.: 20-007968-FD

TIFFANY LYNETTE APPLEWHITE,
Petitioner,
and
JUSTIN ALEXANDER DAVIS,
Respondent.

### NOTICE OF ACTION FOR PETITION
FOR DISSOLUTION OF MARRIAGE

TO: JUSTIN ALEXANDER DAVIS
Address: Unknown

YOU ARE NOTIFIED that an action for Petition for Dissolution of Marriage has been filed against you and that you are required to serve a copy of your written defenses, if any, to it on Joshua A. Law, Esq., counsel for Petitioner, TIFFANY LY-NETTE APPLEWHITE, whose address is 113 S. Boulevard, Tampa, FL 33606 on or before July 20th, 2021 and the original with the clerk of this Court at 545 1st Avenue North, Room 153. St. Petersburg, FL 33701 before service on Petitioner or immediately thereafter. This notice will be published by La Gaceta Newspaper.

If you fail to do so, a default may be entered against you for the relief demanded in the petition.

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Notice of Current Address, Florida Supreme Court Approved Family Law Form 12.91 5.) Future papers in this lawsuit will be mailed to the address on record at the clerk's office.

Dated: June 16, 2021
Ken Burke
Clerk of the Circuit Court
By: Delia A. Leily
Deputy Clerk

6/4-7/9/21LG 4T

---

**IN THE CIRCUIT COURT FOR
PINELLAS COUNTY, FLORIDA**
PROBATE DIVISION
CASE NO.: 21-005862-ES

IN RE: ESTATE OF
THOMAS CHARLES MAYHEW
Deceased.

### PETITION FOR ADMINISTRATION
(intestate Florida resident - single petitioner)

Petitioner, Julie A. Hamil, alleges:

1. Petitioner is a Florida resident, and she has an interest in the above estate as a daughter and beneficiary of the estate of Thomas Charles Mayhew, Decedent, Petitioner's address is 2217 Cornell Drive, Riverview, Florida 33578. The name and address of Petitioner's attorney are set forth at the end of this Petition.

2. Decedent, Thomas Charles Mayhew, whose last known address was 4243 96th Terrace, Pinellas Park, Florida 33782, whose age was 79, and whose social security number is XXX-XX-8421, died on April 23, 2021 at Northside Hospital located at 6000 49th Street North, St. Petersburg, Florida 33709, and on the date of death Decedent was domiciled in Pinellas County, Florida.

3. Decedent was not survived by a spouse. So far as is known, the names of the beneficiaries, if any, their addresses, their relationships to Decedent, and the dates of birth of any who are minors are:
Name, Address, Relationship, Date of Birth (minor)
Julie A. Hamil
2217 Cornell Drive
Riverview, Florida 33578
Daughter
N/A
Amy Sandler
10299 Wayover Way
Columbia, Maryland 21045
Daughter
N/A
Mark Mayhew
Unhoused
Son
N/A

4. Venue is proper in this county because Decedent was domiciled in this county at the time of his death and died owning real property in Pinellas County, Florida, as more specifically described below.

Lot 35, Block 49, MAINLANDS OF TAMARAC BY THE GULF - UNIT TWO, a Condominium, together with an undivided share in the common elements appurtenant thereto, according to the Declaration of Condominium and all its attachments and amendments, as recorded in O.R. Book 3071, Page 641, as re-recorded in O.R. Book 3113, Page 516, and as recorded in Condominium Plat Book 4, Pages 1 through 8, inclusive, and any amendments thereto, Public Records of Pinellas County, Florida.

5. Julie A. Hamil, whose address is 2217 Cornell Drive, Riverview, Florida 33578, is best qualified under Section 733.301(1)

(Continued on next page)

CHCCC-000056

Case 8:22-cv-01977-MSS-SPF   Document 36-5   Filed 06/29/23   Page 38 of 41 PageID 820
USDC FLMB 8:21-bk-01919-CED   Doc 124   Filed 01/14/22   Page 186 of 248

(a) of the Florida Statutes to serve as personal representative of Decedent's estate in Florida since:

(a) Petitioner is now aware of any other person having equal or higher preference for appointment of personal representative under Section 733.301, Florida Statutes, as Petitioner is an heir in the nearest degree and is a resident of the State of Florida; and

(b) Petitioner is qualified to serve as personal representative under the laws of Florida as an individual under Sections 733.303 and 733.304, Florida Statutes.

6. The nature and approximate value of the above-described property are:

| Nature of Asset | Approximate Value |
| Personal | |
| 4243 96th Terrace | |
| Pinellas Park, Florida 33782 | $157,042.00 |
| Total Approximate Value of Estate | $157,042.00 |

7. The estate will not be required to file a federal estate tax return.

8. After the exercise of reasonable diligence, Petitioner is unaware of any unrevoked wills or codicils of Decedent.

9. Domiciliary or principal proceedings are not pending in another state or country.

10. Petitioner is qualified within the provisions of Sections 733.302, 733.303, and 733.3.4 of the Florida Probate Code to serve as personal representative of the estate of Thomas Charles Mayhew, deceased. Petitioner has reviewed the statutes and understands the qualifications. Under penalties, Petitioner certifies that the following statements are true:

a. She is 18 years of age or older.

b. She has never been convicted of a felony.

c. She is mentally and physically able to perform the duties of the personal representative.

d. She is a resident of the State of Florida.

Petitioner requests that the Court appoint Julie A. Hamil as the personal representative of Decedent's estate.

Under penalties of perjury, I declare that I have read the foregoing, and the facts alleged are true, to the best of my knowledge and belief.

Signed on June 1, 2021

Petitioner
/s/ Julie Hamil
Attorney for Petitioner:
/s/ Judith S. Lambert, Esquire
Florida Bar No. 0578932
LAMBERT LAW OFFICES, PL
617 W. Lumsden Road
Brandon, Florida 33511
Tel: (813) 662-7429
E-mail: judy@judithslambert.com

6/18-7/9/21LG 4T

---

**IN THE CIRCUIT COURT FOR PINELLAS COUNTY, FLORIDA**
PROBATE DIVISION

Case Number: 21-005862-ES

IN RE: ESTATE OF
THOMAS CHARLES MAYHEW
Deceased.

**NOTICE OF ADMINISTRATION (Intestate)**

The administration of the estate of Thomas Charles Mayhew, deceased, is pending in the Circuit Court for Pinellas County, Florida, Probate Division, the address of which is: 501 County Building, 501 First Avenue North, St. Petersburg, Florida 33701. The estate is intestate. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

Any interested person on whom a copy of this notice of administration is served who challenges the validity of the will, qualification of the personal representative, venue, or jurisdiction of the court is required to file any objection with the court in the manner provided in the Florida Probate Rules within the time required by law or those objections are forever barred.

Any person entitled to exempt property is required to file a petition for determination of exempt property WITHIN THE TIME PROVIDED BY LAW OR THE RIGHT TO EXEMPT PROPERTY IS DEEMED WAIVED. An election to take an elective share must be filed WITHIN THE TIME PROVIDED BY LAW.

Personal Representative:
/s/ Julie A. Hamil
2217 Cornell Drive
Riverview, Florida 33578

Attorney for Personal Representative:
/s/ Judith S. Lambert, Esquire
Florida Bar No. 0578932
Lambert Law Offices, PL
617 West Lumsden Road
Brandon, Florida 33511
Tel: (813) 662-7429
Fax: (813) 685-6575

6/18-7/9/21LG 4T

---

**IN THE CIRCUIT COURT FOR PINELLAS COUNTY, FLORIDA**
PROBATE DIVISION

Case Number: 21-005862-ES

IN RE: ESTATE OF
THOMAS CHARLES MAYHEW
Deceased.

**ORDER AUTHORIZING SERVICE BY PUBLICATION (intestate Florida resident - single petitioner)**

THIS MATTER having come before the Court on the Petition for an Order Authorizing Service by Publication of the Petition for Administration of the Estate of Thomas Charles Mayhew, along with the Affidavit of Petitioner Julie A. Hamil filed herewith acknowledging that beneficiary Mark Mayhew cannot be served with said notice personally in the manner provided by law or the Florida law of the Florida Rules of Civil Procedure, it is

ORDERED that Petitioner, Julie A. Hamil, be authorized to serve Mark Mayhew notice by publishing a copy of said notice, the petition, and this order four times during four consecutive weeks, once in each week in a newspaper published in Pinellas County, in which the venue of the contemplated action of Julie A. Hamil may properly be had.

ORDERED this June 11, 2021
/s/ Pamela A. M. Campbell
Circuit Judge

6/18-7/9/21LG 4T

---

**IN THE TENTH CIRCUIT COURT IN AND FOR POLK COUNTY, STATE OF FLORIDA**
PROBATE DIVISION

FILE NO: 21-CP-000274
DIV.: PROBATE

IN RE: ESTATE OF
ROLAND KEITH KUNKEL
Deceased.

**NOTICE TO CREDITORS**

The administration of the Estate of Roland Keith Kunkel, deceased, whose date of death was 12/07/2020, File Number 21-CP-000274, is pending in the Circuit Court for POLK, Florida, Probate Division, the address of which is Drawer CC-4, Bartow, FL 33831-9000.

The names and addresses of the Personal Representative and the Personal Representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is served must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

All other creditors of the decedent and other persons having claims or demands against decedent's estate MUST FILE THEIR CLAIMS WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE TIME OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

ALL CLAIMS NOT SO FILED WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIOD SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is the 9th day of July, 2021.

Personal Representative:
/s/ Ronald Dean Kunkel
Ronald Dean Kunkel
304 Spring Valley Road
Carrboro, NC 27510

Attorney for Personal Representative:
/s/ Danielle Faller
Danielle Faller, Esq.
Florida Bar # 106324
HENNESS FALLER ELDER LAW
309 N. Parsons Ave.
Brandon, FL 33510-4515
(813) 661-5297
(813) 689-8725 fax
danielle@hennesslaw.com
service@hennesslaw.com

7/9-7/16/21LG 2T

---

**IN THE CIRCUIT COURT IN AND FOR POLK COUNTY, FLORIDA**
CIVIL DIVISION

CASE NO.: 2021-CC-002536

FAIRWOODS CONDOMINIUM ASSOCIATION, INC.,
Plaintiff,
vs.
THE UNKNOWN HEIRS, DEVISEES, GRANTEES, ASSIGNEES, LIENORS, CREDITORS, TRUSTEES, OR OTHER CLAIMANT CLAIMING BY, THROUGH, UNDER OR AGAINST MICHAEL J. THIBODEAU,
Defendants.

**NOTICE OF ACTION**

TO: THE UNKNOWN HEIRS, DEVISEES, GRANTEES, ASSIGNEES, LIENORS, CREDITORS, TRUSTEES, OR OTHER CLAIMANT CLAIMING BY, THROUGH, UNDER OR AGAINST MICHAEL J. THIBODEAU

YOU ARE HEREBY NOTIFIED that an action for foreclosure of lien on the following described property:

Unit 164B, Fairwoods, a Condominium according to the Declaration of Condominium thereof as recorded in Official Records Book 2242, Page 2128, of the Public Records of Polk County, Florida and all amendments thereto. Together with an undivided share in common elements appurtenant thereto.

Has been filed against you, and that you are required to serve a copy of your written defenses, if any, to it on MICHELLE T. REISS, ESQUIRE, Plaintiff's attorney, whose address is APPLETON REISS, PLLC, 215 N. Howard Avenue, Suite 200, Tampa, FL 33606, on or before August 5, 2021, a date within 30 days after the first publication of the notice and file the original with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter; otherwise default will be entered against you for the relief demanded in the complaint or petition.

DATED on June 29, 2021.
Stacy M. Butterfield
As Clerk of the Court
By: s/ Asención Nieves
Deputy Clerk

Michelle T. Reiss, Esquire
Florida Bar No. 36993
APPLETON REISS, PLLC
215 N. Howard Avenue, Suite 200
Tampa, Florida 33606
(813) 542-8888
Attorneys for Plaintiff

7/9-7/16/21LG 2T

---

**IN THE CIRCUIT COURT FOR**

File No. 2021CP002190000XAX

IN RE: ESTATE OF
PATSY ANN TURVIN WATTS
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of PATSY ANN TURVIN WATTS, deceased, whose date of death was April 18, 2020; File Number 2021CP002190000XX, is pending in the Circuit Court for Polk County, Florida County, Florida, Probate Division, the address of which is Post Office Box 9000, Bartow, FL 33831. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate, on whom a copy of this notice is required to be served must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate mustfile their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIOD SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is July 9, 2021.

Personal Representative:
LISA RENEE TROLLER
108 Lake Sears Drive
Winter Haven, FL 33880

Attorneys for Personal Representative:
Derek B. Alvarez, Esq. - FBN 114278
DBA@GendersAlvarez.com
Anthony F. Diecidue, Esq. - FBN 146528
AFD@GendersAlvarez.com
Whitney C. Miranda, Esq. - FBN 65928
WCM@GendersAlvarez.com
GENDERS♦ALVAREZ♦DIECIDUE, P.A.
2307 West Cleveland Street
Tampa, FL 33609
Phone: (813) 254-4744
Fax: (813) 254-5222
Eservice for all attorneys listed above:
GADeservice@GendersAlvarez.com

7/9-7/16/21LG 2T

---

**IN THE CIRCUIT COURT FOR THE TENTH JUDICIAL CIRCUIT, IN AND FOR POLK COUNTY, FLORIDA**
PROBATE DIVISION

CASE NO: 2021-CP-001926

IN RE: ESTATE OF
WENDELL GREEN,
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of WENDELL GREEN, deceased, whose date of death was February 18, 2021, is pending in the Circuit Court for Polk County, Florida, Probate Division, the address of which is 255 N Broadway Avenue Bartow, FL 33830. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is July 2, 2021.

Personal Representative:
/s/ Katye G. Blackmon
Katye G. Blackmon
1205 Nancy Terrace
Plant City, Florida 33563

Attorney for Personal Representative:
/s/ Johnnie B. Byrd, Jr.
Johnnie B. Byrd, Jr.
Florida Bar Number: 227269
206 North Collins Street
Plant City, FL 33563
Telephone: (813) 759-1224
E-Mail: johnnie@byrd-barnhill.com

7/2-7/9/21LG 2T

---

**IN THE CIRCUIT COURT IN AND FOR POLK COUNTY, FLORIDA**
CIVIL DIVISION

CASE NO.: 19-CC-004512

LAKE ELOISE POINTE HOMEOWNERS ASSOCIATION, INC.,
Plaintiff,
vs.
PETER JOSEPH VALENTE, A MARRIED MAN,
Defendant.

**NOTICE OF SALE**

NOTICE IS HEREBY GIVEN that, pursuant to the Final Judgment of Foreclosure entered on April 7, 2021 by the County Court of Polk County, Florida, the property described as:

**Lot 42, LAKE ELOISE POINTE, a subdivision according to the plat thereof recorded at Plat Book 149, Page 27, in the Public Records of Polk County, Florida.**

will be sold at public sale by the Polk County Clerk of Court, to the highest and best bidder, for cash, electronically online at www.polk.realforeclose.com at 10:00 A.M. on July 27, 2021.

Any person claiming an interest in the surplus from the sale, if any, other than the property owner as of the date of the lis pendens must file a claim within sixty (60) days after the sale.

"In accordance with the Americans With Disabilities Act, persons in need of a special accommodation to participate in this proceeding shall, within seven (7) days prior to any proceeding, contact the Administrative Office of the Court, Polk County, 255 N. Broadway, Bartow, FL 33830, Telephone (863) 534-4000, via Florida Relay Service".

/s/ C. Willis
Christopher C. Willis, Esquire

---

Florida Bar No. 125467
cwillis@bushross.com
H. Web Melton III, Esq.
Florida Bar No. 0037703
wmelton@bushross.com
BUSH ROSS, P.A.
Post Office Box 3913
Tampa, FL 33601
Phone: 813-204-6492
Fax: 813-223-9620
Attorney for Plaintiff

7/2-7/9/21LG 2T

---

**IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT IN AND FOR POLK COUNTY, FLORIDA**
FAMILY DIVISION

Case No.: 2021DR004017000000

Sec. 01

IN RE: THE MARRIAGE OF:
CARMEN ALTAGRACIA MEJIA,
Petitioner/Wife,
and
ELIESER HERNANDEZ SANCHEZ,
Respondent/Husband.

**NOTICE OF ACTION FOR PETITION OF DISSOLUTION OF MARRIAGE**

TO: ELIESER HERNANDEZ SUAREZ
LAST KNOWN ADDRESS: Current residence unknown, and all persons claiming by, through, under or against the second Petitioner(s).

YOU ARE HEREBY NOTIFIED that an action for dissolution of marriage has been filed against you and that you are required to serve a copy of your written defenses, if any, to it on The H & D Law Firm, P.A., Petitioner's Attorney, at 1600 Ponce De Leon Blvd., Ste. 808, Coral Gables, Florida 33134, Phone Number (305)229-6441, within twenty (20) days of the first date of publication of this notice, and file the original with the clerk of this court either before service on Petitioner's attorney or immediately thereafter. IF YOU FAIL TO DO SO, A DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE PETITION.

The action is asking the court to decide how the following real or personal property should be divided: **NONE.**

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Designation of Current Mailing and E-Mail Address, Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be mailed or e-mailed to the addresses on record at the clerk's office.

WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.

Dated: 6/18/2021
STACY M. BUTTERFIELD
As Clerk of The Circuit Court
By: /s/ Illegible
Deputy Clerk

7/2-7/23/21LG 4T

---

**Notice of Public Auction**

Notice of Public Auction for monies due on storage units. Auction will be held on July 20, 2021 at or after 9:30 am and will continue until finished. Units are said to contain household items. Property sold under Florida Statute 83.806. The names of whose units will be sold are as follows:

**24789 US Hwy 27 N, Lake Wales, FL 33859**

| Latoya White | D0413 | $330.10 |
| Autumn Hudson | E0532 | $335.45 |
| Brian Alleyne | D0420 | $357.35 |
| Brian Alleyne | L1185 | $442.60 |
| Brian Alleyne | A0118 | $367.44 |
| Maximo Navarro | K1118 | $1,170.35 |

**1621 N. Florida Ave., Lakeland, FL 33805**

| Darren Busler | 3407 | $398.91 |
| Marti Powers | 10064 | $1,863.14 |
| Marti Powers | 3407 | $2,468.95 |
| Eric Gammage | 2007A | $212.94 |
| Richard Kwist | 2002D | $212.94 |

**2525 US Hwy. 98 N., Lakeland, FL 33810**

| Geraldine Lockett | 1005 | $146.84 |
| Crystal Pete | 3240 | $303.50 |
| Julius Johnson | 1204 | $223.60 |
| Ragina Tanner | 1174 | $671.34 |
| Kavan Grice | 0273 | $0.00 |
| Yvonne Johnson | 4144 | $213.94 |
| Natasha Mccorman | 2031 | $304.14 |
| Thomas Nuttress | 3010 | $772.00 |
| Victoria Hughes | 1152 | $511.14 |
| Jean Nunn | 1152 | $511.14 |

7/2-7/9/21LG 2T

---

**IN THE CIRCUIT COURT FOR THE TENTH JUDICIAL CIRCUIT IN AND FOR POLK COUNTY, FLORIDA**
PROBATE DIVISION

Case No.: 2021-CP-000429

IN RE: ESTATE OF
ISABEL M. CASTRO,
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of Isabel M. Castro, deceased, whose date of death was December 22, 2019, is pending in the Circuit Court for Polk County, Florida, Probate Division, the address of which is 255 N. Broadway Ave, Bartow, Florida 33830. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

(Continued on next page)

---

**IN THE TENTH JUDICIAL CIRCUIT COURT IN AND FOR POLK COUNTY, FLORIDA**
PROBATE DIVISION

File No. 532021CP001486000XX

IN RE: ESTATE OF
REBECCA RUCHEL,
Deceased.

**NOTICE TO CREDITORS**

The administration of the Estate of Rebecca Ruchel, deceased, whose date of death was December 3, 2020, is pending in the Circuit Court for Polk County, Florida, Probate Division, the address of which is 255 N Broadway Ave, Bartow, FL 33830. The names and addresses of the Personal Representative and the Personal Representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a

LEGAL ADVERTISEMENT    LEGAL ADVERTISEMENT    LEGAL ADVERTISEMENT    LEGAL ADVERTISEMENT    LEGAL ADVERTISEMENT
POLK COUNTY    POLK COUNTY    POLK COUNTY    POLK COUNTY    POLK COUNTY

against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is July 2, 2021.

Personal Representative:
Jennifer Manns
7907 Cheyenne Lane
Lakeland, FL 33810

Attorney for Personal Representative:
Brice Zoeckein
Email Address: brice@zoeckleinlawpa.com
Florida Bar No. 0085615
Zoecklein Law P.A.
329 Pauls Drive
Brandon, Florida 33511
7/2-7/9/21L9 2T

---

**IN THE CIRCUIT COURT FOR POLK COUNTY, FLORIDA**
PROBATE DIVISION

File No. 532021CP002049000XX

IN RE: ESTATE OF
MARK LENDBOY BOYD
a/k/a MARK BOYD
a/k/a MARK L. BOYD
a/k/a MARK ELLIOT KERR BOYD
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of MARK LENDBOY BOYD, deceased, whose date of death was May 9, 2021, is pending in the Circuit Court for Polk County, Florida, Probate Division, the address of which is 255 N. Broadway Avenue, Bartow, Florida 33830. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is July 2, 2021.

Personal Representative:
CONNOR A. BOYD
6299 Rivers Landing Court
Tallahassee, Florida 32303

Attorney for Personal Representative:
GEORGE H. GWYNN
Florida Bar No. 0357537
Williams, Gautier, Gwynn, DeLoach & Kiker, P.A.
2010 Delta Boulevard
Tallahassee, FL 32303
850-386-3300
7/2-7/9/21L9 2T

---

**IN THE CIRCUIT COURT OF TENTH (10TH) JUDICIAL CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR POLK COUNTY**
PROBATE DIVISION

Case No: 2021-CP-001802

IN RE: THE ESTATE OF
JANIE EVELYN FAVORAZY
Deceased.

**NOTICE TO CREDITORS**

The name of the decedent, the designation of the court in which the administration of this estate is pending, and the file number are indicated above. The address of the court is Stacey M. Butterfield, CPA, Clerk of Circuit Court, 255 Broadway Ave., Bartow, FL 33830, Attn: Probate. The name and address of the Personal Representative and of the Personal Representative's attorney are indicated below.

If you have been served with a copy of this notice and you have any claim or demand against the decedent's estate, even it that claim is un-matured, contingent or liquidated, you must file your claim with the court ON OR BEFORE THE LATER OF A DATE THAT IS 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER YOU RECEIVE A COPY OF THIS NOTICE.

All other creditors of the decedent and other persons who have claims or demands against the decedent's estate, including un-matured, contingent or liquidated claims must file their claims with the court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT SO FILED WILL BE FOREVER BARRED.

EVEN IF A CLAIM IS NOT BARRED BY THE LIMITATIONS DESCRIBED ABOVE, ALL CLAIMS WHICH HAVE NOT BEEN FILED WILL BE BARRED TWO YEARS AFTER DECEDENT'S DEATH.

The date of death of the decedent is March 26, 2021.

The date of first publication of this Notice to Creditors is July 2, 2021.

Personal Representative:
/s/ Amanda D. Valadez
4907 Pilgrim Ln.
Lakeland, FL 33810

Attorney for Personal Representative:
/s/ D. HOWARD STITZEL, III, ESQUIRE
FBN: 818674
STITZEL LAW, L.L.C.

206 Mason St.
Brandon, FL 33511
(813) 643-8000
7/2-7/9/21LG 2T

---

**IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR POLK COUNTY**
CIVIL DIVISION

CASE NO.: 2021-CA-001813-0000-00

VIRGINIA RE, LLC, a Florida limited liability company,
Plaintiff,
vs.

The Estate of ESSIE MAY JOYNER, and the Unknown Spouse, Heirs, Creditors, Devisees, Beneficiaries, Grantees, Assignees, Lienors, Trustees, and All Other Parties Claiming an Interest By, Through, Under, or Against ESSIE MAE JOYNER, DECEASED, who are not known to be dead or alive, to include FRIN NICOLE F. JOYNER, as a known surviving heir of the decedent, and to include KAREN JOYNER, as a known surviving heir of the decedent, to include CHRISTOPHER NEAL JOYNER, as a known surviving heir of the decedent, the Estate of PASCO P. JOYNER, and the Unknown Spouse, Heirs, Creditors, Devisees, Beneficiaries, Grantees, Assignees, Lienors, Trustees, and All Other Parties Claiming an Interest By, Through, Under, or Against PASCO P. JOYNER, DECEASED, who are not known to be dead or alive, and the UNKNOWN PARTY(IES) IN POSSESSION, IF ANY,
Defendant(s).

**NOTICE OF ACTION – CONSTRUCTIVE SERVICE**

TO: The Estate of ESSIE MAY JOYNER, and the Unknown Spouse, Heirs, Creditors, Devisees, Beneficiaries, Grantees, Assignees, Lienors, Trustees, and All Other Parties Claiming an Interest By, Through, Under, or Against ESSIE MAE JOYNER, DECEASED, who are not known to be dead or alive, the Estate of PASCO P. JOYNER, and the Unknown Spouse, Heirs, Creditors, Devisees, Beneficiaries, Grantees, Assignees, Lienors, Trustees, and All Other Parties Claiming an Interest By, Through, Under, or Against PASCO P. JOYNER, DECEASED, who are not known to be dead or alive, and the UNKNOWN PARTY(IES) IN POSSESSION, IF ANY.

YOU ARE HEREBY NOTIFIED that an action to quiet title has been filed against you to the following property located in Polk County, Florida:

Lot 1, Block 24 RESUBDIVISION OF MCRAE AND BRYANTS SECOND ADDITION OF LAKELAND, according to the Plat thereof as recorded in Plat Book 2, Page(s) 99, of the Public Records of Polk County, Florida.

and you are required to serve a copy of your written defenses, if any, to it on Brian A. Leung, Esq., whose address is Holcomb & Leung, P.A., 3203 W. Cypress St., Tampa, FL 33607 on or before July 31, and to file the original with the Clerk of this Court either before service or Plaintiff's attorney or immediately thereafter; otherwise a default will be entered against you for the relief demanded in the Complaint or Petition.

This Notice shall be published once a week for four (4) consecutive weeks in the LA GACETA.

WITNESS my hand and seal at Bartow, Polk County, Florida this 25th day of June, 2021.

STACY M. BUTTERFIELD
Clerk of the Circuit Court
255 N Broadway Ave
Bartow, FL 33830
By: /s/ Lori Armijo
Deputy Clerk
Holcomb & Leung, P.A.
3203 W. Cypress St., Tampa, FL 33607
7/2-7/23/21LG 4T

---

**IN THE CIRCUIT COURT FOR POLK COUNTY, FLORIDA**
PROBATE DIVISION

File No. 2021 CP 001693

IN RE: ESTATE OF
PHYLLIS YVONNE HOLT, A/K/A
PHYLLIS Y. HOLT
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of PHYLLIS YVONNE HOLT, A/K/A PHYL-LIS Y. HOLT, deceased, whose date of death was June 6, 2020; File Number 2021 CP 001693, is pending in the Circuit Court for Polk County, Florida, Probate Division, the address of which is Post Office Box 9000, Bartow, FL 33831. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate, on whom a copy of this notice is required to be served must file their claims with this court WITH-IN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate mustfile their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIOD SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is: July 2, 2021.

Personal Representative:
BOBBY MAYES, A/K/A BOBBY GENE MAYES, A/K/A BOBBY GENE MAYES, JR.
3217 Carleton Place

Lakeland, Florida 33803

Attorney for Personal Representative:
Derek B. Alvarez, Esq. - FBN 114278
DBA@GendersAlvarez.com
Anthony F. Diecidue, Esq. - FBN 146528
AFD@GendersAlvarez.com
Whitney C. Miranda, Esq. - FBN 65928
WCM@GendersAlvarez.com
GENDERS♦ALVAREZ♦DIECIDUE, P.A.
2307 West Cleveland Street
Tampa, Florida 33609
Phone: (813) 254-4744
Fax: (813) 254-5222
Eservice for all attorneys listed above:
GADeservice@GendersAlvarez.com
7/2-7/9/21LG 2T

---

**IN THE TENTH CIRCUIT COURT FOR POLK COUNTY, FLORIDA**
PROBATE DIVISION

File No. 532021CP00166460000XX

IN RE: ESTATE OF
VERNON LEE ABNEY JR.
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of VERNON LEE ABNEY JR., deceased, whose date of death was October 22, 2020, is pending in the Circuit Court for POLK County, Florida, Probate Division, the address of which is 255 N Broadway Ave, Bartow, FL 33830. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUB-LICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORI-DA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is July 2, 2021.

Personal Representative:
Jonathan Tyler Matthews
427 Churchill Court
Poinciana, Florida 34759

Attorney for Personal Representative:
Danicet M. Cura, Esq., Attorney
Florida Bar Number: 137066
3105 W. Azeele St.
Tampa, Florida 33609
Telephone: (813) 333-2334
E-Mail: curalaw@gmail.com
Secondary E-Mail: dani@curalawllc.com
7/2-7/9/21LG 2T

---

**IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT IN AND FOR POLK COUNTY, FLORIDA**
CIVIL DIVISION

CASE NO.: 2021CA002080000000
DIVISION: 11

BENT TREE PUDELPOINTERS & PIGEONRY, LLC, a Florida limited liability company,
Plaintiff,
vs.

LUCILLE C. LORENZ, deceased, UNKNOWN HEIRS OF LUCILLE C. LORENZ, deceased, and ALL OTHER UNKNOWN PARTIES,
Defendants.

**NOTICE OF ACTION**

TO: Defendants, LUCILLE C. LORENZ, deceased, UNKNOWN HEIRS OF LU-CILLE C. LORENZ, deceased, and ALL OTHER UNKNOWN PARTIES, if alive, and if dead, their unknown spouse(s), heir(s), devisee(s), grantee(s), judgment creditor(s), and all other parties claiming by, through, under, or against Defendants; the unknown spouse, heirs, devisees, grantees, and judgment creditors of Defendants, deceased, and all other parties claiming by, through, under, or against Defendants; and all unknown natural persons if alive, and if dead or not known to be dead or alive, their several and respective unknown spouses, heirs, devisees, grantees, and judgment creditors, or other parties claiming by, through, or under those unknown natural persons; and the several and respective unknown assigns, successors in interest, trustees, or any other person claiming by, through, under, or against any corporation or other legal entity named as a Defendant; and all claimants, persons or parties, natural or corporate, or whose exact legal status is unknown, claiming under any of the above-named or described Defendants or parties or claiming to have any right, title, or interest in the subject property described in Plaintiff's, BENT TREE PUDELPOINTERS & PIGEONRY, LLC, Complaint to Quiet Title to Real Property ("Complaint") filed in this action:

YOU ARE NOTIFIED that an action to quiet title to the following property in Polk County, Florida:

Tract #168:
1.1 ± acre - Tract #168: The West 160 feet of the East 2080 feet of the South 300 feet of the North 2100 feet of the East 3/4 of the South 3/4 of Section 31. The South 30 feet thereof subject to an easement for road right-of-way, Polk County, Florida.

Section 31, Township 29 South, Range 29 East
Polk County, Florida.

has been filed against you and you are required to serve a copy of your written defenses, if any, to it on Scott W. Fitzpatrick, Esquire, the Plaintiff's attorney, whose address is Owens Law Group, P.A., 811 Cypress Village Blvd., Ruskin, Florida 33573, on or before July 5, 2021, and file the original with the Clerk of this Court either before service or the Plaintiff's attorney or immediately thereafter; otherwise a default will be entered against you for the relief demanded in the Complaint.

Dated on May 28, 2021.
Stacy M. Butterfield
Clerk of Circuit Court
By Asuncion Nieves
Deputy Clerk
OWENS LAW GROUP, P.A.
By: Scott Fitzpatrick, B.C.S.
Fla Bar No. 0370710
OWENS LAW GROUP, P.A.
811-B Cypress Village Boulevard
Ruskin, Florida 33573
(813) 633-3396 - Telephone
(813) 633-3397 - Telecopier
scott@owenslawgroupa.com - Email
Attorney for Plaintiff
6/25-7/16/21LG 4T

---

**IN THE CIRCUIT COURT IN THE TENTH JUDICIAL CIRCUIT IN AND FOR POLK COUNTY, FLORIDA**
PROBATE DIVISION

CASE NO 2020-CA-001680

RICHARD JEFFREY BRANGERS
as Personal Representative
of ESTATE OF CLARA V. BRANGERS,
Plaintiff,

vs.

The Unknown Heirs, Devisees, Grantees, Assignees, Lienors, Creditors, Trustees and all other parties claiming an interest by, through, under or against the Estate of CARL HARRELL A/K/A CARLOS HARRELL; GERALD HARRELL; FRANK PAGE HARRELL; DANNY HARRELL; JR.; HAROLD MARK HARRELL; LINDA COLE; FRANK HARRELL; DONNA HARRELL; GERALD HARRELL; FRANK PAGE HARRELL; DANNY HARRELL; JR.; HAROLD MARK HARRELL; LINDA COLE; REBECCA KEIFT HARRELL; The Unknown Heirs, Devisees, Grantees, Assignees, Lienors, Creditors, Trustees, and all other parties claiming interest by, through, under or against the Estate of Gerald D. Harrell, deceased,
Defendants.

**NOTICE OF ACTION**

TO: THE UNKNOWN HEIRS, DEVISEES, GRANTEES, ASSIGNEES, LIENORS, CREDITORS, TRUSTEES AND ALL OTHER PARTIES CLAIMING AN IN-TEREST BY, THROUGH, UNDER OR AGAINST THE ESTATE OF CARLOS HARRELL; GERALD DEAN HARRELL; FRANK PALMER

(Continued on next page)

on or before July 5, 2021, and file the original with the Clerk of this Court either before service or the Plaintiff's attorney or immediately thereafter; otherwise a default will be entered against you for the relief demanded in the Complaint.

Dated on May 28, 2021.
Stacy M. Butterfield
Clerk of Circuit Court
By Asuncion Nieves
Deputy Clerk
OWENS LAW GROUP, P.A.
By: Scott Fitzpatrick, B.C.S.
Fla Bar No. 0370710
OWENS LAW GROUP, P.A.
811-B Cypress Village Boulevard
Ruskin, Florida 33573
(813) 633-3396 - Telephone
(813) 633-3397 - Telecopier
scott@owenslawgroupa.com - Email
Attorney for Plaintiff
6/25-7/16/21LG 4T

---

**IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT IN AND FOR POLK COUNTY, FLORIDA**
CIVIL DIVISION

CASE NO.: 2021CA000200500000

BENT TREE PUDELPOINTERS &
PIGEONRY, LLC, a Florida limited liability company,
Plaintiff,

vs.

GEORGE G. KERNER, deceased, UNKNOWN HEIRS OF GEORGE G. KERNER, deceased, and ALL OTHER UNKNOWN PARTIES,
Defendants.

**NOTICE OF ACTION**

TO: Defendants, GEORGE G. KERNER, deceased, UNKNOWN HEIRS OF GEORGE G. KERNER, deceased, and ALL OTHER UNKNOWN PARTIES, if alive, and if dead, their unknown spouse(s), heir(s), devisee(s), grantee(s), judgment creditor(s), and all other parties claiming by, through, under, or against Defendants; the unknown spouse, heirs, devisees, grantees, and judgment creditors of Defendants, deceased, and all other parties claiming by, through, under, or against Defendants; and all unknown natural persons if alive, and if dead or not known to be dead or alive, their several and respective unknown spouses, heirs, devisees, grantees, and judgment creditors, or other parties claiming by, through, or under those unknown natural persons; and the several and respective unknown assigns, successors in interest, trustees, or any other person claiming by, through, under, or against any corporation or other legal entity named as a Defendant; and all claimants, persons or parties, natural or corporate, or whose exact legal status is unknown, claiming under any of the above-named or described Defendants or parties or claiming to have any right, title, or interest in the subject property described in Plaintiff's, BENT TREE PUDELPOINTERS & PIGEONRY, LLC, Complaint to Quiet Title to Real Property ("Complaint") filed in this action:

YOU ARE NOTIFIED that an action to quiet title to the following property in Polk County, Florida:

Parcel ID: 29-29-31-000000-022000:
Tract #3 - .7 ± Acre: The South 100 feet of the North 3865 feet of the East 320 feet of the East 3/4 of the South 3/4 of Section 31. The East 40 feet subject to an easement for road right-of-way, Polk County, Florida.

Section 31, Township 29 South, Range 29 East, Polk County, Florida.

Parcel ID: 29-29-31-000000-041000:
Parcel #1 - 8 ± acre: The East 160 feet of the South 1/2 of the South 1/2 of the South 1/2 of the South 1/2 of Section 31, Township 29 South, Range 29 East. The South 30 feet thereof subject to an easement for road right-of-way, Polk County, Florida.

has been filed against you and you are required to serve a copy of your written defenses, if any, to it on Scott W. Fitzpatrick, Esquire, the Plaintiff's attorney, whose address is Owens Law Group, P.A., 811 Cypress Village Blvd., Ruskin, Florida 33573, on or before July 5, 2021, and file the original with the Clerk of this Court either before service or the Plaintiff's attorney or immediately thereafter; otherwise a default will be entered against you for the relief demanded in the Complaint.

Dated on May 28, 2021.
Stacy M. Butterfield
Clerk of Circuit Court
By Asuncion Nieves
Deputy Clerk
OWENS LAW GROUP, P.A.
By: Scott Fitzpatrick, B.C.S.
Fla Bar No. 0370710
OWENS LAW GROUP, P.A.
811-B Cypress Village Boulevard
Ruskin, Florida 33573
(813) 633-3396 - Telephone
(813) 633-3397 - Telecopier
scott@owenslawgroupa.com - Email
Attorney for Plaintiff
6/25-7/16/21LG 4T

BICKERT a/k/a WILLIAM A. BICKERT and WILLIAM BICKERT, deceased, UNKNOWN HEIRS OF WILLIAM ANDREW BICKERT a/k/a WILLIAM A. BICKERT and WILLIAM BICKERT, deceased, and ALL OTHER UNKNOWN PARTIES, if alive, and if dead, their unknown spouse(s), heir(s), devisee(s), grantee(s), judgment creditor(s), and all other parties claiming by, through, under, or against Defendants; the unknown spouse, heirs, devisees, grantees, and judgment creditors of Defendants, deceased, and all other parties claiming by, through, under, or against Defendants; and all unknown natural persons if alive, and if dead or not known to be dead or alive, their several and respective unknown spouses, heirs, devisees, grantees, and judgment creditors, or other parties claiming by, through, or under those unknown natural persons; and the several and respective unknown assigns, successors in interest, trustees, or any other person claiming by, through, under, or against any corporation or other legal entity named as a Defendant; and all claimants, persons or parties, natural or corporate, or whose exact legal status is unknown, claiming under any of the above-named or described Defendants or parties or claiming to have any right, title, or interest in the subject property described in Plaintiff's, BENT TREE PUDELPOINTERS & PIGEONRY, LLC, Complaint to Quiet Title to Real Property ("Complaint") filed in this action:

YOU ARE NOTIFIED that an action to quiet title to the following property in Polk County, Florida:

Parcel ID: 29-29-31-000000-012300:
Lot #79 in the Sunshine Lakes Estate, Lake Wales, FL.

THE SOUTH 150 FEET OF THE NORTH 1350 FEET OF THE WEST 320 FEET OF THE EAST 990 FEET OF THE EAST 3/4 OF THE SOUTH 3/4 OF SECTION 31, TOWNSHIP 29 SOUTH, RANGE 29 EAST. THE EAST 30 FEET THEREOF SUBJECT TO AN EASEMENT FOR ROAD RIGHT OF WAY, POLK COUNTY, FLORIDA.

Parcel ID: 29-29-31-000000-012310:
PARCEL 89

The South 300 feet of the North 900 feet of the West 160 feet of the East 1280 feet of the East 3/4 of the South 3/4 of Section 31, Township 29 South, Range 29 East. The South 30 feet thereof subject to an easement for road right-of-way, The East 15' subject to drainage easement.

Parcel ID: 29-29-31-000000-014020:
TBA 1.1±Acre-Parcel #182: The West 160 feet of the East 2400 feet of the North 300 feet the East 3/4 of the South 3/4 of Section 31, Township 29 South, Range 29 East. The South 30 feet subject to an easement for road right-of-way, Polk County, Florida.

Parcel ID: 29-29-31-000000-014080:
Parcel #177: 1.1±Acre: The West 160 feet of the East 2240 feet of the South 300 feet of the North 900 feet of the East 3/4 of the South 3/4 of Section 31, Township 29 South, Range 29 East. The South 30 feet thereof subject to an easement for road right-of-way, Polk County, Florida.

has been filed against you and you are required to serve a copy of your written defenses, if any, to it on Scott W. Fitzpatrick, Esquire, the Plaintiff's attorney, whose address is Owens Law Group, P.A., 811 Cypress Village Blvd., Ruskin, Florida 33573, on or before July 5, 2021, and file the original with the Clerk of this Court either before service or the Plaintiff's attorney or immediately thereafter; otherwise a default will be entered against you for the relief demanded in the Complaint.

Dated on May 28, 2021.
Stacy M. Butterfield
Clerk of Circuit Court
By Asuncion Nieves
Deputy Clerk
OWENS LAW GROUP, P.A.
By: Scott Fitzpatrick, B.C.S.
Fla Bar No. 0370710
OWENS LAW GROUP, P.A.
811-B Cypress Village Boulevard
Ruskin, Florida 33573
(813) 633-3396 - Telephone
(813) 633-3397 - Telecopier
scott@owenslawgroupa.com - Email
Attorney for Plaintiff
6/25-7/16/21LG 4T

---

LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT

## POLK COUNTY

tion 2, Township 27 South, Range 23 East, run East thence 1006.85 feet, thence ran South 958.8 feet to the point of beginning, thence run East 646.5 feet to the West right-of-way line of Tom Moore Road, thence run South 338.5 feet, thence run West 646.5 feet, thence run North 338.5 feet to the point of beginning.

Commonly known as 9320 Tom Moore Road, Lakeland, FL 33810-1474.

Parcel ID: 23-27-02-000000-031040

THE UNKNOWN HEIRS, DEVISEES, GRANTEES, ASSIGNEES, LIENORS, CREDITORS, TRUSTEES AND ALL OTHER PARTIES CLAIMING AN INTEREST BY, THROUGH, UNDER OR AGAINST THE ESTATE OF CARLOS HARRELL, GERALD DEAN HARRELL AND FRANK PALMER have been identified as having a potential interest in the outcome of the proceedings. You are required to file your answer or written defenses, if any, in the above proceeding with the Clerk of this Court, and to serve a copy thereof upon the Plaintiff's attorney, Zoecklein Law, P.A. 329 Pauls Drive, Brandon, FL 33511, telephone (813) 501-5071, facsimile 813-925-4310, within thirty days of the first publication of this Notice, the nature of this proceeding being a Partition of Real Property regarding the above referenced property.

Default date: June 18, 2021.

If you fail to file your response or answer, if any, in the above proceeding with the Clerk of this Court, and to serve a copy thereof upon the Plaintiff's attorney, Zoecklein Law, PA, 329 Pauls Drive, Brandon, FL 33511, telephone (813) 501-5071, facsimile 813-925-4310, within thirty days of the first publication of this Notice, a default will be entered against you for the relief demanded in the Complaint.

DATED at Polk County, Florida this 12th day of May, 2021.

Stacy M. Butterfield
Clerk of the Circuit Court
By: s/ Asuncion Nieves
Deputy Clerk

6/18-7/9/21LG 4T

## SARASOTA COUNTY

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT IN AND FOR SARASOTA COUNTY, FLORIDA
CIVIL DIVISION
Case Number: 2021 CA 002019 NC

NAPA, LLC, a North Carolina Limited Liability Company,
Plaintiff,

v.

PATRICIA A. DARRAH, ANTHONY J. PELLEGRINI, JR., MICHAEL T. PELLEGRINI, STEVEN P. PELLEGRINI and the UNKNOWN HEIRS, DEVISEES, GRANTEES, ASSIGNEES, LIENORS, CREDITORS, TRUSTEES, AND ANY OTHER PARTIES CLAIMING BY THROUGH, UNDER, OR AGAINST ANTHONY J. PELLEGRINI, deceased,
Defendants.

### NOTICE OF ACTION

TO: MICHAEL T. PELLEGRINI
(Address Unknown)

YOU ARE NOTIFIED that an action to quiet title to the following described real property in Sarasota County, Florida:

Lot 6, Block 1438, Twenty-Ninth Addition to Port Charlotte Subdivision, according to the map or plat thereof as recorded in Plat Book 15, Page 13, Public Records of Sarasota County, Florida.

Property Address: Jacki Ave. North Port, FL 34268

Parcel ID No.: 0956143806

has been filed against you, and you are required to serve a copy of your written defenses, if any, to it on Kristopher E. Fernandez, Esq., attorney for Plaintiff, whose address is 114 S. Fremont Ave., Tampa, FL 33606, which date is: August 2, 2021 and to file the original with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter; otherwise a default will be entered against you for the relief demanded in the Complaint.

The action was instituted in the Twelfth Judicial Circuit Court for Sarasota County in the State of Florida and is styled as follows: **NAPA, LLC, a North Carolina Limited Liability Company**, Plaintiffs, **v. PATRICIA A. DARRAH, ANTHONY J. PELLEGRINI, JR., MICHAEL T. PELLEGRINI, STEVEN P. PELLEGRINI** and the UNKNOWN HEIRS, DEVISEES, GRANTEES, ASSIGNEES, LIENORS, CREDITORS, TRUSTEES, AND ANY OTHER PARTIES CLAIMING BY, THROUGH, UNDER, OR AGAINST ANTHONY J. PELLEGRINI, deceased, Defendants.

If you are a person with a disability who needs any accommodation in order to participate in a court proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Sarasota County Jury Office, P.O. Box 3079, Sarasota, Florida 34230-3079. Telephone: (941) 861-7400. If you are hearing or voice impaired, please call 711.

DATED on June 23, 2021.

Karen E. Rushing, Clerk
Clerk of the Court
By: s/ Glen Kopinsky
As Deputy Clerk
Kristopher E. Fernandez, Esq.
kfernandez@kfernandezlaw.com

7/2-7/23/21LG 4T

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT IN AND FOR SARASOTA COUNTY, FLORIDA
CIVIL DIVISION
Case Number: 2021 CA 001951 NC

NAPA, L.L.C, a North Carolina Limited Liability Company,
Plaintiff,

v.

ELWOOD C. KURTZ, III a/k/a ELWOOD "CHRIS" KURTZ, THOMAS KURTZ, JOHN SWITZER a/k/a JOHN W. SWITZER, and the UNKNOWN HEIRS, DEVISEES, GRANTEES, ASSIGNEES, LIENORS, CREDITORS, TRUSTEES, AND ANY OTHER PARTIES CLAIMING BY, THROUGH, UNDER, OR AGAINST MARY KURTZ, deceased, AND ANY OTHER PARTIES CLAIMING BY THROUGH, UNDER, OR AGAINST LUCY BOCKELMAN,
Defendants.

### NOTICE OF ACTION

TO: JOHN SWITZER a/k/a JOHN W. SWITZER
(Address Unknown)

YOU ARE NOTIFIED that an action to quiet title to the following described real property in Sarasota County, Florida:

Lot 60, Block 2102, Forty-Fifth Addition to Port Charlotte Subdivision, according to the map or plat thereof as recorded in Plat Book 19, Page 38, Public Records of Sarasota County, Florida.

Property Address: Dalewood Cir, North Port, FL 34288

Parcel ID No.: 1132210260

has been filed against you, and you are required to serve a copy of your written defenses, if any, to it on Kristopher E. Fernandez, Esq., attorney for Plaintiff, whose address is 114 S. Fremont Ave., Tampa, FL 33606, which date is: August 2, 2021 and to file the original with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter; otherwise a default will be entered against you for the relief demanded in the Complaint.

The action was instituted in the Twelfth Judicial Circuit Court for Sarasota County in the State of Florida and is styled as follows: **NAPA, LLC, a North Carolina Limited Liability Company**, Plaintiffs, **ELWOOD C. KURTZ, III a/k/a ELWOOD "CHRIS" KURTZ, THOMAS KURTZ, JOHN SWITZER a/k/a JOHN W. SWITZER**, and the UNKNOWN HEIRS, DEVISEES, GRANTEES, ASSIGNEES, LIENORS, CREDITORS, TRUSTEES, AND ANY OTHER PARTIES CLAIMING BY, THROUGH, UNDER, OR AGAINST MARY KURTZ, deceased, AND ANY OTHER PARTIES CLAIMING BY, THROUGH, UNDER, OR AGAINST LUCY BOCKELMAN Defendants.

If you are a person with a disability who needs any accommodation in order to participate in a court proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Sarasota County Jury Office, P.O. Box 3079, Sarasota, Florida 34230-3079. Telephone: (941) 861-7400. If you are hearing or voice impaired, please call 711.

DATED on June 23, 2021.
Karen E. Rushing, Clerk
Clerk of the Court
By: s/ Glen Kopinsky
As Deputy Clerk
Kristopher E. Fernandez, Esq,
kfernandez@kfernandezlaw.com

7/2-7/23/21LG 4T

IN THE CIRCUIT COURT FOR SARASOTA COUNTY, FLORIDA
PROBATE DIVISION
CASE #: 2021-CP-3136-NC

IN RE: ESTATE OF
RAYMOND S. CORDY,
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of RAY-MOND S. CORDY, deceased, whose date of death was June 2, 2021; is pending in the Circuit Court for SARASOTA County, Florida, Probate Division; File Number 2021-CP-3136-NC; the address of which is 2000 Main Street, Sarasota, FL 34237. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons who have claims or demands against the decedent's estate, including unmatured, contingent or unliquidated claims, and who have been served a copy of this notice, must file their claims with this court WITHIN THE LATER OF THREE (3) MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE OR THIRTY (30) DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons who have claims or demands against the decedent's estate, including unmatured, contingent or unliquidated claims, must file their claims with this court WITHIN THREE (3) MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT SO FILED WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

THE DATE OF FIRST PUBLICATION OF THIS NOTICE IS: July 2, 2021.

Personal Representative:
Melissa Kelley
241 2nd Street East
Nokomis, Florida 34275
Attorney for Personal Representative:
Gregory A. Kaiser, Esquire
greg@wtpelf.com
FBN 47376
Wills, Trusts, Probate and Elder Law Firm
6751 Professional Parkway, Suite 104
Sarasota, Florida 34240
Telephone (941) 914-9145
Fax (941) 914-9514

7/2-7/9/21LG 2T

IN THE CIRCUIT COURT FOR SARASOTA COUNTY, FLORIDA
PROBATE DIVISION
CASE #: 2021-CP-2901-SC

IN RE: ESTATE OF

## SARASOTA COUNTY

RITA H WALKER,
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of RITA H WALKER, deceased, whose date of death was OCTOBER 18, 2020; is pending in the Circuit Court for SARASOTA County, Florida, Probate Division; File Number 2021-CP-2901-SC; the address of which is 2000 Main Street, Sarasota, FL 34237. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons who have claims or demands against the decedent's estate, including unmatured, contingent or unliquidated claims, and who have been served a copy of this notice, must file their claims with this court WITHIN THE LATER OF THREE (3) MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE OR THIRTY (30) DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons who have claims or demands against the decedent's estate, including unmatured, contingent or unliquidated claims, must file their claims with this court WITHIN THREE (3) MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT SO FILED WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

THE DATE OF FIRST PUBLICATION OF THIS NOTICE IS: JULY 2, 2021.

Personal Representative:
Jean Walker
326 Bayside Parkway
Nokomis, Florida 34275
Attorney for Personal Representative:
Gregory A. Kaiser, Esquire
greg@wtpelf.com
FBN 47376
Wills, Trusts, Probate and Elder Law Firm
6751 Professional Parkway, Suite 104
Sarasota, Florida 34240
Telephone (941) 914-9145
Fax (941) 914-9514

7/2-7/9/21LG 2T

IN THE CIRCUIT COURT OF THE 12TH JUDICIAL CIRCUIT IN AND FOR SARASOTA COUNTY, FLORIDA
CIVIL DIVISION
Case No.: 2021 CA 000159 NC
Division: C

JACK T. BINSWANGER, VICTORIA R. BINSWANGER N/K/A VICTORIA R. HARRIS, and S&E MARTIN REAL ESTATE INVESTMENTS, LLC,
Plaintiffs,

v.

SHERI KUNTZ A/K/A SHERI BETH KUNTZ A/K/A SHERI B. FREEMAN, THE UNKNOWN SPOUSE OF SHERI KUNTZ A/K/A SHERI BETH KUNTZ A/K/A SHERI B. FREEMAN, BONNY "BOBBY" SCOTT GRAHAM JR., THE UNKNOWN SPOUSE OF BONNY "BOBBY" SCOTT GRAHAM JR., CHELSEA GRAHAM, THE UNKNOWN SPOUSE OF CHELSEA GRAHAM, if living, and all unknown parties claiming by, through, under or against the above-named Defendant who is not known to be dead or alive, whether said unknown parties may claim an interest as spouses, heirs, devisees, grantees, assignees, lienors, creditors, trustees or other claimants, claiming by, through, under or against the above Defendants, THE UNKNOWN SPOUSES, HEIRS, DEVISEES, GRANTEES, ASSIGNEES, LIENORS, CREDITORS, TRUSTEES, OR OTHER CLAIMANTS CLAIMING BY, THROUGH, UNDER OR AGAINST BETTY JEAN GRAHAM A/K/A BETTY SATCHELL GRAHAM; THE UNKNOWN SPOUSES, HEIRS, DEVISEES, GRANTEES, ASSIGNEES, LIENORS, CREDITORS, TRUSTEES, OR OTHER CLAIMANTS CLAIMING BY, THROUGH, UNDER OR AGAINST SHARLENE JEAN GRAHAM; THE UNKNOWN SPOUSES, HEIRS, DEVISEES, GRANTEES, ASSIGNEES, LIENORS, CREDITORS, TRUSTEES, OR OTHER CLAIMANTS CLAIMING BY, THROUGH, UNDER OR AGAINST KAREN E. RUSHING, CLERK OF THE CIRCUIT COURT, SARASOTA COUNTY, FLORIDA; SARASOTA COUNTY, A POLITICAL SUBDIVISION OF THE STATE OF FLORIDA; and THE UNITED STATES OF AMERICA,
Defendants.

### NOTICE OF ACTION – REFORMATION OF DEEDS

TO: SHERI KUNTZ A/K/A SHERI BETH KUNTZ A/K/A SHERI B. FREEMAN, THE UNKNOWN SPOUSE OF SHERI KUNTZ A/K/A SHERI BETH KUNTZ A/K/A SHERI B. FREEMAN, and THE UNKNOWN SPOUSE OF BONNY "BOBBY" SCOTT GRAHAM JR., if living, and all unknown parties claiming by, through, under or against the above named Defendants who are not known to be dead or alive, whether said unknown parties may claim an interest as spouses, heirs, devisees, grantees, assignees, lienors, creditors, trustees or other claimants, claiming by, through, under or against the above-named Defendants; THE UNKNOWN SPOUSES, HEIRS, DEVISEES, GRANTEES, ASSIGNEES, LIENORS, CREDITORS, TRUSTEES, OR OTHER CLAIMANTS CLAIMING BY, THROUGH, UNDER OR AGAINST BETTY JEAN GRAHAM A/K/A BETTY SATCHELL GRAHAM; THE UNKNOWN SPOUSES, HEIRS, DEVISEES, GRANTEES, ASSIGNEES, LIENORS, CREDITORS, TRUSTEES, OR OTHER CLAIMANTS CLAIMING BY, THROUGH, UNDER OR AGAINST SHARLENE JEAN GRAHAM; and THE UNKNOWN SPOUSES, HEIRS, DEVISEES, GRANTEES, ASSIGNEES, LIENORS, CREDITORS, TRUSTEES, OR OTHER CLAIMANTS CLAIMING BY, THROUGH, UNDER OR AGAINST VICKI GRAHAM A/K/A VICKI GRAHAM DUFFY, Deceased.
Whose Residences are Unknown

## SARASOTA COUNTY

Whose Last Known Mailing Addresses are: Unknown, except for: SHERI KUNTZ A/K/A SHERI BETH KUNTZ A/K/A SHERI B. FREEMAN and THE UNKNOWN SPOUSE OF SHERI KUNTZ A/K/A SHERI BETH KUNTZ A/K/A SHERI B. FREEMAN, 2100 Bay Street, Sarasota, Florida 34237.

YOU ARE HEREBY NOTIFIED that an action to reform deeds on the following property in Sarasota County, Florida:

A part of Lots 110 and 111, Block 4 or a resubdivision of a part of Hyde Park Citrus Subdivision in Section 33, Township 36 South, Range 18 East, as recorded in Plat Book 3, Page 69, Public Records of Sarasota County, Florida, being more particularly described as follows: Commence at the SE corner of said Section 33; thence N 0 degrees 00' 11" W along the Easterly line of said Section, the same being the centerline of Berwick Road, 530.03 feet; thence S 89 degrees 59' 49" W, 242.10 feet to the point of beginning of the Village Green Golf Course; thence along said boundary, N 85 degrees 09' 32" W, 397.88 feet; N 45 degrees 12' 23" W, 71.23 feet; N 0 degrees 00' 11" W, 479 feet to the Point of Beginning; thence continue N 0 degrees 00' 11" W, 130 feet; thence S 89 degrees 59' 49", 80 feet; thence N 0 degrees 00' 11" W, 160 feet; thence N 89 degrees 59' 49" E, 80 feet; thence N 0 degrees 00' 11" W, 34.23 feet; thence N 89 degrees 59' 49" E, 324.23 feet; thence S 89 degrees 59' 49" W, 130 feet to the Point of Beginning.

has been filed against you and you are required to serve a copy of your written defenses, if any, to it on ROD S. NEUMAN, Esquire, of Gibbons Neuman, Plaintiff's attorney, whose address is 3321 Henderson Boulevard, Tampa, Florida 33609, on or before July 26, 2021, a date not less than twenty-eight (28) nor more than sixty (60) days after the date of the first publication of this notice, and file the original with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter; otherwise a default will be entered against you for the relief demanded in the Complaint.

NOTE: THIS COMMUNICATION, FROM A DEBT COLLECTOR, IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Sarasota County Jury Office, P.O. Box 3079, Sarasota, Florida 34230-3079, (941) 861-8000, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711.

DATED this 16th day of June, 2021.
Karen E. Rushing
Clerk Circuit Court
By: /s/ Glen Kopinsky
As Deputy Clerk

6/25-7/16/21LG 4T

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT IN AND FOR SARASOTA COUNTY, FLORIDA
CIVIL DIVISION
Case Number: 2021 CA 002017 NC

NAPA, LLC, a North Carolina Limited Liability Company,
Plaintiff,

v.

EMENN VENTURES, INC., a Dissolved Washington corporation.
Defendant.

## SARASOTA COUNTY

Defendant.

### NOTICE OF ACTION

TO: EMENN VENTURES, INC., a Dissolved Washington Corporation.
(Address Unknown)

YOU ARE NOTIFIED that an action to quiet title to the following described real property in Sarasota County, Florida:

Lot 4, Block 1094, Twenty-Third Addition to Port Charlotte Subdivision, according to the map or plat thereof as recorded in Plat Book 14, Page 13, Public Records of Sarasota County, Florida.

Property Address: Semice St, North Port, FL 34288

Parcel ID No.: 1147109404

has been filed against you, and you are required to serve a copy of your written defenses, if any, to it on Kristopher E. Fernandez, Esq., Attorney for Plaintiff, whose address is 114 S. Fremont Avenue, Tampa, FL 33606, which date is: July 26, 2021 and to file the original with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter; otherwise a default will be entered against you for the relief demanded in the Complaint.

The action was instituted in the Twelfth Judicial Circuit Court for Sarasota County in the State of Florida and is styled as follows: **NAPA, LLC, a North Carolina Limited Liability Company**, Plaintiff, v. **EMENN VENTURES, INC., a Dissolved Washington Corporation**, Defendant.

If you are a person with a disability who needs any accommodation in order to participate in a court proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Sarasota County Jury Office, P.O. Box 3079, Sarasota, Florida 34230-3079. Telephone: (941) 861-7400. If you are hearing or voice impaired, please call 711.

DATED on June 17, 2021.
Karen E. Rushing, Clerk
Clerk of the Court
By: s/ Glen Kopinsky
As Deputy Clerk

6/25-7/16/21LG 4T

### NOTICE OF ACTION
*Sarasota County*

BEFORE THE BOARD OF NURSING

IN RE: The certification to practice as a Certified Nursing Assistant

Zoe Masterson, C.N.A.
7325 Claires Drive
Sarasota, Florida 34243

CASE NO.: 2019-19060
LICENSE NO.: CNA354044

The Department of Health has filed an Administrative Complaint against you, a copy of which may be obtained by contacting, Madelyn Pendarvis, Assistant General Counsel, Prosecution Services Unit, 4052 Bald Cypress Way, Bin #C65, Tallahassee Florida 32399-3265, (850) 558-9824.

If no contact has been made by you concerning the above by JULY 30, 2021 the matter of the Administrative Complaint will be presented at an ensuing meeting of the Board of Nursing in an informal proceeding.

In accordance with the Americans with Disabilities Act, persons needing a special accommodation to participate in this proceeding should contact the individual or agency sending this notice not later than seven days prior to the proceeding at the address given on the notice. Telephone: (850) 245-4640, 1-800-955-8771 (TDD) or 1-800-955-8770 (V), via Florida Relay Service.

6/18-7/9/21LG 4T



I SHOULD PROBABLY GET A RIDE HOME.

BUZZED DRIVING IS DRUNK DRIVING

NHTSA

# Visite Conviva, donde nos enfocamos en ayudarle a *vivir bien.*



## Su mejor opción

Durante más de 50 años, hemos establecido una reputación como líderes en el cuidado de la salud de las personas mayores*. Es por eso que, año tras año, más pacientes eligen Conviva.



Le ayudamos a **mantenerse bien** para que pueda *vivir mejor*



Sus aliados de mayor confianza en atención médica primaria



Atención médica primaria para personas mayores como usted



**Llame hoy al (844) 908-0431 para hacer un recorrido** o visite ConozcaConviva.com

*Aceptamos una variedad de planes de Medicare Advantage.*

*Estudio: "Primary Care Research", realizado por Burke, Inc. para Conviva 2020/2021*

 **@ConvivaCareCenters**     **@ConvivaCare**

CHCCC-000060

# TAB 36-6

# EXHIBIT F

Page 1

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

CIVIL ACTION NO.: 8:22-cv-1977-MSS-SPF


BLAKE WARNER,

Plaintiff,

v.

HILLSBOROUGH COUNTY

CLERK OF COURTS,

Defendant.



REMOTE VIDEOCONFERENCE DEPOSITION OF

PATRICK MANTEIGA


DATE TAKEN:            MONDAY, JANUARY 30, 2023

TIME:                 2:37 p.m. - 3:06 p.m. ET


WITNESS LOCATION:     TAMPA, FLORIDA




Reported By:

Lisa Ann Lopez, CER No. 1178

Appearing remotely via videoconference

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 2

1    APPEARANCES

2

3    On behalf of Plaintiff:

4    BLAKE WARNER, PRO SE LITIGANT

5         2211 South Village Avenue

6         Tampa, Florida 33612

7         212-542-0055

8    APPEARED VIA VIDEOCONFERENCE

9

10   On behalf of Defendants:

11   AKERMAN LLP

12        401 East Jackson Street, Suite 1700

13        Tampa, Florida 33602

14        813-223-7333

15        BY: GREGG MORAN, ESQUIRE

16   APPEARED VIA VIDEOCONFERENCE

17

18   ALSO PRESENT:

19   Gene Siudut - La Gaceta Newspaper

20

21

22

23

24

25

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 3

```
 1   INDEX

 2

 3   DEPOSITION OF PATRICK MANTEIGA              PAGE

 4   Examination by Mr. Warner                    4

 5   Examination by Mr. Moran                    17

 6   Examination by Mr. Warner                   20

 7

 8

 9             PLAINTIFF'S EXHIBITS FOR IDENTIFICATION:

10   NUMBER          DESCRIPTION                 PAGE

11   A               Route Tampa & County 7/21    23

12   B               Route Downtown & Ybor 7/21   23

13   C               Route Hills County ZIPS 7/21 23

14   D               USPS Form 3541 7/21          23

15

16             DEFENDANT'S EXHIBITS FOR IDENTIFICATION:

17   NUMBER          DESCRIPTION                 PAGE

18   (NONE)

19

20

21

22

23

24

25
```

Executive Reporting Service

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 4

```
 1          THE REPORTER:  We are on the record.  The time is
 2   2:37.  My name is Lisa Lopez, and I'm representing
 3   Executive Reporting Service today for the deposition of
 4   Patrick Manteiga.
 5          Will parties please make their appearances,
 6   starting with the taking party?
 7          MR. WARNER:  Mr. Warner, pro se plaintiff.
 8          MR. MORAN:  Good afternoon.  My name's Gregg
 9   Moran, and I'm the attorney for the Hillsborough Clerk of
10   Court.
11          THE REPORTER:  Thank you very much.
12          Mr. Manteiga, would you please raise your right
13   hand?
14          Do you solemnly swear or affirm that you are
15   Patrick Manteiga and that the testimony you give today will
16   be the truth, the whole truth, and nothing but the truth?
17          THE WITNESS:  I do.
18          THE REPORTER:  Thank you very much.  You can
19   lower your hand.
20          Mr. Warner, your witness.
21   PATRICK MANTEIGA, having affirmed to tell the truth, was
22   examined, and testified as follows:
23                      EXAMINATION
24   BY MR. WARNER:
25      Q.   Mr. Manteiga, are you the corporate
```

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 5

1    representative for La Gaceta?

2         A.   Yes.

3         Q.   What is La Gaceta?

4         A.   Excuse me?

5         Q.   What is La Gaceta?

6         A.   La Gaceta is a newspaper, weekly, come out every

7    Friday.

8         Q.   Let's see.   How was La Gaceta started?

9         A.   My grandfather started La Gaceta back in 1922

10   with cooperation from a Dr. Avellanad who helped him

11   finance it and Mascaulana Printing Company which helped

12   print it, and it's been in my family ever since.

13        Q.   Okay.   What is your role in La Gaceta, Mr.

14   Manteiga?

15        A.   I'm the publisher and editor.   I serve as chief

16   executive officer.

17        Q.   What is La Gaceta's target demographic?

18        A.   La Gaceta gets to Tampa's -- the Tampa community.

19   We target the Latino community.   We're in three languages -

20   - Spanish, Italian, and English.   We also get to a lot of

21   people who have an interest in Tampa politics, interested

22   in Tampa arts, or just interested in Tampa news.

23        Q.   Okay.   Can you describe the demographics of the

24   typical La Gaceta reader?

25        A.   No.

Executive Reporting Service

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 6

1      Q.    Do you have any idea about the demographics of

2   your readers?

3      A.    I have such a wide variety.  It would be hard to

4   average them.

5      Q.    Does La Gaceta have a media kit?

6      A.    Yes.  But we do not offer demographics in the

7   media kit.

8      Q.    What do you offer in the media kit?

9      A.    Pricing.

10     Q.    So when -- you sell advertising in your magazine.

11  Correct?

12     A.    Yes.

13     Q.    When you speak with the advertiser to sell ads,

14  which audience do you tell them that you can expose their

15  ads to?

16     A.    I tell them we get to people who are bilingual,

17  people who speak only English, people who speak only

18  Spanish.  That people read us for different reasons.

19  People might read us for only Spanish read us because we're

20  probably the only news source they can find that's printed

21  that gives them decent news about what's going on outside

22  of the Tampa community, perhaps back in their home

23  countries, gives them information about things that are

24  happening that are necessary to them.  Things in regard to

25  Social Security or -- or schools or things like that.

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 7

1           For our English reader, it would be somebody who
2      is probably somebody who's a little bit more upscale since
3      they're reading a paid publication, people who have an
4      interest in politics, or people who have an interest in
5      what's going on in the community, people who like a printed
6      newspaper.
7           We get to some people in the Italian community
8      who want to be able to preserve their spoken language by
9      occasionally having something to read in Italian.  We don't
10     -- we only have one page of Italian, so it's not a large
11     item.
12          But you know, I find that, you know, it's such an
13     odd variety of people that I -- I really couldn't tell
14     somebody, you know, this is my typical reader because we
15     are -- offer a pretty wide variety of things.
16     Q.   So when you speak to your advertisers and you
17     tell them that you have a Spanish-speaking audience, do you
18     give them any indication of how much of that audience is
19     Spanish-speaking?
20     A.   You know, I tell them my guess would be that
21     perhaps maybe one-third.  But you know, I also point out to
22     them that there's an issue between whether somebody speaks
23     Spanish and whether somebody's dependent on Spanish.  And
24     so that -- that's -- you know, some people want to read
25     Spanish because they prefer it.  They can read English.

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 8

1    They can speak English.  But they prefer that.  Some people

2    are exact opposite.  They prefer English over Spanish.  I

3    don't make that -- you know, I can't make that distinction

4    for them.  So you know -- but generally we tell -- we don't

5    get to the newest immigrants in town because a lot of those

6    -- a lot of that group hasn't discovered La Gaceta yet.  A

7    lot of that group is not strong readers.  People who read

8    newspapers in the Spanish community are very much like in

9    the English community.  Generally, it's somebody who's a

10   little bit more mature and somebody who's a little bit more

11   interested in news rather than somebody who is very

12   disengaged.

13        Q.    Okay.  Do you sell advertising -- let me

14   rephrase.

15             Do you place ads in your newspaper that are in

16   Spanish?

17        A.    Yes.

18        Q.    Do those advertisers inquire about how many of

19   your readers can actually read the advertisement in

20   Spanish?

21        A.    They might ask, but I can't answer.  I don't have

22   that -- I don't have that number.  I've never done a survey

23   of our readership.

24        Q.    Let's see.  So to the converse, you're saying

25   that approximately two-thirds of your audience can read

Page 9

1    English?

2              MR. MORAN:  Object to form.

3              THE DEPONENT:  That is not what I said.  I said

4    that, you know, there are people who prefer Spanish.  I

5    don't know if they can read or not.  So my guess is that

6    one-third of my people might prefer Spanish, not can solely

7    do that language.

8    BY MR. WARNER:

9         Q.   Do you have any estimations on how much of your

10   readership cannot read English?

11        A.   No.  I would say it would be very little.

12        Q.   How many copies of the July 9th, 2021 edition of

13   La Gaceta were printed?

14        A.   Were printed?

15        Q.   Were printed.

16        A.   I think we're at 4,000.

17        Q.   And how many of those are actually distributed to

18   readers?

19        A.   Around 3,800, 3,900.

20        Q.   How many of them were given away for free?

21        A.   Given away for free.  Maybe 500.

22        Q.   And who do you give them away to free to?

23        A.   Well, it depends.  Sometimes, I have groups that

24   will buy publications from me and then they give them away.

25   Other times, in areas that we're trying to gain readership

Page 10

1   or interest in, we might drop off some at different

2   locations in hopes people will pick them up, start to like

3   them, and then start to buy them.

4        Q.   Okay.  How many of those copies that were

5   distributed to readers in Hillsborough County?

6        A.   I'll have to take a look at a piece of paper.

7             MR. SIUDET:  July?

8             THE DEPONENT:  July.

9             MR. SIUDET:  It was a little more than -- like

10   through the mail or --

11             THE DEPONENT:  Dropped and -- mail and -- and

12   dropped off to stores.

13             MR. SIUDET:  2,500, 3,000.  2,500 would be --

14   2,500 would be a -- I know more if we have to take

15   (indiscernible), it would be 2,500, 3,000.

16             THE DEPONENT:  I'm sorry.  Hold on.  Can I have

17   the paperwork that you have and I can do the addition.

18             MR. MORAN:  I'm going to place an objection here

19   too.  This isn't necessarily a research assignment,

20   especially at the point that we've got other people --

21   there's no obligation for Mr. Manteiga to do this type of

22   independent research.

23             MR. WARNER:  Mr. Moran, I will ask you to keep

24   your objections terse, no speaking objections.  Your

25   objection is noted.

Executive Reporting Service

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 11

1            THE DEPONENT:  So through the U.S. Postal

2    Service, we had -- we had --

3            MR. SIUDET:  In Hillsborough County, 2,127.

4            THE DEPONENT:  2,127 copies mailed.

5            MR. WARNER:  In Hillsborough.

6            THE DEPONENT:  In Hillsborough County.

7            MR. MORAN:  Okay.  Again, I'm restating this

8    objection.  We're not getting answers from other people.

9    We're getting answers from the witness.  I'm fine with

10   there being other people in the room.  Again, we are not

11   going to object to that, but the witness is answering.  If

12   the witness doesn't know, the witness can indicate that,

13   but we're not going to do a research assignment every time

14   there's a question that's potentially unknown at the time.

15           MR. WARNER:  Okay.  Mr. Moran, I will state this

16   again.  There's no judge present.  There's no need to

17   elaborate your objection to the witness.  You state your

18   objection on the record.  That's it.  And you can elaborate

19   in a motion or some other time, some other point in time.

20   Okay?

21           MR. MORAN:  Mr. Warner, I'm aware of what the

22   rules are.  I'm saying that if --

23           MR. WARNER:  So --

24           MR. MORAN:  -- this is going to keep happening,

25   I'm going to shut this down and we are going to file that

Executive Reporting Service

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 12

1    motion.

2           MR. WARNER:  Do what you want.

3    BY MR. WARNER:

4       Q.    Okay.  Mr. Manteiga, when was English added to La

5    Gaceta?

6       A.    1955.

7       Q.    And why was English added?

8       A.    To diversify the paper's circulation.  The Latino

9    population that we had been serving for a number of years

10   was now in its second generation and therefore, there was

11   more English readers.

12      Q.    Why did you want to diversify the readership?

13      A.    Well, you're asking me to guess why my father and

14   my grandfather would.  I didn't exist in 1955.  But I

15   thought I just answered it.

16      Q.    Let me rephrase another way.  You did answer

17   about that you wanted to diversify, but there was no

18   testimony as the reasoning behind the diversification.  And

19   I understand that you weren't alive at that time, but you

20   are a corporate representative of La Gaceta and you were

21   noticed for the history of La Gaceta.

22          MR. MORAN:  Object to form.

23   BY MR. WARNER:

24      Q.    If you don't know, that's fine.  Just --

25      A.    Okay.  I don't know.

Executive Reporting Service

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 13

1    Q.   Thank you.  Describe your efforts, if any, to
2    market La Gaceta to non-Hispanic readers in Hillsborough
3    County.
4    A.   We do social media.  We do things on Facebook.
5    We do things on Instagram.  There are other newspapers that
6    write about us when we have articles they find interesting,
7    like Creative Loafing and Tampa Bay Times.  I appear on TV
8    shows that talk about politics and often are identified
9    with owning La Gaceta and therefore, hopefully, my
10   opinions, people find interesting and then will buy the
11   newspaper so they can read my opinions every week.  We
12   distribute free newspapers occasionally at different
13   events.
14        We recently are going to -- we're going to have a
15   film at Tampa Bay Theatre on February 11th about our
16   history.  It's a documentary.  It's $10 if you want to
17   attend.  It's being marketed currently.  So those are many
18   of the different ways we market.
19   Q.   What type of marketing do you do on Facebook?
20   A.   We post things.
21   Q.   Can you elaborate on what you post?
22   A.   Sometimes, it's -- it's everything from, you
23   know, if we have an interesting article, we might post
24   something about that.  Sometimes, it's pictures of the
25   office cat.  I mean, you know, we do all kinds of different

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 14

1    things.

2         Q.   In the March 2022 Tampa Bay Times article, you're

3    quoted as saying, "So in the 1950s, we added English

4    because we had to to get legal advertising".

5            Is that a statement that you made?

6         A.   Probably, if it's printed.

7         Q.   Why did you want to get legal advertising?

8         A.   Because it -- I assume my father had told me it

9    was part of adding more diversify of income to the paper.

10        Q.   What percentage of La Gaceta's revenue comes from

11   legal advertising currently?

12        A.   I don't know.  Don't have that number right off

13   the top of my head.

14        Q.   Is it less than half?  More than half?

15        A.   Probably more than half.

16        Q.   More than three-quarters?

17        A.   I don't think so.  But maybe.  I don't know.  I

18   don't have that number.

19        Q.   Off the top of your head, do you know how many

20   retail locations in Hillsborough County a user could

21   acquire a copy of La Gaceta printed?

22        A.   Hold on one second.  Probably around 45.

23        Q.   Are there any regions of Hillsborough County

24   where La Gaceta is not read?

25        A.   I think we get to almost every ZIP code in a

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 15

1   subscription form or you know, people driving around.  So

2   you know, I -- I would tell you that our heaviest area

3   would be the City of Tampa.  It's probably heavier than

4   Plant City, but Plant City still has some newspapers.  We

5   get to Brandon.  I have stuff in Wimauma, Sun City.  I've

6   got, you know, stuff in Lutz and Land o'Lakes.  So I think

7   we have a fairly broad distribution.  Of course, like I

8   said, it's heaviest in West Tampa, downtown, South Tampa.

9       Q.   How can a user purchase a subscription to La

10  Gaceta?

11      A.   They can call us or go online.

12      Q.   When did La Gaceta add the ability to purchase

13  the subscription online?

14      A.   Recently.

15      Q.   Was it after August 2022?

16      A.   Yeah.  Probably.  Yeah.

17      Q.   What prompted La Gaceta to add the ability to add

18  -- to purchase the subscription online?

19      A.   The promotions that we got during our hundredth

20  anniversary edition -- our hundredth anniversary

21  celebration last year had a lot -- we got a lot more

22  publicity, a lot more TV time, and we had people calling us

23  and wanting to subscribe and so you know, it was easier,

24  when I was at a speech when I'm talking to Rotary or

25  talking to Lions Club or talking to Café Con Leche group to

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 16

1   be able to say, you know, go to blah, blah, blah, as

2   opposed to call us at the office.  And so a lot of them

3   wanted to buy it right there while I was speaking as

4   opposed to having to do the purchasing later on.

5        Q.   When did you become aware of the existence of

6   this lawsuit?

7        A.   I still really don't know what your lawsuit's

8   about.  All I know is that you wanted to do a deposition on

9   me.  And I looked briefly and it looked like you were suing

10  the clerk of the circuit court.  In fact, when you first

11  reached out to me, I thought you were representing the

12  clerk, not representing yourself.

13       Q.   Let's see.  Have you had any communications with

14  the clerk or any government employee, agent, or

15  representative regarding this lawsuit or the July 9th, 2021

16  edition of La Gaceta after July 2022?

17       A.   No.

18       Q.   Okay.  So going back to the history, did your

19  great-grandfather, I believe, start La Gaceta for the cigar

20  workers in Ybor City?  Is that correct?

21       A.   Grandfather, not great-grandfather.  My

22  grandfather started after being a lector in the cigar

23  factory and he -- his target, of course, I'm sure, was the

24  residents of Ybor City and West Tampa who were mainly cigar

25  workers.  So yes.  It was -- it was aimed at the -- Tampa's

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 17

1    Latin community.  It started off as a Spanish-language

2    daily.

3         Q.   I understand.

4              MR. WARNER:  That's all I have for you, Mr.

5    Manteiga.  I appreciate your time today.

6              THE DEPONENT:  I appreciate the --

7              MR. WARNER:  My apologies.  My apologies.

8              Mr. Moran, would you like to cross?

9              MR. MORAN:  Yeah.  I believe so.  Give me one

10   moment.

11             Yes.  I have a few questions I'd like to ask you.

12   So we can go ahead and start with the cross-examination

13   now.

14                        EXAMINATION

15   BY MR. MORAN:

16        Q.   And I am pronouncing it right?  Is it Mr. [Man-

17   tee-gah] is the pronunciation?  Or [Man] --

18        A.   It's close.  [Man-tay-gah] is what I go by.

19        Q.   Manteiga?  Okay.  I apologize.  I was wondering

20   first --

21        A.   It might be -- you maybe have it right in

22   Portugal.  I don't know.

23        Q.   If it makes you feel any better, when they

24   mispronounce my name, it becomes [Mohr-ahn], so it could be

25   worse.

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 18

1            Now, you discussed briefly the online presence of

2    the ad.  What is the web address -- or the newspaper.  What

3    is the web address for La Gaceta?

4        A.    Lagacetanewspaper.com.

5        Q.    Okay.  And is the newspaper in charge of the

6    information available on that website?

7        A.    Yes.  The website has short little blurbs about

8    what we're writing about and nothing in -- nothing

9    complete.  We normally encourage you to buy our newspaper

10   if you like what we read.  And then of course, we have to

11   have all of our legal ads on the website.

12       Q.    How long have your legal ads been available on

13   the website?

14       A.    Ever since the State required it.

15       Q.    Do people have to pay a fee to access the legal

16   ads online?

17       A.    You don't have to pay a fee to get to my website

18   or the legal ads.

19       Q.    You discussed earlier mailing the newspaper out

20   to people as a distribution.  You mailed them from the

21   United States Postal Service?

22       A.    Yes.  We have a periodicals class license which

23   was the successor to what was called second class mail.

24       Q.    Do you know when you obtained that license?

25       A.    Our license in Hillsborough County was obtained

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 19

1    in 1923 for second class mailing.  It just switched to

2    periodicals.  We kept the same license number.

3         Q.   You said 1923?

4         A.   Yes.

5         Q.   Okay.  Thank you.  Do you know how long the

6    Hillsborough County Clerk of Court has been advertising

7    legal notices in the paper?

8         A.   I've been with the paper since 1984 and I believe

9    that when I first got here, they were being published here.

10        Q.   Correct me if I'm wrong.  Did you mention that La

11   Gaceta's published weekly?

12        A.   Yes.

13        Q.   And how long has it been published as a weekly

14   periodical?

15        A.   Early '50s.

16        Q.   Regarding the contents of the paper, in its

17   current form, would you say that in the average issue, at

18   least 25 percent of the words are in English?

19        A.   Yes.

20        Q.   Just in an average issue, would you say that more

21   than 75 percent of the newspaper is dedicated to

22   advertising?

23        A.   It can range.  Sometimes, we go from maybe as low

24   as 60 percent reading material -- I mean, as -- we go to

25   maybe around 60 percent advertising to up as high as maybe,

Executive Reporting Service

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 20

1    you know, 75 or 80 percent.  We try not to go that high

2    though.  I think our average is 65.

3              MR. MORAN:  I believe that's all I have.  Give me

4    just one moment.

5              THE DEPONENT:  No problem.

6    BY MR. MORAN:

7        Q.   So just to make sure I have this correct then.

8    The paper does hold a periodicals permit?

9        A.   Yes.

10       Q.   And you have held that since at least about when?

11       A.   1923 we entered a second class mailing matter in

12   the United States Postal Service in the City of Tampa.

13   Periodicals, whenever that class was created, we were --

14   they moved us to that class when they eliminated second

15   class mail.

16             MR. MORAN:  All right.  No further questions.

17             MR. WARNER:  I just have one more question for

18   you, Mr. Manteiga.

19                        EXAMINATION

20   BY MR. WARNER:

21       Q.   Do you have a copy of the July 9th, 2021 edition

22   of La Gaceta?

23       A.   Yes.

24       Q.   Can you have your assistant send it over or do I

25   need to pick up a physical copy?

Executive Reporting Service

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 21

```
 1        A.   Well, if you want the physical copy, you know, I
 2   would suggest picking it up.  You know, I can send you over
 3   --
 4        Q.   Digital's --
 5        A.   -- digital if you would like.
 6        Q.   Digital is preferred.
 7        A.   Okay.
 8        Q.   If you can just send it to the same mailing list
 9   that you sent the other email to.
10        A.   Okay.  It might take me towards the end of the
11   day.
12        Q.   There's no rush.  Thank you.
13        A.   Okay.
14             MR. MORAN:  Thank you, sir.
15             MR. WARNER:  All right.  Have a good day, Mr.
16   Manteiga.  Thank you for your time.
17             THE DEPONENT:  Thank you very much.
18             THE REPORTER:  All right.  Give me just a quick
19   moment before you run off, Mr. Manteiga.
20             THE DEPONENT:  No problem.
21             THE REPORTER:  Mr. Warner, will be ordering the
22   original?
23             MR. WARNER:  I will.
24             THE REPORTER:  All right.  And Mr. Moran, would
25   you like a copy?
```

Executive Reporting Service

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 22

```
 1            MR. MORAN:  I think so.  Let me get back with you
 2    on that one.  I'm going to copy your email here.
 3            THE REPORTER:  Okay.  I'll send you an email
 4    after the deposition too so you'll have it along with our
 5    form.
 6            MR. MORAN:  Perfect.
 7            THE REPORTER:  Does someone need to address
 8    something with the witness?
 9            MR. WARNER:  No.
10            THE REPORTER:  Okay.
11            MR. MORAN:  I suppose I'll just add one -- that
12    I'd ask Mr. Manteiga, are you planning on reading the
13    transcript before?
14            THE DEPONENT:  No.
15            THE REPORTER:  All right.  So an original to Mr.
16    Warner.  We'll check with Mr. Moran on the copy.  And we'll
17    waive the reading of the witness.  We're off the record at
18    3:02.
19            THE REPORTER:  All right.  We're off the record
20    at 1022.
21            (WHEREUPON, a recess was taken.)
22            THE REPORTER:  We're on the record at 3:05.
23            MR. WARNER:  I'd like to introduce the documents
24    that Mr. Manteiga provided just now at the deposition.  LG
25    Route Tampa and Country [sic], July 2021 as Exhibit A.  LG
```

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 23

1    Route Downtown and Ybor, July 2021 as Exhibit B.  LG Hills

2    County ZIPs mailed to July 2021 as Exhibit C.  And LG USPS

3    Form 3541 July 2021 as Exhibit D.

4              That's it.

5              (WHEREUPON, Exhibit A-D were marked for

6    identification.)

7              THE REPORTER:  All right.  Then we're off the

8    record at 3:06.

9    (Deposition concluded at 3:06 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 24

1                        CERTIFICATE OF OATH

2

3

4    STATE OF FLORIDA        )

5    COUNTY OF HILLSBOROUGH )

6

7            I, the undersigned authority, certify that PATRICK

8    MANTEIGA remotely appeared before me via videoconference on

9    Monday, January 30, 2023, at 2:37 p.m. and was duly sworn.

10           WITNESS my hand and official seal this 8th day of

11   February, 2023.

12

13

14

15

16

17

18                                _____

19                                Lisa Ann Lopez, CER/CET-1178

20                                        Notary Public

21

22

23

24

25

Executive Reporting Service

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 25

1                     CERTIFICATE OF COURT REPORTER

2

3     STATE OF FLORIDA

4     COUNTY OF HILLSBOROUGH

5

6          I, Lisa Ann Lopez, Digital Reporter, certify that

7     I was authorized to and did electronically report the

8     deposition of PATRICK MANTEIGA; produced the transcript

9     that was requested; and the transcript, pages 1 through 23,

10    is a true and correct record of my deposition record.

11         I FURTHER CERTIFY that I am not a relative,

12    employee, attorney, or counsel of the parties, nor am I a

13    relative or employee of any of the parties' attorneys or

14    counsel connected with the action, nor am I financially

15    interested in the action.

16

17         DATED this 8th of February, 2023.

18

19         *Lisa Ann Lopez*

20

21

22

23

24

25

Executive Reporting Service

1f5079f2-417b-4a5b-a336-7e36b61f9103

# TAB 36-7

# EXHIBIT G

PS Form 3541, Periodicals - One Issue or One Edition

**Final**

United States Postal Service
**Periodicals - One Issue or One Edition**

[ ] Classroom
[ ] Nonprofit
[X] Regular
[ ] Science-of-Agriculture

Post Office: Note Mail Arrival Time

### Mailer Information

| Publication Title and Owner or News Agent's Name | Mailer's Name, Address, and CRID | Entry Post Office Name, State, and ZIP+4 |
|---|---|---|
| LA GACETA<br>LA GACETA<br>PO BOX 5536<br>TAMPA, FL 33675 -5536<br><br>813-248-3921<br>LAGACETA@TAMPABAY.RR.COM Customer Ref.<br>ID: 8670139 | La Gaceta Publishing, Inc.<br>3210 E 7TH AVE<br>TAMPA, FL 33605-4302<br>CRID: 8670139 | TAMPA FL 33634-9651 |

### Mailing Information

| Account Number: 9000036446<br>Publication No. 299240<br>CRID: 8670139<br>Post Office of Permit: TAMPA FL<br>33634-9651 | Edition/Code: 99-<br>31 | Process Category:<br>Flats | Mailer's Mailing Date:<br>07/29/2021 | Statement Sequence No.: |
|---|---|---|---|---|
| Issue Date: 07/30/2021 | Volume Number: 99 | | Issue Number: 31 | Issue Frequency:  52/year |
| Weight of Single Ride-Along Piece: N/A | | Weight per Copy for Issue:  0.2282 lbs. | | Advertising Percentage in This Issue: 67.43 % |
| Total Addressed Pieces: 2545 pcs. | | | Total Postage:  $ 956.30 | |

| No of Containers: | 1' MM Trays: | 2' MM Trays: | 2' EMM Trays: | Flat Trays: | Sacks:<br>33 | Pallets: | Other: |
|---|---|---|---|---|---|---|---|

| For Automation Price Pieces, Enter Date for Address Matching and Coding | For Carrier Route Price Pieces, Enter Date for Address Matching and Coding | For Carrier Route Price Pieces, Enter Date of Carrier Route Sequencing |
|---|---|---|

**Mail Arrival Date and Time: 07/29/2021 18:28** | **Payment Date and Time: 07/29/2021 18:28**

Comments:

### In-County

**Part A-Pound Price**

| | Entry | Subscriber Copies | Nonsubscriber Copies | Total Copies | Total Pounds | Price | Postage |
|---|---|---|---|---|---|---|---|
| A2 | None | 2127 | 0 | 2127 | 485 | 0.204 | 98.9400 |
| A3 | | | | | | | 98.9400 |
| | | | | | Total Pound Price Postage (Add lines A1 and A2) | | 98.9400 |

**Part A-Piece Price (Presort)**

| | Entry Zone | | Presort Discount | Total Copies | Addressed Pieces | Price | Postage |
|---|---|---|---|---|---|---|---|
| A4 | Basic | | Nonautomation | 2127 | 2113 | 0.218 | 460.6340 |
| A16 | Presort Subtotal (Add lines A4-A15) | | | 2127 | 2113 | | 460.6340 |
| A18 | | | Piece Price Subtotal (A16 minus A17) | | | | 460.6340 |
| A20 | | | Periodicals In-County Subtotal (Line A18 minus A19) | | | | 460.6340 |
| | | | | | Part A Total (Add lines A3, A20, and A21) | | 559.5740 |

### Outside-County

**Part B - Advertising Pound Price**

| | Entry Zone | Subscriber Copies | Nonsubscriber Copies | Total Copies | Total Pounds | Advertising Pounds | Price | Postage |
|---|---|---|---|---|---|---|---|---|
| B4 | 1 & 2 | 240 | 0 | 240 | 55 | 37 | 0.212 | 7.8440 |
| B5 | 3 | 85 | 0 | 85 | 19 | 13 | 0.230 | 2.9900 |
| B6 | 4 | 26 | 0 | 26 | 6 | 4 | 0.291 | 1.1640 |
| B7 | 5 | 69 | 0 | 69 | 16 | 11 | 0.364 | 4.0040 |
| B8 | 6 | 10 | 0 | 10 | 2 | 1 | 0.445 | 0.4450 |
| B9 | 7 | 6 | 0 | 6 | 1 | 1 | 0.539 | 0.5390 |
| B10 | 8 | 20 | 0 | 20 | 5 | 3 | 0.623 | 1.8690 |
| B12 | | | | Subtotal (Add lines B1-B11) | | | | 18.8550 |

**Part B-Nonadvertising Pound Prices**

| | Entry Zone | Total Pounds | Advertising Pounds | Nonadvertising Pounds | Price | Postage |
|---|---|---|---|---|---|---|
| B16 | All Others | 104 | 70 | 34 | 0.157 | 5.3380 |
| B17 | | | Subtotal (Add lines B13-B16) | | | 5.3380 |
| | | | Part B Total -Pound Price Total(Add line B12 and B17) | | | 24.1930 |

**Part C - Piece Price**

| | Level | Description | Copies | Addressed Pcs. | Price | Postage |
|---|---|---|---|---|---|---|
| | Machinable Flats | | | | | |
| C2 | Mixed ADC | Nonbarcoded | 123 | 123 | 0.586 | 72.0780 |
| C4 | ADC | Nonbarcoded | 70 | 70 | 0.520 | 36.4000 |
| C6 | 3-Digit/SCF | Nonbarcoded | 147 | 147 | 0.467 | 68.6490 |
| C8 | 5-Digit | Nonbarcoded | 75 | 75 | 0.353 | 26.4750 |
| | Carrier Route & Firm Bundles | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| C32 Firm Bundle | | | | 0.31000 | 3.5700 |
| C33 | Subtotal *(Add lines C1 through C32)* | 456 | | 432 | 207.1720 |
| C34 Nonadv. % | | | | 0.00112 | -15.7587 |
| C35 | Subtotal Outside County Piece Prices *(Line C33 minus C34)* | | | | 191.4133 |
| | Part C Total *(Line C35 minus C36)* | | | | 191.4133 |

| **Part D – Bundle Price** | | | | | |
|---|---|---|---|---|---|
| **Container Level** | **Bundle Level** | **Bundles** | **Price** | **Postage** |
| | Part D Total *(Add lines D1-D18)* | 202 | | 185.6120 |
| E51 | Part E Sack and Tray Total *(Add lines E1-E50)* | 6 | | 15.4000 |
| | Part E Total*(Add lines E51 and E84)* | | | 15.4000 |
| 5% discounts for Limited Circulation or Nonprofit/Classroom subscribers and nonsubscribers | | | | - $ 19.8882 |
| | | | **Total Outside-County Postage** | $ 396.73 |
| | | | **Total Postage** | $ 956.30 |

Facsimile of Form 3541

| **USPS Use Only** | | | | |
|---|---|---|---|---|
| Perform Verification: | Verification data not available at this time, | | | |
| **One Pass/Two Pass Verification** | | | | |
| Received: | Error Percentage: | | Additional Postage: | $ 0.00 |
| A/R/C: | Cost Avoidance: | | Verifying Employee's Name: | |
| Total Additional Postage: | $ 0.00 | Number of Reworked Pieces: | | |

This mailing has been inspected concerning:
(1) eligibility for postage prices claimed;
(2) proper preparation *(and presort where required)*;
(3) proper completion of postage statement; and
(4) payment of annual fee *(if required)*.

This postage statement was verified and accepted under the PostalOne! program. No postal signature or round stamp is required.

PS Form 3541 - Periodicals - One Issue or One Edition

**Final**

[ ] Classroom
[ ] Nonprofit
[X] Regular
[ ] Science-of-Agriculture

United States Postal Service
Periodicals - One Issue or One Edition

Post Office: Note Mail Arrival Time

### Mailer Information

| Publication Title and Owner or News Agent's Name | Mailer's Name, Address, and CRID | Entry Post Office Name, State, and ZIP+4 |
|---|---|---|
| LA GACETA<br>LA GACETA<br>PO BOX 5536<br>TAMPA, FL 33675 -5536<br><br>813-248-3921<br>LAGACETA@TAMPABAY.RR.COM Customer Ref. ID: 8670139 | La Gaceta Publishing, Inc.<br>3210 E 7TH AVE<br>TAMPA, FL 33605-4302<br>CRID: 8670139 | TAMPA FL 33634-9651 |

### Mailing Information

| Account Number: 9000036446<br>Publication No. 299240<br>CRID: 8670139<br>Post Office of Permit: TAMPA FL 33634-9651 | Edition/Code: 99-30 | Process Category: Flats | Mailer's Mailing Date: 07/22/2021 | Statement Sequence No.: |
|---|---|---|---|---|
| Issue Date: 07/23/2021 | Volume Number: 99 | | Issue Number: 30 | Issue Frequency: 52/year |
| Weight of Single Ride-Along Piece: N/A | | Weight per Copy for Issue: 0.2852 lbs. | | Advertising Percentage in This Issue: 70.02 % |
| Total Addressed Pieces: 2545 pcs. | | | Total Postage: $ 988.83 | |

| No of Containers: | 1' MM Trays: | 2' MM Trays: | 2' EMM Trays: | Flat Trays: | Sacks: 33 | Pallets: | Other: |
|---|---|---|---|---|---|---|---|

| For Automation Price Pieces, Enter Date for Address Matching and Coding | For Carrier Route Price Pieces, Enter Date for Address Matching and Coding | For Carrier Route Price Pieces, Enter Date of Carrier Route Sequencing |
|---|---|---|

| Mail Arrival Date and Time: 07/22/2021 17:49 | Payment Date and Time: 07/22/2021 17:49 | |
|---|---|---|

Comments:

### In-County

**Part A-Pound Price**

| | Entry | Subscriber Copies | Nonsubscriber Copies | Total Copies | Total Pounds | Price | Postage |
|---|---|---|---|---|---|---|---|
| A2 | None | 2127 | 0 | 2127 | 607 | 0.204 | 123.8280 |
| A3 | | | | | Total Pound Price Postage (Add lines A1 and A2) | | 123.8280 |

**Part A-Piece Price (Presort)**

| | Entry Zone | | Presort Discount | Total Copies | Addressed Pieces | Price | Postage |
|---|---|---|---|---|---|---|---|
| A4 | Basic | | Nonautomation | 2127 | 2113 | 0.218 | 460.6340 |
| A16 | Presort Subtotal (Add lines A4-A15) | | | 2127 | 2113 | | 460.6340 |
| A18 | | | Piece Price Subtotal (A16 minus A17) | | | | 460.6340 |
| A20 | | | Periodicals In-County Subtotal (Line A18 minus A19) | | | | 460.6340 |
| | | | | | Part A Total (Add lines A3, A20, and A21) | | 584.4620 |

### Outside-County

**Part B - Advertising Pound Price**

| | Entry Zone | Subscriber Copies | Nonsubscriber Copies | Total Copies | Total Pounds | Advertising Pounds | Price | Postage |
|---|---|---|---|---|---|---|---|---|
| B4 | 1 & 2 | 240 | 0 | 240 | 68 | 48 | 0.212 | 10.1760 |
| B5 | 3 | 85 | 0 | 85 | 24 | 17 | 0.230 | 3.9100 |
| B6 | 4 | 26 | 0 | 26 | 7 | 5 | 0.291 | 1.4550 |
| B7 | 5 | 69 | 0 | 69 | 20 | 14 | 0.364 | 5.0960 |
| B8 | 6 | 10 | 0 | 10 | 3 | 2 | 0.445 | 0.8900 |
| B9 | 7 | 6 | 0 | 6 | 2 | 1 | 0.539 | 0.5390 |
| B10 | 8 | 20 | 0 | 20 | 6 | 4 | 0.623 | 2.4920 |
| B12 | | | | Subtotal (Add lines B1-B11) | | | | 24.5580 |

**Part B-Nonadvertising Pound Prices**

| | Entry Zone | Total Pounds | Advertising Pounds | Nonadvertising Pounds | Price | Postage |
|---|---|---|---|---|---|---|
| B16 | All Others | 130 | 91 | 39 | 0.157 | 6.1230 |
| B17 | | | Subtotal (Add lines B13-B16) | | | 6.1230 |
| | | | Part B Total -Pound Price Total(Add line B12 and B17) | | | 30.6810 |

**Part C - Piece Price**

| | Level | Description | Copies | Addressed Pcs. | Price | Postage |
|---|---|---|---|---|---|---|
| | **Machinable Flats** | | | | | |
| C2 | Mixed ADC | Nonbarcoded | 123 | 123 | 0.586 | 72.0780 |
| C4 | ADC | Nonbarcoded | 70 | 70 | 0.520 | 36.4000 |
| C6 | 3-Digit/SCF | Nonbarcoded | 147 | 147 | 0.467 | 68.6490 |
| C8 | 5-Digit | Nonbarcoded | 75 | 75 | 0.353 | 26.4750 |
| | **Carrier Route & Firm Bundles** | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| C32 Firm | | | | | | 3.5700 |
| C33 | | **Subtotal** *(Add lines C1 through C32)* | 456 | | 432 | 207.1720 |
| C34 Nonadv. % | | | | | 0.00112 | -14.5055 |
| C35 | | **Subtotal Outside County Piece Prices** *(Line C33 minus C34)* | | | | 192.6665 |
| | | **Part C Total** *(Line C35 minus C36)* | | | | 192.6665 |

**Part D - Bundle Price**

| Container Level | Bundle Level | Bundles | Price | Postage |
|---|---|---|---|---|
| | **Part D Total** *(Add lines D1-D18)* | 202 | | 185.6120 |
| E51 | **Part E Sack and Tray Total** *(Add lines E1-E50)* | 6 | | 15.4000 |
| | **Part E Total***(Add lines E51 and E84)* | | | 15.4000 |

5% discounts for Limited Circulation or Nonprofit/Classroom subscribers and nonsubscribers    -$ 19.9901

**Total Outside-County Postage** $ 404.37

**Total Postage** $ 988.83

Facsimile of Form 3541

| **USPS Use Only** | | | |
|---|---|---|---|
| Perform Verification: | Verification data not available at this time, | | |
| **One Pass/Two Pass Verification** | | | |
| Received: | Error Percentage: | Additional Postage: | $ 0.00 |
| A/R/C: | Cost Avoidance: | Verifying Employee's Name: | |
| Total Additional Postage: | $ 0.00 | Number of Reworked Pieces: | |

This mailing has been inspected concerning:
(1) eligibility for postage prices claimed;
(2) proper preparation *(and presort where required)*;
(3) proper completion of postage statement; and
(4) payment of annual fee *(if required)*.

This postage statement was verified and accepted under the PostalOne! program. No postal signature or round stamp is required.

PS Form 3541 - Periodicals - One Issue or One Edition

**Final**

| United States Postal Service<br>**Periodicals - One Issue or One Edition** | [ ] Classroom<br>[ ] Nonprofit<br>[X] Regular<br>[ ] Science-of-Agriculture | Post Office: Note Mail Arrival Time |
|---|---|---|

| Mailer Information | | |
|---|---|---|
| **Publication Title and Owner or News Agent's Name**<br><br>LA GACETA<br>LA GACETA<br>PO BOX 5536<br>TAMPA, FL 33675 -5536<br><br>813-248-3921<br>LAGACETA@TAMPABAY.RR.COM **Customer Ref. ID:** 8670139 | **Mailer's Name, Address, and CRID**<br><br>La Gaceta Publishing, Inc.<br>**3210 E 7TH AVE**<br>**TAMPA, FL 33605-4302**<br>**CRID: 8670139** | **Entry Post Office Name, State, and ZIP+4**<br><br>TAMPA FL 33634-9651 |

| Mailing Information | | | | |
|---|---|---|---|---|
| Account Number: 9000036446<br>Publication No. 299240<br>CRID: 8670139<br>Post Office of Permit: TAMPA FL 33634-9651 | Edition/Code: 99-29 | Process Category:<br>Flats | Mailer's Mailing Date:<br>07/15/2021 | Statement Sequence No.: |
| Issue Date: 07/16/2021 | Volume Number: 99 | | Issue Number: 29 | Issue Frequency: 52/year |
| Weight of Single Ride-Along Piece: N/A | | Weight per Copy for Issue: 0.2282 lbs. | | Advertising Percentage in This Issue: 63.10 % |
| Total Addressed Pieces: 2545 pcs. | | | Total Postage: $ 953.89 | |

| No of Containers: | 1' MM Trays: | 2' MM Trays: | 2' EMM Trays: | Flat Trays: | Sacks:<br>33 | Pallets: | Other: |
|---|---|---|---|---|---|---|---|

| For Automation Price Pieces, Enter Date for Address Matching and Coding | For Carrier Route Price Pieces, Enter Date for Address Matching and Coding | For Carrier Route Price Pieces, Enter Date of Carrier Route Sequencing |
|---|---|---|

| Mail Arrival Date and Time: 07/15/2021 19:00 | Payment Date and Time: 07/15/2021 19:00 | |
|---|---|---|

Comments:

**In-County**

**Part A-Pound Price**

| | Entry | Subscriber Copies | Nonsubscriber Copies | Total Copies | Total Pounds | Price | Postage |
|---|---|---|---|---|---|---|---|
| A2 | None | 2127 | 0 | 2127 | 485 | 0.204 | 98.9400 |
| A3 | | | | | Total Pound Price Postage (Add lines A1 and A2) | | 98.9400 |

**Part A-Piece Price (Presort)**

| | Entry Zone | Presort Discount | Total Copies | Addressed Pieces | Price | Postage |
|---|---|---|---|---|---|---|
| A4 | Basic | Nonautomation | 2127 | 2113 | 0.218 | 460.6340 |
| A16 | Presort Subtotal (Add lines A4-A15) | | 2127 | 2113 | | 460.6340 |
| A18 | | Piece Price Subtotal (A16 minus A17) | | | | 460.6340 |
| A20 | | Periodicals In-County Subtotal (Line A18 minus A19) | | | | 460.6340 |
| | | | | Part A Total (Add lines A3, A20, and A21) | | 559.5740 |

**Outside-County**

**Part B - Advertising Pound Price**

| | Entry Zone | Subscriber Copies | Nonsubscriber Copies | Total Copies | Total Pounds | Advertising Pounds | Price | Postage |
|---|---|---|---|---|---|---|---|---|
| B4 | 1 & 2 | 240 | 0 | 240 | 55 | 35 | 0.212 | 7.4200 |
| B5 | 3 | 85 | 0 | 85 | 19 | 12 | 0.230 | 2.7600 |
| B6 | 4 | 26 | 0 | 26 | 6 | 4 | 0.291 | 1.1640 |
| B7 | 5 | 69 | 0 | 69 | 16 | 10 | 0.364 | 3.6400 |
| B8 | 6 | 10 | 0 | 10 | 2 | 1 | 0.445 | 0.4450 |
| B9 | 7 | 6 | 0 | 6 | 1 | 1 | 0.539 | 0.5390 |
| B10 | 8 | 20 | 0 | 20 | 5 | 3 | 0.623 | 1.8690 |
| B12 | | | | Subtotal (Add lines B1-B11) | | | | 17.8370 |

**Part B-Nonadvertising Pound Prices**

| | Entry Zone | Total Pounds | Advertising Pounds | Nonadvertising Pounds | Price | Postage |
|---|---|---|---|---|---|---|
| B16 | All Others | 104 | 66 | 38 | 0.157 | 5.9660 |
| B17 | | | Subtotal (Add lines B13-B16) | | | 5.9660 |
| | | | Part B Total -Pound Price Total(Add line B12 and B17) | | | 23.8030 |

**Part C - Piece Price**

| | Level | Description | Copies | Addressed Pcs. | Price | Postage |
|---|---|---|---|---|---|---|
| | **Machinable Flats** | | | | | |
| C2 | Mixed ADC | Nonbarcoded | 123 | 123 | 0.586 | 72.0780 |
| C4 | ADC | Nonbarcoded | 70 | 70 | 0.520 | 36.4000 |
| C6 | 3-Digit/SCF | Nonbarcoded | 147 | 147 | 0.467 | 68.6490 |
| C8 | 5-Digit | Nonbarcoded | 75 | 75 | 0.353 | 26.4750 |
| | **Carrier Route & Firm Bundles** | | | | | |

| | | | | |
|---|---|---|---|---|
| C32 Firm Bundle | Firm Bundle | 47 | 17 | 0.210 | 3.5700 |
| C33 | Subtotal (Add lines C1 through C32) | 456 | 432 | | 207.1720 |
| C34 Nonadv. % | | | | 0.00112 | -17.8537 |
| C35 | Subtotal Outside County Piece Prices (Line C33 minus C34) | | | | 189.3183 |
| | Part C Total (Line C35 minus C36) | | | | 189.3183 |

| Part D - Bundle Price Container Level | Bundle Level | Bundles | Price | Postage |
|---|---|---|---|---|
| | Part D Total (Add lines D1-D18) | 202 | | 185.6120 |
| E51 | Part E Sack and Tray Total (Add lines E1-E50) | 6 | | 15.4000 |
| | Part E Total (Add lines E51 and E84) | | | 15.4000 |
| 5% discounts for Limited Circulation or Nonprofit/Classroom subscribers and nonsubscribers | | | | -$ 19.8148 |
| | | | Total Outside-County Postage | $ 394.32 |
| | | | Total Postage | $ 953.89 |

Facsimile of Form 3541

**USPS Use Only**

| Perform Verification: | Verification data not available at this time. | | |
|---|---|---|---|
| **One Pass/Two Pass Verification** | | | |
| Received: | Error Percentage: | Additional Postage: | $ 0.00 |
| A/R/C: | Cost Avoidance: | Verifying Employee's Name: | |
| Total Additional Postage: | $ 0.00 Number of Reworked Pieces: | | |

This mailing has been inspected concerning:
(1) eligibility for postage prices claimed;
(2) proper preparation (and presort where required);
(3) proper completion of postage statement; and
(4) payment of annual fee (if required).

This postage statement was verified and accepted under the PostalOne! program. No postal signature or round stamp is required.

PS Form 3541 - Periodicals - One Issue or One Edition

**Final**

United States Postal Service
**Periodicals - One Issue or One Edition**

[ ] Classroom
[ ] Nonprofit
[X] Regular
[ ] Science-of-Agriculture

Post Office: Note Mail Arrival Time

### Mailer Information

| Publication Title and Owner or News Agent's Name | Mailer's Name, Address, and CRID | Entry Post Office Name, State, and ZIP+4 |
|---|---|---|
| LA GACETA<br>LA GACETA<br>PO BOX 5536<br>TAMPA, FL 33675 -5536<br><br>813-248-3921<br>LAGACETA@TAMPABAY.RR.COM Customer Ref.<br>**ID:** 8670139 | La Gaceta Publishing, Inc.<br>**3210 E 7TH AVE**<br>**TAMPA, FL 33605-4302**<br>**CRID:** 8670139 | TAMPA FL 33634-9651 |

### Mailing Information

| Account Number: 9000036446<br>Publication No. 299240<br>CRID: 8670139<br>Post Office of Permit: TAMPA FL<br>33634-9651 | Edition/Code: 99-28 | Process Category:<br>Flats | Mailer's Mailing Date:<br>07/08/2021 | Statement Sequence No.: |
|---|---|---|---|---|
| Issue Date: 07/09/2021 | Volume Number: 99 | | Issue Number: 28 | Issue Frequency: 52/year |
| Weight of Single Ride-Along Piece: N/A | | Weight per Copy for Issue: 0.2852 lbs. | | Advertising Percentage in This Issue: 70.99 % |
| Total Addressed Pieces: 2545 pcs. | | | Total Postage: $ 989.28 | |

| No of Containers: | 1' MM Trays: | 2' MM Trays: | 2' EMM Trays: | Flat Trays: | Sacks:<br>33 | Pallets: | Other: |
|---|---|---|---|---|---|---|---|

| For Automation Price Pieces, Enter Date for Address Matching and Coding | For Carrier Route Price Pieces, Enter Date for Address Matching and Coding | For Carrier Route Price Pieces, Enter Date of Carrier Route Sequencing |
|---|---|---|

| Mail Arrival Date and Time: 07/08/2021 17:25 | Payment Date and Time: 07/08/2021 17:25 | |
|---|---|---|

Comments:

### In-County

**Part A-Pound Price**

| Entry | Subscriber Copies | Nonsubscriber Copies | Total Copies | Total Pounds | Price | Postage |
|---|---|---|---|---|---|---|
| A2  None | 2127 | 0 | 2127 | 607 | 0.204 | 123.8280 |
| A3 | | | | Total Pound Price Postage (Add lines A1 and A2) | | 123.8280 |

**Part A-Piece Price (Presort)**

| Entry Zone | | Presort Discount | Total Copies | Addressed Pieces | Price | Postage |
|---|---|---|---|---|---|---|
| A4  Basic | | Nonautomation | 2127 | 2113 | 0.218 | 460.6340 |
| A16 Presort Subtotal (Add lines A4-A15) | | | 2127 | 2113 | | 460.6340 |
| A18 | | Piece Price Subtotal (A16 minus A17) | | | | 460.6340 |
| A20 | | Periodicals In-County Subtotal (Line A18 minus A19) | | | | 460.6340 |
| | | | | Part A Total (Add lines A3, A20, and A21) | | 584.4620 |

### Outside-County

**Part B - Advertising Pound Price**

| Entry Zone | Subscriber Copies | Nonsubscriber Copies | Total Copies | Total Pounds | Advertising Pounds | Price | Postage |
|---|---|---|---|---|---|---|---|
| B4  1 & 2 | 240 | 0 | 240 | 68 | 48 | 0.212 | 10.1760 |
| B5  3 | 85 | 0 | 85 | 24 | 17 | 0.230 | 3.9100 |
| B6  4 | 26 | 0 | 26 | 7 | 5 | 0.291 | 1.4550 |
| B7  5 | 69 | 0 | 69 | 20 | 14 | 0.364 | 5.0960 |
| B8  6 | 10 | 0 | 10 | 3 | 2 | 0.445 | 0.8900 |
| B9  7 | 6 | 0 | 6 | 2 | 1 | 0.539 | 0.5390 |
| B10 8 | 20 | 0 | 20 | 6 | 4 | 0.623 | 2.4920 |
| B12 | | | Subtotal (Add lines B1-B11) | | | | 24.5580 |

**Part B-Nonadvertising Pound Prices**

| Entry Zone | Total Pounds | Advertising Pounds | Nonadvertising Pounds | Price | Postage |
|---|---|---|---|---|---|
| B16 All Others | 130 | 91 | 39 | 0.157 | 6.1230 |
| B17 | | Subtotal (Add lines B13-B16) | | | 6.1230 |
| | | Part B Total -Pound Price Total(Add line B12 and B17) | | | 30.6810 |

**Part C - Piece Price**

| Level | Description | Copies | Addressed Pcs. | Price | Postage |
|---|---|---|---|---|---|
| **Machinable Flats** | | | | | |
| C2  Mixed ADC | Nonbarcoded | 123 | 123 | 0.586 | 72.0780 |
| C4  ADC | Nonbarcoded | 70 | 70 | 0.520 | 36.4000 |
| C6  3-Digit/SCF | Nonbarcoded | 147 | 147 | 0.467 | 68.6490 |
| C8  5-Digit | Nonbarcoded | 75 | 75 | 0.353 | 26.4750 |
| **Carrier Route & Firm Bundles** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| C32 Firm Bundle Pieces | | | | 0.240 | 3,5700 |
| C33 | Subtotal *(Add lines C1 through C32)* | 456 | | 432 | 207.1720 |
| C34 Nonadv. % | | | | 0.00112 | -14.0362 |
| C35 | Subtotal Outside County Piece Prices *(Line C33 minus C34)* | | | | 193.1358 |
| | Part C Total *(Line C35 minus C36)* | | | | 193.1358 |

| Part D - Bundle Price | | | | | |
|---|---|---|---|---|---|
| Container Level | Bundle Level | | Bundles | Price | Postage |
| | Part D Total *(Add lines D1-D18)* | | 202 | | 185.6120 |
| E51 | Part E Sack and Tray Total *(Add lines E1-E50)* | | 6 | | 15.4000 |
| | Part E Total *(Add lines E51 and E84)* | | | | 15.4000 |
| | 5% discounts for Limited Circulation or Nonprofit/Classroom subscribers and nonsubscribers | | | | - $ 20.0135 |
| | | | | Total Outside-County Postage | $ 404.82 |
| | | | | Total Postage | $ 989.28 |

Facsimile of Form 3541

| USPS Use Only | | | | |
|---|---|---|---|---|
| Perform Verification: | Verification data not available at this time. | | | |
| One Pass/Two Pass Verification | | | | |
| Received: | Error Percentage: | | Additional Postage: | $ 0.00 |
| A/R/C: | Cost Avoidance: | | Verifying Employee's Name: | |
| Total Additional Postage: | $ 0.00 | Number of Reworked Pieces: | | |

This mailing has been inspected concerning:
(1) eligibility for postage prices claimed;
(2) proper preparation *(and presort where required)*;
(3) proper completion of postage statement; and
(4) payment of annual fee *(if required)*.

This postage statement was verified and accepted under the PostalOne! program. No postal signature or round stamp is required.

# TAB 36-8

# EXHIBIT H

 Gmail

Blake Warner <blake@null3d.com>

## Registration Information For the Florida Courts eFiling Portal Received

**noreply@myflcourtaccess.com** <noreply@myflcourtaccess.com>
To: blake@null3d.com

Sat, Apr 28, 2018 at 9:57 PM

Dear Blake Andrew Warner Warner :

This email is sent to each of your email addresses as a result of your registration for electronic filing with Florida Courts E-Filing Portal on 04/28/2018 09:57:21 PM. Verify that your email addresses have been entered correctly by confirming that this email has been delivered to each email address. Ensure that @myflcourtaccess.com email is not sent to spam or placed in your junk folder by adding it to the approved sender list.

**Complete your registration**
You will receive a follow-up email that contains a link to activate your account. You will need to know the answer to your security question to activate your account. You will receive the account activation email to all email addresses you included, but you only have to activate your account one time and it does not matter which activation email you use.

Your account profile contains the following information:

| | |
|---|---|
| Name: | Blake Andrew Warner Warner |
| User Name: | blawar |
| Filer role: | Self-Represented Litigant |
| Email Address: | blake@null3d.com |
| Alternate Email 1: | blake@null3d.com |
| Alternate Email 2: | blake@null3d.com |
| Phone #: | 212-542-0055 |

Communications are delivered via Twitter and YouTube regarding new software releases, new training material and announcements regarding system maintenance windows when the Portal will be unavailable.

Follow us on Twitter @FLCourtsEFiling
Subscribe to our YouTube Channel https://www.youtube.com/user/FLCrtsEFilingPortal
View the Training Manuals https://www.myflcourtaccess.com/authority/trainingmanuals.html
Do not reply to this email; for assistance, please contact the service center at mailto:support@myflcourtaccess.com
Thank you.
Florida Courts E-Filing Portal

# TAB 36-9

# EXHIBIT I

 Gmail

Blake Warner <blake@null3d.com>

---

## Fla. Stat. 772.11 DEMAND LETTER

---

**Blake Warner** <blake@null3d.com>                                                                    Fri, Jul 29, 2022 at 9:10 AM
To: patrick.brathwaite@akerman.com, jason.margolin@akerman.com

Mssrs:

This is a letter demanding $10,800 (tripple $,3600) pursuant Fla. Stat. 772.11 for your client, Clerk of the Hillsborough
County Circuit Court, embezzling $3,600 from Mr. Warner's escrow account held for case number 2018-CC-22377. After
30 days, absent either payment or stipulation, a lawsuit will be filed against your client for theft and breach of fiduciary
duty, among other possible causes of action.

best regards,
-Blake

# TAB 36-10

# EXHIBIT J



Patrick S. Brathwaite

Akerman LLP
401 E. Jackson Street
Suite 1700
Tampa, FL 33602-5250

patrick.brathwaite@akerman.com

August 26, 2022

**Via E-Mail: blake@null3d.com**
Blake Warner
502 S. Fremont Ave. 1322
Tampa, Florida 33606

RE: *Fla. Stat. 772.11 DEMAND LETTER dated July 29, 2022*

Dear Mr. Warner:

As you know, we represent the Hillsborough County Clerk of Courts (the "Clerk") with respect to your July 29, 2022 correspondence entitled Fla. Stat. 772.11 DEMAND (the "Demand").

We understand you have demanded $10,800 (triple $3,600) pursuant to Fla. Stat. § 772.11, alleging the embezzlement of "$3,600.00 from Mr. Warner's escrow account held for case number 2018-cc-22377." We also recognize that in your Demand you have threatened to file a lawsuit against the Clerk for "theft and breach of fiduciary duty, among other possible causes of action."

First, as detailed below, your threatened legal action is without merit.

Second, threatening to accuse another of any crime or offense, including theft, with the intent to obtain money may constitute the crime of extortion. *See* Fla. Stat. § 836.05:

> **836.05   Threats; extortion.**—Whoever, either verbally or by a written or printed communication, maliciously threatens to accuse another of any crime or offense, or by such communication maliciously threatens an injury to the person, property or reputation of another, or maliciously threatens to expose another to disgrace, or to expose any secret affecting another, or to impute any deformity or lack of chastity to another, with intent thereby to extort money or any pecuniary advantage whatsoever, or with intent to compel the person so threatened, or any other person, to do any act or refrain from doing any act against his or her will, shall be guilty of a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

August 26, 2022
Page 2

_____

We trust it was not your intent to commit extortion. And we write to explain why your proposed lawsuit would be frivolous and serve no purpose, other than to subject you to potential liabilities.

<u>The $3,600.00 Forfeiture Was Proper and the Clerk is Immune from Liability</u>

Fla. Stat. § 116.21 governs the forfeiture of funds and provides any "unclaimed court-related funds collected or deposited by the clerk which remain unclaimed **must** be deposited in to the fine and forfeiture fund …" *See* Fla. Stat. § 116.21(1) (emphasis added). The statute provides that the clerk may compile a list of the unclaimed monies, naming the defendant and amounts of unclaimed monies, and publish same one time during the month of July in a newspaper of general circulation in the county and specify that the funds shall be forfeited unless claimed on or before September 1. *See* Fla. Stat. § 116.21(2). The publication shall be made by the publisher of such newspaper and filed and recorded in the minutes of the county commissioners of such county. The statute further provides:

> Persons having or claiming any interest in such funds or any portion of them shall file their written claims with the sheriff or clerk of the court of the county having custody of such funds within the time specified by the notice and shall make sufficient proof to the sheriff or clerk of their ownership and upon so doing shall be entitled to receive any part of the moneys so claimed.
> …
> **Unless claim is filed within such time as aforesaid, all claims in reference thereto are <u>forever barred</u>**.

Fla. Stat. § 116.21(3) (emphasis added).

Lastly, the statute provides:

> Upon such payment to the fine and forfeiture fund, the sheriff or clerk **shall be released and discharged from any and all further responsibility or liability** in connection therewith.

Fla. Stat. § 116.21(4) (emphasis added).

On February 16, 2021, the 13th Judicial Circuit Deputy Clerk sent you correspondence (the "Initial Notice") stating that the remaining $3,600.00 funds (the "Unclaimed Funds") deposited into the Court Registry had not been paid. A copy of the Initial Notice is attached hereto as **Exhibit A**. The Initial Notice stated the funds would be reported and remitted to the State's Unclaimed Property Division if not paid within a certain time period. The Initial Notice asked for a response by April 19, 2021, apprising you to file with the court to claim the funds in the Court Registry before the deadline.

August 26, 2022
Page 3
_____

The Clerk did <u>not</u> receive any response from you nor anyone else to the Initial Notice prior to the deadline, and the Unclaimed Funds were sent to the State's Unclaimed Property Division. Thereafter, the unclaimed funds were published and advertised in La Gaceta on Friday, July 9, 2021. A copy of the La Gaceta ad is attached hereto as **Exhibit B**. The La Gaceta ad was recorded on October 20, 2021, in the Board of County Commissioners, Hillsborough County, Florida ("BOCC") minutes, at item A-72. A copy of the BOCC meeting minutes is attached as **Exhibit C**. The Unclaimed Funds were disposed to Fine and Forfeiture on September 1, 2021.

Florida law (as quoted above for your ease of reference) provides the clerk "shall be released and discharged from any and all further responsibility or liability" following the payment of the Unclaimed Funds to the fine and forfeiture fund. *See* Fla. Stat. § 116.21(4). The Clerk's compliance with the statute, coupled with the unequivocal limitation of liability, effective upon payment to Fine and Forfeiture, make it clear that your claim for the unclaimed funds is forever barred and your threatened lawsuit is frivolous.

<u>Fla. Stat. Section 772.11 Does Not Apply</u>

You have also threatened damages based on Fla. Stat. § 772.11. This statute relates to civil theft or exploitation and provides:

> Any person who proves by clear and convincing evidence that he or she has been injured in any fashion by reason of any violation of ss. 812.012-812.037 or s. 825.103(1) has a cause of action for threefold the actual damages sustained and, in any such action, is entitled to minimum damages in the amount of $200, and reasonable attorney's fees and court costs in the trial and appellate courts.

*See* Fla. Stat. Section 772.11(1).

Again, as explained above, your Demand and threatened lawsuit relate to, and are barred by, Fla. Stat. § 116.21. Before damages can be obtained under Fla. Stat. § 772.11, you must prove by clear or convincing evidence that you were the victim of one of the enumerated crimes within the statute, relating to theft, robbery and related crimes, or the exploitation of an elderly person or disabled adult. The forfeiture of unclaimed funds is <u>not</u> one of the predicate crimes for such a claim.

Section 772.11(1) further provides a defendant with the right to recover attorney's fees and costs for defending against such a claim. *See id.* ("The defendant is entitled to recover reasonable attorney's fees and court costs in the trial and appellate courts upon a finding that the claimant raised a claim that was without substantial fact or legal support."). We contend your threatened lawsuit would lack substantial fact or legal support for the reasons set forth herein, and would subject you to liability for the Clerk's reasonable attorney's fees and court costs to defend against such a claim.

August 26, 2022
Page 4
_____

### A Breach of Fiduciary Duty Claim is Frivolous

Lastly, you state you will bring a claim for breach of fiduciary duty against the Clerk. A breach of fiduciary duty claim will require a fiduciary relationship with you, and a breach of one or more of the duties within that fiduciary relationship. The Clerk does not have a fiduciary relationship with you, and even if it did, unclaimed funds which are forfeited pursuant to Fla. Stat. § 116.21 would not constitute a breach of the fiduciary duty. The legislature specifically provides requires the Clerk to handle unclaimed funds in the manner outlined above. Moreover, the limitation of liability provision under Fla. Stat. Section 116.21(4) would wholly bar your claim. Thus, your breach of fiduciary duty claim would be frivolous and unwarranted.

### Conclusion

We expect this response and explanation fully resolves this matter. But, please be advised that should you bring forth the frivolous claims you threaten in your Demand, we intend to respond appropriately and anticipate seeking to recover from you the reasonable attorney's fees and costs incurred in defending against such a frivolous claim.

The foregoing specifies some, but not all, of the reasons why your threatened claims are frivolous, and your Demand is improper. Considering the potential amount of attorneys' fees that may be incurred in this dispute and for which you may incur liability, please consider your options carefully. This correspondence constitutes your first notice of your potential attorneys' fees liability should you initiate litigation on the basis you have stated in the Demand.

Please let me know if you have any questions or concerns.

Respectfully submitted,

*/s/ Patrick S. Brathwaite*

Patrick S. Brathwaite

cc: Jason L. Margolin, Esq.
PB/abh

EXHIBIT A

**CINDY STUART**

02/16/2021

BLAKE  WARNER
502 S FREMONT AVE 1322
TAMPA FL 33606

| | | | |
|---|---|---|---|
| Property Type: | DEPOSIT MADE WITH COURT | Cash: | **$3,600.00** |
| **Case #:** | **18-CC-022377** | Last Activity: | 05/24/2018 |
| Comments: | **COUNTY CIVIL REGISTRY** | Acct #: | C6207 / 218604 |

Dear Recipient,

Our records indicate that the remaining funds above deposited in the Court Registry have not been paid.  State law requires us to report and remit funds to the State's Unclaimed Property Division if funds have not been paid within a certain time period.  Check the appropriate selection(s) below, sign in the space provided, and return this form no **later than April 19, 2021**, to the address below.  **If your responses AND required court order are not received by April 19, 2021, the funds will be sent to the State of Florida.**

> Clerk of the Circuit Court, Hillsborough County
> c/o CCC Accounting
> P.O. Box 1110
> Tampa, FL  33601

_____ I am not eligible to receive payment of the funds based on the following reason(s):

_____

**\*\*\*\*\*\*You must file with the court to claim the funds in the Court Registry before the Deadline\*\*\*\*\*\***

_____ I am eligible to receive payments of the funds based on the enclosed court order, and (check one):

_____The address listed above is my correct address.

_____The address listed above is incorrect.  The corrected payee address is:

_____

_____

_____        _____
        Signature                                                Date

If you have any questions regarding this matter, please contact **Diane Sultenfuss-Thomas (813) 276-2029 ext. 4026** or Betty LaVoy (813) 276-2029 ext. 4740.

Sincerely,

*Betty J LaVoy*

Betty J LaVoy
Deputy Clerk

2/17/2021 4:40 PM Filed: Hillsborough County/13th Judicial Circuit

EXHIBIT B

**NOTICE OF UNCLAIMED FUNDS**

NOTICE IS HEREBY GIVEN THAT THE CLERK OF THE CIRCUIT COURT OF HILLSBOROUGH COUNTY, FLORIDA, HAS ON HAND THE FOLLOWING UNCLAIMED FUNDS.

TRANSACTION DESCRIPTION                AMOUNT

111 SPEEDY BRIS BAIL BONDS CK# 435254
10/08/2019 15001518                    $497.00
13142 22ND LLC VS LOCKET, PAMELA 15-CC-005878 03/04/2015 '717.113   $344.00
1550 UNIVERSITY WOODS LLC VS HOWARD, KWAMELL 14-CC-023964 09/11/2014 '717.113   $113.30
1550 UNIVERSITY WOODS LLC VS LOWE, VALERIE 16-CC-038334 01/12/2017 '717.113   $400.00
1550 UNIVERSITY WOODS LLC VS PITTMAN, KIM-IKO 16-CC-029032 10/03/2016 '717.113   $40.00
A.C.E. /RE LLC VS KUHNAST, RICHARD 18-CC-052317 12/31/2018 '717.113   $40.00
ABEL, MATTHEW T CK# 579190 06/28/2019   $15.00
ABRAHAM AND SWEENEY PLLC CK# 433868 08/27/2019 15001457   $5,500.00
ABRAHAMSON & UITERWYK VS GUASTELLA, STEVEPHEN 12-CC-017267 11/05/2014 '717.113   $6,555.73
ABRAMS, SEAN M CK# 575598 03/15/2019   $15.00
ABRAMS, TYLER A CK# 580802 08/16/2019   $15.00
ABSTRACTORS INC CK# 429663 05/08/2019   $148.50
ACCU TITLE AGENCY TAMPA WATERS CK# 429948 05/15/2019 15000732   $262.98
ACCU TITLE AGENCY YBOR CITY CK# 430707 06/04/2019 15000874   $88.50
ACCURATE TITLE GROUP CK# 429920 05/14/2019 15000736   $492.91
ACEVEDO MARTINEZ, JOSHUA F CK# 581850 09/20/2019   $15.00
ACEVEDO, JASON CK# 584185 11/15/2019   $15.00
ACEVES, JESUS CK# 426859 02/19/2019 15000629   $2,000.00
ACEVES, JESUS CK# 426860 02/19/2019 15000628   $450.00
ACOSTA, BRYAN CK# 426272 02/04/2019 15001005   $500.00
ACRI, LAUREN V CK# 574927 03/01/2019   $15.00
ACT FAST TITLE SERVICES INC CK# 429949 05/15/2019 15001267   $324.66
ACURA TITLE COMPANY CK# 429664 05/08/2019 15001249   $181.99
ADAMS, ALICE D CK# 577190 04/29/2019   $15.00
ADAMS, SHACARA S CK# 576101 03/29/2019   $15.00
ADAMY LAW FIRM CK# 430775 06/06/2019 15001322   $46.50
ADDERLY, ED VS HANKERSON, KAYE 18-CC-056062 11/15/2018 '717.113   $250.00
ADEBAYO, CORINA M CK# 585279 12/20/2019   $30.00
ADEGOKE, OLUWATOYIN AMOPE CK# 498977 11/27/2019 15001561   $13.50
ADUSUMILLI, VARUN K CK# 581998 09/20/2019   $15.00
ADVANTAGE TITLE INSURANCE CO INC CK# 429532 05/03/2019 15000704   $2,966.90
AFFILIATED TITLE OF TAMPA BAY CK# 430810 06/07/2019 15000871   $16.40
AFFINITY TITLE AGENCY INC CK# 429533 05/03/2019 15001234   $158.50
AFFORDABLE TITLE SERVICES INC CK# 430513 05/29/2019 15001246   $187.72
AGENTS RESEARCH INC CK# 430811 06/07/2019 15001336   $38.10
AGUILAR, DAVID U CK# 575896 03/22/2019   $15.00
AHAR FLZ, LLC VS FLAHERTY, TIMOTHY P., FLA-HERTY,  TANYA   M.   15-CC-005094   02/27/2015 '717.113   $675.00
AKERS, MIKAYLA F CK# 582818 10/18/2019   $15.00
AKULA, DEEPTI S CK# 572936 01/11/2019   $15.00
ALAHRIJ, YOUSEF N M N TK CK# 434189 09/06/2019 15001506   $1,440.31
ALAMO TITLE COMPANY INC CK# 429534 05/03/2019 15000700   $1,440.31
ALBURY, JASON M CK# 578900 06/21/2019   $15.00
ALBUSARI, MARYAM B CK# 576763 04/18/2019   $15.00
ALDAY, BRYNSON R CK# 583247 10/25/2019   $15.00
ALDRIDGE PITE LLP CK# 436788 11/25/2019 15001595   $70.00
ALDRIDGE PITE LLP CK# 436940 11/27/2019 15001594   $70.00
ALDRIDGE PITE LLP CK# 436941 11/27/2019 15001593   $70.00
ALDULAZIZALQUVAYZ, ABDULAZIZ CK# 432235 07/12/2019 15000891   $20.00
ALEJOS, BRUNO FFELIPE CK# 429952 05/15/2019 15001270   $193.00
ALEJOS, BRUNO FFELIPE CK# 429953 05/15/2019 15001270   $110.00
ALFONSO, YANIUSKA CK# 428721 04/10/2019 15000677   $47.60
ALGHAZAWI, JENNIFER M CK# 581866 09/20/2019   $15.00
ALL  COUNTY  TAMPA  BAY  PROPERTY  MAN-AGEMENT  VS  DIXON,  MICHELLE  16-CC-031655 09/27/2016 '717.113   $1,070.00
ALL  COUNTY  TAMPA  BAY  PROPERTY  MAN-AGEMENT  VS  LOFTON,  CURTIS  15-CC-035918 12/08/2015 '717.113   $1,250.00
ALL  FLORIDA  TITLE  AGENCY  INC  CK#  430747 06/05/2019 15001344   $84.87
ALLEN, JONAH M CK# 575741 03/22/2019   $15.00
ALLEN, ROVINISKY G CK# 579159 05/24/2019   $15.00
ALLEN, SHARON L CK# 581603 09/13/2019   $30.00
ALLEY AND INGRAM ATTORNEYS AT LAW CK# 430452 05/28/2019 15000769   $236.64
ALLMON, FREDA J CK# 577358 05/03/2019   $15.00
ALLWEISS, ROBIN L CK# 578295 05/31/2019   $15.00
ALMULHIM,  ABDUAZIZ  CK#  432189  07/11/2019 15000901   $250.00
ALONSO, RAUL P CK# 576320 04/05/2019   $15.00
ALMULHIM,  KHALAD  CK#  432040  07/17/2019 15000913   $202.00
ALSALMAH, TALAL S CK# 582871 10/18/2019 '15.00
ALVARADO, CASSANDRA CK# 576242 04/05/2019   $15.00
ALVAREZ, AMIN ALBERTO CK# 430137 05/21/2019 15000797   $77.00
ALVAREZ, AMIN ALBERTO CK# 430364 05/24/2019 15000798   $100.00
ALVAREZ, JENNA A CK# 585041 12/13/2019   $15.00
ALVAREZ, MARIBEL CK#  432762  07/25/2019 15001421   $50.00
ALVAREZ,  MIGUEL  CK#  430643  05/31/2019 15001257   $50.00
AMAN LAW FIRM CK# 429221 05/14/2019 15000738   $364.82

AMERICAN FAMILY TITLE AND ABSTRACT CK# 429582 05/06/2019 15000773   $861.90
AMERICAN GUARDIAN TITLE INC CK# 430136 05/21/2019 15001264   $260.64
AMERICAN HOMES 4 RENT PROPERTIES SIX, LLC VS FLEMING, TOMEKIA A. 14-CC-015973 07/07/2014 '717.113   $879.00
AMERICAN NATIONAL TITLE CK# 431328 06/20/2019 15001332   $482.80
AMERICA'S CHOICE TITLE COMPANY CK# 429635 05/03/2019 15000707   $4,677.54
AMERICHOICE TITLE CK# 429922 05/14/2019 15000766   $422.15
AMH 2014-1 BORROWER, LLC VS RUTH, WILLIAM 14-CC-024867 09/09/2014 '717.113   $425.00
AMMU INVESTMENTS, LLC VS ALZERRECA, YAS-HIRA 18-CC-005761 03/19/2018 '717.113   $3,650.00
ANDERSON, ANDRAE D CK# 576264 04/05/2019   $15.00
ANDERSON, GREGORY M CK# 578282 05/31/2019   $15.00
ANDERSON, JOSEPH J CK# 582618 10/11/2019   $15.00
ANDERSON, KENNETH R CK# 578265 05/31/2019   $15.00
ANDRADE, SAUL FABIAN CK# 428209 03/26/2019 15001114   $170.00
ANDREWS, ERIK TAYLOR CK# 425304 01/08/2019 15000624   $202.00
ANDREWS, JORDAN P CK# 576736 04/18/2019   $15.00
ANDREWS, PAMELA D CK# 572726 01/11/2019   $15.00
ANGELAKOPOULOS, DIMITRI CK# 575115 03/01/2019   $15.00
ANNAMANTHADOO, SARAH S CK# 585163 12/13/2019   $15.00
ARCELAY, LUIS S CK# 573334 01/25/2019   $15.00
ARCHER LAND TITLE LLC CK# 430664 06/03/2019 15000813   $78.23
ARELLANO, JONATHAN S CK# 582643 10/11/2019 15001450   $100.00
ARITA, EDDY I CK# 581810 09/20/2019   $15.00
ARLINE, TAMICHA R CK# 574157 02/08/2019   $15.00
ARMGT, WESLEY C CK# 579662 07/12/2019   $15.00
AROCENA, DIEGO V CK# 581815 09/20/2019   $15.00
AROCHO HERRERA, JOSE A CK# 581006 08/23/2019   $15.00
ARROYO, JONATHAN CK# 576737 04/18/2019   $15.00
ARTALONA, ANTHONY CK# 435552 10/18/2019 15001544   $12.00
ARTALONA, ANTHONY CK# 436161 11/05/2019 15001582   $26.00
ARTHUR, JASMINE D CK# 582169 09/27/2019   $15.00
ASADI, MARWAN CK# 434584 09/16/2019 15001498   $1,207.50
ASHFORD PLACE APARTMENTS, LLC VS ASUKU-LU, SAFI 18-CC-062620 02/25/2019 '717.113   $1,800.00
ASHFORD-SMITH, CHRISTOPHER D CK# 573569 01/25/2019   $15.00
ASHLEY, MAYA S CK# 585475 12/20/2019   $15.00
ASSOCIATED TITLE INC CK# 430665 06/03/2019 15000789   $95.50
ASV AUTO GROUP VS LIU, MENG 18-PP-000012 09/26/2018 '717.113   $2,000.00
ATKMEN, SENOL CK# 582671 10/11/2019   $15.00
AUSTRINO, CRYSTAL M CK# 581828 09/20/2019   $15.00
AUZA, DAPHNE M CK# 581409 09/13/2019   $15.00
AVILA-MARTINEZ, GIOVANNY CK# 584460 11/22/2019   $15.00
AVIS BUDGET CAR RENTAL CK# 433461 08/16/2019 15001433   $689.93
AVIS BUDGET CAR RENTAL CK# 433609 08/20/2019 15001434   $300.00
AWERBACH AND COHN PA CK# 430748 06/05/2019 15000816   $86.05
AYUSO SURVEYING INC CK# 430712 06/04/2019 15000835   $15.00
BACH, KRISTIN E CK# 580568 08/09/2019   $30.00
BAER, RYAN M CK# 573517 01/25/2019   $15.00
BAHLOUL, GABRIELLA F CK# 573271 01/18/2019   $15.00
BAILEY, RACHAEL A CK# 580348 08/02/2019   $15.00
BAILON, JERONIMO CK# 430482 05/28/2019 15000757   $326.00
BALASH, JOSHUA CK# 432322 07/15/2019 15000902   $500.00
BALES AND WEINSTEIN PA CK# 429673 05/08/2019 15001205   $161.60
BALTUSNIK, JEFFREY S CK# 573055 01/18/2019   $15.00
BANDY,  DONALD  C  CK#  426965  02/21/2019 15001025   $50.00
BANK OF AMERICA N A VS HRUBY, RAYMOND F 15-CA-010447 06/30/2016   $100.00
BANK OF AMERICA N A VS NELSON, LISA M. 12-CA-012710 10/01/2012   $100.00
BANK OF NEW YORK MELLON VS ADAMS, APRIL 15-CA-010398 04/01/2016   $100.00
BANK OF NEWYORK MELLON VS CRUZ, JOSE 11-CA-014797 11/18/2011   $100.00
BANK CDK CK# 431330 06/20/2019 15001312   $20.00
BAPTISTE,  CONSUELO  JEAN  CK#  437603 12/26/2019 15001366   $1,775.00
BAQUE, MARIO D CK# 428196 03/26/2019 15000662   $800.00
BARACK, MEIR VS DAVENPORT, BESSIE 17-CC-031269 10/09/2017 '717.113   $330.00
BARAHONA  LOPEZ,  ELDA  S  CK#  576621 04/18/2019   $15.00
BARBER, AMY B CK# 583852 11/08/2019   $45.00
BARBER, DERIC D CK# 580369 08/02/2019   $15.00
BARDALES, MARIA CK# 430226 05/24/2019 15000797   $100.00
BARGO, DAVID VS SPARKS, MARY 19-CC-031750 06/13/2019 '717.113   $100.00
BARNETT, ASHLEY N CK# 574903 03/01/2019 '15.00
BARNETT, KRISTA E CK# 583314 10/18/2019 15.00
BARNETT, ROY CK# 436203 11/05/2019 15001222   $442.00
BAROULETTE, ELANDA CK# 425740 01/22/2019 15000936   $10.80
BAROULETTE, ELANDA CK# 427054 02/25/2019 15001008   $10.80
BARR, PATRICK J CK# 584065 11/08/2019   $15.00
BARRAGAN, HUGO CK# 585297 12/20/2019 01/11/2019   $15.00

BARRIOS, ADRIANA PILA CK# 432236 07/12/2019 15000904   $250.00
BARTA, KEVIN M CK# 576657 04/18/2019   $15.00
BASILE, JAMES V CK# 581502 09/13/2019   $30.00
BASKIN AND FLEECE ATTORNEYS AT LAW CK# 430904 06/11/2019 15000811   $97.50
BASS, DANITA K CK# 585066 12/13/2019   $15.00
BASS, STEPHEN CK# 436869 11/25/2019 15001571   $32.00
BATOR, SYLVIA C CK# 579683 07/12/2019   $15.00
BATTLE, SYLVIA CK# 584376 11/22/2019   $15.00
BAUER, ANDREW MICHAEL CK# 428012 03/21/2019 15001118   $15.75
BAUER, STEPHANIE A CK# 573137 01/18/2019 15.00   $15.00
BAUTA, JESENIA CK# 437696 12/27/2019 15001362   $370.00
BAUTISTA, ISAIA M CK# 573602 01/25/2019   $15.00
BAXTER, ROBERT C CK# 579258 06/28/2019   $15.00
BAY  AREA  COMMUNITY  HOUSING  VS  WILLIAMS, BOBBY 18-CC-062012 01/15/2019 '717.113   $20.00
BAY  AREA  TITLE  SERVICES  INC  CK#  431159 06/17/2019 15000850   $471.99
BAY  SURETY  CORP  CK#  400750  06/05/2019 15000908   $218.30
BAY TITLE AND ESCROW COMPANY CK# 430458 05/28/2019 15000822   $202.60
BAYSHORE,  L.P.  VS  CAUSEY,  RAETORIA  17-CC-014337 05/04/2017 '717.113   $100.00
BAYSIDE ENGINEERING INC CK# 429765 05/09/2019 15001093   $120.00
BAYVIEW LOAN SERVICING LLC VS KATTELL, RAN-DI D 13-CA-013623 07/08/2014   $100.00
BEARSS  PARK,  INC  VS  OATES,  JAMES  17-CC-013824 04/24/2017 '717.113   $740.00
BEARSS, LOUISE R CK# 584888 12/06/2019   $15.00
BEAZER PRE OWNED HOMES LLC VS ST CLAIR, FRANZ 17-CC-042166 11/06/2017 '717.113   $500.00
BECKER AND POLIAKOFF PA CK# 430666 06/03/2019 15000806   $67.31
BECKER AND POLIAKOFF PA CK# 430815 06/07/2019 15000888   $35.50
BEINHAUER, KRISTI CK# 577203 04/29/2019   $15.00
BEITLER, CARL L CK# 574785 02/22/2019   $15.00
BELL, KIMBERLY S CK# 583117 10/18/2019   $15.00
BELLO, ADRIANA I CK# 582628 10/11/2019   $15.00
BELLOROBAINA, ANDY CK# 427561 03/11/2019 15000644   $55.00
BELMONT HEIGHTS ASSOCIATES CK# 585048 12/13/2019 15001080   $250.00
KEISHA 13-CC-033890 01/24/2014 '717.113 $215.00
BELMONT HEIGHTS ASSOCIATES LTD VS CLEVELAND, MARISOL 17-CC-039779 10/26/2017 '717.113   $280.00
BELTZ AND RUTH CK# 429583 05/06/2019 15000862   $660.15
BENDIGO, MCKENNA A CK# 575808 03/22/2019   $15.00
BEN-EZRA AND KATZ PA CK# 429537 05/03/2019 15000730   $4,908.30
BENNETT, BETH CK# 579747 07/19/2019   $15.00
BENNETT, BRENDA D CK# 576670 04/18/2019 15.00   $15.00
BENNETT, LAMAR T CK# 584022 11/08/2019   $15.00
BENNETT, LEE A CK# 583929 11/08/2019   $15.00
BENNETT, SHAUNTREL  LATRICEALMERIA CK# 435982 10/29/2019 15001018   $15.00
BENNY, ANCY CK# 426537 02/11/2019 15001012   $31.00
BENOIT, PAMELA A CK# 576327 04/05/2019   $15.00
BERRIOS, LUZ CK# 573014 01/18/2019   $15.00
BERRIOS,  YOLANDA   CK#   427310   03/07/2019 15000640   $100.00
BESANCON, MATTHEW D CK# 578993 06/21/2019   $15.00
BEST TITLE SERVICES LLC CK# 429675 05/08/2019 15000754   $611.72
BETANCOURT, JEAN PAUL E CK# 578898 06/21/2019   $15.00
BETTERSON, RONEY CK# 428712 04/10/2019 15000678   $15.00
BHIMSAIN, NATHANIEL A CK# 577631 05/10/2019   $15.00
BIGDELI, CATHLEEN J CK# 582585 10/11/2019 $15.00
BIGELOW, JAH M CK# 584514 11/22/2019   $15.00
BINDER, SCOTT DARYL CK# 431991 08/25/2019 15000865   $114.61
BINGMAN, KERRY CK# 432399 07/17/2019 15001372   $31.00
BLACK, STACEY MICHELE CK# 432834 07/26/2019 15000966   $60.00
BLAIR, AMANDA M CK# 584418 11/22/2019   $15.00
BLAIR, ANNEA D CK# 573689 02/01/2019   $15.00
BLOOMFIELD, JAMES R CK# 578912 06/21/2019   $15.00
BOARDWALK HOMES LLC VS ROMERA, RITA 17-CC-048412 12/07/2017 '717.113   $2,200.00
BOGUSZEWSKI, ROBERT A CK# 584314 11/22/2019 $15.00
BOHNE LAW OFFICES OF, CHRISTOPHER M  CK# 429505 05/02/2019 15000907   $182.80
BOLTE, CHRISTOPHER S CK# 578230 05/31/2019 $15.00
BONNER, DANIELLE M CK# 582157 09/27/2019   $15.00
BONNER, SUKHU CK# 573508 01/25/2019   $15.00
BORRAS, TAMARA CK# 580301 07/26/2019   $14.79
BOSCO, MARTHA E CK# 583180 10/25/2019   $15.00
BOUTIN,  JEAN  C  CK#  582600  10/11/2019 15001389   $30.00
BOUTIQUE APARTMENTS LLC BROWN, LP FLATS VS  WARNER,  BLAKE  18-CC-022377  03/24/2018 '717.113   $3,024.00
BOYCE, BROOKE D CK# 577548 05/10/2019   $15.00
BRADLEY  TITLE  CORP  CK#  429951  05/15/2019 15000886   $130.23
BRADLEY,  SHAYDA  Z  CK#  574162  02/08/2019 15.00   $15.00
BRAGG,  JESSE  A  VS  LYNUM,  JAKINA  17-CC-044335 11/14/2017 '717.113   $300.00
BRAMMER, SIERRA CK# 425102 01/02/2019 15000926   $100.00
BRANDON 248 OWNER LLC VS ROWLEY, NICOLE 19-CC-023662 05/06/2019 '717.113   $1,407.62
BRANDON CROSSING PARTNERS LTD VS SOTO, JOEL 14-CC-007503 04/02/2014 '717.113   $1,128.00
BRANDON, CHRISTEN A CK# 580192 07/26/2019   $15.00
BRAVO,  FRANCISCO  CK#  433625  08/20/2019 15001462   $100.00
BRAY, KIMBERLY J CK# 579205 06/28/2019   $15.00
BREWER, AIRON CK# 582937 10/18/2019   $15.00
BRENNER, SANDY M CK# 581104 08/23/2019 15.00   $15.00
BRIDGES, SHENISE D CK# 581954 09/20/2019 15.00 $15.00
BRIGHAM, SAMANTHA CK# 585015 12/13/2019   $15.00
BRISTOL BAY ASSOCIATES LTD VS REYES, YARIT-ZA 16-CC-040717 02/21/2017 '717.113   $650.00

BROCK, TRENT CK# 580457 08/02/2019   $15.00
BROOKS LAND SURVEYING INC CK# 430514 05/29/2019 15000780   $200.00
BROOKS, YAIEZA CK# 427551 03/08/2019 15000645   $250.00
BROWER, BECKY A CK# 580387 08/02/2019   $15.00
BROWN, ASHLYNN J CK# 573229 01/18/2019 $15.00
BROWN, CHARLENE L CK# 574478 02/15/2019 $15.00
BROWN, CHRISTOPHER CK# 435038 09/25/2019 15001479   $2,000.00
BROWN, DEITRA L CK# 579508 07/12/2019   $15.00
BROWN, JORDAN S CK# 582530 10/11/2019   $15.00
BROWN, LINDA FAYE CK# 432612 07/23/2019 15000910   $500.00
BROWN, MAXWELL A CK# 577637 05/10/2019 $15.00
BROWN, VEGAS CK# 582855 10/18/2019   $15.00
BROWNE, KENNETH A CK# 432758 07/25/2019 15001382   $1,748.00
BRUDNY AND RABIN PA CK# 430460 05/28/2019 15000827   $237.91
BRUMLEY, AARON T CK# 580632 08/16/2019 $15.00
BRUNDAGE, RYAN J CK# 574688 02/22/2019 $15.00
BRYAN-MCRABIS, SARAH A CK# 576310 04/05/2019   $15.00
BRYANT, EVER CK# 427269 03/01/2019 15001102   $106.80
BUBLEY AND BUBLEY PA CK# 430461 05/28/2019 15000782   $228.78
BUCKNER, SEAN L CK# 583743 11/08/2019   $15.00
BUFFA, ANTONELLA M CK# 584403 11/22/2019 $15.00
BUHADI,  MESHARI   CK#   432510   07/19/2019 15000917   $500.00
BUHADI, MESHARI CK# 432511 07/19/2019 15000918   $146.60
BUIKEMA, JANE KIMBERLY CK# 432202 07/11/2019 15000908   $500.00
BULLARD, TERESA M CK# 581940 09/20/2019   $15.00
BULTRON, SUSANNAH M CK# 581945 09/20/2019 $15.00
BURCAW AND ASSOCIATES ENGINEERING INC CK# 429676 05/08/2019 15000804   $136.50
BURGESS, JOHN VS BELTRAN, DENISE 13-CC-007798 03/20/2013 '717.113   $575.00
BURGIN, BRIDGETTE M CK# 578210 05/31/2019   $15.00
BURGMAN, ISAIAH VS MARLIN FINANCIAL INC 17-CA-007185 08/22/2017   $500.00
BURKE, KATHRYN MCCALL CK# 428545 04/04/2019 15001173   $13.50
BURLINGTON  COAT  FACTORY  CK#  433046 08/05/2019 15001472   $30.00
BURLINGTON  COAT  FACTORY  CK#  433662 08/21/2019 15001461   $83.75
BURNETT, JACORBY T CK# 580125 07/26/2019   $15.00
BURTON, ZACHARY S CK# 573872 02/01/2019   $15.00
BUSH, KEITH E CK# 585284 12/20/2019   $15.00
BUSTON, DERRICK YOUNG CK# 427573 03/11/2019 15001575   $15.75
BUTLER AND HOSCH PA CK# 429387 04/30/2019 15001191   $3,364.32
BUTTS, KRISTIN L CK# 572668 01/11/2019   $15.00
BUZBEE,  JAMES  F  CK#  430921  06/11/2019 15000831   $14.37
BYRD, CHARLES R CK# 574560 02/22/2019   $30.00
BYRD, WILLIE J CK# 575377 03/15/2019   $30.00
C J KEEL JR PA CK# 430778 06/06/2019 15001330   $12.64
CABALLERO, IRAM A CK# 581022 08/23/2019 $15.00
CABRERA-MATARENO,  MARTA  CK#  435860 09/24/2019 15001095   $49.40
CAGLE, WILLIAM L CK# 580455 08/02/2019   $15.00
CAIMI, GREG CK# 429800 09/15/2019   $15.00
CAHANIN, CHRISTINE L CK# 577520 05/10/2019   $15.00
CALAFELL,  MICHAEL  MARTIN  CK#  435776 12/23/2019 15001299   $11.00
CALDERON, MAGDALENA CK# 432679 07/24/2019 15001426   $15.00
CALUSKAN, METIN KEREM CK# 432857 07/29/2019 15001412   $13.25
CALUSAN, DONALD E CK# 582636 10/11/2019   $15.00
CALVOSOTOLONGO,EDUARDO   CK#   425001 01/04/2019 15001409   $500.00
CAMACHO, LEONARDO CK# 584194 11/15/2019   $15.00
CAMDEN DEVELOPMENT INC VS JACKSON, BRIT-TANY 18-CC-049810 10/18/2018 '717.113   $1,600.00
CAMPBELL, EDWIN E CK# 583797 11/08/2019 $15.00
CAMPBELL, JEFFREY W CK# 574091 02/08/2019 $15.00
CANCEL, REBECCA CK# 431839 07/01/2019 15000880   $111.00
CANTERO DE VARONA, EUSEBL CK# 584870 12/06/2019   $15.00
CAPECE, CATHERINE CK# 578070 05/24/2019   $15.00
CAPO, LUIS M CK# 574695 02/22/2019   $15.00
CAPITTA, MICHAEL S CK# 574095 02/22/2019   $15.00
CAPTIVA CLUB APARTMENTS LLC VS CORDERO, ANTONIO 17-CC-022153 06/19/2017 '717.113   $465.00
CARBALLO, JOSE L CK# 577661 05/10/2019 $15.00
CARLSEN, GREGORY T CK# 584859 12/06/2019   $15.00
CARMO, JOAO G CK# 581268 08/30/2019   $15.00
CARNEGIE, ASHLEY L CK# 583989 11/08/2019 $15.00
CARRASQUILLO, RALPH W CK# 585295 12/20/2019   $15.00
CARRERA, KRISTEN R CK# 576184 04/05/2019   $15.00
CARTER, DARLENE CK# 579237 06/28/2019   $15.00
CARTER, MICA A CK# 584630 11/22/2019   $15.00
CARVAL, RICHARD M CK# 583584 11/01/2019   $15.00
CARY, CHRISTOPHER S CK# 577609 05/10/2019   $15.00
CASA VERDE MHC LLC VS SANTOS, JACOYO 17-CC-009409 03/16/2017 '717.113   $723.10
CASA VERDE MHC LLC VS CARLYLE, LATRINA 16-CC-004961 02/24/2016 '717.113   $553.00
CASARES, IVAN CK# 576209 04/05/2019   $15.00
CASE, ROBERT D CK# 576510 04/11/2019   $15.00
CASSISTA, BRIAN K CK# 580494 08/09/2019   $15.00
CASTANEDA, RAUL B CK# 576518 04/11/2019   $15.00
CASTELLANO,   KATHLEEN   J   CK#   584167 11/15/2019

(Continued on next page)

$15.00
CASTILLO, ELIZABETH CK# 575983 03/29/2019 $15.00
CASTOR, LEROY CK# 430639 05/31/2019 15001248 $23.00
CASTRO, CHRISTIAN CK# 437601 12/26/2019 15001607 $72.00
CATALANI, KRISTIN LYNN CK# 427203 02/28/2019 15000634 $41.00
CATLEDGE, ARDEN J CK# 583489 11/01/2019$15.00
CAVANAUGH, MADISON E CK# 585486 12/20/2019 $15.00
CAVANAUGH, STEPHANIE Y CK# 581790 09/20/2019 $15.00
CEARLEY, ALVIN P CK# 578813 06/21/2019 $15.00
CECIL, PATRICIA F CK# 581988 09/20/2019 $15.00
CENAL, ALLEN T CK# 583992 11/08/2019 $15.00
CEPEDA, JOSHUA E CK# 579569 07/12/2019 $15.00
CERRA, JOHN A VS UNDERWOOD, DASIA 14-CC-003730 02/27/2014 *717.113 $582.79
CESARIO, GUADALUPE CK# 584857 12/06/2019 $15.00
CH YBOR LLC VS PHILLIPS, MIKE 14-CC-022634 08/18/2014 *717.113 $100.00
CHALLENGER, ERIK S CK# 582134 09/27/2019 $15.00
CHAMBERLAIN, BROOKLYN CK# 584716 11/22/2019 $10.70
CHAMBERLAIN, RYAN A CK# 584713 11/22/2019 $10.70
CHAMBERS, TRAVIS L CK# 584337 11/22/2019 $30.00
CHAMPION, ANTHANESIA B CK# 579506 07/12/2019 $15.00
CHAN, GARY VS RELIFORD, BRIDGETT 15-CC-017803 07/07/2015 *717.113 $486.00
CHANNELSIDE TITLE LLC CK# 430781 06/06/2019 15001320 $43.53
CHAPMAN, JOHN R CK# 574381 02/15/2019 $15.00
CHATFIELD, CHLOE F CK# 583907 11/08/2019 $15.00
CHAVARRIA, JOAQUIN CK# 437485 12/19/2019 15001614 $67.00
CHAVEZ APARICIO, GABRIELA E CK# 573583 01/25/2019 $15.00
CHELIKANI, SAI ADITYA CK# 579702 07/12/2019 $15.00
CHELSEA TITLE COMPANY CK# 430909 06/11/2019 15001326 $205.42
CHEN, LIXIN CK# 433261 08/12/2019 15001452 $105.00
CHESTER, DANIELLE L CK# 574456 02/15/2019 $15.00
CHEVALLIER, KENYA C CK# 576186 04/05/2019 $15.00
CHICAGO TITLE INSURANCE CO CK# 429677 05/08/2019 15000749 $504.05
CHIN, HOWIE CK# 583547 11/01/2019 $15.00
CHINWUBAH, STELLA CK# 577952 05/17/2019 $15.00
CHIRINOS, EDGARS MAURICIO BARRIOS CK# 429488 05/02/2019 15000694 $13.50
CHRISTENSEN, LIAM M CK# 579122 06/28/2019 $60.00
CHRISTOPHER, VALERIA V CK# 574761 02/22/2019 $15.00
CHURCHILL, TARA CK# 430650 05/31/2019 15001258 $500.00
CIMA, VIRGINIE C CK# 579961 07/19/2019 $15.00
CIMINO, ANTHONY S CK# 584405 11/22/2019$15.00
CINTRON, FRANCISCO B CK# 585363 12/20/2019 $15.00
CIOFFI, VINCENT O CK# 573429 01/25/2019 $15.00
CIPALDO, GAVIN P CK# 433915 08/28/2019 15001460 $13.00
CITIMORTGAGE INC VS ROUSE, DIANE W 17-CA-004790 03/08/2018 *717.113 $388.40
CITRUS PARK MALL OWNER LLC VS SWARTZ, MARLENE 17-CA-010276 11/27/2017 *717.113 $5,101.00
CLAIRMONT, ADAM M CK# 581765 09/20/2019 $15.00
CLARK, DANIEL LEE CK# 434864 09/24/2019 15001143 $14.00
CLARK, DANIEL SCOTT CK# 427266 03/01/2019 15001101 $46.40
CLARK, STEFAN E CK# 584048 11/08/2019 $15.00
CLARKE, FABIAN O CK# 580619 08/09/2019 $15.00
CLASS ORTIZ, JENNIFER CK# 576110 03/29/2019 $15.00
CLAUDY SAINT LOUIS CK# 426885 02/20/2019 15001026 $250.00
CLAYTON, CRYSTAL CK# 425878 01/24/2019 15000927 $383.50
CLEARVIEW TITLE CK# 429682 05/08/2019 15000690 $527.05
CLEMENT, DONNA M CK# 583051 10/18/2019$15.00
CLIPPER COVE ASSOCIATES LTD VS LAGRANT, ROBERT 15-CC-016735 06/09/2015 *717.113 $814.60
CLOSING ADVANTAGE LLC CK# 429588 05/06/2019 15000774 $1,033.61
COASTAL BAY PROPERTIES INC VS DANIEL, ANTHONY 13-CC-030447 02/28/2014 *717.113 $800.00
COASTAL BAY PROPERTIES INC vs DANIEL, ANTHONY 14-CA-001228 04/04/2014 *717.113 $799.64
COATES, JODY D CK# 575748 03/22/2019 $15.00
COELLOFUENTES, DOLORES A CK# 432246 07/12/2019 15001397 $250.00
COHEN, JOANNE D CK# 575162 03/08/2019 $15.00
COHEN, NICOLE K CK# 585468 12/20/2019 $15.00
COLE, NICHOLAS J CK# 573385 01/25/2019 $15.00
COLEMAN, EDWARD J CK# 583461 11/01/2019 $15.00
COLEMAN, JEANNE L LAW OFFICE OF CK# 430925 06/11/2019 15001340 $49.30
COLINA, RAFAEL F CK# 577444 05/03/2019 $15.00
COLLINS, DAVID G CK# 579349 07/05/2019 $15.00
COLLINS, JOSHUA F CK# 427908 03/18/2019 15001119 $94.96
COLLINS, MADISON D CK# 582760 10/18/2019 $15.00
COLON, JULIO D CK# 573035 01/18/2019 $15.00
COMINGORE, PAUL CHAD VS COLON, CYNTHIA 14-CC-007586 04/08/2014 *717.113 $760.00
COMINGORE, PAUL CHAD VS HOJEWSKI, NATHAN 14-CC-010780 05/02/2014 *717.113 $322.78
COMMERCIAL DEVELOPMENT CK# 434050 09/04/2019 15001509 $200.00
COMMERCIAL DEVELOPMENT CK# 435385 10/14/2019 15001519 $61.50
COMMERCIAL DEVELOPMENT CK# 436076 11/01/2019 15001591 $335.90
COMMONWEALTH LAND TITLE INS AGENCY CK# 429541 05/03/2019 15000727 $2,315.87
COMPASS LAND AND TITLE LLC CK# 429450 05/01/2019 15001253 $65.20
CONDE, VICTOR CK# 432473 07/18/2019 15001369 $250.00
CONNELL, NETTIE N CK# 574261 02/15/2019 $15.00
CONNELLA, AMANDA L CK# 578417 06/07/2019 $15.00
CONNER, DANILO N CK# 576235 04/05/2019 $15.00
CONNER, TORI L CK# 574334 02/15/2019 $15.00
CONNOLLY-FERNANDES, ERIC J CK# 575979 03/29/2019 $15.00
CONNOR, CARMEN B CK# 574567 02/22/2019 $30.00
CONSTRUCTION SURVEYING ETC CK# 429768 05/09/2019 15001281 $122.10
CONSUMER TITLE AND ESCROW SERVICES CO CK# 429542 05/03/2019 15000725 $1,219.78
CONTI, JAKOB T CK# 583290 10/25/2019 $15.00
COOK, BRENDA D CK# 575938 03/29/2019 $15.00
COOK, LARRY C CK# 574661 02/22/2019 $15.00
COOM, JERRY FRANK CK# 432119 07/09/2019 15001384 $173.00
COOPER, NAYLA E CK# 578714 06/14/2019 $15.00
CORA GONZALEZ, JULISSA CK# 585138 12/13/2019 $15.00
CORDON, MELISSA ANN CK# 432908 07/30/2019 15001423 $42.00
CORLEY, SIRIA CK# 579690 07/12/2019 $15.00
CORNETT, SCOTT A CK# 582839 10/18/2019 $15.00
CORRALES, ESTEBAN D CK# 577739 05/17/2019 $15.00
COSKEY, ALLAN T CK# 575211 03/08/2019 $15.00
COTE, JEFFREY R CK# 585444 12/20/2019 $15.00
COUNTRYWOOD APARTMENTS LIMITED PARTNERSHIP VS DEIGHAN, ALICE M. 15-CC-013501 04/30/2015 *717.113 $18.60
COURTESY TITLE INC CK# 430466 05/28/2019 15000810 $71.40
COURTNEY LYNNE, KIRKPATRICK CK# 432713 07/25/2019 15000989 $230.00
COURTYARDS ON THE RIVER LLC VS BAILEY, LEROY W. 19-CC-039641 07/31/2019 *717.113 $52.00
COVELL, SCOTT A CK# 582672 10/11/2019 $15.00
COVERT, MICHAEL LINN CK# 427443 03/07/2019 15000647 $268.00
COWAN, TAYLOR CK# 436873 11/25/2019 15001226 $20.50
COWLES HILLSBOROUGH PROPERTIES LLC VS OSORIO, NAOMI 15-CC-028345 09/16/2015 *717.113 $350.00
CRAMER HABER AND MCDONALD PA CK# 430669 06/03/2019 15000808 $72.83
CREATIVE CHOICE HOMES XXXI LTD VS WOODEN, RASHEEDAH 18-CC-031483 08/07/2018 *717.113 $50.00
CREUZIGER, GINA L CK# 574104 02/08/2019 $15.00
CRISPIN, PEDRO CK# 572722 01/11/2019 $15.00
CROCKETT, BRENTON W CK# 583736 11/08/2019 $15.00
CROESE, PETER CK# 430536 05/29/2019 15000796 $165.00
CROSON, CURTIS M CK# 584814 12/06/2019 $15.00
CROSS, ASHTON RENEE CK# 431042 06/13/2019 15001324 $250.00
CROSS, DAVID L CK# 580075 07/26/2019 $15.00
CROSS, MICHAEL T CK# 578529 06/07/2019 $15.00
CROTEAU, CHRISTOPHER A CK# 576661 04/18/2019 $15.00
CROWELL, CAMERON MICHAEL CK# 436270 11/07/2019 15001221 $15.75
CRUZ CRUZ, MICHAEL A CK# 584005 11/08/2019 $15.00
CRUZ, ANABELLE N CK# 585247 12/20/2019 $15.00
CRUZ, ISMAEL CK# 578503 06/07/2019 $15.00
CRUZ, JOSE EDGAR BERNABE CK# 435624 10/21/2019 15001202 $250.00
CRUZ, JOSE EDGAR BERNABE CK# 435625 10/21/2019 15001201 $250.00
CRUZ, TORI S CK# 576964 04/26/2019 $15.00
CS SUNBIZ LLC VS DOMENECH, FRAMARIE 16-CC-020169 07/01/2016 *717.113 $909.23
CUE, JUAN CK# 583888 11/08/2019 $15.00
CUEVAS, MANUEL CK# 429356 04/29/2019 15000710 $273.00
CUI, XILI CK# 435089 09/25/2019 15001480$1,000.00
CURENTON, VICTOR L CK# 575768 03/22/2019 $15.00
CURRIER-CULLINAN, HEATHER L CK# 584854 12/06/2019 $15.00
CUYA, CHRISTINE A CK# 583234 10/25/2019 $15.00
CWANEK, GABRIELLE A CK# 579817 07/19/2019 $15.00
CYPRESS TITLE COMPANY CK# 430783 06/06/2019 15001323 $48.54
D AND E SURVEYING INC CK# 430784 06/06/2019 15001338 $31.00
D'AGOSTINO, PATRICIA S CK# 575910 03/29/2019 $15.00
DAHLEM, BETTY A CK# 577488 05/10/2019 $15.00
DAIGLE, ELAINE M CK# 584205 11/15/2019 $15.00
DALEY, MAEGAN N CK# 577843 05/17/2019 $15.00
DALFERRO, VALERIE A CK# 574148 02/08/2019 $15.00
DALIA CORPORATION VS MATHENY, CHRISTIA 15-CC-003545 02/06/2015 *717.113 $175.00
DALRYMPLE, STEPHANIE A CK# 578761 06/14/2019 $15.00
DALY, JAMES B CK# 577818 05/17/2019 $15.00
DAMIANI, MICHAEL A CK# 583828 11/08/2019$30.00
DANH, SHEENA T CK# 574027 02/08/2019 $15.00
DANIELLO WILLIAMS, JENNIFER L CK# 578859 06/21/2019 $15.00
DAUGHERTY, ROBERT S CK# 573461 01/25/2019 $15.00
DAVID STERN LAW OFFICE CK# 429923 05/14/2019 15000768 $431.44
DAVIE, JACOB H CK# 576016 03/29/2019 $15.00
DAVIES, JORDAN C CK# 577561 05/10/2019 $15.00
DAVIS, ALISA G CK# 583912 11/08/2019 $15.00
DAVIS, CARL E CK# 583820 11/08/2019 $15.00
DAVIS, DEAN O CK# 579620 07/12/2019 $30.00
DAVIS, JANAE S CK# 585045 12/13/2019 $15.00
DAVIS, LUKE T CK# 585126 12/13/2019 $15.00
DAVIS, RYAN J CK# 580227 07/26/2019 $15.00
DAVIS, SHANTEL Q CK# 574350 02/15/2019 $15.00
DAVIS, THOMAS R CK# 575371 03/15/2019 $15.00
DAY, ANTHONY S CK# 574440 02/15/2019 $15.00
DAY, LOIS CK# 435883 10/28/2019 15001219$500.00
DDS DISCOUNT CK# 433397 08/15/2019 15001435 $111.50
DD'S DISCOUNT CK# 435947 10/29/2019 15001536 $31.34
DE CASTRO, JOSE CK# 425613 01/16/2019 15000941 $13.50
DE JESUS, ANTONIO E CK# 584234 11/15/2019 $15.00
DEAN, DALTON L CK# 577762 05/17/2019 $15.00
DEBERRY, CHRISTOPHER CK# 432242 07/12/2019 15001394 $250.00
DEBRA LEE MARTIN CK# 425357 01/09/2019 15000652 $30.00
DEESE, TYLER F CK# 582465 10/04/2019 $15.00
DEJESUS, ADRIAN E CK# 577802 05/17/2019 $15.00
DEJESUS, JUAN M CK# 582216 09/27/2019 $15.00
DELA CRUZ, LEONARDO E CK# 574064 02/08/2019 $15.00
DELANGE, KIRA L CK# 577866 05/17/2019 $15.00
DELAROSA, ALEXIS CK# 579761 07/19/2019 $15.00
DELAROSA, KRISTIAN C CK# 578582 06/14/2019 $15.00
DELFASCO LLC VS POWELL, STEPHEN 14-CA-011264 04/20/2015 $100.00
DELMAS, MARIE Y CK# 581042 08/23/2019 $15.00
DELUNA, STEPHANIE L CK# 581715 09/20/2019 $15.00
DEMETER PROPERTIES INC VS LOFTON, WHITNEY 17-CC-012469 04/24/2017 *717.113 $165.00
DEMETER PROPERTIES INC VS MURPHY, EDWIN O 19-CC-059260 12/17/2019 *717.113 $2,525.00
DEMPS, MARQUIES J CK# 585203 12/13/2019$15.00
DEMUTH, COREY D CK# 584216 11/15/2019 $15.00
DENNEY, WALTER J CK# 576829 04/18/2019 $15.00
DENOVA, ANDY CK# 432238 07/12/2019 15000906 $250.00
DENSON, TIFFANY M CK# 581140 08/23/2019$15.00
DEPRANO, MICHAEL J CK# 575806 03/22/2019 $15.00
DESBOUQUETS, JEAN WILNER CK# 579891 07/19/2019 $15.00
DESCHLER, KALI M CK# 584292 11/15/2019 $20.13
DESKINS, DON G CK# 578552 06/07/2019 $15.00
DEUTSCHE BANK NATIONAL TRUST COMPANY VS JOHNSON, JOHN R 13-CA-015276 01/14/2015$100.00
DEVANE, DEVON T CK# 575443 03/15/2019 $15.00
DHAR, RUPA CK# 575627 03/15/2019 $15.00
DHI TITLE CK# 429590 05/06/2019 15000800 $1,009.03
DIAMOND TITLE AND ASSOCIATES CK# 430141 05/21/2019 15000760 $252.15
DIAZ GARCIA, JOHANSEL M CK# 575266 03/08/2019 $15.00
DIAZ, LUIS CK# 431800 06/28/2019 15001303 $29.00
DIAZ, VANESSA ARLETT CK# 428719 04/10/2019 15000859 $106.80
DIBENIGNO, ALEXANDRA F CK# 579313 07/05/2019 $15.00
DICKENSON, JARELL M CK# 575580 03/15/2019 $15.00
DIGIROLAMO, LEONARD R CK# 583812 11/08/2019 $15.00
DILBERT CASTRO, ASHLEY G CK# 583263 10/25/2019 $15.00
DIOGO, NICOLAS VS WILSON, SHERESE 18-CC-025950 01/04/2019 *717.113 $1,560.00
DIRECT CORPORATE SERVICES CK# 430821 06/07/2019 15000873 $41.69
DIX, SAMUEL B CK# 585166 12/13/2019 $15.00
DIXON, MARQUISH TRINETTE CK# 436291 11/07/2019 15001568 $80.00
DOBLER, CHRISTOPHER KENNETH CK# 426275 02/04/2019 15000605 $13.50
DOBO, SARAH E CK# 574714 02/22/2019 $15.00
DOBSON, CALMENT D CK# 576403 04/12/2019$15.00
DOLAN, KELSEY CK# 436007 10/30/2019 15001195 $72.00
DOMINGUEZ, MARILYN R CK# 578312 05/31/2019 $30.00
DOMINGUEZ, RAFAEL CK# 436013 10/30/2019 15001196 $60.00
DOMINGUEZNIETO, VALENTIN CK# 434233 09/09/2019 15001504 $202.00
DONAGHY, ROBERT T CK# 576315 04/05/2019$15.00
DONG, JI ZHONG CK# 436706 11/21/2019 15001585 $15.75
DONNELL, KENNETH G CK# 574321 02/15/2019 $15.00
DONNELL, KENNETH VS WILLIAMS, KAMILIHIA 13-CC-034164 01/03/2014 *717.113 $121.00
DORSEY, CRYSTAL L CK# 576926 04/26/2019$15.00
DORWARD, THOMAS A CK# 575774 03/22/2019 $15.00
DOUGHERTY, PATRICK B CK# 575529 03/15/2019 $45.00
DOWNTOWN TAMPA APARTMENTS, LLC VS SOSSO, JAMES 18-CC-037746 07/31/2018 *717.113 $1,000.00
DOZIER, DREW CK# 431692 06/26/2019 15000861 $170.00
DRAKE AND ASSOCIATES PA CK# 429770 05/09/2019 15000721 $116.80
DRAKE, MICAH DAVID CK# 428709 04/10/2019 15001163 $110.80
DRAWDY, KAYLA L CK# 576721 04/18/2019 $15.00
DRAYTON, JAMES V CK# 582173 09/27/2019 $15.00
DRIGGERS, AUTUMN LEANNE CK# 437770 12/30/2019 15001365 $47.00
DRIGGERS, JAMES C CK# 583094 10/18/2019$15.00
DROTLEFF, ANDREW F CK# 580688 08/16/2019 $30.00
DUCKWORTH, ALVAN L CK# 573236 01/18/2019 $15.00
DUNN, EDWARD CK# 575419 03/15/2019 $30.00
DUNNE ATTORNY AT LAW, JOHN P CK# 430151 05/21/2019 15000761 $257.08
DUPERTUIS, MELISSA C CK# 575324 03/08/2019 $30.00
DURAN JR, AUGUSTO CK# 431043 06/13/2019 15001319 $250.00
DUTTON, CLAYTON S CK# 575452 03/15/2019$15.00
DYAR, LOLLIS H CK# 584654 11/22/2019 $15.00
DYE, MICHAEL L CK# 582847 10/18/2019 $15.00
DYKES, ROBERT L CK# 582778 10/18/2019 $15.00
EAGLE TITLE AND ABSTRACT INC CK# 430516 05/29/2019 15000779 $202.43
EAGLES MASTER ASSOCIATION INC VS CAPOLUPO, EDDIE 18-CC-024464 10/01/2018 *717.113$80.00
EAMES, JAMES C CK# 579217 06/28/2019 $15.00
EASTWOOD MHC LLC VS LA FUENTE, ENEIDA NUNEZ DE 16-CC-033242 10/24/2016 *717.113 $453.12
EASTWOOD MHC, LLC VS MARTINEZ, HEATHER 16-CC-025977 08/17/2016 *717.113 $83.00
ECHAVARRIA, LILIA CK# 583740 11/08/2019 $15.00
ECHAVARRIA, RAFAEL GOMEZ CK# 429892 05/13/2019 15001287 $21.60
EDWARDS, ERIC N CK# 573587 01/25/2019 $15.00
EDWARDS, GILLIAN L CK# 577554 05/10/2019 $15.00
EGGERT, CHESTER L CK# 577511 05/10/2019 $15.00
EGZI, SOLOMON G CK# 575620 03/15/2019 $15.00
EHLERS, CHRISTINA CK# 436168 11/05/2019 15001578 $10.91
EHMKE III, RONALD LEE CK# 431436 06/21/2019 15000862 $2,000.00
EHMKE III, RONALD LEE CK# 431437 06/21/2019 15000863 $500.00
EIFRID, MEGAN CK# 430529 05/29/2019 15001260 $72.00
EKANGER, JONATHAN P CK# 575738 03/22/2019 $15.00
ELGIN, KELVIN CK# 434123 09/05/2019 15001508 $25.00
ELITE MORTGAGE OF TAMPA INC CK# 429924 05/14/2019 15000799 $408.50
ELIZARRARAS, AURELIO E CK# 583261 10/25/2019 $15.00
ELKASRI, MOHAMED VS BLACK, CORETHA 15-CC-032679 10/20/2015 *717.113 $100.00
ELLIOTT, ANDREA K CK# 574797 02/22/2019 $15.00
ELLIOTT, CHRISTINE M CK# 582957 10/18/2019 $15.00
ELLIS, MATTHEW VS HALL, BRIONNA 15-CC-009001 04/17/2015 *717.113 $500.18
ELLIS, NICHOLE H CK# 585469 12/20/2019 $15.00
ELLISON, MARIE A CK# 575820 03/22/2019 $15.00
EMBERY, KHARI O CK# 583786 11/08/2019 $30.00
EMERT, OLIVER P CK# 575531 03/15/2019 $15.00
EMILIANO, MARIA N CK# 573005 01/18/2019 $15.00
ENDRUSCHAT, ROBERT J CK# 579930 07/19/2019 $15.00
ENTERPRISE TITLE PARTNERS OF NTLTD CK# 430915 06/11/2019 15001329 $12.00
EPIC TITLE SERVICES INC CK# 429925 05/14/2019 15001274 $117.49
EPPS, ANTHONY D CK# 584236 11/15/2019 $15.00
EQUITITLE LLC CK# 429926 05/14/2019 15000858 $411.10
ERIC ARTURO CK# 426785 02/18/2019 15000640 $202.00
ERICKSON, JAQUELINE M CK# 426186 01/31/2019 15000955 $10.20
ESAW, ERIC B CK# 576481 04/12/2019 $15.00
ESCOBAR, YAN N CK# 574749 02/22/2019 $15.00
ESGAR, ASHLYN N CK# 581467 09/13/2019 $15.00
ESPARZA, GUADALUPE CK# 574481 02/15/2019 $15.00
ESPINAL TEJADA, YANET CK# 583619 11/01/2019 $15.00
ESPINOZA, AURELIO CK# 573536 01/25/2019 $15.00
ESPINOZA, RAMIRO CK# 578443 06/07/2019 $15.00
ESPINOZA, RUTH K CK# 573456 01/25/2019 $15.00
ESTEVES, ARMINDO VS FARESE, ALFRED JOSEPH 19-CC-000399 01/09/2019 *717.113 $187.50
EVERETT, MONIQUE CK# 432209 07/11/2019 15001408 $100.00
EVERETT, WILLOW J CK# 582884 10/18/2019 $15.00
EXANTUS, CHOSTER CK# 428693 04/10/2019 15001167 $71.60
FADILAALSABBAGH, FAHD MHD CK# 432722 07/25/2019 15000985 $60.00
FAIR, EMERSON CK# 432720 07/25/2019 15001430 $14.00
FAIRFIELD ARBOR WALK LLC VS PURNELL, SHERMAN 16-CC-032432 10/18/2016 *717.113 $1,010.78
FAMILY DOLLAR CK# 428321 03/29/2019 15001113 $60.00
FAMILY DOLLAR CK# 429632 05/07/2019 15000695 $62.80
FAMILY DOLLAR CK# 435046 09/25/2019 15001512 $100.00
FAMILY DOLLAR CK# 437690 12/27/2019 15001613 $130.00
FANDALA, IVLOUSE CK# 433676 08/21/2019 15001073 $500.00
FARKAS, CHRISTOPHER P CK# 581446 09/13/2019 $30.00
FARMER AND FITZGERALD PA CK# 430473 05/28/2019 15000792 $100.00
FARMER, LISA H CK# 574654 02/22/2019 $30.00
FARRELL, SUSAN E CK# 579246 06/28/2019 $15.00
FEDERAL NATIONAL MORTGAGE ASSOCIATION VS FERNANDEZ, HECTOR 15-CA-005137 07/24/2015 $100.00
FELICIANO, DENISSE J CK# 579617 07/12/2019 $15.00
FELTON, DONTIAVIUS CK# 432948 07/31/2019 15001421 $161.00
FENN, ASHLEE R CK# 433154 08/07/2019 15001444 $20.00
FENSHAW, JOHN W CK# 584605 11/22/2019 $15.00
FERBER, JONAH S CK# 583375 10/25/2019 $30.00
FERDINAND, ROBERT A CK# 573465 01/25/2019 $15.00
FERGUSON, DOROTHY A CK# 585118 12/13/2019 $15.00
FERNANDES, ANA VS UNKNOWN TENANT #1 N/KA Z SUTHY 18-CC-000292 10/29/2018 *717.113 $1,000.00
FERNANDEZ, DAVID CK# 430819 06/07/2019 15000843 $50.00
FERNANDEZ, LOGAN A CK# 579863 07/19/2019 $15.00
FERNANDEZ, MARCUS T CK# 577642 05/10/2019 $15.00
FERNANDEZ, MARLENE R CK# 577834 05/17/2019 $15.00
FERRITTO, DAVID R CK# 582153 09/27/2019 $30.00
FERRY, DRAKE M CK# 582568 10/11/2019 $15.00
FIDELITY BANK CK# 428124 03/25/2019 15001115 $15.00
FIDELITY NATIONAL TITLE INS-MAITLAND CK# 429548 05/03/2019 15000706 $4,017.12
FIDELITY TITLE FIRST AMERICAN TITLE CK# 430143 05/21/2019 15000759 $257.00
FIELDS, ALEXIS N CK# 576416 04/12/2019 $15.00
FIFE, NANCY C CK# 580173 07/26/2019 $15.00
FIGUEREDO, VICTORIA ISABEL CK# 429519 05/02/2019 15001231 $20.50
FIGUEROA GARCIA, CHELYSAMIRA CK# 580093 07/26/2019 $15.00
FIGUEROA RIVERA, EDUARDO CK# 575687 03/22/2019 $15.00
FIGUEROA, ALEXIS MARIE GOMEZ CK# 425645

(Continued on next page)

LEGAL ADVERTISEMENT    LEGAL ADVERTISEMENT    LEGAL ADVERTISEMENT    LEGAL ADVERTISEMENT    LEGAL ADVERTISEMENT

HILLSBOROUGH COUNTY    HILLSBOROUGH COUNTY    HILLSBOROUGH COUNTY    HILLSBOROUGH COUNTY    HILLSBOROUGH COUNTY

01/17/2019 15000939 $13.50
FINLEA, DUANA CK# 582147 09/27/2019 15.00
FINLAYSON, NIYA A CK# 574996 03/01/2019 $15.00
FINNELL, DALTON ANTHONY CK# 430000 05/22/2019 15001278 $72.00
FIRST AMERICAN TITLE CK# 429396 04/30/2019 15001193 $20,365.97
FIRST CITRUS BANK VS NJ MANLEY INC 11-CA-001991 07/29/2013 *717.113 $4,113.67
FIRST FLORIDA TITLE OF TAMPA BAY CK# 430754 06/05/2019 15000817 $30.00
FIRST PRIORITY TITLE SERVICES CK# 429927 05/14/2019 15000737 $495.35
FIRST ROTTLUND TITLE OF FLORIDA LLC CK# 429691 05/08/2019 15000745 $160.45
FIRST_ ASHLEY LYNN CK# 425079 01/02/2019 15000951 $83.00
FISHER, MATTHEW J CK# 582747 10/18/201915.00
FISHERMANS TITLE INC CK# 430874 06/10/2019 15001541 $70.00
FISHMAN, BARRY CK# 435553 10/18/2019 15001213 $106.50
FIT TO RUN CK# 436000 10/30/2019 15001526 $106.50
FITZGERALD, CYNTHIA B CK# 581440 09/13/2019 $15.00
FITZGERALD, DENISE M CK# 579310 07/05/2019 $15.00
FL CERTIFIED DEED SERVICES CK# 430822 06/07/2019 15000826 $17.00
FL HARBOUR WALK LLC VS HOFFMAN, CATHY 16-CC-021065 08/11/2016 *717.113 $2,709.27
FLEMING, KIERRA M CK# 574297 02/15/2019 $15.00
FLORES, CELESTINA CK# 432599 07/23/2019 15001432 $500.00
FLORES, DAVID CK# 428857 04/16/2019 15001159 $25.00
FLORES, JACQUELINE CK# 574096 02/08/2019 $15.00
FLORES, JOSE L CK# 573801 02/01/2019 $15.00
FLORIDA ABSTRACT AND TITLE, LLC VS CHAVEZ, JOHN A 15-CC-026289 11/19/2015 *717.113 $76.65
FLORIDA CERTIFIED RECORD RETRIEVAL SVS CK# 429692 05/08/2019 15001285 $632.50
FLORIDA DEPARTMENT OF FINANCIAL SERVICES CK# 428425 04/02/2019 15001187 $226.56
FLORIDA PETTY CASH CK# 431061 06/13/2019 15000860 $70.00
FLORIDA PROPERTY TITLE SERVICES LLC CK# 430824 06/07/2019 15001357 $16.53
FLORIDA TREASURE REALTY, LLC VS JENKINS, TAISHA 18-CC-027895 08/07/2018 *717.113 $1,400.00
FLUKE, KEVIN CK# 436008 10/30/2019 15001228 $28.20
FOGARTY, CHARLOTTE S CK# 579798 07/19/2019 $15.00
FOMBO, ISIDORE A CK# 581878 09/20/2019 $15.00
FONTAINE, GERALD CK# 580333 11/08/201915.00
FORD, DWAYNE R CK# 575422 03/15/2019 $15.00
FOREMAN, CHARLES M CK# 584219 11/15/2019 $15.00
FOREMOST PROPERTY SOLUTIONS LLC VS HARD-WICK, CHARITY 15-CC-025679 09/25/2015 *717.113 $300.00
FOSTER AND FOSTER CK# 431271 06/19/2019 15000866 $97.50
FOSTER, JEFFREY L CK# 583086 10/18/2019 $15.00
FOUNTAINVIEW ESTATES LLC VS PORTER, PAM 15-CC-036802 03/15/2016 *717.113 $1,583.24
FRANCIS, BART CK# 433244 08/12/2019 15001451 $12.08
FRIBH SABAL PARK, LLC VS LOWE, LUCINDA H. 18-CC-061606 12/14/2018 *717.113 $300.00
FREEDMAN AND MICHAELS PA CK# 430825 06/07/2019 15000894 $192.77
FREEDOM LAND TITLE CK# 430475 05/28/2019 15000820 $30.00
FREITAG, TRACEY A CK# 575281 03/08/2019 $15.00
FRIAR, WILLIAM H CK# 584991 12/06/2019 $15.00
FULLER HOLSONBACK AND MALLOY PA CK# 430790 06/06/2019 15000895 $421.95
FUNIKU PROPERTIES CORP VS JONES, TAMIKA 19-CC-059580 12/09/2019 *717.113 $421.95
GABRIEL, STEVENS CK# 427800 03/14/2019 15000646 $450.00
GAGNON, JOHN CARL CK# 431106 06/17/2019 15001317 $45.75
GAHAGAN, KATHLEEN M CK# 573795 02/01/2019 $15.00
GAINER, JESSICA J CK# 583280 10/25/2019 $15.00
GAINEY, JAUKENA CK# 435682 10/22/2019 15001200 $500.00
GALLAGHER, JOSEPH P CK# 578108 05/24/2019 $15.00
GALLEGOS, NORL A CK# 583897 11/08/2019 $15.00
GAMMON, WILLIAM C CK# 573790 05/17/2019 $15.00
GAO, AIHUA CK# 434847 09/24/2019 15001487 $250.00
GARAFFA, GABRIELLA P CK# 583844 11/06/2019 $15.00
GARCIA DE QUEVEDO LI, BRENDA CK# 574819 02/22/2019 $15.00
GARCIA, ALEXANDER CK# 580668 08/16/2019 $30.00
GARCIA, ANA LEISY CK# 432190 07/11/2019 15000884 $500.00
GARCIA, BRITTANY D CK# 577178 04/29/2019 $15.00
GARCIA, CARRIE A CK# 583784 11/08/2019 $15.00
GARCIA, DAVID D CK# 583227 10/25/2019 $15.00
GARCIA, DIAMARI L CK# 583032 10/18/2019 $15.00
GARCIA, GELCY A CK# 580985 08/23/2019 $15.00
GARCIA, MATTHEW P CK# 584963 11/22/2019 $15.00
GARDNER WILKES SHAHEEN AND CANDELORA CK# 429697 05/08/2019 15001282 $158.75
GARDNER, LORI A CK# 577195 04/29/2019 $15.00
GARLING, GINNY L CK# 578587 06/14/2019 $15.00
GARRETT, ANTHONY W CK# 577390 05/03/2019 $15.00
GARRETT, KELLY M CK# 574951 03/01/2019 $15.00
GASVODA, PATRICK A CK# 576802 04/18/2019 $15.00
GATENBEE, AMYMARIE S CK# 580054 07/26/2019 $15.00
GAZA, LUKE G CK# 576637 04/18/2019 $15.00
GAUVREAU, HENRY R CK# 581511 09/13/2019 $15.00
GAVRAN, EMILY R CK# 580718 08/16/2019 $15.00
GAY, GRACIELA R CK# 581095 08/23/2019 $15.00
GAYLE, VESPASIAN A CK# 429575 05/03/2019 15001240 $50.00

GENERAL TITLE COMPANY OF FLORIDA CK# 429550 05/03/2019 15000726 $1,827.49
GENESIS GROUP INC CK# 430919 06/11/2019 15000824 $185.10
GENNINGER, JASEN DOUGLAS CK# 427777 03/14/2019 15001124 $164.00
GEOMAP TECHNOLOGIES INC CK# 430828 06/07/2019 15000838 $24.50
GEORGE, CLIVE M CK# 573746 02/01/2019 $15.00
GERMAN, AMAURY EMMANUEL CK# 425249 01/07/2019 15000924 $103.00
GERMOND, JUSTIN J CK# 585430 12/20/201915.00
GIBBS, WILLIAM W CK# 579435 07/05/2019 $15.00
GIL IRIZARRY, ESTHER M CK# 575858 03/22/2019 $15.00
GILBERT, JAYNE P CK# 577475 05/10/2019 $15.00
GILBERT, LYLE W CK# 584848 11/22/2019 $15.00
GILBERT, SHEILA J CK# 583185 10/25/2019 $15.00
GILBERTSON, MATTHEW G CK# 576760 04/18/2019 $15.00
GILLEY, AVIANCE O CK# 433736 12/13/2019 15001619 $500.00
GINSBERG, CINDY K CK# 584585 11/22/2019 $15.00
GISPERT, DEBORAH J CK# 580972 08/23/2019 $15.00
GIZAW, GABRIELLA G CK# 580331 07/26/2019 $60.00
GIZAW, GABRIELLA G CK# 580331 08/09/2019 $30.00
GLEN RABMUSSEN AND FOGARTY CK# 430755 06/05/2019 15001346 $83.28
GLOBAL TITLE NETWORK INC CK# 429594 05/06/2019 15000772 $882.54
GLYNOS, AMNABEL CK# 582122 09/27/2019 $15.00
GOAL PROPERTIES LLC VS GARZA, JOANNA 18-CC-053253 10/26/2018 *717.113 $2,206.00
GOLBACH, SAMUEL JOHN CK# 429894 05/13/2019 15001286 $1,702.50
GOLDSTEIN, JARED TYLER CK# 430393 05/24/2019 15001281 $55.00
GOLBART, DANIEL A CK# 576236 04/05/2019 15.00
GOMEZ, DIEGO M CK# 574646 02/22/2019 $15.00
GOMEZVAZQUEZ, JUAN CK# 430568 05/30/2019 15000857 $2,000.00
GOMEZVAZQUEZ, NICOLAS CK# 430408 05/24/2019 15000758 $2,000.00
GONSALEZ, JOSE LUIS HERNANDEZ CK# 435067 09/25/2019 15001483 $250.00
GONYEA, BRIANNE K CK# 581457 09/13/201915.00
GONZALES, ELIADORO J CK# 428696 04/10/2019 15000646 $67.60
GONZALEZ, CARMEN CK# 577490 05/10/2019 $15.00
GONZALEZ, JOSE CK# 428871 04/16/2019 15000684 $500.00
GONZALEZ, OLAYA CK# 576857 04/26/201915.00
GONZALEZ, WILLIAM R CK# 580280 07/26/2019 $15.00
GONZALEZVEGA, MIRIAM CK# 428454 04/02/2019 15001180 $100.00
GOODWIN, LAURIE CK# 435227 10/07/2019 15001147 $72.00
GOOLSBY, TIFFANY L CK# 582299 09/27/2019 $15.00
GORDON, IAN C CK# 577307 03/08/2019 15001099 $16.50
GORDON, IAN C CK# 581717 09/20/2019 $15.00
GORDON, JERLEESHA CK# 427708 03/13/2019 15000657 $50.00
GORDON, KINSLEY CK# 425213 01/04/2019 15000582 $250.00
GOSSAMER WING, LLC VS MATHIS, KOLANDA 16-CC-009938 04/08/2016 *717.113 $2,160.00
GOYNES, AMINTA O CK# 574512 02/15/2019 $15.00
GRACIA, JIHOAN SEBASTIAN CK# 425264 01/07/2019 15000950 $11.34
GRAF, DAVID O CK# 581417 09/13/2019 $15.00
GRAHAM, RACHEL N CK# 572814 01/11/2019 $15.00
GRAHAM, RACHEL N CK# 572814 01/11/2019 $15.00
GRANGER, CLIFFORD E CK# 580741 08/16/2019 $15.00
GRANTLAND, JOHN W CK# 575264 03/08/2019 $15.00
GRAY, CHRISTINA S CK# 573621 01/25/2019 $15.00
GRAY, VANESSA D CK# 579668 07/12/2019 $15.00
GREANY, PETER N CK# 574990 03/01/2019 $15.00
GREATER BAY TITLE LLC CK# 429928 05/14/2019 15001276 $378.60
GRECO, ALFRANK J CK# 430918 06/11/2019 15001328 $10.80
GRECO, BRIAN M CK# 578837 06/21/2019 $15.00
GREEN, SANDRA A CK# 583407 10/25/2019 $15.00
GREEN, VICTORIA D CK# 576290 04/05/2019 $15.00
GREENBERG TRAURIG CK# 437364 12/16/2019 15001611 $12.00
GREENE AND SCHERMER CK# 430829 06/07/2019 15001340 $152.00
GREENE, MATTHEW R CK# 576525 04/12/2019 $15.00
GREENE, SHANNON SABRINA CK# 427280 03/01/2019 15000637 $110.80
GREKOS, DIONYSIA K CK# 575439 03/15/2019 $15.00
GRIFFIN, MATTHEW F CK# 573733 02/01/2019 $15.00
GRIFFIN, TERRY W CK# 583863 11/08/2019 $15.00
GRIMES, GWYNNE P CK# 584195 11/15/2019 $15.00
GROGAN, JOSHUA A CK# 582218 09/27/2019 $15.00
GROOM, JOHN VS JONES, PAMELA 17-CC-024649 08/04/2017 *717.113 $270.00
GSTALDER, CHRISTOPHER S CK# 579498 07/12/2019 $15.00
GUAGLIARDO, DARRELL D CK# 572873 01/11/2019 $15.00
GUE, KAYLEE M CK# 580149 07/26/2019 $15.00
GUGLIELMETTI, DIANA CK# 426777 02/18/2019 15001066 $15.75
GUILFU, RICARDO CK# 429731 05/08/2019 15000741 $146.00
GUILFUCCI, CARLOS R CK# 573504 01/25/2019 $15.00
GULF COAST REVIEW INC CK# 426134 01/30/2019 15000929 $61.50
GULF COAST REVIEW INC CK# 426324 02/04/2019 15001009 $15.00
GULF COAST REVIEW INC CK# 433179 08/07/2019 15001488 $61.50
GUTHRIE, ERICA J CK# 578547 06/07/2019 $15.00
GUYER, KANE A CK# 584596 11/22/2019 $15.00
GUZMAN, MARCOS CK# 579195 06/28/2019 15.00

GUZMAN, MICHAEL CK# 581181 08/30/2019 $15.00
GUZMANMOLINA, AMBER CK# 434748 09/19/2019 15001490 $202.00
GWIN, CHRISTOPHER CK# 433395 08/06/2019 15001494 $250.00
HADDEN, THOMAS L CK# 582663 10/11/2019 $15.00
HAFER, DANIEL B CK# 578942 06/21/2019 $15.00
HAIGHT, THEODORE G CK# 582664 10/11/2019 $15.00
HAILEY, EDWARD J CK# 582140 09/27/2019 $15.00
HALL, CARLA CK# 430868 06/10/2019 15000835 $17.00
HALL, KRISTIE VS STARKE, TANYA 15-CC-019541 06/17/2015 *717.113 $39.32
HALLBACK, TANQUILLA T CK# 573130 01/18/2019 $15.00
HAMAN, JASON F CK# 573379 01/25/2019 $15.00
HAMERS, GREGORY A CK# 582226 09/27/2019 $15.00
HAMILTON, ALICE M CK# 575045 03/01/2019 $15.00
HAMILTON, CALVIN J CK# 583701 11/08/201915.00
HAMILTON, DAVID J CK# 580730 08/16/2019 $15.00
HAMMER TITLE INSURANCE COMPANY CK# 431274 06/19/2019 15000868 $38.11
HAMEL, OCYNTH S CK# 579176 06/28/2019 $15.00
HANNON, JAQUAN J CK# 582170 09/27/2019 $15.00
HARBIDE, JAYCE F CK# 581274 08/30/2019 $15.00
HARDEN, KEITH A CK# 582206 09/27/2019 $15.00
HARDEN, SHAWN D CK# 585539 12/20/2019 $15.00
HAROLD, HAROLD K CK# 575972 03/29/2019 $15.00
HARPER KYNES AND GELLER PA CK# 430478 05/28/2019 15000783 $247.50
HARRELL, ZACHERY D CK# 583384 10/25/2019 $15.00
HARRIS, ANGELA MARIE CK# 434374 09/12/2019 15001091 $111.00
HARRIS, FONDA L CK# 574490 02/15/2019 $15.00
HARRISON, JAQUAN J CK# 582170 09/27/201915.00
HARRISON, TERRY A CK# 581588 09/13/2019 $15.00
HART, JULIANNE CK# 432506 07/19/2019 15001376 $250.00
HART, JULIANNE CK# 432507 07/19/2019 15001373 $250.00
HART, NATHAN CLIFFORD CK# 427534 03/08/2019 15001179 $42.00
HARTMAN, TINA M CK# 580544 08/09/2019 $15.00
HARVEY, GLENDIA CK# 428428 04/02/2019 15001179 $62.00
HARVEY, JEFFREY C CK# 580697 08/16/201930.00
HAVERLE, ALEXANDER S CK# 580667 08/16/2019 $15.00
HASSOUN, NICHOLAS S CK# 584482 11/22/2019 $15.00
HAUGHTON, VERONA E CK# 429752 05/08/2019 15001238 $12.50
HAWK, MADISON E CK# 582433 10/04/2019 $15.00
HAWLEY, JESSICA L CK# 573503 01/18/2019 $15.00
HAYDEN, ROBERT CHANCE CK# 432775 07/25/2019 15000977 $170.00
HAYES, TREVOR A CK# 573433 01/25/2019 $15.00
HAYSE, MERRIEL T CK# 579734 07/12/2019 $15.00
HEART OF ADOPTIONS INC CK# 432606 07/23/2019 15001420 $42.00
HEATH, CHRISTOPHER M CK# 580379 08/02/2019 $15.00
HECKSHER, MICHAEL P CK# 576522 04/12/2019 $15.00
HEMON, ROY DALLAS CK# 436015 10/30/2019 15001198 $250.00
HENDERSON, ADAM H CK# 577712 05/17/2019 $15.00
HENDERSON, CHRISTOPHER W CK# 574555 02/15/2019 $15.00
HENGST, AMANDA E CK# 575210 03/08/2019 $15.00
HENRIQUEZ, MIGUEL ANGEL CK# 426560 02/11/2019 15001420 $42.00
HENRY, DANIEL M CK# 583710 11/08/2019 $15.00
HENRY, JERMAINE CK# 428695 04/10/2019 15001166 $53.60
HENRY, TANYA N CK# 430649 05/31/2019 15001256 $60.00
HEPBURN, KRYSTAL L CK# 578678 06/14/2019 $15.00
HEREDIA PEREZ, CARLOS A CK# 582587 10/11/2019 $15.00
HERLONG, MARK B CK# 582753 10/18/2019 $15.00
HERNANDEZ GONZALEZ, ALEXANDRA CK# 573241 01/18/2019 $15.00
HERNANDEZ GONZALEZ, GRISEL CK# 583128 10/18/2019 $15.00
HERNANDEZ, ABEL CK# 431849 07/02/2019 15001404 $500.00
HERNANDEZ, AGUSTIN HERNANDEZ CK# 434953 09/25/2019 15001492 $250.00
HERNANDEZ, ANTONIO VS PADILLA, ALEX 15-CC-004343 02/24/2015 *717.113 $600.00
HERNANDEZ, EPIFANIO CK# 583314 10/25/2019 $15.00
HERNANDEZ, FERMIN CK# 434971 09/25/2019 15001146 $250.00
HERNANDEZ, JULIO CK# 433022 07/16/2019 15001378 $250.00
HERNANDEZ, LUCIO CK# 435579 10/18/2019 15001203 $250.00
HERNANDEZ, MELANIE CK# 572742 01/11/2019 $15.00
HERNANDEZ, NOEL CK# 578976 06/21/2019 $15.00
HERNANDEZ, RAFAEL ALICIA CK# 426923 02/20/2019 15000618 $250.00
HERNANDEZ, SANTOS ANDRES ANTONETTI CK# 425903 01/24/2019 15000972 $52.94
HERNANDEZ, YUNIELBIS ZAYAS CK# 425277 07/19/2019 15001383 $250.00
HERRADA, RICARDO ANTONIO CK# 436016 11/01/2019 15001581 $250.00
HESS, DYLAN JACOB CK# 427268 03/01/2019 15000575 $15.00
HICKOX, TERRY D CK# 583393 10/25/2019 $15.00
HICKS, CHRISTOPHER DARRELL CK# 428684 04/10/2019 15000714 $100.00
HICKS, SETHEAILL L CK# 579697 07/12/2019 $15.00
HILEN, TRAN VS MILLER, ANTON 18-CC-052828 10/01/2018 *717.113 $677.07
HILL, CALVIN D CK# 577523 05/10/2019 $15.00
HILLMAN, BRITTANY CHARISSE CK# 427600 12/26/2019 15001609 $15.00
HILLS, HANSJOERG CK# 434765 09/20/2019 15001489 $49.00

HILLSBOROUGH ABSTRACTING AND RESEARCH CK# 429700 05/08/2019 15000687 $150.70
HILLSBOROUGH TITLE CK# 429701 05/08/2019 15000848 $165.30
HILTON, NICOLE E CK# 584121 11/15/2019 $15.00
HIPSON, ANN R CK# 578807 06/21/2019 $15.00
HOBBS, JEREMY S CK# 583282 10/25/2019 $60.00
HODDINOTT, LILY R CK# 573782 02/01/2019 $15.00
HOKANSON, EMILY M CK# 576905 04/26/2019 $15.00
HOLDER, DILLARD KEITH CK# 426349 02/05/2019 15000622 $13.50
HOLLAND, WILLIAM CK# 430863 06/07/2019 15000851 $16.50
HOLMES, DENISE CAROL CK# 436947 11/27/2019 15001573 $138.00
HOLMES, JESSICA LYNE CK# 431870 07/02/2019 15000876 $82.00
HOME CHOICE 205 CK# 430635 05/31/2019 15000793 $174.00
HOMETOWN TITLE AGENCY INC CK# 429636 05/07/2019 15000755 $629.71
HOMSEY, KYLE ALEXANDER S CK# 583359 10/25/2019 $15.00
HOOKER, JOHN D CK# 429967 05/15/2019 15000733 $261.81
HORBELT, BRANDON J CK# 579849 07/19/2019 $15.00
HORNSBY, HELEN M CK# 577217 04/29/2019 $15.00
HOUGH, ALYSSA M CK# 573974 02/08/2019 $15.00
HOUSING AUTHORITY OF THE CITY OF TAMPA FLORIDA VS CROMPTON, CORRETTA 14-CC-022318 09/03/2014 *717.113 $121.00
HOUSING AUTHORITY OF THE CITY OF TAM-PA FLORIDA VS CRUZ, LAKINDA 14-CC-014623 07/18/2014 *717.113 $26.00
HOUSING AUTHORITY OF THE CITY OF TAMPA FLORIDA VS WILLIAMS, BERONICA 15-CC-008106 04/09/2015 *717.113 $16.00
HOUSING AUTHORITY OF THE CITY OF TAMPA VS BELLAMY, NICKEYLA 18-CC-041879 08/20/2018 *717.113 $16.00
HOUSING AUTHORITY OF THE CITY OF TAMPA, FLORIDA VS BRANTLEY, MALENKA 13-CC-016164 01/03/2014 *717.113 $504.85
HOWARD, FREDRICK VS CAPOMACCIO, ANTHONY 18-CC-012768 03/19/2018 *717.113 $42.00
HPA US1 LLC VS LEE, ETHEL 19-CC-043469 08/22/2019 *717.113 $1,381.01
HRA EGYPT LAKE INC VS VASQUEZ, CHRISTO-PHER 14-CC-028643 10/16/2014 *717.113 $757.00
HUANG, ANNA 16TD000635 11/27/2019 $1,197.84
HUGGINS, CHRISTOPHER L CK# 581797 09/20/2019 $30.00
HUGHES, JOSIAH R CK# 583064 10/18/2019 $15.00
HUGHES, MAUREEN CK# 580183 07/26/201915.00
HUNT, DAN N CK# 573671 02/01/2019 $15.00
HUNTER, WILLIAM J CK# 582010 09/20/2019 $15.00
HURLBURT, ANDREW C CK# 585339 12/20/2019 $15.00
HURLEY, NATHAN P CK# 583602 11/01/2019 $15.00
HUTCHINS, FRANK W CK# 574584 02/22/2019 $30.00
HUTCHINSON, KATHRYN V CK# 579374 07/05/2019 $15.00
HUTCHINSON, MARCHITA C CK# 582710 10/11/2019 $15.00
HYDE, TIMOTHY CK# 431486 06/24/2019 15001348 $174.00
IMER, CHARLES CK# 434048 09/04/2019 15001511 $72.00
IMRISEK, MICHAEL K CK# 579504 07/12/201915.00
INDELICATO, LISA J CK# 578542 06/07/2019 $15.00
INGLE, JAMES CK# 581889 09/20/2019 $15.00
INGRAM, DAVID JOHN CK# 577120 05/03/2019 $15.00
INGRAM, ALTON R CK# 578801 06/21/2019 $15.00
INMAN, MICHAEL C CK# 578801 06/21/2019 $15.00
INTEGRITY SURVEYING AND CONSULTING INC CK# 430719 06/04/2019 15000889 $87.00
INTEGRITY TITLE GROUP CK# 429929 05/14/2019 15001275 $347.71
INTHATHIRATH, JOHN CK# 580168 07/26/2019 $15.00
IRIZARRIS, EDUARDO CK# 582394 10/04/2019 $15.00
ISAACSON, PHILLIP L CK# 575795 03/22/2019 $15.00
IVERY, JEFFREY CK# 574619 02/22/2019 $15.00
JACKSON, ASHLEIGH CK# 429045 04/22/2019 15000809 $37.50
JACKSON, ASHLEIGH CK# 431515 06/25/2019 15001977 $37.50
JACKSON, ASHLEIGH CK# 433460 08/16/2019 15001577 $37.50
JACKSON, BRIANNA CK# 436602 11/20/2019 15001210 $500.00
JACKSON, JARVARIS ERVIN CK# 428701 04/10/2019 15001170 $46.40
JACKSON, LEQWANDA D CK# 437540 12/16/2019 15001298 $43.47
JACKSON, RICHARD R VS IRWIN, MIKE 19-CC-001835 01/15/2019 *717.113 $400.00
JACKSON, SONYA NKIVA CK# 426927 02/20/2019 15000918 $13.50
JACO, KATLYN CK# 584164 11/15/2019 $45.00
JACOB, JOHN C CK# 579884 07/19/2019 $15.00
JACOBS, LATONIA A CK# 576503 03/29/2019 $15.00
JAMES, ADRIENNE CK# 576345 04/05/2019 $15.00
JAMES, DEJANIRAH CK# 428694 04/10/2019 15001170 $46.40
JAMES, DARRIUS RASHAD CK# 434514 12/16/2019 15001207 $101.50
JAMES, DAVID P CK# 572868 01/11/2019 $15.00
JAMES, SPENCER W CK# 584447 11/22/2019 $15.00
JAMISONWRIGHT, JAMES D CK# 430471 05/28/2019 15001232 $50.44
JASMINE TERRACE LLC VS MORALES, CARLOS EDGARDO 15-CC-054177 10/01/2018 *717.113 $54.00
JC PENNEY CK# 430002 05/16/2019 15000853 $576.00
JENN-ISS, DAVID A CK# 574993 03/01/2019 $15.00
JELVAN LLC VS SANTIAGO, CARMEN 18-CC-028456 09/28/2018 *717.113 $500.00
JENKINS, GAIL M CK# 579600 07/12/2019 $15.00
JENNINGS, ISABELLA A CK# 579974 07/19/2019 $15.00
JERRY, ERIK A CK# 427363 03/05/2019 15001011 $448.47
JESUS, ANGEL W CK# 427363 03/05/2019 15001011 $448.47
JIEMERA, KAYLA M CK# 429073 04/22/2019 15001201 $15.00
JOHNSON, ANGEL D CK# 576735 04/18/2019 $15.00
JOHNSON, ANTHONY JOSEPH CK# 428689

(Continued on next page)

Case 8:22-cv-01977-MSS-SPF   Document 26-10   Filed 06/30/22   Page 12 of 15 PageID 874

| LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT |
| HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY |

JOHNSON, DUSTIN G CK# 574871 03/01/2019 $15.00
JOHNSON, EDWARD CK# 573281 01/18/2019 $15.00
JOHNSON, GARETH S CK# 580618 08/09/2019 $30.00
JOHNSON, GILBERT CK# 574484 02/15/2019 $30.00
JOHNSON, JAMES ERNEST CK# 434982 09/25/2019 15001486 $20.00
JOHNSON, JEANETTE M CK# 578897 06/21/2019 $15.00
JOHNSON, JOHNNIE CK# 582055 09/27/2019 $15.00
JOHNSON, KELLY D CK# 577651 05/10/2019 $15.00
JOHNSON, LOREN CK# 429820 05/10/2019 15001230 $450.00
JOHNSON, MALCOLM C CK# 581560 09/13/2019 $15.00
JOHNSON, SHANNON F CK# 579028 06/21/2019 $15.00
JOHNSON, VANESHA S CK# 576961 04/26/2019 $15.00
JOHNSON-HARRISON, JOCELYN J CK# 578488 06/07/2019 $15.00
JONES, ALEXANDER K CK# 581383 09/13/2019 $15.00
JONES, BRANDON F CK# 432438 07/18/2019 15000911 $250.00
JONES, CASEY M CK# 585075 12/13/2019 $15.00
JONES, DEBORAH CK# 437532 12/20/2019 15001477 $55.00
JONES, RANDALL A CK# 583210 10/25/2019 $15.00
JONES, SHUNETTE Y CK# 585229 12/13/2019 $24.00
JONES, TOSHA L CK# 580255 07/26/2019 $15.00
JONES-CRUDER, LATUANA D CK# 583558 11/01/2019 $15.00
JORGENSEN, THERESA A CK# 572786 01/11/2019 $15.00
JOSE DE JESUS MORENO CK# 432266 07/12/2019 15001382 $250.00
JOSEANTONIO, FAUSTO CK# 432248 07/12/2019 15001382 $1,322.40
JOSEPH, ROSELINE K CK# 582676 10/11/2019 $15.00
JOSEPH, THEODORE P CK# 579441 07/05/2019 $15.00
JOSHI, VINEET H CK# 575606 03/15/2019 $15.00
JOSIAH, JEREMIAH D CK# 583084 10/18/2019 $15.00
JUAREZ, DE PENAHERRERA CK# 430431 05/22/2019 15001279 $300.00
JUBENVILLE, RICKY S CK# 576318 04/05/2019 $15.00
JUDGE, CURTIS E CK# 574440 02/15/2019 $15.00
JURIS TITLE INC CK# 429602 05/06/2019 15000771 $790.58
KAIN LIMITED PARTNERSHIP VS ECHOLES, LATA-SHA M 16-CC-034632 01/03/2017 *717.113 $240.00
KAPP, KAITLIN CK# 435156 10/03/2019 15001520 $193.46
KARTSATOS, KATHLEEN M CK# 573352 01/25/2019 $15.00
KASPER, KEITH L CK# 579207 06/28/2019 $15.00
KATZEFF, JONATHAN R CK# 574907 03/01/2019 $15.00
KAUFMAN ENGLETT AND LYND PA CK# 429555 05/03/2019 15000699 $1,225.90
KELINA, ANNA DMITIEVNA CK# 426332 02/05/2019 15001064 $13.50
KELLY, JOHN FITZGERALD CK# 427434 03/07/2019 15001131 $138.00
KELLYRUSTMANN, AMANDA CHRISTINE CK# 436325 11/08/2019 15001220 $500.00
KEMP, JAMES R CK# 581019 08/23/2019 $15.00
KENNER, DANIELLE Z CK# 580078 07/26/2019 $15.00
KENT, RICHARD L CK# 572714 01/11/2019 $15.00
KERRICK, CHARLES L CK# 574475 02/15/2019 $15.00
KERTH, BRANDY S CK# 573996 02/08/2019 $15.00
KESER, HAILEY N CK# 583550 11/01/2019 $15.00
KESSLER, BRYNNE P CK# 573994 02/08/2019 $15.00
KEY AMERICA TITLE CK# 430525 05/29/2019 15000821 $213.02
KEY VISTA LLC VS JEWETT, CRYSTAL 15-CC-000576 01/16/2015 *717.113 $485.00
KEYBANK NA CK# 428821 04/15/2019 15001160 $15,556.10
KEYSTONE MANHATTAN APTS LLC VS WILLIAMS, ELIJAH 15-CC-038800 12/17/2015 *717.113 $291.00
KEYSTONE REAL ESTATE INCOME LLC VS TUL-LOS, BETTIE 17-CC-008261 03/08/2017 *717.113 $260.00
KEYSTONE REAL ESTATE INCOME VS WILLIAMS, LANTUNDRA 15-CC-020294 02/02/2015 *717.113 $1,698.00
KHALAF, SHAWKAT CK# 575782 03/22/2019 $15.00
KHAN, EMIR CK# 428697 04/10/2019 15001168 $26.40
KHAN, EMIR CK# 428698 04/10/2019 15001169 $26.40
KILLORAN, VIVIAN A CK# 576077 03/29/2019 $15.00
KING, JEFFREY H CK# 574233 02/15/2019 $15.00
KINNEY, STEVEN J CK# 581152 08/23/2019 $15.00
KINNEY, WILLIAM A CK# 432287 07/12/2019 15000921 $250.00
KIRBY, DALLAS S CK# 584565 11/22/2019 $15.00
KIRBY, MILLA H CK# 575803 03/22/2019 $15.00
KIVELA, ANDREW W CK# 577158 04/29/2019 $15.00
KLEIN, JONATHAN W CK# 581854 09/20/2019 $15.00
KLISMET, JENNIFER L CK# 573054 01/18/2019 $15.00
KNACK, KYLA A CK# 577200 04/29/2019 $15.00
KNEER, JODI L CK# 585435 12/20/2019 $15.00
KNISCHECK, KENNETH J CK# 584902 12/06/2019 $15.00
KNIBLOE, KYLIE A CK# 573022 01/18/2019 $15.00
KNOWLES, SHERRY A CK# 573448 01/25/2019 $15.00
KNOWLTON, DANIEL J CK# 583013 10/18/2019 $15.00
KNOX, JODY CK# 433264 07/12/2019 15001393 $250.00
KOFLER, DEBORAH CK# 433290 08/13/2019 15001076 $60.00
KOHLS CK# 433059 08/05/2019 15001473 $186.00
KOLENOVIC, ORHAN CK# 580442 08/02/2019 $15.00
KONG, YANG CK# 434657 09/17/2019 15001497 $15.00
KONRAD, JOHNATHON M CK# 575742 03/22/2019 $15.00
KRAMER, DAVID A CK# 584556 11/22/2019 $15.00
KRAMER, KAREN M CK# 576552 04/12/2019 $15.00
KREIDER, THOMAS A CK# 582866 10/18/2019 $15.00
KRITZMAN, SOPHIA G CK# 577606 05/10/2019

$15.00
KRUGER, TIMOTHY CK# 432789 07/25/2019 15001078 $275.00
KUHN, LISA CK# 432402 07/17/2019 15000899 $50.00
KUHN, GRETCHEN E CK# 581093 08/23/2019 $15.00
KUNSTMAN, MARINO VS DONER, JESSICA 16-CC-002577 02/16/2016 *717.113 $600.00
KUNSTMANN, MARINO VS CARRENO, RUBEN, JR 16-CC-031096 10/03/2016 *717.113 $750.00
L AND M CLOSING SERVICES INC CK# 429604 05/06/2019 15000883 $682.85
LABARBERA, MICHAEL B CK# 577824 05/17/2019 $15.00
LACANNE, CHRISTOPHER JAMES CK# 436917 05/31/2019 15001259 $60.00
LACKETT, SIMON CK# 437317 11/18/2019 15001297 $72.00
LAFAYETTE, RASHARD CK# 432136 07/09/2019 15000885 $14.75
LAFLAMBOY, LINDA B CK# 575830 03/22/2019 $15.00
LAGRADE, STEVEN M CK# 436924 11/26/2019 15001225 $103.00
LAIGHTON, MARC D CK# 578728 06/14/2019 $15.00
LAKE AZZURE FLORIDA I, LLC VS RIVERA-TOR-RES, PEDRO J. 16-CC-002808 02/08/2016 *717.113 $930.00
LAKE AZZURE FLORIDA I, LLC VS WOODWARD, CHRISTOPHER 16-CC-039159 12/12/2016 *717.113 $1,198.76
LAKESHORE COLONIAL LLC VS BLANCO, JOSE 19-CC-064491 12/17/2019 *717.113 $1,331.00
LAKESHORE COLONIAL LLC VS HUTCHENSON, BRENDA 17-CC-038827 12/07/2017 *717.113 $2,264.68
LALUZERNE, TANYA M CK# 580268 07/26/2019 $30.00
LAMAR LACARLOS J GIBSON CK# 431369 06/20/2019 15000845 $12.00
LAMASTRA, KATHRYN A CK# 581844 09/20/2019 $15.00
LAMBERT JR, DAVID TREMAINE CK# 426112 01/30/2019 15000595 $250.00
LAMBERT, SEAN CK# 433234 08/09/2019 15000999 $250.00
LAMBERT, STEVEN WILLIAM MO#179832576128 - WESTERN UNION RCPT # 24-00578967 02/20/2019 $103.00
LAMON, LAURA ELAINE CK# 426294 02/04/2019 15001067 $13.50
LANDA, IUSAELLA M CK# 579805 07/19/2019 $15.00
LANDAMERICA LAWYERS TITLE CK# 429405 04/30/2019 15000708 $11,759.73
LANDMARK AT GRAYSON PARK LP VS STABEN-OW, MELISSA 16-CA-005840 07/15/2016 *717.113 $977.83
LANDTRUST TITLE COMPANY INC TAMPA CK# 430526 05/29/2019 15000794 $104.00
LANGFORD, ADRIAN E CK# 580905 08/23/2019 $60.00
LANZ, MANUEL VS MCCRAY, YVONNE L 14-CC-014229 06/26/2014 *717.113 $500.00
LARIOS, TAYLOR A CK# 582476 10/04/2019 $15.00
LASLO, LOGAN T CK# 585489 12/20/2019 $15.00
LASMAN LAW FIRM PA CK# 430680 06/03/2019 15000807 $61.33
LASTRA, ARTHUR JOSEPH CK# 428487 04/03/2019 15001178 $98.00
LATCH, JIMMIE F CK# 581487 09/13/2019 $15.00
LATTIMORE, JALEN C CK# 579893 07/19/2019 $15.00
LATTIMORE, LAUREL A CK# 574928 03/01/2019 $15.00
LAVRAR, RAS CK# 437816 12/30/2019 15001615 $19.08
LAW OFFICES OF GREGORY G JONES PA CK# 430838 06/07/2019 15000834 $15.60
LAWLESS, CASSIDY B CK# 576933 04/26/2019 $15.00
LAWRENCE, JOSEPH B CK# 574327 02/15/2019 $15.00
LAWS, ALAN D CK# 580397 08/02/2019 $15.00
LAWSON, DEBRA B CK# 582575 10/11/2019 $15.00
LAYER, JEANETTE VS GROSS, RICHARD 15-CC-004959 05/08/2015 *717.113 $2,026.94
LEATH, JEREMY C CK# 581865 09/20/2019 $15.00
LEB SOLUTIONS LLC VS MUGARRA, GLORIA 14-CC-036705 01/05/2015 *717.113 $15,000.00
LEBEAU-ELHOD, MICHELLE J CK# 584438 11/22/2019 $30.00
LECHUGA, DAVID M CK# 580641 08/16/2019 $15.00
LECHUGA, NITZA A CK# 577006 04/26/2019 $15.00
LEDESMA, DORAELIA CK# 435678 10/22/2019 15001206 $600.00
LEE JANG SUNG 17TD000019 07/02/2019 $359.94
LEE, RAMON L CK# 584324 11/22/2019 $15.00
LEE, SILINA Y CK# 575621 03/15/2019 $15.00
LEGENDRE, ERIENE K CK# 575978 03/29/2019 $15.00
LEINHAUSER, ALEXANDER S CK# 576167 04/05/2019 $15.00
LEMANSKI, KELLY A CK# 574322 02/15/2019 $15.00
LEMYRE, JAMES R CK# 574629 02/22/2019 $15.00
LENDERS FIRST CHOICE CK# 429712 05/09/2019 15000775 $551.00
LENDERS SERVICE INC CK# 430726 06/04/2019 15000818 $89.20
LENNARD, MATTHEW B CK# 581030 08/23/2019 $15.00
LEOBOLD, TREVOR R CK# 580803 08/16/2019 $15.00
LEOMI PROPERTIES LLC VS HUDSON, ALICE,CARNEGIE, BRYGETT 15-CC-002221 01/30/2015 *717.113 $48.50
LEON, CHRISTOPHER CK# 581378 09/13/2019 $15.00
LEON, GABRIELA CK# 583029 10/18/2019 $15.00
LEON-ESPINOSA, MARIO CK# 582944 10/18/2019 $15.00
LERCH, DAWN S CK# 573710 02/01/2019 $30.00
LETO, THOMAS CK# 582093 09/27/2019 $30.00
LETT, LACHELE S CK# 584669 11/22/2019 $15.00
LEVINE HIRSCH SEGALL AND BRENNAN PA CK# 429969 05/15/2019 15000734 $263.00
LEWIS AND ASSOCIATES LEGAL RESEARCH CK# 431371 06/20/2019 15000922 $99.00
LEWIS COX, KAYLA R CK# 577878 05/17/2019 $30.00
LEWIS, AUSTIN D CK# 575841 06/21/2019 $15.00
LEWIS, GEVANTE D CK# 576893 04/26/2019 $15.00
LEWIS, HAAS CK# 431066 06/13/2019 15000854 $15.00
LEWIS, KEVIN L CK# 575505 03/15/2019

$15.00
LEWIS, MARISSA B CK# 587021 09/20/2019 15001554 $15.00
LEX, CHEYENNE CK# 435999 10/30/2019 15001530 $250.00
LI, MEIHUA CK# 435232 10/07/2019 15001488$250.00
LIANG, BECKY CK# 582881 10/18/2019 $15.00
LIBDEH, OLLIE CK# 429152 04/23/2019 15001152 $16.50
LIBERTI, KIMBERLY A CK# 573789 02/01/2019$15.00
LIBERTY TITLE AGENCY CK# 429607 05/06/2019 15000693 $788.29
LIMBEROPOLOS, LAUREN A CK# 585497 12/20/2019 $15.00
LINDE, EKATERINA N CK# 575989 03/29/2019$15.00
LINSKY AND REIBER CK# 430757 06/05/2019 15001345 $61.10
LIPPHARDT, SAVANNAH J CK# 581611 09/13/2019 $15.00
LIPSKY, RYAN CK# 434649 09/17/2019 15001493 $72.00
LIRA, JESSICA P CK# 581862 09/20/2019 $15.00
LITTLEJOHN, AMBER L CK# 584762 12/06/2019 $15.00
LIVINGSTON, JARREL L CK# 577342 05/03/2019 $15.00
LLANES, ALEJANDRO A CK# 574419 02/15/2019 $15.00
LMJ CK# 431427 06/21/2019 15001300 $33.00
LOCKRIDGE II, EDWARD LEE CK# 434207 09/09/2019 15001505 $500.00
LOCKWOOD, MELODY CK# 428708 04/10/2019 15001164 $106.80
LOFTON, KURT A CK# 425149 01/03/2019 15000564 $27.00
LOGAN, NATHAN D CK# 574262 02/15/2019 $15.00
LOGAR, SARAH E CK# 576502 04/12/2019 $15.00
LOJI, CELESTIN CK# 436167 11/05/2019 15001215 $250.00
LOMELI, MANUELA CK# 427077 02/25/2019 15001023 $14.50
LONG-GREEN, COTISHA R CK# 580733 08/16/2019 $15.00
LONGMIRE, BLAKE V CK# 578618 06/14/2019$15.00
LOPEZ BLANCO, NEALE CK# 581538 09/13/2019 $15.00
LOPEZ, GABRIEL J CK# 582128 09/27/2019 $15.00
LOPEZ, GUILLERMO CK# 575234 03/08/2019$15.00
LOPEZ, JUAN M CK# 584172 11/15/2019 $15.00
LOPEZ, JUAN R CK# 582214 09/27/2019 $15.00
LOPEZ, LAURA CK# 584897 12/06/2019 $15.00
LOPEZ, SAMANTHA A CK# 577695 05/17/2019$15.00
LOPEZ, SIOBHAN A CK# 427617 03/11/2019 15001137 $13.50
LOPEZDELACRUZ, MARIO CK# 437575 12/23/2019 15001363 $50.29
LOPEZ, SOK CK# 430307 05/20/2019 15001265 $25.39
LOWTON, JAMILE A CK# 581393 09/13/2019 $15.00
LOYLESS, MICHELE A CK# 426199 01/31/2019 15000957 $200.00
LOZANO-GUERRERO, MENFI CK# 429410 04/30/2019 15001149 $200.00
LOZOYA, JOSE D CK# 581480 09/13/2019 $15.00
LT TAMPA HEIGHTS, LLC VS RODGERS, ELDRICH 18-CC-004806 02/16/2018 *717.113 $480.00
LUCE, RICHARD VS CASTLE, MICHELLE 19-CC-039424 08/02/2019 *717.113 $1,000.00
LVNV FUNDING, LLC VS CARRINO, TODD 16-CC-003193 03/30/2016 $100.00
LYONS, ALISHA A CK# 583496 11/01/2019 $15.00
LYONS, MELANIE P CK# 578083 05/24/2019 $15.00
M AND D CLOSING SERVICES CK# 430881 06/10/2019 15001342 $60.00
MACHADO, SARA M CK# 582842 10/18/2019 $15.00
MACK, KASSANDRA B CK# 584595 11/22/2019$15.00
MACKENZIE, BRIAN R CK# 582113 09/27/2019$645.00
MACYS CK# 429258 04/25/2019 15001187 $46.50
MAGEE, DANIEL R CK# 583011 10/18/2019 $15.00
MAGUEYALPALAN, JUANA ALEJANDRA CK# 432450 07/18/2019 15000998 $250.00
MAHMOOD, ZAHID CK# 574104 02/08/2019 $15.00
MAJESTIC TITLE OF CENTRAL FLORIDA CK# 430883 06/10/2019 15000811 $57.10
MALAVE, VIRGINIA CK# 432931 07/30/2019 15001427 $500.00
MALDONADO, ADIN DELEON CK# 436786 11/25/2019 15001224 $15.00
MALDONADO, TAINA I CK# 579682 07/12/2019$15.00
MANKA, MARY K CK# 581246 08/30/2019 $15.00
MANN, MICHAEL A CK# 574270 02/15/2019 $15.00
MANNAN, MOHAMMAD ABDUL CK# 428454 04/02/2019 15000670 $834.00
MANNEY, GUY L CK# 576930 04/26/2019 $15.00
MANZANO, LUCERO CK# 574793 02/22/2019 $15.00
MAQUEIRA GARCIA, ARMANDO A CK# 579431 07/05/2019 $15.00
MARANZANA, DOMINICK M CK# 577287 05/03/2019 $15.00
MARASCO, CHERYL L CK# 580897 08/23/2019 $15.00
MARCOUX, ALEXANDER M CK# 577036 04/26/2019 $15.00
MARION, ANTHONY D CK# 584756 12/06/2019$15.00
MARKER, SAMANTHA O CK# 583410 10/25/2019 $15.00
MARKS, DONOVAN Q CK# 574125 02/08/2019$15.00
MAROUNS IMPORT SPECIALIST CK# 435185 10/04/2019 15001553 $2,523.89
MARQUEZ, REINA M CK# 584110 11/15/2019 $15.00
MARRERO, JASON D CK# 582222 09/27/2019$15.00
MARRERO, YOEL YEAR CK# 436996 11/27/2019 15001569 $128.00
MARSH, MATTHEW CK# 580185 07/26/2019$15.00
MARTIN, BRIAN L CK# 575037 03/01/2019 $15.00
MARTIN, STEAPH GK# 581154 08/23/2019 $15.00
MARTIN, STEVEN F CK# 572751 01/11/2019 $15.00
MARTIN, WILLIAM R CK# 575459 03/15/2019$15.00
MARTINEZ, ADAM L CK# 574019 02/08/2019$15.00
MARTINEZ, IVELISSE CK# 577555 05/10/2019$15.00
MARTINEZ, NICOLE Y CK# 581685 11/08/2019 15001567 $250.00
MARTINEZ, ROLANDO RUIZ CK# 433134 08/06/2019 15001362 $450.00
MARTINEZ-NARVAEZ, YANCY A CK# 574748 02/22/2019 $15.00
MARTINSSON, BREK CK# 577365 05/03/2019 $15.00
MARVIN, GARY T CK# 573261 01/18/2019

$15.00
MASGA, VIRGINIA B CK# 579962 07/19/2019 $15.00
MASON, JOSHUA J CK# 584176 11/15/2019 $15.00
MASON, TRICIA C CK# 428096 01/29/2019 15000959 $15.75
MATHON, URYSSE CK# 432286 07/12/2019 15000897 $750.00
MATHT, MICHAEL CK# 435480 10/16/2019 15001546 $720.00
MAULDIN, DANIEL E CK# 580079 07/26/2019 $60.00
MAULDIN, DANIEL E CK# 580337 08/02/2019180.50
MAULDIN, DANIEL E CK# 580532 08/09/2019 $30.00
MAYE, JAMES M CK# 575271 03/08/2019 $15.00
MAYEDO, JUANA CK# 435069 09/25/2019 15001141 $87.47
MAYOR, LORI A CK# 581051 08/23/2019 $15.00
MAYS, SARAH E CK# 581962 09/20/2019 $15.00
MAZARIEGOS, JOSUE M CK# 583973 11/08/2019 $15.00
MAZON, SLATER CK# 577679 05/17/2019 $15.00
MC BRIDE, SHEENA L CK# 577459 05/03/2019 $15.00
MC CRORY, ARTHUR R CK# 582921 10/18/2019 $15.00
MC KELVEY, NATALIE M CK# 580400 07/26/2019 $15.00
MC LEAN, SHAYNA M CK# 579918 07/19/2019$30.00
MCALISTER, JOHN D CK# 583535 11/01/2019$15.00
MCCLENDON, JE'SHAWN S CK# 583981 11/08/2019 $15.00
MCCRAY, BRIAN CHRISTOPHER CK# 427754 03/14/2019 15001104 $500.00
MCDONALD, DOUGLAS W CK# 581812 09/20/2019 $15.00
MCFARLAND, NEIL D CK# 578753 06/14/2019$15.00
MCGLOTHIN, BRENDA L CK# 577525 05/10/2019 $15.00
MCINTYRE THANASIDES ET AL CK# 437803 12/30/2019 15001622 $48.47
MCINTYRE, EVELYN J CK# 574592 02/22/2019 $15.00
MCMAHON, MICHAEL J CK# 576815 04/18/2019 $30.00
MCMILLAN, WILLIE CK# 433335 08/13/2019 15001446 $26.00
MCNAMARA, CATHERINE M CK# 577520 05/10/2019 $15.00
MCNEIL, ANTHONY I CK# 581215 08/30/2019 $15.00
MCNULTY, SHANNON K CK# 579027 06/21/2019 $15.00
MCRAE, KELLIE VS MCNEELY, KIKKHA 14-CC-004292 02/28/2014 *717.113 $583.50
MCRAE, KERRY H CK# 584023 11/08/2019 $15.00
MCRAE, TODD ERIC CK# 429090 04/22/2019 15001156 $163.00
MECUM SHAWN M CK# 579254 06/28/2019 $15.00
MEDINA VELEZ, CHRISTIAN CK# 579631 07/12/2019 $15.00
MEDINAACOSTA, JOHANA CAROLINA CK# 428869 04/16/2019 15000681 $60.00
MEJIAS, JAYLENE CK# 580159 07/26/2019 $15.00
MELAF FL LLC VS DRAIN, MARKITA 19-CC-020416 04/25/2019 *717.113 $504.70
MELENDEZ KITCHEN CK# 574558 02/22/2019 $60.00
MELLA, EDWIN CK# 430787 06/06/2019 15001325 $15.75
MELLERS, AUSTEN L CK# 584232 11/15/2019$15.00
MENDEZ, ALONDRA CK# 584420 11/22/2019 $15.00
MENDEZ, EVA CK# 577738 05/17/2019 $15.00
MENDEZNVASQUEZ, CRISTINO CK# 426542 02/11/2019 15000616 $330.00
MENDOZA, JAZMINE CK# 583088 10/18/2019$15.00
MENDOZA, JOSE ANGELITO CK# 431598 12/06/2019 15001292 $500.00
MENDOZA, JOSE ANGELITO CK# 437159 12/06/2019 15001294 $71.00
MENDOZA, JOSE ANGELITO CK# 437160 12/06/2019 15001293 $71.00
MENDOZA, JOSE ANGELITO CK# 437241 12/10/2019 15001367 $250.00
MENOZZI, SEAN CK# 581101 08/23/2019 $15.00
MERCADO, MARIA CK# 576851 04/18/2019 $15.00
MERCEDES TITLE INC CK# 430759 06/05/2019 15000814 $79.78
MERGL, JOSHUA R CK# 576555 04/12/2019 $15.00
MERIDIAN POINTE APARTMENTS LTD VS MAT-THEW, TERENCIA 14-CC-009814 09/09/2014 *717.113 $528.00
MEROS SMITH AND OLNEY PA CK# 430846 06/07/2019 15000837 $242.72
METROPOLITAN MINISTRIES VS MYRICK, JESSICA 13-CC-030043 10/15/2013 *717.113 $11,466.00
METROPOLITAN MINISTRIES VS REGIS, YVANS 14-CC-009879 12/04/2014 *717.113 $11,466.00
METTS, ATHENA M CK# 582985 10/18/2019 $15.00
METZ, NAIFE CK# 579161 06/28/2019 $15.00
MEYMAT TAX AND FINANCIAL SVC CK# 575616 05/14/2019 15001355 $338.04
MICHAEL BAKER ASSOCIATES INC CK# 430760 06/05/2019 15000815 $85.28
MICHAILL, REBECCA CK# 575794 03/22/2019 $15.00
MICHEL, ASHERON D CK# 578626 06/14/2019 $15.00
MID-AMERICA APARTMENT COMMUNITIES INC VS STORMS, BRANDON 14-CC-000046 01/17/2014 *717.113 $363.05
MID-AMERICA APARTMENTS LP VS RAMER, BRAD-LEY 19-CC-038832 07/31/2019 *717.113 $33.95
MILLENIUM TITLE INC CK# 430761 06/05/2019 15000344 $58.63
MILLER, ALISHA R CK# 575464 03/15/2019 $15.00
MILLER, ANDREW W CK# 573738 02/01/2019 $15.00
MILLER, CASEY R CK# 580556 08/09/2019 $15.00
MILLER, CHIEF L CK# 577576 08/13/2019 $15.00
MILLER, DEBRA J CK# 575578 03/15/2019 $15.00
MILLER, MEGAN AMANDA CK# 430762 02/20/2019 15000524 $15.75
MILLER, MICHAEL J CK# 577923 05/17/2019 $15.00
MILLER, PATRICK L CK# 584611 11/22/2019 $15.00
MILLER, SHIRLEY E CK# 584593 04/26/2019 $15.00
MILLS TITLE INC CK# 429610 05/06/2019 15000763 $344.00
MIMS, THOMAS J VS MURRIETA, NICOLE M 17-CC-041632 11/01/2017 *717.113 $58.20
MINIET, RICARDO A CK# 584320 11/22/2019 $15.00
MIRANDA, JOSE CK# 434255 09/10/2019 15001500 $20.50

(Continued on next page)

LEGAL ADVERTISEMENT LEGAL ADVERTISEMENT LEGAL ADVERTISEMENT LEGAL ADVERTISEMENT

HILLSBOROUGH COUNTY HILLSBOROUGH COUNTY HILLSBOROUGH COUNTY HILLSBOROUGH COUNTY

MITCHELL, CATHERINE A CK# 585106 12/13/2019 $30.00
MITCHELL, CATHERINE A CK# 585263 12/20/2019 $30.00
MITCHELL, ELIZABETH M CK# 581286 08/30/2019 $15.00
MITCHELL, JACKEY CK# 434447 09/13/2019 15001090 $1,450.00
MITCHELL, WARREN F CK# 584332 11/22/2019 $15.00
MITCHELL, YVONNE M CK# 581132 08/23/2019 $15.00
MLS REALTY OR THE REALTY CHANNEL CK# 431375 06/20/2019 15001315 $103.00
MO#17-7840673654 - WESTERN UNION - PUBLIX #1170 RCPT #24-00562102 01/15/2019 $103.00
MO#17-894947292 - WESTERN UNION - PUBLIX #1170 RCPT #24-00590397 03/15/2019 $60.00
MO#2196659841 - AMSCOT RCPT #24-00572494 02/07/2019 $62.00
MOBLEY, NIKITRA J CK# 585467 12/20/2019 $15.00
MOGLIA, FRANCES M CK# 579338 07/05/2019 $15.00
MOH, GEORGE CK# 425652 01/17/2019 15000948 $500.00
MOHABIR, JASWATIE CK# 573378 01/25/2019 $15.00
MOHAMMED, SHAMILLA VS ROBINSON, KIANA 16-CC-012252 04/22/2016 *717.113 $200.00
MOHR INFORMATION SERVICES CK# 430926 06/11/2019 15000823 $24.50
MOLA, DANIEL EDUARDO CK# 426348 02/05/2019 15000613 $15.75
MOLA, SABRINA CK# 575299 03/08/2019 $15.00
MOLINA OTERO, MARELIS CK# 575823 03/22/2019 $15.00
MOLINA, ARMANDO CK# 436492 11/15/2019 15001590 $500.00
MOLINA, MARCUS J CK# 576441 04/12/2019 $15.00
MOLL GANDIA, SUSANA CK# 584138 11/15/2019 $15.00
MONDY, WILLIAM LAFAYETTE CK# 427550 03/08/2019 15000685 $249.00
MONETTE, RICKIE A CK# 580236 07/26/2019 $15.00
MONEY, SARAH E CK# 575623 03/15/2019 $15.00
MONFRED, DOMINIC ANTHONY CK# 436275 11/07/2019 15001563 $20.50
MONT, ZACHARY J CK# 577057 04/26/2019 $15.00
MONTERO, LUIS FELIPE CK# 432452 07/18/2019 15001371 $500.00
MONTERO, LUIS FELIPE CK# 432453 07/18/2019 15001370 $250.00
MONTGOMERY, BISHOP S CK# 585271 12/20/2019 $15.00
MONZON, MILAY CORDERO CK# 426005 01/28/2019 15000600 $200.00
MOORE, AMARA CHANTEL CK# 430605 05/31/2019 15001263 $10.40
MOORE, CHRISTOPHER CK# 431992 07/05/2019 15000886 $72.00
MOORE, FARRAH W CK# 579821 07/19/2019 $15.00
MOORE, LATANYA YVETTE CK# 428813 04/15/2019 15001171 $16.00
MOORE, LATRESHA J CK# 581059 08/23/2019 $15.00
MORALES PEREZ, KEVIN J CK# 582926 10/18/2019 $15.00
MORALES RIOS, HARRY X CK# 583107 10/18/2019 $15.00
MORALES, JAIME R CK# 579894 07/19/2019 $15.00
MORALESLUNA, LAZARO CK# 436414 11/13/2019 15001558 $250.00
MORE, SHELBI N CK# 579917 07/19/2019 $15.00
MORELL, RICARDO CK# 581977 09/20/2019 $15.00
MOREY, STEPHEN F CK# 578513 06/07/2019 $15.00
MORGAN AND MORGAN TAMPA PA CK# 436916 11/26/2019 15001596 $50.00
MORGAN, VICTORIA B CK# 580989 08/23/2019 $60.00
MORRISON, KELLY M CK# 582892 10/18/2019 $15.00
MOSRIE, KYLE S CK# 574293 02/15/2019 $15.00
MOSS, JILL A CK# 582449 10/04/2019 $15.00
MOTA CARABALLO, EMILYMAR CK# 580716 08/16/2019 $45.00
MOULTRIE, DERWIN L CK# 585064 12/13/2019 $15.00
MOYERS, MICHAEL DAVID CK# 428336 03/29/2019 15001112 $17.00
MTGLQ INVESTORS LP VS ROSS JAMES, SADARRIA LA VETTE 15-CA-006461 12/08/2015 $100.00
MUELLER, SCOTT D CK# 580286 07/26/2019 $15.00
MULLINS, STORMI A CK# 579445 07/05/2019 $15.00
MUNRO, JESSICA L CK# 576745 04/18/2019 $15.00
MUNROE, KITTY C CK# 577705 05/17/2019 $15.00
MURPHY, CASSANDRA A CK# 574563 02/22/2019 $15.00
MURPHY, DONOVAN E CK# 582569 10/11/2019 $15.00
MURPHY, TERRENCE A CK# 581590 09/13/2019 $15.00
MURRAY, KIMBERLY M CK# 575503 03/15/2019 $15.00
MY CLEAR VIEW WINDSHIELD REPAIR, INC. VS PROGRESSIVE SELECT INSURANCE COMPANY 14-CC-028748 02/17/2016 *717.113 $85.90
MY CLEAR VIEW WINDSHIELD REPAIR, INC. VS PROGRESSIVE SELECT INSURANCE COMPANY 14-CC-029071 02/17/2016 *717.113 $101.95
MYERS, ALLAN R CK# 584240 11/15/2019 $15.00
MYERS, HEIDI M CK# 576470 04/12/2019 $15.00
MYERS, THOMAS D CK# 582865 10/18/2019 $15.00
NAIL, KAYLA D CK# 574672 02/22/2019 $15.00
NANCE, MARIANNE CK# 579739 07/12/2019 $15.00
NARAS, CESAR ACEVEDO CK# 425751 01/22/2019 15000935 $15.48
NARAS, CESAR ACEVEDO CK# 427062 02/25/2019 15001007 $15.48
NATIONS TITLE AGENCY OF FLORIDA CK# 425399 01/10/2019 15000949 $17.00
NATIONS TITLE AGENCY OF FLORIDA CK# 435583 10/18/2019 15001524 $57.20
NEELY, TYLER E CK# 577449 05/03/2019 $15.00
NEFTALI, SANTIAGO CK# 434466 09/13/2019 15001092 $161.00
NEGRON, AILEEN CK# 430450 05/28/2019 15000787 $42.00
NEIRA, VANESSA CK# 576832 04/18/2019 $15.00
NELSON, EMMETT J CK# 583745 11/08/2019 $15.00
NELSON, HARRY E CK# 575178 03/08/2019 $15.00
NELSON, KATHRYN M CK# 580749 08/16/2019 $60.00
NENNINGER, SUZANNE R CK# 579910 07/19/2019 $15.00
NESBITT, PAMELA R CK# 577408 05/03/2019 $15.00
NETCO CK# 429720 05/08/2019 15000753 $574.74
NEW HORIZONS TITLE AND TRUST INC CK# 429721 05/08/2019 15000739 $129.50
NEWMAN, ANDREW CK# 432938 07/31/2019 15001424 $72.00
NEWMAN, ZACHARY P CK# 578734 06/14/2019 $15.00
NEWMAUMA HOMES LLLP VS BERRIEN, AMBER 16-CC-027692 09/09/2016 *717.113 $81.00
NGUYEN, DANNY N CK# 575446 03/15/2019 $15.00
NGUYEN, LONG C CK# 432904 07/30/2019 15000994 $13.94
NICHOLAS, FRANKIE R CK# 580710 08/16/2019 $105.00
NICHOLS, ALEXUS M CK# 584157 11/15/2019 $15.00
NICK OF TIME BAIL BONDS CK# 434634 09/17/2019 15001089 $200.00
NIETZEL, ANDREW S CK# 574509 02/15/2019 $15.00
NIEVES CRUZ, DALILA CK# 579350 07/05/2019 $15.00
NIEVES, DAYNA L CK# 574546 02/22/2019 $15.00
NIKOLAS, BENJAMIN T CK# 578424 06/07/2019 $15.00
NIXON AND ASSOCIATES CK# 430161 05/21/2019 15000762 $270.26
NOGUEIRA, BRANDON JAMES CK# 426419 02/07/2019 15001065 $33.02
NOGUERA, ADRIAN O CK# 578074 05/24/2019 $15.00
NORDSTROM, JASON P CK# 583215 10/25/2019 $15.00
NORMAN, JIM CK# 432503 07/19/2019 15001373 $245.00
NORMAN, TAL JOSEPH CK# 431886 07/02/2019 15001400 $15.75
NORTH AMERICAN INVESTIGATIONS CK# 429774 05/09/2019 15000722 $122.93
NORTH AMERICAN TITLE COMPANY CK# 430848 06/07/2019 15001337 $39.36
NORTH TAMPA MHP VS HARRIS, DESTINY, TENANT, UNKNOWN 17-CC-038360 10/10/2017 *717.113 $500.00
NORTHRUP, ROBERT A CK# 585172 12/13/2019 $15.00
NORTHSIDE ENGINEERING SERVICES INC CK# 430887 06/10/2019 15000802 $50.00
NPV REALTY CORPORATION VS RICHARDSON, HUBERT 14-CC-008613 04/21/2014 *717.113 $200.00
NUNNERY, MICHAEL CK# 436058 10/31/2019 15001523 $577.34
NUSEN, SHARON S CK# 582275 09/27/2019 $30.00
NUTTER, TAWNY R CK# 579019 06/21/2019 $15.00
NYDOSKE, JEREMIAH VS WAL-MART STORES EAST L.P. 15-CA-003020 08/20/2018 *717.113 $6,887.50
OAKSVILLE PROPERTIES LLC VS LOCKETT, PAMELA 18-CC-026481 06/01/2018 *717.113 $174.00
OB GYN SOLUTIONS LC CK# 430686 06/03/2019 15000790 $95.29
OBEN, CHRISTIAN CK# 573522 01/25/2019 $15.00
OCANO, LEONARDO CK# 429071 04/22/2019 15001157 $12.00
OCANO, LEONARDO CK# 429072 04/22/2019 15001158 $12.00
OCEAN TITLE AND ABSTRACT INC CK# 430928 06/11/2019 15000848 $336.40
OCEAN VIEWS PROPERTIES CK# 433883 08/27/2019 15001449 $2,500.00
OCHOA GONZALEZ, TIRSO L CK# 579670 07/12/2019 $15.00
OCHOA, MANUEL ADRIAN HERNANDEZ CK# 437706 12/27/2019 15001359 $103.00
OCONNOR, THEODORE H CK# 574338 02/15/2019 $15.00
ODEH, SAMI M CK# 585549 12/20/2019 $15.00
OLIVARABARCA, INGRID YAMILETH CK# 437481 12/19/2019 15001364 $250.00
OLIVER, AUSTIN S CK# 579748 07/19/2019 $15.00
OLIVERA, GUADALUPE CK# 582896 10/18/2019 $15.00
OMNI APARTMENTS VS JACKSON, VERNIKA 19-TJ-000020 03/04/2019 *717.113 $97.00
ON LINE TITLE SERVICES INC CK# 429778 05/09/2019 15000724 $124.06
ONEWEST BANK VS VINCENT, C 10-CA-023022 06/20/2014 $100.00
ONGE, DONALD GEORGE SAINT CK# 433097 08/06/2019 15001453 $45.75
OQUENDO FIGUEROA, EDWIN E CK# 573860 02/01/2019 $15.00
OROZCO, MIGUEL CK# 433685 08/21/2019 15001461 $39.00
ORTA, ALONDRA CANEDO CK# 426045 01/29/2019 15000596 $500.00
ORTIZ, ERICA CK# 576902 04/26/2019 $15.00
ORTIZ, JHON J CK# 580352 08/02/2019 $15.00
ORTIZ, JONATHAN F CK# 579879 07/19/2019 $15.00
ORTIZ, MIGUEL A CK# 581238 08/30/2019 $15.00
OS NATIONAL LLC CK# 425221 01/04/2019 15000925 $155.00
OSORIO, SHANNON CK# 432280 07/12/2019 15000918 $150.00
O'SULLIVAN, PATRICK D CK# 578301 05/31/2019 $15.00
OTERO, EVAN M CK# 583310 10/25/2019 $15.00
OTTEN, CASEY J CK# 580938 08/23/2019 $15.00
OTTO, ANTRON L CK# 582992 10/18/2019 $15.00
OWEN, DYLAN H CK# 577040 04/26/2019 $15.00
OWENS, SUMMER R CK# 582874 10/18/2019 $15.00
PACHIN, SAMANTHA N CK# 574718 02/22/2019 $15.00
PACIFICA HELLENIC LLC VS SMITH, ANGELICA 18-CC-045598 08/28/2018 *717.113 $50.00
PADILLA, MONIQUE CK# 582814 10/18/2019 $15.00
PADRON, LUIS MANUEL GONZALEZ CK# 426813 02/18/2019 15000620 $394.00
PAGAN, MARIO J CK# 585204 12/13/2019 $15.00
PAGGIO, GABRIEL J CK# 578285 05/31/2019 $15.00
PAIGEPARKS, JOHN EDWARD CK# 432397 07/17/2019 15000912 $500.00
PALM GROVE PROPERTY HOLDINGS, LLC VS WYATTE, MIGALA 15-CC-009569 04/16/2015 *717.113 $1,470.44
PALM LEAF PROPERTY MANAGEMENT LLC VS OLGUIN, RUBY 16-CC-029375 09/16/2016 *717.113 $382.18
PALMETTO TITLE LLC CK# 429727 05/08/2019 15000750 $513.50
PALMS AT SAND LAKE LLC VS RICHARDSON, GREGORY 18-CC-007464 02/15/2018 *717.113 $100.00
PALOMO, SABRIA ARSAE CK# 436305 11/07/2019 15001559 $20.00
PANTOJA, ELIZABETH CK# 580346 08/02/2019 $15.00
PAPPAS TITLE CORPORATION CK# 429560 05/03/2019 15000696 $1,070.35
PARADISE TITLE AGENCY CK# 429613 05/06/2019 15000691 $653.82
PARADISE VILLAGE MHC, LLC VS MILNER, KIMBERLY D 17-CC-043540 12/04/2017 *717.113 $560.53
PARADISE VILLAGE MHC, LLC VS RODRIGUEZ, CARLOS 14-CC-021838 08/13/2014 *717.113 $1,050.00
PARAMOUNT TITLE CORP CK# 430850 06/07/2019 15000840 $41.36
PARIDO, BRENT L CK# 582974 10/18/2019 $15.00
PARIDO, RYAN L CK# 577965 05/17/2019 $15.00
PARK PLACE APARTMENTS VS PETTERSON, BIEN AIME 17-CC-006532 03/14/2017 *717.113 $800.00
PARKER, GREGORY K CK# 585358 12/20/2019 $15.00
PARRA, HERMAN CK# 574242 02/15/2019 $15.00
PARROTT JESSUP, LINDA F CK# 578589 06/14/2019 $15.00
PARSONS, STEPHANIE S CK# 574342 02/15/2019 $30.00
PARTNERS TITLE CORPORATION CK# 430535 05/29/2019 15000777 $201.16
PASCO TITLE LLC CK# 430690 06/03/2019 15000788 $88.00
PATTERSON PERMITS CK# 430930 06/11/2019 15000825 $11.00
PATTERSON, SCOTT W CK# 582546 10/11/2019 $15.00
PAVEI, RODRIGO CK# 427613 03/11/2019 15000674 $13.50
PAVESE, KATHERINE E CK# 573354 01/25/2019 $15.00
PAZ, ROY CK# 575100 03/01/2019 $15.00
PAZAMAYA, IDELSY CK# 432499 07/19/2019 15001390 $200.00
PAZOS LAW FIRM PA CK# 430798 06/06/2019 15000841 $45.00
PDSMWP, LLC VS SUPERMARKET, INC. 13-CC-016391 07/19/2013 *717.113 $3,500.00
PEACOCK, SANDRA L CK# 575298 03/08/2019 $15.00
PEARCE, TRACY M CK# 583389 10/25/2019 $15.00
PEARMAN PROPERTIES LLC VS HARMON, WAYNE 16-CC-026755 09/02/2016 *717.113 $850.00
PEARSON, CHRISTIAN M CK# 574470 02/15/2019 $15.00
PEARSON, SARA K CK# 430696 06/03/2019 15000791 $110.25
PEARSON, TIMOTHY L CK# 576836 04/18/2019 $15.00
PELHAM, MATTHEW S CK# 581244 08/30/2019 $15.00
PELTON, MAX D CK# 584633 11/22/2019 $15.00
PENA, ILIANA R CK# 576677 04/18/2019 $15.00
PENTON, DONNA E CK# 577069 04/26/2019 $15.00
PEOPLES TITLE SERVICES INC CK# 429561 05/03/2019 15001235 $1,175.72
PEP BOYS CK# 429464 05/01/2019 15001239 $1,678.19
PEPPERS, YOLANDA R CK# 575837 03/22/2019 $15.00
PEREZ PA, GERALD A CK# 429699 05/08/2019 15000748 $567.76
PEREZ, ANGEL A CK# 580959 08/23/2019 $15.00
PEREZ, CUAHUTEMO CK# 579841 07/19/2019 $15.00
PEREZ, JESUS CK# 572918 01/11/2019 $15.00
PEREZ, JOVONNIE CK# 576864 04/26/2019 $15.00
PEREZ, OSCAR CK# 584118 11/15/2019 $15.00
PEREZ, YILIEN CK# 427806 03/14/2019 15000659 $500.00
PERKINS, ANDREW CK# 429626 05/07/2019 15000801 $126.50
PERKINS, IRA CK# 433313 08/13/2019 15001002 $22.81
PERMAN, MARY JANE CK# 434996 09/25/2019 15001139 $417.00
PEROTIN, MANUEL A CK# 584015 11/08/2019 $15.00
PERRNICH AND PERENICH PL CK# 430891 06/10/2019 15000844 $50.00
PERSAUD, RAMNAUTH MO#2201682084 - AMSCOT RCPT # 24-00685443 11/04/2019 $75.00
PESINA, DANIEL CK# 576003 03/29/2019 $15.00
PETERMAN, KIMBERLY D CK# 574068 02/08/2019 $15.00
PETERS, AMY A CK# 576643 04/18/2019 $15.00
PETERSON, RICHARD L CK# 580831 08/16/2019 $30.00
PETTWAY, DESTINY N CK# 580913 08/23/2019 $15.00
PETTYGRUE, JOHNNY N CK# 583977 11/08/2019 $60.00
PETTYGRUE, JOHNNY N CK# 584246 11/15/2019 $60.00
PHAM, RANDY H CK# 578523 06/07/2019 $15.00
PHAN, LYNDA T CK# 582712 10/11/2019 $15.00
PHAN, TRAN T CK# 582858 10/18/2019 $15.00
PHILIPS, PAIGE M CK# 576328 04/05/2019 $15.00
PHILLIPS, TONDA H CK# 582012 09/20/2019 $15.00
PHILORD, WENSON CK# 575011 03/01/2019 $15.00
PHOENIX DOCUMENT SERVICE INC CK# 430892 06/10/2019 15000856 $56.00
PHONGSVANIT, NICHOLAS D CK# 575539 03/15/2019 $15.00
PHYSICIANS GROUP, LLC, THIGPEN, SPORTY VS GEICO INDEMNITY COMPANY 16-CC-018763 01/11/2018 *717.113 $62.62
PIARROT, HUNTER T CK# 583100 10/18/2019 $15.00
PICHARDO, ROSY CK# 432777 07/25/2019 15000988 $500.00
PIERCE, DALE CK# 428855 04/16/2019 15001161 $31.00
PIERRE LOUIS, CHANTALE CK# 580095 07/26/2019 $15.00
PIERRE, STEPHANIE M CK# 578147 05/24/2019 $15.00
PIERRE-LOUIS, DARLEAN CK# 578596 06/14/2019 $15.00
PILIARIS, ALEXIA EFROSENE YANNAKOS CK# 436265 11/07/2019 15001567 $15.00
PINE GROVE 51 LLC VS DELIARD, FANY,RICHARDSON, SHERISE 19-CC-061001 12/04/2019 *717.113 $1,798.99
PINES, SHERRI J CK# 584358 11/22/2019 $15.00
PIPER RUDNICK LLP CK# 429730 05/08/2019 15000686 $137.69
PIPPIN, MICHAEL S CK# 573090 01/18/2019 $30.00
PITMAN, LISA R CK# 575827 03/22/2019 $15.00
PLAISIR, EUGENE M CK# 581425 09/13/2019 $15.00
PLEAS, JASMINE V CK# 582651 10/11/2019 $15.00
POINT TITLE CK# 430498 05/28/2019 15000991 $236.60
POINTS, RONDA JANE CK# 426829 02/18/2019 15001040 $13.50
POLSTER PA, NEIL E CK# 429936 05/14/2019 15000767 $416.44
POMALES, DESTYNEE F CK# 583945 11/08/2019 $15.00
POMANTE, BRANDON M CK# 578457 06/07/2019 $15.00
POMEROY, SCOTT D CK# 573140 01/18/2019 $15.00
PONY UP PROPERTY LLC VS HAGGINS, JEROME,HOLLER, MEOLDY 18-CC-055174 10/24/2018 *717.113 $41.00
POOLE, ARTREESE L CK# 581750 09/20/2019 $15.00
POOLE, WAYNE E CK# 577484 05/10/2019 $15.00
PORTER, JOHN H CK# 580169 07/26/2019 $45.00
PORTER, LARRY J CK# 576541 04/12/2019 $15.00
PORTER, SHA-KIRA S CK# 581290 08/30/2019 $15.00
PORTFOLIO RECOVERY ASSOCIATES LLC CK# 429363 04/29/2019 15001150 $1,123.23
PORTFOLIO RECOVERY ASSOCIATES LLC CK# 435731 10/23/2019 15001525 $29,431.95
PORTFOLIO RECOVERY ASSOCIATES LLC VS BRANDY LEWANDOWSKI 15-CC-030734 03/21/2016 $100.00
POSTER, EVAN J CK# 583561 11/01/2019 $15.00
POSTHUMA, SHERI L CK# 579252 06/28/2019 $15.00
POSTIGO, JOEL F CK# 573734 02/01/2019 $15.00
POSTMA, KIRK D CK# 582630 10/11/2019 $15.00
POULSEN, BRIANNA A CK# 581209 08/30/2019 $15.00
PPMT JV LLC VS WOHLFEIL, HEATHER LYNN 15-CC-003923 02/26/2015 *717.113 $899.68
PR SMITH LAW GROUP PA CK# 430893 06/10/2019 15000889 $50.46
PREMIER TITLE COMPANY OF TAMPA BAY CK# 430852 06/07/2019 15000852 $44.80
PREMIER TITLE SERVICES INC CK# 429562 05/03/2019 15000702 $1,846.53
PRESCOTT, TERRY A CK# 585146 12/13/2019 $15.00
PRIAULX, JORDAN M CK# 580576 08/09/2019 $15.00
PRIEST, HANNAH GRACE CK# 426352 02/05/2019 15000614 $13.50
PRISTELL, GEORGE CK# 577729 05/17/2019 $15.00
PRITCHETT, PAUL E CK# 577979 05/17/2019 $15.00
PROGRESS RESIDENTIAL 2015-1 BORROWER LLC VS AKINS, SUMMER 15-CC-035490 11/30/2015 *717.113 $1,968.41
PROLUXE PROPERTIES, INC VS CALLAHAN, CANDICE 15-CC-001952 01/30/2015 *717.113 $1,565.00
PROMENADE OWNERS ASSOCIATION INC VS PRZEBOWSKI, RICHARD 13-CA-011487 09/29/2014 *717.113 $1,656.10
PUBLIX CK# 429158 04/23/2019 15001151 $12.59
PUBLIX CK# 435400 10/14/2019 15001548 $19.48
PUETT, KENNETH W CK# 580146 07/26/2019 $30.00
PUGLIESE, NICOLE N CK# 577629 05/10/2019 $15.00
PURDY, JAMIE LEE CK# 431833 07/01/2019 15001402 $500.00
QUIGGLE, DAVID CK# 425985 01/28/2019 15000965 $36.50
QUIGGLE, DAVID CK# 430671 06/03/2019 15001354 $127.00
QUILES TOLEDO, DEBORA CK# 575998 03/29/2019 $15.00
QUINN, JOHN E CK# 574606 02/22/2019 $15.00
QUINONES AMIS, REBECCA L CK# 585177 12/13/2019 $15.00
QUIROZ, ALEXES CK# 434196 09/09/2019 15001086 $100.00
QUISHPE, LUIS BYRON PEREZ CK# 428134 03/25/2019 15001117 $23.00
QUQALLA, FJOLLA CK# 584198 11/15/2019 $15.00
RABIEGA, AMBER R CK# 576163 04/05/2019 $15.00
RADULESCU POP, GETA C CK# 576681 04/18/2019 $15.00
RAGSDALE, TROY D CK# 575770 03/22/2019 $15.00
RAHN, GARRETT T CK# 585055 12/13/2019 $15.00
RAICIES, ADAM MANUELLEE CK# 431731 06/27/2019 15001302 $283.00
RAIL CREW XPRESS CK# 435979 10/29/2019 15001537 $151.00
RAINBOW CITY LLC VS LINDSEY, LORA 14-CC-030881 11/03/2014 *717.113 $620.00
RAINES, ANTHONY TOBY CK# 436112 11/04/2019 15001580 $133.00
RAINVILLE, MICHAEL W CK# 572801 01/11/2019 $15.00
RALEY, RICHARD D CK# 585119 12/13/2019 $15.00
RALSTON BEACH MOBILE HOME COURT LLC VS ANDRADE, ARMANDO 14-CC-008158 04/07/2014 *717.113 $516.62
RAMCHARAN, STEPHEN P CK# 577454 05/03/2019 $15.00
RAMIREZ, MARISELI CK# 425494 01/14/2019 15000593 $1,000.00
RAMOS SOLANO, HECTOR A CK# 584852 12/06/2019 $15.00
RAMOS, EDWIN S CK# 580083 07/26/2019 $15.00
RAMOS, EUGENE CK# 577591 05/10/2019 $15.00
RAMOS, MARIO LARA CK# 429714 05/08/2019 15001237 $13.00
RAMOS, SILENYS D CK# 582825 10/18/2019 $15.00
RANGEL, CARLOS A CK# 575401 03/15/2019 $15.00
RANNIE, ROSALIE P CK# 583917 11/08/2019 $15.00
RAO, RAVISHANKAR CK# 437546 12/20/2019 15001606 $11.00
RAO, SHRUTHI CK# 437345 03/04/2019 15001100 $13.50
RAPONE, MARK R CK# 577258 04/29/2019 $15.00
RASMUSSEN, JASON MICHAEL CK# 431067 06/13/2019 15000870 $127.50
RAUCH, JACOB S CK# 584393 11/22/2019 $15.00
REAGAN, CHELSEA L CK# 583237 10/25/2019 $15.00
REAGAN, ROCKY L CK# 577439 05/03/2019 $15.00
REALTY TRUST TITLE SERVICES LLC CK# 430692 06/03/2019 15001343 $54.30
REASONER, STEPHANIE L CK# 576976 04/26/2019 $15.00
RECKART, KATY S CK# 583363 10/25/2019 $15.00
REGIONS BANK CK# 435401 10/14/2019 15001549 $500.00
REGIONS BANK CK# 436519 11/15/2019 15001583 $500.00
REIDER, DAVID L CK# 429052 04/22/2019 15001154 $70.00
REIDER, DAVID L CK# 429687 05/08/2019 15001242

(Continued on next page)

$70.00
REIDER, DAVID L CK# 430913 06/11/2019 15001353 $70.00
REIDER, DAVID L CK# 430914 06/11/2019 15001351 $70.00
REIDER, DAVID L CK# 431417 06/21/2019 15001351 $70.00
REINDEAU, MARK CK# 427532 03/08/2019 15000661 $500.00
REISER, RONALD F CK# 574310 02/15/2019 $15.00
REJOUR, ERIC CK# 434384 09/12/2019 15001501 $250.00
RENKEL, MATTHEW C CK# 576761 04/18/2019 $15.00
RENTTHEBAY.COM LLC VS MCKENZIE, FRANK 13-CC-031808 12/04/2013 '717.113 $40.00
RESENDIZ, VICTORIA M CK# 579004 06/21/2019 $15.00
RESIDENTIAL TITLE SERVICES INC CK# 429615 05/06/2019 15000770 $738.82
REUBEN, PHILIP J CK# 574186 02/08/2019 $15.00
REVOLUTION VIDEO GAMES AND MOVIES CK# 429563 05/03/2019 15000709 $180.00
REYES, ANTHONY M CK# 573539 01/25/2019 $15.00
REYES, CARLOS DE LOS REYES CK# 428691 04/10/2019 15001165 $106.80
REZABALA, DANIEL A CK# 581826 09/20/2019 $15.00
RHETT, MARTIN CK# 426009 01/28/2019 15000598 $400.00
RHOADES, CHRISTOPHER T CK# 573750 02/01/2019 $15.00
RHULE, CONNOR CK# 430668 06/03/2019 15001350 $76.50
RHULE, CONNOR CK# 431529 06/25/2019 15001349 $148.50
RHULE, CONNOR CK# 432311 07/15/2019 15001407 $96.50
RICHARDS, DAMIEN A CK# 575963 03/29/2019 $15.00
RICHARDSON, KERRWYN R CK# 585133 12/13/2019 $15.00
RICHARDSON, MARSHA GODWIN CK# 435634 10/21/2019 15001542 $15.75
RICHMOND, TAYLOR M CK# 579443 07/05/2019 $15.00
RICHTER, DUKE T CK# 582567 10/11/2019 $15.00
RICKMAN, STEPHANIE A CK# 577455 05/03/2019 $15.00
RIDGEWAY, JASON P CK# 585044 12/13/2019 $15.00
RIDGWAY, PETER J CK# 585309 12/20/2019 $15.00
RIDLEY, BIANCA CK# 437266 12/11/2019 15001307 $250.00
RIGGS, WILLIAM DANIEL CK# 433267 08/12/2019 15001442 $15.75
RIGES, GEORGE CK# 436002 10/30/2019 15001533 $45.75
RILEY, DELIA B CK# 575694 03/22/2019 $15.00
RILEY, RICHARD S CK# 575587 03/15/2019 $15.00
RIOPELLE, CHARLES CK# 425981 01/28/2019 15000599 $500.00
RIVEIRO, DELANEY W CK# 580968 08/23/2019 $15.00
RIVERA ADORNO, PAOLA F CK# 577984 05/17/2019 $15.00
RIVERA LORENZO, KENDRICK CK# 573027 01/18/2019 $15.00
RIVERA OJEDA, MARCELINO CK# 575350 03/15/2019 $15.00
RIVERA RAMIREZ, KEVIN J CK# 578971 06/21/2019 $15.00
RIVERA, ADRIAN E CK# 583809 11/08/2019 $15.00
RIVERA, DIONIS VIDAL CK# 436949 11/27/2019 15001570 $22.00
RIVERA, EDGARDO CK# 583044 10/18/2019 $15.00
RIVERA, FABIAN D CK# 572902 01/11/2019 $15.00
RIVERA, JEANNIE VS LAW, ROGER;LAW, MARIE 17-CC-013243 04/17/2017 '717.113 $20.00
RIVERA, KEI M CK# 577876 05/17/2019 $15.00
RIVERA, LUIS T CK# 574520 02/15/2019 $15.00
RIVERA-JOHNSTON, VERONICA CK# 584256 12/20/2019 $15.00
RIVERARICE, LEISHKA CK# 427527 03/08/2019 15000648 $500.00
RIVERASANCHEZ, GRACIELA CK# 432017 07/05/2019 15001398 $950.00
RIVERBROOK ACQUISITION LTD VS WILLIAMS, DE-TRA S 14-CC-000367 02/07/2014 '717.113 $1,931.06
RIVERO, ANDREA V CK# 582126 09/27/2019 $15.00
RIVERO, ANDY W CK# 583492 11/01/2019 $15.00
RIVERVIEW LITCHFIELD LLC VS KELLUM, ABIGAIL 15-CC-031856 10/08/2015 '717.113 $600.00
ROBAINA, CHRIS W CK# 577771 05/17/2019 $15.00
ROBBINS, JEFFREY N CK# 575760 03/22/2019 $15.00
ROBERTS, MITCHELL A CK# 584124 11/15/2019 $15.00
ROBERTS, PAUL J CK# 582797 10/18/2019 $15.00
ROBERTSON AND ASSOCIATES CK# 431285 06/19/2019 15000869 $312.50
ROBINSON, CHRISTOPHER M CK# 576928 04/26/2019 $15.00
ROBINSON, DESHANEI L CK# 574808 02/22/2019 $15.00
ROBINSON, JOSEPH C CK# 574600 02/22/2019 $15.00
ROBINSON, OPHELIA VS HENLON, AMELIA 15-CC-036103 11/19/2015 '717.113 $140.00
ROBINSON, REBECCA L CK# 584322 11/22/2019 $15.00
ROBLES, EDWARD CK# 583041 10/18/2019 $15.00
ROBSON, JOSEPH M CK# 583067 10/18/2019 15001506 $27.00
RODRIGUES, STEPHANIE M CK# 581598 09/13/2019 $15.00
RODRIGUEZ ACEVEDO, WANDA CK# 584920 12/06/2019 $15.00
RODRIGUEZ DE LA NUEZ, ALEXIS CK# 578819 06/21/2019 $15.00
RODRIGUEZ, DARIEL CK# 436274 11/07/2019 15001579 $394.00
RODRIGUEZ, JESSICA M CK# 584574 11/22/2019 $30.00
RODRIGUEZ, JUAN DIEGO CK# 425943 01/25/2019 15000970 $23.00
RODRIGUEZ, LUIS CK# 583615 11/01/2019 $15.00

RODRIGUEZ, RAYMOND C CK# 583591 11/01/2019 $15.00
RODRIGUEZ, ROBERTO CK# 582776 10/18/2019 $15.00
RODRIGUEZ, ZUZANA PABLO CK# 426007 01/28/2019 15000968 $34.00
ROETZEL, AND ANDRESS CK# 430118 05/20/2019 15001273 $17.00
ROGERS, ASHLEIGH E CK# 578844 06/21/2019 $15.00
ROJAS, GEORGE,KAY INVESTMENTS,GR PROP-ERTY MGMT VS CLARK, SHEENA,MCALISTER, LATITANA 17-CC-030453 10/05/2017 '717.113 $50.00
ROLLE, GEORGE A VS COLON, ELLY 18-CC-053080 11/09/2018 '717.113 $388.00
ROMAN HERNANDEZ, IVAN A CK# 576018 03/29/2019 $15.00
ROMANOWICH, THOMAS P CK# 579014 06/21/2019 $15.00
ROME HOLDINGS, LLC VS SANCHEZ, YESENIA 15-CC-005596 03/03/2015 '717.113 $123.00
ROMEL, KENDALL E CK# 427842 03/15/2019 15000508 $250.00
RONDON CASTILLO, LEONOR E CK# 578733 06/14/2019 $15.00
ROOKER, ELBA L CK# 580643 08/16/2019 $30.00
ROOT III ATTORNEY AT LAW, HARRY H CK# 430920 06/11/2019 15001327 $10.83
ROSADO GALARZA, IAN M CK# 578504 06/07/2019 $15.00
ROSALES, EDWARD CK# 585061 12/13/2019 $15.00
ROSANDICH, LAYLA MAY CK# 437309 12/12/2019 15001618 $100.00
ROSE RADIOLOGY CENTERS INC CK# 433927 08/28/2019 15001475 $90.00
ROSE, DARREN D CK# 584559 11/22/2019 $15.00
ROSE, ZACHARY W CK# 574352 02/15/2019 $30.00
ROSS, BRENDON K CK# 577558 05/10/2019 $15.00
ROSS, RANDALL J CK# 584323 11/22/2019 $15.00
ROTH, CIERRA CK# 573664 01/25/2019 $1,031.00
ROTHROCK, JENNIFER R CK# 584824 12/06/2019 $15.00
ROVIRA-COMAS, LUIS E CK# 574280 02/15/2019 $15.00
ROWLEY, JARROD Q CK# 578494 06/07/2019 $15.00
ROYAL MEDICAL CENTER GROUP LLC CK# 429650 05/07/2019 15001236 $15.00
RPK ASSOCIATES, LTD VS PRINCE, CELIESE 13-CC-032472 01/14/2014 '717.113 $80.00
RTD PHASE I GP LLC VS ESPRNAL, YAHAIRA 17-CC-009516 05/11/2017 '717.113 $16.00
RUBENSTEIN LAW CK# 433263 08/12/2019 15001004 $430.00
RUDDER, TRISTAN T CK# 582295 09/27/2019 $15.00
RUDEN MCCLOSKY SMITH SCHUSTER RUSSELL CK# 430931 06/11/2019 15000832 $14.40
RUDIE, VERONICA M CK# 582658 10/11/2019 $30.00
RUE, JASON M CK# 576879 04/26/2019 $15.00
RUEDA, ANTONIO CK# 580682 08/16/2019 $15.00
RUFF, WILLIAM WALLACE CK# 432798 07/25/2019 15000987 $500.00
RUFFIN, JOHN B CK# 574333 02/15/2019 $30.00
RUGAR, GAIL A CK# 574109 02/08/2019 $15.00
RUIZ, ALICIA CK# 432809 07/26/2019 15000995 $500.00
RUIZ, JOSE ISRAIL CK# 432753 07/25/2019 15001003 $250.00
RUIZ, MARIA D CK# 577839 05/17/2019 $15.00
RUSS, WILHELMINA D CK# 580456 08/02/2019 $15.00
RUSSO, ROBERT L CK# 573462 01/25/2019 $15.00
RYAN, ROBERT K CK# 584311 11/22/2019 $15.00
RYDBERG, THOMAS H CK# 429786 05/09/2019 15000720 $126.87
SABATIKO, ASHLEY M CK# 584752 12/06/2019 $15.00
SACCENTE, JULIE CK# 431073 06/13/2019 15000847 $500.00
SAENZ, GLORIBEL CK# 428125 03/25/2019 15000654 $72.00
SAFEGUARD PROPERTIES MANAGEMENT LLC CK# 432103 07/08/2019 15001418 $163.00
SAFEGUARD PROPERTIES MANAGEMENT LLC CK# 432104 07/08/2019 15001419 $163.00
SAGE, MICHAEL C CK# 578532 06/07/2019 $15.00
SALAZAR, MARLENE CK# 575329 03/08/2019 15001516 $15.00
SALCEDO, YAMILIZ CK# 575278 03/08/2019 $15.00
SALENO, DEVON J CK# 573766 02/01/2019 $15.00
SALLYE, CLARISSA M CK# 436697 11/21/2019 15001584 $60.00
SALVATORE EMANUELE INDOVINO CK# 426371 02/05/2019 15000663 $2,500.00
SAM & PETE INC,SHEHATA, MEDHAT VS HICKS, KYLA CHAIRSE 16-CC-026254 08/17/2016 '717.113 $874.00
SAMMARTINO, GINA L CK# 575184 03/08/2019 $15.00
SAMS, ERITHA C CK# 575434 03/15/2019 $15.00
SAMS, WALTER L CK# 574372 02/15/2019 $15.00
SANCHEZ, EVELIN CK# 434967 09/25/2019 15001481 $600.00
SANCHEZ, JESSICA SANTIAGO CK# 434533 09/16/2019 15001503 $32.36
SANCHEZ, KIMBERLY A CK# 580755 08/16/2019 $15.00
SANCHEZ, TIARA G CK# 583728 11/08/2019 $15.00
SANDCASTLE TITLE INC CK# 429739 05/08/2019 15001384 $576.50
SANDERSON, BRITTNEY A CK# 575057 03/01/2019 $15.00
SANDROWICZ, NICHOLAS A CK# 575384 03/15/2019 $15.00
SANTANA, ARELIY CK# 583703 11/08/2019 $15.00
SANTIAGO 3, CARLOS LUIS CK# 426540 02/11/2019 15000609 $13.50
SANTIAGO, ALEXIANA CK# 428355 04/01/2019 15001516 $71.25
SANTIAGO, ALEXIANA CK# 429847 05/13/2019 15000746 $71.25
SARGENT, TIMOTHY L CK# 573174 01/18/2019 $15.00
SARSOUR, ZAHER Z CK# 580792 08/16/2019 $30.00
SAUNDERS, ERIN P CK# 577752 05/10/2019 $15.00
SBROCCO, RYAN J CK# 581615 09/13/2019 $15.00
SCHEDDEL, JEFFREY A CK# 584545 12/20/2019 $15.00
SCHENONE, ELIZABETH A CK# 577745 05/17/2019 $15.00
SCHROEDER, ROBERT B CK# 576508 04/12/2019 $15.00
SCHWEGLER, GARY T CK# 581887 09/20/2019 $15.00

SCOTT, LISA THOMPSON VS MOSLEY, WILLIAM 14-CC-020596 08/04/2014 '717.113 $366.02
SCOTT, MICHAEL A CK# 583341 10/25/2019 $15.00
SEAMAN, MARY K CK# 574043 02/08/2019 $15.00
SEAY, GREGGORY N CK# 578214 04/05/2019 $15.00
SEBASTIAN, DENNIS R CK# 579232 06/28/2019 $15.00
SECURE TITLE LLC CK# 430800 06/06/2019 15001339 $49.00
SEDLOCK, MEREDITH CK# 436192 11/05/2019 15001562 $45.75
SEHGAL, RAJIVE CK# 584671 11/22/2019 $30.00
SEIFER, CHARLES M CK# 573209 01/18/2019 $15.00
SELECTIVE TITLE RESEARCH CK# 430801 06/07/2019 15001331 $33.00
SELF, WILLIE J CK# 579956 07/19/2019 $15.00
SELLERS TITLE COMPANY CK# 429741 05/08/2019 15000689 $539.52
SELLERS, CANDACE LYNNE CK# 426842 02/19/2019 15000627 $500.00
SELVAAG, TANYA L CK# 577601 05/10/2019 $15.00
SEMELFORT, MARTIN G CK# 578086 05/24/2019 $15.00
SEMER, DEANDRE K CK# 579834 07/19/2019 $15.00
SERAPHIN, CRESHENDA L CK# 576237 04/05/2019 $15.00
SERRANO, DORA E CK# 575993 03/29/2019 $15.00
SERRANO, ELIZABETH L CK# 576482 04/12/2019 $15.00
SERRANO, ORLANDO CK# 579940 07/19/2019 $30.00
SERRANOHASEGAWA, GABRIEL SEIJI CK# 432443 07/18/2019 15000997 $250.00
SETTLES, BRANDY CK# 437675 12/27/2019 15001604 $20.00
SEWARD, FRANKLIN B CK# 583838 11/08/2019 $15.00
SHADES OF TIME CK# 432781 07/25/2019 15000993 $21.50
SHAINE, JAMES R CK# 583761 11/08/2019 $15.00
SHANKLE, JUSTIN G CK# 575734 03/22/2019 $15.00
SHARP, SUZANNE M CK# 576972 04/26/2019 $15.00
SHAVER, JEFFREY D CK# 584832 12/06/2019 $15.00
SHAWVER, RICHARD M CK# 582781 10/18/2019 $15.00
SHEARS, JORDAN G CK# 574906 03/01/2019 $15.00
SHELBY, MADISON M CK# 577193 04/29/2019 $15.00
SHELDON, LISA M CK# 576435 04/12/2019 $30.00
SHELL, HENRY CK# 430830 06/07/2019 15000836 $17.50
SHEPLER, DAVID CK# 578794 06/14/2019 $15.00
SHEPPARD, ANDRE R CK# 573691 02/01/2019 $15.00
SHERMAN PA, JOEL LEE CK# 429966 05/15/2019 15001268 $329.30
SHERRILL, JOANN B CK# 582648 10/11/2019 $15.00
SHERLING, STEVEN W CK# 584348 11/22/2019 $15.00
SHINE, ASHLEY NICOLE CK# 427313 03/04/2019 15000633 $30.00
SHOMBER, KAYLENE R CK# 573507 01/25/2019 $15.00
SHWEDICK, GRAHAM W CK# 580361 08/02/2019 $15.00
SIDERIO, CHRISTOPHER L CK# 582077 09/27/2019 $15.00
SIDIQI, WAHIDA CK# 584333 11/22/2019 $15.00
SIEGFRIED, RICHARD SCOTT CK# 437163 12/06/2019 15001560 $22.50
SIERRA, JUDY R CK# 574959 03/01/2019 $15.00
SIERRA, KENNY CK# 434542 10/15/2019 15001547 $45.75
SIGHT REAL ESTATE VS FULKS, CAMERON 16-CC-010455 04/05/2016 '717.113 $16.00
SILVA, JUNIOR CK# 579564 07/12/2019 $15.00
SILVA, ORELA DA CK# 436060 10/31/2019 15001216 $500.00
SILVARES, MICHAEL A CK# 577251 04/29/2019 $15.00
SIMS, KEVIN CK# 575252 03/08/2019 $15.00
SIMS, PHYLLIS J CK# 579049 06/21/2019 $15.00
SINCERE, NARIOMI CK# 582694 10/11/2019 $15.00
SINGH, JOSHUA K CK# 584912 12/06/2019 $15.00
SITA, ANTONIO MARIA ALMEIDA CK# 432878 07/30/2019 15001422 $17.00
SJA PARTNERS LLC AND 4114 S LLC VS COTTO, CHAYENNE 15-CC-021773 07/13/2015 '717.113 $100.00
SLADJANA, MIJATOVIC CK# 432027 07/05/2019 15000893 $20.00
SLATTERY, CHERYL H CK# 580921 08/23/2019 $15.00
SMALL, FRANKIE A CK# 583653 11/08/2019 $15.00
SMART TITLE OF LAKELAND LLC CK# 429780 05/09/2019 15001280 $456.58
SMITH, BOBBI JO CK# 426661 02/13/2019 15001051 $15.00
SMITH, BRITT T CK# 576677 04/18/2019 $15.00
SMITH, DARLENE M CK# 582556 09/27/2019 $15.00
SMITH, DOUGLAS CK# 431997 07/05/2019 15001399 $80.00
SMITH, DWANDA Y CK# 580723 08/16/2019 $15.00
SMITH, ELIZABETH R CK# 579825 07/19/2019 $15.00
SMITH, EVAN K CK# 575683 03/22/2019 $15.00
SMITH, GREGORY H CK# 578124 05/24/2019 $15.00
SMITH, JEREMIAH J CK# 573374 01/25/2019 $30.00
SMITH, KEVIN J CK# 578472 06/07/2019 $15.00
SMITH, KYLE P CK# 576814 04/26/2019 $15.00
SMITH, NICOLE E CK# 573072 01/18/2019 $15.00
SMITH, RENA M CK# 573469 01/25/2019 $15.00
SMITH, SYRETA CK# 576048 03/29/2019 $15.00
SMITH-PRINGLE, JOHNNY R CK# 573804 02/01/2019 $15.00
SMOLT, BROOKE K CK# 580558 08/09/2019 $15.00
SMYTH, DANIEL P CK# 572796 01/11/2019 $15.00
SNEATHEN, JORDAN T CK# 578605 06/14/2019 $15.00
SOKOLOWSKI, ANDREW W CK# 575953 03/29/2019 $15.00
SOLANO, SALLY DURAN CK# 436686 10/22/2019 15001545 $55.75
SONTRUST TITLE AGENCY LLC CK# 429742 05/08/2019 15000691 $550.00
SORIANO, OSCAR J CK# 585049 12/13/2019 $15.00
SOTO, CARLOS G CK# 577722 05/10/2019 $15.00
SOTO, DANIEL O CK# 582113 09/27/2019 $15.00
SOTO, MIGUEL CK# 436669 11/20/2019 15001589 $85.00
SOTO, YLLA JACY CK# 572717 01/11/2019 $15.00
SOTO, WILMERDO CK# 581573 09/13/2019 $15.00

SOUDER, DUSTIN A CK# 584401 11/22/2019 $15.00
SOURCE FINANCIAL, INC. VS ROYAL, ASIA 16-CC-009551 03/31/2016 '717.113 $65.00
SOUTH TAMPA APARTMENTS I LLC VS GAUTH-IER-FORTNER, TRACY 15-CC-030708 10/09/2015 '717.113 $455.34
SOUTHERN RESIDENTIAL RECOVERY FUND VII, LLC VS MCCRANEY, LAVERNE 17-CC-013496 04/24/2017 '717.113 $388.00
SOUTHLAND TITLE COMPANY CK# 430766 06/05/2019 15000876 $57.16
SP JOHNSON KENNETH COURT LP VS SIMS, BRIT-TANY 15-CC-028466 09/10/2015 '717.113 $208.00
SP ST JAMES LP VS CALDERON, MADELINE 15-CC-033251 10/23/2015 '717.113 $1,249.00
SPANISH TRACE HOUSING LTD VS BRYANT, PRE-CIOUS 15-CC-005399 02/26/2015 '717.113 $831.00
SPIKE, JASMINE L CK# 584838 12/06/2019 $15.00
SPIRK, ADAM J CK# 577711 05/17/2019 $15.00
SPOONER, LESLIE A CK# 582764 10/18/2019 $15.00
SPRADLEY, JAMES D CK# 581876 09/20/2019 $30.00
SPT WAH WEXFORD LLC VS HART, CARMIETTA 17-CC-020462 07/18/2017 '717.113 $51.00
SPURLING, CHRISTOPHER SCOTT CK# 438173 10/04/2019 15001551 $250.00
SQUITIERI, ADAM T CK# 579550 07/12/2019 $15.00
ST JEAN, ERIKA B CK# 585057 12/13/2019 $15.00
ST JOSEPH HOSPITAL CK# 430737 06/04/2019 15001335 $21.50
ST THOMAS PROPERTIES LLC VS WILLIAMS, ALYSSA 14-CC-036496 12/29/2014 '717.113 $650.00
STAFFIERI, LINDSAY A CK# 583734 11/08/2019 $15.00
STAFFORD, CHRISTOPHER M CK# 578567 06/14/2019 $15.00
STAPLES CK# 429566 05/03/2019 15001250 $112.40
STAPLETON, DELMER J CK# 574001 02/08/2019 $15.00
STARKS, GREGORY P CK# 580586 08/09/2019 $15.00
STARR, BENJAMIN C CK# 581214 08/30/2019 $15.00
STATEWIDE TITLE SERVICES LLC CK# 431101 06/13/2019 15000847 $500.00
STATEWIDE TITLE SOLUTIONS CK# 429418 04/30/2019 15001192 $1,954.39
STATTON TITLE AGENCY CK# 429567 05/03/2019 15000728 $3,422.82
STEAD, ROBERT M CK# 582532 07/26/2019 $15.00
STEFFAN, CONNOR R CK# 584569 11/22/2019 $30.00
STEFFEK, BRANDON L CK# 576671 04/18/2019 $15.00
STEGNER, STEVEN B CK# 580810 08/16/2019 $15.00
STEIN, STEPHANIE L CK# 580042 07/26/2019 $15.00
STEPHANIE DUNBAR CK# 425576 01/15/2019 15000651 $500.00
STEPHENS, JAMES H CK# 584843 12/06/2019 $15.00
STEPHENS, JESSE T CK# 581489 09/13/2019 $15.00
STEPHENSON, PAUL H,LUNDGREN, FREDRIKA A VS STARKES, VINCENT 14-CC-035238 11/06/2015 '717.113 $485.44
STERLING TITLE LLC CK# 429781 05/09/2019 15000723 $138.41
STEVEN P RILEY LAW OFFICES CK# 430543 05/29/2019 15001245 $106.87
STEVENS, IAN T CK# 584848 12/06/2019 $15.00
STEVENS, JONATHAN C CK# 572690 01/11/2019 $15.00
STEVENS-HOLLIS, JANYA L CK# 574916 03/01/2019 $15.00
STEVENSON, PAUL A CK# 574680 02/22/2019 $15.00
STILLWELL, MORGAN J CK# 580604 08/09/2019 $15.00
STIVERS, LIA ROMANA CK# 432267 07/12/2019 15001386 $500.00
STOCKTON, MICHAEL P CK# 580176 07/26/2019 $15.00
STOEL, JERIKKA J CK# 574611 02/22/2019 $15.00
STONE-GEIDE, BIANCA D CK# 582595 10/11/2019 $15.00
STOREY, MICHAEL J CK# 576042 03/29/2019 $15.00
STRAIGHTFORWARD REALTY INVESTORS LLC CK# 429976 05/15/2019 15001269 $200.00
STRESS FREE PROPERTY MANAGEMENT INC VS MASON, CARMALITA 13-CC-031795 12/04/2013 '717.113 $500.00
STRICKLAND, JERMYN K CK# 577905 05/17/2019 $15.00
STRINGER, EDWARD CASEY CK# 426546 02/11/2019 15000610 $13.50
STROBELE, KELSEY E CK# 582442 10/04/2019 $15.00
STROM, ALAN L CK# 580984 08/23/2019 $30.00
STUTTS, CHRISTINA CK# 426999 02/22/2019 15001086 $15.00
SUAREZ, JOEL CK# 580350 08/02/2019 $15.00
SUAREZ, JUANNA MARIE CK# 434007 08/28/2019 15001492 $60.00
SULLIVAN, JENNIFER D CK# 575577 03/15/2019 $15.00
SUMUNNI INVESTMENTS LLC VS PICKNEY, DAR-RIA 17-CC-019200 05/01/2017 '717.113 $216.00
SUMRALL, NICHOLE A CK# 576947 04/26/2019 $15.00
SUN MEADOW BROOK FL LLC VS VILLANO, IRENE IRENE 18-CC-013322 07/02/2018 '717.113 $84.00
SUNBELT TITLE AGENCY CK# 429568 05/03/2019 15000703 $550.00
SUNBELT TITLE AGENCY CK# 429743 05/08/2019 15000693 $550.55
SUNCOAST TITLE AGENCY OF TAMPA INC CK# 430856 06/07/2019 15000839 $36.00
SUNDARAM, SANJAY CK# 428208 03/26/2019 15000672 $20.00
SUNJIC, KATLYND M CK# 583125 10/18/2019 $15.00
SUNSHINE INVESTMENTS LLC VS MARTY, MICHELLE,TENANT, UNKNOWN 17-CC-027230 07/27/2017 '717.113 $30.00
SUNSTONE PALMS, LLC VS STOKES, DEIDRA 17-CC-034399 11/13/2017 '717.113 $788.00
SUPERNANA ,JANLANA MARINE CK# 434097 09/04/2019 15001510 $25.00
SURBER, ANTHONY CK# 430455 05/28/2019 15000667 $15.00
SURGOINE, JESSICA N CK# 573372 01/25/2019 $15.00
SUSKO, JOSEPH CK# 426862 02/19/2019 15001033 $15.00
SWAN, ANGELA R CK# 578419 06/07/2019 $15.00
SWENSON, MICHAEL P CK# 579731 07/12/2019 $15.00
SYLVESTER, DANIELLE R CK# 576920 04/26/2019 $15.00

(Continued on next page)

Case 8:23-cv-01077-MSS-SPF   Document 26-10   Filed 06/30/23   Page 15 of 151 PageID 877

LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT
HILLSBOROUGH COUNTY   HILLSBOROUGH COUNTY   HILLSBOROUGH COUNTY   HILLSBOROUGH COUNTY   HILLSBOROUGH COUNTY

USCA11 Case: 24-10746    Document: 31-1    Date Filed: 07/30/2024    Page: 248 of 248

SYNERGY TITLE PARTNERS INC CK# 433236 08/09/2019 15001443 $10.10

SYNERGY TITLE PARTNERS LLC CK# 432562 07/22/2019 15001414 $119.00

SYRJA, CAMERON J CK# 575708 03/22/2019 $15.00

T MOBILE CK# 434471 09/13/2019 15001518 $250.00

TAHSINI, CELINA F CK# 579322 07/05/2019 $15.00

TALAMANTEZ, DAVID CK# 572867 01/11/2019 $15.00

TAMAYO, ELBA I CK# 427651 03/12/2019 15001125 $11.69

TAMPA BAY ESTATES LLC vs BOLER, ANTOINETTE,GRANT, CHARLES,OPPUPANTS, ALL 17-CC-014518 04/25/2017 *717.113 $460.00

TAMPA BAY FCU CK# 430859 06/07/2019 15000872 $34.10

TAMPA BAY HOUSING AUTHORITY LLC VS NEA-SON, HA'DESHA 14-CC-016358 06/26/2014 *717.113 $455.00

TAMPA PARK APARTMENTS, INC. VS MOODY, DE-QUAN 15-CC-021694 08/07/2015 *717.113 $400.00

TAMPA POLICE DEPARTMENT VS BRIAN BAKER 16-CC-009606 10/23/2017 $1,500.00

TAMPA REAL ESTATE VENTURES, LLC VS MEDEL, JUSTIN 16-CC-011406 05/03/2016 *717.113 $1,283.00

TANK, HARIKRUSHNA CK# 436780 11/22/2019 15001587 $17.00

TAPIA-DIAZ, DORANELIE CK# 579227 06/28/2019 $15.00

TARAVELLA, LUCY VS MALONE, JACQUELINE 19-CC-021270 05/03/2019 *717.113 $700.00

TARDI, AMARYLLIS CK# 583750 11/08/2019 $15.00

TARGET CK# 437118 12/05/2019 15001621 $70.00

TASANAPRASERT, AKKARADEJ A CK# 582934 10/18/2019 $15.00

TAVAREZTAVAREZ, MARC A CK# 580488 08/02/2019 $15.00

TAYLOR, JASON C CK# 574915 03/01/2019 $15.00

TAYLOR, JOVARIUS J CK# 580409 08/02/2019 $15.00

TAYLOR, WILLIAM D CK# 584918 12/06/2019 $15.00

TCVM 6 LLC VS SHANKS, VANITA 18-CC-062954 12/14/2018 *717.113 $700.00

TEDROWE, BENJAMIN L CK# 575405 03/15/2019 $15.00

TEED, DAJOURIA L CK# 578600 06/14/2019 $15.00

TEELUCKSINGH, PREM VS WEEMS, SHANE 14-CC-011990 05/27/2014 *717.113 $37.00

TEJADA, LEONEL CK# 578413 06/07/2019 $15.00

TENORIO, KARIE ANN CK# 583057 10/18/2019 $15.00

TERRAZAS, JESUS A CK# 432749 07/25/2019 15000990 $250.00

TERRENCE F PYLE PA CK# 430861 06/07/2019 15000827 $19.52

THE HOUSING AUTHORITY OF THE CITY OF TAM-PA FLORIDA VS RUSSELL, KILILAH 14-CC-003393 01/05/2015 *717.113 $12.00

THE KAIN L P VS BOWERS, CHINIQUA E 16-CC-041845 04/04/2017 *717.113 $881.24

THE KAIN L P VS HARDY, SHARON 15-CC-034477 10/30/2015 *717.113 $850.00

THE KAIN L P VS JONES, SHIRLEY 15-CC-027896 09/01/2015 *717.113 $850.00

THE KAIN LIMITED PARTNERSHIP VS BATTLE, BARBARA 16-CC-032526 10/18/2016 *717.113 $775.00

THE KAIN LIMITED PARTNERSHIP VS HUMPHREY, ERICA 15-CC-031485 10/02/2015 *717.113 $708.00

THE KAIN LIMITED PARTNERSHIP VS JAMES, TAKESSA S 16-CC-040926 12/30/2016 *717.113 $1,800.00

THE KAIN LIMITED PARTNERSHIP VS SHEPPARD, YOLANDA 16-CC-040923 01/03/2017 *717.113 $1,130.00

THE KAIN LP VS MORGAN, MATTHEW 15-CC-030481 09/28/2015 *717.113 $545.00

THE STEIN LAW GROUP CK# 430934 06/11/2019 15000302 $30.00

THIMIS, NICHOLAS VS THIMIS, TANYA 18-DR-005389 08/27/2018 $1,000.00

THOMAS, ASTON ANDRE CK# 430369 05/24/2019 15001262 $208.00

THOMAS, BETSY L CK# 573624 01/18/2019 $15.00

THOMAS, HEZEKIAH CK# 583295 10/25/2019 $15.00

THOMAS, IGNATIUS CK# 584193 11/15/2019 $15.00

THOMAS, MARK ANTHONY CK# 434995 09/25/2019 15001484 $12.00

THOMPSON, CHARLES A CK# 574477 02/15/2019 $15.00

THOMPSON, COREY S CK# 578553 06/07/2019 $30.00

THOMPSON, JEREMY DANIEL CK# 437305 12/12/2019 15001617 $12.04

THOMPSON, LOLA M CK# 575557 03/15/2019 $15.00

THOMPSON, MARY VS ARMIGER, TOM 15-CC-001351 01/22/2015 *717.113 $200.00

THOMPSON, VERONICA CK# 428891 04/16/2019 15000675 $20.79

THORNTON, GEENI D CK# 584522 11/22/2019 $15.00

THORNTON, LUKE VS DUNAWAY, TIFFANY 14-CC-000139 02/20/2014 *717.113 $700.00

THORNTONS CK# 433693 08/21/2019 15001485 $66.00

THORVARDSON, STEVEN CK# 430329 05/23/2019 15001272 $11.00

THRIFT, CASEY CK# 427262 03/01/2019 15000635 $40.00

TIKD SERVICES LLC CK# 428519 04/03/2019 15001177 $40.00

TIMMONS, NA'DEYAH A CK# 584967 12/06/2019 $15.00

TINDALE, SHANE R CK# 579920 07/19/2019 $15.00

TITLE AGENCY OF FLORIDA INC CK# 429747 05/09/2019 15001255 $521.09

TITLE AGENTS RESEARCH SERVICES INC CK# 431289 06/19/2019 15000867 $39.23

TITLE MARKETPLACE LLC CK# 431395 06/20/2019 15000864 $94.50

TITLE SERVICES OF FLORIDA LLC CK# 430335 06/11/2019 15000830 $13.80

TITLE TRUST GROUP OF FLORIDA INC CK# 429748 05/08/2019 15000742 $151.50

TITLEMARK OF SOUTH TAMPA LLC CK# 430937 06/11/2019 15000849 $1.70

TOMASINO, DAVID A CK# 432197 07/11/2019 15000887 $250.00

TORRES CARROLL JOSE CK# 572808 01/11/2019 $15.00

TORRES, ZAYAS, HECTOR H CK# 583105 10/18/2019 $15.00

TORRES, DIANA H CK# 575440 03/15/2019 $30.00

TORRES, ESTEBAN CK# 427190 02/28/2019 15001022 $500.00

TORRES, GIOVANNI RAMOS CK# 432892 07/30/2019 15001088 $42.50

TORRES, GIOVANNI RAMOS CK# 433961 08/23/2019 15001085 $245.00

TORRES, LYLA CK# 579644 07/12/2019 $15.00

TORRES, RUBY M CK# 575628 03/15/2019 $15.00

TORRES, YABMANY MAYEA CK# 432799 07/25/2019 15000900 $200.00

TOVARMARTINEZ, RUBISEL CK# 434094 09/04/2019 15001079 $1,652.00

TOZIER, DYLAN J CK# 573594 01/25/2019 $15.00

TRACKING #9570 1065 9016 9271 1624 MCH17333734211 - WESTERN UNION RCPT # 24-00685591 10/22/2019 $325.00

TRAN, THACH K CK# 582869 10/18/2019 $15.00

TRANSCARE MEDICAL TRANSPORTATION CK# 429571 05/03/2019 15001241 $180.50

TRANSCONTINENTAL TITLE CK# 429978 05/15/2019 15000735 $29.16

TRANSCONTINENTAL TITLE COMPANY CK# 429572 05/03/2019 15000701 $1,780.68

TREPANIER, JACK T CK# 429497 05/02/2019 15000776 $13.50

TRESPALACIOS, ALLISON CK# 583911 11/08/2019 $15.00

TRIMBLE, ANN M CK# 578055 05/24/2019 $15.00

TRIVIN, CYRUS A CK# 583764 11/08/2019 $30.00

TRUE, CHARLES B CK# 574561 02/22/2019 $15.00

TULLO LAW FIRM CK# 431290 06/19/2019 15001098 $13.30

TURBEVILLE, LAUREN E CK# 584896 12/06/2019 $15.00

TURNER JR, MICHEAL ANTHONY CK# 433320 08/13/2019 15001084 $15.00

TURNER, ANDREW B CK# 579412 07/05/2019 $15.00

TURNER, REX VS PRICE, PHILLIP 16-CC-030184 09/28/2016 *717.113 $48.00

TUVELL, KEVIN S CK# 578471 06/07/2019 $15.00

TUVELL, SHAWN A CK# 583769 11/08/2019 $15.00

TYSVER, CYNTHIA CK# 431994 07/05/2019 15000890 $500.00

TZADIK ACQUISITIONS LLC VS STOVALL, LORI 18-CC-019098 06/05/2018 *717.113 $452.00

TZADIK ACQUISITIONS LLC VS WILSON, TAURIE, ANDERSON SIMS, ROSS 18-CC-000833 02/08/2018 *717.113 $1,962.50

TZADIK MANAGEMENT GROUP VS PINAS, SHARMA 17-CC-028816 09/19/2017 *717.113 $148.50

TZADIK MANAGEMENT VS MEDINA, JAJAIRA 19-CC-028625 06/03/2019 *717.113 $500.00

U S BANK NATIONAL ASSOCIATION VS VEGA, SYL-VIA 16-CA-002193 09/02/2016 $100.00

UAHC LLC,DBA BUSINESS SOLUTIONS VS MER-RELL, BRANDON 14-CC-000520 01/16/2014 *717.113 $95.00

ULLOA, GUADALUPE CK# 574244 02/15/2019 $15.00

UNITED PAWN CK# 430232 05/22/2019 15000718 $100.00

UNITED PAWN CK# 430508 05/28/2019 15000707 $50.00

UNIVERSAL LAND TITLE INC CK# 429517 05/02/2019 15000086 $1,204.15

UNIVERSITY HOUSE LLC VS BALDWIN, CLARENCE 14-CC-036505 12/29/2014 *717.113 $310.00

UNIVERSITY HOUSE LLC VS JOSEPH, TANYA 15-CC-030441 10/14/2015 *717.113 $544.13

UNIVERSITY HOUSE LLC VS STIDRON, JOLANDA 15-CC-032577 10/15/2015 *717.113 $495.15

UNIVERSITY HOUSE, LLC VS BEST, KYLE A. 15-CC-039773 01/11/2016 *717.113 $481.55

UNIVERSITY HOUSE, LLC,CASBALANCA APART-MENTS AT UNIVERSITY VS HAYNES, TAMIKA S. 17-CC-042983 11/13/2017 *717.113 $232.80

UNIVERSITY SQUARE APARTMENTS LLC VS DIS-ARNO, JOHN C 18-CC-044914 09/11/2018 *717.113 $526.00

URBAN CORE HOLDINGS LLC VS SEARS, GABRIEL 15-CC-023113 07/30/2015 *717.113 $291.26

URBAN TITLE SERVICES CK# 429574 05/03/2019 15000705 $3,580.85

URIBINAWRITA, ANNABELLA CK# 431119 06/14/2019 15000882 $250.00

URREGO, ROSALBA E CK# 580030 07/26/2019 $15.00

US BANK NA VS CAWLEY, THOMAS S 14-CA-009187 02/18/2016 $100.00

US BANK TRUST NA VS LOCK, SHOLANDA S 15-CA-012011 04/04/2016 $100.00

USNER, CHAD M CK# 583995 11/08/2019 $15.00

UTLEY, CYNTHIA R CK# 574008 02/08/2019 $15.00

UZZELL, NAJEE D CK# 578035 05/24/2019 $15.00

VALDERRAMA, CAROL M CK# 584221 11/15/2019 $15.00

VALENTINE HYER, TRACY CK# 582298 09/27/2019 $30.00

VALIENTE, RANSES MONZON CK# 436424 11/13/2019 15001554 $75.00

VAN DYKE COMMONS, LLC VS ACOUSTI ENGI-NEERING COMPANY OF FLORIDA 18-CA-005083 06/20/2018 *717.113 $117.71

VAN VUUREN, ETTIENE CK# 426786 02/18/2019 15001041 $15.75

VANGUARD REAL ESTATE TITLE OF FL INC CK# 430739 06/04/2019 15000805 $96.75

VANKLEECK, JAMES B CK# 582389 10/25/2019 $15.00

VARGAS, JAMES F CK# 576644 04/18/2019 $15.00

VARGAS, JEFFREY C CK# 576877 04/26/2019 $15.00

VARGAS, SAMANTHA V CK# 579927 07/19/2019 $15.00

VARGASRIVERO, JOSE CK# 432204 07/11/2019 15001379 $500.00

VARQUEZ, MARCOS SANTOS CK# 433580 08/19/2019 15001464 $16.50

VAZQUEZ, CYNTHIA M CK# 432818 07/25/2019 15001380 $250.00

VAZQUEZ, DAVID CK# 583225 10/25/2019 $15.00

VAZQUEZ, JOHN ISAAC CK# 436841 11/25/2019 15001574 $75.00

VAZQUEZ, VICTOR CK# 582334 09/27/2019 $13.01

VAZQUEZ, YERITZA CK# 583386 10/25/2019 $15.00

VEGAS GARCIA, AGUSTINO CK# 579860 07/19/2019 $15.00

VELASQUEZ, ANTHONY CK# 584404 11/22/2019 $15.00

VELAZQUEZ SIERRA, JOSUE CK# 583063 10/18/2019 $15.00

VELEZ, KATIE CK# 583426 10/25/2019 $87.22

VELIZ, JOHN M CK# 575744 03/22/2019 $15.00

VERITAS REALTY HOLDINGS LLC VS THOMPSON, SHERRY 17-CC-033809 09/05/2017 *717.113 $40.00

VERNON, SARAH L CK# 574713 02/22/2019 $15.00

VIDAL, BARBARA R CK# 581403 09/13/2019 $15.00

VIGIL, ANA V CK# 584238 11/15/2019 $15.00

VILLAFRANCA, CHRISTOPHER R CK# 574559 02/22/2019 $15.00

VILLALOBOS IBARRA, FABIOLA CK# 578832 06/21/2019 $15.00

VILLALTA, JONATHAN S CK# 575856 03/22/2019 $15.00

VILLANUEVA, FRANKLIN A CK# 581520 09/13/2019 $30.00

VILLAVICENCIO, DANIEL A CK# 576394 04/12/2019 $15.00

VILSAINT, CLIFF CK# 426346 02/05/2019 15001069 $72.00

VINALJIMENEZ, JUAN CARLOS CK# 426075 01/29/2019 15000964 $45.75

VINALJIMENEZ, JUAN CARLOS CK# 426715 02/14/2019 15001014 $15.00

VOJTKO, ANGEL L CK# 582997 10/18/2019 $15.00

VOLUNTEERS OF AMERICA OF FLORIDA VS PINCK-NEY, MESHA 15-CC-029882 10/12/2015 *717.113 $394.84

VU, CHUONG H CK# 579629 07/12/2019 $15.00

VUKELJA, DAVID A CK# 580373 08/02/2019 $15.00

WADE, CHARLES D CK# 583755 11/08/2019 $15.00

WADE, ERIC CK# 431270 06/19/2019 15001223 $17.00

WAHL, DANIEL E CK# 573760 02/01/2019 $15.00

WAIBERMAN, DONALD I CK# 430941 06/11/2019 15000857 $49.90

WAINORIS, KIRSTEN CK# 435630 10/21/2019 15001543 $15.75

WALGREENS CK# 433787 08/23/2019 15001458 $250.00

WALKER J, CHARLES GREGORY CK# 427386 03/06/2019 15000632 $60.00

WALKER, GARRETT A CK# 578217 05/31/2019 15001215 $15.00

WALKER, HARRISON J CK# 579598 07/12/2019 $15.00

WALLACE, CLEVELAND ALFONSO CK# 426848 02/19/2019 15001030 $15.75

WALLACE, KRISTIE LYNN CK# 425614 01/16/2019 15000943 $15.75

WALLACE, PAUL D CK# 572724 01/11/2019 $15.00

WALLIS, JOSHUA A CK# 577659 05/10/2019 $15.00

WALMART CK# 425341 01/08/2019 15000903 $48.00

WALMART CK# 427467 03/07/2019 15001053 $45.00

WALMART CK# 428836 03/29/2019 15001180 $96.56

WALMART CK# 429268 04/25/2019 15001182 $96.84

WALMART CK# 429789 05/15/2019 15001254 $46.78

WALMART CK# 429788 05/09/2019 15001251 $170.00

WALMART CK# 431158 06/14/2019 15001355 $176.50

WALMART CK# 431444 06/21/2019 15001356 $44.76

WALMART CK# 431729 07/10/2019 15001416 $44.76

WALMART CK# 432474 07/19/2019 15001441 $32.66

WALMART CK# 432779 07/25/2019 15001412 $50.00

WALMART CK# 433372 08/14/2019 15001435 $75.00

WALMART CK# 433972 08/23/2019 15001438 $58.00

WALMART CK# 434125 09/04/2019 15001453 $80.00

WALMART CK# 434401 09/13/2019 15001457 $39.90

WALMART CK# 435398 10/18/2019 15001568 $28.25

WALMART CK# 435486 10/29/2019 15001585 $28.07

WALMART CK# 437148 12/05/2019 15001620 $32.80

WANG, DANIEL CK# 573170 01/18/2019 $15.00

WARE, CHLOE J CK# 583509 11/01/2019 $15.00

WARNER, ROBERT A CK# 574729 02/22/2019 $15.00

WARREN, MICHELLE A CK# 577919 05/17/2019 $15.00

WASHINGTON, KEVIN VS BEATY, FRED, BEATY, ERICA 15-CC-009649 04/15/2015 *717.113 $95.00

WATSON, MARK S CK# 584641 11/22/2019 $15.00

WATTS, CAREY M CK# 577920 04/26/2019 $30.00

WATTS, LINDA F CK# 575244 03/08/2019 $15.00

WAWA CK# 429653 05/07/2019 15001252 $56.65

WAYPOINT HOMES VS DYKES, KEEOSHA 15-CC-038796 01/28/2016 *717.113 $446.00

WEAVER, THOMAS P CK# 575294 03/08/2019 $15.00

WEIDLER, KRONE L CK# 578968 06/21/2019 $15.00

WEIGHTMAN, KENNETH M CK# 580758 08/16/2019 $15.00

WELLS FARGO CK# 435015 09/25/2019 15001485 $18.50

WELLS, J D CK# 426395 02/06/2019 15000612 $13.50

WELLS, JOSHUA M CK# 584175 11/15/2019 $15.00

WEST FLORIDA WHOLESALE PROPERTIES LC LLC VS MALDONADO, DAYANA 15-CC-028816 09/26/2017 *717.113 $60.25

WEST, QUENTIN D CK# 581983 09/20/2019 $15.00

WESTCHASE TITLE, LLC VS ML HAWKE ENTER-PRISES, LLC 16-CC-021999 06/14/2017 *717.113 $567.49

WESTSHORE TITLE GROUP CK# 430510 05/28/2019 15000778 $217.26

WETHERINGTON, LAWRENCE EDWARD CK# 433879 08/23/2019 $30.00

WEVER, JOHN L CK# 583074 10/18/2019 $15.00

WHIDDEN, SHARON LEE CK# 430541 05/29/2019 $720.86

WHITBURN LLC VS PARKER, YUKIA 15-CC-021619 07/13/2015 *717.113 $1,099.64

WHITE ESTATE GROUP CK# 436871 11/25/2019 15001155 $70.00

WHITE, BRITTANY L CK# 583232 12/13/2019 $11.68

WHITE, DWANE A CK# 581183 08/30/2019 $15.00

WHITE, JERRY F CK# 581491 09/13/2019 $15.00

WHITE, JORIENE N CK# 581265 08/30/2019 $15.00

WHITE, MARY L CK# 584008 11/08/2019 $15.00

WHITE, RACHEL H CK# 576523 04/12/2019 $15.00

WHITEHILL, DAVID VS PROCTOR, NEPHTHYS 15-CC-015164 05/15/2015 *717.113 $400.00

WHITFIELD, CHLOE C CK# 576929 04/26/2019 $15.00

WHITING, SARAH L CK# 577002 04/26/2019 $15.00

WHITNEY, AUSTIN CK# 583828 10/25/2019 $15.00

WHITMAN, WILLIAM J CK# 582009 09/20/2019 $15.00

WHYTE, DAMIAN R CK# 573617 01/25/2019 $15.00

WIGGINS, TAMIKA N CK# 573505 01/25/2019 $15.00

WILCHER, RONALD L CK# 574721 02/22/2019 $15.00

WILKINS, JAKOB A CK# 584188 11/15/2019 $15.00

WILLIAMS, ALAN T CK# 578576 06/14/2019 $15.00

WILLIAMS, AUSTIN G CK# 577388 05/03/2019 $15.00

WILLIAMS, CAMERON T CK# 577673 05/17/2019 $15.00

WILLIAMS, CHARLES VS DARIEN, EDDIE LEE, JR 16-CC-012323 04/26/2016 *717.113 $339.81

WILLIAMS, ELIZABETH A CK# 578659 06/14/2019 $15.00

WILLIAMS, IRIS F CK# 580702 08/16/2019 $15.00

WILLIAMS, JOHN H CK# 585425 12/20/2019 $15.00

WILLIAMS, MARCELLUS CK# 581925 09/20/2019 $15.00

WILLIAMS, MAREALLE C CK# 576534 04/12/2019 $15.00

WILLIAMS, MICHAH E CK# 582699 10/11/2019 $15.00

WILLIAMS, SAMMIE N CK# 573145 01/18/2019 $15.00

WILLIAMS, TRAVIS DWAYNE CK# 431642 06/25/2019 15001308 $15.00

WILLIAMS, TYSHAWN MO#219984637 - AMSCOT RCPT # 24-00587862 03/11/2019 $103.00

WILLIAMS, URSULA C CK# 584923 12/06/2019 $15.00

WILLIAMS, ZACKARY H CK# 582880 10/18/2019 $15.00

WILLIS, KELVIN L CK# 435070 09/25/2019 15001500 $226.00

WILLS, CINDI M CK# 573374 05/03/2019 $15.00

WILLSON, JOHN R CK# 584570 11/22/2019 $15.00

WILMINGTON TRUST COMPANY VS FLORENCE, FREDRICK M 15-CA-009132 04/25/2016 *717.113 $13.30

WILSON, DANIEL J CK# 573500 01/25/2019 $15.00

WILSON, MICHAEL R CK# 582702 10/11/2019 $15.00

WILSON, MICHAEL W CK# 576814 04/18/2019 $15.00

WILSON, RICHELLE M CK# 576786 04/18/2019 $15.00

WIMBROW AND YOUNG INC CK# 430899 06/10/2019 15000855 $50.00

WINCHELL, AMBER R CK# 577033 04/26/2019 $15.00

WING PA, SHELDON L CK# 429564 05/03/2019 15000717 $1,353.48

WINSTON, LONDON TYGI DAVE OTIS CK# 428549 04/04/2019 15000665 $66.40

WINSTON, LONDON TYGI DAVE OTIS CK# 428550 04/04/2019 15000665 $66.40

WINTER, JAMES RAFAEL CK# 429597 05/06/2019 15001288 $15.75

WOLF PROPERTIES LLC VS CUMBESS, TIFFANY 17-CC-046096 12/01/2017 *717.113 $750.00

WOLF PROPERTIES LLC VS OGDEN, SCOTT 17-CC-046093 12/01/2017 *717.113 $750.00

WOLF PROPERTIES LLC VS PISKURA, KAREN 17-CC-046094 12/29/2017 *717.113 $375.00

WOOD, TYLER H CK# 576833 04/18/2019 $15.00

WOODRUFF, DELARIA CK# 582149 09/27/2019 $15.00

WRD LEGACY PARK, LLC VS STRAW, TRISANN 17-CC-036432 10/17/2017 *717.113 $20.00

WRIGHT, CONNOR M CK# 581830 09/20/2019 $15.00

WRIGHT, DEATHER CK# 581788 09/20/2019 $15.00

WRIGHT, KELVIN L CK# 579371 07/05/2019 $15.00

WRIGHT, NATASHA M CK# 577062 04/26/2019 $15.00

WYRE, JACOB L CK# 573252 01/18/2019 $15.00

XU, TIAN SHUO VS MARSHALL, DOSHA 14-CC-009933 04/25/2014 *717.113 $480.00

XU, TIANSHUO VS UNKNOWN, ETINANDESZ 16-CC-018889 06/22/2016 *717.113 $750.00

YAJJ INVESTMENT, LLC VS WHITE, PHILLIP 15-CC-005060 02/25/2015 *717.113 $500.00

YANCEY, IOLA A CK# 580357 08/02/2019 $15.00

YANG, DANA L CK# 581762 09/20/2019 $15.00

YANG, MIN CK# 579422 07/05/2019 $15.00

YAPICI, TOLGA IBRAHIM CK# 425631 01/16/2019 15000569 $13.50

YARBROUGH, SHAWN A CK# 437649 12/26/2019 $15.00

YATES, REGINALD L CK# 582785 10/18/2019 $15.00

YEAKEL-RUIZ, ELISA D CK# 580621 08/16/2019 $15.00

YES COMPANIES WFC LLC VS HELMS, CYNTHIA 18-CC-042229 11/02/2018 *717.113 $2,408.38

YGLESIAS, JOSEPH A CK# 576068 03/29/2019 $15.00

YOUNG, JAMES CK# 426187 01/31/2019 15000563 $71.84

YOUNG, JOSHUA P CK# 574258 02/15/2019 $15.00

YOUNG, TIFFANY M CK# 579665 04/26/2019 $15.00

YOUNGBLOOD, BARBARA JACKIE CK# 437671 12/27/2019 15001560 $31.50

YOWELLE JR, JOHNNY CK# 435669 10/22/2019 15001541 $25.00

YOWELLE JR, JOHNNY CK# 435970 10/29/2019 15001540 $25.00

Z2153-2195WICKER AND ASSOCIATES PC CK# 436884 11/25/2019 15001576 $50.00

ZABALA, ANDREW D CK# 580689 08/16/2019 $15.00

ZACEK, CHRISTIAN CK# 432440 07/31/2019 15000996 $132.50

ZADERZKY, JOSE ANGEL CK# 427587 03/11/2019 15001122 $128.00

ZAHM PA DOUGLAS C CK# 429546 05/03/2019 15000729 $4,064.62

ZAPATA JAVIER, JENRY CK# 573186 01/18/2019 $15.00

ZELAYA, JORGE CK# 433409 08/15/2019 15001437 $450.00

ZELLERS, BRANDIN CK# 425978 01/28/2019 15000606 $125.00

ZERON, CANDIDA CK# 434077 09/19/2019 15001492 $1,894.00

ZUNIGA, DASSAEV GUATEMALA CK# 432245 07/12/2019 15000905 $250.00

ALL PERSONS HAVING OR CLAIMING ANY INTER-EST IN SAID FUNDS OR ANY PORTION THEREOF, SHALL FILE THEIR WRITTEN CLAIM THERETO WITH THE CLERK OF THE CIRCUIT COURT OF HILLSBOROUGH COUNTY, FLORIDA, BY EMAIL cccacct@hillsclerk.com OR MAIL TO P.O. BOX 1110, ATTN: CCC ACCOUNTING, TAMPA, FL 33601-1110, ON OR BEFORE SEPTEMBER 1, 2021. OTHERWISE SUCH UNCLAIMED FUNDS SHALL BE DECLARED FORFEITED TO HILLSBOROUGH COUNTY IN AC-CORDANCE WITH FLORIDA STATUTE 116.21. THIS 9TH DAY OF JULY, 2021.

CINDY STUART
CLERK OF THE CIRCUIT COURT
HILLSBOROUGH COUNTY, FLORIDA

7/9/21LG 1T