**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

| | |
|---|---|
| David J. Smith | In Replying Give Number |
| Clerk | Of Case and Names of Parties |

January 3, 2025

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **April 28, 2025, IN MIAMI, FLORIDA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email Jenifer_Tubbs@ca11.uscourts.gov

**JENIFER TUBBS**
Court Sessions Supervisor

---

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS.  PLEASE REFER TO CALENDAR #14.***

| | |
|---|---|
| 22-13853 | Securities and Exchange Commission v. Michael Furman (REVISED ARGUMENT DATE) |
| 23-13027 | Securities and Exchange Commission v. Dean Vagnozzi (REVISED ARGUMENT DATE) |
| 23-13678 | Francisco Marmol, et al. v. Kalonymus Development Partners, LLC (REVISED ARGUMENT DATE) |
| 24-10019 | Merritt Island Woodwerx, LLC, et al. v. Space Coast Credit Union |
| 24-10448 | Andrew Roth v. Austin Russell, et al. |
| 24-10153 | James McNair v. K. Johnson |
| 24-10748 | Blake Warner v. Hillsborough County Clerk of Courts |
| 23-12167 | William O. Fuller, et al. v. Joe Carollo |
| 23-13851 | Robert Martin v. Eric Bischoff |
| 23-14081 | Keith Pearce, et al. v. State Farm Florida Insurance Company, et al. |
| 24-10070 | Patrick Reed v. Shane Ryan, et al. |
| 24-10058 | Patrick Reed v. Brandel Chamblee, et al. |
| 24-10029 | Ricardo Devengoechea v. Bolivarian Republic of Venezuela |
| 23-14237 | Caterpillar Financial Services Corporation v. Venequip Machinery Sales Corporation |
| 23-11197 | Federal Trade Commission v. Burton Katz, et al. |
| 24-10913 | Decian Flight, Inc., et al. v. Textron eAviation, Inc., et al. |