No. 24-10748

# IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

◆

BLAKE WARNER,

*Plaintiff-Appellant*,

v.

HILLSBOROUGH COUNTY CLERK OF COURTS,

*Defendant-Appellee*.

◆

On Appeal from the United States District Court
for the Middle District of Florida
(8:22-cv-01977-MSS-SPF)

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Megan E. Tankel
**BAKER BOTTS LLP**
700 K Street, N.W.
Washington, DC 20001-5692
Tel: 202.639.7700
Fax: 202.639.7890
megan.tankel@bakerbotts.com

Aaron M. Streett
**BAKER BOTTS LLP**
910 Louisiana Street
Houston, Texas 77002-4995
Tel: 713.229.1234
Fax: 713.229.1522
aaron.streett@bakerbotts.com

Matthew M. Hilderbrand
**BAKER BOTTS LLP**
401 South 1st Street, Suite 1300
Austin, Texas 78704-1296
Tel: 512.322.2500
Fax: 512.322.2501
matthew.hilderbrand@bakerbotts.com

*Attorneys for Appellant Blake Warner*

Appellant Blake Warner, through undersigned counsel, respectfully moves this Court for leave to withdraw the appearance of Matthew M. Hilderbrand of Baker Botts L.L.P.  Mr. Hilderbrand is departing Baker Botts L.L.P. for government service.  Baker Botts L.L.P. and its counsel of record will continue to ably represent Mr. Warner in this matter.

Dated: January 14, 2026    Respectfully submitted,

/s/ *Matthew M. Hilderbrand*
Aaron M. Streett
**BAKER BOTTS L.L.P.**
910 Louisiana Street
Houston, Texas 77002-4995
Tel: 713.229.1234
Fax: 713.229.1522
aaron.streett@bakerbotts.com

Megan E. Tankel
**BAKER BOTTS L.L.P.**
700 K Street, N.W.
Washington, DC 20001-5692
Tel: 202.639.7700
Fax: 202.639.7890
megan.tankel@bakerbotts.com

Matthew M. Hilderbrand
**BAKER BOTTS L.L.P.**
401 South 1st Street, Suite 1300

        Austin, Texas 78704-1296
        Tel: 512.322.2500
        Fax: 512.322.2501
        matthew.hilderbrand@bakerbotts.com

        *Attorneys for Appellant Blake Warner*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the page and type-volume limitations of Fed. R. App. P. 27(d)(2), because it contains 52 words, and with the type face and type style requirements of 11th Cir. Rule 27(a)(1) and Fed. R. App. P. 32(a)(5)–(6) because it was prepared in a proportionally spaced face using 14-point Palatino Linotype.

*/s/ Matthew M. Hilderbrand*
Matthew M. Hilderbrand

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2026, I electronically filed this brief and thus served all counsel of record through the Court's CM/ECF system.

*/s/ Matthew M. Hilderbrand*
Matthew M. Hilderbrand
