# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10748
_____

BLAKE WARNER,

                    *Plaintiff-Appellant,*

versus

HILLSBOROUGH COUNTY CLERK OF COURTS,

                    *Defendant-Appellee.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:22-cv-01977-MSS-SPF

_____

ORDER:

    Motion to withdraw as counsel filed by Attorney Matthew Hilderbrand for Appellant Blake Warner is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION